**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TSMC TECHNOLOGY, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LIMITED and TSMC NORTH AMERICA CORP, | : : : : : | |
| Plaintiffs, | : : | C.A. No. 14-cv-00721-LPS |
| v. | : : | |
| ZOND, LLC, | : : | |
| Defendants. | : : | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of L. Norwood Jameson, Esq., Anthony J. Fitzpatrick, Esq., Richard C. Kim, Esq., Patricia R. Rich, Esq., Aleksander J. Goranin, Esq., David C. Dotson, Esq. and R. Terry Parker, Esq. to represent Plaintiffs TSMC Technology, Inc., Taiwan Semiconductor Company, Limited and TSMC North America Corp. in this matter.

Dated:  June 17, 2014                                **DUANE MORRIS LLP**

/s/ *Richard L. Renck*
Richard L. Renck (I.D. No. 3893)
222 Delaware Avenue, Suite 1600
Wilmington, Delaware  19801
Tel: (302) 657-4900
Fax: (302) 657-4901
rlrenck@duanemorris.com

*Attorneys for TSMC Technology, Inc., Taiwan Semiconductor Company, Limited and TSMC North America Corp.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court. I am admitted, practicing and in good standing as a member of the Georgia State Bar. I am also admitted to practice in the Supreme Court of Georgia, U.S. Court of Appeals for the Federal Circuit, U.S. Court of Appeals for the Eleventh Circuit, U.S. District Courts for the Northern and Middle Districts of Georgia and the U.S. District Court for the Eastern District of Texas. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 was paid to the clerk of the court on March 19, 2014, Receipt No. 0311-1482201.

Dated: June 16, 2014

L. Norwood Jameson
**DUANE MORRIS LLP**
Suite 2000
1075 Peachtree Street NE
Atlanta, GA 30309
Tel: 404-253-6900
Fax: 404-253-6901
wjameson@duanemorris.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Massachusetts State Bar, and admitted to practice in the Republic of Ireland, the U.S. Court of Appeals for the Federal Circuit, the U.S. Court of Appeals for the First Circuit, the U.S. District Court for the District of Massachusetts, the U.S. District Court for the Eastern District of Wisconsin and Supreme Court of United States, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the clerk of the court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 16, 2014

Anthony J. Fitzpatrick
DUANE MORRIS LLP
100 High Street
Suite 2400
Boston, MA 02110

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the California State Bar, and the Bars of the U.S. Court of Appeals for the Federal Circuit, the U.S. District Court for the Southern District of California, the U.S. District Court for the Central District of California, the U.S. District Court for the Northern District of California and the U.S. Patent and Trademark Office, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the clerk of the court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 18, 2014

Richard C. Kim, Esq.
DUANE MORRIS LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Massachusetts State Bar, Connecticut State Bar, the U.S. District Court for the District of Massachusetts, the U.S. District Court for the District of Connecticut, the U.S. District Court for the Eastern District of Wisconsin, the U.S. Court of Appeals for the Federal Circuit and the U.S. Court of Appeals for the First Circuit , and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the clerk of the court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 17, 2014

Patricia R. Rich, Esq.
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Pennsylvania, New Jersey and District of Columbia State Bars, and the Bars of the U.S. District Court for the District of Columbia, the U.S. District Court for the District of New Jersey, the U.S. District Court for the Eastern District of Pennsylvania, the U.S. District Court for the Eastern District of Texas, the U.S. Court of Appeals for the Federal Circuit, the U.S. Court of Appeals for the Third Circuit, and the Supreme Court of the United States, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the clerk of the court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 16, 2014

_____
Aleksander J. Goranin, Esq.
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Georgia State Bar, and the Bars of the U.S. District Court for the Northern District of Georgia, the U.S. District Court for the District of Colorado, the U.S. District Court for the Eastern District of Texas, and the U.S. Patent and Trademark Office, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the clerk of the court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 16, 2014

David C. Dotson
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 2000
Atlanta, GA 30309-3929

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the New York State Bar, and the Bars of the U.S. Court of Appeals for the Second Circuit, the U.S. District Court for the Southern District of New York, and the U.S. District Court for the Eastern District of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the clerk of the court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 16, 2014

Robert Terry Parker, Esq.
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TSMC TECHNOLOGY, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LIMITED and TSMC NORTH AMERICA CORP, : : : : : | |
| Plaintiffs, : | C.A. No. 14-cv-00721-LPS |
| v. : : | |
| ZOND, LLC, : : | |
| Defendants. : : | |

## ORDER GRANTING PRO HAC VICE MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of L. Norwood Jameson, Esq., Anthony J. Fitzpatrick, Esq., Richard C. Kim, Esq., Patricia R. Rich, Esq., Aleksander J. Goranin, Esq., David C. Dotson, Esq. and R. Terry Parker, Esq., is hereby granted.

Date: _____          _____
                                                           The Honorable Leonard P. Stark
                                                           United States District Judge