IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TSMC TECHNOLOGY, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LIMITED and TSMC NORTH AMERICA CORP., <br><br> Plaintiffs, <br><br> v. <br><br> ZOND, LLC, <br><br> Defendant. | ) ) ) ) ) ) Civil Action No. 14-cv-00721-LPS ) ) ) ) ) ) ) |

## THE TSMC PLAINTIFFS' MOTION TO ENJOIN ZOND, LLC FROM MAINTAINING A LATER-FILED ACTION IN THE DISTRICT OF MASSACHUSETTS

Plaintiffs TSMC Technology, Inc., Taiwan Semiconductor Manufacturing Company, Ltd., and TSMC North America Corp. (collectively, "TSMC") respectfully move for entry of an order enjoining defendant Zond, LLC from maintaining a later-filed, parallel litigation in the District of Massachusetts, Civ. No. 14-cv-12438-WGY. The grounds for this motion are set forth in TSMC's opening brief, which is being filed contemporaneously herewith.

Dated: June 19, 2014

OF COUNSEL:

L. Norwood Jameson
David Dotson
**DUANE MORRIS LLP**
1180 W. Peachtree St., Suite 700
Atlanta, GA 30309
Phone: (404) 253-6900
Fax: (404) 253-6901
Email: wjameson@duanemorris.com
Email: dcdotson@duanemorris.com

**DUANE MORRIS LLP**

/s/ Richard L. Renck
Richard L. Renck (#3893)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Phone: 302-657-4900
Fax: 302 657 4901
Email: rlrenck@duanemorris.com

*Attorneys for Plaintiffs TSMC Technology, Inc., Taiwan Semiconductor Manufacturing Company, Limited and TSMC North America Corp.*

Anthony J. Fitzpatrick
Patricia R. Rich
**DUANE MORRIS LLP**
100 High Street, Suite 2400
Boston, MA 02110-1724
Telephone (857) 488-4200
Facsimile: (857) 401-3018
Email: ajfitzpatrick@duanemorris.com
Email: prrich@duanemorris.com

Richard C Kim
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: (619) 744-2200
Facsimile: (619) 744-2201
Email: rckim@duanemorris.com


R. Terry Parker
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 1036-4086
Telephone: (212) 692 1000
Facsimile: (212) 692 1020
Email: tparker@duanemorris.com

Aleksander J. Goranin
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone:  1 215 979 1000
Facsimile:  1 215 754 4683
Email:  agoranin@duanemorris.com