IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TSMC TECHNOLOGY, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LIMITED and TSMC NORTH AMERICA CORP., <br><br> Plaintiffs, <br><br> v. <br><br> ZOND, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 14-cv-00721-LPS |

### [PROPOSED] ORDER

Having considered Plaintiffs' motion to enjoin Defendant Zond, LLC ("Zond") from maintaining a later-filed action in the District of Massachusetts, together with Zond's opposition thereto, and all supporting briefing and papers, IT IS HEREBY ORDERED, this _____ day of _____, 2014, that:

1. The motion is GRANTED;

2. Zond, together with all officers, agents, servants, employees, attorneys, and all other persons who are in active concert or participation with the foregoing, shall not undertake any further activity to prosecute the civil action styled *Zond, LLC v. Fujitsu Semiconductor Ltd. et al.*, Civ. No. 1:14-cv-12438-WGY, currently pending in the United States District Court for the District of Massachusetts.

3. This injunction is appropriate because the declaratory judgment action between Plaintiffs and Zond in this District over U.S. Patent Nos. 6,806,651; 6,896,773; 6,896,775; 6,903,511; 7,095,179; and 7,446,479 is the first-filed action with respect to this dispute. Under the first-to-file rule, this Court exercises its discretion to maintain possession of this dispute.

2

This Court further determines that no exception to the rule is applicable, nor is there sound reason to depart from the rule.

_____
UNITED STATES DISTRICT JUDGE