## CERTIFICATE OF SERVICE

I, Richard L. Renck, Esquire, do hereby certify that on this 19th of June, 2014, that I caused a true and correct copy of the foregoing document to be served upon counsel for Defendant who have not yet entered an appearance, as well as Defendant Zond, LLC through its Registered Agent in the manner indicated:

**VIA HAND DELIVERY**

Zond, LLC,
C/O National Registered Agents, Inc.
160 Greentree Drive
Suite 101
Dover, DE 19904

**DUANE MORRIS LLP**

/s/ Richard L. Renck
Richard L. Renck (Bar No. 3893)