IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TSMC TECHNOLOGY, INC., TAIWAN           )
SEMICONDUCTOR MANUFACTURING             )
COMPANY, LIMITED and TSMC NORTH         )
AMERICA CORP.,                          )
                                        )   Civil Action No. 14-cv-00721-LPS
                Plaintiffs,             )
                                        )
        v.                              )
                                        )
ZOND, LLC,                              )
                                        )
                Defendant.              )

**APPENDIX OF EXHIBITS TO THE TSMC PLAINTIFFS'
MOTION TO ENJOIN ZOND, LLC FROM MAINTAINING A
LATER-FILED ACTION IN THE DISTRICT COURT OF MASSACHUSETTS**

Dated:  June 19, 2014

**DUANE MORRIS LLP**

OF COUNSEL:

Richard L. Renck (#3893)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Phone:  302-657-4900
Fax:  302 657 4901
Email: rlrenck@duanemorris.com

L. Norwood Jameson
David Dotson
**DUANE MORRIS LLP**
1180 W. Peachtree St., Suite 700
Atlanta, GA 30309
Phone: (404) 253-6900
Fax:     (404) 253-6901
Email: wjameson@duanemorris.com
Email: dcdotson@duanemorris.com

*Attorneys for Plaintiffs TSMC Technology,
Inc., Taiwan Semiconductor Manufacturing
Company, Limited and TSMC North America
Corp.*

Anthony J. Fitzpatrick
Patricia R. Rich
**DUANE MORRIS LLP**
100 High Street, Suite 2400
Boston, MA 02110-1724
Telephone (857) 488-4200
Facsimile: (857) 401-3018
Email: ajfitzpatrick@duanemorris.com
Email: prrich@duanemorris.com

Richard C Kim
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: (619) 744-2200
Facsimile: (619) 744-2201
Email: rckim@duanemorris.com


R. Terry Parker
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 1036-4086
Telephone: (212) 692 1000
Facsimile: (212) 692 1020
Email: tparker@duanemorris.com


Aleksander J. Goranin
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone:  1 215 979 1000
Facsimile:  1 215 754 4683
Email:  agoranin@duanemorris.com

**TABLE OF EXHIBITS**

| Exhibit | Description |
|---------|-------------|
| A | Declaration of Richard L. Thurston, Ph.D., Esq. dated June 18, 2014 |
| B | T. Vardanian email to T. Fitzpatrick sent at 10:52 p.m. on June 5, 2014, letter from T. Vardanian to M. Shen, Esq. dated June 5, 2014 |
| C | Letter from T. Vardanian to M. Shen, Esq. dated June 5, 2014, faxed to TSMC North America at 3:52 p.m. on June 10, 2014; FedEx shipment tracking information, indicating delivery at Hsinchu, Taiwan at 10:50 am on June 9, 2014 |
| D | U.S. Patent No.  7,147,759 |
| E | U.S. Patent No.  7,808,184 |
| F | U.S. Patent No.  7,811,421 |
| G | U.S. Patent No.  6,853,142 |
| H | U.S. Patent No.  7,604,716 |
| I | U.S. Patent No.  6,805,779 |
| J | U.S. Patent No.  6,806,652 |
| K | U.S. Patent No. 6,806,651 |
| L | U.S. Patent No.  6,896,773 |
| M | U.S. Patent No.  6,896,775 |
| N | U.S. Patent No.  6,903,511 |
| O | U.S. Patent No.  7,095,179 |
| P | U.S. Patent No.  7,446,479 |

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TSMC TECHNOLOGY, INC., TAIWAN            )
SEMICONDUCTOR MANUFACTURING              )
COMPANY, LIMITED and TSMC NORTH          )
AMERICA CORP.,                           )
                                         )   Civil Action No. 14-cv-00721-LPS
            Plaintiffs,                   )
                                         )
      v.                                 )
                                         )
ZOND, LLC,                               )
                                         )
            Defendant.                    )

**DECLARATION OF RICHARD L. THURSTON, PH.D., ESQ., IN SUPPORT OF THE
TSMC PLAINTIFFS' MOTION TO ENJOIN ZOND, LLC FROM MAINTAINING A
LATER-FILED ACTION IN THE DISTRICT OF MASSACHUSETTS**

I, Richard L. Thurston, Ph.D., Esq., declare as follows:

1.      I am Senior Vice President and General Counsel of Taiwan Semiconductor

Manufacturing Company Limited ("TSMC Ltd.").

2.      TSMC Ltd. is a company organized under the laws of Taiwan having its

headquarters at No. 8, Li-Hsin Road 6, Hsinchu Science Park, Hsinchu, 300-78, Hsinchu,

Taiwan.

3.      TSMC Technology, Inc. ("TTI") is a Delaware corporation with a place of

business located at 2585 Junction Avenue, San Jose, California.  TTI is an indirect subsidiary of

TSMC Ltd.  I am a member of the Board of Directors of TTI.

4.      TSMC North America Corp. ("TSMC NA") is a California corporation with a

place of business located at 2585 Junction Avenue, San Jose, California.  TSMC NA is a

subsidiary of TSMC NA.  I am a member of the Board of Directors of TSMC NA.

5.     I understand that the products at issue in this action are semiconductor products having nodes that are 28 nanometers or 20 nanometers in size.  TSMC Ltd. manufactures such products only in Taiwan, and not in any other country.

6.     TTI is involved in researching, developing, and designing integrated circuits, including the design of aspects of 28 nanometer and smaller products.

7.     TSMC NA is a sales agent for TSMC Ltd. in the United States.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 18th day of June, 2014.

Richard L. Thurston, Ph.D., Esq.

EXHIBIT B

**Parker, Terry**

| | |
|---|---|
| **From:** | Tigran Vardanian <tigran@radulescullp.com> |
| **Sent:** | Thursday, June 05, 2014 10:52 PM |
| **To:** | Fitzpatrick, Anthony J. |
| **Subject:** | Zond/TSMC Letter |
| **Attachments:** | 2014-6-5 Zond Ltr to TSMC.pdf |

Tony,

Please see the attached correspondence and please pass it on to your client.  A hard copy is being FedExed to TSMC as well.

Best,
Tigran

## Tigran Vardanian

Radulescu LLP | Partner

646-502-5952 Direct
646-502-5950 Main
646-502-5959 Fax
312-545-3438 Cell
136 Madison Avenue, 6th Floor
New York, NY  10016
Tigran@Radulescullp.com



Tigran Vardanian
DIRECT LINE (646) 502-5952
tigran@radulescullp.com

**Michael M. Shen, Esq.**

Taiwan Semiconductor
Manufacturing Company, Ltd.
No. 8, Li-Hsin Road 6,
Hsinchu Science Park,
Hsinchu, Taiwan 30077

TSMC North America
2585 Junction Avenue,
San Jose, CA 95134

June 5, 2014

Re:    U.S. Patent Nos. 6,806,651; 6,896,773; 6,896,775; 6,903,511; 7,095,179; and
7,446,479

Dear Mr. Shen,

As you know, my client, Zond, LLC ("Zond"), filed an action in 2013 against Taiwan
Semiconductor Manufacturing Company, Ltd. and its subsidiary TSMC North America
Corp. (together, "TSMC") in the District of Massachusetts (Civil Action No. 1:13-cv-
11634-WGY) alleging infringement of seven of its patents by TSMC (the "11634
Action").  The 11634 Action was recently administratively closed in connection with
*inter partes* review ("IPR") petitions filed by TSMC with respect to the patents asserted
in the 11634 Action.  Zond is confident that TSMC's IPR petitions are without merit, and
that the 11634 Action will be shortly re-opened.

Additionally, based on its investigation, including the discovery in the 11634 Action,
Zond believes that TSMC infringes several other Zond patents, including without
limitation U.S. Patent Nos. 6,806,651; 6,896,773; 6,896,775; 6,903,511; 7,095,179; and
7,446,479.  Zond intends to vigorously protect and enforce its intellectual property rights.
In particular, Zond intends to file next week a new action in the District of
Massachusetts, related to the 11634 Action, involving the same parties and the same
accused TSMC products and processes, including products sold by TSMC to many of its
customers.  Unless TSMC promptly obtains a license to the right to use Zond's patented
technology, Zond sees litigation as the only available avenue to put an end to TSMC's
continued infringing activities.



Michael M. Shen, Esq.
June 5, 2014
Page 2

If TSMC wishes to obtain a license to the above referenced and other Zond patents, please reach out to me by Noon Eastern time, on Monday, June 7, 2014.

Best regards,

*/s/ Tigran Vardanian*

Tigran Vardanian

*Copy to:*

Anthony J. Fitzpatrick, Esq.

EXHIBIT C

 **Radulescu** LLP Patent Litigators

Tigran Vardanian
DIRECT LINE (646) 502-5952
tigran@radulescullp.com

Michael M. Shen, Esq.

Taiwan Semiconductor
Manufacturing Company, Ltd.
No. 8, Li-Hsin Road 6,
Hsinchu Science Park,
Hsinchu, Taiwan 30077

TSMC North America
2585 Junction Avenue,
San Jose, CA 95134

June 5, 2014

Re:   U.S. Patent Nos. 6,806,651; 6,896,773; 6,896,775; 6,903,511; 7,095,179; and
      7,446,479

Dear Mr. Shen,

As you know, my client, Zond, LLC ("Zond"), filed an action in 2013 against Taiwan
Semiconductor Manufacturing Company, Ltd. and its subsidiary TSMC North America
Corp. (together, "TSMC") in the District of Massachusetts (Civil Action No. 1:13-cv-
11634-WGY) alleging infringement of seven of its patents by TSMC (the "11634
Action"). The 11634 Action was recently administratively closed in connection with
*inter partes* review ("IPR") petitions filed by TSMC with respect to the patents asserted
in the 11634 Action. Zond is confident that TSMC's IPR petitions are without merit, and
that the 11634 Action will be shortly re-opened.

Additionally, based on its investigation, including the discovery in the 11634 Action,
Zond believes that TSMC infringes several other Zond patents, including without
limitation U.S. Patent Nos. 6,806,651; 6,896,773; 6,896,775; 6,903,511; 7,095,179; and
7,446,479. Zond intends to vigorously protect and enforce its intellectual property rights.
In particular, Zond intends to file next week a new action in the District of
Massachusetts, related to the 11634 Action, involving the same parties and the same
accused TSMC products and processes, including products sold by TSMC to many of its
customers. Unless TSMC promptly obtains a license to the right to use Zond's patented
technology, Zond sees litigation as the only available avenue to put an end to TSMC's
continued infringing activities.

 Radulescu LLP

Michael M. Shen, Esq.<br>
June 5, 2014<br>
Page 2

If TSMC wishes to obtain a license to the above referenced and other Zond patents, please reach out to me by Noon Eastern time, on Monday, June 7, 2014.

Best regards,

*/s/ Tigran Vardanian*

Tigran Vardanian

*Copy to:*

Anthony J. Fitzpatrick, Esq.



## 770225236023

| Ship (P/U) date : | | Actual delivery : |
|---|---|---|
| **Fri 6/06/2014 6:11 pm** | **Delivered** | **Mon 6/09/2014 10:50 am** |
| NEW YORK, NY   US | Signed for by: S.HUANG | HSINCHU   TW |

### Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| **− 6/09/2014 - Monday** | | |
| 10:50 am | Delivered | HSINCHU TW |
| 10:24 am | On FedEx vehicle for delivery | HU KOU HSIANG TW |
| 9:38 am | At local FedEx facility | HU KOU HSIANG TW |
| **− 6/08/2014 - Sunday** | | |
| 8:09 pm | In transit | TA YUAN HSIANG TW |
| 7:13 pm | International shipment release - Import | TA YUAN HSIANG TW |
| 7:13 pm | In transit | TA YUAN HSIANG TW |
| | Package available for clearance | |
| **− 6/07/2014 - Saturday** | | |
| 12:21 pm | Departed FedEx location | ANCHORAGE, AK |
| 7:24 am | Arrived at FedEx location | ANCHORAGE, AK |
| 3:53 am | Departed FedEx location | MEMPHIS, TN |
| 2:12 am | In transit | MEMPHIS, TN |
| **− 6/06/2014 - Friday** | | |
| 6:11 pm | Picked up | NEW YORK, NY |
| | Tendered at FedEx Office | |
| 3:27 pm | Shipment information sent to FedEx | |

Local Scan Time

### Shipment Facts

| Tracking number | 770225236023 | Service | FedEx International Priority |
|---|---|---|---|
| Weight | 0.5 lbs | Delivered To | Receptionist/Front Desk |
| Total pieces | 1 | Total shipment weight | 0.5 lbs / 0.23 kgs |
| Packaging | FedEx Envelope | Special handling section | Deliver Weekday |

EXHIBIT D



US007147759B2

(12) **United States Patent**
Chistyakov

(10) **Patent No.:** **US 7,147,759 B2**
(45) **Date of Patent:** *Dec. 12, 2006

(54) **HIGH-POWER PULSED MAGNETRON SPUTTERING**

(75) Inventor: **Roman Chistyakov**, Andover, MA (US)

(73) Assignee: **Zond, Inc.**, Mansfield, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/065,277**

(22) Filed: **Sep. 30, 2002**

(65) **Prior Publication Data**

US 2004/0060813 A1    Apr. 1, 2004

(51) **Int. Cl.**
*C23C 14/35* (2006.01)

(52) **U.S. Cl.** .......................... **204/192.12**; 204/192.13; 204/298.03; 204/298.06; 204/298.08; 204/298.14; 204/298.19

(58) **Field of Classification Search** .......... 204/192.12, 204/192.13, 298.03, 298.06, 298.08, 298.14, 204/298.19, 298.26
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,516,920 A | 6/1970 | Muly, Jr. et al. | |
| 4,953,174 A | 8/1990 | Eldridge et al. | ............... 372/87 |
| 4,965,248 A | 10/1990 | Poppe et al. | .................... 505/1 |
| 5,015,493 A | 5/1991 | Gruen | .......................... 427/38 |
| 5,616,224 A | 4/1997 | Boling | |
| 5,875,207 A | 2/1999 | Osmanow | .................... 372/86 |
| 5,942,089 A | 8/1999 | Sproul et al. | |
| 6,083,361 A | 7/2000 | Kobayashi et al. | |
| 6,296,742 B1 | 10/2001 | Kouznetsov | ........... 204/192.12 |
| 6,342,132 B1 | 1/2002 | Rossnagel | |

| | | | |
|---|---|---|---|
| 6,398,929 B1 * | 6/2002 | Chiang et al. | ......... 204/298.11 |
| 6,413,382 B1 | 7/2002 | Wang et al. | ........... 204/192.12 |
| 6,436,251 B1 | 8/2002 | Gopalraja et al. | ..... 204/298.12 |
| 6,440,280 B1 | 8/2002 | Burton et al. | |
| 6,456,642 B1 | 9/2002 | Hilliard | |
| 2002/0033480 A1 | 3/2002 | Kawamata et al. | |
| 2005/0252763 A1 * | 11/2005 | Chistyakov | ........... 204/192.12 |

FOREIGN PATENT DOCUMENTS

DE          3210351 A1     9/1983

(Continued)

OTHER PUBLICATIONS

Booth, et al., The Transition From Symmetric To Asymmetric Discharges In Pulsed 13.56 MHz Capacity Coupled Plasmas, J. Appl. Phys., Jul. 15, 1997, pp. 552-560, vol. 82 (2), American Institute of Physics.

(Continued)

*Primary Examiner*—Rodney G. McDonald
(74) *Attorney, Agent, or Firm*—Kurt Rauschenbach; Rauschenbach Patent Law Group, LLC

(57) **ABSTRACT**

Magnetically enhanced sputtering methods and apparatus are described. A magnetically enhanced sputtering source according to the present invention includes an anode and a cathode assembly having a target that is positioned adjacent to the anode. An ionization source generates a weakly-ionized plasma proximate to the anode and the cathode assembly. A magnet is positioned to generate a magnetic field proximate to the weakly-ionized plasma. The magnetic field substantially traps electrons in the weakly-ionized plasma proximate to the sputtering target. A power supply produces an electric field in a gap between the anode and the cathode assembly. The electric field generates excited atoms in the weakly ionized plasma and generates secondary electrons from the sputtering target. The secondary electrons ionize the excited atoms, thereby creating a strongly-ionized plasma having ions that impact a surface of the sputtering target to generate sputtering flux.

**50 Claims, 18 Drawing Sheets**



**US 7,147,759 B2**

Page 2

FOREIGN PATENT DOCUMENTS

| EP | 0 788 139 A1 | | 8/1997 |
|----|----|----|----|
| GB | 1339910 | | 12/1973 |
| JP | 57194254 | | 11/1982 |
| JP | 10204633 | | 8/1998 |
| WO | WO9504368 | * | 2/1995 |
| WO | WO 98/40532 | | 9/1998 |
| WO | WO 01/98553 A1 | | 12/2001 |

OTHER PUBLICATIONS

Bunshah, et al., Deposition Technologies For Films And Coatings, Materials Science Series, pp. 176-183, Noyes Publications, Park Ridge, New Jersey.

Daugherty, et al., Attachment-Dominated Electron-Beam-Ionized Discharges, Applied Science Letters, May 15, 1976, vol. 28, No. 10, American Institute of Physics.

Goto, et al., Dual Excitation Reactive Ion Etcher for Low Energy Plasma Processing, J. Vac. Sci. Technol. A, Sep./Oct. 1992, pp. 3048-3054, vol. 10, No. 5, American Vacuum Society.

Kouznetsov, et al., A Novel Pulsed Magnetron Sputter Technique Utilizing Very High Target Power Densities, Surface & Coatings Technology, pp. 290-293, Elsevier Sciences S.A.

Lindquist, et al., High Selectivity Plasma Etching Of Silicon Dioxide With A Dual Frequency 27/2 MHz Capacitive RF Discharge.

Macak, Reactive Sputter Deposition Process of Al2O3 and Characterization Of A Novel High Plasma Density Pulsed Magnetron Discharge, Linkoping Studies in Science And Technology, 1999, pp. 1-2, Sweden.

Macak, et al., Ionized Sputter Deposition Using An Extremely High Plasma Density Pulsed Magnetron Discharge, J. Vac. Sci. Technol. A., Jul./Aug. 2000, pp. 1533-1537, vol. 18, No. 4, American Vacuum Society.

Mozgrin, et al., High-Current Low-Pressure Quasi -Stationary Discharge In A Magnetic Field: Experimental Research, Plasma Physics Reports, 1995, pp. 400-409, vol. 21, No. 5, Mozgrin, Feitsov, Khodachenko.

Rossnagel, et al., Induced Drift Currents In Circular Planar Magnetrons, J. Vac. Sci. Technol. A., Jan./Feb. 1987, pp. 88-91, vol. 5, No. 1, American Vacuum Society.

Sheridan, et al., Electron Velocity Distribution Functions In A Sputtering Magnetron Discharge For The EXB Direction, J. Vac. Sci. Technol. A., Jul./Aug. 1998, pp. 2173-2176, vol. 16, No. 4, American Vacuum Society.

Steinbruchel, A Simple Formula For Low-Energy Sputtering Yields, Applied Physics A., 1985, pp. 37-42, vol. 36, Springer-Verlag.

Turenko, et al., Magnetron Discharge In The Vapor Of The Cathode Material, Soviet Technical Physics Letters, Jul. 1989, pp. 519-520; vol. 15, No. 7, New York, US.

Encyclopedia Of Low Temperature Plasma, p. 119, vol. 3.

Encyclopedia Of Low Temperature Plasma, p. 123, vol. 3.

Sugimoto, et al; Magnetic Condensation Of A Photoexcited Plasma During Fluoropolymer Sputtering; J. Appl. Phys.; Feb. 15, 1990; pp. 2093-2099; vol. 67, No. 4; American Institute of Physics; New York, US.

Yamaya, et al; Use Of A Helicon-Wave Excited Plasma For Aluminum-Doped ZnO Thin-Film Sputtering; Appl. Phys. Lett.; Jan. 12, 1998; pp. 235-237; vol. 72; No. 2; American Institute of Physics: New York US.

* cited by examiner



PRIOR ART

## FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6A



FIG. 6B



FIG. 6C



FIG. 6D



FIG. 7



FIG. 8



FIG. 9A

FIG. 9B

FIG. 9C



FIG. 10



FIG. 11



FIG. 12

FIG. 12A



FIG. 12B



FIG. 13

FIG. 13A



FIG. 13B

US 7,147,759 B2

1

# HIGH-POWER PULSED MAGNETRON SPUTTERING

## BACKGROUND OF INVENTION

Sputtering is a well-known technique for depositing films on substrates. Sputtering is the physical ejection of atoms from a target surface and is sometimes referred to as physical vapor deposition (PVD). Ions, such as argon ions, are generated and then directed to a target surface where the ions physically sputter target material atoms. The target material atoms ballistically flow to a substrate where they deposit as a film of target material.

Diode sputtering systems include a target and an anode. Sputtering is achieved in a diode sputtering system by establishing an electrical discharge in a gas between two parallel-plate electrodes inside a chamber. A potential of several kilovolts is typically applied between planar electrodes in an inert gas atmosphere (e.g., argon) at pressures that are between about $10^{-1}$ and $10^{-2}$ Torr. A plasma discharge is then formed. The plasma discharge is separated from each electrode by what is referred to as the dark space.

The plasma discharge has a relatively constant positive potential with respect to the target. Ions are drawn out of the plasma, and are accelerated across the cathode dark space. The target has a lower potential than the region in which the plasma is formed. Therefore, the target attracts positive ions. Positive ions move towards the target with a high velocity. Positive ions impact the target and cause atoms to physically dislodge or sputter from the target. The sputtered atoms then propagate to a substrate where they deposit a film of sputtered target material. The plasma is replenished by electron-ion pairs formed by the collision of neutral molecules with secondary electrons generated at the target surface.

Magnetron sputtering systems use magnetic fields that are shaped to trap and to concentrate secondary electrons, which are produced by ion bombardment of the target surface. The plasma discharge generated by a magnetron sputtering system is located proximate to the surface of the target and has a high density of electrons. The high density of electrons causes ionization of the sputtering gas in a region that is close to the target surface.

One type of magnetron sputtering system is a planar magnetron sputtering system. Planar magnetron sputtering systems are similar in configuration to diode sputtering systems. However, the magnets (permanent or electromagnets) in planar magnetron sputtering systems are placed behind the cathode. The magnetic field lines generated by the magnets enter and leave the target cathode substantially normal to the cathode surface. Electrons are trapped in the electric and magnetic fields. The trapped electrons enhance the efficiency of the discharge and reduce the energy dissipated by electrons arriving at the substrate.

Conventional magnetron sputtering systems deposit films that have relatively low uniformity. However, the film uniformity can be increased by mechanically moving the substrate and/or the magnetron, but such systems are relatively complex and expensive to implement. Conventional magnetron sputtering systems also have relatively poor target utilization. By poor target utilization, we mean that the target material erodes in a non-uniform manner.

## BRIEF DESCRIPTION OF DRAWINGS

This invention is described with particularity in the detailed description. The above and further advantages of this invention may be better understood by referring to the following description in conjunction with the accompanying drawings, in which like numerals indicate like structural elements and features in various figures. The drawings are not necessarily to scale, emphasis instead being placed upon illustrating the principles of the invention.

FIG. 1 illustrates a cross-sectional view of a known magnetron sputtering apparatus having a pulsed power source.

FIG. 2 illustrates a cross-sectional view of an embodiment of a magnetron sputtering apparatus according to the present invention.

FIG. 3 illustrates a cross-sectional view of the anode and the cathode assembly of the magnetron sputtering apparatus of FIG. 2.

FIG. 4 illustrates a graphical representation of the applied power of a pulse as a function of time for periodic pulses applied to the plasma in the magnetron sputtering system of FIG. 2.

FIG. 5 illustrates graphical representations of the absolute value of applied voltage, current, and power as a function of time for periodic pulses applied to the plasma in the magnetron sputtering system of FIG. 2.

FIG. 6A through FIG. 6D illustrate various simulated magnetic field distributions proximate to the cathode assembly for various electron E×B drift currents according to the present invention.

FIG. 7 illustrates a cross-sectional view of another embodiment of a magnetron sputtering apparatus according to the present invention.

FIG. 8 illustrates a graphical representation of pulse power as a function of time for periodic pulses applied to the plasma in the magnetron sputtering system of FIG. 7.

FIG. 9A through FIG. 9C are cross-sectional views of various embodiments of cathode assemblies according to the present invention.

FIG. 10 illustrates a cross-sectional view of another illustrative embodiment of a magnetron sputtering apparatus according to the present invention.

FIG. 11 is a cross-sectional view of another illustrative embodiment of a magnetron sputtering apparatus according to the present invention.

FIG. 12 is a flowchart of an illustrative process of sputter deposition according to the present invention.

FIG. 13 includes FIGS. 13 A and 13 B which is a flowchart of an illustrative process of controlling sputtering rate according to the present invention.

## DETAILED DESCRIPTION

The magnetic and electric fields in magnetron sputtering systems are concentrated in narrow regions close to the surface of the target. These narrow regions are located between the poles of the magnets used for producing the magnetic field. Most of the ionization of the sputtering gas occurs in these localized regions. The location of the ionization regions causes a non-uniform erosion or wear of the target that results in poor target utilization.

Increasing the power applied between the target and the anode can increase the amount of ionized gas and, therefore, increase the target utilization. However, undesirable target heating and target damage can occur. Furthermore, increasing the voltage applied between the target and the anode increases the probability of establishing an undesirable electrical discharge (an electrical arc) in the process chamber.

US 7,147,759 B2

3

Pulsing the power applied to the plasma can be advantageous since the average discharge power can remain low while relatively large power pulses can be periodically applied. Additionally, the duration of these large voltage pulses can be preset so as to reduce the probability of establishing an electrical breakdown condition leading to an undesirable electrical discharge. However, very large power pulses can still result in undesirable electrical discharges and undesirable target heating regardless of their duration.

FIG. 1 illustrates a cross-sectional view of a known magnetron sputtering apparatus 100 having a pulsed power source 102. The known magnetron sputtering apparatus 100 includes a vacuum chamber 104 where the sputtering process is performed. The vacuum chamber 104 is positioned in fluid communication with a vacuum pump 106 via a conduit 108. The vacuum pump 106 is adapted to evacuate the vacuum chamber 104 to high vacuum. The pressure inside the vacuum chamber 104 is generally less than 100 Pa during operation. A feed gas source 109, such as an argon gas source, is introduced into the vacuum chamber 104 through a gas inlet 110. The gas flow is controlled by a valve 112.

The magnetron sputtering apparatus 100 also includes a cathode assembly 114 having a target material 116. The cathode assembly 114 is generally in the shape of a circular disk. The cathode assembly 114 is electrically connected to a first output 118 of the pulsed power supply 102 with an electrical transmission line 120. The cathode assembly 114 is typically coupled to the negative potential of the pulsed power supply 102. In order to isolate the cathode assembly 114 from the vacuum chamber 104, an insulator 122 can be used to pass the electrical transmission line 120 through a wall of the vacuum chamber 104. A grounded shield 124 can be positioned behind the cathode assembly 114 to protect a magnet 126 from bombarding ions. The magnet 126 shown in FIG. 1 is generally ring-shaped having its south pole 127 on the inside of the ring and its north pole 128 on the outside of the ring. Many other magnet configurations can also be used.

An anode 130 is positioned in the vacuum chamber 104 proximate to the cathode assembly 114. The anode 130 is typically coupled to ground. A second output 132 of the pulsed power supply 102 is also typically coupled to ground. A substrate 134 is positioned in the vacuum chamber 104 on a substrate support 135 to receive the sputtered target material 116. The substrate 134 can be electrically connected to a bias voltage power supply 136 with a transmission line 138. In order to isolate the bias voltage power supply 136 from the vacuum chamber 104, an insulator 140 can be used to pass the electrical transmission line 138 through a wall of the vacuum chamber 104.

In operation, the pulsed power supply 102 applies a voltage pulse between the cathode assembly 114 and the anode 130 that has a sufficient amplitude to ionize the argon feed gas in the vacuum chamber 104. This typical ionization process is referred to as direct ionization or atomic ionization by electron impact and can be described as follows:

$$Ar+e^- \rightarrow \rightarrow Ar^+ + 2e^-$$

where Ar represents a neutral argon atom in the feed gas and $e^-$ represents an ionizing electron generated in response to the voltage pulse applied between the cathode assembly 114 and the anode 130. The collision between the neutral argon atom and the ionizing electron results in an argon ion ($Ar^+$) and two electrons.

The negatively biased cathode assembly 114 attracts positively charged ions with sufficient acceleration so that

4

the ions sputter the target material 116. A portion of the sputtered target material 116 is deposited on the substrate 134.

The electrons, which cause the ionization, are generally confined by the magnetic fields produced by the magnet 126. The magnetic confinement is strongest in a confinement region 142 where there is relatively low magnetic field intensity. The confinement region 142 is substantially in the shape of a ring that is located proximate to the target material. Generally, a higher concentration of positively charged ions in the plasma is present in the confinement region 142 than elsewhere in the chamber 104. Consequently, the target material 116 is eroded rapidly in areas directly adjacent to the higher concentration of positively charged ions. The rapid erosion in these areas results in undesirable non-uniform erosion of the target material 116 and, thus relatively poor target utilization.

Dramatically increasing the power applied to the plasma can result in more uniform erosion of the target material 116. However, the amount of applied power necessary to achieve this increased uniformity can increase the probability of generating an electrical breakdown condition that leads to an undesirable electrical discharge between the cathode assembly 114 and the anode 130 regardless of the duration of the pulses. An undesirable electrical discharge will corrupt the sputtering process and cause contamination in the vacuum chamber 104. Additionally, the increased power can overheat the target and cause target damage.

FIG. 2 illustrates a cross-sectional view of an embodiment of a magnetron sputtering apparatus 200 according to the present invention. The magnetron sputtering apparatus 200 includes a chamber 202, such as a vacuum chamber. The chamber 202 is coupled in fluid communication to a vacuum system 204 through a vacuum control system 206. In one embodiment, the chamber 202 is electrically coupled to ground potential. The chamber 202 is coupled by one or more gas lines 207 to a feed gas source 208. In one embodiment, the gas lines 207 are isolated from the chamber and other components by insulators 209. Additionally, the gas lines 207 can be isolated from the feed gas source using in-line insulating couplers (not shown). A gas flow control system 210 controls the gas flow to the chamber 202. The gas source 208 can contain any feed gas, such as argon. In some embodiments, the feed gas includes a mixture of gases. In some embodiments, the feed gas includes a reactive gas.

A substrate 211 to be sputter coated is supported in the chamber 202 by a substrate support 212. The substrate 211 can be any type of work piece such as a semiconductor wafer. In one embodiment, the substrate support 212 is electrically coupled to an output 213 of a bias voltage source 214. An insulator 215 isolates the bias voltage source 214 from a wall of the chamber 202. In one embodiment, the bias voltage source 214 is an alternating current (AC) power source, such as a radio frequency (RF) power source. In other embodiments (not shown), the substrate support 212 is coupled to ground potential or is electrically floating.

The magnetron sputtering apparatus 200 also includes a cathode assembly 216. In one embodiment, the cathode assembly 216 includes a cathode 218 and a sputtering target 220 composed of target material. The sputtering target 220 is in contact with the cathode 218. In one embodiment, the sputtering target 220 is positioned inside the cathode 218. The distance from the sputtering target 220 to the substrate 211 can vary from a few centimeters to about one hundred centimeters.

The target material can be any material suitable for sputtering. For example, the target material can be a metallic

US 7,147,759 B2

5

material, polymer material, superconductive material, magnetic material including ferromagnetic material, non-magnetic material, conductive material, non-conductive material, composite material, reactive material, or a refractory material.

The cathode assembly **216** is coupled to an output **222** of a matching unit **224**. An insulator **226** isolates the cathode assembly **216** from a grounded wall of the chamber **202**. An input **230** of the matching unit **224** is coupled to a first output **232** of a pulsed power supply **234**. A second output **236** of the pulsed power supply **234** is coupled to an anode **238**. An insulator **240** isolates the anode **238** from a grounded wall of the chamber **202**. Another insulator **242** isolates the anode **238** from the cathode assembly **216**.

In one embodiment, the first output **232** of the pulsed power supply **234** is directly coupled to the cathode assembly **216** (not shown). In one embodiment, the second output **236** of the pulsed power supply **234** is coupled to ground (not shown). In this embodiment, the anode **238** is also coupled to ground (not shown).

In one embodiment (not shown), the first output **232** of the pulsed power supply **234** couples a negative voltage impulse to the cathode assembly **216**. In another embodiment (not shown), the first output **232** of the pulsed power supply **234** couples a positive voltage impulse to the anode **238**.

In one embodiment, the pulsed power supply **234** generates peak voltage levels of up to about 30,000V. Typical operating voltages are generally between about 100V and 30 kV. In one embodiment, the pulsed power supply **234** generates peak current levels of less than one ampere to about 5,000 A or more depending on the size of the magnetron sputtering system. Typical operating currents vary from less than a few amperes to more than a few thousand amperes depending on the size of the magnetron sputtering system. In one embodiment, the power pulses have a repetition rate that is below 1 kHz. In one embodiment, the pulse width of the pulses generated by the pulsed power supply **234** is substantially between about one microsecond and several seconds.

The anode **238** is positioned so as to form a gap **244** between the anode **238** and the cathode assembly **216** that is sufficient to allow current to flow through a region **245** between the anode **238** and the cathode assembly **216**. In one embodiment, the gap **244** is between approximately 0.3 centimeters (0.3 cm) and ten centimeters (10 cm). The volume of region **245** is determined by the area of the sputtering target **220**. The gap **244** and the total volume of region **245** are parameters in the ionization process as will be discussed with reference to FIG. **3**.

An anode shield **248** is positioned adjacent to the anode **238** so as to protect the interior wall of the chamber **202** from being exposed to sputtered target material. Additionally, the anode shield **248** can function as an electric shield to electrically isolate the anode **238** from the plasma. In one embodiment, the anode shield **248** is coupled to ground potential. An insulator **250** is positioned to isolate the anode shield **248** from the anode **238**.

The magnetron sputtering apparatus **200** also includes a magnet assembly **252**. In one embodiment, the magnet assembly **252** is adapted to create a magnetic field **254** proximate to the cathode assembly **216**. The magnet assembly **252** can include permanent magnets **256**, or alternatively, electro-magnets (not shown). The configuration of the magnet assembly **252** can be varied depending on the desired shape and strength of the magnetic field **254**. In alternate embodiments, the magnet assembly can have either a balanced or unbalanced configuration.

6

In one embodiment, the magnet assembly **252** includes switching electro-magnets, which generate a pulsed magnetic field proximate to the cathode assembly **216**. In some embodiments, additional magnet assemblies (not shown) can be placed at various locations throughout the chamber **202** to direct different types of sputtered target materials to the substrate **212**.

In one embodiment, the magnetron sputtering apparatus **200** is operated by generating the magnetic field **254** proximate to the cathode assembly **216**. In the embodiment shown in FIG. **2**, the permanent magnets **256** continuously generate the magnetic field **254**. In other embodiments, the magnetic field **254** is generated by energizing a current source (not shown) that is coupled to electro-magnets. In one embodiment, the strength of the magnetic field **254** is between about one hundred and two thousand gauss. After the magnetic field **254** is generated, the feed gas from the gas source **208** is supplied to the chamber **202** by the gas flow control system **210**. In one embodiment, the feed gas is supplied to the chamber **202** directly between the cathode assembly **216** and the anode **238**.

In one embodiment, the pulsed power supply **234** is a component in an ionization source that generates the weakly-ionized plasma. The pulsed power supply applies a voltage pulse between the cathode assembly **216** and the anode **238**. In one embodiment, the pulsed power supply **234** applies a negative voltage pulse to the cathode assembly **216**. The amplitude and shape of the voltage pulse are such that a weakly-ionized plasma is generated in the region **246** between the anode **238** and the cathode assembly **216**. The weakly-ionized plasma is also referred to as a pre-ionized plasma. In one embodiment, the peak plasma density of the pre-ionized plasma is between about $10^6$ and $10^{12}$ cm$^{-3}$ for argon feed gas. The pressure in the chamber can vary from about $10^{-3}$ to 10 Torr. The peak plasma density of the pre-ionized plasma depends on the properties of the specific magnetron sputtering system and is a function of the location of the measurement in the pre-ionized plasma.

In one embodiment, the pulsed power supply **234** generates a low power pulse having an initial voltage of between about one hundred volts and five kilovolts with a discharge current of between about 0.1 amperes and one hundred amperes in order to generate the weakly-ionized plasma. In some embodiments the width of the pulse can be in on the order of 0.1 microseconds up to one hundred seconds. Specific parameters of the pulse are discussed herein in more detail in connection with FIG. **4** and FIG. **5**.

In one embodiment, prior to the generating of the weakly-ionized plasma, the pulsed power supply **234** generates a potential difference between the cathode assembly **216** and the anode **238** before the feed gas is supplied between the cathode assembly **216** and the anode **238**.

In another embodiment, a direct current (DC) power supply (not shown) is used to generate and maintain the weakly-ionized or pre-ionized plasma. In this embodiment, the DC power supply is adapted to generate a voltage that is large enough to ignite the pre-ionized plasma. In one embodiment, the DC power supply generates an initial voltage of several kilovolts with a discharge current of several hundred milliamps between the cathode assembly **216** and the anode **238** in order to generate and maintain the pre-ionized plasma. The value of the current depends on the power level generated by the power supply and is a function of the size of the magnetron. Additionally, the presence of a magnetic field in the region **245** can have a dramatic effect on the value of the applied voltage and current required to generate the weakly-ionized plasma.

US 7,147,759 B2

7

In some embodiments, the DC power supply generates a current that is between about 1 mA and 100 A depending on the size of the magnetron and the strength of a magnetic field in the region **245**. In one embodiment, before generating the weakly-ionized plasma, the DC power supply is adapted to generate and maintain an initial voltage between the cathode assembly **216** and the anode **238** before the introduction of the feed gas.

The pre-ionized or weakly-ionized plasma can be generated by numerous other techniques including UV radiation techniques, X-ray techniques, electron beam techniques, ion beam techniques, or ionizing filament techniques, for example. In one embodiment, an alternating current (AC) power supply can be used. Generally, an AC power supply can require less power to generate a weakly-ionized plasma than a DC power supply.

Forming a weakly-ionized or pre-ionized plasma substantially eliminates the probability of establishing a breakdown condition in the chamber **202** when high-power pulses are applied between the cathode assembly **216** and the anode **238**. The probability of establishing a breakdown condition is substantially eliminated because the weakly-ionized plasma has a low-level of ionization that provides electrical conductivity through the plasma. This conductivity substantially prevents the formation of a breakdown condition, even when high power is applied to the plasma.

Once the weakly-ionized plasma is formed, high-power pulses are then generated between the cathode assembly **216** and the anode **238**. In one embodiment, the pulsed power supply **234** generates the high-power pulses. The desired power level of the high-power pulse depends on several factors including the desired deposition rate, the density of the pre-ionized plasma, and the size of the magnetron, for example. In one embodiment, the power level of the high-power pulse is in the range of about one kilowatt to about ten megawatts or more. This power level range corresponds to target densities that are on the order of 0.01 kilowatt per square centimeter to more than ten kilowatts per square centimeter.

Each of the high-power pulses are maintained for a predetermined time that, in alternate embodiments, is approximately one microsecond to ten seconds. The repetition frequency or repetition rate of the high-power pulses, in one embodiment, is in the range of between about 0.1 Hz to 1 kHz. In order to minimize undesirable target heating, the average power generated by the pulsed power supply **234** can be less than one megawatt depending on the size of the magnetron. In one embodiment, the thermal energy in the sputtering target **220** is conducted away or dissipated by liquid or gas cooling such as helium cooling (not shown).

The high-power pulses generate a strong electric field between the cathode assembly **216** and the anode **238**. This strong electric field is substantially located in the region **245** that is in the gap **244** between the cathode assembly **216** and the anode **238**. In one embodiment, the electric field is a pulsed electric field. In another embodiment, the electric field is a quasi-static electric field. By quasi-static electric field, we mean an electric field that has a characteristic time of electric field variation that is much greater than the collision time for electrons with neutral gas particles. Such a time of electric field variation can be on the order of ten seconds. The strength and the position of the strong electric field will be discussed in more detail with reference to FIG. **3**.

The high-power pulses generate a highly-ionized or a strongly-ionized plasma from the weakly-ionized plasma. The discharge current density that is formed from this strongly-ionized plasma can be as high as about five-hundred amperes per squared centimeter or more for a pressure that is as high as about ten Torr. Since the sputtering target **220** is typically negatively biased, the positively charged ions in the strongly-ionized plasma accelerate at high velocity towards the sputtering target **220**. The accelerated ions impact the surface of the sputtering target **220**, causing the target material to be sputtered. The strongly-ionized plasma of the present invention results in a very high sputtering rate of the target material.

In addition, the strongly-ionized plasma tends to diffuse homogenously in the region **246**. The homogenous diffusion results in accelerated ions impacting the surface of the sputtering target **220** in a more uniform manner than with conventional magnetron sputtering. Consequently, the surface of the sputtering target **220** is eroded more evenly and, thus higher target utilization is achieved. Furthermore, since the target material is sputtered more uniformly across the surface of the sputtering target **220**, the uniformity and homogeneity of the material deposited on the substrate **211** is also increased without the necessity of rotating the substrate **211** and/or the magnet assembly **252**. The physical mechanism responsible for this homogenous diffusion is described with reference to FIG. **6**A through FIG. **6**D.

In one embodiment, the high-power pulsed magnetron sputtering system **200** of the present invention generates a relatively high electron temperature plasma and a relatively high density plasma. One application for the high-power pulsed magnetron sputtering system **200** of the present invention is ionized physical vapor deposition (IPVD), which is a technique that converts neutral sputtered atoms into positive ions to enhance the sputtering process.

FIG. **3** illustrates a cross-sectional view of the cathode assembly **216** and the anode **238** of FIG. **2**. In one embodiment, the strong electric field **260** is located in the region **245** between the cathode assembly **216** and the anode **238**. The strong electric field **260** facilitates a multi-step ionization process that substantially increases the rate at which the strongly-ionized plasma is formed.

The feed gas **264** flows between the cathode assembly **216** and the anode **238**. A pre-ionizing voltage is applied between the cathode assembly **216** and the anode **238** across the feed gas **264** which forms the weakly-ionized plasma. The weakly-ionized plasma is generally formed in the region **245** and diffuses to a region **266** as the feed gas **264** continues to flow. The electrons in the weakly-ionized plasma are substantially trapped in the region **266** by the magnetic field **254**. In one embodiment (not shown), the magnetic field **254** is generated in the region **245** to substantially trap electrons where the weakly-ionized plasma is ignited.

After the formation of the weakly-ionized plasma, a high-power pulse is then applied between the cathode assembly **216** and the anode **238**. This high-power pulse generates the strong electric field **260** in the region **245** between the cathode assembly **216** and the anode **238**. The strong electric field **260** results in collisions occurring between neutral atoms and ions in the weakly ionized plasma. These collisions generate numerous excited atoms in the weakly-ionized plasma. The accumulation of excited atoms in the weakly-ionized plasma alters the ionization process. Instead of direct ionization, the strongly-ionized plasma is generated by a multi-step ionization process having an efficiency that increases as the density of excited atoms in the weakly-ionized plasma increases.

The distance or gap **244** between the cathode assembly **216** and the anode **238** is chosen so as to maximize the rate of excitation of the atoms. The value of the electric field **260**

US 7,147,759 B2

9

10

in the region 245 depends on the voltage level applied by the pulsed power supply 234 (FIG. 2) and the size of the gap 244 between the anode 238 and the cathode assembly 216. In alternative embodiments, the strength of the electric field 260 can vary between about 10V/cm and $10^5$V/cm depending on various parameters and operating conditions of the magnetron system. In some embodiments, the gap 244 can be between about 0.30 cm and about 10 cm depending on various parameters of the process. In one embodiment, the electric field 260 in the region 245 is rapidly applied to the pre-ionized or weakly-ionized plasma. In some embodiments, the rapidly applied electric field 260 is generated by a voltage pulse having a rise time that is between about 0.1 microsecond and ten seconds.

In one embodiment, the dimensions of the gap 244 and the parameters of the applied electric field 260 are varied in order to determine the optimum condition for a relatively high rate of excitation of the atoms in the region 245. For example, an argon atom requires an energy of about 11.55 eV to become excited. Thus, as the feed gas 264 flows through the region 245, the weakly-ionized plasma is formed and the atoms in the weakly-ionized plasma undergo a stepwise ionization process. The excited atoms in the weakly-ionized plasma then encounter the electrons that are trapped in the region 266 by the magnetic field 254. Since excited atoms only require about 4 eV of energy to ionize while neutral atoms require about 15.76 eV of energy to ionize, the excited atoms will ionize at a much higher rate than neutral atoms. In one embodiment, ions in the strongly-ionized plasma bombard the sputtering target 220 causing secondary electron emission from the sputtering target 220. These secondary electrons are substantially trapped by the magnetic field 254 and interact with any neutral or excited atoms in the strongly-ionized plasma. This process further increases the density of ions in the strongly-ionized plasma 35 as the feed gas 264 is replenished.

The multi-step ionization process corresponding to the rapid application of the electric field 260 can be described as follows:

$$Ar + e^- \rightarrow Ar^* + e^-$$

$$Ar^* + e^- \rightarrow Ar^+ + 2e^-$$

where Ar represents a neutral argon atom in the feed gas and $e^-$ represents an ionizing electron generated in response to a pre-ionized plasma, when sufficient voltage is applied between the cathode assembly 216 and the anode 238. Additionally, Ar* represents an excited argon atom in the weakly-ionized plasma. The collision between the excited argon atom and the ionizing electron results in an argon ion ($Ar^+$) and two electrons.

As previously discussed, the excited argon atoms generally require less energy to become ionized than neutral argon atoms. Thus, the excited atoms tend to more rapidly ionize near the surface of the sputtering target 220 than the neutral argon atoms. As the density of the excited atoms in the plasma increases, the efficiency of the ionization process rapidly increases. The increased efficiency eventually results in an avalanche-like increase in the density of the strongly-ionized plasma. Under appropriate excitation conditions, the proportion of the energy applied to the weakly-ionized plasma which is transformed to the excited atoms is very high for a pulsed discharge in the feed gas.

Thus, in one embodiment of the invention, high power pulses are applied to a weakly-ionized plasma across the gap 244 to generate a strong electric field between the anode 238 and the cathode assembly 216. This strong electric field

generates excited atoms in the weakly-ionized plasma. The excited atoms are rapidly ionized by secondary electrons emitted by the sputtering target 220. This rapid ionization results in a strongly-ionized plasma having a large ion density being formed in an area proximate to the cathode assembly 216.

FIG. 4 illustrates a graphical representation 300 of the applied power of a pulse as a function of time for periodic pulses applied to the plasma in the magnetron sputtering system of FIG. 2. At time $t_0$, the feed gas from the gas source 208 flows into the chamber 202 before the pulsed power supply 234 is activated. The time required for a sufficient quantity of gas to flow from the gas source 208 into the chamber 202 depends on several factors including the flow rate of the gas and the desired pressure in the chamber 202.

In one embodiment (not shown), the pulsed power supply 234 is activated before the feed gas flows into the chamber 202. In this embodiment, the feed gas is injected between the anode 238 and the cathode assembly 216 where it is ignited by the pulsed power supply 234 to generate the weakly-ionized plasma.

In one embodiment, the feed gas flows between the anode 238 and the cathode assembly 216 between time $t_0$ and time $t_1$. At time $t_1$, the pulsed power supply 234 generates a pulse 302 between the cathode assembly 216 and the anode 238 that has a power level between about 0.01 kW and 100 kW depending on the size of the magnetron. The pulse 302 is sufficient to ignite the feed gas to generate the weakly-ionized plasma.

In another embodiment (not shown), the pulsed power supply 234 applies a potential in the gap 244 between the cathode assembly 216 and the anode 238 before the feed gas from the gas source 208 is delivered into the chamber 202. In this embodiment, the feed gas is ignited as it flows between the cathode assembly 216 and the anode 238. In another embodiment, the pulsed power supply 234 generates the pulse 302 between the cathode assembly 216 and the anode 238 when the feed gas from the gas source 208 is delivered into the chamber 202.

The power generated by the pulsed power supply 234 partially ionizes the gas that is located in the region 245 between the cathode assembly 216 and the anode 238. The partially ionized gas is also referred to as a weakly-ionized plasma or a pre-ionized plasma. As described herein, the formation of weakly-ionized plasma substantially eliminates the possibility of creating a breakdown condition when high-power pulses are applied to the weakly-ionized plasma.

In one embodiment, the power is continuously applied for between about one microsecond and one hundred seconds to allow the pre-ionized plasma to form and be maintained at a sufficient plasma density. In one embodiment, the power from the pulsed power supply 234 is continuously applied after the weakly-ionized plasma is ignited to maintain the weakly-ionized plasma. The pulsed power supply 234 can be designed so as to generate a continuous nominal power in order to generate and sustain the weakly-ionized plasma until a high-power pulse is delivered by the pulsed power supply 234.

At time $t_2$, the pulsed power supply 234 delivers a high-power pulse 304 across the weakly-ionized plasma. In some embodiments, the high-power pulse 304 has a power that is in the range of between about one kilowatt to ten megawatts depending on the size of the magnetron. The high-power pulse has a leading edge 306 with a rise time that is between about 0.1 microseconds and ten seconds.

The high-power pulse 304 has a power and a pulse width that is sufficient to transform the weakly-ionized plasma to

US 7,147,759 B2

11

a strongly-ionized plasma. In one embodiment, the high-power pulse 304 is applied for a time that is in the range of between about ten microseconds and ten seconds. At time $t_4$, the high-power pulse 304 is terminated.

The power supply 224 maintains the weakly-ionized plasma after the delivery of the high-power pulse 304 by applying background power that, in one embodiment, is between about 0.01 kW and 100 kW. The background power can be a pulsed or continuously applied power that maintains the pre-ionization condition in the plasma, while the pulsed power supply 234 prepares to deliver another high-power pulse 308.

At time $t_5$, the pulsed power supply 234 delivers another high-power pulse 308. The repetition rate between the high-power pulses 304, 308 is, in one embodiment, between about 0.1 Hz and 1 kHz. The particular size, shape, width, and frequency of the high-power pulses 304, 308 depend on various factors including process parameters, the design of the pulsed power supply 234, the size of the magnetron, and the design of the sputter system. The shape and duration of the leading edge 308 and the trailing edge 310 of the high-power pulse 304 is chosen to sustain the weakly-ionized plasma while controlling the rate of ionization of the strongly-ionized plasma. In one embodiment, the particular size, shape, width, and frequency of the high-power pulse 304 is chosen to control the rate of sputtering of the target material.

FIG. 5 illustrates graphical representations 320, 322, and 324 of the absolute value of applied voltage, current, and power, respectively, as a function of time for periodic pulses applied to the plasma in the magnetron sputtering system of FIG. 2. In one embodiment, at time $t_0$ (not shown), the feed gas from the gas source 208 flows into the chamber 202 before the pulsed power supply 234 is activated. The time required for a sufficient quantity of gas to flow from the gas source 208 into the chamber 202 depends on several factors including the flow rate of the gas and the desired pressure in the chamber 202.

In the embodiment shown in FIG. 5, the power supply 238 generates a constant power. At time $t_1$, the pulsed power supply 234 generates a voltage 326 across the anode 238 and the cathode assembly 216. In one embodiment, the voltage 326 is approximately between one hundred and two thousand volts. The period between time $t_0$ and time $t_1$ (not shown) can be on the order of several microseconds up to several milliseconds. At time $t_1$, the current 328 and the power 330 have constant value.

Between time $t_1$ and time $t_2$, the voltage 326, the current 328, and the power 326 remain constant as the weakly-ionized plasma is generated. The voltage 332 at time $t_2$ is between about 100V and 2,000V. The current 334 at time $t_2$ is between about 0.1 A and 100 A. The power 336 delivered at time $t_2$ is between about 0.01 kW and 100 kW.

The power 336 generated by the pulsed power supply 234 partially ionizes the gas that is located between the cathode assembly 216 and the anode 238. The partially ionized gas is also referred to as a weakly-ionized plasma or a pre-ionized plasma. As described herein, the formation of weakly-ionized plasma substantially eliminates the possibility of creating a breakdown condition when high-power pulses are applied to the weakly-ionized plasma. The suppression of this breakdown condition substantially eliminates the occurrence of undesirable arcing in the chamber 202.

In one embodiment, the period between time $t_1$ and time $t_2$ is between about one microsecond and one hundred seconds to allow the pre-ionized plasma to form and be

12

maintained at a sufficient plasma density. In one embodiment, the power 336 from the pulsed power supply 234 is continuously applied to maintain the weakly-ionized plasma. The pulsed power supply 234 can be designed so as to output a continuous nominal power in order to sustain the weakly-ionized plasma.

Between time $t_2$ and time $t_3$, the pulsed power supply 234 delivers a large voltage pulse 338 across the weakly-ionized plasma. In some embodiments, the large voltage pulse 338 has a voltage that is in the range of two hundred to thirty thousand volts. In some embodiment, the period between time $t_2$ and time $t_3$ is between about 0.1 microseconds and ten seconds. The large voltage pulse 338 is applied between time $t_3$ and time $t_4$, before the current across the plasma begins to increase. In one embodiment, the time period between time $t_3$ and time $t_4$ can be between about one microsecond and ten seconds.

Between time $t_4$ and time $t_5$, the voltage 340 drops as the current 342 increases. The power 344 also increases between time $t_4$ and time $t_5$, until a quasi-stationary state exists between the voltage 346 and the current 348. The period between time $t_4$ and time $t_5$ can be on the order of one to one hundred microseconds.

In one embodiment, at time $t_5$, the voltage 346 is between about one hundred and thirty thousand volts, the current 348 is between about one hundred and five thousand amperes and the power 350 is between about one kilowatt and ten megawatts. The power 350 is continuously applied to the plasma until time $t_6$. In one embodiment, the period between time $t_5$ and time $t_6$ is approximately between one microsecond and ten seconds.

The pulsed power supply 234 delivers a high-power pulse having a maximum power 350 and a pulse width that is sufficient to transform the weakly-ionized plasma to a strongly-ionized plasma. At time $t_6$, the maximum power 350 is terminated. In one embodiment, the pulsed power supply 234 continues to supply a background power that is sufficient to maintain the plasma after time $t_6$.

In one embodiment, the power supply 234 maintains the plasma after the delivery of the high-power pulse by continuing to apply a power 352 that can be between about 0.01 kW and 100 kW to the plasma. The continuously generated power maintains the pre-ionization condition in the plasma, while the pulsed power supply 234 prepares to deliver the next high-power pulse.

At time $t_7$, the pulsed power supply 234 delivers the next high-power pulse (not shown). In one embodiment, the repetition rate between the high-power pulses is between about 0.1 Hz and 1 kHz. The particular size, shape, width, and frequency of the high-power pulses depend on various factors including process parameters, the design of the pulsed power supply 234, the size of the magnetron, and the design of the sputter system.

In another embodiment (not shown), the power supply 234 generates a constant voltage. In this embodiment, the applied voltage 320 is continuously applied from time $t_2$ until time $t_6$. The current 322 and the power 324 change to keep the applied voltage 320 constant. The current 322 and the power 224 rise until time $t_6$, where the voltage 320 is terminated.

FIG. 6A through FIG. 6D illustrate various simulated magnetic field distributions 400, 402, 404, and 406 that are proximate to the cathode assembly 116 for various electron ExB drift currents in the magnetron sputtering apparatus 200 of FIG. 2. The simulated magnetic fields distributions 400, 402, 404, and 406 indicate that high-power plasmas having

US 7,147,759 B2

13

14

high current density tend to diffuse homogeneously in the area **246** of the magnetron sputtering apparatus **200** of FIG. **2**.

The high-power pulses between the cathode assembly **216** and the anode **238** generate secondary electrons from the cathode assembly **216** that move in a substantially circular motion proximate to the cathode assembly **216** according to crossed electric and magnetic fields. The substantially circular motion of the electrons generate an electron E×B drift current. The magnitude of the electron E×B drift current is proportional to the magnitude of the discharge current in the plasma and, in one embodiment, is approximately in the range of between about three and ten times the magnitude of the discharge current.

In one embodiment, the substantially circular electron E×B drift current generates a magnetic field that interacts with the magnetic field generated by the magnet assembly **252**. In one embodiment, the magnetic field generated by the electron E×B drift current has a direction that is substantially opposite to the direction of the magnetic field generated by the magnet assembly **252**. The magnitude of the magnetic field generated by the electron E×B drift current increases with increased electron E×B drift current. The homogeneous diffusion of the strongly-ionized plasma in the region **246** is caused, at least in part, by the interaction of the magnetic field generated by the magnet assembly **252** and the magnetic field generated by the electron E×B drift current.

In one embodiment, the electron E×B drift current defines a substantially circular shape for low current density plasma. However, as the current density of the plasma increases, the substantially circular electron E×B drift current tends to describe a more complex shape as the interaction of the magnetic field generated by the magnet assembly **252**, the electric field generated by the high-power pulse, and the magnetic field generated by the electron E×B drift current becomes more acute. For example, in one embodiment, the electron E×B drift current has a substantially cycloidal shape. Thus, the exact shape of the electron E×B drift current can be quite elaborate and depends on various factors.

For example, FIG. **6A** illustrates the magnetic field lines **408** produced from the interaction of the magnetic field generated by the magnet assembly **252** and the magnetic field generated by an electron E×B drift current **410** illustrated by a substantially circularly shaped ring. The electron E×B drift current **410** is generated proximate to the cathode assembly **216**.

In the example shown in FIG. **6A**, the electron E×B drift current **410** is approximately one hundred amperes (100 A). In one embodiment of the invention, the electron E×B drift current **410** is between approximately three and ten times as great as the discharge current. Thus, in the example shown in FIG. **6A**, the discharge current is approximately between 10 A and 30 A.

The magnetic field lines **408** shown in FIG. **6A** indicate that the magnetic field generated by the magnet assembly **252** is substantially undisturbed by the relatively small magnetic field that is generated by the relatively small electron E×B drift current **410**.

FIG. **6B** illustrates the magnetic field lines **412** produced from the interaction of the magnetic field generated by the magnet assembly **252** and the magnetic field generated by an electron E×B drift current **414**. The electron E×B drift current **414** is generated proximate to the cathode assembly **216**.

In the example shown in FIG. **6B**, the electron E×B drift current **414** is approximately 300 A. Since the electron E×B

drift current **414** is typically between about three and ten times as great as the discharge current, the discharge current in this example is approximately between 30 A and 100 A.

The magnetic field lines **412** that are generated by the magnet assembly **252** are substantially undisturbed by the relatively small magnetic field generated by the relatively small electron E×B drift current **414**. However, the magnetic field lines **416** that are closest to the electron E×B drift current **414** are somewhat distorted by the magnetic field generated by the electron E×B drift current **414**. The distortion suggests that a larger electron E×B drift current should generate a stronger magnetic field that will interact more strongly with the magnetic field generated by the magnet assembly **252**.

FIG. **6C** illustrates the magnetic field lines **418** that are produced from the interaction of the magnetic field generated by the magnet assembly **252** and the magnetic field generated by an electron E×B drift current **420**. The electron E×B drift current **420** is generated proximate to the cathode assembly **216**.

In the example shown in FIG. **6C**, the electron E×B drift current **420** is approximately 1,000 A. Since the electron E×B drift current **420** is typically between about three and ten times as great as the discharge current, the discharge current in this example is approximately between 100 A and 300 A.

The magnetic field lines **418** that are generated by the magnet assembly **252** exhibit substantial distortion that is caused by the relatively strong magnetic field generated by the relatively large electron E×B drift current **420**. Thus, the larger electron E×B drift current **420** generates a stronger magnetic field that strongly interacts with and can begin to dominate the magnetic field generated by the magnet assembly **252**.

The interaction of the magnetic field generated by the magnet assembly **252** and the magnetic field generated by the electron E×B drift current **420** substantially generates magnetic field lines **422** that are somewhat more parallel to the surface of the sputtering target **220** than the magnetic field lines **408**, **412**, and **416** in FIG. **6A** and FIG. **6B**. The magnetic field lines **422** allow the strongly-ionized plasma to more uniformly distribute itself in the area **246**. Thus, the strongly-ionized plasma is substantially uniformly diffused in the area **246**, and consequently, the sputtering target **220** is eroded more uniformly thereby resulting in higher target utilization than can be achieved than in conventional magnetron sputtering systems.

FIG. **6D** illustrates the magnetic field lines **424** produced from the interaction of the magnetic field generated by the magnet assembly **252** and the magnetic field generated by an electron E×B drift current **426**. The electron E×B drift current **426** is generated proximate to the cathode assembly **216**.

In the example shown in FIG. **6D**, the electron E×B drift current **426** is approximately 5,000 A. The discharge current in this example is approximately between 500 A and 1,700 A.

The magnetic field lines **424** generated by the magnet assembly **252** are relatively distorted due to their interaction with the relatively strong magnetic field generated by the relatively large electron E×B drift current **426**. Thus, in this embodiment, the relatively large electron E×B drift current **426** generates a very strong magnetic field that is substantially stronger than the magnetic field generated by the magnet assembly **252**.

FIG. **7** illustrates a cross-sectional view of another embodiment of a magnetron sputtering apparatus **450**

US 7,147,759 B2

15

according to the present invention. The magnetron sputtering apparatus 450 includes an electrode 452 that generates a weakly-ionized or pre-ionized plasma. The electrode 452 is also referred to as a pre-ionizing filament electrode and is a component in an ionization source that generates the weakly ionized plasma.

In one embodiment, the electrode 452 is coupled to an output 454 of a power supply 456. The power supply 456 can be a DC power supply or an AC power supply. An insulator 458 isolates the electrode 452 from the grounded wall of the chamber 202. In one embodiment, the electrode 452 is substantially shaped in the form of a ring electrode. In other embodiments, the electrode 452 is substantially shaped in a linear form or any other shape that is suitable for pre-ionizing the plasma.

In one embodiment, a second output 460 of the power supply 456 is coupled to the cathode 218. The insulator 226 isolates the cathode 218 from the grounded wall of the chamber 202. In one embodiment, the power supply 456 generates an average output power that is in the range of between about 0.01 kW and 100 kW. Such an output power is sufficient to generate a suitable current between the electrode 452 and the cathode assembly 216 to pre-ionize feed gas that is located proximate to the electrode 452.

In operation, the magnetron sputtering apparatus 450 functions in a similar manner to the magnetron sputtering apparatus 200 of FIG. 2, but with some operational differences. The magnetic field 254 is generated proximate to the cathode assembly 216. In one embodiment, the strength of the magnetic field 254 is between about one hundred and two thousand gauss. The feed gas is supplied from the gas source 208 to the chamber 202 by the gas flow control system 210.

The power supply 456 applies a suitable current between the cathode assembly 216 and the electrode 452. The parameters of the current are chosen to establish a weakly-ionized plasma in the area 246 proximate to the electrode 452. In one embodiment, the power supply 456 generates a voltage of between about one hundred volts and five thousand volts with a discharge current that is between about 0.1 A and 100 A depending on the size of the magnetron. An example with specific parameters will be discussed herein in more detail in connection with FIG. 8.

In one embodiment, the resulting pre-ionized plasma density is in the range between approximately $10^6$ and $10^{12}$ cm$^{-3}$ for argon sputtering gas. In one embodiment, the pressure in the chamber 202 is in the range of approximately $10^{-3}$ to 10 Torr. As previously discussed, the weakly-ionized or pre-ionized plasma reduces or substantially eliminates the possibility of establishing a breakdown condition in the chamber 202 when high-power pulses are applied to the plasma.

The pulsed power supply 234 then generates a high-power pulse between the cathode assembly 216 and the anode 238. The high-power pulse generates a strongly-ionized plasma from the weakly-ionized plasma. The parameters of the high-power pulse depend on various parameters including the size of the magnetron, the desired deposition rate, and the concentration of the pre-ionized plasma necessary for depositing the target material.

In one embodiment, the high-power pulse between the cathode assembly 216 and the anode 238 is in the range of about one kilowatt to about ten megawatts. This corresponds to target densities on the order of several kilowatts per square centimeter. In one embodiment, the ion current density that can be generated from the strongly-ionized

16

plasma is greater than about one ampere per squared centimeter for a pressure of approximately ten mTorr.

In one embodiment, the high-power pulse has a pulse width that is in the range of approximately one microsecond to several seconds. In one embodiment, the repetition rate of the high-power discharge is in the range of between about 0.1 Hz to 1 kHz. In one embodiment, in order to minimize undesirable target heating, the average power generated by the pulsed power supply is less than one megawatt depending on the size of the magnetron. In one embodiment, the thermal energy in the sputtering target 220 is conducted away or dissipated by liquid or gas cooling (not shown).

The gas flow control system 210 provides a feed gas flow rate that is high enough to maintain the strongly-ionized plasma. Additionally, the vacuum control system 206 controls the pressure so as to maintain the pressure inside the chamber 202 in a range that supports the strongly-ionized plasma.

The ions in the strongly-ionized plasma accelerate towards the sputtering target 220 at high velocity and impact the surface of the sputtering target 220. The strongly ionized plasma causes a very high sputtering rate of the target material. Furthermore, as described herein in connection with FIG. 6A though FIG. 6D, the strongly-ionized plasma generated by the sputtering systems according to the present invention tends to diffuse homogenously in the area 246 due to the interaction of generated magnetic fields. This homogenous diffusion results in a more uniform distribution of ions impacting the surface of the target material 220 compared with conventional magnetron sputtering systems, thereby resulting in relatively high target utilization and relatively uniform deposition of target material on the substrate 211.

FIG. 8 illustrates a graphical representation of pulse power as a function of time for periodic pulses applied to the plasma in the magnetron sputtering system of FIG. 7. In one embodiment, the feed gas from the gas source 208 flows into the chamber 202 at time $t_0$, before either the power supply 456 or the pulsed power supply 234 are activated.

In another embodiment, prior to the formation of the weakly-ionized plasma, the power supply 456 and/or the pulsed power supply 234 are activated at time $t_0$ before the gas enters the chamber 202. In this embodiment, the feed gas is injected between the electrode 452 and the cathode assembly 216 where it is ignited by the power supply 456 to generate the weakly-ionized plasma.

The time required for a sufficient quantity of gas to flow into the chamber 202 depends on several factors including the flow rate of the gas and the desired operating pressure in the chamber 202. At time $t_1$, the power supply 456 generates a power 502 that is in the range of between about 0.01 kW to about 100 kW between the electrode 452 and the cathode assembly 216. The power 502 causes the gas proximate to the electrode 452 to become partially ionized, thereby generating a weakly-ionized plasma or a pre-ionized plasma.

At time $t_2$, the pulsed power supply 234 delivers a high-power pulse 504 to the weakly-ionized plasma that is on the order of less than one kilowatt to about ten megawatts depending on the size of the magnetron. The high-power pulse 504 is sufficient to transform the weakly-ionized plasma to a strongly-ionized plasma. The high-power pulse has a leading edge 506 having a rise time that is between about 0.1 microseconds and ten seconds.

In one embodiment, the pulse width of the high-power pulse 504 is in the range of between about one microsecond and ten seconds. The high-power pulse 504 is terminated at time $t_4$. Even after the delivery of the high-power pulse 504, the power 502 from the power supply 456 is continuously

US 7,147,759 B2

17

applied to sustain the pre-ionized plasma, while the pulsed power supply **234** prepares to deliver another high-power pulse **508**. In another embodiment (not shown), the power supply **456** is an AC power supply and delivers suitable power pulses to ignite and sustain the weakly-ionized plasma.

At time $t_5$, the pulsed power supply **234** delivers another high-power pulse **508**. In one embodiment, the repetition rate of the high-power pulses can be between about 0.1 Hz and 1 kHz. The particular size, shape, width, and frequency of the high-power pulse depend on the process parameters and on the design of the pulsed power supply **234** and the sputter system. The shape and duration of the leading edge **506** and the trailing edge **510** of the high-power pulse **504** is chosen to control the rate of ionization of the strongly-ionized plasma. In one embodiment, the particular size, shape, width, and frequency of the high power pulse **504** is chosen to control the rate of sputtering of the target material.

FIG. 9A through FIG. 9C are cross-sectional views of various embodiments of cathode assemblies **216'**, **216''**, and **216'''** according to the present invention. FIG. 9A through FIG. 9C illustrate one side (the right side with reference to FIG. **7**) of each cathode assembly. The left side of each cathode assembly is generally symmetrical to the illustrated right side. FIG. 9A through FIG. 9C illustrate various configurations of the electrode **452** and the cathode assemblies **216'**, **216''**, and **216'''**. These various configurations can affect the parameters of the electric field generated between the electrode **452** and each of the cathode assemblies **216'**, **216''**, and **216'''**. The parameters of the electric field can influence the ignition of the pre-ionized plasma as well as the pre-ionization process generally. In one embodiment, these various embodiments create the necessary conditions for breakdown of the feed gas and ignition of the weakly-ionized plasma in the region between the anode **238** and each respective cathode assembly **216'**, **216''**, and **216'''**.

FIG. 9A illustrates one side of the cathode assembly **216'**. In this embodiment, a sputtering target **220'** is substantially positioned in contact with a cathode **218'**. The sputtering target **220'** extends past the bend **520** of the ring-shaped electrode **452**. In this embodiment, the electric field lines (not shown) from the electric field generated between the cathode assembly **216'** and the ring-shaped electrode **452** are substantially perpendicular to the cathode assembly **216'** along the circumference of the ring-shaped electrode **452**. This embodiment can increase the efficiency of the pre-ionization process. Furthermore, since the cathode **218'** is never directly exposed to the plasma, ions from the plasma do not bombard the cathode **218'** and therefore, any contamination that could otherwise be generated by the cathode material is substantially reduced.

FIG. 9B illustrates one side of the cathode assembly **216''**. In this embodiment, a sputtering target **220''** is substantially positioned in contact with a cathode **218''**. The sputtering target **220''** extends to the point **524** on the cathode assembly **216''**. In this embodiment, the electric field lines (not shown) generated between the cathode assembly **216''** and the electrode **452** are substantially perpendicular to the cathode assembly **216''** at the point **528** on the cathode **218''**. The electric field in the gap **530** between the electrode **452** and the cathode **218''** is adapted to ignite the plasma from the feed gas flowing through the gap **530**. Depending on various parameters such as where the magnetic field is generated relative to the sputtering target **220''** and the pressure in the area proximate to the cathode assembly **216''**, this embodiment can increase the efficiency of the pre-ionization process.

18

FIG. 9C illustrates one side of the cathode assembly **216'''**. In this embodiment, a sputtering target **220'''** is substantially positioned in contact with a cathode **218'''**. The sputtering target **220'''** extends to position **532** on the cathode assembly **216'''**. In this embodiment, the electric field lines (not shown) generated between the cathode assembly **216'''** and the electrode **452** are substantially perpendicular to the cathode assembly **216'''** at the position **538**. The electric field in the gap **540** between the electrode **452** and the cathode **218'''** is adapted to ignite the plasma from the feed gas flowing through the gap **540**. Depending on various parameters such as where the magnetic field is generated relative to the sputtering target **220'''** and the pressure in the area proximate to the cathode assembly **216'''**, this embodiment can increase the efficiency of the pre-ionization process.

FIG. **10** is a cross-sectional view of another embodiment of a magnetron sputtering apparatus **450'** according to the present invention. This embodiment is similar to the magnetron sputtering apparatus **450** of FIG. **7**. However, in this embodiment, the electrode **452'**, which is a component of the ionization source, substantially surrounds the cathode assembly **216**. The position of the electrode **452'** relative to the cathode assembly **216** is chosen to achieve particular electrical conditions in the gap **244** between the anode **238** and the cathode assembly **216**. For example, in this embodiment, since the pre-ionizing electrode **452'** is not physically located in the region **245'** between the anode **238** and the cathode assembly **216**, it does not interfere with the strong electric field that results when a high-power pulse is applied between the anode **238** and the cathode assembly **216**. Additionally, the location of the pre-ionizing electrode **452'** results in a more uniformly distributed weakly-ionized plasma in the region **246'**.

The power supply **456** applies a substantially constant voltage between the cathode assembly **216** and the electrode **452'**. The substantially constant voltage generates a weakly-ionized or pre-ionized plasma proximate to the electrode **452'** and the cathode assembly **216**. The pre-ionized plasma substantially eliminates the possibility of establishing a breakdown condition in the chamber **202** when high-power pulses are applied to the plasma. In one embodiment, the power supply **456** is a DC power supply that generates a DC voltage that is in the range of between about one hundred volts and several kilovolts with a discharge current that is in the range of between about 0.1 A and 100 A. In another embodiment, the power supply **456** is an AC power supply that generates voltage pulses between the cathode assembly **216** and the electrode **452'**.

Since the electrode **452'** substantially surrounds the cathode assembly **216**, a distance **462** between the electrode **452'** and the cathode **218** can be varied by changing the diameter of the electrode **452'**. For example, the distance **462** can be varied from about 0.1 cm to about 10 cm. The distance **462** is optimized to generate sustainable weakly-ionized plasma in the region **246'**. The vertical position of the electrode **452'** relative to the cathode assembly **216** can also be varied.

FIG. **11** illustrates a cross-sectional view of another illustrative embodiment of a magnetron sputtering apparatus **450''** according to the present invention. The magnetron sputtering apparatus **450''** is similar to the magnetron sputtering apparatus **450** of FIG. **7**. The electrode **452''** is a component of an ionization source. However, the electrode **452''** is coupled to a first power supply **464** and also to an additional second power supply **466**. The position of the electrode **452''** relative to the cathode assembly **216** is chosen to achieve particular sputtering characteristics.

US 7,147,759 B2

19

A first output **468** of the first power supply **464** is coupled through the insulator **458** to a first side **470** of the electrode **452"**. A second output **472** of the first power supply **464** is coupled to a second side **474** of the electrode **452"** through an insulator **476**. The first power supply **464** is adapted to generate a current through the electrode **452"**. The current essentially generates heat in the electrode **452"**. The heated electrode **452"** emits electrons in the area **245"**.

In one embodiment, the first power supply **464** is a DC power supply and applies a substantially constant current through the electrode **452"**. In another embodiment, the first power supply **464** is an AC power supply.

A first output **478** of the second power supply **466** is coupled to the anode **238** through an insulator **480**. A second output **482** of the second power supply **466** is coupled to the second side **474** of the electrode. The second power supply **466** is adapted to apply a voltage between the electrode **452"** and the anode **238**. The second power supply **466** can be an AC power supply or a DC power supply. In one embodiment, the second power supply **466** generates a voltage in the range of about one hundred volts and several kilovolts with a discharge current that is in the range of between about 0.1 A and 10 A.

In one embodiment, the second power supply **466** applies a substantially constant voltage that generates a weakly-ionized or pre-ionized plasma proximate to the electrode **452"** and the cathode assembly **216**. The pre-ionized plasma substantially eliminates the possibility of establishing a breakdown condition in the chamber **202** when high-power pulses are applied to the plasma.

The pulsed power supply **234** then generates a high-power pulse between the cathode assembly **216** and the anode **238**. The high-power pulse generates a strongly-ionized plasma from the weakly-ionized plasma. The parameters of the high-power pulse depend on various parameters including the size of the magnetron, the desired deposition rate, and the concentration of the pre-ionized plasma necessary for depositing the target material, for example.

FIG. **12** is a flowchart **600** of an illustrative process of sputter deposition according to the present invention. The process is initiated (step **602**) by activating various systems in the magnetron sputtering apparatus **200** of FIG. **2**. For example, the chamber **202** is initially pumped down to a specific pressure (step **604**). Next, the pressure in the chamber **202** is checked (step **606**). In one embodiment, feed gas is then pumped into the chamber (step **608**). The gas pressure is then checked (step **610**). If the gas pressure is correct, the chamber pressure is then re-checked (step **612**). If the chamber pressure is correct, an appropriate magnetic field is generated proximate to the feed gas (step **614**). In one embodiment, the magnet assembly **252** of FIG. **2** includes at least one permanent magnet, where magnetic field is generated constantly, even before the process is initiated. In another embodiment, a magnetic assembly (not shown) includes at least one electromagnet, where the magnetic field is generated only when the electromagnet is operating.

When the magnetic field is appropriate (step **616**), the feed gas is ionized to generate a weakly-ionized plasma (step **618**). In one embodiment, the weakly-ionized plasma can be generated by creating a relatively low current discharge in the gap **244** between the cathode assembly **216** and the anode **238** of FIG. **2**. In another embodiment, the weakly-ionized plasma can be generated by creating a relatively low current discharge between the electrode **452** and the cathode assembly **216** of FIG. **7**. In yet another embodiment, the electrode **452"** is heated to emit electrons proximate to the cathode assembly **216** of FIG. **11**. In the

20

embodiment of FIG. **11**, a relatively low current discharge is created between the anode **238** and the electrode **452"**.

In the embodiment shown in FIG. **2**, the weakly-ionized plasma is generated by applying a potential across the gap **244** between the cathode assembly **216** and the anode **238** before the introduction of the feed gas. In the embodiment shown in FIG. **7**, the weakly-ionized plasma is generated by applying a potential difference between the electrode **452** and the cathode assembly **216** before the introduction of the feed gas to generate the weakly-ionized plasma.

When the gas is weakly ionized (step **620**), a strongly-ionized plasma is generated from the weakly-ionized plasma (step **622**). In one embodiment, the strongly-ionized plasma is generated by applying a high-power pulse in the gap **244** between the cathode assembly **216** and the anode **238**. As previously discussed, the high-power pulse results in a strong electric field being generated in the gap **244** between the anode **238** and the cathode assembly **216**. The strong electric field results in a stepwise ionization process. In one embodiment, the strongly-ionized plasma is substantially homogeneous in the area **246** of FIG. **2**. This homogeneity results in substantially uniform erosion of the sputtering target **220** and, therefore, relatively high sputtering target utilization.

The cathode assembly **216** attracts ions from the strongly-ionized substantially uniform plasma because the cathode assembly **216** is negatively biased relative to the anode **238**. This causes the ions to bombard the cathode assembly **216** causing sputtering of the target material.

In one embodiment, the sputter deposition is monitored (step **628**) by known monitoring techniques. Once the sputter deposition is completed (step **630**), the sputter process is ended (step **632**).

FIG. **13** includes FIGS. **13** A and **13** B which is a flowchart **650** of an illustrative process of controlling the sputter rate according to the present invention. The process is initiated (step **602**) by activating various systems in the magnetron sputtering apparatus **200** of FIG. **2**. For example, the chamber **202** is initially pumped down to a specific pressure (step **604**). Next, the pressure in the chamber **202** is evaluated (step **606**). In one embodiment, feed gas is then pumped into the chamber (step **608**). The gas pressure is evaluated (step **610**). If the gas pressure is correct, the pressure in the chamber **202** is again evaluated (step **612**). If the pressure in the chamber **202** is correct, an appropriate magnetic field is generated proximate to the feed gas (step **614**).

Assuming that the magnetic field is appropriate (step **616**), the feed gas is ionized to generate a weakly-ionized plasma (step **618**). In one embodiment, the weakly-ionized plasma can be generated by creating a relatively low current discharge between the cathode assembly **216** and the anode **238** of FIG. **2**.

After the weakly-ionized plasma is generated (step **620**), a strongly-ionized plasma is generated from the weakly-ionized plasma (step **622**). In one embodiment, the strongly-ionized plasma is generated by applying a high-power pulse in the gap **244** between the cathode assembly **216** and the anode **238**. In one embodiment, the strongly-ionized plasma is substantially homogeneous in the area **246** of FIG. **2**. This homogeneity results in more uniform erosion of the sputtering target **220**.

The cathode assembly **216** attracts ions from the strongly-ionized substantially uniform plasma because the cathode assembly **216** is negatively biased relative to the anode **238**. This causes the ions to bombard the cathode assembly **216** causing sputtering of the target material.

US 7,147,759 B2

21

In one embodiment, the sputter rate is monitored (step **652**) by known monitoring techniques. If the sputter rate is not sufficient (step **654**), the power delivered to the plasma is increased (step **656**). Increasing the magnitude of the high-power pulse applied in the gap **244** between the cathode assembly **216** and the anode **238** increases the power delivered to the plasma. The sputter rate is again evaluated (step **652**). This process continues (step **658**) until the sputter rate is sufficient (step **654**). Once the sputter deposition is completed (step **660**), the sputter process is ended (step **662**).

EQUIVALENTS

While the invention has been particularly shown and described with reference to specific preferred embodiments, it should be understood by those skilled in the art that various changes in form and detail may be made therein without departing from the spirit and scope of the invention as defined herein.

What is claimed is:

**1**. A magnetically enhanced sputtering source comprising:
a) an anode;
b) a cathode assembly that is positioned adjacent to the anode, the cathode assembly including a sputtering target;
c) an ionization source that generates a weakly-ionized plasma proximate to the anode and the cathode assembly;
d) a magnet that is positioned to generate a magnetic field proximate to the weakly-ionized plasma, the magnetic field substantially trapping electrons in the weakly-ionized plasma proximate to the sputtering target; and
e) a power supply generating a voltage pulse that produces an electric field between the cathode assembly and the anode, the power supply being configured to generate the voltage pulse with an amplitude and a rise time that increases an excitation rate of ground state atoms that are present in the weakly-ionized plasma to create a multi-step ionization process that generates a strongly-ionized plasma, which comprises ions that sputter target material, from the weakly-ionized plasma, the multi-step ionization process comprising exciting the ground state atoms to generate excited atoms, and then ionizing the excited atoms within the weakly-ionized plasma without forming an arc discharge.

**2**. The sputtering source of claim **1** wherein the power supply generates a constant power.

**3**. The sputtering source of claim **1** wherein the power supply generates a constant voltage.

**4**. The sputtering source of claim **1** wherein the electric field comprises a quasi-static electric field.

**5**. The sputtering source of claim **1** wherein the electric field comprises a pulsed electric field.

**6**. The sputtering source of claim **1** wherein the rise time of the voltage pulse is chosen to increase the ionization rate of the excited atoms in the weakly-ionized plasma.

**7**. The sputtering source of claim **1** wherein the weakly-ionized plasma reduces the probability of developing an electrical breakdown condition between the anode and the cathode assembly.

**8**. The sputtering source of claim **1** wherein the ions in the strongly-ionized plasma impact the surface of the sputtering target in a manner that causes substantially uniform erosion of the sputtering target.

22

**9**. The sputtering source of claim **1** wherein the strongly-ionized plasma is substantially uniform proximate to the sputtering target.

**10**. The sputtering source of claim **1** further comprising a substrate support that is positioned in a path of the sputtering flux.

**11**. The sputtering source of claim **10** further comprising a temperature controller that controls the temperature of the substrate support.

**12**. The sputtering source of claim **10** further comprising a bias voltage power supply that applies a bias voltage to a substrate that is positioned on the substrate support.

**13**. The sputtering source of claim **1** wherein a volume between the anode and the cathode assembly is chosen to increase the ionization rate of the excited atoms in the weakly-ionized plasma.

**14**. The sputtering source of claim **1** wherein the ionization source comprises an electrode.

**15**. The sputtering source of claim **1** wherein the ionization source comprises a DC power supply that generates an electric field proximate to the anode and the cathode assembly.

**16**. The sputtering source of claim **1** wherein the ionization source comprises an AC power supply that generates an electric field proximate to the anode and the cathode assembly.

**17**. The sputtering source of claim **1** wherein the ionization source is chosen from the group comprising a UV source, an X-ray source, an electron beam source, and an ion beam source.

**18**. The sputtering source of claim **1** wherein the magnet comprises an electro-magnet.

**19**. The sputtering source of claim **1** wherein the sputtering target is formed of a material chosen from the group comprising a metallic material, a polymer material, a super-conductive material, a magnetic material, a non-magnetic material, a conductive material, a non-conductive material, a composite material, a reactive material, and a refractory material.

**20**. A method of generating sputtering flux, the method comprising:
a) ionizing a feed gas to generate a weakly-ionized plasma proximate to a sputtering target;
b) generating a magnetic field proximate to the weakly-ionized plasma, the magnetic field substantially trapping electrons in the weakly-ionized plasma proximate to the sputtering target; and
c) applying a voltage pulse to the weakly-ionized plasma, an amplitude and a rise time of the voltage pulse being chosen to increase an excitation rate of ground state atoms that are present in the weakly-ionized plasma to create a multi-step ionization process that generates a strongly-ionized plasma, which comprises ions that sputter target material, from the weakly-ionized plasma, the multi-step ionization process comprising exciting the ground state atoms to generate excited atoms, and then ionizing the excited atoms within the weakly-ionized plasma without forming an arc discharge.

**21**. The method of claim **20** wherein the applying the electric field comprises a applying a quasi-static electric field.

**22**. The method of claim **20** wherein the applying the electric field comprises applying a substantially uniform electric field.

US 7,147,759 B2

23

**23**. The method of claim **20** wherein the applying the electric field comprises applying an electrical pulse across the weakly-ionized plasma.

**24**. The method of claim **23** further comprising selecting at least one of a pulse amplitude and a pulse width of the electrical pulse that increases an ionization rate of the strongly-ionized plasma.

**25**. The method of claim **23** further comprising selecting at least one of a pulse amplitude and a pulse width of the electrical pulse that reduces a probability of developing an electrical breakdown condition proximate to the sputtering target.

**26**. The method of claim **23** further comprising selecting at least one of a pulse amplitude and a pulse width of the electrical pulse that causes the strongly-ionized plasma to be substantially uniform in an area adjacent to a surface of the sputtering target.

**27**. The method of claim **23** wherein the electrical pulse comprises a pulse having a current density that is greater than 1 A/cm$^2$.

**28**. The method of claim **23** wherein the electrical pulse comprises a pulse having a pulse width that is greater than 1.0 microseconds.

**29**. The method of claim **23** wherein the electrical pulse comprises a pulse train having a repetition rate that is substantially between 0.1 Hz and 1 kHz.

**30**. The method of claim **20** wherein the ions in the strongly-ionized plasma impact the surface of the sputtering target in a substantially uniform manner.

**31**. The method of claim **20** wherein the strongly-ionized plasma is substantially uniform proximate to the sputtering target.

**32**. The method of claim **20** wherein the peak plasma density of the weakly-ionized plasma is less than about 10$^{12}$ cm$^{-3}$.

**33**. The method of claim **20** wherein the peak plasma density of the strongly-ionized plasma is greater than about 10$^{12}$ cm$^{-3}$.

**34**. The method of claim **20** further comprising forming a film on a surface of a substrate from the material sputtered from the sputtering target.

**35**. The method of claim **34** further comprising controlling a temperature of the film.

**36**. The method of claim **34** further comprising applying a bias voltage to the film.

**37**. The method of claim **20** wherein the ionizing the feed gas comprises exposing the feed gas to an electric field.

**38**. The method of claim **20** wherein the ionizing the feed gas comprises exposing the feed gas to an electrode that is adapted to emit electrons.

**39**. The method of claim **20** wherein the ionizing the feed gas comprises exposing the feed gas to at least one of a UV source, an X-ray source, an electron beam source, and an ion beam source.

24

**40**. A magnetically enhanced sputtering source comprising:

a) means for ionizing a feed gas to generate a weakly-ionized plasma proximate to a sputtering target;

b) means for generating a magnetic field proximate to the weakly-ionized plasma, the magnetic field substantially trapping electrons in the weakly-ionized plasma proximate to the sputtering target; and

c) means for applying a voltage pulse to the weakly-ionized plasma, an amplitude and a rise time of the voltage pulse being chosen to increase an excitation rate of ground state atoms that are present in the weakly-ionized plasma to create a multi-step ionization process that generates a strongly-ionized plasma from the weakly-ionized plasma, the multi-step ionization process comprising exciting the ground state atoms to generate excited atoms, and then ionizing the excited atoms within the weakly-ionized plasma, without forming an arc discharge, to ions that sputter target material from the sputtering target.

**41**. The sputtering source of claim **1** wherein the cathode assembly and the anode are positioned so as to form a gap therebetween.

**42**. The sputtering source of claim **1** wherein the weakly-ionized plasma is generated from a feed gas that comprises the ground state atoms.

**43**. The sputtering source of claim **1** wherein the excited atoms within the weakly-ionized plasma are ionized by electrons to create the ions that sputter material from the sputtering target.

**44**. The sputtering source of claim **1** wherein the rise time of the voltage pulse is approximately between 0.01 and 100V/μsec.

**45**. The sputtering source of claim **1** wherein the amplitude of the voltage pulse is approximately between 100V and 30 kV.

**46**. The method of claim **20** wherein the weakly-ionized plasma is generated from a feed gas that comprises the ground state atoms.

**47**. The method of claim **20** wherein a duration of the weakly-ionized plasma is approximately between one microsecond and one hundred seconds.

**48**. The method of claim **20** wherein the ionizing the excited atoms within the weakly-ionized plasma to create ions that sputter material from the sputtering target comprises ionizing the excited atoms with electrons.

**49**. The method of claim **20** wherein the rise time of the voltage pulse is approximately between 0.01 and 100Vμsec.

**50**. The method of claim **20** wherein the amplitude of the voltage pulse is approximately between 100V and 30 kV.

\* \* \* \* \*

EXHIBIT E

(12) **United States Patent**
   Chistyakov

(10) **Patent No.:**     **US 7,808,184 B2**
(45) **Date of Patent:**       ***Oct. 5, 2010**

(54) **METHODS AND APPARATUS FOR GENERATING STRONGLY-IONIZED PLASMAS WITH IONIZATIONAL INSTABILITIES**

(75) Inventor:   **Roman Chistyakov**, Andover, MA (US)

(73) Assignee:   **Zond, Inc.**, Mansfield, MA (US)

( * ) Notice:   Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 882 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/465,574**

(22) Filed:   **Aug. 18, 2006**

(65)                **Prior Publication Data**

   US 2006/0279223 A1     Dec. 14, 2006

**Related U.S. Application Data**

(63) Continuation of application No. 10/708,281, filed on Feb. 22, 2004, now Pat. No. 7,095,179.

(51) **Int. Cl.**
   *H05B 31/26*              (2006.01)
(52) **U.S. Cl.** ............................ **315/111.21**; 315/111.41; 315/111.71
(58) **Field of Classification Search** ........................ 315/ 111.21–111.91;  216/67, 71;  118/723 VE, 118/723 R;  156/345.33;  204/192.12, 192.1, 204/298.08
   See application file for complete search history.

(56)                **References Cited**

U.S. PATENT DOCUMENTS

3,104,345 A     9/1963   Wilcox et al.

4,458,180 A *   7/1984   Sohval et al. .......... 315/111.81
4,588,490 A     4/1986   Cuomo et al.
4,931,169 A     6/1990   Scherer et al.

(Continued)

FOREIGN PATENT DOCUMENTS

DE       3700633 C1     5/1998

(Continued)

OTHER PUBLICATIONS

Kouznetsov, et al., A Novel Pulsed Magnetron Sputter Technique Utilizing Very High Target Power Densities, Surface and Coatings Technology, 1999, pp. 290-293, vol. 122, Elsevier.

(Continued)

*Primary Examiner*—Douglas W Owens
*Assistant Examiner*—Tung X Le
(74) *Attorney, Agent, or Firm*—Kurt Rauschenbach; Rauschenbach Patent Law Group, LLP

(57)                **ABSTRACT**

Methods and apparatus for generating strongly-ionized plasmas are disclosed. A strongly-ionized plasma generator according to one embodiment includes a chamber for confining a feed gas. An anode and a cathode assembly are positioned inside the chamber. A pulsed power supply is electrically connected between the anode and the cathode assembly. The pulsed power supply generates a multi-stage voltage pulse that includes a low-power stage with a first peak voltage having a magnitude and a rise time that is sufficient to generate a weakly-ionized plasma from the feed gas. The multi-stage voltage pulse also includes a transient stage with a second peak voltage having a magnitude and a rise time that is sufficient to shift an electron energy distribution in the weakly-ionized plasma to higher energies that increase an ionization rate which results in a rapid increase in electron density and a formation of a strongly-ionized plasma.

**20 Claims, 16 Drawing Sheets**



## US 7,808,184 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,002,631 | A | 3/1991 | Giapis et al. |
| 5,015,493 | A | 5/1991 | Gruen |
| 5,303,139 | A | 4/1994 | Mark |
| 5,476,691 | A | * 12/1995 | Lee et al. .................... 427/577 |
| 5,537,005 | A | * 7/1996 | Goebel et al. .......... 315/111.81 |
| 5,565,247 | A | 10/1996 | Suzuki et al. |
| 5,616,224 | A | 4/1997 | Boiling |
| 5,718,813 | A | 2/1998 | Drummond et al. |
| 5,728,278 | A | 3/1998 | Okamura et al. |
| 5,828,176 | A | * 10/1998 | Goebel .................. 315/111.41 |
| 5,844,195 | A | 12/1998 | Fairbairn et al. |
| 6,124,675 | A | 9/2000 | Bertrand et al. |
| 6,197,165 | B1 | 3/2001 | Drewery et al. |
| 6,222,321 | B1 | 4/2001 | Scholl et al. |
| 6,254,745 | B1 | 7/2001 | Vukovic |
| 6,296,742 | B1 | 10/2001 | Kouznetsov |
| 6,327,163 | B1 | 12/2001 | Petr |
| 6,342,132 | B1 | 1/2002 | Rossnagel |
| 6,355,992 | B1 | 3/2002 | Via |
| 6,359,424 | B2 | 3/2002 | Iida et al. |
| 6,413,382 | B1 | 7/2002 | Wang et al. |
| 6,416,634 | B1 | 7/2002 | Mostovoy et al. |
| 6,521,099 | B1 | 2/2003 | Drummond et al. |
| 6,621,674 | B1 | 9/2003 | Zahringer et al. |
| 6,633,017 | B1 | 10/2003 | Drummond et al. |
| 6,735,099 | B2 | 5/2004 | Mark |
| 6,805,779 | B2 | 10/2004 | Chistyakov |
| 6,806,651 | B1 | 10/2004 | Chistyakov |
| 6,806,652 | B1 | 10/2004 | Chistyakov |
| 6,808,607 | B2 | 10/2004 | Christie |
| 6,853,142 | B2 | 2/2005 | Chistyakov |
| 6,896,773 | B2 | 5/2005 | Chistyakov |
| 6,896,775 | B2 | 5/2005 | Chistyakov |
| 6,903,511 | B2 | 6/2005 | Chistyakov |
| 2002/0008480 | A1* | 1/2002 | Yamazaki et al. ...... 315/111.21 |
| 2004/0020760 | A1 | 2/2004 | Kouznetsov |
| 2004/0060813 | A1 | 4/2004 | Chistyakov |
| 2004/0086434 | A1 | 5/2004 | Gadgil et al. |
| 2004/0094411 | A1 | 5/2004 | Chistyakov |
| 2004/0112735 | A1 | 6/2004 | Saigal et al. |
| 2004/0124077 | A1 | 7/2004 | Christie |
| 2005/0092596 | A1 | 5/2005 | Kouznetsov |
| 2005/0103620 | A1 | 5/2005 | Chistyakov |
| 2005/0109607 | A1 | 5/2005 | Ehiasarian et al. |
| 2005/0173239 | A1 | 8/2005 | Somekh et al. |
| 2005/0184669 | A1 | 8/2005 | Chistyakov |
| 2005/0247554 | A1 | 11/2005 | Saigal et al. |
| 2009/0263966 | A1 | 10/2009 | Weichart et al. |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 1046726 | A2 | 10/2000 |
| EP | 1 260 603 | A1 | 11/2002 |
| EP | 1046726 | B1 | 7/2009 |
| JP | 2004 010979 | A | 1/2001 |
| RU | 2 029 411 | C1 | 2/1995 |
| RU | 2 058 429 | C1 | 4/1996 |
| WO | 98/40532 | | 9/1998 |
| WO | 02/103078 | A1 | 12/2002 |

### OTHER PUBLICATIONS

Steinbruchel, A Simple Formula for Low-Energy Sputtering Yields, Applied Physics A., 1985, pp. 37-42, vol. 36, Springer, Verlag.

Daugherty, et al., Attachment-Dominated Electron-Beam-Ionized Discharges, Applied Physics Letters, May 15, 1976, pp. 581-583, vol. 28, No. 10, American Institute of Physics.

Fajans, et al., Bifurcations in Elliptical, Asymmetric Non-Neutral Plasmas, Physics of Plasmas, Oct. 2000, pp. 3929-3933, vol. 7, No. 10, American Institute of Physics.

Dekoven, et al., Carbon Thin Film Deposition Using High Power Pulsed Magnetron Sputtering, 46th Annual Technical Conference Proceedings, 2003, pp. 158-165, Society of Vacuum Coaters.

Stark, et al., Electron Heating in Atmospheric Pressure Glow Discharges, Journal of Applied Physics, Apr. 2001, p. 3568, vol. 89, No. 7, American Institute of Physics.

Gudmundsson, et al., Evolution of the Electron Energy Distribution and Plasma Parameters in a Pulsed Magnetron Discharge, Applied Physics Letters, May 28, 2001, pp. 3427-3429, American Institute of Physics.

Mozgrin, et al., High-Current Low-Pressure Quasi-Stationary Discharge in a Magnetic Field: Experimental Research, Plasma Physics Reports, 1995, vol. 21, No. 5, pp. 400-409, Interperiodica Publishing.

Garrigues, et al., Hybrid and Particle-In-Cell Models of a Stationary Plasma Thruster, Plasma Sources Sci. Technol., 2000, pp. 219-226, vol. 9, IOP Publishing Ltd., UK.

Kudryavtsev, et al., Ionization Relaxation in a Plasma Produced by a Pulsed Inert-Gas Discharge, Sov. Phys. Tech. Phys., Jan. 1983, pp. 30-35, vol. 28, No. 1, American Institute of Physcis.

Biberman, et al., Low-Temperature Plasmas with Nonequilibrium Ionization, Sov. Phys. Usp., Jun. 1979, pp. 411-432, vol. 22, No. 6.

Thornton, Magnetron Sputtering: Basic Physics and Application to Cylindrical Magnetrons, J. Vac. Sci. Technol. Mar./Apr. 1978, pp. 171-177, vol. 15, No. 2.

Helmersson, Metallization by Pulsed High-Power Sputtering, [online]. [retrieved on Nov. 21, 2003]. Retrieved from WWW.inf.liu.se/thinprogram/projects/p2.html.

Pisarev, Modification of the Surface of Perforated Polymer MF-4SK in Low-Pressure, High Current Quasi-Stable Discharge Plasma in Magnetic Field, [online]. [retrieved on Dec. 30, 2003]. Retrieved from WWW.tech-db.ru/lstc/db/pra.nsf/we/0624.

Gudmundsson, et al., Observation of Ion-Acoustic Solitons in a Pulsed Magnetron Sputtering Discharge, 56th-Gaseous Electronics Conference-2003, Oct. 24, 2003, pp. 1-14.

Matossian, et al., Operating Characteristics of a 100kV, 100kW Plasma Ion Implantation Facility, Surface Coatings & Technology, 1996, pp. 92-97, vol. 85.

Fajans, et al., Second Harmonic Autoresonant Control of the I=1 Diocotron Mode in Pure-Electron Plasmas, Physical Review E, Sep. 2000, pp. 4131-4136, vol. 62, No. 3.

J.T. Gudmundsson, et al., Spatial and Temporal Behavior of the Plasma Parameters in a Pulsed Magnetron Discharge, Surface & Coatings Technology, 2002, pp. 249-256, vol. 161, Elsevier Science.

Biberman, et al., Chapter Eight: Transient Nonequilibrium Plasmas, Kinetics of Nonequilibrium Low Temperature Plasmas, 1987, pp. 321, 360-372, Plenum Publishing Corporation, New York, USA.

Gudmundsson, et al., Observation of Solitons in a Pulsed Magnetron Sputtering Discharge [online]. [retrieved on Dec. 8, 2003]. Retrieved from WWW.eps.org/aps/meet/GEC03/baps/abs/s300.html.

The State of the Art in Pulsed High Power [online]. [retrieved on Jul. 15, 2002]. Retrieved from WWW.physiqueindustrie.com/_pulse_power.html.

Encyclopedia of Low Temperature Plasma, Editor V.E. Fortov, 2000, vol. 3, p. 123.

Encyclopedia of Low Temperature Plasma, Editor V.E. Fortov, 2000, vol. 3, p. 119.

Hart, et al., Growth of Soliton-like Structures From Normal Modes and Particle Loss From a Nonneutral Plasma, [online]. Non-Neutral Plasmas, Archibald/Cochran, 3rd Floor, Tower, Nov. 7, 1995.

Vladimirov, V., Voltage-Current Characteristics of a Gas Magnetron in the Case of Intense Cathode Sputtering, Sov. J. Plasma Phys., Jan.-Feb. 1981, pp. 114-118, vol. 7, No. 1.

Lutsenko, E.I., Instability Mechanisms in a High-Current Straight Discharge at a Low Gas Pressure, Sov. J. Plasma Phys., Jan.-Feb. 1984, pp. 87-95, vol. 10, No. 1.

"Notification of Transmittal of the International Search Report and the Written Opinion of the International Searching Authority, or the Declaration" for PCT/US08/004644, Aug. 21, 2008, 14 pages, the International Searching Authority/EPO, Rijswijk, The Netherlands.

"Notification of Transmittal of the International Search Report and the Written Opinion of the International Searching Authority, or the Declaration" for PCT/US05/005022, Jul. 8, 2005, 14 pages, the International Searching Authority/EPO, Rijswijk, The Netherlands.

# US 7,808,184 B2

Page 3

"Office Action" for U.S. Appl. No. 10/065,277, Jan. 15, 2004, 12 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/065,277, Aug. 30, 2004, 14 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/065,277, May 27, 2005, 13 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/065,277, Jan. 11, 2006, 15 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/065,277, Jul. 18, 2006, 6 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/065,629, Oct. 7, 2003, 11 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/065,739, Feb. 18, 2004, 14 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/065,739, May 20, 2004, 14 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/249,202, Feb. 11, 2004, 6 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/249,595, Apr. 22, 2004, 5 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/249,774, Aug. 27, 2004, 6 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/249,844, Apr. 23, 2004, 5 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/553,893, Mar. 7, 2008, 6 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/708,281, May 18, 2005, 15 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/708,281, Dec. 20, 2005, 14 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/710,946, Nov. 16, 2007, 7 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/710,946, Feb. 21, 2008, 18 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/710,946, Apr. 10, 2009, 18 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/897,257, Mar. 27, 2008, 13 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/897,257, Jan. 14, 2009, 7 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/949,427, Apr. 21, 2006, 6 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 11/091,814, Jul. 14, 2008, 19 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 11/130,315, Jul. 3, 2008, 10 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 11/162,824, Apr. 28, 2008, 8 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 11/162,824, Jan. 23, 2009, 10 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 11/162,824, May 18, 2009, 9 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 11/183,463, Oct. 24, 2008, 7 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 11/376,036, Jul. 25, 2007, 7 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 11/608,833, Mar. 11, 2009, 8 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 12/245,193, Apr. 2, 2009, 4 pages, The USPTO, US.

"Notification Concerning Transmittal of International Preliminary Report on Patentability (Chapter I of the Patent Cooperation Treaty)" for PCT/US2008/004644, Nov. 5, 2009, 10 pgs., The International Bureau of WIPO, Geneva, Switzerland.

"Notification Concerning Transmittal of International Preliminary Report on Patentability (Chapter I of the Patent Cooperation Treaty)" for PCT/US2008/004605, Oct. 29, 2009, 9 pgs., The International Bureau of WIPO, Geneva, Switzerland.

Bugaev, S. P., et al., Investigation of a High-Current Pulsed Magnetron Discharge Initiated in the Low-Pressure Diffuse Arc Plasma, XVIIth International Symposium on Discharges and Electrical Insulation in Vacuum, 1996, pp. 1074-1076.

Bugaev, S. P., et al., Ion-Assisted Pulsed Magnetron Sputtering Deposition of Ta-C Films, Thin Solid Films, 2001, pp. 16-26, vol. 389, Elsevier Science B.V.

D'Couto, G. C., et al., In Situ Physical Vapor Deposition of Ionized Ti and TiN Thin Films Using Hollow Cathode Magnetron Plasma Source, J. Vac. Sci. Technol. B, Jan./Feb. 2001, pp. 244-249, vol. 19. No. 1, American Vacuum Society.

Ehiasarian, A. P., et al., High Power Pulsed Magnetron Sputtered CrNx Films, Dunnschicht-/Plasmatechnik, 2003, pp. 1480-1487.

Ehiasarian, A. P., et al., Influence of High Power Densities on the Composition of Pulsed Magnetron Plasmas, Vacuum, 2002, pp. 147-154, vol. 65, Elsevier Science Ltd.

Gudmundsson, J. T. et al., Spatial and Temporal Behavior of the Plasma Parameters in a Pulsed Magnetron Discharge, Surface and Coatings Technology, 2002, pp. 249-256, vol. 161, Elsevier Science B.V.

Gudmundsson, J. T. et al., Evolution of the Electron Energy Distribution and Plasma Parameters in a Pulsed Magnetron Discharge, Applied Physics Letters, May 28, 2001, pp. 3427-3429, vol. 78, No. 22, American Institute of Physics.

Hopwood, J., Ionized Physical Vapor Deposition of Integrated Circuit Interconnects, Physics of Plasmas, May 1998, pp. 1624-1631, vol. 5, No. 5, American Institute of Physics.

Kervalishvii, N. A., et al., Low-Pressure Discharge in Crossed Fields (E.H) in a Magnetron and Penning Cell, Sov. Phys. Tech. Phys., 1976, pp. 1591-1596, vol. 20, No. 12, American Institute of Physics.

Korneev, V.V., Electric Fields in a Nonequilibrium Inhomogeneous Weakly Ionized Plasma, Sov. J. Plasma Phys., Nov.-Dec. 1978, pp. 784-785, vol. 4, No. 6, American Institute of Physics.

Lebedev, S. Ya., et al., Cathode Sputtering Under the Action of Cesium Ions, Soviet Physics—Technical Physics, Dec. 1964, pp. 854-856, vol. 9, No. 6.

Oks, E. M., et al., Plasma Emission Properties of a Superdense Glow Discharge Excited in Crossed Electric and Magnetic Fields, Sov. Phys. Tech. Phys., Jun. 1991, pp. 712-714, vol. 36, No. 6, American Institute of Physics.

Rasmussen, C. E., et al., Ionization and Current Growth in an E X B Discharge, Plasma Physics, 1969, pp. 183-195, vol. 11, Pergamon Press, Northern Ireland.

Redhead, P. A., Instabilities in Crossed-Field Discharges At Low Pressures, Vacuum, 1988, pp. 901-906, vol. 38, No. 8-10, Pergamon Press, Great Britain.

Steinbruchel, Ch., A Simple Formula for Low-Energy Sputtering Yields, Appl. Phys. A., 1985, pp. 37-42, vol. 36, Springer-Verlag.

Westwood, W. D., The Current-Voltage Characteristic of Magnetron Sputtering Systems, J. Appl. Phys., Dec. 1983, pp. 6841-6846, vol. 54, No. 12, American Institute of Physics.

"Office Action" for European Patent Application No. 03-781-508.1-1226, Apr. 1, 2008, 5 pages, the European Patent Office.

"Response to Office Action" for European Patent Application No. 03-781-508.1-1226, Oct. 13, 2008, 13 pages.

"Supplement to Response to Office Action" for European Patent Application No. 03-781-508.1-1226, Oct. 23, 2008, 4 pages.

"Office Action" for European Patent Application No. 03-781-508.1-1226, Apr. 7, 2010, 3 pages, the European Patent Office.

"Office Action" for European Patent Application No. 03-779-387.4-1215, Oct. 10, 2007, 4 pages, the European Patent Office.

"Response to Office Action" for European Patent Application No. 03-779-387.4-1215, Apr. 21, 2008, 15 pages.

"Summons to Oral Proceedings" for European Patent Application No. 03-779-387.4-1215, Dec. 15, 2009, 6 pages, the European Patent Office.

"Office Action" for European Patent Application No. 03-776-584.9-1226, Sep. 18, 2008, 6 pages, the European Patent Office.

"Response to Office Action" for European Patent Application No. 03-776-584.9-1226, Jul. 23, 2009, 12 pages.

"Office Action" for European Patent Application No. 04-749-844.9-2208, Jan. 28, 2009, 2 pages, the European Patent Office.

"Office Action" for European Patent Application No. 04-750-797.5-2208, Oct. 16, 2008, 5 pages, the European Patent Office.

"Office Action" for European Patent Application No. 04-716-928.9-2208, Dec. 15, 2006, 5 pages, the European Patent Office.

**US 7,808,184 B2**

Page 4

"Response to Office Action" for European Patent Application No. 04-716-928.9-2208, Jul. 24, 2007, 20 pages.

"Office Action" for European Patent Application No. 04-810-268.5. 2208, Apr. 23, 2009, 3 pages, the European Patent Office.

"Response to Office Action" for European Patent Application No. 04-810-268.5.2208, May 29, 2009, 2 pages.

"Office Action" for European Patent Application No. 05-723-194.6-1226, Nov. 5, 2009, 6 pages, the European Patent Office.

"Office Action" for European Patent Application No. 05-800-880.6-1226, Jan. 25, 2010, 3 pages, the European Patent Office.

"Office Action" for Japanese Patent Application No. 2004-551595, Aug. 24, 2009, 2 pages, the Japanese Patent Office.

"Response to Office Action" for Japanese Patent Application No. 2004-551595, Feb. 18, 2010, 3 pages.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5A



FIG. 5B



FIG. 5C



FIG. 6A



FIG. 6B



FIG. 7A



FIG. 7B



FIG. 8



FIG. 9



FIG. 10
PRIOR ART





FIG. 13
PRIOR ART

US 7,808,184 B2

1

# METHODS AND APPARATUS FOR GENERATING STRONGLY-IONIZED PLASMAS WITH IONIZATIONAL INSTABILITIES

## RELATED APPLICATION SECTION

This application is a continuation application of U.S. patent application Ser. No. 10/708,281, filed on Feb. 22, 2004, entitled "Methods and Apparatus for Generating Strongly Ionized Plasmas with Ionizational Instabilities," the entire application of which is Incorporated herein by reference.

## BACKGROUND OF INVENTION

A plasma can be created in a chamber by igniting a direct current (DC) electrical discharge between two electrodes in the presence of a feed gas. The electrical discharge generates electrons in the feed gas that ionize atoms thereby creating the plasma. The electrons in the plasma provide a path for an electric current to pass through the plasma. The energy supplied to the plasma must be relatively high for applications, such as magnetron plasma sputtering. Applying high electrical currents through a plasma can result in overheating the electrodes as well as overheating the work piece in the chamber. Complex cooling mechanisms can be used to cool the electrodes and the work piece. However, the cooling can cause temperature gradients in the chamber. These temperature gradients can cause non-uniformities in the plasma density which can cause non-uniform plasma process.

Temperature gradients can be reduced by pulsing DC power to the electrodes. Pulsing the DC power can allow the use of lower average power. This results in a lower temperature plasma process. However, pulsed DC power systems are prone to arcing at plasma ignition and plasma termination, especially when working with high-power pulses. Arcing can result in the release of undesirable particles in the chamber that can contaminate the work piece.

Plasma density in known plasma systems is typically increased by increasing the electrode voltage. The increased electrode voltage increases the discharge current and thus the plasma density. However, the electrode voltage is limited in many applications because high electrode voltages can effect the properties of films being deposited or etched. In addition, high electrode voltages can also cause arcing which can damage the electrode and contaminate the work piece.

## BRIEF DESCRIPTION OF DRAWINGS

This invention is described with particularity in the detailed description and claims. The above and further advantages of this invention may be better understood by referring to the following description in conjunction with the accompanying drawings, in which like numerals indicate like structural elements and features in various figures. The drawings are not necessarily to scale, emphasis instead being placed upon illustrating the principles of the invention.

FIG. 1 illustrates a cross-sectional view of a plasma sputtering apparatus having a pulsed direct current (DC) power supply according to one embodiment of the invention.

FIG. 2 is measured data of discharge voltage as a function of discharge current for a prior art low-current plasma and a high-current plasma according to the present invention.

FIG. 3 is measured data of a particular voltage pulse generated by the pulsed power supply of FIG. 1 operating in a low-power voltage mode.

2

FIG. 4 is measured data of a multi-stage voltage pulse that is generated by the pulsed power supply of FIG. 1 that creates a strongly-ionized plasma according to the present invention.

FIG. 5A-FIG. 5C are measured data of other illustrative multi-stage voltage pulses generated by the pulsed power supply of FIG. 1.

FIG. 6A and FIG. 6B are measured data of multi-stage voltage pulses generated by the pulsed power supply of FIG. 1 that illustrate the effect of pulse duration in the transient stage of the pulse on the plasma discharge current.

FIG. 7A and FIG. 7B are measured data of multi-stage voltage pulses generated by the pulsed power supply of FIG. 1 that show the effect of the pulsed power supply operating mode on the plasma discharge current.

FIG. 8 is measured data for an exemplary single-stage voltage pulse generated by the pulsed power supply of FIG. 1 that produces a high-density plasma according to the invention that is useful for high-deposition rate sputtering.

FIG. 9 illustrates a cross-sectional view of a plasma sputtering apparatus having a pulsed direct current (DC) power supply according to another embodiment of the invention.

FIG. 10 illustrates a schematic diagram of a pulsed power supply that can generate multi-step voltage pulses according to the present invention.

FIG. 11 illustrates a schematic diagram of a pulsed power supply having a magnetic compression network for supplying high-power pulses.

FIG. 12 illustrates a schematic diagram of a pulsed power supply having a Blumlein generator for supplying high-power pulses.

FIG. 13 illustrates a schematic diagram of a pulsed power supply having a pulse cascade generator for supplying high-power pulses.

## DETAILED DESCRIPTION

FIG. 1 illustrates a cross-sectional view of a plasma sputtering apparatus 100 having a pulsed direct current (DC) power supply 102 according to one embodiment of the invention. The plasma sputtering apparatus 100 includes a vacuum chamber 104 for containing a plasma. The vacuum chamber 104 can be coupled to ground 105. The vacuum chamber 104 is positioned in fluid communication with a vacuum pump 106 that is used to evacuate the vacuum chamber 104 to high vacuum. The pressure inside the vacuum chamber 104 is generally less than $10^{-1}$ Torr for most plasma operating conditions. A process or feed gas 108 is introduced into the vacuum chamber 104 through a gas inlet 112 from a feed gas source 110, such as an argon gas source. The flow of the feed gas is controlled by a valve 114. In some embodiments, the gas source is an excited atom or metastable atom source.

The plasma sputtering apparatus 100 also includes a cathode assembly 116. The cathode assembly 116 shown in FIG. 1 is formed in the shape of a circular disk, but can be formed in other shapes. In some embodiments, the cathode assembly 116 includes a target 118 for sputtering. The cathode assembly 116 is electrically connected to a first terminal 120 of the pulsed power supply 102 with an electrical transmission line 122.

A ring-shaped anode 124 is positioned in the vacuum chamber 104 proximate to the cathode assembly 116. The anode 124 is electrically connected to ground 105. A second terminal 125 of the pulsed power supply 102 is also electrically connected to ground 105. In other embodiments, the anode 124 is electrically connected to the second terminal 125 of the pulsed power supply 102 which is not at ground potential.

US 7,808,184 B2

3

A housing **126** surrounds the cathode assembly **116**. The anode **124** can be integrated with or electrically connected to the housing **126**. The outer edge **127** of the cathode assembly **116** is electrically isolated from the housing **126** with insulators **128**. The gap **129** between the outer edge **127** of the cathode assembly **116** and the housing **126** can be an air gap or can include a dielectric material.

In some embodiments, the plasma sputtering apparatus **100** includes a magnet assembly **130** that generates a magnetic field **132** proximate to the target **118**. The magnetic field **132** is less parallel to the surface of the cathode assembly **116** at the poles of the magnets in the magnet assembly **130** and more parallel to the surface of the cathode assembly **116** in the region **134** between the poles of the magnets in the magnetic assembly **130**. The magnetic field **132** is shaped to trap and concentrate secondary electrons emitted from the target **118** that are proximate to the target surface **133**. The magnet assembly can consist of rotating magnets.

The magnetic field **132** increases the density of electrons and therefore, increases the plasma density in the region **134** that is proximate to the target surface **133**. The magnetic field **132** can also induce an electron Hall current **135** that is formed by the crossed electric and magnetic fields. The strength of the electron Hall current **135** depends, at least in part, on the density of the plasma and the strength of the crossed electric and magnetic fields.

The plasma sputtering apparatus **100** also includes a substrate support **136** that holds a substrate **138** or other work piece for plasma processing. In some embodiments, the substrate support **136** is biased with a RF potential. In these embodiments, the substrate support **136** is electrically connected to an output **140** of a RF power supply **142** with an electrical transmission line **144**. A matching network (not shown) may be used to coupled the RF power supply **142** to the substrate support **136**. In some embodiments, a temperature controller **148** is thermally coupled to the substrate support **136**. The temperature controller **148** regulates the temperature of the substrate **138**.

In some embodiments, the plasma sputtering apparatus **100** includes an energy storage device **147** that provides a source of energy that can be controllably released into the plasma. The energy storage device **147** is electrically coupled to the cathode assembly **116**. In one embodiment, the energy storage device **147** includes a capacitor bank.

In operation, the vacuum pump **106** evacuates the chamber **104** to the desired operating pressure. The feed gas source **110** injects feed gas **108** into the chamber **104** through the gas inlet **112**. The pulsed power supply **102** applies voltage pulses to the cathode assembly **116** that cause an electric field **149** to develop between the target **118** and the anode **124**. The magnitude, duration and rise time of the initial voltage pulse are chosen such that the resulting electric field **149** ionizes the feed gas **108**, thus igniting the plasma in the chamber **104**.

In one embodiment, ignition of the plasma is enhanced by one or more methods described in co-pending U.S. patent application Ser. No. 10/065,277, entitled High-Power Pulsed Magnetron Sputtering, and co-pending U.S. patent application Ser. No. 10/065,629, entitled Methods and Apparatus for Generating High-Density Plasma which are assigned to the present assignee. The entire disclosures of U.S. patent application Ser. Nos. 10/065,277 and 10/065,629 are incorporated herein by reference. U.S. patent application Ser. No. 10/065,629 describes a method of accelerating the ignition of the plasma by increasing the feed gas pressure for a short period of time and/or flowing feed gas directly through a gap between an anode and a cathode assembly. In addition, U.S.

4

patent application Ser. No. 10/065,277 describes a method of using pre-ionization electrodes to accelerate the ignition of the plasma.

The characteristics of the voltage pulses generated by the pulsed power supply **102** and the resulting plasmas are discussed in connection with the following figures. The pulsed power supply **102** can include circuitry that minimizes or eliminates the probability of arcing in the chamber **104**. Arcing is generally undesirable because it can damage the anode **124** and cathode assembly **116** and can contaminate the wafer or work piece being processed. In one embodiment, the circuitry of the pulse supply **102** limits the plasma discharge current up to a certain level, and if this limit is exceeded, the voltage generated by the power supply **102** drops for a certain period of time.

The plasma is maintained by electrons generated by the electric field **149** and also by secondary electron emission from the target **118**. In embodiments including the magnet assembly **130**, the magnetic field **132** is generated proximate to the target surface **133**. The magnetic field **132** confines the primary and secondary electrons in a region **134** thereby concentrating the plasma in the region **134**. The magnetic field **132** also induces the electron Hall current **135** proximate to the target surface **133** that further confines the plasma in the region **134**.

In one embodiment, the magnet assembly **130** includes an electromagnet in addition to a permanent magnet. A magnet power supply (not shown) is electrically connected to the magnetic assembly **130**. The magnet power supply can generate a constant current that generates a constant magnetic filed. Alternatively, the magnet power supply can generate a pulse that produces a pulsed magnetic field that creates an increase in electron Hall current **135** proximate to the target surface **133** that further confines the plasma in the region **134**. In one embodiment, the pulsing of the magnetic field is synchronized with the pulsing the electric field in the plasma discharge in order to increase the density of the plasma. The sudden increase in the electron Hall current **135** may create a transient non-steady state plasma.

Ions in the plasma bombard the target surface **133** because the target **118** is negatively biased. The impact caused by the ions bombarding the target surface **133** dislodges or sputters material from the target **118**. The sputtering rate generally increases as the density of the plasma increases.

The RF power supply **142** can apply a negative RF bias voltage to the substrate **138** that attracts positively ionized sputtered material to the substrate **138**. The sputtered material forms a film of target material on the substrate **138**. The magnitude of the RF bias voltage on the substrate **138** can be chosen to optimize parameters, such as sputtering rate and adhesion of the sputtered film to the substrate **138**. The magnitude of the RF bias voltage on the substrate **138** can also be chosen to minimize damage to the substrate **138**. In embodiments including the temperature controller **148**, the temperature of the substrate **138** can be regulated by the temperature controller **148** in order to avoid overheating the substrate **138**.

Although FIG. **1** illustrates a cross-sectional view of a plasma sputtering apparatus **100**, it will be clear to skilled artisans that the principles of the present invention can be used in many other systems, such as plasma etching systems, hollow cathode magnetrons, ion beam generators, plasma-enhanced chemical vapor deposition (CVD) systems, plasma accelerators, plasma rocket thrusters, plasma traps, and any plasma system that uses crossed electric and magnetic fields.

FIG. **2** is measured data **150** of discharge voltage as a function of discharge current for a prior art low-current plasma and a high-current plasma according to the present

US 7,808,184 B2

5

6

invention. Current-voltage characteristic **152** represents measured data for discharge voltage as a function of discharge current for a plasma generated in a typical commercial magnetron plasma system with a commercially available DC power supply. The actual magnetron plasma system used to obtain the current-voltage characteristics **152** was a standard magnetron with a 10 cm diameter copper sputtering target. Similar results have been observed for a NiV sputtering target. Argon was used as the feed gas and the operating pressure was about 1 mTorr. The current-voltage characteristic **152** illustrates that discharge current increases with voltage.

The current-voltage characteristic **152** for the same magnetron plasma system generates a relatively low or moderate plasma density (less than $10^{12}$-$10^{13}$ cm$^{-3}$, measured close to the cathode/target surface) in a low-current regime. The plasma density in the low-current regime is relatively low because the plasma is mainly generated by direct ionization of ground state atoms in the feed gas. The term "low-current regime" is defined herein to mean the range of plasma discharge current densities that are less than about 0.5 A/cm$^2$ for typical sputtering voltages of between about −300V to −1000V. The power density is less than about 250 W/cm$^2$ for plasmas in the low-current regime. Sputtering with discharge voltages greater than −800V can be undesirable because such high voltages can increase the probability of arcing and can tend to create sputtered films having relatively poor film quality.

The current-voltage characteristic **154** represents actual data for a plasma generated by the pulsed power supply **102** in the plasma sputtering system **100** of FIG. **1**. The current-voltage characteristic **154** illustrates that the discharge current is about 140 A (~1.8 A/cm$^2$) at a voltage of about −500V. The discharge current is about 220 A (~2.7 A/cm$^2$) when the voltage is about −575V. The data depends on various parameters, such as the magnitude and geometry of the magnetic field, chamber pressure, gas flow rate, pumping speed, and the design of the pulsed power supply **102**. For certain operating conditions, the discharge current can exceed 375 A with a discharge voltage of only −500V.

The voltage-current characteristic **154** is in a high-current regime. The current-voltage characteristic **154** generates a relatively high plasma density (greater than $10^{12}$-$10^{13}$ cm$^{-3}$) in the high-current regime. The term "high-current regime" is defined herein to mean the range of plasma discharge currents that are greater than about 0.5 A/cm$^2$ for typical sputtering voltages of between about −300V to −1000V. The power density is greater than about 250 W/cm$^2$ for plasmas in the high-current regime. The voltage-current characteristic **154** generates high-density plasmas that can be used for high-deposition rate magnetron sputtering.

Some known magnetron systems operate within the high-current regime for very short periods of time. However, these known magnetron systems cannot sustain and control operation in the high-current regime for long enough periods of time to perform any useful plasma processing. The pulsed power supply **102** of the present invention is designed to generate waveforms that create and sustain the high-density plasma with current-voltage characteristics in the high-current regime.

FIG. **3** is measured data **200** of a particular voltage pulse **202** generated by the pulsed power supply **102** of FIG. **1** operating in a low-power voltage mode. The pulsed power supply **102** produces a weakly-ionized plasma having a low or moderate plasma density (less than $10^{12}$-$10^{13}$ cm$^{-3}$) that is typical of known plasma processing systems. The pulsed power supply **102** is operating in a low-power mode throughout the duration of the voltage pulse **202**. The pulsed power supply **102** supplies energy to the plasma at a relatively slow rate in the low-power mode. The energy supplied by the pulsed power supply **102** in the low-power mode generates a weakly-ionized plasma by direct ionization of the ground state atoms in the feed gas. The weakly-ionized plasma corresponds to a plasma generated by a conventional DC magnetron.

The pulsed power supply **102** can be programmed to generate voltage pulses having various shapes. The desired voltage pulse of FIG. **3** is a square wave voltage pulse as shown by the dotted line **203**. However, the actual voltage pulse **202** generated by the pulsed power supply **102** is not perfectly square, but instead includes low frequency oscillations that are inherent to the power supply **102**. Some of these low frequency oscillations can be on the order of 50V or more. In addition, the voltage pulse **202** has an initial value **204** of about −115V that is caused by the charge accumulation on the cathode assembly **116** for a particular repetition rate.

The voltage pulse **202** includes an ignition stage **205** that is characterized by a voltage **206** having a magnitude and a rise time that is sufficient to ignite a plasma from a feed gas. The magnitude of the voltage pulse **202** rises to about 550V in the ignition stage **205**. However, the voltage of the first pulse that initially ignites the plasma can be as high as −1500V. The ignition of the plasma is depicted as a rise in a discharge current **208** through the plasma. The duration of the ignition stage **205** is generally less than about 150 μsec. After the ignition stage **205**, the discharge current **208** continues to rise even as the voltage **210** decreases.

The rise in the discharge current **208** is caused at least in part by the interaction of the pulsed power supply **102** with the developing plasma. The impedance of the plasma decreases as the current density in the plasma increases. The pulsed power supply **102** attempts to maintain a constant voltage, but the voltage decreases due to the changing plasma resistive load. The peak discharge current **212** is less than about 50 A with a voltage **214** that is about −450V. The power **216** that is present at the peak discharge current **212**, which corresponds to a momentary peak density of the plasma, is about 23 kW.

As the voltage **218** continues to decrease, the discharge current **220** and the plasma density also decrease. As the density of the plasma decreases, the impedance of the plasma increases. The voltage level **222** corresponds to a quasi-static discharge current **224** that is substantially constant throughout the duration of the voltage pulse **202**. This region of quasi-static discharge current **224** is caused by the plasma having a substantially constant resistive load. The term "substantially constant" when applied to discharge current is defined herein to mean a discharge current with less than a 10% variation.

After about 200 μsec the oscillations dampen as the voltage **226** fluctuates between about −525V and −575V, the discharge current **228** remains constant with a value of about 25 A and the power **230** is between about 10-15 kW. These conditions correspond to a weakly-ionized or low-density plasma that is typical of most plasma processing systems, such as the conditions represented by the current-voltage characteristic **152** described in connection with FIG. **2**. The plasma density is in the range of about $10^8$-$10^{13}$ cm$^{-3}$.

The total duration of the voltage pulse **202** is about 1.0 msec. The next voltage pulse (not shown) will typically include an ignition stage **205** in order to re-ignite the plasma. However, electrons generated from the first pulse can still be present so the required ignition voltage will typically be much

US 7,808,184 B2

7

8

less than the first pulse (on the order of about −600V) and the ignition will typically be much faster (on the order of less than about 200 µsec).

FIG. 4 is measured data 250 of a multi-stage voltage pulse 252 that is generated by the pulsed power supply of FIG. 1 that creates a strongly-ionized plasma according to the present invention. The measured data 250 is from a magnetron sputtering system that includes a 10 cm diameter NiV target with an argon feed gas at a pressure of about $10^{-3}$ Torr. The multi-stage voltage pulse 252 generates a weakly-ionized plasma in the low-current regime (FIG. 2) initially, and then eventually generates a strongly-ionized or high-density plasma in the high-current regime according to the present invention. Weakly-ionized plasmas are generally plasmas having plasma densities that are less than $10^{12}$-$10^{13}$ cm$^{-3}$ and strongly-ionized plasmas are generally plasmas having plasma densities that are greater than about $10^{12}$-$10^{13}$ cm$^{-3}$. The multi-stage voltage pulse 252 is presented to illustrate the present invention. One skilled in the art will appreciate that there are numerous variations of the exact shape of the multi-stage pulse according to the present invention.

The multi-stage voltage pulse 252 is a single voltage pulse having multiple stages as illustrated by the dotted line 253. An ignition stage 254 of the voltage pulse 252 corresponds to a voltage 256 having a magnitude (on the order of about −600V) and a rise time (on the order of about 4 V/µsec) that is sufficient to ignite an initial plasma from a feed gas. The initial plasma is typically ignited in less than 200 µsec.

A first low-power stage 258 of the voltage pulse 252 has a peak voltage 260 that corresponds to a discharge current 261 in the developing initial plasma. In some embodiments, the ignition stage 254 is integrated into the first low-power stage 258 such that the plasma is ignited during the first low-power stage 258. The peak voltage 260 is about −600V and can range from −300V to −1000V, the corresponding discharge current 261 is about 20 A, and the corresponding power is about 11 kW. In the first low-power stage 258, the pulsed power supply 102 (FIG. 1) is operating in the low-power mode. In the low power mode, the pulsed power supply 102 supplies energy to the initial plasma at a relatively slow rate. The slow rate of energy supplied to the initial plasma in the low-power mode maintains the plasma in a weakly-ionized condition.

The weakly-ionized or pre-ionized condition corresponds to an initial plasma having a relatively low (typically less than $10^{12}$-$10^{13}$ cm$^{-3}$) plasma density. As the density of the initial plasma grows, the voltage 262 decreases by about 50V as the current 261 continues to rise to about 30 A before remaining substantially constant for about 200 µsec. The discharge current 261 rises as the voltage 262 decreases because of the changing impedance of the plasma. As the plasma density changes, the impedance of the plasma and thus the load seen by the pulsed power supply 102 also changes. In addition, the initial plasma can draw energy from the pulsed power supply 102 at a rate that is faster than the response time of the pulsed power supply 102 thereby causing the voltage 262 to decrease.

The impedance of the plasma decreases when the number of ions and electrons in the plasma increases as the current density in the initial plasma increases. The increase in the number of ions and electrons decreases the value of the plasma load. The pulsed power supply 102 attempts to maintain a constant voltage. However, the voltage 262 continues to decrease, at least in part, because of the changing plasma load. The substantially constant discharge current corresponds to a conventional DC magnetron discharge current as discussed in connection with current-voltage characteristic

152 of FIG. 2. The initial plasma can correspond to a plasma that is in a steady state or a quasi-steady state condition.

The peak plasma density can be controlled by controlling the slope of the rise time of the voltage pulse 252. In a first transient stage 264 of the voltage pulse 252, the voltage increase is characterized by a relatively slow rise time (on the order of about 2.8 V/µsec) that is sufficient to only moderately increase the plasma density. The plasma density increases moderately because the magnitude and the rise time of the voltage 266 in the first transient stage 264 is not sufficient to energize the electrons in the plasma to significantly increase an electron energy distribution in the plasma. An increase in the electron energy distribution in the plasma can generate ionizational instabilities that rapidly increase the ionization rate of the plasma. The electron energy distribution and the ionizational instabilities are discussed in more detail with respect to generating a strongly-ionized plasma according to the invention.

The moderate increase in the plasma density will result in a current-voltage characteristic that is similar to the current-voltage characteristic 152 of a conventional DC magnetron that was described in connection with FIG. 2. The voltage 266 increases by about 50V to a voltage peak 268 of about −650V. The discharge current 270 increases by about 20 A to about 50 A and the power increases to about 30 kW. The pulsed power supply 102 is still operating in the low-power mode during the first transient stage 264.

In a second low-power stage 272 of the voltage pulse 252, the voltage 274 increases slowly by about 40V. The slow voltage increase is characterized by a discharge current 276 that remains substantially constant for about 350 µsec. The plasma can be substantially in a steady state or a quasi-steady state condition corresponding to the current-voltage characteristic 152 of FIG. 2 during the second low-power stage 272. The plasma density in the second low-power stage 272 is greater than the plasma density in the first low-power stage 258, but is still only weakly-ionized. The pulsed power supply 102 is operating in the low-power mode.

In a second transient stage 278 of the voltage pulse 252, the pulsed power supply 102 operates in the high-power mode. In this second transient stage 278, the voltage 280 increases sharply compared with the first transient stage 264. The rise time of the voltage 280 is greater than about 0.5 V/µsec. The voltage increase is about 60V to the peak voltage. The relatively fast rise time (on the order of about 5 V/µsec) of the voltage 280 and the corresponding energy supplied by the pulsed power supply 102 shifts the electron energy distribution in the weakly-ionized plasma to higher energies. The higher energy electrons rapidly ionize the atoms in the plasma and create ionizational instability in the plasma that drives the weakly-ionized plasma to a non-steady state condition or a transient state. In a non-steady state, the Boltzman, Maxwell, and Saha distributions can be modified. The rapid increase in ionization of the atoms in the plasma results in a rapid increase in electron density and a formation of the strongly-ionized plasma that is characterized by a significant rise in the discharge current 282. The discharge current 282 rises to about 250 A at a non-linear rate for about 250 µsec.

One mechanism that contributes to a sharp increase in the electron energy distribution is known as diocotron instability. Diocotron instability is a wave phenomena that relates to the behavior of electron density gradients in the presence of electric and magnetic fields. Electron electrostatic waves can propagate along and across (parallel to and perpendicular to) field lines with different frequencies. These electron electro-

9

static waves can create electron drifts in the presence of a perpendicular electric field that are perpendicular to magnetic field lines.

Such electron drifts are inherently unstable, since any departure from charge neutrality in the form of charge bunching and separation (over distances on the order of the characteristic length scale in a plasma, the Debye length) create electric fields which cause second order ExB drifts that can exacerbate the perturbation. These instabilities are referred to as gradient-drift and neutral-drag instabilities. A charge perturbation associated with an electron Hall current developed by crossed magnetic and electric fields can produce radial electron drift waves. Drifts driven by the two density gradients (perpendicular and parallel) associated with a maximum in the radial electron density distribution can interact to cause the diocotron instability. Diocotron instability is described in "Magnetron Sputtering: Basic Physics and Application to Cylindrical Magnetrons" by John A. Thorton., J. Voc. Sci. Technol. 15(2), March/April p. 171-177, 1978.

A high-power stage 283 includes voltage oscillations 284 that have peak-to-peak amplitudes that are on the order of about 50V. These "saw tooth" voltage oscillations 284 may be caused by the electron density forming a soliton waveform or having another non-linear mechanism, such as diocotron instability discussed above, that increases the electron density as indicated by the increasing discharge current 286. The soliton waveform or other non-linear mechanism may also help to sustain the high-density plasma throughout the duration of the voltage pulse 252. Soliton waveforms, in particular, have relatively long lifetimes.

The discharge current 286 increases non-linearly through the high-power stage 283 until a condition corresponding to the voltage-current characteristic 154 of FIG. 2 is reached. This condition corresponds to the point in which the pulsed power supply 102 is supplying an adequate amount of continuous power to sustain the strongly-ionized plasma at a constant rate as illustrated by a substantially constant discharge current 287. The peak discharge current 288 in the high-power stage 283 is about 250 A at a voltage 290 of about −750V. The corresponding peak power 292 is about 190 kW.

The voltage pulse 252 is terminated at about 1.24 msec. The cathode assembly 116 remains negatively biased at about −300V after the termination of the voltage pulse 252. The plasma then rapidly decays as indicated by the rapidly decreasing discharge current 294.

The high-power stage 283 of the voltage pulse is sufficient to drive the plasma from a non-steady state in the second transient stage 278 to a strongly-ionized state corresponding to the voltage-current characteristic 154 of FIG. 2. The pulsed power supply 102 must supply a sufficient amount of uninterrupted power to continuously drive the initial plasma in the weakly-ionized state (in the second low-power stage 272) through the transient non-steady state (in the second transient stage 278) to the strongly-ionized state (in the high-power stage 283). The rise time of the voltage 280 in the second transient stage 278 is chosen to be sharp enough to shift the electron energy distribution of the initial plasma to higher energy levels to generate ionizational instabilities that creates many excited and ionized atoms. The rise time of the voltage 280 is greater than about 0.5 V/μsec.

The magnitude of the voltage 280 in the second transient stage 278 is chosen to generate a strong enough electric field between the target 118 and the anode 124 (FIG. 1) to shift the electron energy distribution to high energies. The higher electron energies create excitation, ionization, and recombination processes that transition the state of the weakly-ionized plasma to the strongly-ionized state. The transient non-steady

10

state plasma state exists for a time period during the second transient stage 278. The transient state results from plasma instabilities that occur because of mechanisms, such as increasing electron temperature caused by ExB Hall currents. Some of these plasma instabilities are discussed herein.

The strong electric field generated by the voltage 280 between the target 118 and the anode 124 (FIG. 1) causes several ionization processes. The strong electric field causes some direct ionization of ground state atoms in the weakly-ionized plasma. There are many ground state atoms in the weakly-ionized plasma because of its relatively low level of ionization. In addition, the strong electric field heats electrons initiating several other different type of ionization process, such as electron impact, Penning ionization, and associative ionization. Plasma radiation can also assist in the formation and maintenance of the high current discharge. The direct and other ionization processes of the ground state atoms in the weakly-ionized plasma significantly increase the rate at which a strongly-ionized plasma is formed.

In one embodiment, the ionization process is a multi-stage ionization process. The multi-stage voltage pulse 252 initially raises the energy of the ground state atoms in the weakly-ionized plasma to a level where the atoms are excited. For example, argon atoms require an energy of about 11.55 eV to become excited. The magnitude and rise time of the voltage 280 is then chosen to create a strong electric field that ionizes the excited atoms. Excited atoms ionize at a much higher rate than neutral atoms. For example, Argon excited atoms only require about 4 eV of energy to ionize while neutral atoms require about 15.76 eV of energy to ionize. The multi-step ionization process is described in co-pending U.S. patent application Ser. No. 10/249,844, entitled High-Density Plasma Source using Excited Atoms which is assigned to the present assignee. The entire disclosure of U.S. patent application Ser. No. 10/249,844 is incorporated herein by reference.

The multi-step ionization process can be described as follows:

$$Ar + e^- \rightarrow Ar^* + e^-$$

$$Ar^* + e^- \rightarrow Ar^+ + 2e^-$$

where Ar represents a neutral argon atom in the initial plasma, $e^-$ represents an ionizing electron generated in response to an electric field, and Ar* represents an excited argon atom in the initial plasma. The collision between the excited argon atom and the ionizing electron results in the formation of an argon ion ($Ar^+$) and two electrons.

In one embodiment, ions in the developing plasma strike the target 118 causing secondary electron emission. These secondary electrons interact with neutral or excited atoms in the developing plasma. The interaction of the secondary electrons with the neutral or excited atoms further increases the density of ions in the developing plasma as the feed gas 108 is replenished. Thus, the excited atoms tend to more rapidly ionize near the target surface 133 (FIG. 1) than the neutral argon atoms. As the density of the excited atoms in the plasma increases, the efficiency of the ionization process rapidly increases. The increased efficiency can result in an avalanche-like increase in the density of the plasma thereby creating a strongly-ionized plasma.

In one embodiment, the magnet assembly 130 generates a magnetic field 132 proximate to the target 118 that is sufficient to generate an electron ExB Hall current 135 (FIG. 1) which causes the electron density in the plasma to form a soliton or other non-linear waveform that increases at least one of the density and lifetime of the plasma as previously

US 7,808,184 B2

11

discussed. In some embodiments, the strength of the magnetic field 132 required to cause the electron density in the plasma to form such a soliton or non-linear waveform is in the range of fifty to ten thousand gauss.

An electron ExB Hall current 135 is generated when the voltage pulse 252 applied between the target 118 and the anode 124 generates primary electrons and secondary electrons that move in a substantially circular motion proximate to the target 118 according to crossed electric and magnetic fields. The magnitude of the electron ExB Hall current 135 is proportional to the magnitude of the discharge current in the plasma. In some embodiments, the electron ExB Hall current 135 is approximately in the range of three to ten times the magnitude of the discharge current.

The electron ExB Hall current 135 defines a substantially circular shape when the plasma density is relatively low. The substantially circular electron ExB Hall current 135 tends to form a more complex shape as the current density of the plasma increases. The shape is more complex because of the electron ExB Hall current 135 generates its own magnetic field that interacts with the magnetic field generated by the magnet assembly 130 and the electric field generated by the voltage pulse 252. In some embodiments, the electron ExB Hall current 135 becomes cycloidal shape as the current density of the plasma increases.

The electron density in the plasma can form a soliton or other non-linear waveforms when the small voltage oscillations 284 create a pulsing electric field that interacts with the electron ExB Hall current 135. The small voltage oscillations 284 tend to create oscillations in the plasma density that increase the density and lifetime of the plasma. The increase in plasma density shown in FIG. 4 in the time period between about 900 μsec and 1.2 msec can be the result of the electron density forming a soliton or other non-linear waveform. In this time period, the voltage is only slightly increasing with time, but the discharge current 286 increases at a much more rapid rate.

In one embodiment, the electron density increases in an avalanche-like manner because of electron overheating instability. Electron overheating instabilities can occur when heat is exchanged between the electrons in the plasma, the feed gas, and the walls of the chamber. For example, electron overheating instabilities can be caused when electrons in a weakly-ionized plasma are heated by an external field and then lose energy in elastic collisions with atoms in the feed gas. The elastic collisions with the atoms in the feed gas raise the temperature and lower the density of the feed gas. The decrease in the density of the gas results in an increase in the electron temperature because the frequency of elastic collisions in the feed gas decreases. The increase in the electron temperature again enhances the heating of the gas. The electron heating effect develops in an avalanche-like manner and can drive the weakly-ionized plasma into the transient non-steady state.

FIG. 5A-FIG. 5C are measured data 300, 300'', and 300''' of other illustrative multi-stage voltage pulses 302, 302', and 302'' generated by the pulsed power supply 102 of FIG. 1. The desired pulse shapes requested from the pulsed power supply 102 are superimposed in dotted lines 304, 304', and 304'' onto each of the respective multi-stage voltage pulses 302, 302', and 302''. The voltage pulses 302, 302', and 302'' are generated for a magnetron sputtering source having a 10 cm diameter copper target and operating with argon feed gas at a chamber pressure of approximately $10^{-6}$ Torr. The repetition rate of the voltage pulses is 40 Hz.

The voltage pulse 302 illustrated in FIG. 5A is a two-stage voltage pulse 302 having a transient region included in both

12

the low-power stage and the high-power stage of the pulse. A low-power stage 306 of the voltage pulse 302 including the first transient region is sufficient to ignite an initial plasma and eventually sustain a weakly-ionized plasma. The duration of the low-power stage 306 of the voltage pulse 302 is about 1.0 msec.

The relatively fast rise time (on the order of about 6.25 V/μsec) of the voltage during the first transient region in the low-power stage 306 is sufficient to shift the electron energy distribution of the initial plasma to higher energies to generate ionizational instability that drives the initial plasma into a transient non-steady state condition. The rise time of the voltage should be greater than about 0.5 V/μsec as previously discussed. However, since the pulsed power supply 102 is operating in a low-power mode during the low-power stage 306 of the voltage pulse 302, it does not supply a sufficient amount of uninterrupted power to continuously drive the initial plasma from the transient non-steady state to a strongly-ionized state corresponding to the current-voltage characteristic 154 of FIG. 2. Since there is insufficient energy stored in the pulsed power supply 102 in the low-power mode to create conditions that can sustain a strongly-ionized plasma, the plasma density oscillates and eventually the transient non-steady state of the plasma becomes weakly-ionized corresponding to the current-voltage characteristic 152 of FIG. 2.

The low-power stage 306 of the voltage pulse 302 includes relatively large voltage oscillations 308. The voltage oscillations 308 dampen when the initial plasma reaches the weakly-ionized condition corresponding to the current-voltage characteristic 152 of FIG. 2. The weakly-ionized plasma is characterized by the substantially constant discharge current 312. The voltage oscillations 308 occur because the pulsed power supply 102 does not supply enough energy in the low-power mode to drive the transient plasma into the strongly-ionized state that corresponds to the high-current regime illustrated by the current-voltage characteristic 154 of FIG. 2. Consequently, the discharge current 310 oscillates as the plasma rapidly expands and contracts. The rapidly expanding and contracting plasma causes the output voltage 308 to oscillate in response to the changing plasma load. The rapidly expanding and contracting plasma also prevents the electron density in the plasma from forming a soliton or other non-linear waveform that can increase the plasma density.

The average power 314 during the generation of the initial plasma is less than about 50 kW. The voltage 316 and the discharge current 318 are substantially constant after about 500 μsec, which corresponds to a plasma in a weakly-ionized condition.

A high-power stage 320 of the voltage pulse 302 includes a second transient region 321. The voltage increases by about 30V in the second transient region 321. The pulsed power supply 102 generates the high-power stage 320 of the voltage pulse 304 at about 1.1 msec. The voltage in the second transient region 321 has a magnitude and a rise time (on the order of about 5 V/μsec) that is sufficient to drive the weakly-ionized plasma into a transient non-steady state. The rise time of the voltage is greater than about 0.5 V/μsec. In the high-power stage 320, the pulsed power supply 102 is operating in the high-power mode and supplies a sufficient amount of uninterrupted power to drive the weakly-ionized plasma from the transient non-steady state to a strongly-ionized state corresponding to the current-voltage characteristic 154 of FIG. 2.

Voltage oscillations 322 occur for about 300 μsec. The voltage oscillations 322 create current oscillations 324 in the transient plasma. The voltage oscillations 322 are caused, at

US 7,808,184 B2

13

least in part, by the changing resistive load in the plasma. The pulsed power supply **102** attempts to maintain a constant voltage and a constant discharge current, but the transient plasma exhibits a rapidly changing resistive load.

The voltage oscillations **322** can also be caused by ionizational instabilities in the plasma as previously discussed. Ionizational instabilities can occur when the degree of ionization in the plasma changes because of varying magnitudes of the crossed electric and magnetic fields. The degree of ionization can grow exponentially as the ionizational instability develops. The exponential growth in ionization may be a consequence of electron gas overheating as a result of developing electron Hall currents. The exponential growth in ionization dramatically increases the discharge current.

The voltage oscillations **322** are minimized after about 1.5 msec. The minimum voltage oscillations **323** can create a pulsing electric field that interacts with the electron ExB Hall current **135** (FIG. **1**) to generate oscillations in the plasma density that increase the density and lifetime of the plasma. The plasma is in the high-current regime corresponding to the current-voltage characteristic **154** of FIG. **2** in which the pulsed power supply **102** supplies an adequate amount of energy to increase the density of the plasma non-linearly to the strongly-ionized state. The average voltage **326** is substantially constant while the current **328** increases nonlinearly with insignificant oscillations.

After the voltage oscillations **322**, the average voltage **326** remains lower than the voltage **316** present during the low-power stage **306** of the voltage pulse **304**. The discharge current **324** rises to a peak current **330**. After about 2.0 msec the average voltage **326** is about −500V, the discharge current **330** is almost 300 A and the power **332** is about 150 kW. These conditions correspond to a strongly-ionized plasma in the high-current regime.

The pulsed power supply **102** supplies power to the transient plasma during the voltage stage **320** at a relatively slow rate. This relatively slow rate corresponds to a relatively slow rate of increase in the discharge current **328** over a time period of about 1.0 msec. In one embodiment of the invention, the pulsed power supply **102** supplies high-power to the plasma relatively quickly thereby increasing the density of the plasma more rapidly. The density of the plasma can also be increased by increasing the pressure inside the plasma chamber.

FIG. **5**A illustrates that in order to sustain a strongly-ionized plasma in the high-current regime corresponding to the current-voltage characteristic **154** of FIG. **2** at least two conditions must be satisfied. The first condition is that the rise time of a voltage in a transient region must be sufficient to shift the electron energy distribution of the initial plasma to higher energies to generate ionizational instability that drives the plasma into a transient non-steady state condition. The second condition is that the pulsed power supply must supply a sufficient amount of uninterrupted power to drive the plasma from the transient non-steady state to a strongly-ionized state corresponding to the current-voltage characteristic **154** of FIG. **2**.

In the low-power stage **306**, the voltage in the first transient region has a sufficient rise time to shift the electron energy distribution of the initial plasma to higher energies as shown by current oscillations **310**. However, the pulsed power supply **102** is in the low-power mode and does not supply a sufficient amount of uninterrupted power to drive the initial plasma from the transient non-steady state to a strongly-ionized state. In the high-power stage **320**, the voltage in the second transient region **321** has a sufficient rise time to shift the electron energy distribution of the initial plasma to higher

14

energies as shown by current oscillations **324**. Also, the pulsed power supply **102** (in the high-power mode) supplies a sufficient amount of uninterrupted power to drive the weakly-ionized plasma from the transient non-steady state to a strongly-ionized state.

FIG. **5**B is measured data **300'** of another illustrative multi-stage voltage pulse **302'** generated by the pulsed power supply **102** of FIG. **1**. The voltage pulse **302'** is a three-stage voltage pulse **302'**. The low-power stage **306'** of the voltage pulse **302'** including a first transient region has a rise time and magnitude that ignites an initial plasma. The low-power stage **306'** corresponds to a low-power mode of the pulsed power supply **102** and is similar to the low-power stage **306** of the voltage pulse **302** that was described in connection with FIG. **5**A.

A transient stage **340** of the three-stage voltage pulse **302'** is a transition stage where the pulsed power supply **102** transitions from the low-power mode to the high-power mode. The duration of the transient stage **340** is about 40 μsec, but can have a duration that is in the range of about 10 μsec to 5,000 μsec. The discharge voltage **342** and discharge current **344** both increase sharply in the transient stage **340** as previously discussed.

The transient stage **340** of the voltage pulse **302'** has a rise time that shifts the electron energy distribution in the weakly-ionized plasma to higher energies thereby causing a rapid increase in the ionization rate by driving the weakly-ionized plasma into a transient non-steady state. Plasmas can be driven into transient non-steady states by creating plasma instabilities from the application of a strong electric field.

A high-power stage **350** of the three-stage voltage pulse **302'** is similar to the high-power stage **320** of the two-stage voltage pulse **302** that was described in connection with FIG. **5**A. However, the discharge current **352** increases at a much faster rate than the discharge current **328** that was described in connection with FIG. **5**A. The discharge current **328** increases more rapidly because the transient stage **340** of the voltage pulse **302'** supplies high power to the weakly-ionized initial plasma at a rate and duration that is sufficient to more rapidly create a strongly-ionized plasma having a discharge current **352** that increases non-linearly.

Voltage oscillations **354** in the high-power stage **350** are sustained for about 100 μsec. The voltage oscillations can be caused by the ionizational instabilities in the plasma as described herein, such as diocotron oscillations. The voltage oscillations **354** cause current oscillations **356**. The maximum power **358** in the third stage **350** is approaching 200 kW, which corresponds to a maximum discharge current **360** that is almost 350 A. The third stage **350** of the voltage pulse **302'** is terminated after about 1.0 msec.

FIG. **5**C is measured data **300"** of another illustrative multi-stage voltage pulse **302"** generated by the pulsed power supply **102** of FIG. **1**. The voltage pulse **302"** is a three-stage voltage pulse **302"**. The low-power stage **306"** of the voltage pulse **302"** including a first transient region has a rise time and magnitude that ignites an initial plasma. The low-power stage **306"** corresponds to a low-power mode of the pulsed power supply **102** and is similar to the low-power stage **306** of the voltage pulse **302** that was described in connection with FIG. **5**A and the low-power stage **306'** of the voltage pulse **302'** that was described in connection with FIG. **5**B.

A transient stage **370** of the three-stage voltage pulse **302"** is a transition stage where the pulsed power supply **102** transitions from the low-power mode to the high-power mode. The duration of the transient stage **370** is about 60 μsec, which is about 1.5 times longer than the duration of the transient stage **340** of the voltage pulse **302'** that was described in connection with FIG. **5**B. The peak-to-peak magnitude of the

US 7,808,184 B2

15

voltage **376** (~100V) is greater than the peak-to-peak magnitude of the voltage **346** (~70V) of FIG. **5**B. The discharge voltage **372** and discharge current **374** both increase sharply in the transient stage **370** because of the high value of the peak-to-peak magnitude of the voltage **376**.

The magnitude and rise time of the transient stage **370** is sufficient to drive the initial plasma into a non-steady state condition. The discharge voltage **372** and the discharge current **374** increase sharply. The peak discharge voltage **376** is about –650V, which corresponds to a discharge current **377** that is greater than about 200 A. The discharge voltage **378** then decreases as the discharge current **374** continues to increase.

The discharge current **374** in the transient stage **370** increases at a much faster rate than the discharge current **352** that was described in connection with FIG. **5**B because the peak-to-peak magnitude of the voltage **376** is higher and the duration of the transient stage **370** is longer than in the transient stage **340** of FIG. **5**B. The duration of the transient stage **370** is long enough to supply enough uninterrupted energy to the weakly-ionized plasma to rapidly increase the rate of ionization of the transient plasma.

A high-power stage **380** of the three-stage voltage pulse **302"** is similar to the high-power stage **350** of the three-stage voltage pulse **302'** that was described in connection with FIG. **5**B. However, the voltage pulse **302"** does not include the large voltage oscillations that were described in connection with FIGS. **5**A and **5**B. The large voltage oscillations are not present in the voltage pulse **302"** because the transient plasma is already substantially strongly-ionized as a result of the energy supplied in the transient stage **370**. Consequently, the initial plasma transitions in a relatively short period of time from a weakly-ionized condition to a strongly-ionized condition.

Small voltage oscillations **384** in the voltage pulse **302"** may be caused by the electron density forming a soliton waveform or having another non-linear mechanism that increases the electron density as indicated by the increasing discharge current **286**. The soliton waveform or other non-linear mechanism may also help to sustain the high-density plasma throughout the duration of the voltage pulse **302'**.

The discharge current **382** in the third stage **380** is greater than about 300 A. The maximum power **386** in the third stage **380** approaches 200 kW. The third stage **380** of the voltage pulse **304"** is terminated after about 1.0 msec.

FIG. **6**A and FIG. **6**B are measured data of multi-stage voltage pulses **400**, **400** generated by the pulsed power supply **102** of FIG. **1** that illustrate the effect of pulse duration in the transient stage of the pulse on the plasma discharge current. The multi-stage voltage pulses **400**, **400'** were applied to a standard magnetron with a 15 cm diameter copper target. The feed gas was argon and the chamber pressure was about 3 mTorr.

The multi-stage voltage pulse **400** shown in FIG. **6**A is a three-stage voltage pulse **402** as indicated by the dotted line **404**. A low-power stage **406** of the voltage pulse **402** has a magnitude and a rise time that is sufficient to ignite a feed gas and generate an initial plasma. The pulsed power supply **102** is operating in the low-power mode during the low-power stage **406**. The maximum voltage in the low-power stage **406** is about –550V. The initial plasma develops into a weakly-ionized plasma having a relatively low-level of ionization corresponding to the current-voltage characteristic **152** of FIG. **2**. The weakly-ionized plasma can be in a steady state corresponding to a substantially constant discharge current **408** that is less than about 50 A.

16

The pulsed power supply **102** is in the high-power mode during a transient stage **410**. In the transient stage **410**, the voltage increases by about 100V. The rise time of the voltage increase is sufficient to create a strong electric field through the weakly-ionized plasma that promotes excitation, ionization, and recombination processes. The excitation, ionization, and recombination processes create plasma instabilities, such as ionizational instabilities, that result in voltage oscillations **412**. The duration of the transient stage **410** of the voltage pulse **402** is, however, insufficient to shift the electron energy distribution in the plasma to higher energies because the energy supplied by the pulsed power supply **102** in the transient stage **410** is terminated abruptly as illustrated by the dampening discharge current **414**. Consequently, the transient plasma exhibits ionizational relaxation and eventually decays to a weakly-ionized plasma state corresponding to a substantially constant discharge current **416**.

A high-power stage **418** of the voltage pulse **402** has a lower magnitude than the transient stage **410** of the voltage pulse, but a higher magnitude than the low-power stage **406**. The high-power stage **418** is sufficient to maintain the weakly-ionized plasma, but cannot drive the plasma from the weakly-ionized condition to the strongly-ionized condition corresponding to the current-voltage characteristic **154** of FIG. **2**. This is because the transient stage **410** did not provide the conditions necessary to sufficiently shift the electron energy distribution in the weakly-ionized plasma to high enough energies to create ionizational instabilities in the plasma. The voltage **402** is terminated after about 2.25 msec.

The multi-stage voltage pulse **400'** illustrated in FIG. **6**B is a three-stage voltage pulse **402'** as indicated by the dotted line **404'**. A low-power stage **406'** of the voltage pulse **402'** is similar to the low-power stage **406** of the voltage pulse **402** that was described in connection with FIG. **6**A. The low-power stage **406'** has a magnitude and a rise time that is sufficient to ignite a feed gas and generate an initial plasma. The pulsed power supply **102** is operating in the low-power mode during the low-power stage **406'**. The maximum voltage in the low-power stage is also about –550V. The initial plasma develops into a weakly-ionized plasma having a relatively low-level of ionization corresponding to the current-voltage characteristic **152** of FIG. **2**. The weakly-ionized plasma can be in a steady state corresponding to a substantially constant discharge current **408'** that is less than about 50 A.

The transient stage **410'** of the voltage pulse **402'** creates a strong electric field through the weakly-ionized plasma that promotes excitation, ionization, and recombination processes. The excitation, ionization, and recombination processes create plasma instabilities, such as ionizational instabilities, that result in voltage oscillations **412'**. The rise time of the peaks in the oscillating voltage **412'** create instabilities in the weakly-ionized plasma that rapidly increase the ionization rate of the weakly-ionized plasma as illustrated by the rapidly increasing discharge current **414'**.

The duration of the transient stage **410'** of the voltage pulse **402'** is sufficient to shift the electron energy distribution in the plasma to higher energies that rapidly increase the ionization rate. The duration of the transient stage **410'** of FIG. **6**B is five times more than the duration of the transient stage **410** of FIG. **6**A. The discharge current **420** increases nonlinearly as the average discharge voltage **422** decreases. The magnitude of the discharge current can be controlled by varying the magnitude and the duration of the transient stage **410'** of the voltage pulse **402'**.

US 7,808,184 B2

17                                                                        18

The high-power stage **418'** of the voltage pulse **402'** has a lower magnitude than the transient stage **410'**. The pulsed power supply **102** provides a sufficient amount of energy during the high-power stage **418'** to maintain the plasma in a strongly-ionized condition corresponding to the current-voltage characteristic **154** of FIG. **2**. The maximum discharge current **416'** for the plasma in the strongly-ionized state is about 350 A. The voltage pulse **402'** is terminated after about 2.25 msec.

FIG. **7**A and FIG. **7**B are measured data of multi-stage voltage pulses **430**, **430'** generated by the pulsed power supply **102** of FIG. **1** that show the effect of the pulsed power supply operating mode on the plasma discharge current. The multi-stage voltage pulses **430**, **430'** were applied to a standard magnetron with a 15 cm diameter copper target. The feed gas was argon and the chamber pressure was about 3 mTorr.

The multi-stage voltage pulse **430** shown in FIG. **7**A is a three-stage voltage pulse **432** as indicated by the dotted line **434**. The pulsed power supply **102** generates a low-power stage **436** of the voltage pulse **432** that has a magnitude and a rise time that is sufficient to ignite a feed gas to generate an initial plasma. The maximum voltage in the ignition stage is about −550V. The pulsed power supply **102** is operating in the low-power mode. The initial plasma develops into a weakly-ionized plasma having a relatively low-level of ionization **25** corresponding to the current-voltage characteristic **152** of FIG. **2**. The weakly-ionized plasma can be in a steady state corresponding to a substantially constant discharge current **408'** that is less than about 50 A.

The pulsed power supply **102** generates a transient stage **440** of the voltage pulse **432** that increases the voltage by about 150V. The rise time, amplitude and duration of the voltage in the transient stage **440** of the voltage pulse **432** is sufficient to promote enough excitation, ionization, and recombination processes for the weakly-ionized plasma to experience a high rate of ionization as illustrated by the rapidly increasing discharge current **442**. The pulsed power supply **102** is operating in a high-power mode during the transient stage **440**.

The high-power stage **444** of the voltage pulse **432** has a lower magnitude than the transient stage **440** but has a sufficient magnitude to maintain the strongly-ionized plasma in the high-current regime corresponding to the current-voltage characteristic **154** of FIG. **2**. The discharge current **446** for the strongly-ionized plasma is about 350 A. The pulsed power supply **102** operates in the high-power mode during the high-power stage **444** and generates enough uninterrupted energy to sustain the strongly-ionized plasma. The voltage pulse **432** is terminated after about 2.25 msec.

The multi-stage voltage pulse **430'** of FIG. **7**B is a three-stage voltage pulse **432'** as indicated by the dotted line **434'**. The pulsed power supply generates a low-power stage **436'** of the voltage pulse **432'** that is similar to the low-power stage **436** of the voltage pulse **432** of FIG. **7**A. The low-power stage **436'** of the voltage pulse **432'** has a magnitude and a rise time that is sufficient to ignite a feed gas to generate an initial plasma. The pulsed power supply **102** is operating in the low-power mode. The maximum voltage in the ignition stage is about −550V. The initial plasma develops into a weakly-ionized plasma having a relatively low-level of ionization. The weakly-ionized plasma can be in a steady state that corresponds to a substantially constant discharge current **438'** that is less than about 50 A.

The pulsed power supply **102** generates a transient stage **440'** of the voltage pulse **432'** that increases the voltage by about 150V. The transient stage **440'** is similar to the transient stage **440** of FIG. **7**A. The amplitude and duration of the transient stage **440'** of the voltage pulse **432'** is sufficient to promote enough excitation, ionization, and recombination processes to rapidly increase the ionization rate of the weakly-ionized plasma as illustrated by the rapidly increasing discharge current **442'**. The pulsed power supply **102** is operating in a high-power mode during the transient stage **440'**.

The pulsed power supply **102** generates a high-power stage **444'** that includes a voltage having a lower magnitude than the voltage in the second stage **440'**. The voltage in the high-power stage **444'** decreases to below −500V which is insufficient to sustain a strongly-ionized plasma. Thus, the strongly-ionized plasma exhibits ionizational relaxation and eventually decays to a weakly-ionized plasma state corresponding to a quasi-stationary discharge current **449**. The voltage pulse **432'** is terminated after about 2.25 msec.

FIG. **8** is measured data **450** for an exemplary single-stage voltage pulse **452** generated by the pulsed power supply **102** of FIG. **1** that produces a high-density plasma according to the invention that is useful for high-deposition rate sputtering. The voltage pulse **452** is a single-stage voltage pulse as indicated by the dotted line **453**. The pulsed power supply **102** operates in a high-power mode throughout the duration of the voltage pulse **452**.

The voltage pulse **452** includes an ignition region **454** that has a magnitude and a rise time that is sufficient to ignite a feed gas to generate an initial plasma. The discharge current **458** increases after the initial plasma is ignited. The initial plasma is ignited in about 100 μsec.

After ignition, the discharge current **460** and the voltage **456** both increase. The initial peak voltage **462** is about −900V. The voltage then begins to decrease. The discharge current **460** reaches an initial peak current **464** corresponding to a voltage **466**. The initial peak discharge current **464** is about 150 A at a discharge voltage **466** of about The peak discharge current **464** and corresponding discharge voltage **466** corresponds to a power **468** that is about 110 kW. The time period from the ignition of the plasma to the initial peak discharge current **464** is about 50 μsec. The initial plasma does not reach a steady state condition but instead remains in a transient state.

The voltage pulse **452** also includes a transient region **454'** having voltage oscillations **467** that include rise times which are sufficient to shift the electron energy distribution in the initial plasma to higher energies that create ionizational instabilities that cause a rapid increase in the ionization rate as described herein. The initial plasma remains in a transient state.

The voltage pulse **452** also includes a high-power region **454"**. The voltage in the high-power region **454"** has a magnitude that is sufficient to sustain a strongly-ionized plasma. Small voltage oscillations **469** in the voltage pulse **452** may be caused by the electron density forming a soliton waveform or having another non-linear mechanism that increases the electron density as indicated by the increasing discharge current **470**. The soliton waveform or other non-linear mechanism may also help to sustain the strongly-ionized plasma throughout the duration of the voltage pulse **452**.

The single-stage voltage pulse **452** includes a voltage **456** that is sufficient to ignite an initial plasma, voltage oscillations **467** that are sufficient to create ionizational instabilities in the initial plasma, and a voltage **472** that is sufficient to sustain the strongly-ionized plasma. The pulsed power supply **102** operates in the high-power mode throughout the duration of the single-stage voltage pulse **452**. The peak discharge current **470** in the high-density plasma is greater than about

19

250 A for a discharge voltage 472 of about −500V. The power 474 is about 115 kW. The pulse width of the voltage pulse 452 is about 1.0 msec.

FIG. 9 illustrates a cross-sectional view of a plasma sputtering apparatus 500 having a pulsed direct current (DC) power supply 501 according to another embodiment of the invention. The plasma sputtering apparatus 500 includes a vacuum chamber 104 for containing a plasma. The vacuum chamber 104 can be coupled to ground 105. The vacuum chamber 104 is positioned in fluid communication with a vacuum pump 106 that is used to evacuate the vacuum chamber 104 to high vacuum. The pressure inside the vacuum chamber 104 is generally less than $10^{-1}$ Torr for most plasma operating conditions.

The plasma sputtering apparatus 500 also includes a cathode assembly 502. The cathode assembly 502 is generally in the shape of a circular ring. The cathode assembly 502 includes a target 504. The target 504 is generally in the shape of a disk and is secured to the cathode assembly 502 through a locking mechanism, such as a clamp 506. The cathode assembly 502 is electrically connected to a first terminal 508 of the pulsed power supply 501 with an electrical transmission line 510.

In some embodiments, the plasma sputtering apparatus 500 includes an energy storage device 503 that provides a source of energy that can be controllably released into the plasma. The energy storage device 503 is electrically coupled to the cathode assembly 502. In one embodiment, the energy storage device 503 includes a capacitor bank.

A ring-shaped anode 512 is positioned in the vacuum chamber 104 proximate to the cathode assembly 502 so as to form a gap 514 between the anode 512 and the cathode assembly 502. The gap 514 can be between about 1.0 cm and 12.0 cm wide. The gap 514 can reduce the probability that an electrical breakdown condition (i.e., arcing) will develop in the chamber 104. The gap 514 can also promote increased homogeneity of the plasma by controlling a gas flow through the gap. The anode 512 can include a plurality of feed gas injectors 516 that inject feed gas into the gap 514. In the embodiment shown, the feed gas injectors 516 are positioned within the anode 512. The feed gas injectors 516 are coupled to one or more feed gas sources 518. The feed gas sources can include atomic feed gases, reactive gases, or a mixture of atomic and reactive gases. Additionally, excited atom sources (not shown) or metastable atom sources (not shown) can be coupled to the feed gas injectors 516 to supply excited atoms or metastable atoms to the chamber 104.

The anode 512 is electrically connected to ground 105. A second terminal 520 of the pulsed power supply 501 is also electrically connected to ground 105. In other embodiments, the anode 512 is electrically connected to the second terminal 520 of the pulsed power supply 501.

The anode 512 can be integrated with or connected to a housing 521 that surrounds the cathode assembly 502. An outer edge 522 of the cathode 502 is isolated from the housing 521 with insulators 523. The space 524 between the outer edge 522 of the cathode assembly 502 and the housing 521 can be filled with a dielectric.

The plasma sputtering apparatus 500 can include a magnet assembly 525 that generates a magnetic field 526 proximate to the target 504. The magnetic field 526 is less parallel to the surface of the cathode assembly 502 at the poles of the magnets in the magnet assembly 525 and more parallel to the surface of the cathode assembly 502 in the region 527 between the poles of the magnets in the magnetic assembly 525.

20

The magnetic field 526 is shaped to trap and concentrate secondary electrons emitted from the target 504 that are proximate to the target surface 528. The magnetic field 526 increases the density of electrons and therefore, increases the plasma density in the region 527. The magnetic field 526 can also induce an electron Hall current that is generated by the crossed electric and magnetic fields. The strength of the electron Hall current depends, at least in part, on the density of the plasma and the strength of the crossed electric and magnetic fields. Crossed electric and magnetic fields generated in the gap 514 can enhance the ionizational instability effect on the plasma as discussed herein.

The plasma sputtering apparatus 500 also includes a substrate support 530 that holds a substrate 532 or other work piece. The substrate support 530 can be electrically connected to a first terminal 534 of a RF power supply 536 with an electrical transmission line 538. A second terminal 540 of the RF power supply 536 is coupled to ground 105. The RF power supply 536 can be connected to the substrate support 530 through a matching unit (not shown). In one embodiment a temperature controller 542 is thermally coupled to the substrate support 530. The temperature controller 542 regulates the temperature of the substrate 532.

The plasma sputtering apparatus 500 can also include a cooling system 544 to cool the target 504 and the cathode assembly 502. The cooling system 544 can be any one of numerous types of liquid or gas cooling system that are known in the art.

In operation, the vacuum pump 106 evacuates the chamber 104 to the desired operating pressure. The feed gas is injected into the chamber 104 from the feed gas source 518 through the gas inlet 516. The pulsed power supply 501 applies negative voltage pulses to the cathode 502 (or positive voltage pulses to the anode 512) that generate an electric field 546 in the gap 514 between the cathode assembly 502 and the anode 512. The magnitude and rise time of the voltage pulse are chosen such that the resulting electric field 546 ionizes the feed gas in the gap 514, thereby igniting an initial plasma in the gap 514.

The geometry of the gap 514 can be chosen to minimize the probability of arcing and to facilitate the generation of a very strong electric field 546 with electric field lines that are perpendicular to the surface 528 of the target 504 and the cathode 502. This strong electric field 546 can enhance the ionizational instability in the plasma by increasing the volume of excited atoms including metastable atoms that are generated from ground state atoms in the initial plasma. The increased volume of exited atoms can increase the density of the plasma in a non-linear manner as previously discussed.

The plasma is maintained, in part, by secondary electron emission from the target 504. In embodiments including the magnet assembly 525, the magnetic field 526 confines the secondary electrons proximate to the region 527 and, therefore, concentrates the plasma proximate to the target surface 528. The magnetic field 526 also induces an electron Hall current proximate to the target surface 528, which further confines the plasma and can cause the electron density to form a soliton waveform or other non-linear waveform.

Ions in the plasma bombard the target surface 528 since the target 504 is negatively biased. The impact caused by the ions bombarding the target 504 dislodges or sputters material from the target 504. The sputtering rate generally increases as the density of the plasma increases.

The RF power supply 536 generates a negative RF bias voltage on the substrate 532 that attracts positively ionized sputtered material to the substrate 532. The sputtered material forms a thin film of target material on the substrate 532. The

US 7,808,184 B2

21

magnitude of the RF bias voltage on the substrate 532 can be chosen to optimize parameters, such as sputtering rate and adhesion of the sputtered firm to the substrate 532, and to minimize damage to the substrate 532. The temperature controller 542 can regulate the temperature of the substrate 532 to avoid overheating the substrate 532.

Although FIG. 9 illustrates a magnetron sputtering system, skilled artisans will appreciate that many other plasma systems can utilize methods for generating high-density plasmas using ionizational instability according to the invention. For example, the methods for generating high-density plasmas using ionizational instability according to the invention can be used to construct a plasma thruster. The method of generating a high-density plasma for a thruster is substantially the same as the method described in connection with FIG. 9 except that the plasma is accelerated through an exhaust by external fields.

FIG. 10 illustrates a schematic diagram 550 of a pulsed power supply 552 that can generate multi-step voltage pulses according to the present invention. The pulsed power supply 552 includes an input voltage 554 that charges a bank of capacitors 556. A parallel bank of high-power solid state switches 558, such as insulated gate bipolar transistors (IG-BTs) is coupled to a primary coil 560 of a pulse transformer 562. The solid state switches 558 release energy stored in the capacitors 556 to the primary coil 560 of the pulse transformer 562.

The pulse transformer 562 also includes a secondary coil 564. The voltage gain from the pulse transformer 562 is proportional to the number of secondary turns in the secondary coil 564. A first end 566 of the secondary coil 564 is coupled to an array of driving circuits 568. A second end 570 of the secondary coil 564 is coupled to ground 572. The array of driving circuits 568 provide voltage pulses across a first output 574 and a second output 576. The first output 574 can be coupled to a cathode and the second output 576 can be coupled to an anode. The pulsed power supply 552 can provide pulse power up to about 10 MW with a relatively fast rise time.

FIG. 11 illustrates a schematic diagram 600 of a pulsed power supply 602 having a magnetic compression network 604 for supplying high-power pulses. The pulsed power supply 602 generates a long pulse with a switch and applies the pulse to an input stage of a multi-stage magnetic compression network 604. Each stage of magnetic compression reduces the time duration of the pulse, thereby increasing the power of the pulse.

The pulsed power supply 602 includes a DC supply 606, a capacitor 608, and a power-MOS solid switch 610 for providing power to the magnetic compression network 604. The magnetic compression network 604 includes four non-linear magnetic inductors 612, 614, 616, 618 and four capacitors 620, 622, 624, 626. The non-linear magnetic inductors 612, 614, 616, 618 behave as switches that are off when they are unsaturated and on when they are saturated. The magnetic compression network 604 also includes a transformer 628.

When the solid switch 610 is activated, the capacitor 620 begins to charge and the voltage V1 increases. At a predetermined value of the voltage V1, the magnetic core of the non-linear magnetic inductor 612 saturates and the inductance of the non-linear magnetic inductor 612 becomes low causing the non-linear magnetic inductor 612 to turn on. This results in charge transferring from the capacitor 608 to the capacitor 620. The electric charge stored in the capacitor 620 is then transferred through the transformer 628 to the capacitor 622 and so on. The charge that is transferred to the capacitor 626 is eventually discharged through a load 630. The

22

magnetic compression network 604 can generate high-power pulses up to a terawatt in tens of nanoseconds with a relatively high repetition rate.

FIG. 12 illustrates a schematic diagram 650 of a pulsed power supply 652 having a Blumlein generator 654 for supplying high-power pulses. The pulsed power supply 652 having the Blumlein generator 654 can deliver short duration high voltage pulses with a fast rise time and a relatively flat top. The pulsed power supply 652 includes a high voltage DC supply 656. A first terminal 658 of the high voltage DC supply 656 is coupled through a current-limiting inductor 660 to a dielectric material 662 that is located between an inner conductor 664 and an outer conductor 666 of a coaxial cable 668. The inner conductor 664 is coupled to ground 670 through an inductance 672. The outer conductor 666 is also coupled to ground 670. In operation, the high voltage power supply 656 slowly charges the Blumlein generator 654. A very fast high-power switch 674 discharges the charge through a load 676, such as a plasma load.

FIG. 13 illustrates a schematic diagram 700 of a pulsed power supply 702 having a pulse cascade generator 704 for supplying high-power pulses. A high frequency power supply 706 is coupled to a transformer 708. The transformer 708 is coupled to a cascade of lower voltage (1 kV to 3 kV) pulse generators 710 that are connected in series. In operation, the high frequency power supply 706 charges capacitors 712 in each of the pulse generators 710. Switches 714 in each of the pulse generators 710 close at predetermined times thereby discharging energy in the capacitors 712. When the required output voltage appears between the terminal 716 and ground 718, the stored energy discharges through a load 720, such as a plasma load.

EQUIVALENTS

While the invention has been particularly shown and described with reference to specific preferred embodiments, it should be understood by those skilled in the art that various changes in form and detail may be made therein without departing from the spirit and scope of the invention as defined herein.

What is claimed is:

1. A method of generating a strongly-ionized plasma, the method comprising:

a) supplying feed gas proximate to an anode and a cathode assembly; and

b) generating a voltage pulse between the anode and the cathode assembly, the voltage pulse having at least one of a controlled amplitude and a controlled rise time that increases an ionization rate so that a rapid increase in electron density and a formation of a strongly-ionized plasma occurs without forming an arc between the anode and the cathode assembly.

2. The method of claim 1 further comprising applying a magnetic field proximate to the cathode assembly.

3. The method of claim 2 further comprising moving the magnetic field.

4. The method of claim 1 further comprising generating an electron Hall current from an electric field generated by the voltage pulse and from the magnetic field, the electron Hall current raising the temperature of the electrons in the weakly-ionized plasma to a temperature that enhances the increase in electron density and the formation of the strongly-ionized plasma.

5. The method of claim 1 wherein the voltage pulse comprise a multi-stage voltage pulse.

US 7,808,184 B2

23

**6**. The method of claim **1** further comprising applying a voltage between the anode and the cathode assembly that sustains the strongly-ionized plasma.

**7**. The method of claim **1** wherein a lifetime of the strongly-ionized plasma is greater than 200 μsec.

**8**. The method of claim **1** further comprising discharging energy from an energy storage device into the plasma to enhance the rapid increase in electron density and the formation of the strongly-ionized plasma.

**9**. The method of claim **1** wherein an amplitude of the voltage pulse is sufficient to generate ionizational instabilities that enhance the ionization rate so as to cause a rapid increase in electron density and the formation of the strongly-ionized plasma.

**10**. The method of claim **1** wherein at least some of the ionizational instabilities comprise diocotron instabilities.

**11**. A method of generating a strongly-ionized plasma, the method comprising:

a) supplying feed gas proximate to an anode and a cathode assembly; and

b) generating a voltage pulse between the anode and the cathode assembly, the voltage pulse having at least one of a controlled amplitude and a controlled rise time that shifts an electron energy distribution in the plasma to higher energies that increase an ionization rate so as to result in a rapid increase in electron density and a formation of a strongly-ionized plasma without forming an arc between the anode and the cathode assembly.

**12**. The method of claim **11** further comprising applying a magnetic field proximate to the cathode assembly.

24

**13**. The method of claim **12** further comprising moving the magnetic field.

**14**. The method of claim **12** further comprising generating an electron Hall current from an electric field generated by the voltage pulse and from the magnetic field, the electron Hall current raising the temperature of the electrons in the weakly-ionized plasma to a temperature that enhances the increase in electron density and the formation of the strongly-ionized plasma.

**15**. The method of claim **11** wherein the voltage pulse comprise a multi-stage voltage pulse.

**16**. The method of claim **11** further comprising applying a voltage between the anode and the cathode assembly that sustains the strongly-ionized plasma.

**17**. The method of claim **11** wherein a lifetime of the strongly-ionized plasma is greater than 200 μsec.

**18**. The method of claim **11** further comprising discharging energy from an energy storage device into the plasma to enhance the rapid increase in electron density and the formation of the strongly-ionized plasma.

**19**. The method of claim **11** wherein an amplitude of the voltage pulse is sufficient to generate ionizational instabilities that enhance the ionization rate resulting in a rapid increase in electron density and the formation of the strongly-ionized plasma.

**20**. The method of claim **11** wherein the ionizational instabilities comprise at least some diocotron instabilities.

\*   \*   \*   \*   \*

**EXHIBIT F**



US007811421B2

(12) **United States Patent**    (10) **Patent No.:**   **US 7,811,421 B2**

Chistyakov    (45) **Date of Patent:**   *Oct. 12, 2010

(54) **HIGH DEPOSITION RATE SPUTTERING**

(75) Inventor: **Roman Chistyakov**, Andover, MA (US)

(73) Assignee: **Zond, Inc.**, Mansfield, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 896 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/183,463**

(22) Filed: **Jul. 18, 2005**

(65) **Prior Publication Data**

US 2005/0252763 A1   Nov. 17, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 11/091,814, filed on Mar. 28, 2005, now abandoned.

(51) **Int. Cl.**
*C23C 14/35*    (2006.01)

(52) **U.S. Cl.** ........................... **204/192.12**; 204/298.08; 204/298.06

(58) **Field of Classification Search** ............ 204/192.12, 204/298.06, 298.08
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,588,490 A | 5/1986 | Cuomo et al. | |
| 5,015,493 A | 5/1991 | Gruen | |
| 5,083,061 A | 1/1992 | Koshiishi et al. | |
| 5,286,360 A | 2/1994 | Szczyrbowski et al. | |
| 5,576,939 A | 11/1996 | Drummond | |
| 5,718,813 A | 2/1998 | Drummond et al. | |
| 5,728,278 A | 3/1998 | Okamura et al. | |

| | | | |
|---|---|---|---|
| 5,733,418 A | 3/1998 | Hershcovitch et al. | |
| 6,024,844 A | 2/2000 | Drummond et al. | |
| 6,057,244 A | 5/2000 | Hausmann et al. | |
| 6,083,361 A | 7/2000 | Kobayashi et al. | |
| 6,086,730 A | 7/2000 | Liu et al. | |
| 6,217,717 B1 | 4/2001 | Drummond et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

DE    3210351 A1   9/1983

(Continued)

OTHER PUBLICATIONS

Booth, et al., The Transition From Symmetric To Asymmetric Discharges In Pulsed 13.56 MHz Capacitively Coupled Plasmas, J. Appl. Phys., Jul. 15, 1997, pp. 552-560, vol. 82(2), American Institute of Physics.

(Continued)

*Primary Examiner*—Rodney G McDonald
(74) *Attorney, Agent, or Firm*—Kurt Rauschenbach; Rauschenbach Patent Law Group, LLP

(57) **ABSTRACT**

Methods and apparatus for high-deposition sputtering are described. A sputtering source includes an anode and a cathode assembly that is positioned adjacent to the anode. The cathode assembly includes a sputtering target. An ionization source generates a weakly-ionized plasma proximate to the anode and the cathode assembly. A power supply produces an electric field between the anode and the cathode assembly that creates a strongly-ionized plasma from the weakly-ionized plasma. The strongly-ionized plasma includes a first plurality of ions that impact the sputtering target to generate sufficient thermal energy in the sputtering target to cause a sputtering yield of the sputtering target to be non-linearly related to a temperature of the sputtering target.

**48 Claims, 13 Drawing Sheets**



**US 7,811,421 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,238,537 | B1 | 5/2001 | Kahn et al. |
| 6,251,242 | B1 * | 6/2001 | Fu et al. ................ 204/298.19 |
| 6,296,742 | B1 | 10/2001 | Kouznetsov |
| 6,327,163 | B1 | 12/2001 | Petr |
| 6,361,667 | B1 | 3/2002 | Kobayashi et al. |
| 6,413,382 | B1 | 7/2002 | Wang et al. |
| 6,413,383 | B1 | 7/2002 | Chiang et al. |
| 6,436,251 | B2 | 8/2002 | Gopalraja et al. |
| 6,521,099 | B1 | 2/2003 | Drummond et al. |
| 6,808,607 | B2 | 10/2004 | Christie |
| 6,896,773 | B2 * | 5/2005 | Chistyakov ............ 204/192.12 |
| 7,095,179 | B2 * | 8/2006 | Chistyakov ............ 315/111.21 |
| 7,147,759 | B2 * | 12/2006 | Chistyakov ............ 204/192.12 |
| 2002/0033480 | A1 | 3/2002 | Kawamata et al. |
| 2002/0114897 | A1 | 8/2002 | Sumiya et al. |
| 2005/0092596 | A1 | 5/2005 | Kouznetsov |
| 2005/0103620 | A1 | 5/2005 | Chistyakov |
| 2005/0109607 | A1 | 5/2005 | Ehiasarian et al. |
| 2005/0184669 | A1 | 8/2005 | Chistyakov |
| 2009/0263966 | A1 | 10/2009 | Weichart et al. |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0788139 | A1 | 8/1997 |
| GB | 1339910 | | 12/1973 |
| GB | 2401116 | A | 3/2004 |
| JP | 57194254 | | 11/1982 |
| JP | 62-216637 | | 9/1987 |
| JP | 08-067981 | | 3/1996 |
| JP | 08-293470 | | 11/1996 |
| JP | 2004-010979 | * | 1/2004 |
| JP | 2004 010979 | A | 1/2004 |
| RU | 2 029 411 | C1 | 5/1995 |
| RU | 2 058 429 | C1 | 4/1996 |
| RU | 2058429 | | 4/1996 |
| WO | WO 98/40532 | | 9/1998 |
| WO | WO 01/98553 | A1 | 12/2001 |
| WO | WO 02/103078 | * | 12/2002 |

### OTHER PUBLICATIONS

Bunshah, et al., Deposition Technologies For Films And Coatings, Materials Science Series, pp. 176-183, Noyes Publications, Park Ridge, New Jersey.

Daugherty, et al., Attachment-Dominated Electron-Beam-Ionized Discharges, Applied Science Letters, May 15, 1976, vol. 28, No. 1, American Institute of Physics.

Goto, et al., Dual Excitation Reactive Ion Etcher For Low Energy Plasma Processing, J. Vac. Sci. Technol. A., Sep./Oct. 1992, pp. 3048-3054, vol. 10, No. 5, American Vacuum Society.

Kouznetsov, et al., A Novel Pulsed Magnetron Sputter Technique Utilizing Very High Target Power Densities, Surface & Coatings Technology, pp. 290-293, Elsevier Sciences S. A.

Lindquist, et al., High Selectivity Plasma Etching Of Silicon Dioxide With A Dual Frequency 27/2 MHz Capacitive RF Discharge.

Macak, Reactive Sputter Deposition Process Of A1203 And Characterization Of A Novel High Plasma Density Pulsed Magnetron Discharge, Linkoping Studies In Science And Technology, 1999, pp. 1-2: Sweden.

Macak, et al., Ionized Sputter Deposition Using An Extremely High Plasma Density Pulsed Magnetron Discharge, J. Vac. Sci. Technol. A. Jul./Aug. 2000, pp. 1533-1537, vol. 18, No. 4, American Vacuum Society.

Mozgrin, et al., High-Current Low-Pressure Quasi-Stationary Discharge In A Magnetic Field: Experimental Research, Plasma Physics Reports, 1995, pp. 400-409, vol. 21, No. 5, Mozgrin Feitsov Khodachenko.

Rossnagel, et al., Induced Drift Currents In Circular Planar Magnetrons, J. Vac. Sci. Technol. A., Jan./Feb. 1987, pp. 88-91, vol. 5, No. 1, American Vacuum Society.

Sheridan, et al., Electron Velocity Distribution Functions In A Sputtering Magnetron Discharge For The EXB Direction, J. Vac. Sci. Technol. A., Jul./Aug. 1998, pp. 2173-2176, vol. 16, No. 4, American Vacuum Society.

Streinbruchel, A Simple Formula For Low-Energy Sputtering Yields, Applied Physics A., 1985, pp. 37-42, vol. 36, Springer-Verlag.

Chistyakov, High-Power Pulsed Magnetron Sputtering, U.S. Appl. No. 10/065,277, filed Sep. 30, 2002.

Chistyakov, High-Power Pulsed Magnetically Enhanced Plasma Processing, U.S. Appl. No. 10/061,551, filed Oct. 29, 2002.

Chistyakov, Methods And Apparatus For Generating High-Density Plasma, U.S. Appl. No. 10/065,629, filed Nov. 4, 2002.

Encyclopedia Of Low Temperature Plasma, p. 119, vol. 3.

Encyclopedia Of Low Temperature Plasma, p. 123, vol. 3.

Turenko, et al., Magnetron Discharge In The Vapor Of The Cathode Material, Soviet Technical Physics Letters, Jul. 1989, pp. 519-520, vol. 15, No. 7, New York, US.

"Notification Of Transmittal Of The International Search Report Or The Declaration" For PCT/US03/34226, Jun. 23, 2004, 6 pages, The International Searching Authority/EPO, Rijswijk, The Netherlands.

Notice Of Reasons For Rejection, Japanese Patent Office, Aug. 24, 2009, 27 Pages, Japan.

"Office Action" for U.S. Appl. No. 10/065,277, Jan. 15, 2004, 12 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/065,277, Aug. 30, 2004, 14 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/065,277, May 27, 2005, 13 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/065,277, Jan. 11, 2006, 15 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/065,277, Jul. 18, 2006, 6 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/065,629, Oct. 7, 2003, 11 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/065,739, Feb. 18, 2004, 14 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/065,739, May 20, 2004, 14 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/249,202, Feb. 11, 2004, 6 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/249,595, Apr. 22, 2004, 5 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/249,774, Aug. 27, 2004, 6 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/249,844, Apr. 23, 2004, 5 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/553,893, Mar. 7, 2008, 6 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/708,281, May 18, 2005, 15 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/708,281, Dec. 20, 2005, 14 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/710,946, Nov. 16, 2007, 7 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/710,946, Feb. 21, 2008, 18 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/710,946, Apr. 10, 2009, 18 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/897,257, Mar. 27, 2008, 13 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/897,257, Jan. 14, 2009, 7 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 10/949,427, Apr. 21, 2006, 6 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 11/091,814, Jul. 14, 2008, 19 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 11/130,315, Jul. 3, 2008, 10 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 11/162,824, Apr. 28, 2008, 8 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 11/162,824, Jan. 23, 2009, 10 pages, The USPTO, US.

## US 7,811,421 B2
Page 3

"Office Action" for U.S. Appl. No. 11/162,824, May 18, 2009, 9 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 11/376,036, Jul. 25, 2007, 7 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 11/608,833, Mar. 11, 2009, 8 pages, The USPTO, US.

"Office Action" for U.S. Appl. No. 12/245,193, Apr. 2, 2009, 4 pages, The USPTO, US.

Biberman, L. M., et al., Kinetics of Nonequilibrium Low-Temperature Plasmas, 1987.

Bugaev, S. P., et al., Investigation Of A High-Current Pulsed Magnetron Discharge Initiated In The Low-Pressure Diffuse Arc Plasma, XVIIth International Symposium On Discharges and Electrical Insulation In Vacuum, 1996, pp. 1074-1076.

Bugaev, S. P., et al., Ion-Assisted Pulsed Magnetron Sputtering Deposition Of Ta-C Films, Thin Solid Films, 2001, pp. 16-26, vol. 389, Elsevier Science B.V., Feb. 2001.

D'Couto, G. C., et al., In Situ Physical Vapor Deposition of Ionized Ti and TiN Thin Films Using Hollow Cathode Magnetron Plasma Source, J. Vac. Sci. Technol. B, Jan./Feb. 2001, pp. 244-249, vol. 19. No. 1, American Vacuum Society.

Ehiasarian, A. P., et al., High Power Pulsed Magnetron Sputtered CrNx Films, Dunnschicht-/Plasmatechnik, 2003, pp. 1480-1487, Jun. 2003.

Ehiasarian, A. P., et al., Influence Of High Power Densities On The Composition Of Pulsed Magnetron Plasmas, Vacuum, 2002, pp. 147-154, vol. 65, Elsevier Science Ltd.

Gudmundsson, J. T. et al., Spatial and Temporal Behavior Of The Plasma Parameters In A Pulsed Magnetron Discharge, Surface and Coatings Technology, 2002, pp. 249-256, vol. 161, Elsevier Science B.V., Jul. 2002.

Gudmundsson, J. T. et al., Evolution Of The Electron Energy Distribution And Plasma Parameters In A Pulsed Magnetron Discharge, Applied Physics Letters, May 28, 2001, pp. 3427-3429, vol. 78, No. 22, American Institute of Physics.

Hopwood, J., Ionized Physical Vapor Deposition Of Integrated Circuit Interconnects, Physics Of Plasmas, May 1998, pp. 1624-1631, vol. 5, No. 5, American Institute of Physics.

Kervalishvii, N. A., et al., Low-Pressure Discharge in Crossed Fields (E.H) In A Magnetron And Penning Cell, Sov. Phys. Tech. Phys., 1976, pp. 1591-1596, vol. 20, No. 12, American Institute Of Physics.

Korneev, V.V., Electric Fields In A Nonequilibrium Inhomogeneous Weakly Ionized Plasma, Sov. J. Plasma Phys., Nov.-Dec. 1978, pp. 784-785, vol. 4, No. 6, American Institute of Physics.

Lebedev, S. Ya., et al., Cathode Sputtering Under The Action Of Cesium Ions, Soviet Physics—Technical Physics, Dec. 1964, pp. 854-856, vol. 9, No. 6.

Mesyats, G. A., et al., Pulsed Electrical Discharge In Vacuum, Springer-Verlag.

Oks, E. M., et al., Plasma Emission Properties Of A Superdense Glow Discharge Excited In Crossed Electric And Magnetic Fields, Sov. Phys. Tech. Phys., Jun. 1991, pp. 712-714, vol. 36, No. 6, American Institute of Physics.

Rasmussen, C. E., et al., Ionization And Current Growth In An E X B Discharge, Plasma Physics, 1969, pp. 183-195, vol. 11, Pergamon Press, Northern Ireland.

Redhead, P. A., Instabilities In Cross-Field Discharges At Low Pressures, Vacuum, 1988, pp. 901-906, vol. 38, No. 8-10, Pergamon Press, Great Britain.

Steinbruchel, Ch., A Simple Formula For Low-Energy Sputtering Yields, Appl. Phys. A., 1985, pp. 37-42, vol. 36, Springer-Verlag.

Westwood, W. D., The Current-Voltage Characteristic Of Magnetron Sputtering Systems, J. Appl. Phys., Dec. 1983, pp. 6841-6846, vol. 54, No. 12, American Institute of Physics.

"Notification Concerning Transmittal Of Copy Of International Preliminary Report On Patentability (Chapter I Of The Patent Cooperation Treaty)" For PCT/US2008/004644, Nov. 5, 2009, 10 pgs., The International Bureau Of WIPO, Geneva, Switzerland.

"Notification Concerning Transmittal Of Copy Of International Preliminary Report On Patentability (Chapter I Of The Patent Coopera-

tion Treaty)" For PCT/US2008/004605, Oct. 29, 2009, 9 pgs., The International Bureau Of WIPO, Geneva, Switzerland.

"Office Action" For European Patent Application No. 03-781-508.1-1226, Apr. 1, 2008, 5 pages, the European Patent Office.

"Response to Office Action" For European Patent Application No. 03-781-508.1-1226, Oct. 13, 2008, 13 pages.

"Supplement to Response to Office Action" For European Patent Application No. 03-781-508.1-1226, Oct. 23, 2008, 4 pages.

"Office Action" For European Patent Application No. 03-781-508.1-1226, Apr. 7, 2010, 3 pages, the European Patent Office.

"Office Action" For European Patent Application No. 03-779-387.4-1215, Oct. 10, 2007, 4 pages, the European Patent Office.

"Response to Office Action" For European Patent Application No. 03-779-387.4-1215, Apr. 21, 2008, 15 pages.

"Summons to Oral Proceedings" For European Patent Application No. 03-779-387.4-1215, Dec. 15, 2009, 6 pages, the European Patent Office.

"Office Action" For European Patent Application No. 03-776-584.9-1226, Sep. 18, 2008, 6 pages, the European Patent Office.

"Response to Office Action" For European Patent Application No. 03-776-584.9-1226, Jul. 23, 2009, 12 pages.

"Office Action" For European Patent Application No. 04-749-844.9-2208, Jan. 28, 2009, 2 pages, the European Patent Office.

"Office Action" For European Patent Application No. 04-750-797.5-2208, Oct. 16, 2008, 5 pages, the European Patent Office.

"Office Action" For European Patent Application No. 04-716-928.9-2208, Dec. 15, 2006, 5 pages, the European Patent Office.

"Response to Office Action" For European Patent Application No. 04-716-928.9-2208, Jul. 24, 2007, 20 pages.

"Office Action" For European Patent Application No. 04-810-268.5. 2208, Apr. 23, 2009, 3 pages, the European Patent Office.

"Response to Office Action" For European Patent Application No. 04-810-268.5.2208, May 29, 2009, 2 pages.

"Office Action" For European Patent Application No. 05-723-194.6-1226, Nov. 5, 2009, 6 pages, the European Patent Office.

"Office Action" For European Patent Application No. 05-800-880.6-1226, Jan. 25, 2010, 3 pages, the European Patent Office.

"Office Action" For Japanese Patent Application No. 2004-551595, Aug. 24, 2009, 2 pages, the Japanese Patent Office.

"Response to Office Action" For Japanese Patent Application No. 2004-551595, Feb. 18, 2010, 3 pages.

"Notice of Allowance" For US Patent No. 7,147,759, Oct. 11, 2006, 12 Pages, USPTO.

"Notice of Allowance" For US Patent No. 6,853,142, Mar. 29, 2004, 20 Pages, USPTO.

"Notice of Allowance" For US Patent No. 7,604,716, Jun. 11, 2009, 16 Pages, USPTO.

"Notice of Allowance" For US Patent No. 6,896,773, Jan. 7, 2005, 12 Pages, USPTO.

"Notice of Allowance" For US Patent No. 6,896,775, Jan. 18, 2005, 20 Pages, USPTO.

"Notice of Allowance" For US Patent No. 6,806,651, Jul. 12, 2004, 9 Pages, USPTO.

"Notice of Allowance" For US Patent No. 7,446,479, Jul. 15, 2008, 16 Pages, USPTO.

"Notice of Allowance" For US Patent No. 6,806,652, Jul. 2, 2004, 9 Pages, USPTO.

"Notice of Allowance" For US Patent No. 6,903,511, Nov. 2, 2005, 9 Pages, USPTO.

"Notice of Allowance" for US Patent No. 6,805,779, Jun. 29, 2004, 14 Pages, USPTO.

"Notice of Allowance" for US Patent No. 7,095,179, May 2, 2006, 18 Pages, USPTO.

"Notice of Allowance" For US Patent No. 7,345,429, Nov. 30, 2007, 8 Pages, USPTO.

"Notice of Allowance" For US Patent No. 7,663,319, Oct. 8, 2009, 50 Pages, USPTO.

US 5,863,392, 01/1999, Drummond et al. (withdrawn)

* cited by examiner



PRIOR ART

FIG. 1



## FIG. 2
### PRIOR ART



## FIG. 3
### PRIOR ART



FIG. 4



FIG. 5A



FIG. 5B



FIG. 5C



FIG. 5D



FIG. 6



FIG. 7A



FIG. 7B



FIG. 7C



FIG. 7D



FIG. 8



FIG. 9



FIG. 10



FIG. 11

FIG. 11A



FIG. 11B

US 7,811,421 B2

1

## HIGH DEPOSITION RATE SPUTTERING

### RELATED APPLICATION SECTION

This application claims priority to U.S. patent application 5
Ser. No. 11/091,814, filed Mar. 28, 2005, and entitled "High
Deposition Rate Sputtering", which is a continuation of U.S.
patent application. Ser. No. 10/065,739, filed Nov. 14, 2002,
and entitled "High Deposition Rate Sputtering", which is now
U.S. Pat. No. 6,896,773, the entire application and patent of 10
which are incorporated herein by reference.

### BACKGROUND OF INVENTION

Sputtering is a well-known technique for depositing films 15
on substrates. Sputtering is the physical ejection of atoms
from a target surface and is sometimes referred to as physical
vapor deposition (PVD). Ions, such as argon ions, are gener-
ated and then directed to a target surface where the ions
physically sputter target material atoms. The target material 20
atoms ballistically flow to a substrate where they deposit as a
film of target material.

Diode sputtering systems include a target and an anode.
Sputtering is achieved in a diode sputtering system by estab-
lishing an electrical discharge in a gas between two parallel- 25
plate electrodes inside a chamber. A potential of several kilo-
volts is typically applied between planar electrodes in an inert
gas atmosphere (e.g., argon) at pressures that are between
about $10^{-1}$ and $10^{-2}$ Torr. A plasma discharge is then formed.
The plasma discharge is separated from each electrode by 30
what is referred to as the dark space.

The plasma discharge has a relatively constant positive
potential with respect to the target. Ions are drawn out of the
plasma, and are accelerated across the cathode dark space.
The target has a lower potential than the region in which the 35
plasma is formed. Therefore, the target attracts positive ions.
Positive ions move towards the target with a high velocity.
Positive ions then impact the target and cause atoms to physi-
cally dislodge or sputter from the target. The sputtered atoms
then propagate to a substrate where they deposit a film of 40
sputtered target material. The plasma is replenished by elec-
tron-ion pairs formed by the collision of neutral molecules
with secondary electrons generated at the target surface.

Magnetron sputtering systems use magnetic fields that are
shaped to trap and to concentrate secondary electrons, which 45
are produced by ion bombardment of the target surface. The
plasma discharge generated by a magnetron sputtering sys-
tem is located proximate to the surface of the target and has a
high density of electrons. The high density of electrons causes
ionization of the sputtering gas in a region that is close to the 50
target surface.

One type of magnetron sputtering system is a planar mag-
netron sputtering system. Planar magnetron sputtering sys-
tems are similar in configuration to diode sputtering systems.
However, the magnets (permanent or electromagnets) in pla- 55
nar magnetron sputtering systems are placed behind the cath-
ode. The magnetic field lines generated by the magnets enter
and leave the target cathode substantially normal to the cath-
ode surface. Electrons are trapped in the electric and magnetic
fields. The trapped electrons enhance the efficiency of the 60
discharge and reduce the energy dissipated by electrons arriv-
ing at the substrate.

Conventional magnetron sputtering systems deposit films
that have relatively low uniformity. The film uniformity can
be increased by mechanically moving the substrate and/or the 65
magnetron. However, such systems are relatively complex
and expensive to implement. Conventional magnetron sput-

2

tering systems also have relatively poor target utilization. The
term "target utilization" is defined herein to be a metric of
how uniform the target material erodes during sputtering. For
example, high target utilization would indicate that the target
material erodes in a highly uniform manner.

In addition, conventional magnetron sputtering systems
have a relatively low deposition rate. The term "deposition
rate" is defined herein to mean the amount of material depos-
ited on the substrate per unit of time. In general, the deposi-
tion rate is proportional to the sputtering yield. The term
"sputtering yield" is defined herein to mean the number of
target atoms ejected from the target per incident particle.
Thus, increasing the sputtering yield will increase the depo-
sition rate.

### BRIEF DESCRIPTION OF DRAWINGS

This invention is described with particularity in the
detailed description. The above and further advantages of this
invention may be better understood by referring to the fol-
lowing description in conjunction with the accompanying
drawings, in which like numerals indicate like structural ele-
ments and features in various figures. The drawings are not
necessarily to scale, emphasis instead being placed upon
illustrating the principles of the invention.

FIG. 1 illustrates a cross-sectional view of a known mag-
netron sputtering apparatus having a pulsed power source.

FIG. 2 illustrates a cross-sectional view of a prior art cath-
ode assembly having a cathode cooling system.

FIG. 3 illustrates a known process for sputtering material
from a target.

FIG. 4 illustrates a cross-sectional view of an embodiment
of a magnetron sputtering apparatus according to the present
invention.

FIGS. 5A, AB, AC, 5D illustrate cross-sectional views of
the magnetron sputtering apparatus of FIG. 4.

FIG. 6 illustrates graphical representations of the applied
voltage, current, and power as a function of time for periodic
pulses applied to the plasma in the magnetron sputtering
apparatus of FIG. 4.

FIGS. 7A, 7B, 7C, 7D illustrate various simulated mag-
netic field distributions proximate to the cathode assembly for
various electron ExB drift currents in a magnetically
enhanced plasma sputtering apparatus according to the inven-
tion.

FIG. 8 illustrates a graphical representation of sputtering
yield as a function of temperature of the sputtering target.

FIG. 9 illustrates a process for sputtering material from a
target according one embodiment of the present invention.

FIG. 10 illustrates a cross-sectional view of a cathode
assembly according to one embodiment of the invention.

FIGS. 11, 11A, 11B is a flowchart of an illustrative process
of enhancing a sputtering yield of a sputtering target accord-
ing to the present invention.

### DETAILED DESCRIPTION

The sputtering process can be quantified in terms of the
sputtering yield. The term "sputtering yield" is defined herein
to mean the number of target atoms ejected from the target per
incident particle. The sputtering yield depends on several
factors, such as the target species, bombarding species,
energy of the bombarding ions, and the angle of incidence of
the bombarding ions. In typical known sputtering processes,
the sputtering yield is generally insensitive to target tempera-
ture.

US 7,811,421 B2

3

The deposition rate of a sputtering process is generally proportional to the sputtering yield. Thus, increasing the sputtering yield typically will increase the deposition rate. One way to increase the sputtering yield is to increase the ion density of the plasma so that a larger ion flux impacts the surface of the target. The density of the plasma is generally proportional to the number of ionizing collisions in the plasma.

Magnetic fields can be used to confine electrons in the plasma to increase the number of ionizing collisions between electrons and neutral atoms in the plasma. The magnetic and electric fields in magnetron sputtering systems are concentrated in narrow regions close to the surface of the target. These narrow regions are located between the poles of the magnets used for producing the magnetic field. Most of the ionization of the sputtering gas occurs in these localized regions. The location of the ionization regions causes non-uniform erosion or wear of the target that results in poor target utilization.

Increasing the power applied between the target and the anode can increase the production of ionized gas and, therefore, increase the target utilization and the sputtering yield. However, increasing the applied power can lead to undesirable target heating and target damage. Furthermore, increasing the voltage applied between the target and the anode increases the probability of establishing an undesirable electrical discharge (an electrical arc) in the process chamber. An undesirable electrical discharge can corrupt the sputtering process.

Pulsing the power applied to the plasma can be advantageous since the average discharge power can remain low while relatively large power pulses are periodically applied. Additionally, the duration of these large voltage pulses can be preset so as to reduce the probability of establishing an electrical breakdown condition leading to an undesirable electrical discharge. However, very large power pulses can still result in undesirable electrical discharges and undesirable target heating regardless of their duration.

FIG. 1 illustrates a cross-sectional view of a known magnetron sputtering apparatus 100 having a pulsed power source 102. The known magnetron sputtering apparatus 100 includes a vacuum chamber 104 where the sputtering process is performed. The vacuum chamber 104 is positioned in fluid communication with a vacuum pump 106 via a conduit 108. The vacuum pump 106 is adapted to evacuate the vacuum chamber 104 to high vacuum. The pressure inside the vacuum chamber 104 is generally less than 100 Pa during operation. A feed gas source 109, such as an argon gas source, is coupled to the vacuum chamber 104 by a gas inlet 110. A valve 112 controls the gas flow from the feed gas source 109.

The magnetron sputtering apparatus 100 also includes a cathode assembly 114 having a target 116. The cathode assembly 114 is generally in the shape of a circular disk. The cathode assembly 114 is electrically connected to a first output 118 of the pulsed power supply 102 with an electrical transmission line 120. The cathode assembly 114 is typically coupled to the negative potential of the pulsed power supply 102. In order to isolate the cathode assembly 114 from the vacuum chamber 104, an insulator 122 can be used to pass the electrical transmission line 120 through a wall of the vacuum chamber 104. A grounded shield 124 can be positioned behind the cathode assembly 114 to protect a magnet 126 from bombarding ions. The magnet 126 shown in FIG. 1 is generally shaped in the form of a ring that has its south pole 127 on the inside of the ring and its north pole 128 on the outside of the ring. Many other magnet configurations can also be used.

4

An anode 130 is positioned in the vacuum chamber 104 proximate to the cathode assembly 114. The anode 130 is typically coupled to ground. A second output 132 of the pulsed power supply 102 is also typically coupled to ground. A substrate 134 is positioned in the vacuum chamber 104 on a substrate support 135 to receive the sputtered target material from the target 116. The substrate 134 can be electrically connected to a bias voltage power supply 136 with a transmission line 138. In order to isolate the bias voltage power supply 136 from the vacuum chamber 104, an insulator 140 can be used to pass the electrical transmission line 138 through a wall of the vacuum chamber 104.

In operation, the pulsed power supply 102 applies a voltage pulse between the cathode assembly 114 and the anode 130 that has a sufficient amplitude to ionize the argon feed gas in the vacuum chamber 104. The typical ionization process is referred to as direct ionization or atomic ionization by electron impact and can be described as follows:

$$Ar + e^- \rightarrow Ar^+ + 2e^-$$

where Ar represents a neutral argon atom in the feed gas and $e^-$ represents an ionizing electron generated in response to the voltage pulse applied between the cathode assembly 114 and the anode 130. The collision between the neutral argon atom and the ionizing electron results in an argon ion ($Ar^+$) and two electrons.

The negatively biased cathode assembly 114 attracts positively charged ions with sufficient acceleration so that the ions sputter the target material from the target 116. A portion of the sputtered target material is deposited on the substrate 134.

The electrons, which cause the ionization, are generally confined by the magnetic fields produced by the magnet 126. The magnetic confinement is strongest in a confinement region 142 where there is relatively low magnetic field intensity. The confinement region 142 is substantially in the shape of a ring that is located proximate to the target material. Generally, a higher concentration of positively charged ions in the plasma is present in the confinement region 142 than elsewhere in the chamber 104. Consequently, the target 116 is eroded more rapidly in areas directly adjacent to the higher concentration of positively charged ions. The rapid erosion in these areas results in undesirable non-uniform erosion of the target 116 and, thus relatively poor target utilization.

Dramatically increasing the power applied to the plasma can result in more uniform erosion of the target 116 and higher sputtering yield. However, the amount of applied power necessary to achieve this increased uniformity can increase the probability of generating an electrical breakdown condition that leads to an undesirable electrical discharge between the cathode assembly 114 and the anode 130 regardless of the duration of the pulses. An undesirable electrical discharge will corrupt the sputtering process and cause contamination in the vacuum chamber 104. Additionally, the increased power can overheat the target and cause target damage.

Sputtering yields are generally determined experimentally. The yield dependence on the bombarding ion energy approximately exhibits a threshold that is between about 10-30 eV, followed by a nearly linear range that extends to several hundred eV. At higher energies, the dependence is less than linear. Sputtering processes are generally most energy efficient when the ion energies are within the linear range.

Sputtering systems are generally calibrated to determine the deposition rate under certain operating conditions. The erosion rate of the target 116 can be expressed by the following equation:

US 7,811,421 B2

5

$$R = k \frac{JYM}{\rho} \text{ Å/min}$$

where k is a constant, j is the ion current density in mA/cm$^2$, Y is the sputtering yield in atoms/ion, and M is the atomic weight in grams, and $\rho$ is the density in gm/cm$^3$ of the target material. The deposition rate is generally proportional to the sputtering yield Y.

FIG. **2** illustrates a cross-sectional view of a prior art cathode assembly **114'** having a cathode cooling system. The cathode assembly **114'** includes target **116'**. The cathode cooling system also includes a conduit **150** that contains a fluid **152** for conducting heat away from the cathode assembly **114'**. The fluid **152** can be a liquid coolant or a gas, for example.

In operation, ions **154** in a plasma impact a surface **156** of the target **116'**. The impact of the ions **154** generates heat **158** at the surface **156**. Additionally, the impact of the ions **154** eventually dislodges atoms **160** from the surface **156** of the target **116'** causing sputtering. The heat **158** that is generated by the ion impact radiates through the cathode assembly **114'**. The cathode assembly **114'** is in thermal communication with the conduit **150**. The fluid **152** absorbs the heat **158** and transfers it away from the cathode assembly **114'**.

FIG. **3** illustrates a known process for sputtering material from a target **116'**. An ion **154** having a mass $M_i$ and a velocity $v_i$ impacts a target particle **162** having a mass $M_t$ which is initially at rest on the surface **156** of the target **116'**. The ion **154** impacts the surface **156** at normal incidence. The momentum from the ion **154** transfers to the target particle **162** driving the target particle **162** into the target **116'**.

Thus, the ejection of a sputtered particle **164** from the target **114'** generally requires a sequence of collisions for a component of the initial momentum vector to change by more than ninety degrees. Typically, an incident ion **154** experiences a cascade of collisions and its energy is partitioned over a region of the target surface **156**. However, the sputtering momentum exchange occurs primarily within a region extending only about ten angstroms below the surface **156**. The incident ion **154** generally strikes two lattice atoms **166**, **168** almost simultaneously. This low energy knock-on receives a side component of momentum and initiates sputtering of one or more of its neighbors. The primary knock-on is driven into the target **114'**, where it can be reflected and sometimes returned to the surface **156** to produce sputtering by impacting the rear of a surface atom **170**.

A fraction of the kinetic energy of the incident ion **154** is transferred to the target particle **162**. This kinetic energy transfer function can be expressed as follows:

$$\varepsilon = \frac{4M_i M_t}{(M_i + M_t)^2}$$

The sputtering yield Y can be expressed as follows, assuming perpendicular ion incidence onto a substantially planar surface **156**:

$$Y = k \times \varepsilon \times \frac{E}{U} \times \alpha \left( \frac{M_t}{M_i} \right)$$

6

where k is a constant, $\in$ is the energy transfer function, $\alpha$ is a near-linear function of the ratio of the mass of the target atom **162** to the mass of the incident ion **154**, E is the kinetic energy of the incident ion **154**, and U is the surface binding energy for the target material. For most sputtering materials, the mass dependence of $\in\alpha$ does not vary greatly from one material to another. The primary material-sensitive factor is the surface binding energy, and this has only a first power dependence.

At energies above 20-30 eV, heavy particles can sputter atoms from a surface of a target. The sputtering yield increases rapidly with energy up to a few hundred eV, with 500-1000 eV argon ions being typically used for physical sputtering. Above a few hundred eV, there is a possibility that ions **154** will be implanted in the target **116'**. This can especially occur at energies over 1 keV.

FIG. **4** illustrates a cross-sectional view of an embodiment of a magnetron sputtering apparatus **200** according to the present invention. The magnetron sputtering apparatus **200** includes a chamber **202**, such as a vacuum chamber. The chamber **202** is coupled in fluid communication to a vacuum system **204** through a vacuum valve **206**. In one embodiment, the chamber **202** is electrically coupled to ground potential.

The chamber **202** is coupled to a feed gas source **208** by one or more gas lines **207**. In one embodiment, the gas lines **207** are isolated from the chamber and other components by insulators **209**. Additionally, the gas lines **207** can be isolated from the feed gas source using in-line insulating couplers (not shown). A gas flow control system **210** controls the gas flow to the chamber **202**. The gas source **208** can contain any feed gas. For example, the feed gas can be a noble gas or a mixture of noble gases. The feed gas can also be a reactive gas, a non-reactive gas, or a mixture of both reactive and non-reactive gases.

A substrate **211** to be sputter coated is supported in the chamber **202** by a substrate support **212**. The substrate **211** can be any type of work piece such as a semiconductor wafer. In one embodiment, the substrate support **212** is electrically coupled to an output **213** of a bias voltage source **214**. An insulator **215** isolates the bias voltage source **214** from a wall of the chamber **202**. In one embodiment, the bias voltage source **214** is an alternating current (AC) power source, such as a radio frequency (RF) power source. In other embodiments (not shown), the substrate support **212** is coupled to ground potential or is electrically floating.

The magnetron sputtering apparatus **200** also includes a cathode assembly **216**. In one embodiment, the cathode assembly **216** includes a cathode **218** and a sputtering target **220** composed of target material. In one embodiment, the cathode **218** is formed of a metal. In one embodiment, the cathode **218** is formed of a chemically inert material, such as stainless steel. The sputtering target **220** is in physical contact with the cathode **218**. In one embodiment, the sputtering target **220** is positioned inside the cathode **218** as shown in FIG. **4**. The distance from the sputtering target **220** to the substrate **211** can vary from a few centimeters to about one hundred centimeters.

The target material can be any material suitable for sputtering. For example, the target material can be a metallic material, polymer material, superconductive material, magnetic material including ferromagnetic material, non-magnetic material, conductive material, non-conductive material, composite material, reactive material, or a refractory material.

The cathode assembly **216** is coupled to an output **222** of a matching unit **224**. An insulator **226** isolates the cathode assembly **216** from a grounded wall of the chamber **202**. An

US 7,811,421 B2

input **230** of the matching unit **224** is coupled to a first output **232** of a pulsed power supply **234**. A second output **236** of the pulsed power supply **234** is coupled to an anode **238**. An insulator **240** isolates the anode **238** from a grounded wall of the chamber **202**. Another insulator **242** isolates the anode **238** from the cathode assembly **216**.

In one embodiment (not shown), the first output **232** of the pulsed power supply **234** is directly coupled to the cathode assembly **216**. In one embodiment (not shown), the second output **236** of the pulsed power supply **234** and the anode **238** are both coupled to ground. In one embodiment (not shown), the first output **232** of the pulsed power supply **234** couples a negative voltage impulse to the cathode assembly **216**. In another embodiment (not shown), the second output **236** of the pulsed power supply **234** couples a positive voltage impulse to the anode **238**.

In one embodiment, the pulsed power supply **234** generates peak voltage levels of between about 5 kV and about 30 kV. In one embodiment, operating voltages are generally between about 50V and 1 kV. In one embodiment, the pulsed power supply **234** sustains discharge current levels that are on order of about 1 A to 5,000 A depending on the volume of the plasma. Typical operating currents varying from less than about one hundred amperes to more than a few thousand amperes depending on the volume of the plasma. In one embodiment, the power pulses have a repetition rate that is below 1 kHz. In one embodiment, the pulse width of the pulses generated by the pulsed power supply **234** is substantially between about one microsecond and several seconds.

The anode **238** is positioned so as to form a gap **244** between the anode **238** and the cathode assembly **216** that is sufficient to allow current to flow through a region **245** between the anode **238** and the cathode assembly **216**. In one embodiment, the gap **244** is between approximately 0.3 cm and 10 cm. The surface area of the cathode assembly **216** determines the volume of the region **245**. The gap **244** and the total volume of the region **245** are parameters in the ionization process as described herein.

An anode shield **248** is positioned adjacent to the anode **238** and functions as an electric shield to electrically isolate the anode **238** from the plasma. In one embodiment, the anode shield **248** is coupled to ground potential. An insulator **250** is positioned to isolate the anode shield **248** from the anode **238**.

The magnetron sputtering apparatus **200** also includes a magnet assembly **252**. In one embodiment, the magnet assembly **252** is adapted to create a magnetic field **254** proximate to the cathode assembly **216**. The magnet assembly **252** can include permanent magnets **256**, or alternatively, electromagnets (not shown). The configuration of the magnet assembly **252** can be varied depending on the desired shape and strength of the magnetic field **254**. The magnet assembly can have either a balanced or unbalanced configuration.

In one embodiment, the magnet assembly **252** includes switching electro-magnets, which generate a pulsed magnetic field proximate to the cathode assembly **216**. In some embodiments, additional magnet assemblies (not shown) can be placed at various locations around and throughout the chamber **202** to direct different types of sputtered target materials to the substrate **212**.

In one embodiment, the magnetron sputtering apparatus **200** is operated by generating the magnetic field **254** proximate to the cathode assembly **216**. In the embodiment shown in FIG. **2**, the permanent magnets **256** continuously generate the magnetic field **254**. In other embodiments, electro-magnets (not shown) generate the magnetic field **254** by energizing a current source that is coupled to the electro-magnets. In one embodiment, the strength of the magnetic field **254** is

between about fifty gauss and two thousand gauss. After the magnetic field **254** is generated, the feed gas from the gas source **208** is supplied to the chamber **202** by the gas flow control system **210**.

In one embodiment, the feed gas is supplied to the chamber **202** directly between the cathode assembly **216** and the anode **238**. Directly injecting the feed gas between the cathode assembly **216** and the anode **238** can increase the flow rate of the gas between the cathode assembly **216** and the anode **238**. Increasing the flow rate of the gas allows longer duration impulses and thus, can result in the formation higher density plasmas. The flow of the feed gas is further discussed herein.

In one embodiment, the pulsed power supply **234** is a component of an ionization source that generates the weakly-ionized plasma. The pulsed power supply applies a voltage pulse between the cathode assembly **216** and the anode **238**. In one embodiment, the pulsed power supply **234** applies a negative voltage pulse to the cathode assembly **216**. The amplitude and shape of the voltage pulse are such that a weakly-ionized plasma is generated in the region **246** between the anode **238** and the cathode assembly **216**.

The weakly-ionized plasma is also referred to as a pre-ionized plasma. In one embodiment, the peak plasma density of the pre-ionized plasma is between about $10^6$ and $10^{12}$ cm$^{-3}$ for argon feed gas. In one embodiment, the pressure in the chamber varies from about $10^{-3}$ to 10 Torr. The peak plasma density of the pre-ionized plasma depends on the properties of the specific plasma processing system.

In one embodiment, the pulsed power supply **234** generates a low power pulse having an initial voltage that is between about 100V and 5 kV with a discharge current that is between about 0.1 A and 100 A in order to generate the weakly-ionized plasma. In some embodiments the width of the pulse can be on the order of 0.1 microseconds to one hundred seconds. Specific parameters of the pulse are discussed herein in more detail.

In one embodiment, the pulsed power supply **234** applies a voltage between the cathode assembly **216** and the anode **238** before the feed gas is supplied between the cathode assembly **216** and the anode **238**. In another embodiment, the pulsed power supply **234** applies a voltage between the cathode assembly **216** and the anode **238** after the feed gas is supplied between the cathode assembly **216** and the anode **238**.

In one embodiment, a direct current (DC) power supply (not shown) is used to generate and maintain the weakly-ionized or pre-ionized plasma. In this embodiment, the DC power supply is adapted to generate a voltage that is large enough to ignite the pre-ionized plasma. In one embodiment, the DC power supply generates an initial voltage of several kilovolts between the cathode assembly **216** and the anode **238** in order to generate and maintain the pre-ionized plasma. The initial voltage between the cathode assembly **216** and the anode **238** creates a plasma discharge voltage that is on the order of 100V to 1000V with a discharge current that is on the order of 0.1 A to 100 A.

The direct current required to generate and maintain the pre-ionized plasma is a function of the volume of the plasma. In addition, the current required to generate and maintain the pre-ionized plasma is a function of the strength of the magnetic field in the region **245**. For example, in one embodiment, the DC power supply generates a current that is on order of 1 mA to 100 A depending on the volume of the plasma and the strength of the magnetic field in the region **245**. The DC power supply can be adapted to generate and maintain an initial peak voltage between the cathode assembly **216** and the anode **238** before the introduction of the feed gas.

US 7,811,421 B2

9

In another embodiment, an alternating current (AC) power supply (not shown) is used to generate and maintain the weakly-ionized or pre-ionized plasma. For example, the weakly-ionized or pre-ionized plasma can be generated and maintained using electron cyclotron resonance (ECR), capacitively coupled plasma discharge (CCP), or inductively coupled plasma (ICP) discharge. AC power supplies can require less power to generate and maintain a weakly-ionized plasma than a DC power supply. In addition, the pre-ionized or weakly-ionized plasma can be generated by numerous other techniques, such as UV radiation techniques, X-ray techniques, electron beam techniques, ion beam techniques, or ionizing filament techniques. In some embodiments, the weakly-ionized plasma is formed outside of the region **245** and then diffuses into the region **245**.

Forming a weakly-ionized or pre-ionized plasma substantially eliminates the probability of establishing a breakdown condition in the chamber **202** when high-power pulses are applied between the cathode assembly **216** and the anode **238**. Uniformly distributing the weakly-ionized or pre-ionized plasma over the cathode area results in a more uniform strongly ionized plasma when a high power pulse is applied. The probability of establishing a breakdown condition is substantially eliminated because the weakly-ionized plasma has a low-level of ionization that provides electrical conductivity through the plasma. This conductivity greatly reduces or prevents the possibility of a breakdown condition when high power is applied to the plasma.

Once the weakly-ionized plasma is formed, high-power pulses are then generated between the cathode assembly **216** and the anode **238**. In one embodiment, the pulsed power supply **234** generates the high-power pulses. The desired power level of the high-power pulse depends on several factors including the desired deposition rate, the density of the pre-ionized plasma, and the volume of the plasma, for example. In one embodiment, the power level of the high-power pulse is in the range of about 1 kW to about 10 MW. In one embodiment, the high-power pulses are rapidly applied across the weakly-ionized plasma. In one embodiment, the high-power pulses are substantially instantly applied across the weakly-ionized plasma in a substantially explosive manner. This rapid application of the high-power pulses can result in a surface layer of the target **220** being almost instantly evaporated.

Each of the high-power pulses are maintained for a predetermined time that, in one embodiment, is in the range of about one microsecond to about ten seconds. In one embodiment, the repetition frequency or repetition rate of the high-power pulses is in the range of between about 0.1 Hz to 1 kHz. In order to minimize undesirable substrate heating, the average power generated by the pulsed power supply **234** can be less than one megawatt depending on the volume of the plasma.

In one embodiment, the high-power pulse is applied so rapidly that a surface layer of the target **220** is substantially vaporized and only a small quantity of heat is conducted through the cathode assembly **216**. In one embodiment, the thermal energy in at least one of the cathode assembly **216**, the anode **238**, and the substrate support **212** is conducted away or dissipated by liquid or gas cooling such as helium cooling (not shown).

The high-power pulses generate a strong electric field between the cathode assembly **216** and the anode **238**. This strong electric field is substantially located in the region **245** across the gap **244** between the cathode assembly **216** and the anode **238**. In one embodiment, the electric field is a pulsed electric field. In another embodiment, the electric field is a

10

quasi-static electric field. The term "quasi-static electric field" is defined herein to mean an electric field that has a characteristic time of electric field variation that is much greater than the collision time for electrons with neutral gas particles. Such a time of electric field variation can be on the order of ten seconds. The strength and the position of the strong electric field will be discussed in more detail herein.

The high-power pulses generate a highly-ionized or a strongly-ionized plasma from the weakly-ionized plasma. For example, the discharge current that is formed from this strongly-ionized plasma can be on the order of 5 kA for a pressure that is on the order of about 100 mTorr and 10 Torr.

Since the sputtering target **220** is typically negatively biased, the positively charged ions in the strongly-ionized plasma accelerate at high velocity towards the sputtering target **220**. The accelerated ions impact the surface of the sputtering target **220**, causing the target material to be sputtered. The strongly-ionized plasma of the present invention results in a very high sputtering rate of the target material.

In addition, the strongly-ionized plasma tends to diffuse homogenously in the region **246** and, therefore tends to create a more homogeneous plasma volume. The homogenous diffusion results in accelerated ions impacting the surface of the sputtering target **220** in a more uniform manner than with conventional magnetron sputtering. Consequently, the surface of the sputtering target **220** is eroded more evenly and, thus higher target utilization is achieved. Furthermore, since the target material is sputtered more uniformly across the surface of the sputtering target **220**, the uniformity and homogeneity of the material deposited on the substrate **211** is also increased without the necessity of rotating the substrate **211** and/or the magnet assembly **252**.

In one embodiment, the high-power pulsed magnetron sputtering system **200** of the present invention generates a relatively high electron temperature plasma and a relatively high density plasma. One application for the high-power pulsed magnetron sputtering system **200** of the present invention is ionized physical vapor deposition (IPVD), which is a technique that converts neutral sputtered atoms into positive ions in order to enhance the sputtering process.

FIG. **5**A through FIG. **5**D illustrate cross-sectional views of the sputtering apparatus **200** having the pulsed power supply **234**. For example, FIG. **5**A illustrates a cross-sectional view of the sputtering apparatus **200** having the pulsed power supply **234** at a time before the pulsed power supply **234** is activated. FIG. **5**A illustrates the cathode assembly **216** including the sputtering target **220**. The cathode assembly **216** is coupled to the output **222** of the matching unit **224**. The input **230** of the matching unit **224** is coupled to the first output **232** of the pulsed power supply **234**. The second output **236** of the pulsed power supply **234** is coupled to the anode **238**.

The anode **238** is positioned so as to form a gap **244** between the anode **238** and the cathode assembly **216** that is sufficient to allow current to flow through the region **245** between the anode **238** and the cathode assembly **216**. In one embodiment, the width of the gap **244** is between approximately 0.3 cm and 10 cm. The surface area of the cathode assembly **216** determines the volume of the region **245**. The gap **244** and the total volume of the region **245** are parameters in the ionization process as described herein. The gas lines **207** provide feed gas **256** from the feed gas source **208** (FIG. **4**) proximate to the cathode assembly **216** and the anode **238**.

In operation, the feed gas **256** from the gas source **208** is supplied by the gas flow control system **210** (FIG. **4**). Preferably, the feed gas **256** is supplied between the cathode assembly **216** and the anode **238**. Directly injecting the feed gas **256**

US 7,811,421 B2

11

between the cathode assembly **216** and the anode **238** can increase the flow rate of the feed gas **256**. This causes a rapid volume exchange in the region **245** between the cathode assembly **216** and the anode **238**, which permits a high power pulse having a longer duration to be applied across the gap **244**. The longer duration high power pulse results in the formation of more dense plasma. This volume exchange is described herein in more detail.

FIG. **5B** illustrates the cathode assembly **216** after the feed gas **256** is supplied between the cathode assembly **216** and the anode **238**. The pulsed power supply **234** applies a voltage pulse between the cathode assembly **216** and the anode **238**. In one embodiment, the pulsed power supply **234** applies a negative voltage pulse to the cathode assembly **216**. The characteristics of the voltage pulse are chosen such that an electric field **260** develops between the cathode assembly **216** and the anode **238** that creates a weakly-ionized plasma **262** in the region **245** between the anode **238** and the cathode assembly **216**. The weakly-ionized plasma **262** is also referred to as a pre-ionized plasma.

In one embodiment, the pulsed power supply **234** generates the weakly-ionized plasma **262** by generating a low power pulse having an initial voltage that is in the range of 100V to 5 kV with a discharge current that is in the range of 0.1 A to 100 A. In some embodiments, the width of the pulse can be in the range of 0.1 microseconds to one hundred seconds. Specific parameters of the pulse are discussed herein in more detail.

In another embodiment, an alternating current (AC) power supply (not shown) is used to generate and maintain the weakly-ionized or pre-ionized plasma **262**. The weakly-ionized or pre-ionized plasma **262** can be generated and maintained using electron cyclotron resonance (ECR), capacitively coupled plasma discharge (CCP), or inductively coupled plasma (ICP) discharge. Generating the pre-ionized plasma using an AC power supply can be more energy efficient than generating the pre-ionized plasma using a DC power supply.

In addition, the pre-ionized or weakly-ionized plasma **262** can be generated by numerous other techniques, such as UV radiation techniques, X-ray techniques, electron beam techniques, ion beam techniques, or ionizing filament techniques. These techniques include components used in ionization sources according to the invention. In some embodiments, the weakly-ionized plasma is formed outside of the region **245** and then diffuses into the region **245**.

In one embodiment, as the feed gas **256** is pushed through the region **245**, the weakly-ionized plasma **262** diffuses generally in a homogeneous manner through the region **264**. The homogeneous diffusion tends to facilitate the creation of a highly uniform strongly-ionized plasma in the region **264**. In one embodiment (not shown), the weakly-ionized plasma **262** is trapped proximate to the cathode assembly **216** by a magnetic field. Specifically, electrons in the weakly-ionized plasma **262** are trapped by a magnetic field generated proximate to the cathode assembly **216**. In one embodiment, the strength of the magnetic field is in the range of fifty to two thousand gauss.

The pulsed power supply **234** generates high-power pulses between the cathode assembly **216** and the anode **238** (FIG. **5C**) after the weakly-ionized plasma **262** is formed. The desired power level of the high-power pulses depends on several factors including the density of the weakly-ionized plasma **262** and the volume of the plasma. In one embodiment, the power level of the high-power pulse is in the range of about 1 kW to about 10 MW or higher.

12

The high-power pulses generate a strong electric field **266** between the cathode assembly **216** and the anode **238**. The strong electric field **266** is substantially located in the region **245** between the cathode assembly **216** and the anode **238**. In one embodiment, the electric field **266** is a pulsed electric field. In another embodiment, the electric field **266** is a quasi-static electric field. The strength and the position of the strong electric field **266** will be discussed in more detail herein.

FIG. **5D** illustrates the high-power pulses generating a highly-ionized or a strongly-ionized plasma **268** from the weakly-ionized plasma **262**. The strongly-ionized plasma **268** is also referred to as a high-density plasma. The discharge current that is formed from the strongly-ionized plasma **268** can be on the order of about 1,000 A or more with a discharge voltage in the range of 50V to 1,000V for a pressure that is in the range of 5 mTorr and 10 Torr. In one embodiment, the strongly-ionized plasma **268** tends to diffuse homogenously in the region **264**. The homogenous diffusion creates a more homogeneous plasma volume.

The homogenous diffusion results in accelerated ions **272** in the strongly-ionized plasma **268** impacting the surface of the sputtering target **220** in a more uniform manner than with conventional magnetron sputtering. Consequently, the surface of the sputtering target **220** is eroded more evenly and, thus higher target utilization is achieved. Furthermore, since the target material is sputtered more uniformly across the surface of the sputtering target **220**, the target material is deposited more uniformly on the substrate **211** (FIG. **4**) without the necessity of rotating the substrate and/or the magnetron.

The strong electric field **266** facilitates a multi-step ionization process of the feed gas **256** that substantially increases the rate at which the strongly-ionized plasma **268** is formed. Referring again to FIG. **2D**, the multi-step or stepwise ionization process is described as follows. A pre-ionizing voltage is applied between the cathode assembly **216** and the anode **238** across the feed gas **256**, which forms the weakly-ionized plasma **262**. The weakly-ionized plasma **262** is generally formed in the region **245** and diffuses to the region **264** as the feed gas **256** continues to flow.

In one embodiment, a magnetic field **254** (FIG. **4**) is generated in the region **245** and extends to the center of the cathode assembly **216**. This magnetic field tends to assist in diffusing electrons from the region **245** to the region **264**. The electrons in the weakly-ionized plasma **262** are substantially trapped in the region **264** by the magnetic field **254**. In one embodiment, the volume of weakly-ionized plasma **262** in the region **245** is rapidly exchanged with a fresh volume of feed gas **256**.

The pulsed power supply **234** applies a high-power pulse between the cathode assembly **216** and the anode **238** after the formation of the weakly-ionized plasma **262** (FIG. **2C**). This high-power pulse generates the strong electric field **266** in the region **245** between the cathode assembly **216** and the anode **238**. The strong electric field **266** results in collisions occurring between neutral atoms **270**, electrons (not shown), and ions **272** in the weakly-ionized plasma **262**. These collisions generate numerous excited atoms **274** in the weakly-ionized plasma **262**.

The accumulation of excited atoms **274** in the weakly-ionized plasma **262** alters the ionization process. In one embodiment, the strong electric field **266** facilitates a multi-step ionization process of an atomic feed gas that significantly increases the rate at which the strongly-ionized plasma **268** is formed. The multi-step ionization process has an efficiency that increases as the density of excited atoms **274** in the

US 7,811,421 B2

13

weakly-ionized plasma 262 increases. In one embodiment the strong electric field 266 enhances the formation of ions of a molecular or atomic feed gas.

In one embodiment, the distance or gap 244 between the cathode assembly 216 and the anode 238 is chosen so as to maximize the rate of excitation of the atoms. The value of the electric field 266 in the region 245 depends on the voltage level applied by the pulsed power supply 234 and the dimensions of the gap 244 between the anode 238 and the cathode assembly 216. In some embodiments, the strength of the electric field 266 is in range of 10V/cm to 10⁵V/cm depending on various system parameters and operating characteristics of the plasma system.

In some embodiments, the gap 244 is in the range of 0.30 cm to 10 cm depending on various parameters of the desired plasma. In one embodiment, the electric field 266 in the region 245 is rapidly applied to the pre-ionized or weakly-ionized plasma 262. In some embodiments, the rapidly applied electric field 266 is generated by applying a voltage pulse having a rise time that is in the range of 0.1 microsecond to ten seconds.

In one embodiment, the dimensions of the gap 244 and the parameters of the applied electric field 266 are varied to determine the optimum condition for a relatively high rate of excitation of the atoms 270 in the region 245. For example, an argon atom requires an energy of about 11.55 eV to become excited. Thus, as the feed gas 256 flows through the region 245, the weakly-ionized plasma 262 is formed and the atoms 270 in the weakly-ionized plasma 262 experience a stepwise ionization process.

The excited atoms 274 in the weakly-ionized plasma 262 then encounter the electrons (not shown) that are in the region 264. The excited atoms 274 only require about 4 eV of energy to ionize while neutral atoms 270 require about 15.76 eV of energy to ionize. Therefore, the excited atoms 274 will ionize at a much higher rate than the neutral atoms 270. In one embodiment, ions 272 in the strongly-ionized plasma 268 strike the cathode assembly 216 causing secondary electron emission. These secondary electrons interact with neutral 270 or excited atoms 274 in the strongly-ionized plasma 268. This process further increases the density of ions 272 in the strongly-ionized plasma 268 as the feed gas 256 is replenished.

The multi-step ionization process corresponding to the rapid application of the electric field 266 can be described as follows:

$$Ar+e^- \rightarrow Ar^*+e^-$$

$$Ar+e^- \rightarrow Ar^++2e^-$$

where Ar represents a neutral argon atom 270 in the feed gas 256 and e⁻ represents an ionizing electron generated in response to a pre-ionized plasma 262, when sufficient voltage is applied between the cathode assembly 216 and the anode 238. Additionally, Ar* represents an excited argon atom 274 in the weakly-ionized plasma 262. The collision between the excited argon atom 274 and the ionizing electron results in an argon ion (Ar⁺) and two electrons.

The excited argon atoms 274 generally require less energy to become ionized than neutral argon atoms 270. Thus, the excited atoms 274 tend to more rapidly ionize near the surface of the cathode assembly 216 than the neutral argon atoms 270. As the density of the excited atoms 274 in the plasma increases, the efficiency of the ionization process rapidly increases. This increased efficiency eventually results in an avalanche-like increase in the density of the strongly-ionized

14

plasma 268. Under appropriate excitation conditions, the proportion of the energy applied to the weakly-ionized plasma 262 that is transformed to the excited atoms 274 is very high for a pulsed discharge in the feed gas 256.

Thus, in one aspect of the invention, high power pulses are applied to a weakly-ionized plasma 262 across the gap 244 to generate the strong electric field 266 between the anode 238 and the cathode assembly 216. This strong electric field 266 generates excited atoms 274 in the weakly-ionized plasma 262. The excited atoms 274 are rapidly ionized by secondary electrons emitted by the cathode assembly 216. This rapid ionization results in a strongly-ionized plasma 268 having a large ion density being formed in the area 264 proximate to the cathode assembly 216. The strongly-ionized plasma 268 is also referred to as a high-density plasma.

In one embodiment of the invention, a higher density plasma is generated by controlling the flow of the feed gas 256 in the region 245. In this embodiment, a first volume of feed gas 256 is supplied to the region 245. The first volume of feed gas 256 is then ionized to form a weakly-ionized plasma 262 in the region 245. Next, the pulsed power supply 234 applies a high power electrical pulse across the weakly-ionized plasma 262. The high power electrical pulse generates a strongly-ionized plasma 268 from the weakly-ionized plasma 262.

The level and duration of the high power electrical pulse is limited by the level and duration of the power that the strongly-ionized plasma 268 can absorb before the high power discharge contracts and terminates. In one embodiment, the strength and the duration of the high-power electrical pulse are increased and thus the density of the strongly-ionized plasma 268 is increased by increasing the flow rate of the feed gas 256.

In one embodiment, the strongly-ionized plasma 268 is transported through the region 245 by a rapid volume exchange of feed gas 256. As the feed gas 256 moves through the region 245, it interacts with the moving strongly-ionized plasma 268 and also becomes strongly-ionized from the applied high-power electrical pulse. The ionization process can be a combination of direct ionization and/or stepwise ionization as described herein. Transporting the strongly-ionized plasma 268 through the region 245 by a rapid volume exchange of the feed gas 256 increases the level and the duration of the power that can be applied to the strongly-ionized plasma 268 and, thus, generates a higher density strongly-ionized plasma in the region 264.

As previously discussed, to increase the efficiency of the ionization process, a magnetic field (not shown) can be generated proximate to the cathode assembly 216. The magnetic field substantially traps electrons in the weakly-ionized plasma 262 and secondary electrons from the cathode assembly 216 proximate to the cathode assembly 216. The trapped electrons ionize the excited atoms 274 generating the strongly-ionized plasma 268. In one embodiment, the magnetic field is generated in the region 245 to substantially trap electrons in the area where the weakly-ionized plasma 262 is ignited.

In one embodiment, a strongly-ionized plasma 268 according to the present invention is used to sputter magnetic materials. Conventional magnetron sputtering generally is not suitable for sputtering magnetic materials, since the magnetic field generated by the magnetron can be absorbed by the magnetic target. Traditional RF diode sputtering can be used to sputter magnetic materials. However, this method generally results in very poor uniformity of the sputtered film, relatively low plasma density, and relatively low deposition rate.

15

According to the present invention, magnetic materials can be sputtering by driving a target assembly including a magnetic target material with a RF power supply (not shown). For example, the RF power supply can provide a power of up to about 10 kW. A substantially uniform weakly-ionized plasma can be generated by applying RF power across a feed gas that is located proximate to the target assembly. The strongly-ionized plasma is generated by applying a strong electric field across the weakly-ionized plasma as described herein. Since the RF power supply applies a negative voltage bias to the target assembly, ions in the strongly-ionized plasma bombard the target material causing sputtering.

In one embodiment, a strongly-ionized plasma 268 according to the present invention is used to sputter dielectric materials. Dielectric materials are sputtered according to the present invention by driving a target assembly including a dielectric target material with a RF power supply (not shown). For example, the RF power supply can provide a power of up to about 10 kW. A substantially uniform weakly-ionized plasma can be generated by applying RF power across a feed gas that is located proximate to the target assembly.

In one embodiment, a magnetic field can be generated proximate to the target assembly in order to trap electrons in the weakly-ionized plasma. The strongly-ionized plasma is generated by applying a strong electric field across the weakly-ionized plasma as described herein. Since the RF power supply applies a negative voltage bias to the target assembly, ions in the strongly-ionized plasma bombard the target material causing sputtering.

In one embodiment, a DC power supply (not shown) is used to create a weakly-ionized plasma 232 for sputtering a dielectric target material according to the present invention. In this embodiment, the dielectric target material is positioned relative to the cathode 218 such that an area of the cathode 218 can conduct a direct current between the anode 238 and the cathode 218.

FIG. 6 illustrates graphical representations 320, 322, and 324 of the absolute value of applied voltage, current, and power, respectively, as a function of time for periodic pulses applied to the plasma in the sputtering apparatus 200 of FIG. 4. In one embodiment, at time $t_0$ (not shown), the feed gas 256 flows proximate to the cathode assembly 216 before the pulsed power supply 234 is activated. The time required for a sufficient quantity of feed gas 256 to flow proximate to the cathode assembly 216 depends on several factors including the flow rate of the feed gas 256 and the desired pressure in the region 245.

In the embodiment shown in FIG. 6, the power supply 234 generates a constant power. At time $t_1$, the pulsed power supply 234 generates a voltage 326 across the anode 238 and the cathode assembly 216. In one embodiment, the voltage 326 is approximately between 100V and 5 kV. The period between time $t_0$ and time $t_1$ (not shown) can be on the order of several microseconds to several milliseconds. At time $t_1$, the current 328 and the power 330 have constant values.

Between time $t_1$ and time $t_2$, the voltage 326, the current 328, and the power 330 remain constant as the weakly-ionized plasma 262 (FIG. 5B) is generated. The voltage 332 at time $t_2$ is in the range of 100V to 5 kV. The current 334 at time $t_2$ is in the range of 0.1 A to 100 A. The power 336 delivered at time $t_2$ is in the range of 0.01 kW to 100 kW.

The power 336 generated by the pulsed power supply 234 partially ionizes the gas 256 that is located in the region 245 between the cathode assembly 216 and the anode 238. The partially ionized gas is also referred to as a weakly-ionized plasma or a pre-ionized plasma 262. As described herein, the formation of the weakly-ionized plasma 262 substantially

16

eliminates the possibility of creating a breakdown condition when high-power pulses are applied to the weakly-ionized plasma 262. The suppression of this breakdown condition substantially eliminates the occurrence of undesirable arcing between the anode 238 and the cathode assembly 216.

In one embodiment, the period between time $t_1$ and time $t_2$ is in the range of one microsecond to one hundred seconds to allow the pre-ionized plasma 262 to form and be maintained at a sufficient plasma density. In one embodiment, the power 336 from the pulsed power supply 234 is continuously applied in order to maintain the weakly-ionized plasma 262. The pulsed power supply 234 can be designed so as to output a continuous nominal power in order to sustain the weakly-ionized plasma 262.

Between time $t_2$ and time $t_3$, the pulsed power supply 234 delivers a large voltage pulse 338 across the weakly-ionized plasma 262. In some embodiments, the large voltage pulse 338 has a voltage that is in the range of 200V to 30 kV. In some embodiments, the period between time $t_2$ and time $t_3$ is in the range of 0.1 microsecond to ten seconds. Between time $t_3$ and time $t_4$, the large voltage pulse 338 is applied before the current across the weakly-ionized plasma 262 begins to increase. In one embodiment, the period between time $t_3$ and time $t_4$ can be between about ten nanoseconds and one microsecond.

Between time $t_4$ and time $t_5$, the voltage 340 drops as the current 342 increases. The power 344 also increases between time $t_4$ and time $t_5$, until a quasi-stationary state exists between the voltage 346 and the current 348. The period between time $t_4$ and time $t_5$ is on order of several hundreds nanoseconds.

In one embodiment, at time $t_5$, the voltage 346 is in the range of 50V to 30 kV, the current 348 is in the range of 10 A to 5 kA and the power 350 is in the range of 1 kW to 10 MW. The power 350 is continuously applied to the plasma until time $t_6$. In one embodiment, the period between time $t_5$ and time $t_6$ is in the range of one microsecond to ten seconds.

The pulsed power supply 234 delivers a high power pulse having a maximum power 350 and a pulse width that is sufficient to transform the weakly-ionized plasma 262 to a strongly-ionized plasma 268 (see FIG. 2D). At time $t_6$, the maximum power 350 is terminated. In one embodiment, the pulsed power supply 234 continues to supply a background power that is sufficient to maintain the plasma after time $t_6$.

In one embodiment, the power supply 234 maintains the plasma after the delivery of the high-power pulse by continuing to apply a power 352 to the plasma that is in the range of 0.01 kW to 100 kW. The continuously generated power maintains the pre-ionization condition in the plasma, while the pulsed power supply 234 prepares to deliver the next high-power pulse.

At time $t_7$, the pulsed power supply 234 delivers the next high-power pulse (not shown). In one embodiment, the repetition rate between the high-power pulses is in the range of 0.1 Hz and 1 kHz. The particular size, shape, width, and frequency of the high-power pulses depend on various factors including process parameters, the design of the pulsed power supply 234, the geometry of the sputtering system 200, the volume of plasma, the density of the strongly-ionized plasma 268, and the pressure in the region 245. The shape and duration of the leading edge 356 and the trailing edge 358 of the high-power pulse 354 is chosen so as to sustain the weakly-ionized plasma 262 while controlling the rate of ionization of the strongly-ionized plasma 268.

In another embodiment (not shown), the power supply 234 generates a constant voltage. In this embodiment, the applied voltage 320 is continuously applied from time $t_2$ until time $t_6$.

17

The current **322** and the power **324** rise until time $t_6$ where they maintain a constant voltage level, and then the voltage **320** is terminated. In one embodiment, the values for the current, power and voltage are optimized for generating exited atoms.

In one embodiment of the invention, the efficiency of the ionization process is increased by generating a magnetic field proximate to the cathode assembly **216**. The magnetic field substantially traps electrons in the weakly-ionized plasma **262** proximate to the cathode assembly **216**. The trapped electrons ionize the excited atoms **274** thereby generating the strongly-ionized plasma **268**. In this embodiment, the magnetically enhanced plasma has strong diamagnetic properties. The term "strong diamagnetic properties" is defined herein to mean that the magnetically enhanced high-density plasma discharge tends to exclude external magnetic fields from the plasma volume.

FIG. **7A** through FIG. **7D** illustrate various simulated magnetic field distributions **400**, **402**, **404**, and **406** proximate to the cathode assembly **216** for various electron ExB drift currents in a magnetically enhanced plasma sputtering apparatus according to the invention. The magnetically enhanced plasma generating apparatus includes a magnet assembly **252** that is positioned proximate to the cathode assembly **216**. The magnet assembly **252** generates a magnetic field proximate to the cathode assembly **216**. In one embodiment, the strength of the magnetic field is in the range of fifty to two thousand gauss. The simulated magnetic fields distributions **400**, **402**, **404**, and **406** indicate that high-power plasmas having high current density tend to diffuse homogeneously in an area **246** of the magnetically enhanced plasma sputtering apparatus.

The high-power pulses applied between the cathode assembly **216** and the anode **238** generate secondary electrons from the cathode assembly **216** that move in a substantially circular motion proximate to the cathode assembly **216** according to crossed electric and magnetic fields. The substantially circular motion of the electrons generates an electron ExB drift current. The magnitude of the electron ExB drift current is proportional to the magnitude of the discharge current in the plasma and, in one embodiment, is approximately in the range of three to ten times the magnitude of the discharge current.

In one embodiment, the substantially circular electron ExB drift current generates a magnetic field that interacts with the magnetic field generated by the magnet assembly **252**. In one embodiment, the magnetic field generated by the electron ExB drift current has a direction that is substantially opposite to the magnetic field generated by the magnet assembly **252**. The magnitude of the magnetic field generated by the electron ExB drift current increases with increased electron ExB drift current. The homogeneous diffusion of the strongly-ionized plasma in the region **246** is caused, at least in part, by the interaction of the magnetic field generated by the magnet assembly **252** and the magnetic field generated by the electron ExB drift current.

In one embodiment, the electron ExB drift current defines a substantially circular shape for a low current density plasma. However, as the current density of the plasma increases, the substantially circular electron ExB drift current tends to describe a more complex shape as the interaction of the magnetic field generated by the magnet assembly **252**, the electric field generated by the high-power pulse, and the magnetic field generated by the electron ExB drift current become more acute. For example, in one embodiment, the electron ExB drift current has a substantially cycloidal shape. Thus, the exact shape of the electron ExB drift current can be complex and depends on various factors.

18

For example, FIG. **7A** illustrates the magnetic field lines **408** produced from the interaction of the magnetic field generated by the magnet assembly **252** and the magnetic field generated by an electron ExB drift current **410**. The electron ExB drift current **410** is generated proximate to the cathode assembly **216** and is illustrated by a substantially circularly shaped ring. In the example shown in FIG. **7A**, the electron ExB drift current **410** is approximately 100 A.

In one embodiment of the invention, the electron ExB drift current **410** is in the range of three to ten times as great as the discharge current. Thus, in the example shown in FIG. **7A**, the discharge current is in the range of 10 A to 30 A. The magnetic field lines **408** shown in FIG. **7A** indicate that the magnetic field generated by the magnet assembly **252** is substantially undisturbed by the relatively small magnetic field that is generated by the relatively small electron ExB drift current **410**.

FIG. **7B** illustrates the magnetic field lines **412** produced from the interaction of the magnetic field generated by the magnet assembly **252** and the magnetic field generated by an electron ExB drift current **414**. The electron ExB drift current **414** is generated proximate to the cathode assembly **216**. In the example shown in FIG. **7B**, the electron ExB drift current **414** is approximately 300 A. Since the electron ExB drift current **414** is typically between about three and ten times as great as the discharge current, the discharge current in this example is in the range of 30 A and 100 A.

The magnetic field lines **412** that are generated by the magnet assembly **252** are substantially undisturbed by the relatively small magnetic field generated by the relatively small electron ExB drift current **414**. However, the magnetic field lines **416** that are closest to the electron ExB drift current **414** are somewhat distorted by the magnetic field generated by the electron ExB drift current **414**. The distortion suggests that a larger electron ExB drift current should generate a stronger magnetic field that will interact more strongly with the magnetic field generated by the magnet assembly **252**.

FIG. **7C** illustrates the magnetic field lines **418** that are produced from the interaction of the magnetic field generated by the magnet assembly **252** and the magnetic field generated by an electron ExB drift current **420**. The electron ExB drift current **420** is generated proximate to the cathode assembly **216**. In the example shown in FIG. **7C**, the electron ExB drift current **420** is approximately 1,000 A. Since the electron ExB drift current **420** is typically between about three and ten times as great as the discharge current, the discharge current in this example is approximately between 100 A and 300 A.

The magnetic field lines **418** that are generated by the magnet assembly **252** exhibit substantial distortion that is caused by the relatively strong magnetic field generated by the relatively large electron ExB drift current **420**. Thus, the larger electron ExB drift current **420** generates a stronger magnetic field that strongly interacts with and can begin to dominate the magnetic field generated by the magnet assembly **252**.

The interaction of the magnetic field generated by the magnet assembly **252** and the magnetic field generated by the electron ExB drift current **420** substantially generates magnetic field lines **422** that are somewhat more parallel to the surface of the cathode assembly **216** than the magnetic field lines **408**, **412**, and **416** in FIG. **7A** and FIG. **7B**. The magnetic field lines **422** allow the strongly-ionized plasma **268** to more uniformly distribute itself in the area **246**. Thus, the strongly-ionized plasma **268** is uniformly diffused in the area **246**.

FIG. **7D** illustrates the magnetic field lines **424** produced from the interaction of the magnetic field generated by the

US 7,811,421 B2

19

magnet assembly 252 and the magnetic field generated by an electron ExB drift current 426. The electron ExB drift current 426 is generated proximate to the cathode assembly 216. In the example shown in FIG. 7D, the electron ExB drift current 426 is approximately 5 kA. The discharge current in this example is approximately between 500 A and 1,700 A.

The magnetic field lines 424 generated by the magnet assembly 252 exhibit relatively high distortion due to their interaction with the relatively strong magnetic field generated by the relatively large electron ExB drift current 426. Thus, in this embodiment, the relatively large electron ExB drift current 426 generates a very strong magnetic field that is substantially stronger than the magnetic field generated by the magnet assembly 252.

A large electron ExB drift current can enhance the rate of ionization of the strongly-ionized plasma by trapping secondary electrons from the cathode assembly 216. The secondary electrons ionize neutral and excited atoms and molecules. A strongly-ionized plasma having a high density of ions can increase the deposition rate in a plasma sputtering process according to the invention.

The deposition rate of a sputtering process can be expressed as follows:

$$R_D = K \times Y \times I$$

where K is a geometrical factor, Y is the sputtering yield, and/is the discharge current. Thus, the deposition rate is proportional to the sputtering yield Y. The sputtering yield Y is defined as the number of atoms sputtered per incident ion and depends on the type of ions that bombard the target surface, the energy of the ions, the incident angle of the bombarding ions, the binding energy of the target material, and the target temperature. In a typical sputtering process involving a so-called "cold cathode," the temperature of the target is gradually heated and that heat is dissipated using liquid cooling as described with reference to FIG. 2. This typical sputtering process uses momentum and energy exchange of bombarding ions to dislodge target atoms.

To substantially increase the deposition rate, the present invention generates a very high discharge current and a very high sputtering yield. The high-power pulse is applied almost instantaneously, causing an explosive reaction at the surface of the target. The explosive reaction rapidly vaporizes a surface layer of the target.

FIG. 8 illustrates a graphical representation 500 of sputtering yield Y as a function of temperature T of the sputtering target 220 of FIG. 4. A higher deposition rate can be achieved according to the present invention by using a thermal sputtering process. In one embodiment, the deposition rate is increased by increasing the sputtering yield. The sputtering yield of the target 220 is increased as the temperature of the target 220 is increased. As the temperature of the target 220 is increased, the sputtering yield slowly increases in a substantially linear manner as shown in region 502. In the region 502, the sputtering yield generally does not depend on the temperature of the target 220.

When the temperature of the target reaches temperature $T_0$ 504, the sputtering yield increases at a non-linear rate. In one embodiment, the sputtering yield increases at an exponential rate. The temperature $T_0$ is approximately equal to 0.7 $T_m$, where $T_m$ is the melting point of the target material. In another embodiment, the temperature $T_0$ is approximately equal to U/40 k, where U is the binding energy for a surface atom and k is Boltzman's constant.

20

The sputtering yield at or above the target temperature $T_0$ can be expressed as follows:

$$Y_T = c \frac{\tau}{\sqrt{T_0 + \Delta T_M}} \exp\left(-\frac{U}{T_0 + \Delta T_M}\right), \quad \tau = \frac{R^2}{\kappa}\left(\frac{T_0 + \Delta T_M}{U}\right)^2$$

where $\Delta T_M$ is the maximum difference of the target temperature from the temperature $T_0$, R is the initial radius of the high temperature area on the target, $\tau$ is the time period for the high temperature in the high temperature area, $\kappa$ is the coefficient for the temperature conductivity, and U is the binding energy.

When high power pulses having the appropriate power level and duration are applied to the plasma according to the present invention, the sputtering yield increases non-linearly. In one embodiment, the sputtering yield increases substantially in an exponential manner. According to one embodiment of the invention, a high power pulse is applied to a weakly-ionized plasma 262 (FIG. 5C) for a relatively short duration. This high power pulse creates a strongly-ionized plasma 268 (FIG. 5D) that contains a high density of energetic ions 272.

Thus, in one embodiment, a very large quantity of explosive energy at the target surface results in a sputtering yield that increases exponentially. The explosive energy causes the temperature at the target surface to increase rapidly. This rapid increase in temperature results in a surface layer of the target being substantially evaporated and sputtered at a very high rate compared with known sputtering techniques. In one embodiment, the deposition rate of a target material is greater than one micron per minute.

FIG. 9 illustrates a process 510 for sputtering atoms 512 from a target 220 according one embodiment of the invention. In one embodiment, the target 220 is negatively biased. The negative bias causes the energetic ions 272 in the strongly-ionized plasma 268 to vigorously impact the surface 514 of the target 220, thereby causing the temperature of the target to rapidly increase. When the temperature of the target reaches the temperature $T_0$, the sputtering yield increases nonlinearly. In one embodiment, the sputtering yield increases almost exponentially. Consequently, the deposition rate rapidly increases. The sputtering yield can depend on the properties of the target material, such as the crystal structure, the binding energy of the surface atoms, and/or the melting point of the target material.

FIG. 10 illustrates a cross-sectional view of a cathode assembly 216 according to one embodiment of the invention. When the temperature of the target 220 reaches a certain level, the target material is evaporated in an avalanche-like manner. In one embodiment, the high-power pulse generates thermal energy 516 into only a shallow depth of the target 220 so as to not substantially increase an average temperature of the target 220. The target material is almost instantly evaporated. However damage to the target 220 itself is minimal because thermal energy only penetrates into the shallow skin depth.

FIG. 11 is a flowchart 600 of an illustrative process of enhancing a sputtering yield of a sputtering target according to the present invention. The process is initiated (step 602) by pumping the chamber 202 down to a specific pressure (step 604). Next, the pressure in the chamber is evaluated (step 606). In one embodiment, a feed gas is then pumped into the chamber (step 608). The gas pressure is evaluated (step 610). If the gas pressure is correct, the pressure in the chamber is again evaluated (step 612).

US 7,811,421 B2

21

If the pressure in the chamber is correct, an appropriate magnetic field **254** (FIG. **4**) can be generated proximate to the feed gas **256** (FIG. **5**B) (step **614**). In one embodiment, a magnet assembly **252** can include at least one permanent magnet, and thus the magnetic field is generated constantly, even before the process is initiated. In another embodiment, a magnetic assembly **252** includes at least one electromagnet, and thus the magnetic field is generated only when the electromagnet is operating. In one embodiment, the magnetic field **254** is then evaluated (step **616**).

The feed gas **256** is ionized to generate a weakly-ionized plasma **262** (step **618**). In one embodiment, the weakly-ionized plasma **262** is generated by creating a relatively low current discharge in the gap **244** between the cathode assembly **216** and the anode **238**. In another embodiment (not shown), the weakly-ionized plasma **262** can be generated by creating a relatively low current discharge between an ionizing electrode and the cathode assembly **216**. In yet another embodiment (not shown), an electrode is heated to emit electrons proximate to the cathode assembly **216**. In this embodiment, a relatively low current discharge is created between the anode **238** and the electrode in order to generate the weakly-ionized plasma **262**. In the embodiment shown in FIG. **4**, for example, the weakly-ionized plasma **262** is generated by applying a potential across the gap **244** between the cathode assembly **216** and the anode **238** after the introduction of the feed gas **256**.

When the gas is weakly-ionized (step **620**), A strongly-ionized plasma **268** (FIG. **5**D) is generated from the weakly-ionized plasma **262** (step **622**). In one embodiment, the strongly-ionized plasma **268** is generated by applying a high-power pulse between the cathode assembly **216** and the anode **238**. As described herein, the high-power pulse causes a strong electric field **266** to be generated in the gap **244** between the anode **238** and the cathode assembly **216**.

The strong electric field **266** causes the feed gas to experience stepwise ionization. In one embodiment, the feed gas includes a molecular gases and the strong electric field **266** increases the formation of ions that enhance the strongly-ionized plasma **268**. In one embodiment, the strongly-ionized plasma **268** is substantially homogeneous in the area **264** of FIG. **5**D. This homogeneity results in more uniform erosion of the sputtering target **220** and, therefore, relatively high target utilization. Since the cathode assembly **216** is negatively biased relative to the anode **238**, the cathode assembly **216** attracts ions from the strongly-ionized substantially uniform plasma. This causes the ions to bombard the cathode assembly **216**, thereby resulting in sputtering of the target material.

In one embodiment, the strongly-ionized plasma is enhanced through the rapid exchange of the strongly-ionized plasma with a fresh volume of feed gas **256** (step **624**). This rapid exchange occurs in the region **245**. In one embodiment, the rapid exchange of the strongly-ionized plasma occurs during the duration of the high-power pulse.

After the strongly-ionized plasma **268** is formed (step **626**), the sputtering yield is monitored (step **628**) by known monitoring techniques. If the sputtering yield is insufficient (step **630**), the power delivered to the plasma is increased (step **632**). In one embodiment, increasing the magnitude of the high-power pulse applied between the cathode assembly **216** and the anode **238** increases the power delivered to the plasma. In one embodiment, the power delivered to the plasma is sufficient to vaporize a surface layer of the target. This increases the sputtering yield in a substantially nonlinear fashion.

22

The sputter yield is again evaluated (step **628**). This process continues until the sputter yield is sufficient (step **630**), and sputtering continues (step **634**). Once the sputter deposition is completed (step **636**), the sputter process is terminated (step **638**).

Equivalents

While the invention has been particularly shown and described with reference to specific embodiments, it should be understood by those skilled in the art that various changes in form and detail may be made therein without departing from the spirit and scope of the invention as defined herein.

What is claimed is:

1. A sputtering source comprising:
 a) a cathode assembly comprising a sputtering target that is positioned adjacent to an anode; and
 b) a power supply that generates a voltage pulse between the anode and the cathode assembly that creates a weakly-ionized plasma and then a strongly-ionized plasma from the weakly-ionized plasma without an occurrence of arcing between the anode and the cathode assembly, an amplitude, a duration and a rise time of the voltage pulse being chosen to increase a density of ions in the strongly-ionized plasma.

2. The sputtering source of claim **1** wherein the strongly ionized plasma at least partially converts neutral sputtered atoms into positive ions in order to enhance the sputtering process with ionized physical vapor deposition.

3. The sputtering source of claim **1** wherein the increase of the density of ions in the strongly-ionized plasma is enough to generate sufficient thermal energy in a surface of the sputtering target to cause a sputtering yield to be related to a temperature of the sputtering target.

4. The sputtering source of claim **3** wherein the sputtering yield is related to a temperature of a surface of the sputtering target.

5. The sputtering source of claim **3** wherein the thermal energy generated in the sputtering target does not substantially increase an average temperature of the sputtering target.

6. The sputtering source of claim **1** further comprising a gas flow controller that controls a flow of the feed gas so that the feed gas diffuses the strongly-ionized plasma.

7. The sputtering source of claim **6** wherein the gas flow controller controls the flow of the feed gas to allow additional power to be absorbed by the strongly ionized plasma, thereby generating additional thermal energy in the sputtering target.

8. The sputtering source of claim **1** further comprising a magnet that is positioned to generate a magnetic field proximate to the weakly-ionized plasma, the magnetic field substantially trapping electrons in the weakly-ionized plasma proximate to the sputtering target.

9. The sputtering source of claim **1** wherein the voltage pulse generated between the anode and the cathode assembly excites atoms in the weakly-ionized plasma and generates secondary electrons from the cathode assembly, the secondary electrons ionizing a portion of the excited atoms, thereby creating the strongly-ionized plasma.

10. The sputtering source of claim **1** wherein the power supply generates a constant power.

11. The sputtering source of claim **1** wherein the power supply generates a constant voltage.

12. The sputtering source of claim **1** wherein a rise time of the voltage pulse is chosen to increase an ionization rate of the strongly-ionized plasma.

13. The sputtering source of claim **1** wherein a distance between the anode and the cathode assembly is chosen to increase an ionization rate of strongly-ionized plasma.

US 7,811,421 B2

23

**14**. The sputtering source of claim **1** wherein the rise time of the voltage pulse is in the range of approximately 0.01V/μsec to 1000V/μsec.

**15**. The sputtering source of claim **1** wherein the amplitude of the voltage pulse is in the range of approximately 1V to 25 kV.

**16**. The sputtering source of claim **1** wherein a pulse width of the voltage pulse is in the range of approximately 0.1 μsec to 100 sec.

**17**. A sputtering source comprising:

a) a cathode assembly comprising a sputtering target that is positioned adjacent to an anode;

b) a power supply that generates a voltage pulse between the anode and the cathode assembly that creates a weakly-ionized plasma and then a strongly-ionized plasma from the weakly-ionized plasma without an occurrence of arcing between the anode and the cathode assembly, an amplitude and a rise time of the voltage pulse being chosen to increase a density of ions in the strongly-ionized plasma; and

c) a substrate support that is positioned adjacent to the sputtering target; and

d) a bias voltage source having an output that is electrically coupled to the substrate support.

**18**. The sputtering source of claim **17** wherein the increase of the density of ions in the strongly-ionized plasma is enough to generate sufficient thermal energy in a surface of the sputtering target to cause a sputtering yield to be related to a temperature of the sputtering target.

**19**. The sputtering source of claim **18** wherein the sputtering yield is related to a temperature of a surface of the sputtering target.

**20**. The sputtering source of claim **18** wherein the thermal energy generated in the surface of the sputtering target does not substantially increase an average temperature of the sputtering target.

**21**. The sputtering source of claim **17** wherein the voltage pulse generated between the anode and the cathode assembly excites atoms in the weakly-ionized plasma and generates secondary electrons from the cathode assembly, the secondary electrons ionizing a portion of the excited atoms, thereby creating the strongly-ionized plasma.

**22**. The sputtering source of claim **17** wherein the power supply generates a constant power.

**23**. The sputtering source of claim **17** wherein the power supply generates a constant voltage.

**24**. The sputtering source of claim **17** wherein a rise time of the voltage pulse is chosen to increase an ionization rate of the strongly-ionized plasma.

**25**. The sputtering source of claim **17** wherein a distance between the anode and the cathode assembly is chosen to increase an ionization rate of strongly-ionized plasma.

**26**. The sputtering source of claim **17** wherein the rise time of the voltage pulse is in the range of approximately 0.01V/μsec to 1000V/μsec.

**27**. The sputtering source of claim **17** wherein the amplitude of the voltage pulse is in the range of approximately 1V to 25 kV.

**28**. The sputtering source of claim **17** wherein a pulse width of the voltage pulse is in the range of approximately 0.1 μsec to 100 sec.

**29**. The sputtering source of claim **17** wherein a distance from the sputtering target to the substrate support is in the range of approximately 1 cm to 100 cm.

**30**. The sputtering source of claim **17** wherein the bias voltage source comprises an RF power source.

24

**31**. The sputtering source of claim **17** further comprising a gas flow controller that controls a flow of the feed gas so that the feed gas diffuses the strongly-ionized plasma.

**32**. The sputtering source of claim **31** wherein the gas flow controller controls the flow of the feed gas to allow additional power to be absorbed by the strongly ionized plasma, thereby generating additional thermal energy in the sputtering target.

**33**. The sputtering source of claim **17** further comprising a magnet that is positioned to generate a magnetic field proximate to the weakly-ionized plasma, the magnetic field substantially trapping electrons in the weakly-ionized plasma proximate to the sputtering target.

**34**. A method for high deposition rate sputtering, the method comprising:

a) generating a voltage pulse between the anode and the cathode assembly comprising a sputtering target, the voltage pulse creating a weakly-ionized plasma and then a strongly-ionized plasma from the weakly-ionized plasma without an occurrence of arcing between the anode and the cathode assembly; and

b) adjusting an amplitude and a rise time of the voltage pulse to increase a density of ions in the strongly-ionized plasma.

**35**. The method of claim **34** wherein the applying voltage pulse to the cathode assembly generates excited atoms in the weakly-ionized plasma and generates secondary electrons from the sputtering target, the secondary electrons ionizing the excited atoms, thereby creating the strongly-ionized plasma.

**36**. The method of claim **34** wherein the ions in the strongly-ionized plasma cause a surface layer of the sputtering target to evaporate.

**37**. The method of claim **34** wherein the rise time of the voltage pulse is in the range of approximately 0.01V/μsec to 1000V/μsec.

**38**. The method of claim **34** wherein the amplitude of the voltage pulse is in the range of approximately 1V to 25 kV.

**39**. The method of claim **34** wherein a pulse width of voltage pulse is in the range of approximately 0.1 μsec to 100 sec.

**40**. The method of claim **34** wherein the adjusting an amplitude and a rise time of the voltage pulse increases the density of ions in the strongly-ionized plasma enough to generate sufficient thermal energy in a surface of the sputtering target to cause a sputtering yield to be related to a temperature of the sputtering target.

**41**. The method of claim **40** wherein the sputtering yield is non-linearly related to the temperature of the sputtering target.

**42**. The method of claim **34** further comprising applying a bias voltage to a substrate support that is positioned adjacent to the sputtering target.

**43**. The method of claim **34** further comprising generating a magnetic field proximate to the sputtering target, the magnetic field trapping electrons proximate to the sputtering target.

**44**. The method of claim **34** further comprising diffusing the weakly-ionized plasma with a volume of the feed gas while ionizing the volume of the feed gas to create additional weakly-ionized plasma.

**45**. The method of claim **34** further comprising exchanging a volume of feed gas to diffuse the strongly-ionized plasma while applying the voltage pulse to the cathode assembly to generate additional strongly-ionized plasma from the volume of the feed gas.

US 7,811,421 B2

**25**

**46**. A sputtering source comprising:

a) a cathode assembly comprising a sputtering target that is positioned adjacent to an anode; and

b) a power supply that generates a voltage pulse between the anode and the cathode assembly that creates a weakly-ionized plasma and then a strongly-ionized plasma from the weakly-ionized plasma without an occurrence of arcing between the anode and the cathode assembly, an amplitude of the voltage pulse being chosen to increase a density of ions in the strongly-ionized plasma.

**47**. A sputtering source comprising:

a) a cathode assembly comprising a sputtering target that is positioned adjacent to an anode; and

b) a power supply that generates a voltage pulse between the anode and the cathode assembly that creates a

**26**

weakly-ionized plasma and then a strongly-ionized plasma from the weakly-ionized plasma without an occurrence of arcing between the anode and the cathode assembly, a duration of the voltage pulse being chosen to increase a density of ions in the strongly-ionized plasma.

**48**. A sputtering source comprising:

a) a cathode assembly comprising a sputtering target that is positioned adjacent to an anode; and

b) a power supply that generates a voltage pulse between the anode and the cathode assembly that creates a weakly-ionized plasma and then a strongly-ionized plasma from the weakly-ionized plasma without an occurrence of arcing between the anode and the cathode assembly, a rise time of the voltage pulse being chosen to increase a density of ions in the strongly-ionized plasma.

\*   \*   \*   \*   \*

EXHIBIT G

(12) **United States Patent**   (10) **Patent No.:**   **US 6,853,142 B2**
Chistyakov                       (45) **Date of Patent:**   **Feb. 8, 2005**

(54) **METHODS AND APPARATUS FOR GENERATING HIGH-DENSITY PLASMA**

(75) Inventor: **Roman Chistyakov**, Andover, MA (US)

(73) Assignee: **Zond, Inc.**, Mansfield, MA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/065,629**

(22) Filed: **Nov. 4, 2002**

(65) **Prior Publication Data**

US 2004/0085023 A1 May 6, 2004

(51) **Int. Cl.**[7] ............................................. **C23C 16/452**

(52) **U.S. Cl.** ............................. **315/111.41**; 156/345.33; 118/723.1

(58) **Field of Search** ........................ 315/111.01–111.91; 156/345.21, 345.29, 345.33, 345.42, 345.44, 345; 204/298.06, 298.04, 298.08; 118/723 FE, 723.1, 723 MP; 423/210, 246, 248

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,588,490 A | 5/1986 | Cuomo et al. .............. 204/298 |
| 4,953,174 A | 8/1990 | Eldridge et al. .............. 372/87 |
| 5,015,493 A | 5/1991 | Gruen ........................ 427/38 |
| 5,041,760 A * | 8/1991 | Koloc ................... 315/111.41 |
| 5,083,061 A | 1/1992 | Koshiishi et al. ....... 315/111.81 |
| 5,247,531 A | 9/1993 | Muller-Horshe .............. 372/38 |
| 5,286,360 A | 2/1994 | Szcyrbowski et al. . 204/298.08 |
| 5,433,258 A | 7/1995 | Barnes et al. ........... 156/643.1 |
| 5,696,428 A | 12/1997 | Pasch ................... 315/111.21 |
| 5,718,813 A | 2/1998 | Drummond et al. ... 204/192.12 |
| 5,728,278 A | 3/1998 | Okamura et al. ...... 204/298.11 |
| 5,733,418 A | 3/1998 | Hershcovitch et al. . 204/192.11 |
| 5,795,452 A | 8/1998 | Kinoshita et al. ...... 204/298.37 |
| 5,916,455 A | 6/1999 | Kumagai ..................... 216/68 |
| 5,993,761 A * | 11/1999 | Czernichowski et al. ... 423/210 |
| 6,057,244 A | 5/2000 | Hausmann et al. ......... 438/706 |
| 6,238,537 B1 | 5/2001 | Kahn et al. ............ 204/598.04 |
| 6,296,742 B1 | 10/2001 | Kouznetsov ........... 204/192.12 |
| 6,361,667 B1 | 3/2002 | Kobayashi et al. .... 204/298.11 |
| 6,413,382 B1 | 7/2002 | Wang et al. ........... 204/192.12 |
| 6,413,383 B1 | 7/2002 | Chiang et al. ......... 204/192.13 |
| 6,432,260 B1 | 8/2002 | Mahoney et al. ...... 156/345.35 |
| 6,436,251 B2 | 8/2002 | Gopalraja et al. ..... 204/298.12 |
| 6,451,703 B1 | 9/2002 | Liu et al. .................. 438/710 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 650 183 A1 | 4/1995 |
| WO | WO 98/40532 | 9/1998 |
| WO | WO 01/98553 A1 | 12/2001 |

OTHER PUBLICATIONS

US 5,863,392, 1/1999, Drummond et al. (withdrawn)

Booth, et al., The Transition From Symmetric To Asymmetric Discharges In Pulsed 13.56 MHz Capacity Coupled Plasmas, J. Appl. Phys., Jul. 15, 1997, pp. 552–560, vol. 82(2), American Institute of Physics.

(List continued on next page.)

*Primary Examiner*—Wilson Lee
(74) *Attorney, Agent, or Firm*—Kurt Rauschenbach; Rauschenbach Patent Law Group, LLC

(57) **ABSTRACT**

Methods and apparatus for generating a strongly-ionized plasma are described. An apparatus for generating a strongly-ionized plasma according to the present invention includes an anode and a cathode that is positioned adjacent to the anode to form a gap there between. An ionization source generates a weakly-ionized plasma proximate to the cathode. A power supply produces an electric field in the gap between the anode and the cathode. The electric field generates excited atoms in the weakly-ionized plasma and generates secondary electrons from the cathode. The secondary electrons ionize the excited atoms, thereby creating the strongly-ionized plasma

**43 Claims, 13 Drawing Sheets**



**US 6,853,142 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,471,833 B2 | 10/2002 | Kumar et al. | 204/192.37 |
| 6,488,825 B1 * | 12/2002 | Hilliard | 204/298.06 |
| 2002/0019139 A1 | 2/2002 | Zhang et al. | 438/714 |
| 2002/0114897 A1 | 8/2002 | Sumiya et al. | 427/569 |
| 2003/0006008 A1 | 1/2003 | Horioka et al. | 156/345.46 |

### OTHER PUBLICATIONS

Bunshah, et al., Deposition Technologies For Films And Coatings, Materials Science Series, pp. 176–183, Noyes Publications, Park Ridge, New Jersey.

Daugherty, et al., Attachment–Dominated Electron–Beam–Ionized Discharges, Applied Science Letters, May 15, 1976, vol. 28, No. 10, American Institute of Physics.

Goto, et al., Dual Excitation Reactive Ion Etcher for Low Energy Plasma Processing, J. Vac. Sci. Technol. A, Sep./Oct. 1992, pp. 3048–3054, vol. 10, No. 5, American Vacuum Society.

Kouznetsov, et al., A Novel Pulsed Magnetron Sputter Technique Utilizing Very High Target Power Densities, Surface & Coatings Technology, pp. 290–293, Elsevier Sciences S.A.

Lindquist, et al., High Selectivity Plasma Etching Of Silicon Dioxide With A Dual Frequency 27/2 MHz Capacitive RF Discharge.

Macak, Reactive Sputter Deposition Process of A12O3 and Characterization Of A Novel High Plasma Density Pulsed Magnetron Discharge, Linkoping Studies In Science And Technology, 1999, pp. 1–2, Sweden.

Macak, et al., Ionized Sputter Deposition Using An Extremely High Plasma Density Pulsed Magnetron Discharge, J. Vac. Sci. Technol. A., Jul./Aug. 2000, pp. 1533–1537, vol. 18, No. 4, American Vacuum Society.

Mozgrin, et al., High–Current Low–Pressure Quasi–Stationary Discharge In A Magnetic Field: Experimental Research, Plasma Physics Reports, 1995, pp. 400–409, vol. 21, No. 5, Mozgrin, Feitsov, Khodachenko.

Rossnagel, et al., Induced Drift Currents In Circular Planar Magnetrons, J. Vac. Sci. Technol. A., Jan./Feb. 1987, pp. 88–91, vol. 5, No. 1, American Vacuum Society.

Sheridan, et al., Electron Velocity Distribution Functions In A Sputtering Magnetron Discharge For The EXB Direction, J. Vac. Sci. Technol. A., Jul./Aug. 1998, pp. 2173–2176, vol. 16, No. 4, American Vacuum Society.

Steinbruchel, A Simple Formula For Low–Energy Sputtering Yields, Applied Physics A., 1985, pp. 37–42, vol. 36, Springer–Verlag.

Chistyakov, Roman, High–Power Pulsed Magnetron Sputtering, Application No.: 10/065,277, Filed: Sep. 30, 2002.

Chistyakov, Roman, High–Power Pulsed Magnetically Enhanced Plasma Processing, Application No.: 10/065,551, Filed: Oct. 30, 2002.

Encyclopedia Of Low Temperature Plasma, p. 119, 123, vol. 3.

* cited by examiner



FIG. 1

PRIOR ART



FIG. 2A



FIG. 2B



FIG. 2C



FIG. 2D



FIG. 3



FIG. 4



FIG. 5A



FIG. 5B



FIG. 5C



FIG. 5D



FIG. 6A



FIG. 6B



FIG. 6C



FIG. 6D





FIG. 8

US 6,853,142 B2

1

# METHODS AND APPARATUS FOR GENERATING HIGH-DENSITY PLASMA

## BACKGROUND OF INVENTION

Plasma is considered the fourth state of matter. A plasma is a collection of charged particles moving in random directions. A plasma is, on average, electrically neutral. One method of generating a plasma is to drive a current through a low-pressure gas between two parallel conducting electrodes. Once certain parameters are met, the gas "breaks down" to form the plasma. For example, a plasma can be generated by applying a potential of several kilovolts between two parallel conducting electrodes in an inert gas atmosphere (e.g., argon) at a pressure that is between about $10^{-1}$ and $10^{-2}$ Torr.

Plasma processes are widely used in many industries, such as the semiconductor manufacturing industry. For example, plasma etching is commonly used to etch substrate material and films deposited on substrates in the electronics industry. There are four basic types of plasma etching processes that are used to remove material from surfaces: sputter etching, pure chemical etching, ion energy driven etching, and ion inhibitor etching.

Plasma sputtering is a technique that is widely used for depositing films on substrates. Sputtering is the physical ejection of atoms from a target surface and is sometimes referred to as physical vapor deposition (PVD). Ions, such as argon ions, are generated and then are drawn out of the plasma, and are accelerated across a cathode dark space. The target has a lower potential than the region in which the plasma is formed. Therefore, the target attracts positive ions. Positive ions move towards the target with a high velocity. Positive ions then impact the target and cause atoms to physically dislodge or sputter from the target. The sputtered atoms then propagate to a substrate where they deposit a film of sputtered target material. The plasma is replenished by electron-ion pairs formed by the collision of neutral molecules with secondary electrons generated at the target surface.

Magnetron sputtering systems use magnetic fields that are shaped to trap and to concentrate secondary electrons, which are produced by ion bombardment of the target surface. The plasma discharge generated by a magnetron sputtering system is located proximate to the surface of the target and has a high density of electrons. The high density of electrons causes ionization of the sputtering gas in a region that is close to the target surface.

## BRIEF DESCRIPTION OF DRAWINGS

This invention is described with particularity in the detailed description. The above and further advantages of this invention may be better understood by referring to the following description in conjunction with the accompanying drawings, in which like numerals indicate like structural elements and features in various figures. The drawings are not necessarily to scale, emphasis instead being placed upon illustrating the principles of the invention.

FIG. 1 illustrates a cross-sectional view of a known plasma generating apparatus having a radio-frequency (RF) power supply.

FIG. 2A through FIG. 2D illustrate cross-sectional views of a plasma generating apparatus having a pulsed power supply according to one embodiment of the invention.

FIG. 3 illustrates a graphical representation of the pulse power as a function of time for periodic pulses applied to the plasma in the plasma generating apparatus of FIG. 2A.

2

FIG. 4 illustrates graphical representations of the applied voltage, current, and power as a function of time for periodic pulses applied to the plasma in the plasma generating apparatus of FIG. 2A.

FIG. 5A through FIG. 5D illustrate various simulated magnetic field distributions proximate to the cathode for various electron ExB drift currents according to the present invention.

FIG. 6A through FIG. 6D illustrate cross-sectional views of various embodiments of plasma generating systems according to the present invention.

FIG. 7 illustrates a graphical representation of the pulse power as a function of time for periodic pulses applied to the plasma in the plasma generating system of FIG. 6A.

FIG. 8 is a flowchart of an illustrative method of generating a high-density plasma according to the present invention.

## DETAILED DESCRIPTION

FIG. 1 illustrates a cross-sectional view of a known plasma generating apparatus 100 having a radio-frequency (RF) power supply 102. The known plasma generating apparatus 100 includes a vacuum chamber 104 where the plasma 105 is generated. The vacuum chamber 104 is positioned in fluid communication with a vacuum pump 106 via a conduit 108. The vacuum pump 106 is adapted to evacuate the vacuum chamber 104 to high vacuum. The pressure inside the vacuum chamber 104 is generally less than $10^{-1}$ Torr. A feed gas from a feed gas source 109, such as an argon gas source, is introduced into the vacuum chamber 104 through a gas inlet 110. The gas flow is controlled by a valve 112.

The plasma generating apparatus 100 also includes a cathode 114. The cathode 114 is generally in the shape of a circular disk. The cathode 114 is electrically connected to a first terminal 118 of a blocking capacitor 120 with an electrical transmission line 122. A second terminal 124 of the blocking capacitor 120 is coupled to a first output 126 of the RF power supply 102. An insulator 128 can be used to pass the electrical transmission line 122 through a wall of the vacuum chamber 104 in order to electrically isolate the cathode 114 from the vacuum chamber 104.

An anode 130 is positioned in the vacuum chamber 104 proximate to the cathode 114. The anode 130 is typically coupled to ground using an electrical transmission line 132. A second output 134 of the RF power supply 102 is also typically coupled to ground. In order to isolate the anode 130 from the vacuum chamber 104, an insulator 136 can be used to pass the electrical transmission line 132 through a wall of the vacuum chamber 104. The vacuum chamber 104 can also be coupled to ground.

In operation, the RF power supply 102 applies a RF voltage pulse between the cathode 114 and the anode 130 that has a sufficient amplitude to ionize the argon feed gas in the vacuum chamber 104. A typical RF driving voltage is between 100V and 1000V, and the distance 138 between the cathode 114 and the anode is between about 2 cm and 10 cm. Typical pressures are in the range of 10 mTorr to 100 mTorr. Typical power densities are in the range of 0.1 W/cm$^2$ to 1 W/cm$^2$. The driving frequency is typically 13.56 MHz. Typical plasma densities are in the range of $10^9$ cm$^{-3}$ to $10^{11}$ cm$^{-3}$, and the electron temperature is on the order of 3 eV.

This typical ionization process is referred to as direct ionization or atomic ionization by electron impact and can be described as follows:

3

$$Ar + e^- \rightarrow Ar^+ + 2e^-$$

where Ar represents a neutral argon atom in the feed gas and $e^-$ represents an ionizing electron generated in response to the voltage applied between the cathode **114** and the anode **130**. The collision between the neutral argon atom and the ionizing electron results in an argon ion ($Ar^+$) and two electrons.

The plasma discharge is maintained, at least in part, by secondary electron emission from the cathode. However, typical operating pressures must be relatively high so that the secondary electrons are not lost to the anode **130** or the walls of the chamber **104**. These pressures are not optimal for most plasma processes.

It is desirable to operate a plasma discharge at higher current densities, lower voltages, and lower pressures than can be obtained in a conventional glow discharge. This has led to the use of a DC magnetic field near the cathode **114** to confine the secondary electrons. Confining the secondary electrons substantially confines the plasma at a location (not shown) in the chamber **104** thereby increasing the plasma density at that location for a given input power, while reducing the overall loss area.

The magnetic confinement primarily occurs in a confinement region (not shown) where there is a relatively low magnetic field intensity. The shape and location of the confinement region depends on the design of the magnets. Generally, a higher concentration of positively charged ions in the plasma is present in the confinement region than elsewhere in the chamber **104**. Consequently, the uniformity of the plasma can be severely diminished in magnetically enhanced systems.

The non-uniformity of the plasma in magnetron sputtering systems can result in undesirable non-uniform erosion of target material and thus relatively poor target utilization. The non-uniformity of the plasma in magnetron etching systems can result in non-uniform etching of a substrate.

Dramatically increasing the RF power applied to the plasma alone will not result in the formation of a more uniform and denser plasma. Furthermore, the amount of applied power necessary to achieve even an incremental increase in uniformity and density can increase the probability of generating an electrical breakdown condition leading to an undesirable electrical discharge (an electrical arc) in the chamber **104**.

Pulsing direct current (DC) applied to the plasma can be advantageous since the average discharge power can remain relatively low while relatively large power pulses are periodically applied. Additionally, the duration of these large voltage pulses can be preset so as to reduce the probability of establishing an electrical breakdown condition leading to an undesirable electrical discharge. An undesirable electrical discharge will corrupt the plasma process and can cause contamination in the vacuum chamber **104**. However, very large power pulses can still result in undesirable electrical discharges regardless of their duration.

FIG. 2A through FIG. 2D illustrate cross-sectional views of a plasma generating apparatus **200** having a pulsed power supply **202** according to one embodiment of the invention. For example, FIG. 2A illustrates a cross-sectional view of a plasma generating apparatus **200** having a pulsed power supply **202** at a time before the pulsed power supply **202** is activated. In one embodiment, the plasma generating apparatus **200** includes a chamber (not shown), such as a vacuum chamber that supports the plasma. The chamber can be coupled to a vacuum system (not shown).

The plasma generating apparatus **200** also includes a cathode **204**. In one embodiment, the cathode **204** can be

4

composed of a metal material such as stainless steel or any other material that does not chemically react with reactive gases. In another embodiment, the cathode **204** includes a target that can be used for sputtering. The cathode **204** is coupled to an output **206** of a matching unit **208**. An input **210** of the matching unit **208** is coupled to a first output **212** of the pulsed power supply **202**. A second output **214** of the pulsed power supply **202** is coupled to an anode **216**. An insulator **218** isolates the anode **216** from the cathode **204**.

In one embodiment, the first output **212** of the pulsed power supply **202** is directly coupled to the cathode **204** (not shown). In one embodiment (not shown), the second output **214** of the pulsed power supply **202** is coupled to ground. In this embodiment, the anode **216** is also coupled to ground.

In one embodiment (not shown), the first output **212** of the pulsed power supply **202** couples a negative voltage impulse to the cathode **204**. In another embodiment (not shown), the second output **214** of the pulsed power supply **202** couples a positive voltage impulse to the anode **216**.

In one embodiment, the pulsed power supply **202** generates peak voltage levels of up to about 30,000V. Typical operating voltages are generally between about 50V and 30 kV. In one embodiment, the pulsed power supply **202** generates peak current levels of less than 1 A to about 5,000 A or more depending on the volume of the plasma. Typical operating currents varying from less than one hundred amperes to more than a few thousand amperes depending on the volume of the plasma. In one embodiment, the pulses generated by the pulsed power supply **202** have a repetition rate that is below 1 kHz. In one embodiment, the pulse width of the pulses generated by the pulsed power supply **202** is substantially between about one microsecond and several seconds.

The anode **216** is positioned so as to form a gap **220** between the anode **216** and the cathode **204** that is sufficient to allow current to flow through a region **222** between the anode **216** and the cathode **204**. In one embodiment, the width of the gap **220** is between approximately 0.3 cm and 10 cm. The surface area of the cathode **204** determines the volume of the region **222**. The gap **220** and the total volume of the region **222** are parameters in the ionization process as described herein.

In one embodiment, the plasma generating apparatus **200** includes a chamber (not shown), such as a vacuum chamber. The chamber is coupled in fluid communication to a vacuum pump (not shown) through a vacuum valve (not shown). In one embodiment, the chamber (not shown) is electrically coupled to ground potential. One or more gas lines **224** provide feed gas **226** from a feed gas source (not shown) to the chamber. In one embodiment, the gas lines **224** are isolated from the chamber and other components by insulators **228**. In other embodiments, the gas lines **224** can be isolated from the feed gas source using in-line insulating couplers (not shown). The gas source can be any feed gas **226** including but not limited to argon. In some embodiments, the feed gas **226** can include a mixture of different gases, reactive gases, or pure reactive gas gases. In some embodiments, the feed gas **226** includes a noble gas or a mixture of gases.

In operation, the feed gas **226** from the gas source is supplied to the chamber by a gas flow control system (not shown). Preferably, the feed gas **226** is supplied between the cathode **204** and the anode **216**. Directly injecting the feed gas **226** between the cathode **204** and the anode **216** can increase the flow rate of the feed gas **226**. This causes a rapid volume exchange in the region **222** between the cathode **204** and the anode **216**, which permits a high-power pulse having

5

a longer duration to be applied across the gap 220. The longer duration high-power pulse results in the formation of a higher density plasma. This volume exchange is described herein in more detail.

In one embodiment, the pulsed power supply 202 is a component in an ionization source that generates a weakly-ionized plasma 232. Referring to FIG. 2B, after the feed gas is supplied between the cathode 204 and the anode 216, the pulsed power supply 202 applies a voltage pulse between the cathode 204 and the anode 216. In one embodiment, the pulsed power supply 202 applies a negative voltage pulse to the cathode 204. The size and shape of the voltage pulse are chosen such that an electric field 230 develops between the cathode 204 and the anode 216. The amplitude and shape of the electric field 230 are chosen such that a weakly-ionized plasma 232 is generated in the region 222 between the anode 216 and the cathode 204.

The weakly-ionized plasma 232 is also referred to as a pre-ionized plasma. In one embodiment, the peak plasma density of the pre-ionized plasma is between about $10^6$ and $10^{12}$ cm$^{-3}$ for argon feed gas. The pressure in the chamber can vary from about $10^{-3}$ to 10 Torr or higher. The pressure can vary depending on various system parameters, such as the presence of a magnetic field proximate to the cathode 204. The peak plasma density of the weakly-ionized plasma 232 depends on the properties of the specific plasma generating system and is a function of the location of the measurement in the weakly-ionized plasma 232.

In one embodiment, to generate the weakly-ionized plasma 232, the pulsed power supply 202 generates a low power pulse having an initial voltage of between about 100V and 5 kV with a discharge current of between about 0.1 A and 100 A. In some embodiments, the width of the pulse can be in on the order of 0.1 microseconds up to one hundred seconds. Specific parameters of the pulse are discussed herein in more detail.

In one embodiment, prior to the generation of the weakly-ionized plasma 232, the pulsed power supply 202 generates a potential difference between the cathode 204 and the anode 216 before the feed gas 226 is supplied between the cathode 204 and the anode 216. In another embodiment, the pulsed power supply 202 generates a current through the gap 220 after the feed gas 226 is supplied between the cathode 204 and the anode 216.

In another embodiment, a direct current (DC) power supply (not shown) is used in an ionization source to generate and maintain the weakly-ionized or pre-ionized plasma 232. In this embodiment, the DC power supply is adapted to generate a voltage that is large enough to ignite the weakly-ionized plasma 232. In one embodiment, the DC power supply generates an initial voltage of several kilovolts that creates a plasma discharge voltage on the order of between about 100V and 1 kV with a discharge current in the range of about 0.1 A and 100 A between the cathode 204 and the anode 216 in order to generate and maintain the weakly-ionized plasma 232. The value of the discharge current depends on the power level of the power supply and is a function of the volume of the weakly-ionized plasma 232. Furthermore, the presence of a magnetic field (not shown) in the region 222 can have a dramatic effect on the value of the applied voltage and current required to generate the weakly-ionized plasma 232.

In some embodiments (not shown), the DC power supply generates a current that is between about 1 mA and 100 A depending on the size of the plasma generating system and the strength of a magnetic field in a region 234. In one embodiment, before generating the weakly-ionized plasma

6

232, the DC power supply is adapted to generate and maintain an initial peak voltage between the cathode 204 and the anode 216 before the introduction of the feed gas 226.

In another embodiment, an alternating current (AC) power supply (not shown) is used to generate and maintain the weakly-ionized or pre-ionized plasma 232. For example, the weakly-ionized or pre-ionized plasma 232 can be generated and maintained using electron cyclotron resonance (ECR), capacitively coupled plasma discharge (CCP), or inductively coupled plasma (ICP) discharge.

AC power supplies can require less power to generate and maintain a weakly-ionized plasma than a DC power supply. In addition, the pre-ionized or weakly-ionized plasma 232 can be generated by numerous other techniques, such as UV radiation techniques, X-ray techniques, electron beam techniques, ion beam techniques, or ionizing filament techniques. These techniques include components used in ionization sources according to the invention. In some embodiments, the weakly-ionized plasma is formed outside of the region 222 and then diffuses into the region 222.

Forming the weakly-ionized or pre-ionized plasma 232 substantially eliminates the probability of establishing a breakdown condition in the chamber when high-power pulses are applied between the cathode 204 and the anode 216. The probability of establishing a breakdown condition is substantially eliminated because the weakly-ionized plasma 232 has a low-level of ionization that provides electrical conductivity through the plasma. This conductivity substantially prevents the setup of a breakdown condition, even when high power is applied to the plasma.

In one embodiment, as the feed gas 226 is pushed through the region 222, the weakly-ionized plasma 232 diffuses somewhat homogeneously through the region 234. This homogeneous diffusion tends to facilitate the creation of a highly uniform strongly-ionized plasma in the region 234.

In one Embodiment (not show), the weakly-ionized plasma can be trapped proximate to the cathode 204 by a magnetic field. Specifically, electrons in the weakly-ionized plasma 232 can be trapped by a magnetic field generated proximate to the cathode 204. In one embodiment, the strength of the magnetic field is between about fifty and two thousand gauss.

In one embodiment, a magnet assembly (not shown) generates the magnet field located proximate to the cathode 204. The magnet assembly can include permanent magnets (not shown), or alternatively, electro-magnets (not shown). The configuration of the magnet assembly can be varied depending on the desired shape and strength of the magnetic field. In alternate embodiments, the magnet assembly can have either a balanced or unbalanced configuration. In one embodiment, the magnet assembly includes switching electro-magnets, which generate a pulsed magnetic field proximate to the cathode 204. In some embodiments, additional magnet assemblies (not shown) can be placed at various locations around and throughout the chamber (not shown).

Referring to FIG. 2C, once the weakly-ionized plasma 232 is formed, the pulsed power supply 202 generates high-power pulses between the cathode 204 and the anode 216 (FIG. 2C). The desired power level of the high-power pulses depends on several factors including the density of the weakly-ionized plasma 232, and the volume of the plasma, for example. In one embodiment, the power level of the high-power pulse is in the range of about 1 kW to about 10 MW or higher.

Each of the high-power pulses is maintained for a predetermined time that, in some embodiments, is approximately

7

one microsecond to ten seconds. The repetition frequency or repetition rate of the high-power pulses, in some embodiments, is in the range of between about 0.1 Hz to 1 kHz. The average power generated by the pulsed power supply **202** can be less than one megawatt depending on the volume of the plasma. In one embodiment, the thermal energy in the cathode **204** and/or the anode **216** is conducted away or dissipated by liquid or gas cooling such as helium cooling (not shown).

The high-power pulses generate a strong electric field **236** between the cathode **204** and the anode **216**. The strong electric field **236** is substantially located in the region **222** between the cathode **204** and the anode **216**. In on embodiment, the electric field **236** is a pulsed electric field. In another embodiment, the electric field **236** is a quasi-static electric field. By quasi-static electric field we mean an electric field that has a characteristic time of electric field variation that is much greater than the collision time for electrons with neutral gas particles. Such a time of electric field variation can be on the order of tens seconds. The strength and the position of the strong electric field **236** will be discussed in more detail herein.

Referring to FIG. **2**D, the high-power pulses generate a highly-ionized or a strongly-ionized plasma **238** from the weakly-ionized plasma **232** (FIG. **2**C). The strongly-ionized plasma **238** is also referred to as a high-density plasma. The discharge current that is formed from the strongly-ionized plasma **238** can be on the order of about 5 kA or more with a discharge voltage in the range of between about 50V and 500V for a pressure that is on the order of between about 100 mTorr and 10 Torr.

In one embodiment, the strongly-ionized plasma **238** tends to diffuse homogenously in the region **234**. The homogenous diffusion creates a more homogeneous plasma volume. Homogenous diffusion is described in more detail with reference to FIG. **5**A through FIG. **5**D.

Homogeneous diffusion is advantageous for many plasma processes. For example, plasma etching processes having homogenous diffusion accelerate ions in the strongly-ionized plasma **238** towards the surface of the substrate (not shown) being etched in a more uniform manner than with conventional plasma etching. Consequently, the surface of the substrate is etched more uniformly. Plasma processes having homogeneous diffusion can achieve high uniformity without the necessity of rotating the substrate.

Also, magnetron sputtering systems having homogenous diffusion accelerate ions in the strongly-ionized plasma **238** towards the surface of the sputtering target in a more uniform manner than with conventional magnetron sputtering. Consequently, the target material is deposited more uniformly on a substrate without the necessity of rotating the substrate and/or the magnetron. Also, the surface of the sputtering target is eroded more evenly and, thus higher target utilization is achieved.

In one embodiment, the plasma generating apparatus **200** of the present invention generates a relatively high electron temperature plasma and a relatively high-density plasma. One application for the strongly-ionized plasma **238** of the present invention is ionized physical vapor deposition (IPVD) (not shown), which is a technique that converts neutral sputtered atoms into positive ions to enhance a sputtering process.

Referring again to FIG. **2**D, the strong electric field **236** facilitates a multi-step ionization process of the feed gas **226** that substantially increases the rate at which the strongly-ionized plasma **238** is formed. In one embodiment, the feed gas is a molecular gas and the strong electric field **236**

8

enhances the formation of ions in the plasma. The multi-step or stepwise ionization process is described as follows.

A pre-ionizing voltage is applied between the cathode **204** and the anode **216** across the feed gas **226** to form the weakly-ionized plasma **232**. The weakly-ionized plasma **232** is generally formed in the region **222** and diffuses to the region **234** as the feed gas **226** continues to flow. In one embodiment (not shown) a magnetic field is generated in the region **222** and extends to the center of the cathode **204**. This magnetic field tends to assist in diffusing electrons from the region **222** to the region **234**. The electrons in the weakly-ionized plasma **232** are substantially trapped in the region **234** by the magnetic field. In one embodiment, the volume of weakly-ionized plasma in the region **222** is rapidly exchanged with a new volume of feed gas **226**.

After the formation of the weakly-ionized plasma **232** (FIG. **2**C), the pulsed power supply **202** applies a high-power pulse between the cathode **204** and the anode **216**. This high-power pulse generates the strong electric field **236** in the region **222** between the cathode **204** and the anode **216**. The strong electric field **236** results in collisions occurring between neutral atoms **240**, electrons (not shown), and ions **242** in the weakly-ionized plasma **232**. These collisions generate numerous excited atoms **244** in the weakly-ionized plasma **232**.

The accumulation of excited atoms **244** in the weakly-ionized plasma **232** alters the ionization process. In one embodiment, the strong electric field **236** facilitates a multi-step ionization process of an atomic feed gas that significantly increases the rate at which the strongly-ionized plasma **238** is formed. The multi-step ionization process has an efficiency that increases as the density of excited atoms **244** in the weakly-ionized plasma **232** increases. The strong electric field **236** enhances the formation of ions of a molecular or atomic feed gas.

In one embodiment, the distance or gap **220** between the cathode **204** and the anode **216** is chosen so as to maximize the rate of excitation of the atoms. The value of the electric field **236** in the region **222** depends on the voltage level applied by the pulsed power supply **202** and the size of the gap **220** between the anode **216** and the cathode **204**. In some embodiments, the strength of the electric field **236** can vary between about 2V/cm and $10^5$V/cm depending on various system parameters and operating conditions of the plasma system.

In some embodiments, the gap **220** can be between about 0.30 cm and about 10 cm depending on various parameters of the desired plasma. In one embodiment, the electric field **236** in the region **222** is rapidly applied to the pre-ionized or weakly-ionized plasma **232**. In some embodiments, the rapidly applied electric field **236** is generated by applying a voltage pulse having a rise time that is between about 0.1 microsecond and ten seconds.

In one embodiment, the dimensions of the gap **220** and the parameters of the applied electric field **236** are varied in order to determine the optimum condition for a relatively high rate of excitation of the atoms **240** in the region **222**. For example, an argon atom requires an energy of about 11.55 eV to become excited. Thus, as the feed gas **226** flows through the region **222**, the weakly-ionized plasma **232** is formed and the atoms **240** in the weakly-ionized plasma **232** experience a stepwise ionization process.

The excited atoms **244** in the weakly-ionized plasma **232** then encounter the electrons (not shown) that are in the region **234**. The excited atoms **244** only require about 4 eV of energy to ionize while neutral atoms **240** require about 15.76 eV of energy to ionize. Therefore, the excited atoms

9

244 will ionize at a much higher rate than the neutral atoms 240. In one embodiment, ions 242 in the strongly-ionized plasma 238 strike the cathode 204 causing secondary electron emission from the cathode 204. These secondary electrons interact with neutral 240 or excited atoms 244 in the strongly-ionized plasma 238. The process further increases the density of ions 242 in the strongly-ionized plasma 238 as the feed gas 226 is exchanged.

The multi-step ionization process corresponding to the rapid application of the electric field 236 can be described as follows:

$$Ar + e^- \rightarrow Ar^* + e^-$$

$$Ar^* + e^- \rightarrow^{Ar*} + 2e^-$$

where Ar represents a neutral argon atom 240 in the feed gas 226 and $e^-$ represents an ionizing electron generated in response to a pre-ionized plasma 232, when sufficient voltage is applied between the cathode 204 and the anode 216. Additionally, $Ar^*$ represents an excited argon atom 244 in the weakly-ionized plasma 232. The collision between the excited argon atom 244 and the ionizing electron results in an argon ion ($Ar^+$) and two electrons.

The excited argon atoms 244 generally require less energy to become ionized than neutral argon atoms 240. Thus, the excited atoms 244 tend to more rapidly ionize near the surface of the cathode 204 than the neutral argon atoms 240. As the density of the excited atoms 244 in the plasma increases, the efficiency of the ionization process rapidly increases. This increased efficiency eventually results in an avalanche-like increase in the density of the strongly-ionized plasma 238. Under appropriate excitation conditions, the proportion of the energy applied to the weakly-ionized plasma 232, which is transformed to the excited atoms 244, is very high for a pulsed discharge in the feed gas 226.

Thus, in one aspect of the invention, high-power pulses are applied to a weakly-ionized plasma 232 across the gap 220 to generate the strong electric field 236 between the anode 216 and the cathode 204. This strong electric field 236 generates excited atoms 244 in the weakly-ionized plasma 232. The excited atoms 244 are rapidly ionized by interactions with the secondary electrons that are emitted by the cathode 204. The rapid ionization results in a strongly-ionized plasma 238 having a large ion density being formed in the area 234 proximate to the cathode 204. The strongly-ionized plasma 238 is also referred to as a high-density plasma.

In one embodiment of the invention, a higher density plasma is generated by controlling the flow of the feed gas 226 in the region 222. In this embodiment, a first volume of feed gas 226 is supplied to the region 222. The first volume of feed gas 226 is then ionized to form a weakly-ionized plasma 232 in the region 222. Next, the pulsed power supply 202 applies a high-power electrical pulse across the weakly-ionized plasma 232. The high-power electrical pulse generates a strongly-ionized plasma 238 from the weakly-ionized plasma 232.

The level and duration of the high-power electrical pulse is limited by the level and duration of the power that the strongly-ionized plasma 238 can absorb before the high-power discharge contracts and terminates. In one embodiment, the strength and the duration of the high-power electrical pulse are increased and thus the density of the strongly-ionized plasma 238 is increased by increasing the flow rate of the feed gas 226.

In one embodiment, the strongly-ionized plasma 238 is transported through the region 222 by a rapid volume

10

exchange of feed gas 226. As the feed gas 226 moves through the region 222, it interacts with the moving strongly-ionized plasma 238 and also becomes strongly-ionized from the applied high-power electrical pulse. The ionization process can be a combination of direct ionization and/or stepwise ionization as described herein. Transporting the strongly-ionized plasma 238 through the region 222 by a rapid volume exchange of the feed gas 226 increases the level and the duration of the power that can be applied to the strongly-ionized plasma 238 and, thus, generates a higher density strongly-ionized plasma in the region 234.

The efficiency of the ionization process can be increased by applying a magnetic field (not shown) proximate to the cathode 204, as described herein. The magnetic field tends to trap electrons in the weakly-ionized plasma 232 and also tends to trap secondary the electrons proximate to the cathode 204. The trapped electrons ionize the excited atoms 244 generating the strongly-ionized plasma 238. In one embodiment, the magnetic field is generated in the region 222 to substantially trap electrons in the area where the weakly-ionized plasma 232 is ignited.

In one embodiment, the plasma generating system 200 can be configured for plasma etching. In another embodiment, the plasma generating system 200 can be configured for plasma sputtering. In particular, the plasma generating system 200 can be used for sputtering magnetic materials. Known magnetron sputtering systems generally are not suitable for sputtering magnetic materials because the magnetic field generated by the magnetron can be absorbed by the magnetic target material. RF diode sputtering is sometimes used to sputter magnetic materials. However, RF diode sputtering generally has poor film thickness uniformity and relatively low deposition rates.

The plasma generating system 200 can be adapted to sputter magnetic materials by including a target assembly having a magnetic target material and by driving that target assembly with an RF power supply (not shown). For example, an RF power supply can provide an RF power that is on order of about 10 kW. A substantially uniform weakly-ionized plasma can be generated by applying RF power across a feed gas that is located proximate to the target assembly. The strongly-ionized plasma is generated by applying a strong electric field across the weakly-ionized plasma as described herein. The RF power supply applies a negative voltage bias to the target assembly. Ions in the strongly-ionized plasma bombard the target material thereby causing sputtering.

The plasma generating system 200 can also be adapted to sputter dielectric materials. Dielectric materials can be sputtered by driving a target assembly including a dielectric target material with an RF power supply (not shown). For example, an RF power supply can provide an RF power that is on order of about 10 kW. A substantially uniform weakly-ionized plasma can be generated by applying RF power across a feed gas that is located proximate to the target assembly.

In another embodiment, a DC power supply (not shown) is used to create a weakly-ionized plasma 232 according to the present invention. In this embodiment, the dielectric target material is positioned relative to the cathode 204 such that an area of the cathode 204 can conduct a direct current between the anode 216 and the cathode 204.

In one embodiment, a magnetic field is generated proximate to the target assembly in order to trap electrons in the weakly-ionized plasma. The strongly-ionized plasma is generated by applying a strong electric field across the weakly-ionized plasma as described herein. The RF power supply

11

applies a negative voltage bias to the target assembly. Ions in the strongly-ionized plasma bombard the target material thereby causing sputtering.

In one embodiment, a strongly-ionized plasma 238 according to the present invention is used to generate an ion beam. An ion beam source according to the present invention includes the plasma generating apparatus described herein and an additional electrode (not shown) that is used to accelerate ions in the plasma. In one embodiment, the external electrode is a grid. The ion beam source according to the present invention can generate a very high-density ion flux. For example, the ion beam source can generate ozone flux. Ozone is a highly reactive oxidizing agent that can be used for many applications such as cleaning process chambers, deodorizing air, purifying water, and treating industrial wastes.

FIG. 3 illustrates a graphical representation 300 of the applied power of a pulse as a function of time for periodic pulses applied to the plasma in the plasma generating apparatus 200 of FIG. 2A. At time $t_0$, the feed gas 226 flows between the cathode 204 and the anode 216 before the pulsed power supply 202 is activated. The time required for a sufficient quantity of gas 226 to flow between the cathode 204 and the anode 216 depends on several factors including the flow rate of the gas 226 and the desired pressure in the region 222.

In one embodiment (not shown), the pulsed power supply 202 is activated before the feed gas 226 flows into the region 222. In this embodiment, the feed gas 226 is injected between the anode 216 and the cathode 204 where it is ignited by the pulsed power supply 202 to generate the weakly-ionized plasma 232.

In one embodiment, the feed gas 226 flows between the anode 216 and the cathode 204 between time $t_0$ and time $t_1$. At time $t_1$, the pulsed power supply 202 generates a pulse 302 between the cathode 204 and the anode 216 that has a power between about 0.01 kW and 100 kW depending on the volume of the plasma. The pulse 302 is sufficient to ignite the feed gas 226 to generate the weakly-ionized plasma 232.

In one embodiment (not shown), the pulsed power supply 202 applies a potential between the cathode 204 and the anode 216 before the feed gas 226 is delivered into the region 222. In this embodiment, the feed gas 226 is ignited as it flows between the cathode 204 and the anode 216. In other embodiments, the pulsed power supply 202 generates the pulse 302 between the cathode 204 and the anode 216 during or after the feed gas 226 is delivered into the region 222.

The power generated by the pulsed power supply 202 partially ionizes the feed gas 226 that is located in the region 222 between the cathode 204 and the anode 216. The partially ionized gas is also referred to as a weakly-ionized plasma or a pre-ionized plasma 232 (FIG. 2B). The formation of the weakly-ionized plasma 232 substantially eliminates the possibility of creating a breakdown condition when high-power pulses are applied to the weakly-ionized plasma 232 as described herein.

In one embodiment, the power is continuously applied for between about one microsecond and one hundred seconds to allow the pre-ionized plasma 232 to form and to be maintained at a sufficient plasma density. In one embodiment, the power from the pulsed power supply 202 is continuously applied after the weakly-ionized plasma 232 is ignited in order to maintain the weakly-ionized plasma 232. The pulsed power supply 202 can be designed so as to output a continuous nominal power in order to generate and sustain the weakly-ionized plasma 232 until a high-power pulse is delivered by the pulsed power supply 202.

12

At time $t_2$, the pulsed power supply 202 delivers a high-power pulse 304 across the weakly-ionized plasma 232. In some embodiments, the high-power pulse 304 has a power that is in the range of between about 1 kW and 10 MW depending on parameters of the plasma generating apparatus 200. The high-power pulse has a leading edge 306 having a rise time of between about 0.1 microseconds and ten seconds.

The high-power pulse 304 has a power and a pulse width that is sufficient to transform the weakly-ionized plasma 232 to a strongly-ionized plasma 238 (FIG. 2D). The strongly-ionized plasma 238 is also referred to as a high-density plasma. In one embodiment, the high-power pulse 304 is applied for a time that is in the range of between about ten microseconds and ten seconds. At time $t_4$, the high-power pulse 304 is terminated.

The power supply 202 maintains the weakly-ionized plasma 232 after the delivery of the high-power pulse 304 by applying background power that, in one embodiment, is between about 0.01 kW and 100 kW. The background power can be a pulsed or continuously applied power that maintains the pre-ionization condition in the plasma, while the pulsed power supply 202 prepares to deliver another high-power pulse 308.

At time $t_5$, the pulsed power supply 202 delivers another high-power pulse 308. The repetition rate between the high-power pulses 304, 308 is, in one embodiment, between about 0.1 Hz and 1 kHz. The particular size, shape, width, and frequency of the high-power pulses 304, 308 depend on various factors including process parameters, the design of the pulsed power supply 202, the design of the plasma generating apparatus 200, the volume of the plasma, and the pressure in the chamber. The shape and duration of the leading edge 306 and the trailing edge 310 of the high-power pulse 304 is chosen to sustain the weakly-ionized plasma 232 while controlling the rate of ionization of the strongly-ionized plasma 238.

In one embodiment, the particular size, shape, width, and frequency of the high-power pulse 304 is chosen to control the density of the strongly-ionized plasma 238. In one embodiment, the particular size, shape, width, and frequency of the high-power pulse 304 is chosen to control the etch rate of a substrate (not shown). In one embodiment, the particular size, shape, width, and frequency of the high-power pulse 304 is chosen to control the rate of sputtering of a sputtering target (not shown).

FIG. 4 illustrates graphical representations 320, 322, and 324 of the absolute value of applied voltage, current, and power, respectively, as a function of time for periodic pulses applied to the plasma in the plasma generating apparatus 200 of FIG. 2A. In one embodiment, at time $t_0$ (not shown), the feed gas 226 flows proximate to the cathode 204 before the pulsed power supply 202 is activated. The time required for a sufficient quantity of feed gas 226 to flow proximate to the cathode 204 depends on several factors including the flow rate of the feed gas 226 and the desired pressure in the region 222.

In the embodiment shown in FIG. 4, the power supply 202 generates a constant power. At time $t_1$, the pulsed power supply 202 generates a voltage 326 across the anode 216 and the cathode 204. In one embodiment, the voltage 326 is approximately between 100V and 5 kV. The period between time $t_0$ and time $t_1$ (not shown) can be on the order of several microseconds up to several milliseconds. At time $t_1$, the current 328 and the power 330 have constant value.

Between time $t_1$ and time $t_2$, the voltage 326, the current 328, and the power 330 remain constant as the weakly-

US 6,853,142 B2

13

ionized plasma 232 (FIG. 2B) is generated. The voltage 332 at time $t_2$ is between about 100V and 5 kV. The current 334 at time $t_2$ is between about 0.1 A and 100 A. The power 336 delivered at time $t_2$ is between about 0.01 kW and 100 kW.

The power 336 generated by the pulsed power supply 202 partially ionizes the gas 226 that is located in the region 222 between the cathode 204 and the anode 216. The partially ionized gas is also referred to as a weakly-ionized plasma or a pre-ionized plasma 232. As described herein, the formation of weakly-ionized plasma 232 substantially eliminates the possibility of creating a breakdown condition when high-power pulses are applied to the weakly-ionized plasma 232. The suppression of this breakdown condition substantially eliminates the occurrence of undesirable arcing between the anode 216 and the cathode 204.

In one embodiment, the period between time $t_1$ and time $t_2$ is between about one microsecond and one hundred seconds to allow the pre-ionized plasma 232 to form and be maintained at a sufficient plasma density. In one embodiment, the power 336 from the pulsed power supply 202 is continuously applied to maintain the weakly-ionized plasma 232. The pulsed power supply 202 can be designed so as to output a continuous nominal power in order to sustain the weakly-ionized plasma 232.

Between time $t_2$ and time $t_3$, the pulsed power supply 202 delivers a large voltage pulse 338 across the weakly-ionized plasma 232. In some embodiments, the large voltage pulse 338 has a voltage that is in the range of 200V to 30 kV. In some embodiments, the period between time $t_2$ and time $t_3$ is between about 0.1 microseconds and ten seconds. The large voltage pulse 338 is applied between time $t_3$ and time $t_4$, before the current across the weakly-ionized plasma 232 begins to increase. In one embodiment, the period between time $t_3$ and time $t_4$ can be between about ten nanoseconds and one microsecond.

Between time $t_4$ and time $t_5$, the voltage 340 drops as the current 342 increases. The power 344 also increases between time $t_4$ and time $t_5$, until a quasi-stationary state exists between the voltage 346 and the current 348. The period between time $t_4$ and time $t_5$ can be on the order of hundreds of nanoseconds.

In one embodiment, at time $t_5$, the voltage 346 is between about 50V and 30 kV thousand volts, the current 348 is between about 10 A and 5 kA and the power 350 is between about 1 kW and 10 MW. The power 350 is continuously applied to the plasma until time $t_6$. In one embodiment, the period between time $t_5$ and time $t_6$ is approximately between one microsecond and ten seconds.

The pulsed power supply 202 delivers a high-power pulse having a maximum power 350 and a pulse width that is sufficient to transform the weakly-ionized plasma 232 to a strongly-ionized plasma 238 (FIG. 2D). At time $t_6$, the maximum power 350 is terminated. In one embodiment, the pulsed power supply 202 continues to supply a background power that is sufficient to maintain the plasma after time $t_6$.

In one embodiment, the power supply 202 maintains the plasma after the delivery of the high-power pulse by continuing to apply a power 352 that can be between about 0.01 kW and 100 kW to the plasma. The continuously generated power maintains the pre-ionization condition in the plasma, while the pulsed power supply 202 prepares to deliver the next high-power pulse.

At time $t_7$, the pulsed power supply 202 delivers the next high-power pulse (not shown). In one embodiment, the repetition rate between the high-power pulses is between about 0.1 Hz and 1 kHz. The particular size, shape, width, and frequency of the high-power pulses depend on various

14

factors including process parameters, the design of the pulsed power supply 202, the design of the plasma generating system 200, the volume of plasma, the density of the strongly-ionized plasma 238, and the pressure in the region 222.

In another embodiment (not shown), the power supply 202 generates a constant voltage. In this embodiment, the applied voltage 320 is continuously applied from time $t_2$ until time $t_6$. The current 322 and the power 324 rise until time $t_6$ in order to maintain a constant voltage level, and then the voltage 320 is terminated. The parameters of the current, and voltage are optimized for generating exited atoms.

In one embodiment of the invention, the efficiency of the ionization process is increased by generating a magnetic field proximate to the cathode 204. The magnetic field tends to trap electrons in the weakly-ionized plasma 232 proximate to the cathode 204. The trapped electrons ionize the excited atoms 244 thereby generating the strongly-ionized plasma 238. In this embodiment, magnetically enhanced plasma has strong diamagnetic properties. The term "strong diamagnetic properties" means that the magnetically enhanced high-density plasma discharge tends to exclude external magnetic fields from the plasma volume.

FIG. 5A through FIG. 5D illustrate various simulated magnetic field distributions 400, 402, 404, and 406 proximate to the cathode 204 for various electron E×B drift currents in a magnetically enhanced plasma generating apparatus according to one embodiment of the invention. The magnetically enhanced plasma generating apparatus includes a magnet assembly 407 that is positioned proximate to the cathode 204. The magnet assembly 407 generates a magnetic field proximate to the cathode 204. In one embodiment, the strength of the magnetic field is between about fifty and two thousand gauss. The simulated magnetic fields distributions 400, 402, 404, and 406 indicate that high-power plasmas having high current density tend to diffuse homogeneously in an area 23' of the magnetically enhanced plasma generating apparatus.

The high-power pulses between the cathode 204 and the anode 216 generate secondary electrons from the cathode 204 that move in a substantially circular motion proximate to the cathode 204 according to crossed electric and magnetic fields. The substantially circular motion of the electrons generates an electron E×B drift current. The magnitude of the electron E×B drift current is proportional to the magnitude of the discharge current in the plasma and, in one embodiment, is approximately in the range of between about three and ten times the magnitude of the discharge current.

In one embodiment, the substantially circular electron E×B drift current generates a magnetic field that interacts with the magnetic field generated by the magnet assembly 407. In one embodiment, the magnetic field generated by the electron E×B drift current has a direction that is substantially opposite to the magnetic field generated by the magnet assembly 407. The magnitude of the magnetic field generated by the electron E×B drift current increases with increased electron E×B drift current. The homogeneous diffusion of the strongly-ionized plasma in the region 234' is caused, at least in part, by the interaction of the magnetic field generated by the magnet assembly 407 and the magnetic field generated by the electron E×B drift current.

In one embodiment, the electron E×B drift current defines a substantially circular drift current for low current density plasma. However, as the current density of the plasma increases, the substantially circular electron E×B drift current tends to have a more complex shape as the interaction of the magnetic field generated by the magnet assembly 407, the

US 6,853,142 B2

15

16

electric field generated by the high-power pulse, and the magnetic field generated by the electron E×B drift current becomes more acute. For example, in one embodiment, the electron E×B drift current has a substantially cycloidal shape. The exact shape of the electron E×B drift current can be quite elaborate and depends on various factors.

For example, FIG. 5A illustrates the magnetic field lines 408 produced from the interaction of the magnetic field generated by the magnet assembly 407 and the magnetic field generated by an electron E×B drift current 410 illustrated by a substantially circularly shaped ring. The electron E×B drift current 410 is generated proximate to the cathode 204.

In the example shown in FIG. 5A, the electron E×B drift current 410 is approximately 100 A. In one embodiment of the invention, the electron E×B drift current 410 is between approximately three and ten times as great as the discharge current. Thus, in the example shown in FIG. 5A, the discharge current is approximately between 10 A and 30 A. The magnetic field lines 408 shown in FIG. 5A indicate that the magnetic field generated by the magnet assembly 407 is substantially undisturbed by the relatively small magnetic field that is generated by the relatively small electron E×B drift current 410.

FIG. 5B illustrates the magnetic field lines 412 produced from the interaction of the magnetic field generated by the magnet assembly 407 and the magnetic field generated by an electron E×B drift current 414. The electron E×B drift current 414 is proximate to the cathode 204. In the example shown in FIG. 5B, the electron E×B drift current 414 is approximately 300 A. Since the electron E×B drift current 414 is typically between about three and ten times as great as the discharge current, the discharge current in this example is approximately between 30 A and 100 A.

The magnetic field lines 412 that are generated by the magnet assembly 407 are substantially undisturbed by the relatively small magnetic field generated by the relatively small electron E×B drift current 414. However, the magnetic field lines 416 that are closest to the electron E×B drift current 414 are somewhat distorted by the magnetic field generated by the electron E×B drift current 414. The distortion suggests that a larger electron E×B drift current should generate a stronger magnetic field that will interact more strongly with the magnetic field generated by the magnet assembly 407.

FIG. 5C illustrates the magnetic field lines 418 that are produced from the interaction of the magnetic field generated by the magnet assembly 407 and the magnetic field generated by an electron E×B drift current 420. The electron E×B drift current 420 is generated proximate to the cathode 204. In the example shown in FIG. 5C, the electron E×B drift current 420 is approximately 1,000 A. Since the electron E×B drift current 420 is typically between about three and ten times as great as the discharge current, the discharge current in this example is approximately between 100 A and 300 A.

The magnetic field lines 418 that are generated by the magnet assembly 407 exhibit substantial distortion that is caused by the relatively strong magnetic field generated by the relatively large electron E×B drift current 420. Thus, the larger electron E×B drift current 420 generates a stronger magnetic field that strongly interacts with and can begin to dominate the magnetic field generated by the magnet assembly 407.

The interaction of the magnetic field generated by the magnet assembly 407 and the magnetic field generated by the electron E×B drift current 420 generates magnetic field

lines 422 that are somewhat more parallel to the surface of the cathode 204 than the magnetic field lines 408, 412, and 416 in FIG. 5A and FIG. 5B. The magnetic field lines 422 allow the strongly-ionized plasma 238 to more uniformly distribute itself in the area 234'. Thus, the strongly-ionized plasma 238 is substantially uniformly diffused in the area 234'.

FIG. 5D illustrates the magnetic field lines 424 produced from the interaction of the magnetic field generated by the magnet assembly 407 and the magnetic field generated by an electron E×B drift current 426. The electron E×B drift current 426 is generated proximate to the cathode 204. In the example shown in FIG. 5D, the electron E×B drift current 426 is approximately 5 kA. The discharge current in this example is approximately between 500 A and 1,700 A.

The magnetic field lines 424 generated by the magnet assembly 407 are relatively distorted due to their interaction with the relatively strong magnetic field generated by the relatively large electron E×B drift current 426. Thus, in this embodiment, the relatively large electron E×B drift current 426 generates a very strong magnetic field that is stronger than the magnetic field generated by the magnet assembly 407.

FIG. 6A through FIG. 6D illustrate cross-sectional views of alternative embodiments of plasma generating systems 200', 200'', 200''' and 200''41 , according to the present invention. The plasma generating system 200' of FIG. 6A includes an electrode 452 that generates a weakly-ionized or pre-ionized plasma. The electrode 452 is also referred to as a pre-ionizing filament electrode and is a component in an ionization source that generates the weakly-ionized plasma.

In one embodiment, the electrode 452 is coupled to an output 454 of a power supply 456. The power supply 456 can be a DC power supply or an AC power supply. An insulator 458 isolates the electrode 452 from the anode 216. In one embodiment, the electrode 452 is substantially shaped in the form of a ring electrode. In other embodiments, the electrode 452 is substantially shaped in a linear form or any other shape that is suitable for pre-ionizing the plasma.

In one embodiment, a second output 460 of the power supply 456 is coupled to the cathode 204. The insulator 218 isolates the cathode 204 from the anode 216. In one embodiment, the power supply 456 generates an average output power that is in the range of between about 0.01 kW and 100 kW. Such an output power is sufficient to generate a suitable current between the electrode 452 and the cathode 204 to pre-ionize feed gas 226 that is located proximate to the electrode 452.

In operation, the plasma generating apparatus 200' functions in a similar manner to the plasma generating apparatus 200 of FIG. 2A, but with some operational differences. In one embodiment (not shown) a magnetic field is generated proximate to the cathode 204. In one embodiment, the strength of the magnetic field is between about fifty and two thousand gauss. The feed gas 226 is supplied proximate to the electrode 452 and the cathode 204.

201 The power supply 456 applies a suitable current between the cathode 204 and the electrode 452. The parameters of the current are chosen to establish a weakly-ionized plasma in the region 234 proximate to the electrode 452. In one embodiment, the power supply 456 generates a voltage of between about 100V and 5 kV with a discharge current that is between about 0.1 A and 100 A depending on the size of the system. An example of specific parameters of the voltage will be discussed herein in more detail in connection with FIG. 7.

US 6,853,142 B2

17

In one embodiment, the resulting pre-ionized plasma density is in the range between approximately $10^6$ and $10^{12}$ cm$^{-3}$ for argon sputtering gas. In one embodiment, the pressure in the region 234 is in the range of approximately $10^{-3}$ to 10 Torr or higher. The pressure can vary depending on various system parameters, such as the presence of a magnetic field proximate to the cathode 204. As previously discussed, the weakly-ionized or pre-ionized plasma substantially eliminates the possibility of establishing a breakdown condition between the cathode 204 and the anode 216 when high-power pulses are applied to the plasma.

The pulsed power supply 202 then generates a high-power pulse between the cathode 204 and the anode 216. The high-power pulse generates a strongly-ionized plasma from the weakly-ionized plasma. The parameters of the high-power pulse depend on various parameters including the volume of the plasma, the desired plasma density, and the pressure in the region 234.

In one embodiment, the high-power pulse between the cathode 204 and the anode 216 is in the range of about 1 kW to about 10 MW. In one embodiment, the discharge current density that can be generated from the strongly-ionized plasma is greater than about 1 A/cm$^2$ for a pressure of approximately 10 mTorr.

In one embodiment, the high-power pulse has a pulse width that is in the range of approximately one microsecond to several seconds. In one embodiment, the repetition rate of the high-power discharge is in the range of between about 0.1 Hz to 10 kHz. In one embodiment, the average power generated by the pulsed power supply is less than 1 MW depending on the size of the system. In one embodiment, the thermal energy in the cathode 204 and/or the anode 216 can be conducted away or dissipated by liquid or gas cooling (not shown).

In one embodiment (not shown), a magnetic field is generated proximate to the cathode 204. The strongly-ionized plasma tends to diffuse homogenously in the area 234 due to the interaction of generated magnetic fields, as described herein in connection with FIG. 5A though FIG. 5D.

FIG. 6B is a cross-sectional view of another embodiment of a plasma generating apparatus 200' according to the present invention. This embodiment is similar to the plasma generating apparatus 200' of FIG. 6A. However, in this embodiment, the electrode 452', which is a component of the ionization source, substantially surrounds the cathode 204. The position of the electrode 452' relative to the cathode 204 is chosen to achieve particular electrical conditions in the gap 220 between the anode 216 and the cathode 204.

For example, a distance 462 between the electrode 452' and the cathode 204 can be varied by changing the diameter of the electrode 452'. In one embodiment, the distance 462 can be varied from about 0.1 cm to about 10 cm. The distance 462 can be optimized to generate a sustainable weakly-ionized plasma in the region 234. The vertical position of the electrode 452' relative to the cathode 204 can also be varied.

The pre-ionizing electrode 452' is not physically located in the region 222 between the anode 216 and the cathode 204. Therefore, the pre-ionizing electrode 452' does not interfere with the strong electric field that results when a high-power pulse from the pulsed power supply 202 is applied between the anode 216 and the cathode 204. Additionally, the location of the pre-ionizing electrode 452' results in a more uniformly distributed weakly-ionized plasma in the region 234.

In operation, the power supply 456 applies a voltage between the cathode 204 and the electrode 452'. The voltage

18

generates a weakly-ionized or pre-ionized plasma proximate to the electrode 452' and the cathode 204. The pre-ionized plasma substantially eliminates the possibility of establishing a breakdown condition when high-power pulses from the pulsed power supply 202 are applied to the plasma.

In one embodiment, the power supply 456 is a DC power supply that generates a DC voltage that is in the range of between about 100V and 5 kV with a discharge current that is in the range of between about 0.1 A and 100 A. In another embodiment, the power supply 456 is an AC power supply that generates voltage pulses between the cathode 204 and the electrode 452'.

FIG. 6C is a cross-sectional view of another embodiment of a plasma generating apparatus 200''' according to the present invention. The configuration of the electrode 452 and the cathode 204' can affect the parameters of the electric field generated between the electrode 452 and the cathode 204'. The parameters of the electric field can influence the ignition of the pre-ionized plasma as well as the pre-ionization process generally. This embodiment creates the necessary conditions for breakdown of the feed gas and ignition of the weakly-ionized plasma in the region 222 between the anode 216 and the cathode 204'.

In the embodiment illustrated by FIG. 6C, the electric field lines (not shown) generated between the cathode 204' and the electrode 452 are substantially perpendicular to the cathode 204' at the point 470 on the cathode 204'. The electric field in the gap 472 between the electrode 452 and the cathode 204' is adapted to ignite the plasma from the feed gas 226 flowing through the gap 472. The efficiency of the pre-ionization process can be increased using this embodiment depending upon parameters, such as the magnetic field strength and the pressure in the area proximate to the cathode 204'.

FIG. 6D is a cross-sectional view of another embodiment of a plasma generating apparatus 200'''' according to the present invention. In this embodiment, the electric field lines (not shown) generated between the cathode 204'' and the electrode 452 are substantially perpendicular to the cathode 204'' at the point 474. The electric field in the gap 476 between the electrode 452 and the cathode 204'' is adapted to ignite the plasma from the feed gas 226 flowing through the gap 476. The efficiency of the pre-ionization process can be increased using this embodiment depending upon parameters, such as the magnetic field strength and the pressure in the area proximate to the cathode 204''.

FIG. 7 illustrates a graphical representation 500 of the pulse power as a function of time for periodic pulses applied to the plasma in the plasma generating system 200' of FIG. 6A. In one embodiment, the feed gas 226 flows in the region 222 proximate to the electrode 452 at time $t_0$, before either the power supply 456 or the pulsed power supply 202 are activated.

In another embodiment, the power supply 456 and/or the pulsed power supply 202 are activated at time $t_0$ before the gas 226 flows in the region 222 proximate to the electrode 452. In this embodiment, the feed gas 226 is injected between the electrode 452 and the cathode 204 where it is ignited by the power supply 456 to generate the weakly-ionized plasma.

The time required for a sufficient quantity of gas 226 to flow into the region 222 depends on several factors including the flow rate of the gas 226 and the desired operating pressure. At time $t_1$, the power supply 456 generates a power 502 that is in the range of between about 0.01 kW to about 100 kW between the electrode 452 and the cathode 204. The power 502 causes the gas 226 proximate to the electrode 452

US 6,853,142 B2

19

20

to become partially ionized, thereby generating a weakly-ionized plasma or a pre-ionized plasma.

At time $t_2$, the pulsed power supply 202 delivers a high-power pulse 504 to the weakly-ionized plasma that is on the order of less than 1 kW to about 10 MW depending on the volume of the plasma and the operating pressure. The high-power pulse 504 is sufficient to transform the weakly-ionized plasma to a strongly-ionized plasma. The high-power pulse has a leading edge 506 having a rise time that is between about 0.1 microseconds and ten seconds.

In one embodiment, the pulse width of the high-power pulse 504 is in the range of between about one microsecond and ten seconds. The high-power pulse 504 is terminated at time $t_4$. Even after the delivery of the high-power pulse 504, the power 502 from the power supply 456 is continuously applied to sustain the pre-ionized plasma, while the pulsed power supply 202 prepares to deliver another high-power pulse 508. In another embodiment (not shown), the power supply 456 is an AC power supply and delivers suitable power pulses to ignite and sustain the weakly-ionized plasma.

At time $t_5$, the pulsed power supply 202 delivers another high-power pulse 508. In one embodiment, the repetition rate of the high-power pulses can be between about 0.1 Hz and 10 kHz. The particular size, shape, width, and frequency of the high-power pulse depend on the process parameters, such as the operating pressure, the design of the pulsed power supply 202, the presence of a magnetic field proximate to the cathode 204, and the volume of the plasma. The shape and duration of the leading edge 506 and the trailing edge 510 of the high-power pulse 504 is chosen to control the rate of ionization of the strongly-ionized plasma.

FIG. 8 is a flowchart 600 of an illustrative process of generating a high-density or strongly-ionized plasma according to the present invention. The process is initiated (step 602) by activating various systems in the plasma generating apparatus 200 of FIG. 2A. For example, a chamber (not shown) is initially pumped down to a specific pressure (step 604). Next, the pressure in the chamber is evaluated (step 606). In one embodiment, feed gas 226 is then pumped into the chamber (step 608). The gas pressure is evaluated (step 610). If the gas pressure is correct, the pressure in the chamber is again evaluated (step 612).

An appropriate magnetic field is generated proximate to the feed gas 226 (not shown) when the pressure in the chamber is correct. In one embodiment, a magnet assembly (not shown) can include at least one permanent magnet, and thus the magnetic field is generated constantly, even before the process is initiated. In another embodiment, a magnetic assembly (not shown) includes at least one electromagnet, and thus the magnetic field is generated only when the electromagnet is operating.

The feed gas 226 is ionized to generate a weakly-ionized plasma 232 (step 614). In one embodiment, the weakly-ionized plasma 232 can be generated by creating a relatively low current discharge in the gap 220 between the cathode 204 and the anode 216 of FIG. 2A. In another embodiment the weakly-ionized plasma 232 can be generated by creating a relatively low current discharge between the electrode 452 and the cathode 204 of FIG. 6A. In yet another embodiment (not shown), an electrode is heated to emit electrons proximate to the cathode 204. In this embodiment, a relatively low current discharge is created between the anode 216 and the electrode in order to generate the weakly-ionized plasma 232.

In the embodiment shown in FIG. 2A, the weakly-ionized plasma 232 is generated by applying a potential across the gap 220 between the cathode 204 and the anode 216 before the introduction of the feed gas 226. In the embodiment shown in FIG. 6A, the weakly-ionized plasma 232 is generated by applying a potential difference between the electrode 452 and the cathode 204 before the introduction of the feed gas 226 to generate the weakly-ionized plasma 232.

After the gas is weakly-ionized (step 616), a strongly-ionized plasma 238 (FIG. 2D) is generated from the weakly-ionized plasma 232 (step 618). In one embodiment, the strongly-ionized plasma 238 is generated by applying a high-power pulse between the cathode 204 and the anode 216. The high-power pulse results in a strong electric field 236 being generated in the gap 220 between the anode 216 and the cathode 204 as described herein. The strong electric field 236 results in a stepwise ionization process of the feed gas 226. In one embodiment, molecular gases are used for the feed gas 226. In this embodiment, the strong electric field 236 increases the formation of ions, which enhances the strongly-ionized plasma 238. In one embodiment, the strongly-ionized plasma 238 is substantially homogeneous in the area 234 of FIG. 2D.

After the strongly-ionized plasma 238 is formed (step 620), it is maintained as required by the plasma process (step 622). Once the plasma process is completed (step 624), the plasma process is ended (step 626).

Equivalents

While the invention has been particularly shown and described with reference to specific preferred embodiments, it should be understood by those skilled in the art that various changes in form and detail may be made therein without departing from the spirit and scope of the invention as defined herein.

What is claimed is:

1. An apparatus for generating a strongly-ionized plasma in a chamber, the apparatus comprising:

an ionization source that generates a weakly-ionized plasma from a feed gas, the weakly-ionized plasma reducing the probability of developing an electrical breakdown condition in the chamber;

a power supply that supplies power to the weakly-ionized plasma though an electrical pulse applied across the weakly-ionized plasma, the electrical pulse having a magnitude and a rise-time that is sufficient to increase the density of the weakly-ionized plasma to generate a strongly-ionized plasma; and

a gas line that supplies feed gas to the strongly-ionized plasma, the feed gas diffusing the strongly-ionized plasma, thereby allowing additional power from the pulsed power supply to be absorbed by the strongly-ionized plasma.

2. The apparatus of claim 1 wherein the power supply applies the electrical pulse across the weakly-ionized plasma to excite atoms in the weakly-ionized plasma and to generate secondary electrons, the secondary electrons ionizing the excited atoms, thereby creating the strongly-ionized plasma.

3. The apparatus of claim 1 wherein the gas line supplies additional feed gas that exchanges the weakly-ionized plasma while applying the electrical pulse across.

4. The apparatus of claim 1 wherein the power supply generates a constant power.

5. The apparatus of claim 1 wherein the power supply generates a constant voltage.

6. The apparatus of claim 1 wherein the ionization source is chosen from the group comprising an electrode coupled to a DC power supply, an electrode coupled to an AC power

US 6,853,142 B2

21

supply, a UV source, an X-ray source, an electron beam source, an ion beam source, an inductively coupled plasma source, a capacitively coupled plasma source, and a microwave plasma source.

**7**. The apparatus of claim **1** further comprising a magnet that is positioned to generate a magnetic field proximate to the weakly-ionized plasma, the magnetic field trapping electrons in the weakly-ionized plasma.

**8**. The apparatus of claim **7** wherein the magnet comprises an electro-magnet.

**9**. The apparatus of claim **7** wherein the magnet is movable.

**10**. A method for generating a strongly-ionized plasma in a chamber, the method comprising:

    ionizing a feed gas to form a weakly-ionized plasma that reduces the probability of developing an electrical breakdown condition in the chamber;

    supplying power to the weakly-ionized plasma by applying an electrical pulse across the weakly-ionized plasma, the electrical pulse having a magnitude and a rise-time that is sufficient to increase the density of the weakly-ionized plasma to generate a strongly-ionized plasma; and

    diffusing the strongly-ionized plasma with additional feed gas thereby allowing the strongly-ionized plasma to absorb additional energy from the power supply.

**11**. The method of claim **10** wherein the applying the electrical pulse across the weakly-ionized plasma excites atoms in the weakly-ionized plasma and generates secondary electrons, the secondary electrons ionizing the excited atoms, thereby creating a strongly-ionized plasma.

**12**. The method of claim **10** further comprising exchanging the weakly-ionized plasma with additional feed gas.

**13**. The method of claim **10** wherein the applying the electrical pulse comprises applying a quasi-static electric field across the weakly-ionized plasma.

**14**. The method of claim **10** further comprising selecting at least one of a pulse amplitude and a pulse width of the electrical pulse in order to increase an ionization rate of the strongly-ionized plasma.

**15**. The method of claim **10** further comprising selecting at least one of a pulse amplitude and a pulse width of the electrical pulse in order to cause the strongly-ionized plasma to be substantially uniform.

**16**. The method of claim **10** wherein the electrical pulse comprises a rise time that is less than about $100V/\mu sec$.

**17**. The method of claim **10** wherein the peak plasma density of the weakly-ionized plasma is less than about $10^{12}$ $cm^{-3}$.

**18**. The method of claim **10** wherein the peak plasma density of the strongly-ionized plasma is greater than about $10^{12}$ $cm^{-3}$.

**19**. The method of claim **10** wherein the ionizing the feed gas comprises exposing the feed gas to one of a static electric field, an pulsed electric field, UV radiation, X-ray radiation, electron beam radiation, and an ion beam.

**20**. The method of claim **10** further comprising generating a magnetic field proximate to the weakly-ionized plasma, the magnetic field trapping electrons in the weakly-ionized plasma.

**21**. An apparatus for generating a strongly-ionized plasma, the apparatus comprising:

    an anode;

    a cathode that is positioned adjacent to the anode and forming a gap there between;

    an ionization source that generates a weakly-ionized plasma proximate to the cathode, the weakly-ionized

22

plasma reducing the probability of developing an electrical breakdown condition between the anode and the cathode; and

    a power supply that produces an electric field across the gap, the electric field generating excited atoms in the weakly-ionized plasma and generating secondary electrons from the cathode, the secondary electrons ionizing the excited atoms, thereby creating the strongly-ionized plasma.

**22**. The apparatus of claim **21** wherein the power supply generates a constant power.

**23**. The apparatus of claim **21** wherein the power supply generates a constant voltage.

**24**. The apparatus of claim **21** wherein the electric field comprises a quasi-static electric field.

**25**. The apparatus of claim **21** wherein the electric field comprises a pulsed electric field.

**26**. The apparatus of claim **21** wherein a rise time of the electric field is chosen to increase an ionization rate of the excited atoms in the weakly-ionized plasma.

**27**. The apparatus of claim **21** wherein the strongly-ionized plasma is substantially uniform proximate to the cathode.

**28**. The apparatus of claim **21** wherein a dimension of the gap between the anode and the cathode is chosen to increase an ionization rate of the excited atoms in the weakly-ionized plasma.

**29**. The apparatus of claim **21** wherein the ionization source is chosen from the group comprising an electrode coupled to a DC power supply, an electrode coupled to an AC power supply, a UV source, an X-ray source, an electron beam source, an ion beam source, an inductively coupled plasma source, a capacitively coupled plasma source, and a microwave plasma source.

**30**. The apparatus of claim **21** further comprising a magnet that is positioned to generate a magnetic field proximate to the weakly-ionized plasma, the magnetic field trapping electrons in the weakly-ionized plasma proximate to the cathode.

**31**. A method for generating a strongly-ionized plasma, the method comprising:

    ionizing a feed gas to generate a weakly-ionized plasma proximate to a cathode, the weakly-ionized plasma reducing the probability of developing an electrical breakdown condition proximate to the cathode; and

    applying an electric field across the weakly-ionized plasma in order to excite atoms in the weakly-ionized plasma and to generate secondary electrons from the cathode, the secondary electrons ionizing the excited atoms, thereby creating the strongly-ionized plasma.

**32**. The method of claim **31** wherein the applying the electric field comprises applying a quasi-static electric field.

**33**. The method of claim **31** wherein the applying an electric field comprises applying the electric field at a constant power.

**34**. The method of claim **31** wherein the applying an electric field comprises applying the electric field at a constant voltage.

**35**. The method of claim **31** wherein the applying the electric field comprises applying an electrical pulse across the weakly-ionized plasma.

**36**. The method of claim **35** further comprising selecting at least one of a pulse amplitude and a pulse width of the electrical pulse in order to increase an ionization rate of the strongly-ionized plasma.

**37**. The method of claim **35** further comprising selecting at least one of a pulse amplitude and a pulse width of the

US 6,853,142 B2

23

electrical pulse in order to cause the strongly-ionized plasma to be substantially uniform in an area adjacent to a surface of the cathode.

**38**. The method of claim **31** wherein the strongly-ionized plasma is substantially uniform proximate to the cathode.

**39**. The method of claim **31** further comprising generating a magnetic field proximate to the weakly-ionized plasma, the magnetic field trapping electrons in the weakly-ionized plasma.

**40**. An apparatus for generating a strongly-ionized plasma in a chamber, the apparatus comprising:

    means for ionizing a feed gas to form a weakly-ionized plasma that reduces the probability of developing an electrical breakdown condition in the chamber;

    means for supplying power to the weakly-ionized plasma by applying an electrical pulse across the weakly-ionized plasma, the electrical pulse having a magnitude and a rise-time that is sufficient to increase the density of the weakly-ionized plasma to generate a strongly-ionized plasma; and

24

    means for diffusing the strongly-ionized plasma with additional feed gas to allow additional power to be absorbed by the strongly-ionized plasme.

**41**. An apparatus for generating a strongly-ionized plasma, the apparatus comprising:

    means for ionizing a feed gas to generate a weakly-ionized plasma proximate to a cathode, the weakly-ionized plasma reducing the probability of developing an electrical breakdown condition proximate to the cathode; and

    means for applying an electric field across the weakly-ionized plasma in order to excite atoms in the weakly-ionized plasma and to generate secondary electrons from the cathode, the secondary electrons ionizing the excited atoms, thereby creating the strongly-ionized plasma.

**42**. The apparatus of claim **1** wherein the power supply comprises the ionization source.

**43**. The apparatus of claim **21** wherein the power supply comprises the ionization source.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,853,142 B2                                    Page 1 of  1
DATED         : February 8, 2005
INVENTOR(S)   : Roman Chistyakov

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 24,
Line 3, replace "plasme" with -- plasma --

Signed and Sealed this

Twenty-fourth Day of May, 2005

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

EXHIBIT H



(12) **United States Patent** (10) **Patent No.:** **US 7,604,716 B2**
Chistyakov (45) **Date of Patent:** *Oct. 20, 2009

(54) **METHODS AND APPARATUS FOR GENERATING HIGH-DENSITY PLASMA**

(75) Inventor: **Roman Chistyakov**, Andover, MA (US)

(73) Assignee: **Zond, Inc.**, Mansfield, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 748 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/897,257**

(22) Filed: **Jul. 22, 2004**

(65) **Prior Publication Data**

US 2005/0006220 A1    Jan. 13, 2005

(51) **Int. Cl.**
*C23C 14/35* (2006.01)
*C23C 16/00* (2006.01)

(52) **U.S. Cl.** ............................ **204/192.12**; 204/298.08; 204/298.06; 204/298.19; 315/111.21; 315/111.41; 118/723 R; 118/723 E

(58) **Field of Classification Search** ............ 204/192.12, 204/298.08, 298.06, 298.19; 118/723 R, 118/723 E; 315/111.21, 111.41
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,588,490 A | 5/1986 | Cuomo et al. | 204/298 |
| 4,953,174 A | 8/1990 | Eldridge et al. | 372/87 |
| 5,015,493 A | 5/1991 | Gruen | 427/38 |
| 5,041,760 A * | 8/1991 | Koloc | 315/111.41 |
| 5,083,061 A | 1/1992 | Koshiishi et al. | 315/111.81 |
| 5,247,531 A | 9/1993 | Muller-Horshe | 372/38 |
| 5,286,360 A | 2/1994 | Szcyrbowski et al. | 204/298.08 |
| 5,433,258 A | 7/1995 | Barnes et al. | |
| 5,696,428 A | 12/1997 | Pasch | |
| 5,718,813 A | 2/1998 | Drummond et al. | 204/192.12 |
| 5,728,278 A | 3/1998 | Okamura et al. | 204/298.11 |
| 5,733,418 A | 3/1998 | Hershcovitch et al. | 204/192.11 |
| 5,795,452 A | 8/1998 | Kinoshita et al. | 204/298.37 |
| 5,916,455 A | 6/1999 | Kumagai | |
| 5,993,761 A * | 11/1999 | Czernichowski et al. | 423/210 |

(Continued)

FOREIGN PATENT DOCUMENTS

EP    0 650 183 A1    4/1995

(Continued)

OTHER PUBLICATIONS

Booth, et al., The Transition From Symmetric To Asymmetric Discharges In Pulsed 13.56 MHz Capacitively Coupled Plasmas, J. Appl. Phys., Jul. 15, 1997, pp. 552-560, vol. 82, No. 2, American Institute of Physics.

(Continued)

*Primary Examiner*—Rodney G McDonald
(74) *Attorney, Agent, or Firm*—Kurt Rauschenbach; Rauschenbach Patent Law Group, LLC

(57) **ABSTRACT**

Methods and apparatus for generating a strongly-ionized plasma are described. An apparatus for generating a strongly-ionized plasma according to the present invention includes an anode and a cathode that is positioned adjacent to the anode to form a gap there between. An ionization source generates a weakly-ionized plasma proximate to the cathode. A power supply produces an electric field in the gap between the anode and the cathode. The electric field generates excited atoms in the weakly-ionized plasma and generates secondary electrons from the cathode. The secondary electrons ionize the excited atoms, thereby creating the strongly-ionized plasma.

**33 Claims, 13 Drawing Sheets**



**US 7,604,716 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,057,244 A | 5/2000 | Hausmann et al. | 438/706 |
| 6,238,537 B1 | 5/2001 | Kahn et al. | 204/598.04 |
| 6,296,742 B1 | 10/2001 | Kouznetsov | 204/192.12 |
| 6,361,667 B1 | 3/2002 | Kobayashi et al. | 204/298.11 |
| 6,413,382 B1 | 7/2002 | Wang et al. | 204/192.12 |
| 6,413,383 B1 | 7/2002 | Chiang et al. | 204/192.13 |
| 6,432,260 B1 | 8/2002 | Mahoney et al. | |
| 6,436,251 B2 | 8/2002 | Gopalraja et al. | 204/298.12 |
| 6,451,703 B1 | 9/2002 | Liu et al. | 438/710 |
| 6,471,833 B2 | 10/2002 | Kumar et al. | 204/192.37 |
| 6,488,825 B1 * | 12/2002 | Hilliard | 204/298.06 |
| 2002/0019139 A1 | 2/2002 | Zhang et al. | 438/714 |
| 2002/0114897 A1 | 8/2002 | Sumiya et al. | 427/569 |
| 2003/0006008 A1 | 1/2003 | Horioka et al. | 156/345.46 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 98/40532 | 9/1998 |
| WO | WO 01/98553 | 12/2001 |
| WO | WO 01/98553 A1 | 12/2001 |

### OTHER PUBLICATIONS

Bunshah, et al., Deposition Technologies For Films And Coatings, pp. 178-183, Noyes Publications, Park Ridge, New Jersey.

Daugherty, et al., Attachment-Dominated Electron-Beam-Ionized Discharges, Applied Physics Letters, May 15, 1976, pp. 581-583, vol. 28, No. 10, American Institute of Physics.

Goto, et al., Dual Excitation Reactive Ion Etcher For Low Energy Plasma Processing, J. Vac. Sci. Technol. A., Sep./Oct. 1992, pp. 3048-3054, vol. 10, No. 5, American Vacuum Society.

Kouznetsov, et al., A Novel Pulsed Magnetron Sputter Technique Utilizing Very High Target Power Densities, Surface and Coatings Technology, 1999, pp. 290-293, vol. 122, Elsevier Science S.A.

Lindquist, et al., High Selectivity Plasma Etching Of Silicone Dioxide With A Dual Frequency 27/2 MHz Capacitive RF Discharge.

Macak, Reactive Sputter Deposition Process of Al203 And Characterization Of A Novel High Plasma Density Pulsed Magnetron Discharge, Linkoping Studies In Science And Technology, pp. 1-2.

Macak, et al., Ionized Sputter Deposition Using An Extremely High Plasma Density Pulsed Magnetron Discharge, J. Vac. Sci. Technol. A., Jul./Aug. 2000, pp. 1533-1537, vol. 18, No. 4., American Vacuum Society.

Mozgrin, et al., High-Current Low-Pressure Quasi-Stationary Discharge In A Magnetic Field: Experimental Research, Plasma Physics Reports, 1995, pp. 400-409, vol. 21, No. 5.

Rossnagel, et al., Induced Drift Currents In Circular Planar Magnetrons, J. Vac. Sci. Technol. A., Jan./Feb. 1987, pp. 88-91, vol. 5, No. 1, American Vacuum Society.

Sheridan, et al., Electron Velocity Distribution Functions In A Sputtering Magnetron Discharge For The EXB Direction, J. Vac. Sci. Technol. A., Jul./Aug. 1998, pp. 2173-2176, vol. 16, No. 4, American Vacuum Society.

Steinbruchel, A Simple Formula For Low-Energy Sputtering Yields, Applied Physics A., 1985, pp. 37-42, vol. 36, Springer-Verlag.

Encyclopedia Of Low Temperature Plasma p. 119, vol. 3.

Encyclopedia Of Low Temperature Plasma p. 123, vol. 3.

Chistyakov, Roman, High Power Pulsed Magnetron Sputtering, U.S. Appl. No. 10/065,277, filed Sep. 30, 2002.

Chistyakov, Roman, High Power Pulsed Magnetically Enhanced Plasma Processing, U.S. Appl. No. 10/065,551, filed Oct. 29, 2002.

Booth, et al., The Transition From Symmetric To Asymmetric Discharges In Pulsed 13.56 MHz Capacity Coupled Plasmas, J. Appl. Phys., Jul. 15, 1997, pp. 552-560, vol. 82 (2), American Institute of Physics.

Bunshah, et al., Deposition Technologies For Films And Coatings, Materials Science Series, pp. 176-183, Noyes Publications, Park Ridge, New Jersey.

Daugherty, et al., Attachment-Dominated Electron-Beam-Ionized Discharges, Applied Science Letters, May 15, 1976, vol. 28, No. 10, American Institute of Physics.

Goto, et al., Dual Excitation Reactive Ion Etcher For Low Energy Plasma Processing, J. Vac. Sci. Technol. A, Sep./Oct. 1992, pp. 3048-3054, vol. 10, No. 5, American Vacuum Society.

Kouznetsov, et al., A Novel Pulsed Magnetron Sputter Technique Utilizing Very High Target Power Densities, Surface & Coatings Technology, pp. 290-293, Elsevier Sciences S.A.

Lindquist, et al., High Selectivity Plasma Etching Of Silicon Dioxide With A Dual Frequency 27/2 MHz Capacitive RF Discharge.

Macak, Reactive Sputter Deposition Process of Al2O3 and Characterization Of A Novel High Plasma Density Pulsed Magnetron Discharge, Linkoping Studies In Science And Technology, 1999, pp. 1-2, Sweden.

Macak, et al., Ionized Sputter Deposition Using An Extremely High Plasma Density Pulsed Magnetron Discharge, J. Vac. Sci. Technol. A., Jul./Aug. 2000, pp. 1533-1537, vol. 18, No. 4, American Vacuum Society.

Mozgrin, et al., High-Current Low-Pressure Quasi-Stationary Discharge In A Magnetic Field: Experimental Research, Plasma Physics Reports, 1995, pp. 400-409, vol. 21, No. 5, Mozgrin, Feitsov, Khodachenko.

Chistyakov, Roman, High-Power Pulsed Magnetron Sputtering, U.S. Appl. No. 10/065,277, filed Sep. 30, 2002.

Chistyakov, Roman, High-Power Pulsed Magnetically Enhanced Plasma Processing, U.S. Appl. No. 10/065,551, filed Oct. 30, 2002.

Chistyakov, High-Power Pulsed Magnetron Sputtering, U.S. Appl. No. 10/065,277, filed Sep. 30, 2002.

Chistyakov, High-Power Pulsed Magnetically Enhanced Plasma Processing, U.S. Appl. No. 10/065,551, filed Oct. 29, 2002.

Chistyakov, Roman, Method And Apparatus For Generating High-Density Plasma, U.S. Appl. No. 10/065,629, filed Nov. 4, 2002.

Chistyakov, Roman, High Deposition Rate Sputtering, U.S. Appl. No. 10/065,739, filed Nov. 14, 2002.

Chistyakov, Roman, Plasma Generation Using Multi-Step Ionization, U.S. Appl. No. 10/249,202, filed Mar. 21, 2003.

Chistyakov, Roman, High-Density Plasma Source, U.S. Appl. No. 10/249,595, filed Apr. 22, 2003.

Chistyakov, Roman, Generation Of Uniformly Distributed Plasma, U.S. Appl. No. 10/249,773, filed May 6, 2003.

Chistyakov, Roman, High-Density Plasma Source Using Excited Atoms, U.S. Appl. No. 10/249,844, filed May 12, 2003.

Chistyakov, Roman, Plasma Source With Segmented Cathode, U.S. Appl. No. 60/481,671, filed Nov. 19, 2003.

Chistyakov, Roman, Methods And Apparatus For Generating Strongly-Ionized Plasmas With Ionizational Instabilities, U.S. Appl. No. 10/708,281, filed Feb. 22, 2004.

Chistyakov, Roman, Plasma Source With Segmented Cathode, U.S. Appl. No. 10/710,946, filed Aug. 13, 2004.

"Notification Of Transmittal Of The International Search Report Or The Declaration" For PCT/US03/34483, Apr. 8, 2004, 5 pages, The International Searching Authority/EPO, Rijswijk, The Netherlands.

US 5,863,392, 01/1999, Drummond et al. (withdrawn)

* cited by examiner



FIG. 1
PRIOR ART



FIG. 2A



FIG. 2B



FIG. 2C



FIG. 2D



FIG. 3



FIG. 4



FIG. 5A



FIG. 5B



FIG. 5C



FIG. 5D



FIG. 6A



FIG. 6B



FIG. 6C

FIG. 6D



FIG. 7



FIG. 8

US 7,604,716 B2

1

# METHODS AND APPARATUS FOR GENERATING HIGH-DENSITY PLASMA

## BACKGROUND OF INVENTION

Plasma is considered the fourth state of matter. A plasma is a collection of charged particles moving in random directions. A plasma is, on average, electrically neutral. One method of generating a plasma is to drive a current through a low-pressure gas between two parallel conducting electrodes. Once certain parameters are met, the gas "breaks down" to form the plasma. For example, a plasma can be generated by applying a potential of several kilovolts between two parallel conducting electrodes in an inert gas atmosphere (e.g., argon) at a pressure that is between about $10^{-1}$ and $10^{-2}$ Torr.

Plasma processes are widely used in many industries, such as the semiconductor manufacturing industry. For example, plasma etching is commonly used to etch substrate material and films deposited on substrates in the electronics industry. There are four basic types of plasma etching processes that are used to remove material from surfaces: sputter etching, pure chemical etching, ion energy driven etching, and ion inhibitor etching.

Plasma sputtering is a technique that is widely used for depositing films on substrates. Sputtering is the physical ejection of atoms from a target surface and is sometimes referred to as physical vapor deposition (PVD). Ions, such as argon ions, are generated and then are drawn out of the plasma, and are accelerated across a cathode dark space. The target has a lower potential than the region in which the plasma is formed. Therefore, the target attracts positive ions. Positive ions move towards the target with a high velocity. Positive ions impact the target and cause atoms to physically dislodge or sputter from the target. The sputtered atoms then propagate to a substrate where they deposit a film of sputtered target material. The plasma is replenished by electron-ion pairs formed by the collision of neutral molecules with secondary electrons generated at the target surface.

Magnetron sputtering systems use magnetic fields that are shaped to trap and to concentrate secondary electrons, which are produced by ion bombardment of the target surface. The plasma discharge generated by a magnetron sputtering system is located proximate to the surface of the target and has a high density of electrons. The high density of electrons causes ionization of the sputtering gas in a region that is close to the target surface.

## BRIEF DESCRIPTION OF DRAWINGS

This invention is described with particularity in the detailed description. The above and further advantages of this invention may be better understood by referring to the following description in conjunction with the accompanying drawings, in which like numerals indicate like structural elements and features in various figures. The drawings are not necessarily to scale, emphasis instead being placed upon illustrating the principles of the invention.

FIG. 1 illustrates a cross-sectional view of a known plasma generating apparatus having a radio-frequency (RF) power supply.

FIG. 2A through FIG. 2D illustrate cross-sectional views of a plasma generating apparatus having a pulsed power supply according to one embodiment of the invention.

FIG. 3 illustrates a graphical representation of the pulse power as a function of time for periodic pulses applied to the plasma in the plasma generating apparatus of FIG. 2A.

2

FIG. 4 illustrates graphical representations of the applied voltage, current, and power as a function of time for periodic pulses applied to the plasma in the plasma generating apparatus of FIG. 2A.

FIG. 5A through FIG. 5D illustrate various simulated magnetic field distributions proximate to the cathode for various electron ExB drift currents according to the present invention.

FIG. 6A through FIG. 6D illustrate cross-sectional views of various embodiments of plasma generating systems according to the present invention.

FIG. 7 illustrates a graphical representation of the pulse power as a function of time for periodic pulses applied to the plasma in the plasma generating system of FIG. 6A.

FIG. 8 is a flowchart of an illustrative method of generating a high-density plasma according to the present invention.

## DETAILED DESCRIPTION

FIG. 1 illustrates a cross-sectional view of a known plasma generating apparatus 100 having a radio-frequency (RF) power supply 102. The known plasma generating apparatus 100 includes a vacuum chamber 104 where the plasma 105 is generated. The vacuum chamber 104 is positioned in fluid communication with a vacuum pump 106 via a conduit 108. The vacuum pump 106 is adapted to evacuate the vacuum chamber 104 to high vacuum. The pressure inside the vacuum chamber 104 is generally less than $10^{-1}$ Torr. A feed gas from a feed gas source 109, such as an argon gas source, is introduced into the vacuum chamber 104 through a gas inlet 110. The gas flow is controlled by a valve 112.

The plasma generating apparatus 100 also includes a cathode 114. The cathode 114 is generally in the shape of a circular disk. The cathode 114 is electrically connected to a first terminal 118 of a blocking capacitor 120 with an electrical transmission line 122. A second terminal 124 of the blocking capacitor 120 is coupled to a first output 126 of the RF power supply 102. An insulator 128 can be used to pass the electrical transmission line 122 through a wall of the vacuum chamber 104 in order to electrically isolate the cathode 114 from the vacuum chamber 104.

An anode 130 is positioned in the vacuum chamber 104 proximate to the cathode 114. The anode 130 is typically coupled to ground using an electrical transmission line 132. A second output 134 of the RF power supply 102 is also typically coupled to ground. In order to isolate the anode 130 from the vacuum chamber 104, an insulator 136 can be used to pass the electrical transmission line 132 through a wall of the vacuum chamber 104. The vacuum chamber 104 can also be coupled to ground.

In operation, the RF power supply 102 applies a RF voltage pulse between the cathode 114 and the anode 130 that has a sufficient amplitude to ionize the argon feed gas in the vacuum chamber 104. A typical RF driving voltage is between 100V and 1000V, and the distance 138 between the cathode 114 and the anode is between about 2 cm and 10 cm. Typical pressures are in the range of 10 mTorr to 100 mTorr. Typical power densities are in the range of 0.1 W/cm$^2$ to 1 W/cm$^2$. The driving frequency is typically 13.56 MHz. Typical plasma densities are in the range of $10^8$ cm$^{-3}$ to $10^{11}$ cm$^{-3}$, and the electron temperature is on the order of 3 eV.

This typical ionization process is referred to as direct ionization or atomic ionization by electron impact and can be described as follows:

$$Ar + e^- \rightarrow Ar^+ + 2e^-$$

where Ar represents a neutral argon atom in the feed gas and e$^-$ represents an ionizing electron generated in response

US 7,604,716 B2

3

to the voltage applied between the cathode **114** and the anode **130**. The collision between the neutral argon atom and the ionizing electron results in an argon ion (Ar⁺) and two electrons.

The plasma discharge is maintained, at least in part, by secondary electron emission from the cathode. However, typical operating pressures must be relatively high so that the secondary electrons are not lost to the anode **130** or the walls of the chamber **104**. These pressures are not optimal for most plasma processes.

It is desirable to operate a plasma discharge at higher current densities, lower voltages, and lower pressures than can be obtained in a conventional glow discharge. This has led to the use of a DC magnetic field near the cathode **114** to confine the secondary electrons. Confining the secondary electrons substantially confines the plasma at a location (not shown) in the chamber **104** thereby increasing the plasma density at that location for a given input power, while reducing the overall loss area.

The magnetic confinement primarily occurs in a confinement region (not shown) where there is a relatively low magnetic field intensity. The shape and location of the confinement region depends on the design of the magnets. Generally, a higher concentration of positively charged ions in the plasma is present in the confinement region than elsewhere in the chamber **104**. Consequently, the uniformity of the plasma can be severely diminished in magnetically enhanced systems.

The non-uniformity of the plasma in magnetron sputtering systems can result in undesirable non-uniform erosion of target material and thus relatively poor target utilization. The non-uniformity of the plasma in magnetron etching systems can result in non-uniform etching of a substrate.

Dramatically increasing the RF power applied to the plasma alone will not result in the formation of a more uniform and denser plasma. Furthermore, the amount of applied power necessary to achieve even an incremental increase in uniformity and density can increase the probability of generating an electrical breakdown condition leading to an undesirable electrical discharge (an electrical arc) in the chamber **104**.

Pulsing direct current (DC) power applied to the plasma can be advantageous since the average discharge power can remain relatively low while relatively large power pulses are periodically applied. Additionally, the duration of these large voltage pulses can be preset so as to reduce the probability of establishing an electrical breakdown condition leading to an undesirable electrical discharge. An undesirable electrical discharge will corrupt the plasma process and can cause contamination in the vacuum chamber **104**. However, very large power pulses can still result in undesirable electrical discharges regardless of their duration.

FIG. **2A** through FIG. **2D** illustrate cross-sectional views of a plasma generating apparatus **200** having a pulsed power supply **202** according to one embodiment of the invention. For example, FIG. **2A** illustrates a cross-sectional view of a plasma generating apparatus **200** having a pulsed power supply **202** at a time before the pulsed power supply **202** is activated. In one embodiment, the plasma generating apparatus **200** includes a chamber (not shown), such as a vacuum chamber that supports the plasma. The chamber can be coupled to a vacuum system (not shown).

The plasma generating apparatus **200** also includes a cathode **204**. In one embodiment, the cathode **204** can be composed of a metal material such as stainless steel or any other material that does not chemically react with reactive gases. In another embodiment, the cathode **204** includes a target that

4

can be used for sputtering. The cathode **204** is coupled to an output **206** of a matching unit **208**. An input **210** of the matching unit **208** is coupled to a first output **212** of the pulsed power supply **202**. A second output **214** of the pulsed power supply **202** is coupled to an anode **216**. An insulator **218** isolates the anode **216** from the cathode **204**.

In one embodiment, the first output **212** of the pulsed power supply **202** is directly coupled to the cathode **204** (not shown). In one embodiment (not shown), the second output **214** of the pulsed power supply **202** is coupled to ground. In this embodiment, the anode **216** is also coupled to ground.

In one embodiment (not shown), the first output **212** of the pulsed power supply **202** couples a negative voltage impulse to the cathode **204**. In another embodiment (not shown), the second output **214** of the pulsed power supply **202** couples a positive voltage impulse to the anode **216**.

In one embodiment, the pulsed power supply **202** generates peak voltage levels of up to about 30,000V. Typical operating voltages are generally between about 50V and 30 kV. In one embodiment, the pulsed power supply **202** generates peak current levels of less than 1 A to about 5,000 A or more depending on the volume of the plasma. Typical operating currents varying from less than one hundred amperes to more than a few thousand amperes depending on the volume of the plasma. In one embodiment, the pulses generated by the pulsed power supply **202** have a repetition rate that is below 1 kHz. In one embodiment, the pulse width of the pulses generated by the pulsed power supply **202** is substantially between about one microsecond and several seconds.

The anode **216** is positioned so as to form a gap **220** between the anode **216** and the cathode **204** that is sufficient to allow current to flow through a region **222** between the anode **216** and the cathode **204**. In one embodiment, the width of the gap **220** is between approximately 0.3 cm and 10 cm. The surface area of the cathode **204** determines the volume of the region **222**. The gap **220** and the total volume of the region **222** are parameters in the ionization process as described herein.

In one embodiment, the plasma generating apparatus **200** includes a chamber (not shown), such as a vacuum chamber. The chamber is coupled in fluid communication to a vacuum pump (not shown) through a vacuum valve (not shown). In one embodiment, the chamber (not shown) is electrically coupled to ground potential. One or more gas lines **224** provide feed gas **226** from a feed gas source (not shown) to the chamber. In one embodiment, the gas lines **224** are isolated from the chamber and other components by insulators **228**. In other embodiments, the gas lines **224** can be isolated from the feed gas source using in-line insulating couplers (not shown). The gas source can be any feed gas **226** including but not limited to argon. In some embodiments, the feed gas **226** can include a mixture of different gases, reactive gases, or pure reactive gases. In some embodiments, the feed gas **226** includes a noble gas or a mixture of gases.

In operation, the feed gas **226** from the gas source is supplied to the chamber by a gas flow control system (not shown). Preferably, the feed gas **226** is supplied between the cathode **204** and the anode **216**. Directly injecting the feed gas **226** between the cathode **204** and the anode **216** can increase the flow rate of the feed gas **226**. This causes a rapid volume exchange in the region **222** between the cathode **204** and the anode **216**, which permits a high-power pulse having a longer duration to be applied across the gap **220**. The longer duration high-power pulse results in the formation of a higher density plasma. This volume exchange is described herein in more detail.

5

In one embodiment, the pulsed power supply **202** is a component in an ionization source that generates a weakly-ionized plasma **232**. Referring to FIG. 2B, after the feed gas is supplied between the cathode **204** and the anode **216**, the pulsed power supply **202** applies a voltage pulse between the cathode **204** and the anode **216**. In one embodiment, the pulsed power supply **202** applies a negative voltage pulse to the cathode **204**. The size and shape of the voltage pulse are chosen such that an electric field **230** develops between the cathode **204** and the anode **216**. The amplitude and shape of the electric field **230** are chosen such that a weakly-ionized plasma **232** is generated in the region **222** between the anode **216** and the cathode **204**.

The weakly-ionized plasma **232** is also referred to as a pre-ionized plasma. In one embodiment, the peak plasma density of the pre-ionized plasma is between about $10^6$ and $10^{12}$ cm$^{-3}$ for argon feed gas. The pressure in the chamber can vary from about $10^{-3}$ to 10 Torr or higher. The pressure can vary depending on various system parameters, such as the presence of a magnetic field proximate to the cathode **204**. The peak plasma density of the weakly-ionized plasma **232** depends on the properties of the specific plasma generating system and is a function of the location of the measurement in the weakly-ionized plasma **232**.

In one embodiment, to generate the weakly-ionized plasma **232**, the pulsed power supply **202** generates a low power pulse having an initial voltage of between about 100V and 5 kV with a discharge current of between about 0.1 A and 100 A. In some embodiments, the width of the pulse can be in on the order of 0.1 microseconds up to one hundred seconds. Specific parameters of the pulse are discussed herein in more detail.

In one embodiment, prior to the generation of the weakly-ionized plasma **232**, the pulsed power supply **202** generates a potential difference between the cathode **204** and the anode **216** before the feed gas **226** is supplied between the cathode **204** and the anode **216**. In another embodiment, the pulsed power supply **202** generates a current through the gap **220** after the feed gas **226** is supplied between the cathode **204** and the anode **216**.

In another embodiment, a direct current (DC) power supply (not shown) is used in an ionization source to generate and maintain the weakly-ionized or pre-ionized plasma **232**. In this embodiment, the DC power supply is adapted to generate a voltage that is large enough to ignite the weakly-ionized plasma **232**. In one embodiment, the DC power supply generates an initial voltage of several kilovolts that creates a plasma discharge voltage on the order of between about 100V and 1 kV with a discharge current in the range of about 0.1 A and 100 A between the cathode **204** and the anode **216** in order to generate and maintain the weakly-ionized plasma **232**. The value of the discharge current depends on the power level of the power supply and is a function of the volume of the weakly-ionized plasma **232**. Furthermore, the presence of a magnetic field (not shown) in the region **222** can have a dramatic effect on the value of the applied voltage and current required to generate the weakly-ionized plasma **232**.

In some embodiments (not shown), the DC power supply generates a current that is between about 1 mA and 100 A depending on the size of the plasma generating system and the strength of a magnetic field in a region **234**. In one embodiment, before generating the weakly-ionized plasma **232**, the DC power supply is adapted to generate and maintain an initial peak voltage between the cathode **204** and the anode **216** before the introduction of the feed gas **226**.

In another embodiment, an alternating current (AC) power supply (not shown) is used to generate and maintain the

6

weakly-ionized or pre-ionized plasma **232**. For example, the weakly-ionized or pre-ionized plasma **232** can be generated and maintained using electron cyclotron resonance (ECR), capacitively coupled plasma discharge (CCP), or inductively coupled plasma (ICP) discharge.

AC power supplies can require less power to generate and maintain a weakly-ionized plasma than a DC power supply. In addition, the pre-ionized or weakly-ionized plasma **232** can be generated by numerous other techniques, such as UV radiation techniques, X-ray techniques, electron beam techniques, ion beam techniques, or ionizing filament techniques. These techniques include components used in ionization sources according to the invention. In some embodiments, the weakly-ionized plasma is formed outside of the region **222** and then diffuses into the region **222**.

Forming the weakly-ionized or pre-ionized plasma **232** substantially eliminates the probability of establishing a breakdown condition in the chamber when high-power pulses are applied between the cathode **204** and the anode **216**. The probability of establishing a breakdown condition is substantially eliminated because the weakly-ionized plasma **232** has a low-level of ionization that provides electrical conductivity through the plasma. This conductivity substantially prevents the setup of a breakdown condition, even when high power is applied to the plasma.

In one embodiment, as the feed gas **226** is pushed through the region **222**, the weakly-ionized plasma **232** diffuses somewhat homogeneously through the region **234**. This homogeneous diffusion tends to facilitate the creation of a highly uniform strongly-ionized plasma in the region **234**.

In one embodiment (not shown), the weakly-ionized plasma **232** can be trapped proximate to the cathode **204** by a magnetic field. Specifically, electrons in the weakly-ionized plasma **232** can be trapped by a magnetic field generated proximate to the cathode **204**. In one embodiment, the strength of the magnetic field is between about fifty and two thousand gauss.

In one embodiment, a magnet assembly (not shown) generates the magnet field located proximate to the cathode **204**. The magnet assembly can include permanent magnets (not shown), or alternatively, electro-magnets (not shown). The configuration of the magnet assembly can be varied depending on the desired shape and strength of the magnetic field. In alternate embodiments, the magnet assembly can have either a balanced or unbalanced configuration. In one embodiment, the magnet assembly includes switching electro-magnets, which generate a pulsed magnetic field proximate to the cathode **204**. In some embodiments, additional magnet assemblies (not shown) can be placed at various locations around and throughout the chamber (not shown).

Referring to FIG. 2C, once the weakly-ionized plasma **232** is formed, the pulsed power supply **202** generates high-power pulses between the cathode **204** and the anode **216** (FIG. 2C). The desired power level of the high-power pulses depends on several factors including the density of the weakly-ionized plasma **232**, and the volume of the plasma, for example. In one embodiment, the power level of the high-power pulse is in the range of about 1 kW to about 10 MW or higher.

Each of the high-power pulses is maintained for a predetermined time that, in some embodiments, is approximately one microsecond to ten seconds. The repetition frequency or repetition rate of the high-power pulses, in some embodiments, is in the range of between about 0.1 Hz to 1 kHz. The average power generated by the pulsed power supply **202** can be less than one megawatt depending on the volume of the plasma. In one embodiment, the thermal energy in the cath-

US 7,604,716 B2

7

ode **204** and/or the anode **216** is conducted away or dissipated by liquid or gas cooling such as helium cooling (not shown).

The high-power pulses generate a strong electric field **236** between the cathode **204** and the anode **216**. The strong electric field **236** is substantially located in the region **222** between the cathode **204** and the anode **216**. In one embodiment, the electric field **236** is a pulsed electric field. In another embodiment, the electric field **236** is a quasi-static electric field. By quasi-static electric field we mean an electric field that has a characteristic time of electric field variation that is much greater than the collision time for electrons with neutral gas particles. Such a time of electric field variation can be on the order of ten seconds. The strength and the position of the strong electric field **236** will be discussed in more detail herein.

Referring to FIG. 2D, the high-power pulses generate a highly-ionized or a strongly-ionized plasma **238** from the weakly-ionized plasma **232** (FIG. 2C). The strongly-ionized plasma **238** is also referred to as a high-density plasma. The discharge current that is formed from the strongly-ionized plasma **238** can be on the order of about 5 kA or more with a discharge voltage in the range of between about 50V and 500V for a pressure that is on the order of between about 100 mTorr and 10 Torr.

In one embodiment, the strongly-ionized plasma **238** tends to diffuse homogenously in the region **234**. The homogenous diffusion creates a more homogeneous plasma volume. Homogenous diffusion is described in more detail with reference to FIG. 5A through FIG. 5D.

Homogeneous diffusion is advantageous for many plasma processes. For example, plasma etching processes having homogenous diffusion accelerate ions in the strongly-ionized plasma **238** towards the surface of the substrate (not shown) being etched in a more uniform manner than with conventional plasma etching. Consequently, the surface of the substrate is etched more uniformly. Plasma processes having homogeneous diffusion can achieve high uniformity without the necessity of rotating the substrate.

Also, magnetron sputtering systems having homogenous diffusion accelerate ions in the strongly-ionized plasma **238** towards the surface of the sputtering target in a more uniform manner than with conventional magnetron sputtering. Consequently, the target material is deposited more uniformly on a substrate without the necessity of rotating the substrate and/or the magnetron. Also, the surface of the sputtering target is eroded more evenly and, thus higher target utilization is achieved.

In one embodiment, the plasma generating apparatus **200** of the present invention generates a relatively high electron temperature plasma and a relatively high-density plasma. One application for the strongly-ionized plasma **238** of the present invention is ionized physical vapor deposition (IPVD) (not shown), which is a technique that converts neutral sputtered atoms into positive ions to enhance a sputtering process.

Referring again to FIG. 2D, the strong electric field **236** facilitates a multi-step ionization process of the feed gas **226** that substantially increases the rate at which the strongly-ionized plasma **238** is formed. In one embodiment, the feed gas is a molecular gas and the strong electric field **236** enhances the formation of ions in the plasma. The multi-step or stepwise ionization process is described as follows.

A pre-ionizing voltage is applied between the cathode **204** and the anode **216** across the feed gas **226** to form the weakly-ionized plasma **232**. The weakly-ionized plasma **232** is generally formed in the region **222** and diffuses to the region **234** as the feed gas **226** continues to flow. In one embodiment (not

8

shown) a magnetic field is generated in the region **222** and extends to the center of the cathode **204**. This magnetic field tends to assist in diffusing electrons from the region **222** to the region **234**. The electrons in the weakly-ionized plasma **232** are substantially trapped in the region **234** by the magnetic field. In one embodiment, the volume of weakly-ionized plasma in the region **222** is rapidly exchanged with a new volume of feed gas **226**.

After the formation of the weakly-ionized plasma **232** (FIG. 2C), the pulsed power supply **202** applies a high-power pulse between the cathode **204** and the anode **216**. This high-power pulse generates the strong electric field **236** in the region **222** between the cathode **204** and the anode **216**. The strong electric field **236** results in collisions occurring between neutral atoms **240**, electrons (not shown), and ions **242** in the weakly-ionized plasma **232**. These collisions generate numerous excited atoms **244** in the weakly-ionized plasma **232**.

The accumulation of excited atoms **244** in the weakly-ionized plasma **232** alters the ionization process. In one embodiment, the strong electric field **236** facilitates a multi-step ionization process of an atomic feed gas that significantly increases the rate at which the strongly-ionized plasma **238** is formed. The multi-step ionization process has an efficiency that increases as the density of excited atoms **244** in the weakly-ionized plasma **232** increases. The strong electric field **236** enhances the formation of ions of a molecular or atomic feed gas.

In one embodiment, the distance or gap **220** between the cathode **204** and the anode **216** is chosen so as to maximize the rate of excitation of the atoms. The value of the electric field **236** in the region **222** depends on the voltage level applied by the pulsed power supply **202** and the size of the gap **220** between the anode **216** and the cathode **204**. In some embodiments, the strength of the electric field **236** can vary between about 2V/cm and $10^5$ V/cm depending on various system parameters and operating conditions of the plasma system.

In some embodiments, the gap **220** can be between about 0.30 cm and about 10 cm depending on various parameters of the desired plasma. In one embodiment, the electric field **236** in the region **222** is rapidly applied to the pre-ionized or weakly-ionized plasma **232**. In some embodiments, the rapidly applied electric field **236** is generated by applying a voltage pulse having a rise time that is between about 0.1 microsecond and ten seconds.

In one embodiment, the dimensions of the gap **220** and the parameters of the applied electric field **236** are varied in order to determine the optimum condition for a relatively high rate of excitation of the atoms **240** in the region **222**. For example, an argon atom requires an energy of about 11.55 eV to become excited. Thus, as the feed gas **226** flows through the region **222**, the weakly-ionized plasma **232** is formed and the atoms **240** in the weakly-ionized plasma **232** experience a stepwise ionization process.

The excited atoms **244** in the weakly-ionized plasma **232** then encounter the electrons (not shown) that are in the region **234**. The excited atoms **244** only require about 4 eV of energy to ionize while neutral atoms **240** require about 15.76 eV of energy to ionize. Therefore, the excited atoms **244** will ionize at a much higher rate than the neutral atoms **240**. In one embodiment, ions **242** in the strongly-ionized plasma **238** strike the cathode **204** causing secondary electron emission from the cathode **204**. These secondary electrons interact with neutral **240** or excited atoms **244** in the strongly-ionized

US 7,604,716 B2

9

plasma **238**. This process further increases the density of ions **242** in the strongly-ionized plasma **238** as the feed gas **226** is exchanged.

The multi-step ionization process corresponding to the rapid application of the electric field **236** can be described as follows:

$$Ar + e^- \rightarrow Ar^* + e^-$$

$$Ar^* + e^- \rightarrow Ar^* + 2e^-$$

where Ar represents a neutral argon atom **240** in the feed gas **226** and $e^-$ represents an ionizing electron generated in response to a pre-ionized plasma **232**, when sufficient voltage is applied between the cathode **204** and the anode **216**. Additionally, Ar* represents an excited argon atom **244** in the weakly-ionized plasma **232**. The collision between the excited argon atom **244** and the ionizing electron results in an argon ion (Ar$^+$) and two electrons.

The excited argon atoms **244** generally require less energy to become ionized than neutral argon atoms **240**. Thus, the excited atoms **244** tend to more rapidly ionize near the surface of the cathode **204** than the neutral argon atoms **240**. As the density of the excited atoms **244** in the plasma increases, the efficiency of the ionization process rapidly increases. This increased efficiency eventually results in an avalanche-like increase in the density of the strongly-ionized plasma **238**. Under appropriate excitation conditions, the proportion of the energy applied to the weakly-ionized plasma **232**, which is transformed to the excited atoms **244**, is very high for a pulsed discharge in the feed gas **226**.

Thus, in one aspect of the invention, high-power pulses are applied to a weakly-ionized plasma **232** across the gap **220** to generate the strong electric field **236** between the anode **216** and the cathode **204**. This strong electric field **236** generates excited atoms **244** in the weakly-ionized plasma **232**. The excited atoms **244** are rapidly ionized by interactions with the secondary electrons that are emitted by the cathode **204**. The rapid ionization results in a strongly-ionized plasma **238** having a large ion density being formed in the area **234** proximate to the cathode **204**. The strongly-ionized plasma **238** is also referred to as a high-density plasma.

In one embodiment of the invention, a higher density plasma is generated by controlling the flow of the feed gas **226** in the region **222**. In this embodiment, a first volume of feed gas **226** is supplied to the region **222**. The first volume of feed gas **226** is then ionized to form a weakly-ionized plasma **232** in the region **222**. Next, the pulsed power supply **202** applies a high-power electrical pulse across the weakly-ionized plasma **232**. The high-power electrical pulse generates a strongly-ionized plasma **238** from the weakly-ionized plasma **232**.

The level and duration of the high-power electrical pulse is limited by the level and duration of the power that the strongly-ionized plasma **238** can absorb before the high-power discharge contracts and terminates. In one embodiment, the strength and the duration of the high-power electrical pulse are increased and thus the density of the strongly-ionized plasma **238** is increased by increasing the flow rate of the feed gas **226**.

In one embodiment, the strongly-ionized plasma **238** is transported through the region **222** by a rapid volume exchange of feed gas **226**. As the feed gas **226** moves through the region **222**, it interacts with the moving strongly-ionized plasma **238** and also becomes strongly-ionized from the applied high-power electrical pulse. The ionization process can be a combination of direct ionization and/or stepwise ionization as described herein. Transporting the strongly-

10

ionized plasma **238** through the region **222** by a rapid volume exchange of the feed gas **226** increases the level and the duration of the power that can be applied to the strongly-ionized plasma **238** and, thus, generates a higher density strongly-ionized plasma in the region **234**.

The efficiency of the ionization process can be increased by applying a magnetic field (not shown) proximate to the cathode **204**, as described herein. The magnetic field tends to trap electrons in the weakly-ionized plasma **232** and also tends to trap secondary electrons proximate to the cathode **204**. The trapped electrons ionize the excited atoms **244** generating the strongly-ionized plasma **238**. In one embodiment, the magnetic field is generated in the region **222** to substantially trap electrons in the area where the weakly-ionized plasma **232** is ignited.

In one embodiment, the plasma generating system **200** can be configured for plasma etching. In another embodiment, the plasma generating system **200** can be configured for plasma sputtering. In particular, the plasma generating system **200** can be used for sputtering magnetic materials. Known magnetron sputtering systems generally are not suitable for sputtering magnetic materials because the magnetic field generated by the magnetron can be absorbed by the magnetic target material. RF diode sputtering is sometimes used to sputter magnetic materials. However, RF diode sputtering generally has poor film thickness uniformity and relatively low deposition rates.

The plasma generating system **200** can be adapted to sputter magnetic materials by including a target assembly having a magnetic target material and by driving that target assembly with an RF power supply (not shown). For example, an RF power supply can provide an RF power that is on order of about 10 kW. A substantially uniform weakly-ionized plasma can be generated by applying RF power across a feed gas that is located proximate to the target assembly. The strongly-ionized plasma is generated by applying a strong electric field across the weakly-ionized plasma as described herein. The RF power supply applies a negative voltage bias to the target assembly. Ions in the strongly-ionized plasma bombard the target material thereby causing sputtering.

The plasma generating system **200** can also be adapted to sputter dielectric materials. Dielectric materials can be sputtered by driving a target assembly including a dielectric target material with an RF power supply (not shown). For example, an RF power supply can provide an RF power that is on order of about 10 kW. A substantially uniform weakly-ionized plasma can be generated by applying RF power across a feed gas that is located proximate to the target assembly.

In another embodiment, a DC power supply (not shown) is used to create a weakly-ionized plasma **232** according to the present invention. In this embodiment, the dielectric target material is positioned relative to the cathode **204** such that an area of the cathode **204** can conduct a direct current between the anode **216** and the cathode **204**.

In one embodiment, a magnetic field is generated proximate to the target assembly in order to trap electrons in the weakly-ionized plasma. The strongly-ionized plasma is generated by applying a strong electric field across the weakly-ionized plasma as described herein. The RF power supply applies a negative voltage bias to the target assembly. Ions in the strongly-ionized plasma bombard the target material thereby causing sputtering.

In one embodiment, a strongly-ionized plasma **238** according to the present invention is used to generate an ion beam. An ion beam source according to the present invention includes the plasma generating apparatus described herein and an additional electrode (not shown) that is used to accel-

US 7,604,716 B2

11

erate ions in the plasma. In one embodiment, the external electrode is a grid. The ion beam source according to the present invention can generate a very high-density ion flux. For example, the ion beam source can generate ozone flux. Ozone is a highly reactive oxidizing agent that can be used for many applications such as cleaning process chambers, deodorizing air, purifying water, and treating industrial wastes.

FIG. 3 illustrates a graphical representation 300 of the applied power of a pulse as a function of time for periodic pulses applied to the plasma in the plasma generating apparatus 200 of FIG. 2A. At time $t_0$, the feed gas 226 flows between the cathode 204 and the anode 216 before the pulsed power supply 202 is activated. The time required for a sufficient quantity of gas 226 to flow between the cathode 204 and the anode 216 depends on several factors including the flow rate of the gas 226 and the desired pressure in the region 222.

In one embodiment (not shown), the pulsed power supply 202 is activated before the feed gas 226 flows into the region 222. In this embodiment, the feed gas 226 is injected between the anode 216 and the cathode 204 where it is ignited by the pulsed power supply 202 to generate the weakly-ionized plasma 232.

In one embodiment, the feed gas 226 flows between the anode 216 and the cathode 204 between time $t_0$ and time $t_1$. At time $t_1$, the pulsed power supply 202 generates a pulse 302 between the cathode 204 and the anode 216 that has a power between about 0.01 kW and 100 kW depending on the volume of the plasma. The pulse 302 is sufficient to ignite the feed gas 226 to generate the weakly-ionized plasma 232.

In one embodiment (not shown), the pulsed power supply 202 applies a potential between the cathode 204 and the anode 216 before the feed gas 226 is delivered into the region 222. In this embodiment, the feed gas 226 is ignited as it flows between the cathode 204 and the anode 216. In other embodiments, the pulsed power supply 202 generates the pulse 302 between the cathode 204 and the anode 216 during or after the feed gas 226 is delivered into the region 222.

The power generated by the pulsed power supply 202 partially ionizes the feed gas 226 that is located in the region 222 between the cathode 204 and the anode 216. The partially ionized gas is also referred to as a weakly-ionized plasma or a pre-ionized plasma 232 (FIG. 2B). The formation of the weakly-ionized plasma 232 substantially eliminates the possibility of creating a breakdown condition when high-power pulses are applied to the weakly-ionized plasma 232 as described herein.

In one embodiment, the power is continuously applied for between about one microsecond and one hundred seconds to allow the pre-ionized plasma 232 to form and to be maintained at a sufficient plasma density. In one embodiment, the power from the pulsed power supply 202 is continuously applied after the weakly-ionized plasma 232 is ignited in order to maintain the weakly-ionized plasma 232. The pulsed power supply 202 can be designed so as to output a continuous nominal power in order to generate and sustain the weakly-ionized plasma 232 until a high-power pulse is delivered by the pulsed power supply 202.

At time $t_2$, the pulsed power supply 202 delivers a high-power pulse 304 across the weakly-ionized plasma 232. In some embodiments, the high-power pulse 304 has a power that is in the range of between about 1 kW and 10 MW depending on parameters of the plasma generating apparatus 200. The high-power pulse has a leading edge 306 having a rise time of between about 0.1 microseconds and ten seconds.

The high-power pulse 304 has a power and a pulse width that is sufficient to transform the weakly-ionized plasma 232

12

to a strongly-ionized plasma 238 (FIG. 2D). The strongly-ionized plasma 238 is also referred to as a high-density plasma. In one embodiment, the high-power pulse 304 is applied for a time that is in the range of between about ten microseconds and ten seconds. At time $t_4$, the high-power pulse 304 is terminated.

The power supply 202 maintains the weakly-ionized plasma 232 after the delivery of the high-power pulse 304 by applying background power that, in one embodiment, is between about 0.01 kW and 100 kW. The background power can be a pulsed or continuously applied power that maintains the pre-ionization condition in the plasma, while the pulsed power supply 202 prepares to deliver another high-power pulse 308.

At time $t_5$, the pulsed power supply 202 delivers another high-power pulse 308. The repetition rate between the high-power pulses 304, 308 is, in one embodiment, between about 0.1 Hz and 1 kHz. The particular size, shape, width, and frequency of the high-power pulses 304, 308 depend on various factors including process parameters, the design of the pulsed power supply 202, the design of the plasma generating apparatus 200, the volume of the plasma, and the pressure in the chamber. The shape and duration of the leading edge 306 and the trailing edge 310 of the high-power pulse 304 is chosen to sustain the weakly-ionized plasma 232 while controlling the rate of ionization of the strongly-ionized plasma 238.

In one embodiment, the particular size, shape, width, and frequency of the high-power pulse 304 is chosen to control the density of the strongly-ionized plasma 238. In one embodiment, the particular size, shape, width, and frequency of the high-power pulse 304 is chosen to control the etch rate of a substrate (not shown). In one embodiment, the particular size, shape, width, and frequency of the high-power pulse 304 is chosen to control the rate of sputtering of a sputtering target (not shown).

FIG. 4 illustrates graphical representations 320, 322, and 324 of the absolute value of applied voltage, current, and power, respectively, as a function of time for periodic pulses applied to the plasma in the plasma generating apparatus 200 of FIG. 2A. In one embodiment, at time $t_0$ (not shown), the feed gas 226 flows proximate to the cathode 204 before the pulsed power supply 202 is activated. The time required for a sufficient quantity of feed gas 226 to flow proximate to the cathode 204 depends on several factors including the flow rate of the feed gas 226 and the desired pressure in the region 222.

In the embodiment shown in FIG. 4, the power supply 202 generates a constant power. At time $t_1$, the pulsed power supply 202 generates a voltage 326 across the anode 216 and the cathode 204. In one embodiment, the voltage 326 is approximately between 100V and 5 kV. The period between time $t_0$ and time $t_1$ (not shown) can be on the order of several microseconds up to several milliseconds. At time $t_1$, the current 328 and the power 330 have constant value.

Between time $t_1$ and time $t_2$, the voltage 326, the current 328, and the power 330 remain constant as the weakly-ionized plasma 232 (FIG. 2B) is generated. The voltage 332 at time $t_2$ is between about 100V and 5 kV. The current 334 at time $t_2$ is between about 0.1 A and 10 A. The power 336 delivered at time $t_2$ is between about 0.01 kW and 100 kW.

The power 336 generated by the pulsed power supply 202 partially ionizes the gas 226 that is located in the region 222 between the cathode 204 and the anode 216. The partially ionized gas is also referred to as a weakly-ionized plasma or a pre-ionized plasma 232. As described herein, the formation of weakly-ionized plasma 232 substantially eliminates the possibility of creating a breakdown condition when high-

US 7,604,716 B2

13

power pulses are applied to the weakly-ionized plasma 232. The suppression of this breakdown condition substantially eliminates the occurrence of undesirable arcing between the anode 216 and the cathode 204.

In one embodiment, the period between time $t_1$ and time $t_2$ is between about one microsecond and one hundred seconds to allow the pre-ionized plasma 232 to form and be maintained at a sufficient plasma density. In one embodiment, the power 336 from the pulsed power supply 202 is continuously applied to maintain the weakly-ionized plasma 232. The pulsed power supply 202 can be designed so as to output a continuous nominal power into order to sustain the weakly-ionized plasma 232.

Between time $t_2$ and time $t_3$, the pulsed power supply 202 delivers a large voltage pulse 338 across the weakly-ionized plasma 232. In some embodiments, the large voltage pulse 338 has a voltage that is in the range of 200V to 30 kV. In some embodiments, the period between time $t_2$ and time $t_3$ is between about 0.1 microseconds and ten seconds. The large voltage pulse 338 is applied between time $t_3$ and time $t_4$, before the current across the weakly-ionized plasma 232 begins to increase. In one embodiment, the period between time $t_3$ and time $t_4$ can be between about ten nanoseconds and one microsecond.

Between time $t_4$ and time $t_5$, the voltage 340 drops as the current 342 increases. The power 344 also increases between time $t_4$ and time $t_5$, until a quasi-stationary state exists between the voltage 346 and the current 348. The period between time $t_4$ and time $t_5$ can be on the order of hundreds of nanoseconds.

In one embodiment, at time $t_5$, the voltage 346 is between about 50V and 30 kV thousand volts, the current 348 is between about 10 A and 5 kA and the power 350 is between about 1 kW and 10 MW. The power 350 is continuously applied to the plasma until time $t_6$. In one embodiment, the period between time $t_5$ and time $t_6$ is approximately between one microsecond and ten seconds.

The pulsed power supply 202 delivers a high-power pulse having a maximum power 350 and a pulse width that is sufficient to transform the weakly-ionized plasma 232 to a strongly-ionized plasma 238 (FIG. 2D). At time $t_6$, the maximum power 350 is terminated. In one embodiment, the pulsed power supply 202 continues to supply a background power that is sufficient to maintain the plasma after time $t_6$.

In one embodiment, the power supply 202 maintains the plasma after the delivery of the high-power pulse by continuing to apply a power 352 that can be between about 0.01 kW and 100 kW to the plasma. The continuously generated power maintains the pre-ionization condition in the plasma, while the pulsed power supply 202 prepares to deliver the next high-power pulse.

At time $t_7$, the pulsed power supply 202 delivers the next high-power pulse (not shown). In one embodiment, the repetition rate between the high-power pulses is between about 0.1 Hz and 1 kHz. The particular size, shape, width, and frequency of the high-power pulses depend on various factors including process parameters, the design of the pulsed power supply 202, the design of the plasma generating system 200, the volume of plasma, the density of the strongly-ionized plasma 238, and the pressure in the region 222.

In another embodiment (not shown), the power supply 202 generates a constant voltage. In this embodiment, the applied voltage 320 is continuously applied from time $t_2$ until time $t_6$. The current 322 and the power 324 rise until time $t_6$ in order to maintain a constant voltage level, and then the voltage 320 is terminated. The parameters of the current, power and voltage are optimized for generating exited atoms.

14

In one embodiment of the invention, the efficiency of the ionization process is increased by generating a magnetic field proximate to the cathode 204. The magnetic field tends to trap electrons in the weakly-ionized plasma 232 proximate to the cathode 204. The trapped electrons ionize the excited atoms 244 thereby generating the strongly-ionized plasma 238. In this embodiment, magnetically enhanced plasma has strong diamagnetic properties. The term "strong diamagnetic properties" means that the magnetically enhanced high-density plasma discharge tends to exclude external magnetic fields from the plasma volume.

FIG. 5A through FIG. 5D illustrate various simulated magnetic field distributions 400, 402, 404, and 406 proximate to the cathode 204 for various electron ExB drift currents in a magnetically enhanced plasma generating apparatus according to one embodiment of the invention. The magnetically enhanced plasma generating apparatus includes a magnet assembly 407 that is positioned proximate to the cathode 204. The magnet assembly 407 generates a magnetic field proximate to the cathode 204. In one embodiment, the strength of the magnetic field is between about fifty and two thousand gauss. The simulated magnetic fields distributions 400, 402, 404, and 406 indicate that high-power plasmas having high current density tend to diffuse homogeneously in an area 234' of the magnetically enhanced plasma generating apparatus.

The high-power pulses between the cathode 204 and the anode 216 generate secondary electrons from the cathode 204 that move in a substantially circular motion proximate to the cathode 204 according to crossed electric and magnetic fields. The substantially circular motion of the electrons generates an electron ExB drift current. The magnitude of the electron ExB drift current is proportional to the magnitude of the discharge current in the plasma and, in one embodiment, is approximately in the range of between about three and ten times the magnitude of the discharge current.

In one embodiment, the substantially circular electron ExB drift current generates a magnetic field that interacts with the magnetic field generated by the magnet assembly 407. In one embodiment, the magnetic field generated by the electron ExB drift current has a direction that is substantially opposite to the magnetic field generated by the magnet assembly 407. The magnitude of the magnetic field generated by the electron ExB drift current increases with increased electron ExB drift current. The homogeneous diffusion of the strongly-ionized plasma in the region 234' is caused, at least in part, by the interaction of the magnetic field generated by the magnet assembly 407 and the magnetic field generated by the electron ExB drift current.

In one embodiment, the electron ExB drift current defines a substantially circular shape for low current density plasma. However, as the current density of the plasma increases, the substantially circular electron ExB drift current tends to have a more complex shape as the interaction of the magnetic field generated by the magnet assembly 407, the electric field generated by the high-power pulse, and the magnetic field generated by the electron ExB drift current becomes more acute. For example, in one embodiment, the electron ExB drift current has a substantially cycloidal shape. The exact shape of the electron ExB drift current can be quite elaborate and depends on various factors.

For example, FIG. 5A illustrates the magnetic field lines 408 produced from the interaction of the magnet assembly 407 and the magnetic field generated by an electron ExB drift current 410 illustrated by a substantially circularly shaped ring. The electron ExB drift current 410 is generated proximate to the cathode 204.

US 7,604,716 B2

15

In the example shown in FIG. 5A, the electron ExB drift current 410 is approximately 100 A. In one embodiment of the invention, the electron ExB drift current 410 is between approximately three and ten times as great as the discharge current. Thus, in the example shown in FIG. 5A, the discharge current is approximately between 10 A and 30 A. The magnetic field lines 408 shown in FIG. 5A indicate that the magnetic field generated by the magnet assembly 407 is substantially undisturbed by the relatively small magnetic field that is generated by the relatively small electron ExB drift current 410.

FIG. 5B illustrates the magnetic field lines 412 produced from the interaction of the magnetic field generated by the magnet assembly 407 and the magnetic field generated by an electron ExB drift current 414. The electron ExB drift current 414 is generated proximate to the cathode 204. In the example shown in FIG. 5B, the electron ExB drift current 414 is approximately 300 A. Since the electron ExB drift current 414 is typically between about three and ten times as great as the discharge current, the discharge current in this example is approximately between 30 A and 100 A.

The magnetic field lines 412 that are generated by the magnet assembly 407 are substantially undisturbed by the relatively small magnetic field generated by the relatively small electron ExB drift current 414. However, the magnetic field lines 416 that are closest to the electron ExB drift current 414 are somewhat distorted by the magnetic field generated by the electron ExB drift current 414. The distortion suggests that a larger electron ExB drift current should generate a stronger magnetic field that will interact more strongly with the magnetic field generated by the magnet assembly 407.

FIG. 5C illustrates the magnetic field lines 418 that are produced from the interaction of the magnetic field generated by the magnet assembly 407 and the magnetic field generated by an electron ExB drift current 420. The electron ExB drift current 420 is generated proximate to the cathode 204. In the example shown in FIG. 5C, the electron ExB drift current 420 is approximately 1,000 A. Since the electron ExB drift current 420 is typically between about three and ten times as great as the discharge current, the discharge current in this example is approximately between 100 A and 300 A.

The magnetic field lines 418 that are generated by the magnet assembly 407 exhibit substantial distortion that is caused by the relatively strong magnetic field generated by the relatively large electron ExB drift current 420. Thus, the larger electron ExB drift current 420 generates a stronger magnetic field that strongly interacts with and can begin to dominate the magnetic field generated by the magnet assembly 407.

The interaction of the magnetic field generated by the magnet assembly 407 and the magnetic field generated by the electron ExB drift current 420 generates magnetic field lines 422 that are somewhat more parallel to the surface of the cathode 204 than the magnetic field lines 408, 412, and 416 in FIG. 5A and FIG. 5B. The magnetic field lines 422 allow the strongly-ionized plasma 238 to more uniformly distribute itself in the area 234'. Thus, the strongly-ionized plasma 238 is substantially uniformly diffused in the area 234'.

FIG. 5D illustrates the magnetic field lines 424 produced from the interaction of the magnetic field generated by the magnet assembly 407 and the magnetic field generated by an electron ExB drift current 426. The electron ExB drift current 426 is generated proximate to the cathode 204. In the example shown in FIG. 5D, the electron ExB drift current 426 is approximately 5 kA. The discharge current in this example is approximately between 500 A and 1,700 A.

16

The magnetic field lines 424 generated by the magnet assembly 407 are relatively distorted due to their interaction with the relatively strong magnetic field generated by the relatively large electron ExB drift current 426. Thus, in this embodiment, the relatively large electron ExB drift current 426 generates a very strong magnetic field that is stronger than the magnetic field generated by the magnet assembly 407.

FIG. 6A through FIG. 6D illustrate cross-sectional views of alternative embodiments of plasma generating systems 200', 200", 200''' and 200'''', according to the present invention. The plasma generating system 200' of FIG. 6A includes an electrode 452 that generates a weakly-ionized or pre-ionized plasma. The electrode 452 is also referred to as a pre-ionizing filament electrode and is a component in an ionization source that generates the weakly-ionized plasma.

In one embodiment, the electrode 452 is coupled to an output 454 of a power supply 456. The power supply 456 can be a DC power supply or an AC power supply. An insulator 458 isolates the electrode 452 from the anode 216. In one embodiment, the electrode 452 is substantially shaped in the form of a ring electrode. In other embodiments, the electrode 452 is substantially shaped in a linear form or any other shape that is suitable for pre-ionizing the plasma.

In one embodiment, a second output 460 of the power supply 456 is coupled to the cathode 204. The insulator 218 isolates the cathode 204 from the anode 216. In one embodiment, the power supply 456 generates an average output power that is in the range of between about 0.01 kW and 100 kW. Such an output power is sufficient to generate a suitable current between the electrode 452 and the cathode 204 to pre-ionize feed gas 226 that is located proximate to the electrode 452.

In operation, the plasma generating apparatus 200' functions in a similar manner to the plasma generating apparatus 200 of FIG. 2A, but with some operational differences. In one embodiment (not shown) a magnetic field is generated proximate to the cathode 204. In one embodiment, the strength of the magnetic field is between about fifty and two thousand gauss. The feed gas 226 is supplied proximate to the electrode 452 and the cathode 204.

The power supply 456 applies a suitable current between the cathode 204 and the electrode 452. The parameters of the current are chosen to establish a weakly-ionized plasma in the region 234 proximate to the electrode 452. In one embodiment, the power supply 456 generates a voltage of between about 100V and 5 kV with a discharge current that is between about 0.1 A and 100 A depending on the size of the system. An example of specific parameters of the voltage will be discussed herein in more detail in connection with FIG. 7.

In one embodiment, the resulting pre-ionized plasma density is in the range between approximately $10^6$ and $10^{12}$ cm$^{-3}$ for argon sputtering gas. In one embodiment, the pressure in the region 234 is in the range of approximately $10^{-3}$ to 10 Torr or higher. The pressure can vary depending on various system parameters, such as the presence of a magnetic field proximate to the cathode 204. As previously discussed, the weakly-ionized or pre-ionized plasma substantially eliminates the possibility of establishing a breakdown condition between the cathode 204 and the anode 216 when high-power pulses are applied to the plasma.

The pulsed power supply 202 then generates a high-power pulse between the cathode 204 and the anode 216. The high-power pulse generates a strongly-ionized plasma from the weakly-ionized plasma. The parameters of the high-power

US 7,604,716 B2

17

pulse depend on various parameters including the volume of the plasma, the desired plasma density, and the pressure in the region 234.

In one embodiment, the high-power pulse between the cathode 204 and the anode 216 is in the range of about 1 kW to about 10 MW. In one embodiment, the discharge current density that can be generated from the strongly-ionized plasma is greater than about 1 A/cm² for a pressure of approximately 10 mTorr.

In one embodiment, the high-power pulse has a pulse width that is in the range of approximately one microsecond to several seconds. In one embodiment, the repetition rate of the high-power discharge is in the range of between about 0.1 Hz to 10 kHz. In one embodiment, the average power generated by the pulsed power supply is less than 1 MW depending on the size of the system. In one embodiment, the thermal energy in the cathode 204 and/or the anode 216 can be conducted away or dissipated by liquid or gas cooling (not shown).

In one embodiment (not shown), a magnetic field is generated proximate to the cathode 204. The strongly-ionized plasma tends to diffuse homogeneously in the area 234 due to the interaction of generated magnetic fields, as described herein in connection with FIG. 5A though FIG. 5D.

FIG. 6B is a cross-sectional view of another embodiment of a plasma generating apparatus 200″ according to the present invention. This embodiment is similar to the plasma generating apparatus 200′ of FIG. 6A. However, in this embodiment, the electrode 452′, which is a component of the ionization source, substantially surrounds the cathode 204. The position of the electrode 452′ relative to the cathode 204 is chosen to achieve particular electrical conditions in the gap 220 between the anode 216 and the cathode 204.

For example, a distance 462 between the electrode 452′ and the cathode 204 can be varied by changing the diameter of the electrode 452′. In one embodiment, the distance 462 can be varied from about 0.1 cm to about 10 cm. The distance 462 can be optimized to generate a sustainable weakly-ionized plasma in the region 234. The vertical position of the electrode 452′ relative to the cathode 204 can also be varied.

The pre-ionizing electrode 452′ is not physically located in the region 222 between the anode 216 and the cathode 204. Therefore, the pre-ionizing electrode 452′ does not interfere with the strong electric field that results when a high-power pulse from the pulsed power supply 202 is applied between the anode 216 and the cathode 204. Additionally, the location of the pre-ionizing electrode 452′ results in a more uniformly distributed weakly-ionized plasma in the region 234.

In operation, the power supply 456 applies a voltage between the cathode 204 and the electrode 452′. The voltage generates a weakly-ionized or pre-ionized plasma proximate to the electrode 452′ and the cathode 204. The pre-ionized plasma substantially eliminates the possibility of establishing a breakdown condition when high-power pulses from the pulsed power supply 202 are applied to the plasma.

In one embodiment, the power supply 456 is a DC power supply that generates a DC voltage that is in the range of between about 100V and 5 kV with a discharge current that is in the range of between about 0.1 A and 100 A. In another embodiment, the power supply 456 is an AC power supply that generates voltage pulses between the cathode 204 and the electrode 452′.

FIG. 6C is a cross-sectional view of another embodiment of a plasma generating apparatus 200‴ according to the present invention. The configuration of the electrode 452 and the cathode 204′ can affect the parameters of the electric field generated between the electrode 452 and the cathode 204′. The parameters of the electric field can influence the ignition

18

of the pre-ionized plasma as well as the pre-ionization process generally. This embodiment creates the necessary conditions for breakdown of the feed gas and ignition of the weakly-ionized plasma in the region 222 between the anode 216 and the cathode 204′.

In the embodiment illustrated by FIG. 6C, the electric field lines (not shown) generated between the cathode 204′ and the electrode 452 are substantially perpendicular to the cathode 204′ at the point 470 on the cathode 204′. The electric field in the gap 472 between the electrode 452 and the cathode 204′ is adapted to ignite the plasma from the feed gas 226 flowing through the gap 472. The efficiency of the pre-ionization process can be increased using this embodiment depending upon parameters, such as the magnetic field strength and the pressure in the area proximate to the cathode 204′.

FIG. 6D is a cross-sectional view of another embodiment of a plasma generating apparatus 200‴ according to the present invention. In this embodiment, the electric field lines (not shown) generated between the cathode 204″ and the electrode 452 are substantially perpendicular to the cathode 204″ at the point 474. The electric field in the gap 476 between the electrode 452 and the cathode 204″ is adapted to ignite the plasma from the feed gas 226 flowing through the gap 476. The efficiency of the pre-ionization process can be increased using this embodiment depending upon parameters, such as the magnetic field strength and the pressure in the area proximate to the cathode 204″.

FIG. 7 illustrates a graphical representation 500 of the pulse power as a function of time for periodic pulses applied to the plasma in the plasma generating system 200′ of FIG. 6A. In one embodiment, the feed gas 226 flows in the region 222 proximate to the electrode 452 at time $t_0$, before either the power supply 456 or the pulsed power supply 202 are activated.

In another embodiment, the power supply 456 and/or the pulsed power supply 202 are activated at time $t_0$ before the gas 226 flows in the region 222 proximate to the electrode 452. In this embodiment, the feed gas 226 is injected between the electrode 452 and the cathode 204 where it is ignited by the power supply 456 to generate the weakly-ionized plasma.

The time required for a sufficient quantity of gas 226 to flow into the region 222 depends on several factors including the flow rate of the gas 226 and the desired operating pressure. At time $t_1$, the power supply 456 generates a power 502 that is in the range of between about 0.01 kW to about 100 kW between the electrode 452 and the cathode 204. The power 502 causes the gas 226 proximate to the electrode 452 to become partially ionized, thereby generating a weakly-ionized plasma or a pre-ionized plasma.

At time $t_2$, the pulsed power supply 202 delivers a high-power pulse 504 to the weakly-ionized plasma that is on the order of less than 1 kW to about 10 MW depending on the volume of the plasma and the operating pressure. The high-power pulse 504 is sufficient to transform the weakly-ionized plasma to a strongly-ionized plasma. The high-power pulse has a leading edge 506 having a rise time that is between about 0.1 microseconds and ten seconds.

In one embodiment, the pulse width of the high-power pulse 504 is in the range of between about one microsecond and ten seconds. The high-power pulse 504 is terminated at time $t_4$. Even after the delivery of the high-power pulse 504, the power 502 from the power supply 456 is continuously applied to sustain the pre-ionized plasma, while the pulsed power supply 202 prepares to deliver another high-power pulse 508. In another embodiment (not shown), the power supply 456 is an AC power supply and delivers suitable power pulses to ignite and sustain the weakly-ionized plasma.

US 7,604,716 B2

19

At time $t_5$, the pulsed power supply 202 delivers another high-power pulse 508. In one embodiment, the repetition rate of the high-power pulses can be between about 0.1 Hz and 10 kHz. The particular size, shape, width, and frequency of the high-power pulse depend on the process parameters, such as the operating pressure, the design of the pulsed power supply 202, the presence of a magnetic field proximate to the cathode 204, and the volume of the plasma. The shape and duration of the leading edge 506 and the trailing edge 510 of the high-power pulse 504 is chosen to control the rate of ionization of the strongly-ionized plasma.

FIG. 8 is a flowchart 600 of an illustrative process of generating a high-density or strongly-ionized plasma according to the present invention. The process is initiated (step 602) by activating various systems in the plasma generating apparatus 200 of FIG. 2A. For example, a chamber (not shown) is initially pumped down to a specific pressure (step 604). Next, the pressure in the chamber is evaluated (step 606). In one embodiment, feed gas 226 is then pumped into the chamber (step 608). The gas pressure is evaluated (step 610). If the gas pressure is correct, the pressure in the chamber is again evaluated (step 612).

An appropriate magnetic field is generated proximate to the feed gas 226 (not shown) when the pressure in the chamber is correct. In one embodiment, a magnet assembly (not shown) can include at least one permanent magnet, and thus the magnetic field is generated constantly, even before the process is initiated. In another embodiment, a magnetic assembly (not shown) includes at least one electromagnet, and thus the magnetic field is generated only when the electromagnet is operating.

The feed gas 226 is ionized to generate a weakly-ionized plasma 232 (step 614). In one embodiment, the weakly-ionized plasma 232 can be generated by creating a relatively low current discharge in the gap 220 between the cathode 204 and the anode 216 of FIG. 2A. In another embodiment, the weakly-ionized plasma 232 can be generated by creating a relatively low current discharge between the electrode 452 and the cathode 204 of FIG. 6A. In yet another embodiment (not shown), an electrode is heated to emit electrons proximate to the cathode 204. In this embodiment, a relatively low current discharge is created between the anode 216 and the electrode in order to generate the weakly-ionized plasma 232.

In the embodiment shown in FIG. 2A, the weakly-ionized plasma 232 is generated by applying a potential across the gap 220 between the cathode 204 and the anode 216 before the introduction of the feed gas 226. In the embodiment shown in FIG. 6A, the weakly-ionized plasma 232 is generated by applying a potential difference between the electrode 452 and the cathode 204 before the introduction of the feed gas 226 to generate the weakly-ionized plasma 232.

After the gas is weakly-ionized (step 616), a strongly-ionized plasma 238 (FIG. 2D) is generated from the weakly-ionized plasma 232 (step 618). In one embodiment, the strongly-ionized plasma 238 is generated by applying a high-power pulse between the cathode 204 and the anode 216. The high-power pulse results in a strong electric field 236 being generated in the gap 220 between the anode 216 and the cathode 204 as described herein. The strong electric field 236 results in a stepwise ionization process of the feed gas 226. In one embodiment, molecular gases are used for the feed gas 226. In this embodiment, the strong electric field 236 increases the formation of ions, which enhances the strongly-ionized plasma 238. In one embodiment, the strongly-ionized plasma 238 is substantially homogeneous in the area 234 of FIG. 2D.

20

After the strongly-ionized plasma 238 is formed (step 620), it is maintained as required by the plasma process (step 622). Once the plasma process is completed (step 624), the plasma process is ended (step 626).

Equivalents

While the invention has been particularly shown and described with reference to specific preferred embodiments, it should be understood by those skilled in the art that various changes in form and detail may be made therein without departing from the spirit and scope of the invention as defined herein.

What is claimed is:

1. An apparatus for generating a strongly-ionized plasma, the apparatus comprising:

a. an ionization source that generates a weakly-ionized plasma from a feed gas contained in a chamber, the weakly-ionized plasma substantially eliminating the probability of developing an electrical breakdown condition in the chamber; and

b. a power supply that supplies power to the weakly-ionized plasma though an electrical pulse that is applied across the weakly-ionized plasma, the electrical pulse having at least one of a magnitude and a rise-time that is sufficient to transform the weakly-ionized plasma to a strongly-ionized plasma without developing an electrical breakdown condition in the chamber.

2. The apparatus of claim 1 wherein the pulsed power supply is a component in the ionization source.

3. The apparatus of claim 1 wherein the ionization source is chosen from the group comprising an electrode coupled to a DC power supply, an electrode coupled to an AC power supply, a UV source, an X-ray source, an electron beam source, an ion beam source, an inductively coupled plasma source, a capacitively coupled plasma source, and a microwave plasma source.

4. The apparatus of claim 1 wherein the power supply generates a constant power.

5. The apparatus of claim 1 wherein the power supply generates a constant voltage.

6. The apparatus of claim 1 wherein the power supply supplies power to the weakly ionized plasma at a time that is between about fifty microsecond and five second after the ionization source generates the weakly-ionized plasma.

7. The apparatus of claim 1 wherein the power supply supplies power to the weakly ionized plasma for a duration that is sufficient to generate a quasi-static electric field across the weakly-ionized plasma.

8. The apparatus of claim 1 wherein the cathode is generally formed in the shape of at least one circular disk.

9. The apparatus of claim 1 wherein the ionization source generates the weakly-ionized plasma from a reactive feed gas contained in a chamber.

10. The apparatus of claim 1 further comprising a magnet that is positioned to generate a magnetic field proximate to the weakly-ionized plasma, the magnetic field trapping electrons in the weakly-ionized plasma.

11. The apparatus of claim 10 wherein the magnet generates a magnetic field that is shaped to trap secondary electrons that are produced by ion bombardment.

12. The apparatus of claim 1 further comprising a gas line that is coupled to the chamber, the gas line supplying feed gas to the strongly-ionized plasma that transports the strongly-ionized plasma by a rapid volume exchange.

13. The apparatus of claim 12 wherein the gas volume exchange permits additional power to be absorbed by the strongly-ionized plasma.

US 7,604,716 B2

21

**14.** A method for generating a strongly-ionized plasma, the method comprising:

   a. ionizing a feed gas in a chamber to form a weakly-ionized plasma that substantially eliminates the probability of developing an electrical breakdown condition in the chamber; and

   b. supplying an electrical pulse across the weakly-ionized plasma that excites atoms in the weakly-ionized plasma, thereby generating a strongly-ionized plasma without developing an electrical breakdown condition in the chamber.

**15.** The method of claim **14** wherein the ionizing the feed gas comprises exposing the feed gas to one of a static electric field, a pulsed electric field, UV radiation, X-ray radiation, electron beam radiation, and an ion beam.

**16.** The method of claim **14** wherein at least one of a rise time and magnitude of the electrical pulse supplied across the weakly-ionized plasma is selected to increase a density of the weakly-ionized plasma.

**17.** The method of claim **14** wherein at least one of a rise time and magnitude of the electrical pulse supplied across the weakly-ionized plasma is selected to excite atoms in the weakly-ionized plasma to generate secondary electrons that increase an ionization rate of the weakly-ionized plasma.

**18.** The method of claim **14** wherein at least one of a rise time and magnitude of the electrical pulse supplied across the weakly-ionized plasma is selected to improve uniformity of the strongly-ionized plasma.

**19.** The method of claim **14** further comprising supplying feed gas to the strongly-ionized plasma to transport the strongly-ionized plasma by a rapid volume exchange.

**20.** The method of claim **19** wherein the transport of the strongly-ionized plasma by the rapid volume exchange permits additional power to be absorbed by the strongly-ionized plasma.

**21.** The method of claim **14** wherein the supplying the electrical pulse comprises applying a quasi-static electric field across the weakly-ionized plasma.

**22.** The method of claim **14** wherein the electrical pulse comprises a rise time that is between about 0.1 microsecond and 10 seconds.

**23.** The method of claim **14** wherein a peak plasma density of the weakly-ionized plasma is less than about $10^{12}$ cm$^{-3}$.

**24.** The method of claim **14** wherein the peak plasma density of the strongly-ionized plasma is greater than about $10^{12}$ cm$^{-3}$.

**25.** The method of claim **14** further comprising generating a magnetic field proximate to the weakly-ionized plasma, the magnetic field trapping electrons in the weakly-ionized plasma.

22

**26.** An apparatus for generating a strongly-ionized plasma, the apparatus comprising:

   a. an anode;

   b. a cathode that is positioned adjacent to the anode;

   c. an ionization source that generates a weakly-ionized plasma proximate to the cathode, the weakly-ionized plasma substantially eliminating the probability of developing an electrical breakdown condition between the anode and the cathode; and

   d. a power supply that is electrically coupled to the anode and to the cathode, the power supply generating an electric field that excites atoms in the weakly-ionized plasma, thereby forming a strongly-ionized plasma without developing an electrical breakdown condition in the chamber.

**27.** The apparatus of claim **26** wherein the ionization source is chosen from the group comprising an electrode coupled to a DC power supply, an electrode coupled to an AC power supply, a UV source, an X-ray source, an electron beam source, an ion beam source, an inductively coupled plasma source, a capacitively coupled plasma source, and a microwave plasma source.

**28.** The apparatus of claim **26** wherein the anode and the cathode form a gap there between.

**29.** The apparatus of claim **28** wherein a dimension of the gap between the anode and the cathode is chosen to increase an ionization rate of the excited atoms in the weakly-ionized plasma.

**30.** The apparatus of claim **26** wherein at least one of a rise time and an amplitude of the electric field is chosen to increase an ionization rate of the excited atoms in the weakly-ionized plasma.

**31.** The apparatus of claim **26** wherein at least one of a rise time and an amplitude of the electric field is chosen to increase uniformity of the strongly-ionized plasma proximate to the cathode.

**32.** The apparatus of claim **26** further comprising a magnet that is positioned to generate a magnetic field proximate to the weakly-ionized plasma, the magnetic field trapping electrons in the weakly-ionized plasma proximate to the cathode.

**33.** An apparatus for generating a strongly-ionized plasma, the apparatus comprising:

   a. means for ionizing a feed gas in a chamber to form a weakly-ionized plasma that substantially eliminates the probability of developing an electrical breakdown condition in the chamber; and

   b. means for supplying an electrical pulse across the weakly-ionized plasma to transform the weakly-ionized plasma to a strongly-ionized plasma without developing an electrical breakdown condition in the chamber.

\*   \*   \*   \*   \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 7,604,716 B2                                                    Page 1 of  1
APPLICATION NO. : 10/897257
DATED               : October 20, 2009
INVENTOR(S)      : Chistyakov

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:


On the Title Page please add the following information to the Patent:

Item (63)
Related U.S. Application Data
Continuation of USSN 10/065,629, filed November 4, 2002, now U.S. Patent No. 6,853,142


Signed and Sealed this

Fifth Day of January, 2010

David J. Kappos
*Director of the United States Patent and Trademark Office*

EXHIBIT I

(12) **United States Patent** (10) **Patent No.:** **US 6,805,779 B2**
Chistyakov (45) **Date of Patent:** **Oct. 19, 2004**

(54) **PLASMA GENERATION USING MULTI-STEP IONIZATION**

(75) Inventor: **Roman Chistyakov**, Andover, MA (US)

(73) Assignee: **Zond, Inc.,** Mansfield, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/249,202**

(22) Filed: **Mar. 21, 2003**

(65) **Prior Publication Data**

US 2004/0182702 A1 Sep. 23, 2004

(51) **Int. Cl.⁷** ......................... C23C 14/00; C23C 16/00; H01J 7/24

(52) **U.S. Cl.** ............................ 204/298.36; 204/298.37; 204/298.38; 118/723 VE; 118/723 R; 315/111.81; 315/111.91

(58) **Field of Search** ...................... 315/111.81, 111.91, 315/111.71, 111.41, 111.21; 204/298.37, 298.38, 298.36; 118/723 VE, 723 R, 723 EB, 723 E; 250/28, 283, 377, 423, 435, 489

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,619,605 A | 11/1971 | Cook et al. ................ 250/41.9 |
| 4,060,708 A | 11/1977 | Walters ....................... 219/121 |
| 4,148,612 A | 4/1979 | Taylor et al. ............... 23/232 |
| 4,546,253 A | 10/1985 | Tsuchiya et al. ............ 250/288 |
| 4,703,222 A | 10/1987 | Yoshikawa et al. ..... 313/362.1 |
| 4,792,725 A | 12/1988 | Levy et al. ................... 315/39 |
| 4,802,183 A | 1/1989 | Harris et al. ................ 372/57 |
| 4,919,690 A | 4/1990 | Lovelock .......................... 55/2 |
| 4,953,174 A | 8/1990 | Eldridge et al. .............. 372/87 |
| 5,015,493 A | 5/1991 | Gruen ......................... 427/38 |
| 5,083,061 A | 1/1992 | Koshiishi et al. ....... 315/111.81 |
| 5,247,531 A | 9/1993 | Muller-Horsche ............ 372/38 |
| 5,247,535 A | 9/1993 | Muller-Horsche et al. .... 372/86 |
| 5,286,360 A | 2/1994 | Szczyrbowski et al. .................... 204/298.08 |

| | | |
|---|---|---|
| 5,382,457 A | 1/1995 | Coombe ...................... 427/596 |
| 5,506,405 A | 4/1996 | Yoshida et al. .............. 250/251 |
| 5,733,418 A | 3/1998 | Hershcovitch et al. . 204/192.11 |
| 5,821,548 A | 10/1998 | Hinchliffe .............. 250/492.21 |
| 6,057,244 A | 5/2000 | Hausmann et al. ......... 438/706 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 98/40532 | 9/1998 |
| WO | WO 01/98553 A1 | 12/2001 |

OTHER PUBLICATIONS

Booth, et al., The Transition From Symmetric To Asymemtric Discharges In Pulsed 13.56 MHz Capacitively Coupled Plasmas, J. Appl. Phys., Jul. 15, 1997, pp. 552–560, vol. 82, No. 2, American Institute of Physics.

Bunshah, et al., Deposition Technologies For Films And Coatings, pp. 178–183, Noyes Publications, Park Ridge, New Jersey.

Daugherty, et al., Attachment–Dominated Electron–Beam–Ionized Discharges, Applied Physics Letters, May 15, 1976, pp. 581–583, vol. 28, No. 10, American Institue of Physics.

(List continued on next page.)

*Primary Examiner*—Tuyet T. Vo

(74) *Attorney, Agent, or Firm*—Kurt Rauschenbach; Rauschenbach Patent Law Group, LLC

(57) **ABSTRACT**

The present invention relates to a plasma generator that generates a plasma with a multi-step ionization process. The plasma generator includes an excited atom source that generates excited atoms from ground state atoms supplied by a feed gas source. A plasma chamber confines a volume of excited atoms generated by the excited atom source. An energy source is coupled to the volume of excited atoms confined by the plasma chamber. The energy source raises an energy of excited atoms in the volume of excited atoms so that at least a portion of the excited atoms in the volume of excited atoms is ionized, thereby generating a plasma with a multi-step ionization process.

**46 Claims, 13 Drawing Sheets-**



**US 6,805,779 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,124,675 A | 9/2000 | Bertrand et al. | 315/111.91 |
| 6,207,951 B1 | 3/2001 | Yamauchi et al. | 250/251 |
| 6,296,742 B1 | 10/2001 | Kouznetsov | 204/192.12 |
| 6,311,638 B1 * | 11/2001 | Ishii et al. | 118/723 MW |
| 6,395,641 B2 | 5/2002 | Savas | 438/714 |
| 6,413,382 B1 | 7/2002 | Wang et al. | 204/192.12 |
| 6,413,383 B1 | 7/2002 | Chiang et al. | 204/192.13 |
| 6,661,178 B1 * | 12/2003 | Bertrand et al. | 315/111.91 |
| 2002/0153103 A1 | 10/2002 | Madocks | 156/345.46 |

### OTHER PUBLICATIONS

Goto, et al., Dual Excitation Reactive Ion Etcher For Low Energy Plasma Processing, J. Vac. Sci. Technol. A., Sep/Oct 1992, pp. 3048–3054, vol. 10, No. 5, American Vacuum Society.

Kouznetsov, et al., A Novel Pulsed Magnetron Sputter Technique Utilizing Very High Target Power Densities, Surface and Coatings Technology, 1999, pp. 290–293, vol. 122, Elsevier Science S.A.

Lindquist, et al., High Selectivity Plasma Etching Of Silicone Dioxide With A Dual Frequency 27/2 MHz Capacitive RF Discharge.

Macak, Reactive Sputter Deposition Process Of Al2O3 And Characterization Of A Novel High Plasma Density Pulsed Magnetron Discharge, Linkoping Studies In Science And Technology, pp. 1–2.

Macak, et al., Ionized Sputter Deposition Using An Extremely High Plasma Density Pulsed Magnetron Discharge, J. Vac. Sci. Technol. A., Jul/Aug 2000, pp. 1533–1537, vol. 18, No. 4., American Vacuum Society.

Mozgrin, et al., High–Current Low–Pressure Quasi–Stationary Discharge In A Magnetic Field: Experimental Research, Plasma Physics Reports, 1995, pp. 400–409, vol. 21, No. 5.

Rossnagel, et al., Induced Drift Currents In Circular Planar Magnetrons, J. Vac. Sci. Technol. A., Jan/Feb 1987, pp. 88–91, vol. 5, No. 1, American Vacuum Society.

Sheridan, et al., Electron Velocity Distribution Functions In A Sputtering Magnetron Discharge For The E × B Direction, J. Vac. Sci. Technol. A., Jul/Aug 1998, pp. 2173–2176, vol. 16, No. 4, American Vacuum Society.

Steinbruchel, A Simple Formula For Low–Energy Sputtering Yields, Appl. Phys. A., 1985, pp. 37–42, vol. 36, Sprigner Verlag.

Encyclopedia Of Low Temperature Plasma, p. 119, vol. 3.

Encyclopedia Of Low Temperature Plasma, p. 123, vol. 3.

Lymberopoulos, et al., Fluid Simulations Of Glow Discharges: Effect Of Metastable Atoms In Argon, J. Appl. Phys., Apr. 1993, pp. 3668–3679, vol. 73, No. 8, American Institute of Physics.

Burnham, et al., Efficient Electric Discharge Lasers In XeF and KrF, Applied Physics Letters, Jul. 1976, pp. 30–32, vol. 29, No. 1, American Institute of Physics.

Fabrikant, et al., Electron Impact Formation Of Metastable Atoms, pp. 3, 31, 34–37, Amsterdam.

Fahey, et al., High Flux Beam Source Of Thermal Rare–Gas Metastable Atoms, 1980, J. Phys. E. Sci. Instrum., vol. 13, The Institute of Physics.

Verheijen, et al., A Discharge Excited Supersonic Source Of Metastable Rare Gas Atoms, J.Phys. E. Sci. Instrum, 1984, vol. 17.

Eletskii, Excimer Lasers, Sov. Phys. Usp., Jun. 1978, pp. 502–521, vol. 21, No. 6.

Chistyakov, High Power Pulsed Magnetron Sputtering, Application No.: 10/065, 277, Filed: Sep. 30, 2002.

Chistyakov, High–Power Pulsed Magnetically Enhanced Plasma Processing, Application No.: 10/065, 551, Filed: Oct. 29, 2002.

Chistyakov, Method and Apparatus For Generating High–Density Plasma, Application No.: 10/065, 629, Filed: Nov. 4, 2002.

Chistyakov, High Deposition Rate Sputtering, Application No.: 10/065, 739, Filed: Nov. 14, 2002.

* cited by examiner



FIG. 1
PRIOR ART



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7A

FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12A



FIG. 12B



FIG. 12C



FIG. 13

US 6,805,779 B2

1

# PLASMA GENERATION USING MULTI-STEP IONIZATION

## BACKGROUND OF THE INVENTION

Plasma is considered the fourth state of matter. A plasma is a collection of charged particles that move in random directions. A plasma is, on average, electrically neutral. One method of generating a plasma is to drive a current through a low-pressure gas between two conducting electrodes that are positioned parallel to each other. Once certain parameters are met, the gas "breaks down" to form the plasma. For example, a plasma can be generated by applying a potential of several kilovolts between two parallel conducting electrodes in an inert gas atmosphere (e.g., argon) at a pressure that is between about $10^{-1}$ and $10^{-2}$ Torr.

Plasma processes are widely used in many industries, such as the semiconductor manufacturing industry. For example, plasma etching is commonly used to etch substrate material and films deposited on substrates in the electronics industry. There are four basic types of plasma etching processes that are used to remove material from surfaces: sputter etching, pure chemical etching, ion energy driven etching, and ion inhibitor etching.

Plasma sputtering is a technique that is widely used for depositing films on substrates and other work pieces. Sputtering is the physical ejection of atoms from a target surface and is sometimes referred to as physical vapor deposition (PVD). Ions, such as argon ions, are generated and are then drawn out of the plasma and accelerated across a cathode dark space. The target surface has a lower potential than the region in which the plasma is formed. Therefore, the target surface attracts positive ions.

Positive ions move towards the target with a high velocity and then impact the target and cause atoms to physically dislodge or sputter from the target surface. The sputtered atoms then propagate to a substrate or other work piece where they deposit a film of sputtered target material. The plasma is replenished by electron-ion pairs formed by the collision of neutral molecules with secondary electrons generated at the target surface.

Reactive sputtering systems inject a reactive gas or mixture of reactive gases into the sputtering system. The reactive gases react with the target material either at the target surface or in the gas phase, resulting in the deposition of new compounds. The pressure of the reactive gas can be varied to control the stoichiometry of the film. Reactive sputtering is useful for forming some types of molecular thin films.

Magnetron sputtering systems use magnetic fields that are shaped to trap and concentrate secondary electrons proximate to the target surface. The magnetic fields increase the density of electrons and, therefore, increase the plasma density in a region that is proximate to the target surface. The increased plasma density increases the sputter deposition rate.

## BRIEF DESCRIPTION OF DRAWINGS

This invention is described with particularity in the detailed description. The above and further advantages of this invention may be better understood by referring to the following description in conjunction with the accompanying drawings, in which like numerals indicate like structural elements and features in various figures. The drawings are not necessarily to scale, emphasis instead being placed upon illustrating the principles of the invention.

2

FIG. **1** illustrates a cross-sectional view of a known plasma sputtering apparatus having a DC power supply.

FIG. **2** illustrates a cross-sectional view of an embodiment of a plasma generator that generates a plasma with a multi-step ionization process according to the present invention.

FIG. **3** illustrates a cross-sectional view of another embodiment of a plasma generator that generates a plasma with a multi-step ionization process according to the present invention.

FIG. **4** illustrates a cross-sectional view of an embodiment of an excited atom generator that includes an excited atom source, such as a metastable atom source according to the present invention.

FIG. **5** illustrates a cross-sectional view of an embodiment of a chamber of an excited atom source such as a metastable atom source according to the present invention.

FIG. **6** illustrates a cross-sectional view of an excited atom source such as a metastable atom source according to the invention.

FIG. **7** is a perspective view of an excited atom source such as a metastable atom source according to one embodiment of the invention.

FIG. **7A** illustrates a cross-sectional view of the metastable atom source of FIG. **7** that illustrates the magnetic field.

FIG. **8** illustrates a cross-sectional view of another embodiment of an excited atom source such as a metastable atom source according to the invention.

FIG. **9** illustrates a cross-sectional view of another metastable atom source according to the invention.

FIG. **10** illustrates a cross-sectional view of another metastable atom source according to the invention

FIG. **11** illustrates a cross-sectional view of another metastable atom source according to the invention.

FIG. **12A** through FIG. **12C** illustrate various embodiments of electron/ion absorbers according to the invention.

FIG. **13** is a flowchart of an illustrative process of generating a plasma with a multi-step ionization process according to the present invention.

## DETAILED DESCRIPTION

FIG. **1** illustrates a cross-sectional view of a known plasma sputtering apparatus **100** having a DC power supply **102**. The known plasma sputtering apparatus **100** includes a vacuum chamber **104** where a plasma **105** is generated. The vacuum chamber **104** can be coupled to ground. The vacuum chamber **104** is positioned in fluid communication with a vacuum pump **106** via a conduit **108** and a valve **109**. The vacuum pump **106** is adapted to evacuate the vacuum chamber **104** to high vacuum. The pressure inside the vacuum chamber **104** is generally less than $10^{-1}$ Torr. A feed gas **110** from a feed gas source **111**, such as an argon gas source, is introduced into the vacuum chamber **104** through a gas inlet **112**. The gas flow is controlled by a valve **113**.

The plasma sputtering apparatus **100** also includes a cathode assembly **114**. The cathode assembly **114** is generally in the shape of a circular disk. The cathode assembly **114** can include a target **116**. The cathode assembly **114** is electrically connected to a first terminal **118** of the DC power supply **102** with an electrical transmission line **120**. An insulator **122** isolates the electrical transmission line **120** from a wall of the vacuum chamber **104**. An anode **124** is electrically connected to a second terminal **126** of the DC

US 6,805,779 B2

3

power supply 102 with an electrical transmission line 127. An insulator 128 isolates the electrical transmission line 127 from the wall of the vacuum chamber 104. The anode 124 is positioned in the vacuum chamber 104 proximate to the cathode assembly 114. An insulator 129 isolates the anode 124 from the cathode assembly 114. The anode 124 and the second output 126 of the DC power supply 102 are coupled to ground in some systems.

The plasma sputtering apparatus 100 illustrates a magnetron sputtering system that includes a magnet 130 that generates a magnetic field 132 proximate to the target 116. The magnetic field 132 is strongest at the poles of the magnet 130 and weakest in the region 134. The magnetic field 132 is shaped to trap and concentrate secondary electrons proximate to the target surface. The magnetic field increases the density of electrons and, therefore, increases the plasma density in a region that is proximate to the target surface.

The plasma sputtering apparatus 100 also includes a substrate support 136 that holds a substrate 138 or other work piece. The substrate support 136 can be electrically connected to a first terminal 140 of a RF power supply 142 with an electrical transmission line 144. An insulator 146 isolates the RF power supply 142 from a wall of the vacuum chamber 104. A second terminal 148 of the RF power supply 142 is coupled to ground.

In operation, the feed gas 110 from the feed gas source 111 is injected into the chamber 104. The DC power supply 102 applies a DC voltage between the cathode assembly 114 and the anode 124 that causes an electric field 150 to develop between the cathode assembly 114 and the anode 124. The amplitude of the DC voltage is chosen so that it is sufficient to cause the resulting electric field to ionize the feed gas 110 in the vacuum chamber 104 and to ignite the plasma 105.

The ionization process in known plasma sputtering apparatus is generally referred to as direct ionization or atomic ionization by electron impact and can be described by the following equation:

Ar+e⁻→Ar⁺+2e⁻

where Ar represents a neutral argon atom in the feed gas 110 and e⁻ represents an ionizing electron generated in response to the voltage applied between the cathode assembly 114 and the anode 124. The collision between the neutral argon atom and the ionizing electron results in an argon ion (Ar⁺) and two electrons.

The plasma 105 is maintained, at least in part, by secondary electron emission from the cathode assembly 114. The magnetic field 132 that is generated proximate to the cathode assembly 114 confines the secondary electrons in the region 134 and, therefore, confines the plasma 105 approximately in the region 134. The confinement of the plasma in the region 134 increases the plasma density in the region 134 for a given input power.

Since the cathode assembly 114 is negatively biased, ions in the plasma 105 bombard the target 116. The impact caused by these ions bombarding the target 116 dislodges or sputters material from the target 116. A portion of the sputtered material forms a thin film of sputtered target material on the substrate 138.

Known magnetron sputtering systems have relatively poor target utilization. The term "poor target utilization" is defined herein to mean undesirable non-uniform erosion of target material. Poor target utilization is caused by a relatively high concentration of positively charged ions in the region 134 that results in a non-uniform plasma. Similarly,

4

magnetron etching systems (not shown) typically have relatively non-uniform etching characteristics.

Increasing the power applied to the plasma can increase the uniformity and density of the plasma. However, increasing the amount of power necessary to achieve even an incremental increase in uniformity and plasma density can significantly increase the probability of establishing an electrical breakdown condition leading to an undesirable electrical discharge (an electrical arc) in the chamber 104.

Applying pulsed direct current (DC) to the plasma can be advantageous since the average discharge power can remain relatively low while relatively large power pulses are periodically applied. Additionally, the duration of these large voltage pulses can be preset so as to reduce the probability of establishing an electrical breakdown condition leading to an undesirable electrical discharge. An undesirable electrical discharge will corrupt the plasma process and can cause contamination in the vacuum chamber 104. However, very large power pulses can still result in undesirable electrical discharges regardless of their duration.

In one embodiment, an apparatus according to the present invention generates a plasma having a higher density of ions for a giving input power than a plasma generated by known plasma systems, such as the plasma sputtering apparatus 100 of FIG. 1.

FIG. 2 illustrates a cross-sectional view of an embodiment of a plasma generator 200 that generates a plasma 202 with a multi-step ionization process according to the present invention. In one embodiment, the plasma generator 200 includes an exited atom source that generates excited atoms from ground state atoms from a feed gas source 206. In the embodiment shown, the excited atom source is a metastable atom source 204 that generates metastable atoms from the feed gas source 206. The feed gas source 206 provides a volume of ground state atoms 208 to the metastable atom source 204. The feed gas source 206 can provide any type of feed gas or mixture of feed gases, such as, noble gases, reactive gases, and mixtures of noble gases and reactive gases. In one embodiment, the feed gas source 206 comprises a source of ground state noble gas atoms. For example, in one embodiment, the feed gas source 206 comprises a source of ground state argon atoms.

The feed gas source 206 is coupled to the metastable atom source 204 through a gas flow control system 210. In one embodiment, the gas flow control system 210 includes a first gas valve 212, a mass flow controller 214, and a second gas valve 216. The gas flow control system 210 can include any number of gas valves and/or mass flow controllers. The gas flow control system 210 controls the volume and the flow rate of the ground state atoms 208 flowing into the metastable atom source 204. In one embodiment, the metastable atom source 204 includes a means of controlling the pressure of the feed gas inside the metastable atom source.

The metastable atom source 204 receives the ground state atoms 208 from the gas flow control system 210 at an input 217. The metastable atom source 204 generates a volume of metastable atoms 218 from the volume of ground state atoms 208. In one embodiment, the metastable atom source generates a volume of ions that is relatively small compared with the volume of metastable atoms 218. A first output terminal 220 of a power supply 222 is coupled to an electrical input 224 of the metastable atom source 204. The type of power supply depends upon the type of metastable atom source. For example, the power supply 222 can be a pulsed power supply, a radio frequency (RF) power supply, an alternating current (AC) power supply, or a direct current (DC) power supply.

US 6,805,779 B2

5

The plasma generator of the present invention can use any type of metastable atom source 204. Skilled artisans will appreciate that there are many methods of exciting ground state atoms 208 to a metastable state, such as electron impact ionization, photo excitation, or thermal excitation. The operation of specific embodiments of metastable atom sources are discussed in more detail herein. For example, in one embodiment, the metastable atom source 204 includes a parallel plate discharge chamber (not shown) that receives the volume of ground state atoms 208 from the gas flow control system 210 and that generates a discharge that excites a portion of the volume of ground state atoms 208 to a metastable state.

In another embodiment, the metastable atom source 204 includes an electron gun (not shown) that receives the volume of ground state atoms 208 from the gas flow control system 210 and that generates and accelerates an electron beam that excites a portion of the volume of ground state atoms 208 to a metastable state. In yet another embodiment, the metastable atom source 204 includes an inductively coupled discharge chamber that receives the volume of ground state atoms 208 from the gas flow control system 210 and that generates a discharge that excites a portion of the volume of ground state atoms 208 to a metastable state.

A flange 226 couples an output 227 of the metastable atom source 204 to an input port 228 of a plasma chamber 230. The metastable atom source 204 can be coupled to any type of process chamber, such as the chamber 104 of FIG. 1. In fact, a plasma generator according to the present invention can be constructed by coupling a metastable atom source to a commercially available plasma chamber. Thus, commercially available plasma generators can be modified to generate a plasma using a multi-step ionization process according to the present invention.

In one embodiment, a diameter of the input 217 of the metastable atom source 204 is different than a diameter of the output 227 of the metastable atom source 204. This difference in diameters creates a pressure differential between the input 217 and the output 227 of the metastable atom source 204. The rate of metastable generation in the metastable atom source 204 depends upon the pressure inside the source 204. In some embodiments, at least one of the diameter of the input 217 and the diameter of the output 227 of the metastable atom source 204 is chosen so that a pressure differential is created that increases the generation rate of the metastable atoms 218 in the metastable atom source 204.

The plasma chamber 230 confines the volume of metastable atoms 218. In one embodiment, the output of the metastable atom source 204 is positioned so as to direct the volume of metastable atoms 218 towards the cathode assembly 114. In one embodiment, the geometry of the plasma chamber 230 and the cathode assembly 114 is chosen so that the metastable atoms reach the cathode assembly 114 at a time that is much less than an average transition time of the metastable atoms to ground state atoms. In some embodiments, ground state atoms from the metastable atom source 204 gain energy in the metastable atom source 204, but do not actually become metastable atoms until they reach the plasma chamber 230. Ground state atoms from the metastable atom source 204 can become metastable atoms at any place along the path from the metastable atom source 204 to the cathode assembly 114. In some embodiments, the metastable atom source 204 generates some excited atoms that are in excited states other than a metastable state.

The plasma chamber 230 is positioned in fluid communication with the vacuum pump 106 via the conduit 108 and

6

the vacuum valve 109. The vacuum pump 106 evacuates the plasma chamber 230 to high vacuum. The pressure inside the plasma chamber 230 is generally maintained at less than $10^{-1}$ Torr for plasma processing. In one embodiment, a feed gas (not shown) from a second feed gas source (not shown), such as an argon gas source, is introduced into the plasma chamber 230 through a gas inlet (not shown).

In one embodiment, the power supply 201 is a pulsed power supply that is electrically coupled to the cathode assembly 114 with the electrical transmission line 120. In one embodiment, the duration of the pulse is chosen to optimize a process parameter. In other embodiments, the power supply 201 is a RF power supply, an AC power supply, or a DC power supply. The isolator 122 insulates the electrical transmission line 120 from the plasma chamber 230. The second output 126 of the power supply 102 is electrically coupled to the anode 124 with the electrical transmission line 127. The isolator 128 insulates the electrical transmission line 127 from the plasma chamber 230. Another isolator 129 insulates the anode 124 from the cathode assembly 114. Numerous other cathode and anode configurations known in the art can be used with the plasma generator of the present invention. In one embodiment, the plasma chamber 230 is coupled to ground potential.

The cathode assembly 114 is formed of a metallic material, such as stainless steel or any other material that does not chemically react with reactive gases. In one embodiment (not shown), the cathode assembly 114 includes a sputtering target 116 that is used for sputtering materials onto a substrate or other work piece. The sputtering target 116 can include any type of material. For example, the sputtering target 116 can be formed of magnetic, nonmagnetic, dielectric, metals, and semiconductor materials.

In one embodiment, a magnet (not shown) is disposed proximate to the cathode assembly 114. The magnet generates a magnetic field that traps electrons in the plasma proximate to the cathode assembly 114 and, therefore, increases the plasma density In the region proximate to the cathode assembly 114.

The substrate support 136 is disposed in the plasma chamber 230. The substrate support 136 is designed to support a substrate 138 or other work piece. In one embodiment, a temperature controller 240 is positioned in thermal communication with the substrate support 136. The temperature controller 240 can increase or decrease the temperature of the substrate 138. In some embodiments, the temperature controller 240 is used to control the temperature of the substrate for various reasons including enhancing a chemical reaction, increasing a growth rate, and improving adhesion.

In one embodiment, the power supply 142 is used to apply a bias voltage to the substrate 138. The first output 140 of the power supply 142 is coupled to the substrate support 136 with the transmission line 144. The isolator 146 insulates the transmission line 144 from a wall of the plasma chamber 230. The second output 148 of the power supply 142 is coupled to ground. The power supply 142 can be any type of pulsed power supply such as a RF power supply, an AC power supply, or a DC power supply.

The plasma generator 200 of FIG. 2 uses a multi-step or stepwise ionization process to generate the plasma 202. The term "multi-step ionization process" is defined herein to mean an ionization process whereby ions are ionized in at least two distinct steps. However, the term "multi-step ionization process" as defined herein may or may not include exciting ground state atoms to a metastable state. For example, one multi-step ionization process according to the

7

present invention includes a first step where atoms are excited from a ground state to a metastable state and a second step where atoms in the metastable state are ionized. Another multi-step ionization process according to the present invention includes a first step where atoms are excited from a ground state to an excited state and a second step where atoms in the excited state are ionized. The term "multi-step ionization process" also includes ionization processes with three or more steps.

In operation, the plasma generator **200** operates as follows. The gas flow control system **210** supplies ground state atoms **208** from the feed gas source to the metastable atom source **204**. The power supply **222** applies a voltage to the volume of ground state atoms **208**. The voltage excites at least a portion of the volume of the ground state atoms **208** to creates a volume of metastable atoms **218**. In one embodiment. the power supply **222** applies a voltage to the volume of ground state atoms **208**. In one embodiment, the duration of the voltage pulse is chosen to optimize a process parameter, such as the rate of metastable atom generation or the efficiency of metastable atom generation.

The term "metastable atoms" is defined herein to mean excited atoms having energy levels from which dipole radiation is theoretically forbidden. Metastable atoms have relatively long lifetimes compared with other excited atoms. Metastable atoms are created because, in theory, the selection rules forbid relaxation of these excited atoms to the ground state and the emission of dipole radiation. However, the selection rules were determined using certain approximations. Consequently, in practice, there is a finite probability that the metastable atoms relax to the ground state and emit dipole radiation. The actual lifetime of metastable atoms is on the order of milliseconds to minutes. For example, lifetimes for argon metastables are 44.9 seconds and 55.9 seconds for metastable energies of 11.723 eV and 11.548 eV, respectively.

All noble gases have metastable states. For example, argon metastable atoms can be generated by a two-step ionization process. In the first step, ionizing electrons e⁻ are generated by applying a sufficient voltage between the cathode assembly **114** and the anode **124**. When an ionizing electron e⁻ collides with a ground state argon (Ar) atom, a metastable argon atom and an electron are generated. Argon has two metastable states, see Fabrikant, I. I., Shpenik, O. B., Snegursky, A. V., and Zavilopulo, A. N., *Electron Impact Formation of Metastable Atoms*, North-Holland, Amsterdam. The first metastable state is represented in jl-coupling notation as follows:

$$4s[3/2]_2^0$$

and is represented in the LS-coupling configuration as follows:

$$3p^5(^2P_{3/2}{}^0)4s\,^3P_2$$

The energy and lifetime of the first metastable state are 11.548 eV and 55.9 seconds, respectively.

The second metastable state is represented in jl-coupling notation as follows:

$$4s^1[1/2]_0^0$$

and is represented in the LS-coupling configuration as follows:

$$3p^5\,(^2P_{3/2}{}^0)4s^3P_0$$

The energy and lifetime of the second metastable state are 11.723 eV and 44.9 seconds, respectively.

8

Metastable atoms can be present in considerable densities in weakly ionized discharges. In the second step, an ionizing electron e⁻ collides with the metastable argon atom and the metastable argon atom is ionized and two electrons are generated, as shown below.

$$Ar + e^- \rightarrow Ar^+ + e^-$$

$$Ar^* + e^- \rightarrow Ar^+ + 2e^-$$

Plasma generation using multi-step ionization according to the present invention is described in connection with the generation of metastable atoms. However, the present invention is not limited to multi-step ionization using metastable atoms. Plasma generation using multi-step ionization according to the present invention can be achieved by generating metastable molecules. In other embodiments, plasma generation using multi-step ionization can be achieved by generating excited atoms other than metastable atoms.

Electrons are formed in the metastable atom source **204** along with the volume of metastable atoms **218**. In addition, a relatively small volume of ions are formed by direct ionization. In one embodiment, the volume of ions and volume of electrons are removed from the volume of metastable atoms **218** before the metastable atoms **218** are injected into the plasma chamber **230**, as described herein. The volume of metastable atoms **218** are injected into the plasma chamber **230** adjacent to the cathode assembly **114**.

In one embodiment, a pressure at the input **217** of the metastable atom source **204** is lower than a pressure at the output **227** of the metastable atom source **204**. The pressure differential increases the efficiency at which the metastable atoms **218** are generated in the metastable atom source **204**. In addition, the pressure differential causes the volume of metastable atoms **218** to be rapidly injected into the plasma chamber **230**. The rapid injection generally increases the density of the metastable atoms **218** at the cathode assembly **114**.

After a sufficient volume of metastable atoms **218** is present in the plasma chamber **230**, the DC power supply **102** generates an electric field **150** proximate to the volume of metastable atoms **218** between the cathode assembly **114** and the anode **124**. The electric field **150** raises the energy of the volume of metastable atoms **218** causing collisions between neutral atoms, electrons, and metastable atoms **218**. These collisions generate the plasma **202** proximate to the cathode assembly **114**. The plasma **202** includes ions, excited atoms and additional metastable atoms **218**. The efficiency of the multi-step ionization process increases as the density of metastable atoms **218** in the plasma chamber **230** increases.

In one embodiment (not shown) a magnetic field is generated proximate to the center of the cathode assembly **114**. The magnetic field can increase the ion density of the plasma **202** by trapping electrons in the plasma **202** and also by trapping secondary electrons proximate to the cathode **114**.

Also, in one embodiment (not shown), a feed gas from a feed gas source (not shown) is injected directly into the plasma chamber **230**. The feed gas source supplies an additional volume of ground state atoms to the plasma **202**. These ground state atoms are ionized by direct ionization. The directly ionized ground state atoms increase the ion density of the plasma **202**.

The multi-step ionization process described herein substantially increases the rate at which the plasma **202** is formed and therefore, generates a relatively dense plasma.

US 6,805,779 B2

9

The rate is increased because only a relatively small amount of energy is required to ionize the metastable atoms. For example, ground state argon atoms require an energy of about 15.76 eV to ionize. However, argon metastable atoms require only about 4 eV of energy to ionize. Although energies of about 11.55 eV and 11.72 eV are necessary to reach argon metastable states, this energy is provided by the metastable atom source. Therefore, a volume of metastable atoms 218 will ionize at a much higher rate than a similar volume of ground state atoms 208 for the same input energy.

Furthermore, as the density of the metastable atoms 218 in the plasma 202 increases, the efficiency of the ionization process increases rapidly. The increased efficiency results in an avalanche-like process that substantially increases the density of the plasma 202. In addition, the ions in the plasma 202 strike the cathode 114 causing the secondary electron emission from the cathode 114. The secondary electrons interact with ground state atoms 208 and with the metastable atoms 218 in the plasma 202. This interaction further increases the density of ions in the plasma 202 as additional volumes of metastable atoms 218 enter the plasma chamber 230. Thus, for the same input energy, the density of the plasma 202 that is generated by the multi-step ionization process according to the present invention is significantly greater than a plasma that is generated by direct ionization of ground state atoms.

FIG. 2 depicts an electric field 150 that raises an energy of metastable atoms 218 in the volume of metastable atoms 218 so that at least a portion of the metastable atoms 218 are ionized, thereby generating the plasma 202 with a multi-step ionization process. However, other energy sources can be used to raise the energy of the metastable atoms 218 without departing from the scope of the invention. For example, the energy source can be chosen from the group comprising a planar discharge source, a radio frequency (RF) diode source, an ultraviolet (UV) source, an X-ray source, an electron beam source, an ion beam source, an inductively coupled plasma (ICP) source, a capacitively coupled plasma (CCP) source, a microwave plasma source, an electron cyclotron resonance (ECR) source, a helicon plasma source, a magnetron source and an AC discharge source.

Once a plasma having the desired characteristics is generated, the plasma 202 can be used in the processing of the workpiece 138. For example, in a plasma etch process, ions in the plasma can be used to etch the workpiece 138 when the workpiece is appropriately biased by the power supply 142. In a plasma sputtering application, ions in the plasma can be used to sputter material from the target 116. The sputtered material is deposited on the workpiece 138 to form a thin film.

FIG. 3 illustrates a cross-sectional view of another embodiment of a plasma generator 300 according to the present invention that generates a plasma 302 with a multi-step ionization process according to the present invention. The plasma generator 300 is similar to the plasma generator 200 of FIG. 2. The plasma generator 300 includes an excited atom source that, in one embodiment, is a metastable atom source 304. The plasma generator 300 includes the metastable atom source 304, a cathode 306 and an anode 308. The metastable atom source 304 is positioned inside the plasma chamber 230 rather than coupled to the plasma chamber 230 with a flange as shown in FIG. 2. The metastable atom source 304 can be retrofitted to commercially available plasma chambers. The plasma generator 300 also includes a magnet assembly 342.

The plasma generator 300 can use any type of metastable atom source 304 that can be positioned inside of the plasma

10

chamber 230. In one embodiment, the metastable atom source 304 includes a parallel plate discharge chamber (not shown). In another embodiment, the metastable atom source 304 includes an electron gun (not shown) that receives the volume of ground state atoms 208 from the gas flow control system 210 and that generates and accelerates an electron beam that excites a portion of the volume of ground state atoms 208 to a metastable state. In yet another embodiment, the metastable atom source 204 includes an inductively coupled discharge chamber that receives the volume of ground state atoms 208 from the gas flow control system 210 and that generates a discharge that excites a portion of the volume of ground state atoms 208 to a metastable state.

The metastable atom source 304 is coupled to the feed gas source 206 through a gas line 309 that is connected to the gas flow control system 210. In one embodiment, an isolator 310 isolates the gas line 306 from a wall of the plasma chamber 230. Additional in-line insulating couplers (not shown) can be used to insulate the gas line 309 and/or the gas flow control system 210 from the feed gas source 206. The feed gas source 206 supplies the ground state atoms 208 to an input 311 of the metastable atom source 304. The gas flow control system 210 controls the volume and the flow rate of the ground state atoms 208 to the metastable atom source 304.

A first output 220 of the power supply 222 is coupled to an electrical input 312 of the metastable atom source 304. The type of power supply depends upon the type of metastable atom source. For example, the power supply 222 can be a pulsed power supply, a RF power supply, an AC power supply, or a DC power supply. The metastable atom source 304 receives the ground state atoms 208 and generates a discharge which excites at least a portion of the ground state atoms 208 to a metastable state. In some embodiments, a portion of the ground state atoms 208 are excited to a state other than a metastable state. The operation of specific embodiments of the metastable atom source 304 will be discussed in more detail herein.

An output 314 of the metastable atom source 304 is adapted to inject a volume of metastable atoms 218 proximate to the cathode 306. In one embodiment, the metastable atom source 304 injects the volume of metastable atoms 218 proximate to the cathode 306 through the use of a gas injector (not shown), such as a showerhead-type injector. In one embodiment, a diameter of the input 311 of the metastable atom source 304 is different from a diameter of the output 314 of the metastable atom source 304. In this embodiment, the difference in diameters creates a pressure differential that increases the generation rate of the metastable atoms 218 in the metastable atom source 304.

In one embodiment, ground state atoms 326 from a second feed gas source 328, such as an argon gas source, are introduced into the plasma chamber 230 through one or more gas inlets 340. In some embodiments, the gas inlets 340 introduce the ground state atoms 320 directly into the region 324 between the anode 308 and the cathode 306. A gas valve 341 controls the flow rate of the ground state atoms 326 into the plasma chamber 230. The feed gas source 206 can provide any type of feed gas or mixture of feed gases, such as, noble gases, reactive gases, and mixtures of noble gases and reactive gases.

In one embodiment (not shown), the feed gas source 328 is replaced with a metastable atom source, such as the metastable atom source 204 described in connection with FIG. 2. In this embodiment, metastable atoms 218 are injected directly between the anode 308 and the cathode 306. Direct injection of metastable atoms 218 between the anode

US 6,805,779 B2

11

308 and the cathode 306 increases the density of the plasma
302 because the metastable atoms require less energy than
ground state atoms to ionize.

A power supply 316 is electrically coupled to the volume
of metastable atoms 218. The power supply 316 can be any
type of power supply, such as a pulsed power supply, a RF
power supply, an AC power supply, or a DC power supply.
A first output 318 of the power supply 316 is coupled to the
cathode 306. A second output 320 of the power supply 316
is coupled to the anode 308. The power supply 316 generates
an electric field 322 between the cathode 306 and the anode
308 that raises the energy of the volume of metastable atoms
218 so that at least a portion of the volume of metastable
atoms 218 are ionized, thereby generating the plasma 302.

In one embodiment, a magnet assembly 342 is disposed
proximate to the cathode 306. The magnet assembly 342
includes one or more magnets 344. The one or more magnets
344 generate a magnetic field 346 that traps electrons in a
region 348 of the plasma 302 that is proximate to the cathode
234. The trapped electrons increase the ionization rate of the
metastable atoms 218 and, therefore, increase the density of
the plasma 302. In one embodiment (not shown), a magnetic
field is generated in the region 324 in order to substantially
trap electrons in the area where the plasma 302 is ignited. In
this embodiment, the magnetic field in the region 324 assists
in the ignition of the plasma 302.

The magnetic field 346 also traps secondary electrons
generated at the cathode 306 by the electric field 322. The
secondary electrons move in a substantially circular motion
proximate to the cathode 306 according to crossed electric
and magnetic fields. The substantially circular motion of the
electrons generates the electron ExB drift current 350. The
magnitude of the electron ExB drift current 350 is propor-
tional to the magnitude of the discharge current in the
plasma 302 and, in one embodiment, is approximately in the
range of about three to ten times the magnitude of the
discharge current.

In one embodiment, the electron ExB drift current 350
defines a substantially circular shape for a low current
density plasma. However, as the current density of the
plasma increases, the substantially circular electron ExB
drift current 350 tends to have a more complex shape as the
interaction of the magnetic field 346 generated by the
magnet assembly 342, the electric field 322 generated by the
power supply 316, and the magnetic field generated by the
electron ExB drift current 350 becomes more acute. The
exact shape of the electron ExB drift current 350 can be
quite elaborate and depends on various factors. For example,
in one embodiment, the electron ExB drift current 350 has
a substantially cycloidal shape.

The electron ExB drift current 350 generates a magnetic
field that interacts with the magnetic field 346 generated by
the magnet assembly 342. The magnitude of the magnetic
field generated by the electron ExB drift current 350. The
magnetic field generated by the electron ExB drift current
350 has a direction that is substantially opposite to direction
of the magnetic field 346 generated by the magnet assembly
342.

The interaction of the magnetic field 346 generated by the
magnet assembly 342 and the magnetic field generated by
the electron ExB drift current 350 generates magnetic field
lines that are somewhat more parallel to the surface of the
cathode 306 than the magnetic field lines generated by the
magnet assembly 342. The somewhat more parallel mag-
netic field lines allow the plasma 302 to more uniformly
distribute itself across the surface of the cathode 306 and,

12

therefore, improves the uniformity of the plasma 302 proxi-
mate to the cathode 306.

The magnitude of the electron ExB drift current 350 is
relatively high because of the presence of the metastable
atoms 218 in the chamber 230. The metastable atoms 218
ionize at a much higher rate than a similar volume of ground
state atoms 208. Therefore, the current density associated
with the plasma 302 is higher than a current density asso-
ciated with a plasma generated from ground state atoms 208
for the same input energy. The high current density associ-
ated with the plasma 302 generates the relatively large ExB
drift current 350.

As the magnitude of the electron ExB drift current 350
increases, the magnetic field generated by the electron ExB
drift current 350 becomes stronger and eventually overpow-
ers the magnetic field 346 generated by the magnet assembly
342. The magnetic field lines that are generated by the
magnet assembly 342 exhibit substantial distortion that is
caused by the relatively strong magnetic field that is gener-
ated by the relatively large electron ExB drift current 350.
Thus, a large electron ExB drift current 350 generates a
magnetic field that strongly interacts with and can dominate
the magnetic field 346 that is generated by the magnet
assembly 342.

A substrate support 352 is disposed in the plasma chamber
230. The substrate support 352 is designed to support a
substrate 354 or other work piece. In one embodiment, a
temperature controller 356 is positioned in thermal commu-
nication with the substrate support 352 to regulate the
temperature of the workpiece 354. The temperature control-
ler 356 can increase or decrease the temperature of the
substrate 354. In some embodiments, the temperature con-
troller 356 is used to control the temperature of the substrate
for various reasons including enhancing a chemical reaction,
improve adhesion, and increasing deposition rate.

A first output 140 of the power supply 142 is coupled to
the substrate support 352. The second output 148 of the
power supply 142 is coupled to ground. The power supply
142 can by any type of power supply, such as a pulsed power
supply, a RF power supply, an AC power supply, or a DC
power supply. In some embodiments, the power supply 142
is used to apply a bias voltage to the substrate 354.

The operation of the plasma generator 300 is similar to the
operation of the plasma generator 200 of FIG. 2. The gas
flow control system 210 supplies ground state atoms 208 to
the metastable atom source 304 from the gas source 206. The
metastable atom source 304 generates a volume of meta-
stable atoms 218 from the volume of ground state atoms 208
supplied by the feed gas source 206. Some excited atoms
that are not in a metastable state can also be generated by the
metastable atom source 304.

Ground state atoms 326 from the feed gas source 328 are
injected in the region 324 between the anode 308 and the
cathode 306. The metastable atoms 218 interact with the
ground state atoms 326 in the region 324 between the anode
308 and the cathode 306. The power supply 316 then
generates the electric field 322 across the mixture of meta-
stable atoms 218 and ground state atoms 326. The electric
field 322 raises the energy of the metastable atoms 218 and
ground state atoms 326 so that at least a portion of the
metastable atoms 218 and the ground state atoms 326 are
ionized, thereby generating the plasma 302 with a combi-
nation of a direct ionization process and a multi-step ion-
ization process. In other embodiments, the feed gas source
328 contains a molecular gas.

In other embodiments, the energy of the metastable atoms
218 and ground state atoms 326 is raised by other means,

US 6,805,779 B2

13

such as a planar discharge, a radio frequency discharge, an inductively coupled plasma discharge, a capacitively coupled plasma (CCP) discharge, a microwave plasma discharge, an electron cyclotron resonance plasma discharge, a helicon plasma discharge, ultraviolet light, X-ray radiation, electron beam radiation, or ion beam radiation.

The one or more magnets 344 generate a magnetic field 346 that traps electrons in a region 348 of the plasma 302 that is proximate to the cathode 234. The magnetic field 346 also traps secondary electrons generated at the cathode 306 by the electric field 322. The trapped electrons further increases the ionization rate of the metastable atoms and the ground state atoms and, thus further increases the density of the plasma 302.

As the plasma 302 is being generated, additional ground state atoms 326 are injected in the region 324. These additional ground state atoms 326 displace the plasma 302 in the region 324. Meanwhile, additional metastable atoms 218 are generated by the metastable atom source 304. These additional metastable atoms 218 commingle with the plasma 302 and with the ground state atoms 326. The commingling of additional metastable atoms 218 further increases the density of ions.

The resulting plasma 302 is much denser than plasmas generated solely by direct ionization using similar plasma generating equipment and power levels. In one embodiment, the resulting plasma is at least twice as dense as a plasma generated solely by direct ionization. There are many applications for such a high density plasma. For example, the high density plasma can be used for high-deposition rate sputtering or high-deposition rate ion-assisted chemical vapor deposition.

FIG. 4 illustrates a cross-sectional view of an embodiment of an excited atom generator 400 that includes an excited atom source such as a metastable atom source 402 according to the invention. The excited atom generator 400 includes the gas source 206 and the gas flow control system 210. There are many possible configurations for the excited atom generator 400. In one embodiment, the gas flow control system 210 includes the first gas valve 212, the mass flow controller 214, and the second gas valve 216.

An output 406 of the gas source 206 is coupled to one end of a gas line 405. The other end of the gas line 405 is coupled to an input 408 of the first gas valve 212. An output 410 of the first gas valve 212 is coupled to an input 412 of the mass flow controller 214. An output 414 of the mass flow controller 214 is coupled to an input 416 of the second gas valve 216. One end of a gas line 418 is coupled to an output 420 of the second gas valve 216. The other end of the gas line 418 is coupled to an input 422 of the metastable atom source 402. An output 423 of the metastable atom source 402 generates the volume of metastable atoms 218.

A power supply 404 is electrically coupled to metastable atom source 402. The power supply 404 can be a DC, an AC, a RF, or a pulsed power supply. A first output 428 of the power supply 404 is coupled to a first input 430 of the metastable atom source 402 with a first transmission line 432. A second output 436 of the power supply 404 is coupled to a second input 436 of the metastable atom source 402 with a second transmission line 438. The first input 430 of the metastable atom source 402 is coupled to a first electrode 440 in the metastable atom source 402. The second input 436 of the metastable atom source 402 is coupled to a second electrode 442 in the metastable atom source 402.

In operation, ground state atoms 208 from the gas source 206 flow to the metastable atom source 402 through the gas

14

flow control system 210. The gas flow control system 210 controls the flow rate of the ground state atoms 208 from the gas source 206. The ground state atoms 208 flow between the first electrode 440 and the second electrode 442. The first 440 and the second electrodes 442 are energized by the power supply 404, such that a discharge is created in a discharge region 444 between the first 440 and the second electrodes 442. At least a portion of the ground state atoms 208 that are injected through the discharge region 444 are energized to a metastable state. For example, Argon atoms require a 11.56 eV energy to excite ground state Argon atoms to a metastable state. The energy required to excite ground state Argon atoms is lower than the 15.76 eV energy that is required to ionize ground state Argon atoms. Therefore, a relatively large number of Argon atoms are excited to the metastable state.

Some of the ground state atoms 208 are directly ionized, which releases ions 424 and electrons 426 into the stream of metastable atoms 218. Direct ionization occurs when bound electrons in an atom are ejected from that atom. The metastable atoms 218, the free ions 424 and electrons 426 then pass through the output 423 of the metastable atom source 402.

FIG. 5 illustrates a cross-sectional view of one embodiment of a chamber 450 of an excited atom source such as a metastable atom source according to the present invention. The chamber 450 includes an input 452 having a first diameter 454. A gas line 456 from a gas source (not shown) is coupled to the input 452 of the chamber 450. The chamber 450 also includes an output 458 having a second diameter 460.

In one embodiment, the first diameter 454 of the input 452 is greater than the second diameter 460 of the output 458. The difference in the first 454 and the second diameters 460 creates a pressure differential between the input 452 and the output 458 of the chamber 450. In one embodiment, the pressure differential is chosen so that the pressure in the chamber 450 is increased. The increase in pressure can improve the efficiency of the generation of the metastable atoms 218 from the ground state atoms 208. In one embodiment, the ratio of the first diameter 454 to the second diameter 460 is chosen to optimize the excitation process in the chamber 450. In addition, the pressure differential can increase the velocity of the metastable atoms 218 flowing through the output 458.

FIG. 6 illustrates a cross-sectional view of an embodiment of an excited atom source such as a metastable atom source 500 according to the invention. The metastable atom source 500 is similar to the metastable atom source 402 of FIG. 4. The metastable atom source 500 includes a chamber 502. The metastable atom source 500 also includes first 504a, b and second magnets 506a, b that create magnetic fields 508a, b through the chamber 502.

A power supply 510 is coupled to the metastable atom source 500. For example, the power supply 510 can be a DC, an AC, a RF, or a pulsed power supply. A first output 512 of the power supply 510 is coupled to a first input 514 of the metastable atom source 500 with a first transmission line 516. A second output 518 of the power supply 510 is coupled to a second input 520 of the metastable atom source 500 with a second transmission line 522. The first input 514 of the metastable atom source 500 is coupled to a first electrode 524 in the chamber 502. The second input 520 of the metastable atom source 500 is coupled to a second electrode 526 in the chamber 502.

A gas line 528 is coupled to an input 530 of the chamber 502. An output 532 of the chamber 502 is coupled to an input

15

534 of an electron/ion absorber 536. The electron/ion absorber 536 prevents a substantial fraction of the electrons 426 and ions 424 in the chamber 502 from passing to an output 538 of the electron/ion absorber 536. Specific embodiments of the electron/ion absorber 536 are described herein. In one embodiment, a diameter 540 of the input 530 of the chamber 502 and a diameter 542 of the output 532 of the chamber 502 can be varied to optimize the process of generating the metastable atoms 218.

In operation, ground state atoms 208 from the gas source (not shown) flow to the metastable atom source 500 through the input 530 of the chamber 502. The ground state atoms 208 flow between the first electrode 524 and the second electrode 526. The first 524 and the second electrodes 526 are energized by the power supply 510, such that an electric field is created that generates a discharge in a discharge region 544 between the first 524 and the second electrodes 526. The ground state atoms 208 that are injected through the discharge region 540 are energized to a metastable state. Some of those ground state atoms 208 are energized to the point of ionization, which releases free ions 424 and electrons 426 into the stream of metastable atoms 218. Additionally, some ground state atoms 208 are either not excited or are initially excited and decay back to the ground state.

In one embodiment, ions in the chamber 502 impact the more negatively biased electrode (either the first 524 or the second electrode 526) and generate secondary electrons (not shown) from that electrode. The magnetic fields 508a, 508b confine many of the electrons 426 and the secondary electrons in the chamber 502 thereby improving the efficiency of the excitation process in the chamber 502. The metastable atoms 218, ground state atoms 208, ions 424 and electrons 426 all pass through the output 532 of the chamber 502.

The electron/ion absorber 536 receives the metastable atoms 218. ground state atoms 208, ions 424 and electrons 426 through the input 534. The electron/ion absorber 536 traps the ions 424 and the electrons 426 and allows the metastable atoms 218 and the ground state atoms 208 to pass through an output 538. In one embodiment (not shown), depending on certain parameters, such as the flow rate of the ground state atoms 208 from the gas source, the strength of the magnetic fields 508a, 508b, and the strength of the electric field generated by the power supply 510, substantially all of the ions 424 and the electrons 426 can be absorbed in the chamber 502. In this embodiment, the electron/ion absorber 536 is not necessary.

FIG. 7 is a perspective view of an excited atom source such as a metastable atom source 550 according to one embodiment of the invention. The metastable atom source 550 is shown coupled to a flange 552. The flange 552 is adapted to couple to an industry standard port (not shown) on a commercially available plasma chamber (not shown).

The metastable atom source 550 includes a chamber 554. Ground state atoms (not shown) enter the chamber 554 through one or more gas inputs 555. In one embodiment, the metastable atom source 550 includes a first electrode 556. The first electrode 556 can be a plate-type electrode, a cylindrical-shaped electrode, or a conical-shaped electrode as shown. The first electrode 556 can be any shape that produces an electric field 558 that excites ground state atoms to a metastable state.

A second electrode 560 is disposed inside the chamber 554 proximate to the first electrode 556. In one embodiment, the first electrode 556 is a cathode and the second electrode 560 is an anode. A first input terminal 562 couples the first electrode 556 to a power supply (not shown). A second input terminal 564 couples the second electrode 560 to the power supply.

16

In one embodiment, magnets 566a–d are positioned on the top surface 568 of the first electrode 556. In this embodiment, magnets 570a–d are also positioned in the bottom surface 572 of the second electrode 560 opposite to the magnets 566a–d. The magnets 566a–d trap electrons and increase the probability that electrons will collide with ground state atoms and generate metastable atoms. In one embodiment, the metastable atom source 550 includes at least one mirror (not shown) that is positioned so as to reflect light that is generated when excited and metastable atoms decay to the ground state.

FIG. 7A illustrates a cross-sectional view of the metastable atom source 550 of FIG. 7 illustrating the magnetic field 574. The magnets 566a–d, 570a–d create a magnetic field 574 that substantially traps and accelerates electrons (not shown) in the chamber 554. The trapped electrons (not shown) collide with the ground state atoms (not shown), thereby raising the energy of the ground state atoms to a metastable state. The metastable atoms (not shown) exit the chamber 554 through one or more gas outputs 576.

The operation of the metastable atom source 550 is similar to the operation of the metastable atom source 500 of FIG. 6. However, in this embodiment, the metastable atom source 550 does not include an electron/ion absorber 536. Thus, a small volume of ions and/or electrons that are not trapped by the magnetic field 574 will likely exit the chamber 554 of the metastable atom source 550 through the gas outputs 576.

FIG. 8 illustrates a cross-sectional view of another embodiment of an excited atom source such as a metastable atom source 600 according to the invention. The metastable atom source 600 includes a chamber 602. The metastable atom source 600 also includes an electron gun 604 and an electron trap 606. The electron gun 604 includes a power supply 626 that is coupled to a filament electrode 628. The power supply 626 can be any type of power supply, such as a DC, an AC, a RF, or a pulsed power supply. A first output 630 of the power supply 626 is coupled to a first terminal 632 of the filament electrode 628 with a first transmission line 634. A second output 636 of the power supply 626 is coupled to a second terminal 638 of the filament electrode 628 with a second transmission line 640.

The electron gun 604 also includes an acceleration grid 642 that is adapted to accelerate the electrons 608 that are emitted by the filament electrode 628. An input 642 of the acceleration grid 642 is coupled to a first output 644 of a power supply 646. In one embodiment, the power supply 646 is a DC power supply or a pulsed power supply. The first output 644 of the power supply 646 couples a positive voltage to the input 642 of the acceleration grid 642. The positive voltage accelerates the negatively charged electrons towards the acceleration grid 642. In one embodiment, a second output 648 of the power supply 646 is coupled to the second input 636 of the power supply 636. However, many different power supply configurations are possible.

A gas line 610 is coupled to an input 612 of the chamber 602. An output 614 of the chamber 602 is coupled to an input 616 of an electron/ion absorber 618. In one embodiment, a diameter 622 of the input 612 of the chamber 602 and a diameter 624 of the output 614 of the chamber 602 are chosen to optimize the process of generating the metastable atoms 218.

In operation, ground state atoms 208 from the gas source (not shown) flow into the chamber 602 through the input 612. The ground state atoms 208 flow into a region 649 proximate to the electron gun 604. The electron gun 604 generates and accelerates electrons 608 into the region 649.

US 6,805,779 B2

17

18

A portion of the ground state atoms 208 that are injected through the region 649 collide with the electrons 608 and are energized to a metastable state. Some of those ground state atoms 208 are energized to the point of ionization and release free ions 424 and electrons 426 into the stream of metastable atoms 218. Others of those ground state atoms 208 are energized to excited states other than a metastable state.

The electron trap 606 traps electrons 608 that are generated and accelerated by the electron gun 604. In one embodiment, the electron trap 606 is negatively biased. In this embodiment, ions 424 in the chamber 602 impact the surface of the electron trap 606 and generate secondary electrons from the surface of the electron trap 606. In another embodiment, the electron trap 606 is positively biased. In this embodiment, electrons 608 in the chamber 602 are further accelerated and trapped by the electron trap 606.

The metastable atoms 218, the ground state atoms 208, the ions 424 and electrons 426 then pass through the output 614 of the chamber 602. The electron/ion absorber 618 receives the metastable atoms 218, ground state atoms 208, ions 424 and electrons 426 through the input 616. The electron/ion absorber 618 traps the ions 424 and the electrons 426 and allows the metastable atoms 218 and the ground state atoms 208 to pass through the output 620.

FIG. 9 illustrates a cross-sectional view of another metastable atom source 650 according to the invention. The metastable atom source 650 includes a chamber 652. In one embodiment, the chamber 652 is formed of a non-conducting pipe or a dielectric tube. The metastable atom source 650 also includes an inductive coil 654 that surrounds the chamber 652. The inductive coil 654 is adapted to inductively couple energy into the chamber 652.

A gas line 656 is coupled to an input 658 of the chamber 652. An output 660 of the chamber 652 is coupled to an input 662 of a electron/ion absorber 664. The metastable atoms 218 pass through an output 666 of the electron/ion absorber 664. In one embodiment, a diameter 668 of the input 658 of the chamber 652 and a diameter 670 of the output 660 of the chamber 652 are chosen to optimize the process of generating the metastable atoms 218.

The metastable atom source 650 includes a power supply 672. Any type of power supply can be used, such as a DC, an AC, a RF, or a pulsed power supply. A first output 674 of the power supply 672 is coupled to a first terminal 676 of the inductive coil 654 with a first transmission line 678. A second output 680 of the power supply 672 is coupled to a second terminal 682 of the inductive coil 654 with a second transmission line 684.

In operation, ground state atoms 208 from the gas source (not shown) flow into the chamber 652 through the input 658. The ground state atoms 208 flow into a region 686 and are surrounded by the inductive coil 654. The inductive coil 654 couples energy into the region 686 as current generated by the power supply 672 flows through the inductive coils. A portion of the ground state atoms 208 that are injected through the region 686 are energized to a metastable state. A portion of the ground state atoms 208 are ionized and release free ions 424 and electrons 426 into the stream of metastable atoms 218. Some ground state atoms 208 are also present in the stream of metastable atoms 218. The metastable atoms 218, the ground state atoms 208, the ions 424 and the electrons 426 then pass through the output 660 of the chamber 652. In some embodiments, excited atoms that are in excited states other than a metastable state can also be present in the stream of metastable atoms 218.

The electron/ion absorber 664 receives the metastable atoms 218, the ground state atoms 208, the ions 424 and the electrons 426 through the input 662. The electron/ion absorber 664 traps the ions 424 and the electrons 426 and allows the metastable atoms 218 and the ground state atoms 208 to pass through the output 666.

FIG. 10 illustrates a cross-sectional view of another metastable atom source 700 according to the invention. This embodiment of the metastable atom source 700 includes a cylindrical chamber 702. In one embodiment, the cylindrical chamber. 702 is formed of a dielectric material or a non-conducting material. The metastable atom source 700 also includes a first cylindrical electrode 704 and a second cylindrical electrode 706. One of the first 704 and the second cylindrical electrodes 706 is adapted to be an anode and the other is adapted to be a cathode.

In one embodiment, the size and shape of the first 704 and the second electrodes 706 are chosen to optimize the process for generating metastable atoms 218 in the metastable atom source 700. For example, the shape of the second cylindrical electrodes 706 and the dimensions of a gap 708 can be chosen to control the pressure in a region 710 in the cylindrical chamber 702 so as to optimize the process of generating metastable atoms 218. For example, increasing the pressure in the region 710 can increase the efficiency of the excitation process and, therefore the efficiency of generating the metastable atoms.

A power supply (not shown) is electrically connected between the first 704 and the second cylindrical electrodes 706. In one embodiment, one terminal of the power supply is coupled to ground. In this embodiment, one of the first 704 and second cylindrical electrodes 706 is also coupled to ground (not shown).

In one embodiment, the metastable atom source 700 includes electromagnetic coils 712, 714. The electromagnetic coils 712, 714 generate a magnetic field 716 having magnetic field lines 718, 720. The magnetic field 716 traps electrons proximate to the region 710. The trapped electrons assist in trapping ions proximate to the region 710. In other embodiments, the metastable atom source 700 includes magnets (not shown).

A gas line (not shown) is coupled to an input 722 of the chamber 702. An output 724 of the chamber 702 is coupled to an input 726 of an electron/ion absorber 728.

The electron/ion absorber 728 passes the metastable atoms 218 through an output 730.

In operation, ground state atoms 208 from the gas source (not shown) flow into the chamber 702 through the input 722. The ground state atoms 208 then flow into the region 710. The power supply (not shown) generates a voltage between the first 704 and the second cylindrical electrodes 706. The voltage creates an electric field that raises the energy of the ground state atoms 208. A portion of the ground state atoms 208 that are injected through the region 710 are energized to a metastable state. A fraction of the ground state atoms 208 are ionized and release free ions 424 and electrons 426 into the stream of metastable atoms 218. A portion of the ground state atoms 208 in the region 710 can be excited to states other than a metastable state.

The metastable atoms 218, the ground state atoms 208, the ions 424 and electrons 426 then pass through the output 724 of the chamber 702. The electron/ion absorber 728 receives the metastable atoms 218, the ground state atoms 208, the ions 424 and the electrons 426 through the input 726. The electron/ion absorber 728 traps the ions 424 and the electrons 426 and allows the metastable atoms 218 and the ground state atoms 208 to pass through the output 730.

US 6,805,779 B2

19

In other embodiments of the invention, the ground state atoms **208** are energized to a metastable state by using an energy source, such as a DC plasma source, a radio frequency (RF) plasma source, an ultraviolet (UV) radiation source, an X-ray radiation source, an electron beam radiation source, an ion beam radiation source, an inductively coupled plasma (ICP) source, a capacitively coupled plasma (CCP) source, a microwave plasma source, an electron cyclotron resonance (ECR) plasma source, a helicon plasma source, or a magnetron plasma discharge source.

FIG. **11** illustrates a cross-sectional view of another metastable atom source **735** according to the invention. The metastable atom source **735** includes a tube **736**. The tube **736** is formed of non-conducting material, such as dielectric material, like boron nitride or quartz. A nozzle **737** is positioned at one end of the tube **736**. The tube **736** is surrounded by an enclosure **738**. A skimmer **739** having an aperture **740** is positioned adjacent to the nozzle **737** forming a nozzle chamber **741**. The skimmer **739** can be connected to the enclosure **738**. In one embodiment, the skimmer **739** is cone-shaped as shown in FIG. **11**. In one embodiment, the enclosure **738** and the skimmer **739** are electrically connected to ground potential.

The tube **736** and the enclosure **738** define an electrode chamber **742** that is in fluid communication with the gas inlet **743**. A feed gas source (not shown) is coupled to the gas inlet **743** so as to allow feed gas to flow into the electrode chamber **742**. An electrode **744** is positioned inside the electrode chamber **742** adjacent to the nozzle **737** and to the skimmer **739**. In one embodiment, the electrode **744** is a needle electrode, as shown in FIG. **11**. The needle electrode will generate a relatively high electric field at the tip of the electrode. The electrode **744** is electrically isolated from the skimmer **739**.

A power supply **745** is electrically coupled to the electrode **744** with a transmission line **746**. The transmission line **746** may be fed into the electrode chamber **742** though an insulator **747**. The power supply **745** can be any type of power supply suitable for plasma generation. such as a DC power supply, pulsed power supply. RF power supply, or an AC power supply. In one embodiment, the power supply **745** generates a constant power or a constant voltage.

In operation, feed gas flows into the electrode chamber **742** from the feed gas source. Some of the feed gas flows through the nozzle **737** into the nozzle chamber **741**. In one embodiment, parameters such as the flow rate of the feed gas, the diameter of the nozzle **737**, and the diameter of the skimmer aperture **740** are chosen to increase the generation of metastable atoms. The power supply **745** applies a voltage to the electrode **744**. An electric field is developed between the electrode **744** and the skimmer **739**. The electric field raises the energy of the volume of excited atoms thereby causing collisions between neutral atoms, electrons, and excited atoms. The collisions create excited atom and metastable atoms.

FIG. **12A** through FIG. **12C** illustrate various embodiments of electron/ion absorbers **750**, **750'**, **750"** according to the invention. Referring to FIG. **12A**, the electron/ion absorber **750** includes a first **756** and a second electrode **758** that are positioned in a chamber **760**. A first output **762** of a power supply **764** is coupled to the first electrode **756**. A second output **766** of the power supply is coupled to ground. The second electrode **758** is also coupled to ground. In one embodiment, the power supply **764** is a DC power supply or a pulsed power supply.

In operation, metastable atoms **768**, ground state atoms **770**, electrons **772**, and ions **774**, flow through the input **752**

20

of the electron/ion absorber **750** and enter the chamber **760**. In one embodiment, the power supply **760** applies a negative potential to the first electrode **756** and, thus attracts and traps the ions **774** passing through the chamber **760**. The second electrode **758** is positively biased and, thus attracts and traps the electrons **772**. The metastable atoms **768** and the ground state atoms **770** flow through the output **754** of the electron/ion absorber **750**.

FIG. **12B** illustrates an electron/ion absorber **750'** that includes a chamber **760'**. First **776** and second magnets **778** are positioned inside the chamber **760'**. The first **776** and the second magnets **778** generate a magnetic field **780** in the chamber **760'** that traps the electrons and the ions. In operation, metastable atoms **768**, ground state atoms **770**, electrons **772**, and ions **774** flow through the input **752'** of the electron/ion absorber **750'** and enter the chamber **760'**. The electrons **772** are trapped by the magnetic field **780**. The trapped electrons **772** then trap the ions **774** in the chamber **760'**. The metastable atoms **768** and the ground state atoms **770** then flow through the output **754'** of the electron/ion absorber **750'**.

FIG. **12C** illustrates an electron/ion absorber **750"** that includes a chamber **760"**. An absorber **782** is disposed in the chamber **760"** in the direction of electron and ion propagation. Any type of electron/ion absorber can be used. In operation, metastable atoms **768**, ground state atoms **770**, electrons **772**, and ions **774**, flow through the input **752"** of the electron/ion absorber **750"** and enter the chamber **760"**. The absorber **782** traps the electrons **772** and the ions **774** in the chamber **760"**. The metastable atoms **768** and the ground state atoms **770** flow through the output **754"** of the electron/ion absorber **750"**.

FIG. **13** is a flowchart of an illustrative process **800** of generating a plasma with a multi-step ionization process according to the present invention. The process **800** includes flowing ground state atoms **208** from the gas source **206** (FIG. **2**) into the metastable atom source **204** (step **802**). In one embodiment, the volume of ground state atoms **208** includes a volume of noble gas atoms.

The metastable atom source **204** then generates a volume of metastable atoms **218** from the volume of ground state atoms **208** (step **804**). In one embodiment, the volume of metastable atoms **218** is generated by generating a discharge that excites the ground state atoms **208** to a metastable state. In another embodiment, the volume of metastable atoms **218** is generated by generating an electron beam that excites the ground state atoms **208** to a metastable state. In another embodiment, the ground state atoms **208** are excited to an excited state other than a metastable state.

In one embodiment, a magnetic field is generated proximate to the ground state atoms **208**. The magnetic field can be a static or a pulsed magnetic field. The magnetic field substantially traps electrons proximate to the ground state atoms **208** and, thus increases the excitation rate of the ground state atoms **208** to a metastable state.

In one embodiment, at least a portion of electrons and/or ions are removed from the volume of metastable atoms (step **806**). Next, the energy of the metastable atoms **218** is raised so that at least a portion of the volume of metastable atoms **218** are ionized (step **808**), thereby generating a plasma with a multi-step ionization process. The volume of metastable atoms **218** requires less energy to become ionized compared with a similar volume of ground state atoms **208**.

In one embodiment, raising the energy of the metastable atoms **218** includes exposing the metastable atoms **218** to at least one of an electric field and a magnetic field. In another embodiment, raising the energy of the metastable atoms **218**

US 6,805,779 B2

21

includes exposing the metastable atoms **218** to an electron source, an X-ray radiation source, a plasma source.

While the invention has been particularly shown and described with reference to specific preferred embodiments, it should be understood by those skilled in the art that various changes in form and detail may be made therein without departing from the spirit and scope of the invention as defined herein.

What is claimed is:

**1**. A plasma generator that generates a plasma with a multi-step ionization process, the plasma generator comprising:

a feed gas source comprising ground state atoms;

an excited atom source that receives ground state atoms from the feed gas source, the excited atom source comprising a magnet that generates a magnetic field for substantially trapping electrons proximate to the ground state atoms, the excited atom source generating excited atoms from the ground state atoms;

a plasma chamber that is coupled to the excited atom source, the plasma chamber confining a volume of excited atoms generated by the excited atom source; and

an energy source that is coupled to the volume of excited atoms confined by the plasma chamber, the energy source raising an energy of excited atoms in the volume of excited atoms so that at least a portion of the excited atoms in the volume of excited atoms is ionized, thereby generating a plasma with a multi-step ionization process.

**2**. The plasma generator of claim **1** wherein the feed gas source comprises ground state atoms that are chosen from the group comprising noble gas atoms, a mixture of different noble gas atoms, reactive gas atoms, a mixture of different reactive gas atoms, and a mixture of noble and reactive gas atoms.

**3**. The plasma generator of claim **1** wherein the food gas source comprises a volume of ground state argon atoms.

**4**. The plasma generator of claim **1** wherein the excited atom source comprises a metastable atom source that generates metastable atoms from the ground state atoms.

**5**. The plasma generator of claim **1** wherein the excited atom source comprises a first electrode and a second electrode, the first electrode and the second electrode generating a discharge that excites the ground state atoms.

**6**. The plasma generator of claim **1** wherein the magnetic field that substantially traps electrons proximate to the ground state atoms increases at least one of a rate at which the excited atoms are generated from the ground state atoms and a density of excited atoms.

**7**. The plasma generator of claim **1** wherein the excited atom source comprises an electron gun that directs an electron beam into the ground state atoms, the electron beam exciting the ground state atoms.

**8**. The plasma generator of claim **1** wherein a pressure differential exists between a pressure in the excited atom source and a pressure in the plasma chamber, the pressure differential increasing at least one of a rate at which the excited atoms are generated from the ground state atoms and a density of the excited atoms.

**9**. The plasma generator of claim **1** wherein the excited atom source comprises an inductively coupled discharge source that generates a discharge that excites ground state atoms.

**10**. The plasma generator of claim **1** wherein the excited atom source is positioned inside the plasma chamber.

**11**. The plasma generator of claim **1** wherein the excited atom source is positioned outside the plasma chamber.

22

**12**. The plasma generator of claim **1** wherein the excited atoms generated by the excited atom source have a lower ionization energy compared with an ionization energy of the ground state atoms.

**13**. The plasma generator of claim **1** wherein the energy source is chosen from the group comprising a DC discharge source, a radio frequency (RF) source, an X-ray source, an electron beam source, an ion beam source, an inductively coupled plasma (ICP) source, a capacitively coupled plasma (CCP) source, a microwave plasma source, an electron cyclotron resonance (ECR) plasma source, a helicon plasma source, a magnetron source, and an AC discharge source.

**14**. The plasma generator of claim **1** wherein the energy source comprises a power supply.

**15**. The plasma generator of claim **14** wherein the power supply is chosen from the group comprising a pulsed (DC) power supply, a RF power supply, an AC power supply, and a DC power supply.

**16**. The plasma generator of claim **1** further comprising an electron/ion absorber that receives the excited atoms from the excited atom source, the electron/ion absorber trapping electrons and ions.

**17**. The plasma generator of claim **1** wherein the plasma that is generated with the multi-step ionization process has a higher plasma density than a plasma that is generated by direct ionization of the ground state atoms.

**18**. A plasma generator that generates a plasma with a multi-step ionization process, the plasma generator comprising:

a feed gas source comprising ground state atoms;

a metastable atom source that receives ground state atoms from the feed gas source, the metastable atom source comprising a magnet that generates a magnetic field for substantially trapping electrons proximate to the ground state atoms, the metastable atom source generating metastable atoms from the ground state atoms;

a plasma chamber that is coupled to the metastable atom source, the plasma chamber confining a volume of metastable atoms generated by the metastable atom source; and

a power supply that is electrically coupled to the volume of metastable atoms confined by the plasma chamber, the power supply generating a power that raises an energy of metastable atoms in the volume of metastable atoms so that at least a portion of the metastable atoms in the volume of metastable atoms is ionized, thereby generating a plasma with a multi-step ionization process.

**19**. The plasma generator of claim **18** wherein the metastable atom source comprises a first electrode and a second electrode, the first electrode and the second electrode generating a discharge that excites the ground state atoms to a metastable state.

**20**. The plasma generator of claim **18** wherein the metastable atom source comprises an electron gun that directs an electron beam into the ground state atoms, the electron beam exciting the ground state atoms to a metastable state.

**21**. The plasma generator of claim **18** wherein the metastable atom source comprises an inductively coupled discharge source that generates a discharge that excites the ground state atoms.

**22**. The plasma generator of claim **18** wherein the magnetic field that substantially traps electrons proximate to the ground state atoms increases at least one of a rate at which the metastable atoms are generated from the ground state atoms and a density of the metastable atoms.

**23**. The plasma generator of claim **18** wherein a pressure differential exists between a pressure in the metastable atom

US 6,805,779 B2

23

source and a pressure in the plasma chamber, the pressure differential increasing at least one of a rate at which the metastable atoms are generated from the ground state atoms and a density of the metastable atoms.

**24**. The plasma generator of claim **18** wherein the metastable atom source is positioned inside the plasma chamber.

**25**. The plasma generator of claim **18** wherein the metastable atom source is positioned outside the plasma chamber.

**26**. The plasma generator of claim **18** wherein the metastable atoms generated by the metastable atom source have a lower ionization energy compared with an ionization energy of the ground state atoms.

**27**. The plasma generator of claim **18** wherein the power supply is chosen from the group comprising a pulsed (DC) power supply, a RF power supply, an AC power supply, and a DC power supply.

**28**. The plasma generator of claim **18** further comprising an electron/ion absorber that receives the metastable atoms from the metastable atom source, the electron/ion absorber trapping electrons and ions.

**29**. The plasma generator of claim **18** wherein the plasma that is generated with the multi-step ionization process has a higher plasma density than a plasma that is generated by direct ionization of the ground state atoms.

**30**. A method for generating a plasma with a multi-step ionization process, the method comprising:

generating a magnetic field proximate to a volume of ground state atoms to substantially trap electrons proximate to the volume of ground state atoms;

generating a volume of metastable atoms from the volume of ground state atoms; and

raising an energy of the metastable atoms so that at least a portion of the volume of metastable atoms is ionized, thereby generating a plasma with a multi-step ionization process.

**31**. The method of claim **30** wherein the volume of ground state atoms comprises a volume of noble gas atoms.

**32**. The method of claim **30** wherein the generating the volume of metastable atoms comprises generating a discharge that excites at least a portion of the ground state atoms in the volume of ground state atoms to a metastable state.

**33**. The method of claim **30** wherein the generating the magnetic field proximate to the volume of ground state atoms increases excitation of at least a portion of the ground state atoms in the volume of ground state atoms to a metastable state.

**34**. The method of claim **30** wherein the generating the volume of metastable atoms comprises generating an electron beam that excites at least a portion of the ground state atoms in the volume of ground state atoms to a metastable state.

**35**. The method of claim **30** wherein the raising the energy of the metastable atoms comprises exposing the metastable atoms to an electric field.

**36**. The method of claim **30** wherein the raising the energy of the metastable atoms comprises exposing the metastable atoms to X-ray radiation.

**37**. The method of claim **30** wherein the raising the energy of the metastable atoms comprises exposing the metastable atoms to a plasma.

**38**. The method of claim **30** further comprising trapping electrons and ions in the volume of metastable atoms.

**39**. The method of claim **30** wherein the raising the energy of the metastable atoms comprises exposing the metastable atoms to an electron source.

**40**. A method for generating a plasma with a multi-step ionization process, the method comprising:

24

generating a magnetic field proximate to a volume of ground state molecules to substantially trap electrons proximate to the volume of ground state molecules;

generating a volume of metastable molecules from the volume of ground state molecules; and

raising an energy of the metastable molecules so that at least a portion of the volume of metastable molecules is ionized, thereby generating a plasma with a multi-step ionization process.

**41**. An apparatus for generating a plasma comprising:

means for generating a magnetic field proximate to a volume of ground state atoms to substantially trap electrons proximate to the volume of ground state atoms;

means for generating a volume of metastable atoms from the volume of ground state atoms; and

means for raising an energy of the metastable atoms so that at least a portion of the volume of metastable atoms is ionized, thereby generating a plasma with a multi-step ionization process.

**42**. The apparatus of claim **41** further comprising means for trapping electrons and ions in the volume of metastable atoms.

**43**. A plasma generator that generates a plasma with a multi-step ionization process, the plasma generator comprising:

a feed gas source comprising ground state atoms;

an excited atom source that is coupled to the feed gas source, the excited atom source generating excited atoms from the ground state atoms;

a plasma chamber that is coupled to the excited atom source, the plasma chamber confining a volume of excited atoms generated by the excited atom source, wherein a pressure differential exists between a pressure in the excited atom source and a pressure in the plasma chamber, the pressure differential increasing at least one of a rate at which the excited atoms are generated from the ground state atoms and a density of the excited atoms; and

an energy source that is coupled to the volume of excited atoms confined by the plasma chamber, the energy source raising an energy of excited atoms in the volume of excited atoms so that at least a portion of the excited atoms in the volume of excited atoms is ionized, thereby generating a plasma with a multi-step ionization process.

**44**. A plasma generator that generates a plasma with a multi-step ionization process, the plasma generator comprising:

a feed gas source comprising ground state atoms;

an inductively coupled discharge source that is coupled to the feed gas source, the inductively coupled discharge source generating excited atoms from the ground state atoms;

a plasma chamber that is coupled to the inductively coupled discharge source, the plasma chamber confining a volume of excited atoms generated by the inductively coupled discharge source; and

an energy source that is coupled to the volume of excited atoms confined by the plasma chamber, the energy source raising an energy of excited atoms in the volume of excited atoms so that at least a portion of the excited atoms in the volume of excited atoms is ionized, thereby generating a plasma with a multi-step ionization process.

US 6,805,779 B2

25

26

**45**. A plasma generator that generates a plasma with a multi-step ionization process, the plasma generator comprising:

a feed gas source comprising ground state atoms;

an excited atom source that is coupled to the feed gas source, the excited atom source generating excited atoms from the ground state atoms;

an electron/ion absorber that receives the excited atoms generated by the excited atom source and then traps electrons and ions;

a plasma chamber that is coupled to the electron/ion absorber, the plasma chamber confining a volume of excited atoms generated by the excited atom source; and

an energy source that is coupled to the volume of excited atoms confined by the plasma chamber, the energy source raising an energy of excited atoms in the volume

of excited atoms so that at least a portion of the excited atoms in the volume of excited atoms is ionized, thereby generating a plasma with a multi-step ionization process.

**46**. A method for generating a plasma with a multi-step ionization process, the method comprising:

generating a volume of metastable atoms from a volume of ground state atoms;

trapping electrons and ions in the volume of metastable atoms; and

raising an energy of the metastable atoms so that at least a portion of the volume of metastable atoms is ionized, thereby generating a plasma with a multi-step ionization process.

*   *   *   *   *

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 6,805,779 B2                                    Page 1 of 1
DATED        : October 19, 2004
INVENTOR(S)  : Roman Chistyakov

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 21,
Line 36, replace "food" with -- feed --

Column 25,
Line 10, replace "elections" with -- electrons --

Signed and Sealed this

Nineteenth Day of April, 2005

JON W. DUDAS
*Director of the United States Patent and Trademark Office*