EXHIBIT J



(12) **United States Patent**
    Chistyakov

(10) **Patent No.:**     **US 6,806,652 B1**
(45) **Date of Patent:**     \*Oct. 19, 2004

(54) **HIGH-DENSITY PLASMA SOURCE USING EXCITED ATOMS**

(75) Inventor:  **Roman Chistyakov**, Andover, MA (US)

(73) Assignee:  **Zond, Inc.**, Mansfield, MA (US)

( * ) Notice:  Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/249,844**

(22) Filed:  **May 12, 2003**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/249,595, filed on Apr. 22, 2003.

(51) Int. Cl.[7] ................................................. H01J 7/24
(52) U.S. Cl. ............................ **315/111.21**; 315/111.41; 156/345.44; 118/723 DC
(58) Field of Search ...................... 315/111.21, 111.41, 315/111.61, 111.71, 111.81, 111.91; 204/298.07, 298.08, 298.121, 298.161, 298.2, 298.21, 298.22; 156/345.33, 345.35, 345.38, 345.39, 345.4, 345.41, 345.42, 345.43, 345.44, 345.46; 118/723 ME, 723 DC, 723 I, 723 IR

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,619,605 A | 11/1971 | Cook et al. | ............. 250/419 |
| 4,060,708 A | 11/1977 | Walters | ............. 219/121 |
| 4,148,612 A | 4/1979 | Taylor et al. | ............. 23/232 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 98/40532 | 9/1998 |
| WO | WO 01/98553 A1 | 12/2001 |

OTHER PUBLICATIONS

Booth, et al., The Transition From Symmetric To Asymemtric Discharges In Pulsed 13.56 MHz Capacitively Coupled Plasmas, J. Appl. Phys., Jul. 15, 1997, pp. 552–560, vol. 82, No. 2, American Institute of Physics.

Bunshah, et al., Deposition Technologies For Films And Coatings, pp. 178–183, Noyes Pubications, park Ridge, New Jersey.

Daugherty, et al., Attachment–Dominated Electron–Beam–Ionized Discharges, Applied Physics Letters, May 15, 1976, pp. 581–583, vol. 28, No. 10, American Institute of Physics.

Goto, et al., Dual Excitation Reactive Ion Etcher for Low Energy Plasma Processing, J. Vac. Sci. Technol. A., Sep./ Oct. 1992, pp. 3048–3054, vol. 10, No. 5, American Vacuum Society.

(List continued on next page.)

*Primary Examiner*—Don Wong
*Assistant Examiner*—Ephrem Alemu
(74) *Attorney, Agent, or Firm*—Kurt Ranuschenbach; Rauschenbach Patent Law Group, LLC

(57)     **ABSTRACT**

The plasma source includes a cathode assembly. An anode is positioned adjacent to the cathode assembly. An excited atom source generates an initial plasma and excited atoms from a volume of feed gas. The initial plasma and excited atoms are located proximate to the cathode assembly. A power supply generates an electric field between the cathode assembly and the anode. The electric field super-ionizes the initial plasma so as to generate a high-density plasma.

**35 Claims, 19 Drawing Sheets**



**US 6,806,652 B1**

Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,546,253 | A | | 10/1985 | Tsuchiya et al. ............ 250/288 |
| 4,703,222 | A | | 10/1987 | Yoshikawa et al. ...... 313/362.1 |
| 4,716,340 | A | * | 12/1987 | Lee et al. .............. 204/298.18 |
| 4,792,725 | A | | 12/1988 | Levy et al. ................... 315/39 |
| 4,802,183 | A | | 1/1989 | Harris et al. ................. 372/57 |
| 4,919,690 | A | | 4/1990 | Lovelock ......................... 55/2 |
| 4,953,174 | A | | 8/1990 | Eldridge et al. .............. 372/87 |
| 4,977,352 | A | * | 12/1990 | Williamson ............ 315/111.21 |
| 5,015,493 | A | | 5/1991 | Gruen ......................... 427/38 |
| 5,083,061 | A | | 1/1992 | Koshiishi et al. ....... 315/111.81 |
| 5,247,531 | A | | 9/1993 | Muller-Horsche ............ 372/38 |
| 5,247,535 | A | | 9/1993 | Muller-Horsche et al. .... 372/86 |
| 5,382,457 | A | | 1/1995 | Coombe .................... 427/596 |
| 5,506,405 | A | | 4/1996 | Yoshida et al. ............. 250/251 |
| 5,733,418 | A | | 3/1998 | Hershcovitch et al. . 204/192.11 |
| 5,821,548 | A | | 10/1998 | Hinchliffe .............. 250/492.21 |
| 6,057,244 | A | | 5/2000 | Hausmann et al. ........ 438/706 |
| 6,094,012 | A | * | 7/2000 | Leung et al. ........... 315/111.81 |
| 6,124,675 | A | | 9/2000 | Bertrand et al. ....... 315/111.91 |
| 6,137,231 | A | * | 10/2000 | Anders et al. .......... 315/111.21 |
| 6,207,951 | B1 | | 3/2001 | Yamauchi et al. ......... 250/251 |
| 6,296,742 | B1 | | 10/2001 | Kouznetsov ........... 204/192.12 |
| 6,395,641 | B2 | | 5/2002 | Savas ...................... 438/714 |
| 6,413,382 | B1 | | 7/2002 | Wang et al. ........... 204/192.12 |
| 6,413,383 | B1 | | 7/2002 | Chiang et al. ......... 204/192.13 |
| 6,462,482 | B1 | * | 10/2002 | Wickramanayaka |
| | | | | et al. ...................... 315/111.21 |
| 2002/0153103 | A1 | | 10/2002 | Maddocks ............. 156/345.46 |

### OTHER PUBLICATIONS

Kouznetsov, et al., A Novel Pulsed Magnetron Sputter Technique Utilizing Very High Target Power Densities, Surface and Coatings Technology, 1999, pp. 290–293, vol. 122, Elsevier Science S.A.

Lindquist, et al., High Selectivity Plasma Etching Of Silicone Dioxdie With A Dual Frequency 27/2 MHz Capacitiv RF Discharge.

Macak, Reactive Sputter Deposition Process Of Al2O3 And Characterization Of A Novel High Plasm aDensity Pulsed Magnetron Discharge, Linkoping Studies In Science And Technology, pp. 1–2.

Macak, et al., Ionized Sputter Deposition Using an Extremely High Plasma Density Pulsed Magnetron Discharge, J. Vac. Sci. Technol. A., Jul./Aug. 2000, p. 1533–1537, vol. 18, No. 4, American Society.

Mozgrin, et al., High–Current Low–Pressure Quasi–Stationary Discharge In A Magnetic Field: Experiemtnal Research, Plasma Physics Reports, 1995, pp. 400–409, vol. 21, No. 5.

Rossnagel, et al., Induced Drift Currents In Circular Planar Magnetrons, J. Vac. Sci. Technol. A., Jan./Feb. 1987, pp. 88–91, vol. 5, No. 1, American Vacuum Society.

Sheridan, et al., Electron Velocity Distribution Functions In A Sputtering Magnetron Discharge For The E x B Direction, J. Vac. Sci. Technol., Jul.Aug. 1998, pp. 2173–2176, vol. 16, No. 4, American Vacuum Society.

Steinbruchel, A Simple Formula FOr Low–Energy Sputtering Yields, APpl. Phys. A., 1985, p. 37–42, vol. 36, Sprigner Verlag.

Encyclopedia Of Low Temperature Plasma, p. 119, vol. 3, 2000.

Encyclopedia Of Low Temperature Plasma, p. 123, vol. 3, 2000.

Lymberopoulos, et al., Fluid Simulations Of Glow DIscharges: Effect Of Metastable Atoms In Argon, J. Appl. Phys., Apr. 1993, pp. 3668–3679, vol. 73, No. 8, American Inststiute of Physics.

Burnham, et al., Efficient Electric Discharge Lasers In XeF and KrF, Applied Physics Letters, Jul. 1976, pp. 30–32, vol. 29, No. 1, American Inststitute of Physics.

Fabrikant, et al., Electron Impact Formation Of Metastable Atoms, pp. 3, 31, 34–37, Amsterdam.

Fahey, et al., High Flux Beam Source Of Thermal Rare–Gas Metastable Atoms, 1980, J. Phys. E. Sci. Instrum., vol. 13, The Institute of Physics.

Verheijen, et al., A Discharge Excited Supersonic Source Of Metastable Rare Gas Atoms, J. Phys. E. Sci. Instrum, 1984, vol. 17.

Eletskii, Excimer Lasers, Sov. Phys. Usp., Jun. 1978, pp. 502–521, vol. 21, N0. 6.

* cited by examiner



## FIG. 1
PRIOR ART



FIG. 2A



FIG. 2B



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7

Case 1:14-cv-00721-LPS   Document 8-2   Filed 06/19/14   Page 12 of 235 PageID #: 506



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



800

| Feed Gas 234 Flows Through Region 214 Towards Inner Cathode Section 202a | — 802 |

| First Power Supply 206 Generates Electric Field Across Feed Gas 234 to Ignite Initial Plasma | — 804 |

| Volume Exchange of Feed Gas 234 Causes Initial Plasma to Diffuse Proximate to Inner Cathode Section 202a | — 806 |

| Second Power Supply 222 Generates Electric Field Across Initial Plasma to Generate High-Density Plasma that is More Strongly Ionized than Initial Plasma | — 808 |

FIG. 16A



800'

Feed Gas 234 Flows Through Region 214
Toward Inner Cathode Section 202a — 802

First Power Supply 206 Generates Electric Field
Across Feed Gas 234 to Ignite Initial Plasma — 804

Volume Exchange of Feed Gas 234 Causes Initial Plasma to
Diffuse Toward Inner Cathode Section 202a — 806

First Power Supply 206 Generates Strong Electric Field Across Initial
Plasma in Region 214 to Generate High-Density Plasma that is More
Strongly Ionized than Initial Plasma — 810

Volume Exchange of Feed Gas 234 Causes High-Density
Plasma to Diffuse Toward Inner Cathode Section 202a where
it Commingles with Initial Plasma — 812

Second Power Supply 222 Generates Electric Field Across
High-Density Plasma to Generate Higher-Density Plasma
that is More Strongly Ionized than High-Density Plasma — 814

FIG. 16B



FIG. 16C

US 6,806,652 B1

1

# HIGH-DENSITY PLASMA SOURCE USING EXCITED ATOMS

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. patent application Ser. No. 10/249,595, filed on Apr. 22, 2003, the entire disclosure of which is incorporated herein by reference.

## BACKGROUND OF INVENTION

Plasma is considered the fourth state of matter. A plasma is a collection of charged particles that move in random directions. A plasma is, on average, electrically neutral. One method of generating a plasma is to drive a current through a low-pressure gas between two conducting electrodes that are positioned parallel to each other. Once certain parameters are met, the gas "breaks down" to form the plasma. For example, a plasma can be generated by applying a potential of several kilovolts between two parallel conducting electrodes in an inert gas atmosphere (e.g., argon) at a pressure that is in the range of about 10 to 10 Torr.

Plasma processes are widely used in many industries, such as the semiconductor manufacturing industry. For example, plasma etching is commonly used to etch substrate material and to etch films deposited on substrates in the electronics industry. There are four basic types of plasma etching processes that are used to remove material from surfaces: sputter etching, pure chemical etching, ion energy driven etching, and ion inhibitor etching.

Plasma sputtering is a technique that is widely used for depositing films on substrates and other work pieces. Sputtering is the physical ejection of atoms from a target surface and is sometimes referred to as physical vapor deposition (PVD). Ions, such as argon ions, are generated and are then drawn out of the plasma and accelerated across a cathode dark space. The target surface has a lower potential than the region in which the plasma is formed. Therefore, the target surface attracts positive ions.

Positive ions move towards the target with a high velocity and then impact the target and cause atoms to physically dislodge or sputter from the target surface. The sputtered atoms then propagate to a substrate or other work piece where they deposit a film of sputtered target material. The plasma is replenished by electron-ion pairs formed by the collision of neutral molecules with secondary electrons generated at the target surface.

Reactive sputtering systems inject a reactive gas or mixture of reactive gases into the sputtering system. The reactive gases react with the target material either at the target surface or in the gas phase, resulting in the deposition of new compounds. The pressure of the reactive gas can be varied to control the stoichiometry of the film. Reactive sputtering is useful for forming some types of molecular thin films.

Magnetron sputtering systems use magnetic fields that are shaped to trap and concentrate secondary electrons proximate to the target surface. The magnetic fields increase the density of electrons and, therefore, increase the plasma density in a region that is proximate to the target surface. The increased plasma density increases the sputter deposition rate.

## BRIEF DESCRIPTION OF DRAWINGS

This invention is described with particularity in the detailed description. The above and further advantages of

2

this invention may be better understood by referring to the following description in conjunction with the accompanying drawings, in which like numerals indicate like structural elements and features in various figures. The drawings are not necessarily to scale, emphasis instead being placed upon illustrating the principles of the invention.

FIG. 1 illustrates a cross-sectional view of a known plasma generating apparatus having a direct current (DC) power supply.

FIG. 2A illustrates a cross-sectional view of a plasma generating apparatus having a segmented cathode according to the invention.

FIG. 2B illustrates a cross-sectional view of the segmented cathode of FIG. 2A.

FIG. 3 illustrates a cross-sectional view of a plasma generating apparatus including a magnet assembly according to the invention.

FIG. 4 illustrates a graphical representation of applied power as a function of time for periodic pulses applied to an initial plasma in the plasma generating system of FIG. 2A.

FIG. 5 illustrates a cross-sectional view of a plasma generating apparatus including the magnet assembly of FIG. 3 and an additional magnet assembly according to the invention.

FIG. 6 illustrates a cross-sectional view of a plasma generating apparatus including the magnet assembly of FIG. 3 and an additional magnet assembly according to the invention.

FIG. 7 illustrates a cross-sectional view of another embodiment of a plasma generating apparatus including a magnet assembly according to the invention.

FIG. 8 illustrates a cross-sectional view of a plasma generating apparatus including a magnet configuration that includes a first magnet and a second magnet according to the invention.

FIG. 9 illustrates a cross-sectional view of a plasma generating apparatus according to the present invention including a segmented cathode assembly, an ionizing electrode, and a first, a second and a third power supply.

FIG. 10 illustrates a cross-sectional view of a plasma generating apparatus according to the present invention including a segmented cathode assembly, a common anode, an ionizing electrode and a first, a second and a third power supply.

FIG. 11 illustrates a cross-sectional view of a plasma generating apparatus according to the present invention including a segmented cathode assembly and a first, a second and a third power supply.

FIG. 12 illustrates a cross-sectional view of a plasma generating apparatus according to the present invention including a segmented cathode assembly, an excited atom source, and a first, and a second power supply.

FIG. 13 illustrates a graphical representation of the power as a function of time for each of a first, a second and a third power supply for one mode of operating the plasma generating system of FIG. 9.

FIG. 14 illustrates a graphical representation of power generated as a function of time for each of a first; a second and a third power supply for one mode of operating the plasma generating system of FIG. 9.

FIG. 15 illustrates a graphical representation of the power as a function of time for each of a first, a second and a third power supply for one mode of operating the plasma generating system of FIG. 9.

US 6,806,652 B1

3

FIG. 16A through FIG. 16C are flowcharts of illustrative processes of generating high-density plasmas according to the present invention.

DETAILED DESCRIPTION

FIG. 1 illustrates a cross-sectional view of a known plasma generating apparatus 100 having a DC power supply 102. The known plasma generating apparatus 100 includes a vacuum chamber 104 where a plasma 105 is generated. The vacuum chamber 104 can be coupled to ground. The vacuum chamber 104 is positioned in fluid communication with a vacuum pump 106 via a conduit 108 and a valve 109. The vacuum pump 106 is adapted to evacuate the vacuum chamber 104 to high vacuum. The pressure inside the vacuum chamber 104 is generally less than 10 Torr. A feed gas 110 from a feed gas source 111, such as an argon gas source, is introduced into the vacuum chamber 104 through a gas inlet 112. The gas flow is controlled by a valve 113.

The plasma generating apparatus 100 also includes a cathode assembly 114. The cathode assembly 114 is generally in the shape of a circular disk. The cathode assembly 114 can include a target 116. The cathode assembly 114 is electrically connected to a first terminal 118 of the DC power supply 102 with an electrical transmission line 120. An insulator 122 isolates the electrical transmission line 120 from a wall of the vacuum chamber 104. An anode 124 is electrically connected to a second terminal 126 of the DC power supply 102 with an electrical transmission line 127. An insulator 128 isolates the electrical transmission line 127 from the wall of the vacuum chamber 104. The anode 124 is positioned in the vacuum chamber 104 proximate to the cathode assembly 114. An insulator 129 isolates the anode 124 from the cathode assembly 114. The anode 124 and the second output 126 of the DC power supply 102 are coupled to ground in some systems.

The plasma generating apparatus 100 illustrates a magnetron sputtering system that includes a magnet 130 that generates a magnetic field 132 proximate to the target 116. The magnetic field 132 is strongest at the poles of the magnet 130 and weakest in the region 134. The magnetic field 132 is shaped to trap and concentrate secondary electrons proximate to the target surface. The magnetic field increases the density of electrons and, therefore, increases the plasma density in a region that is proximate to the target surface.

The plasma generating apparatus 100 also includes a substrate support 136 that holds a substrate 138 or other work piece. The substrate support 136 can be electrically connected to a first terminal 140 of a RF power supply 142 with an electrical transmission line 144. An insulator 146 isolates the RF power supply 142 from a wall of the vacuum chamber 104. A second terminal 148 of the RF power supply 142 is coupled to ground.

In operation, the feed gas 110 from the feed gas source 111 is injected into the chamber 104. The DC power supply 102 applies a DC voltage between the cathode assembly 114 and the anode 124 that causes an electric field 150 to develop between the cathode assembly 114 and the anode 124. The amplitude of the DC voltage is chosen so that it is sufficient to cause the resulting electric field to ionize the feed gas 110 in the vacuum chamber 104 and to ignite the plasma 105.

The ionization process in known plasma sputtering apparatus is generally referred to as direct ionization or atomic ionization by electron impact and can be described by the following equation:

$$Ar + e^- \rightarrow Ar^+ + 2e^-$$

4

where Ar represents a neutral argon atom in the feed gas 110 and $e^-$ represents an ionizing electron generated in response to the voltage applied between the cathode assembly 114 and the anode 124. The collision between the neutral argon atom and the ionizing electron results in an argon ion ($Ar^+$) and two electrons.

The plasma 105 is maintained, at least in part, by secondary electron emission from the cathode assembly 114. The magnetic field 132 that is generated proximate to the cathode assembly 114 confines the secondary electrons in the region 134 and, therefore, confines the plasma 105 approximately in the region 134. The confinement of the plasma in the region 134 increases the plasma density in the region 134 for a given input power.

The plasma generating apparatus 100 can be configured for magnetron sputtering. Since the cathode assembly 114 is negatively biased, ions in the plasma 105 bombard the target 116. The impact caused by these ions bombarding the target 116 dislodges or sputters material from the target 116. A portion of the sputtered material forms a thin film of sputtered target material on the substrate 138.

Known magnetron sputtering systems have relatively poor target utilization. The term "poor target utilization" is defined herein to mean undesirable non-uniform erosion of target material. Poor target utilization is caused by a relatively high concentration of positively charged ions in the region 134 that results in a non-uniform plasma. Similarly, magnetron etching systems (not shown) typically have relatively non-uniform etching characteristics.

Increasing the power applied to the plasma can increase the uniformity and density of the plasma. However, increasing the amount of power necessary to achieve even an incremental increase in uniformity and plasma density can significantly increase the probability of establishing an electrical breakdown condition leading to an undesirable electrical discharge (an electrical arc) in the chamber 104.

Applying pulsed direct current (DC) to the plasma can be advantageous since the average discharge power can remain relatively low while relatively large power pulses are periodically applied. Additionally, the duration of these large voltage pulses can be preset so as to reduce the probability of establishing an electrical breakdown condition leading to an undesirable electrical discharge. An undesirable electrical discharge will corrupt the plasma process and can cause contamination in the vacuum chamber 104. However, very large power pulses can still result in undesirable electrical discharges regardless of their duration.

In one embodiment, an apparatus according to the present invention generates a plasma having a higher density of ions for a giving input power than a plasma generated by known plasma systems, such as the plasma generating apparatus 100 of FIG. 1.

A high-density plasma generation method and apparatus according to the present invention uses an electrode structure including three or more electrodes to generate a high-density plasma including excited atoms, ions, neutral atoms and electrons. The electrodes can be a combination of cathodes, anodes, and/or ionizing electrodes. The electrodes can be configured in many different ways, such as a ring electrode structure, a linear electrode structure, or hollow cathode electrode structure. The plasma generation method and apparatus of the present invention provides independent control of two or more co-existing plasmas in the system.

A high-density plasma source according to the present invention can include one or more feed gas injection systems that inject feed gas proximate to one or more of the elec-

US 6,806,652 B1

5

trodes in the plasma source. The feed gas can be any mixture of gases as described herein. The one or more feed gas injection systems can also inject plasma proximate to one or more of the electrodes in the plasma source. The injected plasma can be a high-density plasma or a low-density plasma. In one embodiment, an initial plasma is generated and then it is super-ionized to form a high-density plasma. The term "super-ionized" is defined herein to mean that at least 75% of the neutral atoms in the plasma are converted to ions.

The high-density plasma source of the present invention can operate in a constant power, constant voltage, or constant current mode. These modes of operation are discussed herein. In addition, the high-density plasma source can use different types of power supplies to generate the high-density plasma. For example, direct-current (DC), alternating-current (AC), radio-frequency (RF), or pulsed DC power supplies can be used to generate the high-density plasma. The power supplies can generate power levels in the range of about 1W to 10MW.

The plasma generated by the high-density plasma source of the present invention can be used to sputter materials from solid or liquid targets. Numerous types of materials can be sputtered. For example, magnetic, non-magnetic, dielectric, metals, and semiconductor materials can be sputtered.

In one embodiment, the high-density plasma source of the present invention generates relatively high deposition rates near the outer edge of a sputtering target. The target can be designed and operated such that the increase in the deposition rate near the outer edge of the sputtering target compensates for the decrease of the sputtering rate typically associated with the edge of a sputtering target. This embodiment allows the use of relatively small targets, which can reduce the overall footprint of a process tool, the cost of the target and the cost to operate the process tool.

The high-density plasma source of the present invention provides high target utilization and high sputtering uniformity. Additionally, the plasma generated by the high-density plasma source of the present invention can be used for producing ions or atoms from molecules for numerous applications, such as sputter etch, reactive etch, chemical vapor deposition, and for generating ion beams.

FIG. 2A illustrates a cross-sectional view of a plasma generating apparatus **200** having a segmented cathode **202** according to the invention. In one embodiment, the segmented cathode **202** includes an inner cathode section **202***a* and an outer cathode section **202***b*. In some embodiments (not shown), the segmented cathode **202** includes more than two sections. The segmented cathode **202** can be composed of a metal material, such as stainless steel or any other material that does not chemically react with reactive gases. The segmented cathode **202** can include a target (not shown) that is used for sputtering. The inner cathode section **202***a* and the outer cathode section **202***b* can be composed of different materials.

The outer cathode section **202***b* is coupled to a first output **204** of a first power supply **206**. The first power supply **206** can operate in a constant power mode. The term "constant power mode" is defined herein to mean that the power generated by the power supply has a substantially constant power level regardless of changes in the output current and the output voltage level. In another embodiment, the first power supply **206** operates in a constant voltage mode. The term "constant voltage mode" is defined herein to mean that the voltage generated by the power supply has a substantially constant voltage level regardless of changes in the output current and the output power level. The first power

6

supply **206** can include an integrated matching unit (not shown). Alternatively, a matching unit (not shown) can be electrically connected to the first output **204** of the first power supply **206**.

A second output **208** of the first power supply **206** is coupled to a first anode **210**. An insulator **211** isolates the first anode **210** from the outer cathode section **202***b*. In one embodiment, the second output **208** of the first power supply **206** and the first anode **210** are coupled to ground potential (not shown).

In one embodiment (not shown), the first output **204** of the first power supply **206** couples a negative voltage impulse to the outer cathode section **202***b*. In another embodiment (not shown), the second output **208** of the first power supply **206** couples a positive voltage impulse to the first anode **210**. Numerous types of power supplies can be used for the first power supply **206**. For example, the first power supply **206** can be a pulsed power supply, radio-frequency (RF) power supply, an alternating-current (AC) power supply, or a direct-current (DC) power supply.

The first power supply **206** can be a pulsed power supply that generates peak voltage levels of up to about 5 kV. Typical operating voltages are in the range of about 50V to 5 kV. The first power supply **206** can generate peak current levels in the range of about 1 mA to 100 kA depending on the desired volume and characteristics of the plasma. Typical operating currents vary from less than one hundred amperes to more than a few thousand amperes depending on the desired volume and characteristics of the plasma. The first power supply **206** can generate pulses having a repetition rate that is below 1 kHz. The first power supply **206** can generate pulses having a pulse width that is in the range of about one microsecond to several seconds.

The first anode **210** is positioned so as to form a gap **212** between the first anode **210** and the outer cathode section **202***b* that is sufficient to allow current to flow through a region **214** between the first anode **210** and the outer cathode section **202***b*. In one embodiment, the width of the gap **212** is in the range of about 0.3 cm to 10 cm. The surface area of the outer cathode section **202***b* determines the volume of the region **214**. The gap **212** and the total volume of the region **214** are parameters in the ionization process as described herein.

For example, the gap **212** can be configured to generate exited atoms from ground state atoms. The excited atoms can increase the density of a plasma. Since excited atoms generally require less energy to ionize than ground state gas atoms, a volume of excited atoms can generate a higher density plasma than a similar volume of ground state feed gas atoms for the same input energy. Additionally, the gap **212** can be configured to conduct exited atoms towards the inner cathode section **202***a*. The excited atoms can either be generated externally or inside the gap **212** depending on the configuration of the system. In one embodiment, the gap **212** exhibits a pressure differential that forces the exited atoms towards the inner cathode section **202***a*. This can increase the density of the plasma proximate to the inner cathode section **202***a* as previously discussed.

The gap **212** can be a plasma generator. In this configuration, feed gas is supplied to the gap **212** and a plasma is ignited in the gap **212**. An ignition condition in the gap **212** can be optimized by varying certain parameters of the gap **212**. For example, the presence of crossed electric and magnetic fields in the gap **212** can assist in the ignition and development of a plasma in the gap **212**. The crossed electric and magnetic fields trap electrons and ions, thereby improving the efficiency of the ionization process.

US 6,806,652 B1

7

The gap 212 can facilitate the use of high input power. For example, as high power is applied to a plasma that is ignited and developing in the gap 212, additional feed gas can be supplied to the gap 212. This additional feed gas displaces some of the already developing plasma and absorbs any excess power applied to the plasma. The absorption of the excess power prevents the plasma from contracting and terminating which could otherwise occur without the additional feed gas.

In some embodiments (not shown), the first anode 210 and/or the outer cathode section 202b can include raised areas, depressed areas, surface anomalies, or shapes that improve the ionization process. For example, the pressure in the region 214 can be optimized by including a raised area (not shown) on the surface of the outer cathode section 202b. The raised area can create a narrow passage at a location in the region 214 between the first anode 210 and the outer cathode section 202b that changes the pressure in the region 214.

The first output 220 of a second power supply 222 is electrically coupled to the inner cathode section 202a. The second power supply 222 can operate in a constant power mode or a constant voltage mode. The second power supply 222 can have an integrated matching unit (not shown). Alternatively, a matching unit (not shown) is electrically connected to the first output 220 of the first power supply 222. The second power supply 222 can be any type of power supply, such as a pulsed power supply, a DC power supply, an AC power supply, or a RF power supply.

A second output 224 of the second power supply 222 is coupled to a second anode 226. An insulator 227 is positioned to isolate the second anode 226 from the outer cathode section 202b. Another insulator (not shown) can be positioned to isolate the second anode 226 from the inner cathode section 202a. In one embodiment (not shown), the second output 224 of the second power supply 222 and the second anode 226 are electrically connected to ground potential.

The first output 220 of the second power supply 222 can couple a negative voltage impulse to the inner cathode section 202a. The second output 224 of the second power supply 222 can couple a positive voltage impulse to the second anode 226.

The second power supply 222 can be a pulsed power supply that generates peak voltage levels in the range of about 50V to 5 kV. The second power supply 222 can generate peak current levels in the range of about 1 mA to 100 kA depending on the desired volume and characteristics of the plasma. Typical operating currents varying from less than one hundred amperes to more than a few thousand amperes depending on the desired volume and characteristics of the plasma and the desired plasma density. The pulses generated by the second power supply 222 can have a repetition rate that is below 1 kHz. The pulse width of the pulses generated by the second power supply 222 can be between about one microsecond and several seconds.

The second anode 226 is positioned proximate to the inner cathode section 202a such that current is capable of flowing between the second anode 226 and the inner cathode section 202a. The distance between the second anode 226 and the inner cathode section 202a can be in the range of about 0.3 cm to 10 cm.

The plasma generating apparatus 200 can include a chamber (not shown), such as a vacuum chamber. The chamber is coupled in fluid communication to a vacuum pump (not shown) through a vacuum valve (not shown). The chamber can be electrically coupled to ground potential.

8

One or more gas lines 230, 232 provide feed gas 234, 236 (indicated by arrows) from one or more feed gas sources 238, 240, respectively, to the chamber. The feed gas lines 230, 232 can include in-line gas valves 242, 244 that can control the gas flow to the chamber. The gas lines 230, 232 can be isolated from the chamber and other components by insulators (not shown). The gas lines 230, 232 can be isolated from the one or more feed gas sources 238, 240 using in-line insulating couplers (not shown). The one or more feed gas sources 238, 240 can include any feed gas, such as argon. The feed gas can be a mixture of different gases, reactive gases, or pure reactive gas gases. The feed gas can include a noble gas or a mixture of gases.

In one embodiment, the in-line gas valves 242, 244 are switchable mass flow controllers (not shown). The switchable mass flow controllers can be programmed inject the feed gases 234, 236 in a pulsed manner from the feed gas sources 238, 240, respectively. For example, the pressure in the gap 212 can be varied and optimized by pulsing the feed gas 234 that is injected directly into the gap 212. In one embodiment, the timing of the pulses is synchronized to the timing of power pulses generated by the first power supply 206 operated in a pulsed mode. Pulsing the feed gases 234, 236 can also assist in the generation of excited atoms including metastable atoms in the gap 212. For example, by pulsing the feed gas 234 in the gap 212, the instantaneous pressure in the gap is increased while the average pressure in the chamber is unchanged.

Skilled artisans will appreciate that the plasma generating apparatus 200 can be operated in many different modes. In some modes of operation, the first 206 and the second power supplies 222 together with the segmented cathode 202 are used to generate independent plasmas. The parameters of an initial plasma and a high-density plasma can be varied individually as required by the particular plasma process.

In one mode of operation, the feed gas 234 from the feed gas source 238 is supplied to the chamber by controlling the gas valve 242. The feed gas 234 is supplied between the outer cathode section 202b and the first anode 210. The feed gas 234 can be directly injected into the gap 212 between the outer cathode section 202b and the first anode 210 in order to increase the density of a plasma that is generated in the gap 212. Increasing the flow rate of the feed gas causes a rapid volume exchange in the region 214 between the outer cathode section 202b and the first anode 210. This rapid volume exchange increases the maximum power that can be applied across the gap 212 and thus, permits a high-power pulse having a relatively long duration to be applied across the gap 212. Applying high-power pulses having relatively long durations across the gap 212 results in the formation of high-density plasmas in the region 214, as described herein.

In another mode of operation, the first power supply 206 is a component in an ionization source that generates an initial or a pre-ionization plasma in the region 214. The pre-ionization plasma can be a weakly-ionized plasma. The term "weakly-ionized plasma" is defined herein to mean a plasma with a relatively low peak plasma density. The peak plasma density of the weakly ionized plasma depends on the properties of the specific plasma processing system. For example, a weakly ionized argon plasma is a plasma that has a peak plasma density that is in the range of about $10^7$ to $10^{12}$ cm$^{-3}$.

After a sufficient volume of the feed gas 234 is supplied between the outer cathode section 202b and the first anode 210, the first power supply 206 applies a voltage between the outer cathode section 202b and the first anode 210. The first power supply 206 can be a pulsed (DC) power supply that

US 6,806,652 B1

9

applies a negative voltage pulse to the outer cathode section 202b. The size and shape of the voltage pulse are chosen such that an electric field 250 (FIG. 2B) develops between the outer cathode section 202b and the first anode 210. The first power supply can be a DC, AC, or a RF power supply.

The amplitude and shape of the electric field 250 are chosen such that an initial plasma is generated in the region 214 between the first anode 210 and the outer cathode section 202b. The initial plasma can be a weakly-ionized plasma that is used for pre-ionization and generally has a relatively low-level of ionization, as described herein. In one embodiment, the first power supply 206 generates a low power pulse having an initial voltage that is in the range of about 100V to 5 kV with a discharge current that is in the range of about 0.1A to 100A. The width of the pulse can be in the range of approximately 0.1 microseconds to one hundred seconds. Specific parameters of the pulse are discussed herein in more detail.

In another mode of operation, prior to the generation of the initial plasma in the region 214, the first power supply 206 generates a potential difference between the outer cathode section 202b and the first anode 210 before the feed gas 234 is supplied to the 214. In this mode of operation, the feed gas 234 is ignited once a sufficient volume of feed gas is present in the region 214.

In yet another mode of operation, a direct current (DC) power supply (not shown) is used in an ionization source to generate and maintain the initial plasma in the region 214. In this mode of operation, the DC power supply is adapted to generate a voltage that is large enough to ignite the initial plasma. For example, the DC power supply can generate an initial voltage of several kilovolts that creates a plasma discharge voltage that is in the range of about 100V to 1 kV with a discharge current that is in the range of about 0.1A to 100A. The value of the discharge current depends on the power level of the DC power supply and is a function of the volume and characteristics of the plasma. Furthermore, the presence of a magnetic field (not shown) in the region 214 can have a dramatic effect on the value of the applied voltage and current that is required to generate the initial plasma.

The DC power supply can generate a current that is in the range of about 1 mA to 100A depending on the volume of the plasma and the strength of a magnetic field in a region 214. In one embodiment, before generating the initial plasma, the DC power supply is adapted to generate and maintain an initial peak voltage potential between the outer cathode section 202b and the first anode 210 before the introduction of the feed gas 234.

In still another mode of operation, an alternating current (AC) power supply (not shown) is used to generate and maintain the initial plasma in the region 214. An AC power supply can require less power to generate and maintain a plasma than a DC power supply. In other modes of operation, the initial plasma can be generated and maintained using a planar discharge source, a radio frequency (RF) diode source, an ultraviolet (UV) source, an X-ray source, an electron beam source, an ion beam source, an inductively coupled plasma (ICP) source, a capacitively coupled plasma (CCP) source, a microwave plasma source, an electron cyclotron resonance (ECR) source, a helicon plasma source, or ionizing filament techniques. In some of these modes of operation, an initial plasma can be formed outside of the region 214 and then diffused into the region 214.

Forming an initial plasma in the region 214 substantially eliminates the probability of establishing a breakdown condition in the chamber when high-power pulses are subse-

10

quently applied between the outer cathode section 202b and the first anode 210. The probability of establishing a breakdown condition is substantially eliminated because the initial plasma has at least a low-level of ionization that provides electrical conductivity through the plasma. This conductivity substantially prevents the setup of a breakdown condition, even when high-power is applied to the plasma.

Referring back to FIG. 2A, the initial plasma diffuses somewhat homogeneously through the region 252 as additional feed gas 234 is injected into the region 214. The additional feed gas 234 forces the initial plasma from the region 214 into the region 252. This homogeneous diffusion tends to facilitate the creation of a highly uniform plasma in the region 252. In one embodiment, the pressure in the region 214 is higher than the pressure in the region 252. This pressure gradient causes the initial plasma in the region 214 to diffuse into the region 252.

Once an initial plasma is formed, several modes of operation can be realized. For example, in one mode of operation, the first power supply 206 generates high-power pulses in the gap 212 between the outer cathode section 202b and the first anode 210. The desired power level of the high-power pulses depends on several factors including the desired volume and characteristics of the plasma as well as the density of the initial plasma. In one embodiment, the power level of the high-power pulse is in the range of about 1 kW to 10MW.

Each of the high-power pulses is maintained for a predetermined time that can be in the range of about one microsecond to ten seconds. The repetition frequency or repetition rate of the high-power pulses can be in the range of about 0.1 Hz to 1 kHz. The average power generated by the first power supply 206 can be less than one megawatt depending on the characteristics and the volume of the plasma. The thermal energy in the outer cathode section 202b and/or the first anode 210 can be conducted away or dissipated by liquid or gas cooling such as helium cooling (not shown).

The high-power pulses generate an electric field 250 (FIG. 2B) between the outer cathode section 202b and the first anode 210. The electric field 250 can be a relatively strong electric field, depending on the strength and duration of the high-power pulses. The electric field 250 is substantially located in the region 214 between the outer cathode section 202b and the first anode 210. The electric field 250 can be a static or a pulsed electric field. In another embodiment, the electric field 250 is a quasi-static electric field. The term "quasi-static electric field" is defined herein to mean an electric field that has a characteristic time of electric field variation that is much greater than the collision time for electrons with neutral gas particles. Such a time of electric field variation can be on the order of ten seconds. In another embodiment, the electric field can be an alternating electric field. The term "alternating electric field" is defined herein to mean that the polarity of the electric field changes with time. The strength and the position of the electric field 250 are discussed in more detail herein.

The high-power pulses generate a high-density plasma from the initial plasma. The term "high-density plasma" is also referred to as a "strongly-ionized plasma." The terms "high-density plasma" and "strongly-ionized plasma" are defined herein to mean a plasma with a relatively high peak plasma density. For example, the peak plasma density of the high-density plasma is greater than about $10^{12}$ cm$^{-3}$. The discharge current that is formed from the high-density plasma can be on the order of about 5 kA with a discharge voltage that is in the range of about 50V to 500V for a pressure that is in the range of about 5 mTorr to 10 Torr.

US 6,806,652 B1

11

The high-density plasma tends to diffuse homogenously in the region 252. The homogenous diffusion creates a more homogeneous plasma volume. The pressure gradient responsible for this homogenous diffusion is described in more detail herein. Homogeneous plasma volumes are advantageous for many plasma processes. For example, plasma etching processes using homogenous plasma volumes accelerate ions in the high-density plasma towards the surface of the substrate (not shown) being etched in a more uniform manner than conventional plasma etching. Consequently, the surface of the substrate is etched more uniformly. Plasma processes using homogeneous plasma volumes can achieve high uniformity without the necessity of rotating the substrate.

Magnetron sputtering systems using homogenous plasma volumes accelerate ions in the high-density plasma towards the surface of the sputtering target in a more uniform manner than conventional magnetron sputtering. Consequently, the target material is deposited more uniformly on a substrate without the necessity of rotating the substrate and/or the magnetron. Also, the surface of the sputtering target is eroded more evenly and, thus higher target utilization is achieved. In one embodiment, target material can be applied to the first 210 and/or the second anode 226 to reduce possible contamination from sputtering undesired material.

Referring back to FIG. 2A, the second power supply 222 can be a pulsed power supply that generates high-power pulses between the inner cathode section 202a and the second anode 226 after the high-density plasma is formed in the region 214 and diffuses into the region 252 proximate to the inner cathode section 202a. The desired power level of the high-power pulses depends on several factors including the volume and other characteristics of the plasma such as the density of the high-density plasma. In one embodiment, the power level of the high-power pulse is in the range of about 1 kW to 10MW.

Each of the high-power pulses is maintained for a predetermined time that can be in the range of one microsecond to ten seconds. The repetition frequency or repetition rate of the high-power pulses can be in the range of between about 0.1 Hz and 1 kHz. The average power generated by the second power supply 222 can be less than one megawatt depending on the desired volume and characteristics of the plasma. The thermal energy in the inner cathode section 202a and/or the second anode 226 can be conducted away or dissipated by liquid or gas cooling such as helium cooling (not shown).

The high-power pulses generate an electric field 254 (FIG. 2B) between the inner cathode section 202a and the second anode 226. The electric field 254 can be a pulsed electric field, a quasi-static electric field or an alternating electric field. The strength and the position of the electric field 254 will be discussed in more detail herein.

The second power supply 222 generates high power pulses that launch additional power into the already strongly ionized plasma and, therefore, super-ionize the high-density plasma in the region 252. The discharge current can be on the order of 5 kA with a discharge voltage that is in the range of about 50V to 500V for a pressure that is in the range of about 5 mTorr to 10 Torr.

In another mode of operation, an initial plasma is generated in the region 214 and the initial plasma diffuses to the region 252 as additional feed gas is supplied to the region 214.

In this mode of operation, the gap 212 is dimensioned to create a pressure differential between the region 214 and the region 252. The pressure differential forces the initial plasma

12

that is generated in the region 214 into the region 252. In this embodiment, the second power supply 222 applies high-power pulses between the inner cathode section 202a and the second anode 226 after a suitable volume of initial plasma is present in the region 252. The high-power pulses create an electric field 254 between the inner cathode section 202b and the second anode 226 that strongly-ionizes the initial plasma thereby creating a high-density plasma in the region 252.

In yet another mode of operation, feed gas 236 from the feed gas source 240 flows between the second anode 226 and the inner cathode section 202a at various times during the plasma generation process. This additional feed gas 236 can be a noble gas, a reactive gas, or a mixture of gases. The additional feed gas 236 can facilitate a more efficient plasma generation process and/or can result in a higher density plasma.

In still another mode of operation, a voltage generated by the second power supply 222 is sufficient to ignite a second plasma (not shown) from the feed gas 236 in the region 255 between the second anode 226 and the inner cathode section 202a. This second plasma flows from the region 255 into the region 252 as the second plasma is displaced by more feed gas 236. Additionally, the second plasma from the region 255 can commingle with the initial plasma from the region 214 in the region 252. In one embodiment, a plasma diverting plate 256 (FIG. 2B) is disposed proximate to the second anode 226 to divert the second plasma from the region 255 toward the inner cathode section 202a and/or towards the region 214. The size, shape, and location of the plasma diverting plate 256 depend on the desired plasma properties of the second plasma. In one embodiment, target material can be applied to the plasma diverting plate 256 to reduce possible contamination from sputtering undesired material.

Controlling the flow of the feed gases 234, 236 through the regions 214, 255, respectively, can affect the homogeneity, distribution profile, and density of the plasma. Additionally, controlling certain parameters, such as power and pulse rate of the first 206 and the second power supplies 222 (FIG. 2A) can also affect the homogeneity, distribution profile, and density of the plasma.

The plasma generating apparatus 200 of the present invention generates a relatively high electron temperature plasma and a relatively high-density plasma. One application for the high-density plasma of the present invention is ionized physical vapor deposition (IPVD) (not shown), which is a technique that converts neutral sputtered atoms into positive ions to enhance a sputtering process.

FIG. 2B illustrates a cross-sectional view of the segmented cathode of FIG. 2A. Specifically, FIG. 2B shows that one or both of the electric fields 250, 254 can facilitate a multi-step ionization process of the feed gases 234, 236, respectively, that substantially increases the rate at which the high-density plasma is formed. At least one of the feed gases 234, 236 can be a molecular gas. The electric fields 250, 254 enhance the formation of ions in the plasma. The multi-step or stepwise ionization process is described as follows with reference to the electric field 250 between the outer cathode section 202b and the first anode 210.

A pre-ionizing voltage is applied between the outer cathode section 202b and the first anode 210 across the feed gas 234 to form an initial plasma. The initial plasma can be a weakly-ionized plasma as previously discussed. The initial plasma is generally formed in the region 214 and diffuses or is transported to the region 252 as the feed gas 234 continues to flow. In one embodiment (not shown), a magnetic field is generated in the region 214 and extends proximate to the

US 6,806,652 B1

13

center of the inner cathode section 202*a*. This magnetic field tends to assist in diffusing electrons in the initial plasma from the region 214 to the region 252. The electrons in the initial plasma are substantially trapped in the region 252 by the magnetic field. The volume of initial plasma in the region 214 can be rapidly exchanged with a new volume of feed gas 234.

After the formation of the initial plasma in the region 214, the first power supply 206 (FIG. 2A) applies a high-power pulse between the outer cathode section 202*b* and the first anode 210. This high-power pulse generates the electric field 250 in the region 214. The electric field 250 results in collisions occurring between neutral atoms, electrons, and ions in the initial plasma. These collisions generate numerous excited atoms in the initial plasma. The excited atoms can include atoms that are in a metastable state.

The accumulation of excited atoms in the initial plasma alters the ionization process. The electric field 250 can be a strong electric field that facilitates a multi-step ionization process of an atomic feed gas that significantly increases the rate at which the high-density plasma is formed. The multi-step ionization process has an efficiency that increases as the density of excited atoms in the initial plasma increases. The strong electric field 250 enhances the formation of ions of a molecular or atomic feed gas.

In one embodiment, the dimensions of the gap 212 between the outer cathode section 202*b* and the first anode 210 are chosen so as to maximize the rate of excitation of the atoms. The value of the electric field 250 in the region 214 depends on the voltage level applied by the first power supply 206 and the dimensions of the gap 212. In some embodiments, the strength of the electric field 250 can be in the range of about 2V/cm to $10^5$V/cm depending on various system parameters and operating conditions of the plasma system.

The size of the gap 212 can be in the range of about 0.30 cm to 10 cm depending on various parameters of the desired plasma. In one embodiment, the electric field 250 in the region 214 is rapidly applied to the initial plasma. The rapidly applied electric field 250 can be generated by applying a voltage pulse having a rise time that is in the range of about 0.1 microsecond to ten seconds.

In one embodiment, the dimensions of the gap 212 and the parameters of the applied electric field 250 are varied in order to determine the optimum condition for a relatively high rate of excitation of the atoms in the region 214. Since an argon atom requires energy of about 11.55 eV to become excited, the applied electric field 250 can be adjusted to maximize the excitation rate of the argon atoms. As argon feed gas 234 flows through the region 214, the initial plasma is formed and many of the atoms in the initial plasma then become excited by the applied electric field 250. Thus, the vast majority of ground state feed gas atoms are not directly ionized, but instead undergo a stepwise ionization process.

The excited atoms in the initial plasma then encounter electrons that are in the region 214. In the case of argon feed case, excited argon atoms only require about 4 eV of energy to ionize while argon ground state atoms require about 15.76 eV of energy to ionize. Therefore, when energy is applied in the region 214, the excited atoms will ionize at a much higher rate than the ground state atoms. Ions in the high-density plasma strike the outer cathode section 202*b* causing secondary electron emission from the outer cathode section 202*b*. These secondary electrons interact with neutral or excited atoms in the high-density plasma. This process further increases the density of ions in the high-density plasma as the feed gas 234 is exchanged.

14

The multi-step ionization process corresponding to the rapid application of the electric field 250 can be described as follows:

$$Ar+e^- \; {}_a \square \square Ar^* + e^-$$
$$Ar^* + e^- \; {}_a \square \square Ar^+ + 2e^-$$

where Ar represents a neutral ground state argon atom in the feed gas 234 and $e^-$ represents an ionizing electron generated in response to an initial plasma, when sufficient voltage is applied between the outer cathode section 202*b* and the first anode 210. Additionally, Ar* represents an excited argon atom in the initial plasma. The collision between the excited argon atom and the ionizing electron results in an argon ion ($Ar^+$) and two electrons.

As previously discussed, the excited argon atoms generally require less energy to become ionized than neutral ground state argon atoms. Thus, the excited atoms tend to more rapidly ionize near the surface of the outer cathode section 202*b* than the neutral ground state argon atoms. As the density of the excited atoms in the plasma increases, the efficiency of the ionization process rapidly increases. This increased efficiency eventually results in an avalanche-like increase in the density of the high-density plasma. Under appropriate excitation conditions, the proportion of the energy applied to the initial plasma, which is transformed to the excited atoms, is very high for a pulsed discharge in the feed gas 234.

In one mode of operation, the density of the plasma is increased by controlling the flow of the feed gas 234 in the region 214. In this embodiment, a first volume of feed gas 234 is supplied to the region 214. The first volume of feed gas 234 is then ionized to form an initial plasma in the region 214. The first power supply 206 then applies a high-power electrical pulse across the initial plasma. The high-power electrical pulse generates a high-density plasma from the initial plasma.

In another mode of operation, the feed gas 234 continues to flow into the region 214 after the initial plasma is formed. The initial plasma is displaced or transported into the region 252 by a new volume of feed gas 234. The second power supply 222 (FIG. 2A) then applies a high-power electrical pulse between the inner cathode section 202*a* and the second anode 226.

The density of the plasma is generally limited by the level and duration of the high-power electrical pulse that can be absorbed before the discharge contracts and terminates. Increasing the flow rate of at least one of the feed gases 234, 236 can increase the level and duration of the high-power electrical pulse that can be absorbed by the discharge. Any type of gas exchange means can be used to rapidly exchange the volume of feed gas.

Thus, the density of the plasma can be increased by transporting the initial plasma through the region 214 by a rapid volume exchange of feed gas 234. As the feed gas 234 moves through the region 214 and interacts with the moving initial plasma, it becomes partially ionized from the applied electrical pulse. Applying a high-power electrical pulse through the region 214 can result in an ionization process that includes a combination of direct ionization and/or stepwise ionization as described herein. Transporting the initial plasma through the region 214 by a rapid volume exchange of the feed gas 234 increases the level and the duration of the power that can be applied to the high-density plasma and, thus, generates a higher density strongly-ionized plasma.

in one embodiment, the plasma generating system 200 can be configured for plasma etching. In another

US 6,806,652 B1

15

embodiment, the plasma generating system **200** can be configured for plasma sputtering. In particular, the plasma generating system **200** can be configured for sputtering magnetic materials. Known magnetron sputtering systems generally are not suitable for sputtering magnetic materials because the magnetic field generated by the magnetron can be absorbed by the magnetic target material. RF diode sputtering is sometimes used to sputter magnetic materials. However, RF diode sputtering generally has poor film thickness uniformity and produces relatively low deposition rates.

The plasma generating system **200** can be adapted to sputter magnetic materials by including a target assembly (not shown) having a magnetic target material and by driving that target assembly with an RF power supply (not shown). For example, an RF power supply can provide an RF power that is about 10 kW. A substantially uniform initial plasma can be generated by applying RF power across a feed gas that is located proximate to the target assembly. The high-density plasma is generated by applying a strong electric field across the initial plasma as described herein. The RF power supply applies a negative voltage bias to the target assembly. Ions in the high-density plasma bombard the target material thereby causing sputtering.

The plasma generating system **200** can also be adapted to sputter dielectric materials. Dielectric materials can be sputtered by driving a target assembly (not shown) including a dielectric target material with an RF power supply (not shown). For example, an RF power supply can provide an RF power that is about 10 kW. A substantially uniform initial plasma can be generated by applying RF power across a feed gas that is located proximate to the target assembly.

In one embodiment, a magnetic field is generated proximate to the target assembly in order to trap electrons in the initial plasma. The high-density plasma is generated by applying a strong electric field across the initial plasma as described herein. The RF power supply applies a negative voltage bias to the target assembly. Ions in the high-density plasma bombard the target material thereby causing sputtering.

A high-density plasma according to the present invention can be used to generate an ion beam. An ion beam source according to the present invention includes the plasma generating system **200** and an external electrode (not shown) that is used to accelerate ions in the plasma. In one embodiment, the external electrode is a grid. The ion beam source can generate a very high-density ion flux. For example, the ion beam source can generate ozone flux. Ozone is a highly reactive oxidizing agent that can be used for many applications such as cleaning process chambers, deodorizing air, purifying water, and treating industrial wastes, for example.

FIG. **3** illustrates a cross-sectional view of a plasma generating apparatus **300** including a magnet assembly **302** according to the invention. The magnet assembly **302** can include permanent magnets **304**, or alternatively, electromagnets (not shown). In one embodiment, the magnet assembly **302** is adapted to create a magnetic field **306** proximate to the inner cathode section **202***a*. The configuration of the magnet assembly **302** can be varied depending on the desired shape and strength of the magnetic field **306**. The magnet assembly **302** can have either a balanced or unbalanced configuration.

In one embodiment, the magnet assembly **302** includes switching electromagnets, which generate a pulsed magnetic field proximate to the inner cathode section **202***a*. In some embodiments, additional magnet assemblies (not shown)

16

can be placed at various locations around and throughout the process chamber (not shown).

The magnetic assembly **302** can be configured to generate a magnetic field in the shape of one or more racetracks (not shown). Magnetic fields in the shape of one or more racetracks can improve target utilization in sputtering targets by distributing regions of highest target erosion across the surface of the target. These regions of high target erosion generally correspond to locations in which the magnetic field lines are parallel to the surface of the target.

In operation, the magnetic field **306** is generated proximate to the inner cathode section **202***a*. The permanent magnets **304** continuously generate the magnetic field **306**. Electro-magnets can also generate the magnetic field **306**. The strength of the magnetic field **306** can be in the range of about fifty gauss to two thousand gauss. After the magnetic field **306** is generated, the feed gas **234** from the gas source **238** is supplied between the outer cathode section **202***b* and the first anode **210**. A volume of the feed gas **234** fills in the region **214**.

Next, the first power supply **206** generates an electric field across the feed gas **234** to ignite an initial plasma in the region **214**. The feed gas **234** flows through the region **214** and continuously displaces the initial plasma. The initial plasma diffuses into the region **252**' and the magnetic field **306** traps electrons in the initial plasma. A large fraction of the electrons are concentrated in the region **308** that corresponds to the weakest area of the magnetic field **306** that is generated by the magnet assembly **302**. By trapping the electrons in the region **308**, the magnetic field **306** substantially prevents the initial plasma from diffusing away from the inner cathode section **202***a*.

The second power supply **222** generates a strong electric field between the second anode **226** and the inner cathode section **202***a*. The strong electric field super-ionizes the initial plasma to generate a high-density plasma having an ion density that is greater than the ion density of the initial plasma. In one embodiment, the initial plasma has an ion density that is in the range of about $10^7$ to $10^{12}$ cm$^{-3}$ and the high-density plasma has an ion density that is greater than about $10^{12}$ cm$^{-3}$.

The magnetic field **306** can improve the homogeneity of the high-density plasma. The magnetic field **306** can also increase the ion density of the high-density plasma by trapping electrons in the initial plasma and also by trapping secondary electrons proximate to the inner cathode section **202***a*. The trapped electrons ionize excited atoms in the initial plasma thereby generating the high-density plasma. In one embodiment (not shown), a magnetic field is generated in the region **214** that substantially traps electrons in the area where the initial plasma is ignited.

The magnetic field **306** also promotes increased homogeneity of the high-density plasma by setting up a substantially circular electron ExB drift current **310** proximate to the inner cathode section **202***a*. In one embodiment, the electron ExB drift current **310** generates a magnetic field that interacts with the magnetic field **306** generated by the magnet assembly **302**.

When high-power pulses are applied between the inner cathode section **202***a* and the second anode **226** secondary electrons are generated from the inner cathode section **202***a* that move in a substantially circular motion proximate to the inner cathode section **202***a* according to crossed electric and magnetic fields. The substantially circular motion of the electrons generates the electron ExB drift current **310**. The magnitude of the electron ExB drift current **310** is proportional to the magnitude of the discharge current in the

US 6,806,652 B1

17
18

plasma and, in one embodiment, is approximately in the range of about three to ten times the magnitude of the discharge current.

In one embodiment, the substantially circular electron ExB drift current 310 generates a magnetic field that interacts with the magnetic field 306 generated by the magnet assembly 302. In one embodiment, the magnetic field generated by the electron ExB drift current 310 has a direction that is substantially opposite to the magnetic field 306 generated by the magnet assembly 302. The magnitude of the magnetic field generated by the electron ExB drift current 310 increases with increased electron ExB drift current 310. The homogeneous diffusion of the high-density plasma in the region 252' is caused, at least in part, by the interaction of the magnetic field 306 generated by the magnet assembly 302 and the magnetic field generated by the electron ExB drift current 310.

In one embodiment, the electron ExB drift current 310 defines a substantially circular shape for low current density plasma. However, as the current density of the plasma increases, the substantially circular electron ExB drift current 310 tends to have a more complex shape as the interaction of the magnetic field 306 generated by the magnet assembly 302, the electric field generated by the high-power pulse, and the magnetic field generated by the electron ExB drift current 310 becomes more acute. For example, in one embodiment, the electron ExB drift current 310 has a substantially cycloidal shape. The exact shape of the electron ExB drift current 310 can be quite elaborate and depends on various factors.

As the magnitude of the electron ExB drift current 310 increases, the magnetic field generated by the electron ExB drift current 310 becomes stronger and eventually overpowers the magnetic field 306 generated by the magnet assembly 302. The magnetic field lines that are generated by the magnet assembly 302 exhibit substantial distortion that is caused by the relatively strong magnetic field that is generated by the relatively large electron ExB drift current 310. Thus, a large electron ExB drift current 310 generates a stronger magnetic field that strongly interacts with and can begin to dominate the magnetic field 306 that is generated by the magnet assembly 302.

The interaction of the magnetic field 306 generated by the magnet assembly 302 and the magnetic field generated by the electron ExB drift current 310 generates magnetic field lines that are somewhat more parallel to the surface of the inner cathode section 202a than the magnetic field lines generated by the magnet assembly 302. The somewhat more parallel magnetic field lines allow the high-density plasma to more uniformly distribute itself in the area 252'. Thus, the high-density plasma is substantially uniformly diffused in the area 252'.

FIG. 4 illustrates a graphical representation 400 of applied power as a function of time for periodic pulses applied to an initial plasma in the plasma generating system 200 of FIG. 2A. The first power supply 206 generates a constant power and the second power supply 222 generates periodic power pulses. In one illustrative embodiment, the feed gas 234 flows into the region 214 between the outer cathode section 202b and the first anode 210 at time to before either the first power supply 206 or the second power supply 222 are activated.

The time required for a sufficient quantity of feed gas 234 to flow into the region 214 depends on several factors including the flow rate of the feed gas 234 and the desired operating pressure. At time $t_1$, the first power supply 206 generates a power 402 that is in the range of about 0.01 kW

to 100 kW and applies the power 402 between the outer cathode section 202b and the anode 210. The power 402 causes the feed gas 234 to become at least partially ionized, thereby generating an initial plasma that can be a pre-ionization plasma as previously discussed. An additional volume of feed gas flows into the region 214 (FIG. 2A) between time $t_1$, and time $t_2$ substantially displacing the initial plasma. The initial plasma is displaced into the region 252 proximate to the inner cathode section 202a.

At time $t_2$, the second power supply 222 delivers a high-power pulse 404 to the initial plasma that is in the range of about 1 kW to 10MW depending on the volume and characteristics of the plasma and the operating pressure. The high-power pulse 404 substantially super-ionizes the initial plasma to generate a high-density plasma. The high-power pulse 404 has a leading edge 406 having a rise time from $t_2$ to $t_3$ that is approximately in the range of 0.1 microseconds to ten seconds. In this embodiment, the second power supply 222 is a pulsed power supply. In some embodiments (not shown), the second power supply 222 can be an RF power supply, an AC power supply, or a DC power supply.

In one embodiment, the pulse width of the high-power pulse 404 is in the range of about one microsecond to ten seconds. The high-power pulse 404 is terminated at time $t_4$. In one embodiment, after the delivery of the high-power pulse 404, the power 402 from the first power supply 206 is continuously applied to generate additional plasma from the flowing feed gas 234, while the second power supply 222 prepares to deliver another high-power pulse 408.

At time $t_5$, the second power supply 222 delivers another high-power pulse 408 having a rise time from $t_5$ to $t_6$ and terminating at time $t_7$. In one embodiment, the repetition rate of the high-power pulses is in the range of about 0.1 Hz to 10 kHz. The particular size, shape, width, and frequency of the high-power pulse 408 depend on the process parameters, such as the operating pressure, the design of the second power supply 222, the presence of a magnetic field proximate to the inner cathode section 202a, and the volume and characteristics of the plasma, for example. The shape and duration of the leading edge 406 and the trailing edge 410 of the high-power pulse 404 are chosen to control the rate of ionization of the high-density plasma.

In another embodiment (not shown), the first power supply 206 and/or the second power supply 222 are activated at time $t_0$ before the feed gas 234 flows in the region 214. In this embodiment, the feed gas 234 is injected between the outer cathode section 202b and the first anode 210 where it is ignited by the first power supply 206 to generate the initial plasma. In this embodiment, the first power supply 202 is a DC power supply. In other embodiments (not shown), the first power supply 202 can an RF power supply, an AC power supply, or a pulsed power supply.

FIG. 5 illustrates a cross-sectional view of a plasma generating apparatus 500 including the magnet assembly 302 of FIG. 3 and an additional magnet assembly 502 according to the invention. The additional magnet assembly 502 can include a permanent magnets 504 as shown, or alternatively, electromagnets (not shown). In one embodiment, the magnet assembly 502 is adapted to create a magnetic field 506 proximate to the outer cathode section 202b. The configuration of the magnet assembly 502 can be varied depending on the desired shape and strength of the magnetic field 506. The magnet assembly 502 can have either a balanced or unbalanced configuration.

In one embodiment, the magnet assembly 502 includes switching electromagnets, which generate a pulsed magnetic

US 6,806,652 B1

19

field proximate to the outer cathode section 202b. In some embodiments, additional magnet assemblies (not shown) can be placed at various locations around and throughout the process chamber (not shown).

One skilled in the art will appreciate that there are many modes of operating the plasma generating apparatus 500. In one embodiment, the plasma generating apparatus 500 is operated by generating the magnetic field 506 proximate to the outer cathode section 202b. In the embodiment shown in FIG. 5, the permanent magnets 504 continuously generate the magnetic field 506. In other embodiments, electromagnets (not shown) generate the magnetic field 506 by energizing a current source (not shown) that is coupled to the electromagnets. In one embodiment, the strength of the magnetic field 506 is in the range of about fifty gauss to two thousand gauss. After the magnetic field 506 is generated, the feed gas 234 from the gas source 238 is supplied between the outer cathode section 202b and the first anode 210. A volume of the feed gas 234 fills in the region 214.

Next, the first power supply 206 generates an electric field across the feed gas 234 to ignite an initial plasma in the region 214. In one embodiment, the magnetic field 506 substantially traps electrons in the initial plasma in the region 214. This causes the initial plasma to remain concentrated in the region 214. In one embodiment, the first power supply 206 applies a high-power pulse across the initial plasma thereby generating a high-density plasma in the region 214.

The high-power pulse energizes the electrons in the initial plasma. The magnetic field 506 causes the electrons to move in a substantially circular manner creating a substantially circular electron ExB drift current (not shown) proximate to the outer cathode section 202b. In one embodiment, the electron ExB drift current generates a magnetic field that interacts with the magnetic field 506 generated by the magnet assembly 502.

The high-power pulses applied between the outer cathode section 202b and the first anode 210 generate secondary electrons from the outer cathode section 202a that move in a substantially circular motion proximate to the inner cathode section 202a according to crossed electric and magnetic fields. The substantially circular motion of the electrons generates the electron ExB drift current. The magnitude of the electron ExB drift current is proportional to the magnitude of the discharge current in the plasma and, in one embodiment, is approximately in the range of between about three and ten times the magnitude of the discharge current. As previously discussed, the electron ExB drift current can improve the homogeneity of the high-density plasma in the region 214.

FIG. 6 illustrates a cross-sectional view of a plasma generating apparatus 550 including the magnet assembly 302 of FIG. 3 and an additional magnet assembly 552 according to the invention. The additional magnet assembly 552 can include permanent magnets 554, 556, or alternatively, electromagnets (not shown). In one embodiment, the magnet assembly 552 is adapted to create a magnetic field 558 proximate to the outer cathode section 202b. The configuration of the magnet assembly 552 can be varied depending on the desired shape and strength of the magnetic field 558. The magnet assembly 552 can have either a balanced or unbalanced configuration.

The plasma generating apparatus 550 functions similarly to the plasma generating apparatus 500 of FIG. 5. However, the magnet assembly 552 that is located proximate to the outer cathode section 202b generates magnetic field lines 560 that are substantially perpendicular to a surface of the

20

outer cathode section 202b. The perpendicular magnetic field lines 560 completely cross the region 214, thereby trapping substantially all of the electrons in the region 214. Thus, the magnetic field 558 can facilitate a more efficient process of generating the initial plasma in the region 214. Skilled artisans will appreciate that alternative magnet configurations can be used within the scope of the invention.

FIG. 7 illustrates a cross-sectional view of another embodiment of a plasma generating apparatus 600 including a magnet assembly 602 according to the invention. The magnet assembly 602 can include permanent magnets 604, or alternatively, electromagnets (not shown). In one embodiment, the magnet assembly 602 is adapted to create a magnetic field 606 that is located proximate to the inner cathode section 202a and proximate to the outer cathode section 202b. The configuration of the magnet assembly 602 can be varied depending on the desired shape and strength of the magnetic field 606. The magnet assembly 602 can have either a balanced or unbalanced configuration.

In one embodiment, the magnet assembly 602 includes switching electromagnets, which generate a pulsed magnetic field proximate to the inner 202a and the outer cathode sections 202b. In some embodiments, additional magnet assemblies (not shown) can be placed at various locations around and throughout the process chamber (not shown).

In one embodiment, the permanent magnets 604 continuously generate the magnetic field 606. In other embodiments, electromagnets (not shown) generate the magnetic field 606 by energizing a current source (not shown) that is coupled to the electromagnets. In one embodiment, the strength of the magnetic field 606 is in the range of about fifty gauss to two thousand gauss.

In operation, after the magnetic field 606 is generated, the feed gas 234 from the gas source 238 is supplied between the outer cathode section 202b and the first anode 210. A volume of the feed gas 234 fills in the region 214.

Next, the first power supply 206 generates an electric field across the feed gas 234 that ignites an initial plasma in the region 214. In one embodiment, electrons in the initial plasma diffuse from the region 214 to the region 608 substantially along magnetic field lines 609 generated by the magnet assembly 602. In one embodiment, the electrons in the initial plasma are concentrated in the region 608 corresponding to the weakest area of the magnetic field 606 generated by the magnet assembly 602. Thus, the initial plasma is concentrated proximate to the outer edge of the inner cathode section 202a.

The second power supply 222 generates a strong electric field between the second anode 226 and the inner cathode section 202a. The strong electric field super-ionizes the initial plasma to generate a high-density plasma having an ion density that is greater than the ion density of the initial plasma. In one embodiment, the initial plasma has an ion density in the of about $10^7$ to $10^{12}$ cm$^{-3}$. In one embodiment, the high-density plasma has an ion density that is greater than about $10^{12}$ cm$^{-3}$.

In one embodiment, the high-density plasma is used in a magnetron sputtering system (not shown). The magnetron sputtering system includes a target (not shown) that can be integrated into the inner cathode section 202a. Operating parameters can be chosen such that the outer edge of the target is eroded at a relatively high rate compared with the center of the target because the high-density plasma is concentrated in the region 608. Thus, a sputtering system according to the present invention can include a target that is relatively small compared with known sputtering systems for similarly sized substrates (not shown). In addition, the

US 6,806,652 B1

21

power level of the high-power pulse can be chosen such that the high-density plasma can be homogeneously distributed across the target as described herein.

The magnetic field 606 can improve the homogeneity of the high-density plasma and can increase the ion density of the high-density plasma by trapping electrons in the initial plasma and also trapping secondary electrons proximate to the target. The trapped electrons ionize excited atoms in the initial plasma thereby generating the high-density plasma. The magnetic field 606 also promotes increased homogeneity of the high-density plasma by setting up an electron ExB drift current 610 proximate to the target. In one embodiment, the electron ExB drift current 610 generates a magnetic field that interacts with the magnetic field 606 generated by the magnet assembly 602 as described herein.

FIG. 8 illustrates a cross-sectional view of a plasma generating apparatus 650 including a magnet configuration that includes a first magnet 652 and a second magnet 654 according to the invention. The first 652 and the second magnets 654 can be any type of magnet, such as a permanent ring-shaped magnet or an electromagnet, for example.

The plasma generating apparatus 650 also includes a segmented cathode 656. The segmented cathode 656 (656a, b) includes an inner cathode section 656a and an outer cathode section 656b. outer cathode section 656b is disposed generally opposite to the inner cathode section 656a, but can be offset as shown in FIG. 8. The segmented cathode 656 illustrated in FIG. 8 can reduce sputtering contamination compared with known cathodes used in sputtering systems because both the inner cathode section 656a and the outer cathode section 656b can include target material (not shown). Consequently, any material that is sputtered from the outer cathode section 656b is target material instead of cathode material that could contaminate the sputtering process.

The plasma generating apparatus 650 also includes an anode 658. The anode 658 is disposed proximate to the inner cathode section 656a and the outer cathode section 656b. In one embodiment, the first output 220 of the second power supply 222 is coupled to the inner cathode section 656a and the second output 224 of the second power supply 222 is coupled to an input 660 of the anode 658.

In one embodiment, a first output 662 of a first power supply 664 is coupled to the outer cathode section 656b. A second output 666 of the first power supply 664 is coupled to the input 660 of the anode 658. In one embodiment (not shown), the anode 658 is coupled to ground potential and the second output 224 of the second power supply 222 as well as the second output 666 of the first power supply 664 are also coupled to ground potential.

The plasma generating apparatus 650 operates in a similar manner to the plasma generating apparatus 200 of FIG. 2A. However, the magnetic field 668 generated by the first 652 and the second magnets 654 is substantially parallel to at least a portion of the surface of the inner cathode section 656a. The shape of the magnetic field 668 can result in a homogeneous plasma volume that is located proximate to the inner cathode section 656a as discussed herein. Additionally, the magnetic field 668 traps substantially all of the secondary electrons from the inner 656a and the outer cathode sections 656b due to the configuration of the first 652 and the second magnets 654.

In one mode of operation, feed gas 234 from the gas source 238 flows in the region 214 between the anode 658 and the outer cathode section 656b. In some embodiments, the feed gas source 240 supplies feed gas 236 between the inner cathode section 656a and the anode 658. The first

22

power supply 664 generates an electric field across the feed gas 234 that generates an initial plasma in the region 214. Electrons in the initial plasma diffuse along the magnetic field lines of the magnetic field 668. Due to the configuration of the magnets 652 and 654, substantially all of the electrons in the initial plasma are trapped by the magnetic field 668. The initial plasma diffuses towards the inner cathode section 656a as the feed gas 234 continues to flow.

After a suitable volume of the initial plasma is located proximate to the inner cathode section 656a, the second power supply 222 generates a strong electric field between the inner cathode section 656a and the anode 658. The strong electric field super-ionizes the initial plasma and generates a high-density plasma having an ion density that is higher than the ion density of the initial plasma.

FIG. 9 illustrates a cross-sectional view of a plasma generating apparatus 700 according to the present invention including a segmented cathode assembly 702 (702a, b), an ionizing electrode 708, and a first 206, a second 222 and a third power supply 704. The first 206, the second 222, and the third power supplies 704 can each be any type of power supply suitable for plasma generation, such as a pulsed power supply, a RF power supply, a DC power supply, or an AC power supply. In some embodiments, the first 206, the second 222, and/or the third power supplies 704 operate in a constant power or constant voltage mode as described herein.

Only one portion of the segmented cathode assembly 702 is shown for illustrative purposes. In one embodiment, the portion that is not shown in FIG. 9 is substantially symmetrical to the portion shown in FIG. 9. The plasma generating apparatus 700 also includes a first anode 210 and a second anode 706. In one embodiment, the ionizing electrode 708 is a filament-type electrode. The ionizing electrode 708 can be ring-shaped or any other shape that is suitable for generating an initial plasma in the region 214. Isolators 709 insulate the inner cathode section 702a from the outer cathode section 702b. The isolators 709 also insulate the second anode 706 from the inner 702a and the outer cathode sections 702b.

A first output 710 of the third power supply 704 is coupled to the ionizing electrode 708. A second output 712 of the third power supply 704 is coupled to the outer cathode section 702b. The power generated by the third power supply 704 is sufficient to ignite a feed gas 234 located in the region 214 to generate an initial plasma.

The first output 204 of the first power supply 206 is coupled to the outer cathode section 702b. The second output 208 of the first power supply 206 is coupled to the first anode 210. The power generated by the first power supply 206 is sufficient to increase the ion density of the initial plasma in the region 214.

The first output 220 of the second power supply 222 is coupled to the inner cathode section 702a. The second output 224 of the second power supply 222 is coupled to the second anode 706.

In operation, the first power supply 206 is a pulsed power supply that applies a high-power pulse between the outer cathode section 702b and the first anode 210. The high-power pulse generates an electric field (not shown) through the region 214. The electric field generates a high-density plasma from the initial plasma that is generated by the ionizing electrode 708. The high-density plasma is generally more strongly ionized than the initial plasma.

In one embodiment, the feed gas 234 continues to flow after the high-density plasma is generated in the region 214.

US 6,806,652 B1

23

The feed gas **234** displaces the high-density plasma towards the inner cathode region **702a**. The feed gas exchange continues until a suitable volume of the high-density plasma is located proximate to the inner cathode section **702a**.

In one embodiment, the second power supply **222** is a pulsed power supply that applies a high-power pulse across the high-density plasma. The high-power pulse generates an electric field (not shown) between the inner cathode section **702a** and the second anode **706**. The electric field generates a plasma that is generally more strongly-ionized than the high-density plasma.

The plasma generating apparatus **700** of the present invention generates a very high-density plasma using standard power supplies. The plasma generating apparatus **700** of the present invention can generate a very high-density plasma at a lower cost compared with a known plasma generating apparatus because the plasma generating apparatus **700** can use relatively inexpensive and commercially available power supplies. In plasma sputtering applications, the sputtering targets that are used in the plasma generating apparatus **700** can be much smaller relative to comparable sputtering targets that are used in known magnetron sputtering systems used to process similarly sized substrates.

FIG. **10** illustrates a cross-sectional view of a plasma generating apparatus **720** according to the present invention including a segmented cathode assembly **722** (**722a, b**), a common anode **724**, an ionizing electrode **708**, and a first **206**, a second **222**, and a third power supply **704**. The first **206**, the second **222**, and the third power supplies **704** can each be any type of power supply suitable for plasma generation, such as a pulsed power supply, a RF power supply, a DC power supply, or an AC power supply. In some embodiments, the first **206**, the second **222**, and/or the third power supplies **704** operate in a constant power or constant voltage mode as described herein.

Only one portion of the segmented cathode assembly **722** is shown for illustrative purposes. In one embodiment, the portion that is not shown in FIG. **10** is substantially symmetrical to the portion shown in FIG. **10**. In one embodiment, the ionizing electrode **708** is a filament-type electrode. The ionizing electrode **708** can be ring-shaped or any other shape that is suitable for generating an initial plasma in the region **214**. An isolator **726** insulates the anode **724** from the inner cathode section **722a**. An isolator **728** insulates the anode **724** from the outer cathode section **722b**.

In a plasma sputtering configuration, the segmented cathode assembly **722** illustrated in FIG. **10** can reduce sputtering contamination compared with known cathodes used in sputtering systems because both the inner cathode section **722a** and the outer cathode section **722b** can include target material (not shown). Consequently, any material that is sputtered from the outer cathode section **722b** is target material instead of cathode material that could contaminate the sputtering process.

A first output **710** of the third power supply **704** is coupled to the ionizing electrode **708**. A second output **712** of the third power supply **704** is coupled to the outer cathode section **722b**. The power generated by the third power supply **704** is sufficient to ignite a feed gas **234** located in the region **214** to generate an initial plasma.

The first output **204** of the first power supply **206** is coupled to the anode **724**. The second output **208** of the first power supply **206** is coupled to the outer cathode section **722b**. The power generated by the first power supply **206** is sufficient to increase the ion density of the initial plasma in the region **214**.

The first output **220** of the second power supply **222** is coupled to the inner cathode section **722a**. The second output **224** of the second power supply **222** is coupled to the anode **724**.

24

In operation, the first power supply **206** is a pulsed power supply that applies a high-power pulse between the outer cathode section **722b** and the anode **724**. The high-power pulse generates an electric field through the region **214**. The electric field generates a high-density plasma from the initial plasma. The high-density plasma is generally more strongly ionized than the initial plasma.

In one embodiment, the feed gas **234** continues to flow after the high-density plasma is generated in the region **214**. The feed gas **234** displaces the high-density plasma towards the inner cathode region **722a**. The feed gas exchange continues until a suitable volume of the high-density plasma is located proximate to the inner cathode section **722a**.

In one embodiment, the second power supply **222** is a pulsed power supply that applies a high-power pulse across the high-density plasma. The high-power pulse generates a strong electric field between the inner cathode section **722a** and the anode **724**. The strong electric field generates a plasma that is generally more strongly-ionized than the high-density plasma.

FIG. **11** illustrates a cross-sectional view of a plasma generating apparatus **725** according to the present invention including the segmented cathode assembly **702** (**702a, b**) and a first **206**, a second **222** and a third power supply **704**. The first **206**, the second **222**, and the third power supplies **704** can each be any type of power supply suitable for plasma generation, such as a pulsed power supply, a RF power supply, a DC power supply, or an AC power supply. In some embodiments, the first **206**, the second **222**, and/or the third power supplies **704** operate in a constant power or constant voltage mode as described herein. The first **206** and the third power supplies **704** can be integrated into a single power supply.

Only one portion of the segmented cathode assembly **702** is shown for illustrative purposes. In one embodiment, the portion that is not shown in FIG. **11** is substantially symmetrical to the portion shown in FIG. **11**. The plasma generating apparatus **725** also includes a first anode **210** and a second anode **706**. Isolators **709** insulate the inner cathode section **702a** from the outer cathode section **702b** and insulate the second anode **706** from the inner **702a** and the outer cathode sections **702b**.

A first output **710** of the third power supply **704** is coupled to the outer cathode section **702b**. A second output **712** of the third power supply **704** is coupled to the first anode **210**. The power generated by the third power supply **704** is sufficient to ignite feed gas **234** located in the region **214** to generate an initial plasma.

A first output **204** of the first power supply **206** is coupled to the outer cathode section **702b**. A second output **208** of the first power supply **206** is coupled to the first anode **210**. A first output **220** of the second power supply **222** is coupled to the inner cathode section **702a**. A second output **224** of the second power supply **222** is coupled to the second anode **706**.

In operation, the power generated by the first power supply **206** is sufficient to increase the ion density of the initial plasma in the region **214** that is generated by the third power supply **704**. In one embodiment, the first power supply **206** is a pulsed power supply that applies a high-power pulse between the outer cathode section **702b** and the first anode **210**. The high-power pulse generates an electric field through the region **214**. The electric field generates a high-density plasma from the initial plasma. The high-density plasma is generally more strongly ionized than the initial plasma.

In one embodiment, the feed gas **234** continues to flow after the high-density plasma is generated in the region **214**.

US 6,806,652 B1

25

26

The feed gas **234** displaces the high-density plasma towards the inner cathode region **702***a*. The feed gas exchange continues until a suitable volume of the high-density plasma is located proximate to the inner cathode section **702***a*.

In one embodiment, the second power supply **222** is a pulsed power supply that applies a high-power pulse across the high-density plasma. The high-power pulse generates a strong electric field between the inner cathode section **702***a* and the second anode **706**. The strong electric field generates a plasma that is generally more strongly-ionized than the high-density plasma.

The plasma generating apparatus **725** of the present invention generates a very high-density plasma using standard power supplies. The plasma generating apparatus **725** of the present invention can generate a very high-density plasma at a lower cost compared with a known plasma generating apparatus because the plasma generating apparatus **725** can use relatively inexpensive and commercially available power supplies.

There are many modes of operation for the plasma generating apparatus **725**. For example, the first power supply **206** and the second power supply **222** can both be operated in constant power mode. In another mode of operation, the first power supply **206** is operated in constant power mode and the second power supply **222** is operated in constant voltage mode. In still another mode of operation, the first **206** and the second power supplies **222** are both operated in constant voltage mode. Some of these modes of operation are discussed in more detail herein.

FIG. **12** illustrates a cross-sectional view of a plasma generating apparatus **730** according to the present invention including a segmented cathode assembly **732** (**732***a, b*), a second anode **706**, a first **731** and a second power supply **222**. In this embodiment, the outer cathode section is in the form of an excited atom source **732***b*. The excited atom source **732***b* generates an initial plasma and excited atoms including metastable atoms from ground state atoms supplied by a volume of feed gas **234**. The initial plasma can be a weakly-ionized plasma. In another embodiment (not shown), the outer cathode section **732***b* is in the form of a hollow cathode. The cathode assembly **732** can include a target for sputtering target material. Skilled artisans will appreciate that multiple excited atom sources (not shown) can surround the inner cathode section **732***a*.

The first **731** and the second power supplies **222** can be any type of power supplies suitable for plasma generation, such as pulsed power supplies, RF power supplies, DC power supplies, or AC power supplies. In some embodiments, the first **731** and/or the second power supplies **222** operate in a constant power, constant current, or constant voltage mode as described herein.

Only one portion of the segmented cathode assembly **732** is shown for illustrative purposes. In one embodiment, the portion that is not shown is substantially symmetrical to the portion shown in FIG. **12**. The inner cathode section **732***a* can be electrically isolated from the excited atom source **732***b*. Isolators **709** insulate the second anode **706** from the inner cathode section **732***a* and the excited atom source **732***b*.

The excited atom source **732***b* includes a tube **733**. The tube **733** can be formed of non-conducting material, such as a dielectric material, like boron nitride or quartz, for example. A nozzle **734** is positioned at one end of the tube **733**. The nozzle **734** can be formed from a ceramic material. The tube **733** is surrounded by an enclosure **735**. A skimmer **736** having an aperture **737** is positioned adjacent to the nozzle **734** forming a nozzle chamber **738**. The skimmer **736**

can be connected to the enclosure **735**. In one embodiment, the skimmer **736** is cone-shaped as shown in FIG. **12**. In one embodiment, the enclosure **735** and the skimmer **736** are electrically connected to ground potential.

The tube **733** and the enclosure **735** define an electrode chamber **739** that is in fluid communication with a gas inlet **740**. A feed gas source (not shown) is coupled to the gas inlet **740** so as to allow feed gas **234** to flow into the electrode chamber **739**. An electrode **741** is positioned inside the electrode chamber **739** adjacent to the nozzle **734** and to the skimmer **736**. In one embodiment, the electrode **741** is a needle electrode, as shown in FIG. **12**. The needle electrode generates a relatively high electric field at the tip of the electrode. The electrode **741** is electrically isolated from the skimmer **736**.

A first output **742** of the first power supply **731** is coupled to the needle electrode **741** with a transmission line **743**. An insulator **744** isolates the transmission line **743** from the grounded enclosure **735**. A second output **745** of the first power supply **737** is coupled to ground.

A first output **220** of the second power supply **222** is coupled to the inner cathode section **732***a*. A second output **224** of the second power supply **222** is coupled to the second anode **706**. In one embodiment, the second power supply **222** generates an electric field between the inner cathode section **732***a* and the second anode **706**.

The plasma generating apparatus **730** of the present invention generates a high-density plasma using standard power supplies. The plasma generating apparatus **730** of the present invention can generate a high-density plasma at a lower cost compared with known plasma generating apparatus because the plasma generating apparatus **730** can use relatively inexpensive and commercially available power supplies. In addition, the sputtering targets that can be used in the plasma generating apparatus **730** can be much smaller relative to comparable sputtering targets that are used in known magnetron sputtering systems used to process similarly sized substrates.

There are many modes of operation for the plasma generating apparatus **730**. For example, the first power supply **731** and the second power supply **222** can both be operated in constant power mode. In another mode of operation, the first power supply **731** is operated in constant power mode and the second power supply **222** is operated in constant voltage mode. In still another mode of operation, the first **731** and the second power supplies **222** are both operated in constant voltage mode. In another mode of operation, one or both of the first **731** and the second power supplies **222** are operated in a constant current mode. Some of these modes of operation are discussed in more detail herein.

In one illustrative mode of operation, ground state atoms in the volume of feed gas **234** are supplied to the excited atom source **732***b* through the gas inlet **740**. A gas valve (not shown) controls the flow of the feed gas **234**. The pressure in the electrode chamber **739** is optimized to produce an initial plasma and exited atoms including metastable atoms by adjusting parameters, such as the flow rate of the feed gas **234**, the diameter of the nozzle **734**, and the diameter of the aperture **737** of the skimmer **736**. The first power supply **731** generates an electric field (not shown) between the needle electrode **741** and the skimmer **736**. The electric field raises the energy of the ground state atoms to an excited state that generates the initial plasma and the excited atoms. Many of the excited atoms are metastable atoms. The electric field can also generate some ions and electrons along with the exited atoms.

US 6,806,652 B1

27

Optional magnets **746** generate a magnetic field **747** proximate to the excited atom source **732b**. Optionally, a magnetic field can be generated proximate to the inner cathode section **732a** of the cathode assembly **732**. The magnetic field can include magnetic field lines that are substantially parallel to the inner cathode section **732a** of the cathode assembly **732**. The magnetic field **747** can be used to assist in exciting the ground state atoms. The magnetic field **747** traps accelerated electrons proximate to the electric field. Some of the accelerated electrons impact a portion of the ground state atoms, thereby transferring energy to those ground state atoms. This energy transfer excites at least a portion of the ground state atoms to create a volume of excited atoms including metastable atoms. The magnets **746** can comprise a magnet assembly that can be rotated.

A portion of the volume of excited atoms as well as some ions, electrons and ground state atoms flow through the nozzle **734** into the nozzle chamber **738** as additional feed gas flows into the electrode chamber **739**. A large fraction of the ions and electrons are trapped in the nozzle chamber **738** while the excited atoms and the ground state atoms flow through the aperture **737** of the skimmer **736**.

After a sufficient volume of excited atoms including metastable atoms is present proximate to the inner cathode section **732a** of the cathode assembly **732**, the second power supply **222** generates an electric field (not shown) proximate to the volume of excited atoms between the inner cathode section **732a** and the second anode **706**. The electric field super-ionizes the initial plasma by raising the energy of the initial plasma including the volume of excited atoms which causes collisions between neutral atoms, electrons, and excited atoms including metastable atoms in the initial plasma. The high-density collisions generate the high-density plasma proximate to the inner cathode section **732a**. The high-density plasma includes ions, excited atoms and additional metastable atoms. The efficiency of this multi-step ionization process increases as the density of excited atoms and metastable atoms increases.

In one embodiment, a magnetic field is generated proximate to the inner cathode section **732a**. The magnetic field can increase the ion density of the plasma by trapping electrons in the plasma and also by trapping secondary electrons proximate to the inner cathode section **732a**.

All noble gas atoms have metastable states. For example, argon metastable atoms can be generated by a multi-step ionization process. In a first step, ionizing electrons e⁻ are generated by applying a sufficient voltage across argon feed gas containing ground state argon atoms. When an ionizing electron e⁻ collides with a ground state argon (Ar) atom, a metastable argon atom and an electron are generated. Argon has two metastable states, see Fabrikant, I. I., Shpenik, O. B., Snegursky, A. V., and Zavilopulo, A. N., *Electron Impact Formation of Metastable Atoms*, North-Holland, Amsterdam. In a second step in the multi-step ionization process, the metastable argon atom is ionized.

The multi-step ionization process described herein substantially increases the rate at which the plasma is formed and, therefore, generates a relatively dense plasma. The rate is increased because only a relatively small amount of energy is required to ionize the metastable atoms as described herein. For example, ground state argon atoms require energy of about 15.76 eV to ionize. However, argon metastable atoms require only about 4 eV of energy to ionize. The excited atom source **732b** provides the energies of about 11.55 eV and 11.72 eV that are necessary to reach argon metastable states. Therefore, a volume of metastable atoms will ionize at a much higher rate than a similar volume of ground state atoms for the same input energy.

28

Furthermore, as the density of the metastable atoms in the plasma increases, the efficiency of the ionization process rapidly increases. The increased efficiency results in an avalanche-like process that substantially increases the density of the plasma. In addition, the ions in the plasma strike the inner cathode section **732a** causing secondary electron emission from the inner cathode section **732a**. The secondary electrons interact with ground state atoms and with the excited atoms including the metastable atoms in the plasma. This interaction further increases the density of ions in the plasma as additional volumes of metastable atoms become available. Thus, for the same input energy, the density of the plasma that is generated by the multi-step ionization process according to the present invention is significantly greater than a plasma that is generated by direct ionization of ground state atoms.

The plasma generating apparatus of the present invention can include an ion beam source (not shown) that generates an ion beam. The ion beam is directed into the high-density plasma or at a substrate or work piece being processed. The ion beam can be used to change the properties of the plasma or for ion beam assisted plasma processing.

In some embodiments, the plasma generating apparatus of the present invention includes one or more process gas sources (not shown) that inject at least one process gas into the high-density plasma. In these embodiments, the process gas can undergo electron impact dissociation in the high-density plasma. The term "electron impact dissociation" is defined herein to mean a process whereby molecules in the process gas are broken apart by an impacting electron having energy that is above the dissociation threshold of the molecules. Electron impact dissociation is used to enhance some processes, such as plasma enhanced chemical vapor deposition (CVD).

FIG. **13** illustrates a graphical representation **750** of power as a function of time for each of a first **206**, a second **222**, and a third power supply **704** for one mode of operating the plasma generating system **700** of FIG. **9**. The first **206**, second **222**, and third power supplies **704** are synchronized to each other to optimize certain properties of the plasma. For example, the third power supply **704** generates a constant power throughout the process, while the first **206** and the second power supplies **222** generate periodic power pulses at preset intervals. Although FIG. **13** relates to the operation of FIG. **9**, skilled artisans will appreciate that the plasma generating systems **720**, **725** of FIG. **10** and FIG. **11**, respectively, can be operated in a similar manner to the plasma generating system **700** of FIG. **9**. In one mode of operation, the first power supply **206** and the second power supply **222** are operated in a constant power mode.

In this mode, the plasma generating apparatus **700** can operate as follows. At time t₀, the third power supply **704** applies a constant power **752** in the range of about 0.1 kW to 10 kW across the feed gas **234** to generate an initial plasma. The power level required to generate the initial plasma depends on several factors including the dimensions of the region **214**, for example. The constant power **752** is applied between the ionizing electrode **708** and the outer cathode section **702b**. The initial plasma diffuses towards the inner cathode section **702a** due to a pressure differential as described herein. The pressure differential concentrates the initial plasma from the region **214** towards the inner cathode section **702a**.

At time t₁, the second power supply **222** applies a constant power **754** in the range of about 0.1 kW to 10 kW across the initial plasma to increase the ion density of the initial plasma and to sustain the initial plasma proximate to the inner

29                                             30

cathode section $702a$. The time period between time $t_0$ and time $t_1$ is in the range of about 0.1 msec to 1 sec and depends on several parameters including the dimensions of the inner cathode section $702a$, for example.

At time $t_2$, a sufficient volume of the initial plasma is located proximate to the inner cathode section $702a$ and an additional volume of initial plasma is generated in the region 214. The first power supply 206 then applies a high power pulse 756 across the additional volume of initial plasma in the region 214 to generate a high-density plasma in the region 214. The ion density of the high-density plasma is greater than the ion density of the initial plasma. The high-power pulse 756 has a power level that is in the range of about 10 kW to 1,000 kW. The time period between time $t_1$ and time $t_2$ is in the range of about 0.1 msec to 1 sec.

The high-density plasma that is generated in the region 214 diffuses toward the inner cathode section $702a$ due to the pressure differential. At time $t_3$, the second power supply 222 applies a high-power pulse 758 to the high-density plasma in order to super-ionize the high-density plasma to further increase the plasma density. The time period between time $t_2$ and time $t_3$ is in the range of about 0.001 msec to 1 msec. The time period of the high-power pulse 758 between time $t_3$ and time $t_4$ is in the range of about 0.1 msec to 10 sec.

Additionally, between time $t_3$ and time $t_5$ the first power supply 206 continues to apply the high-power pulse 756 in order to sustain the high-density plasma. At time $t_5$, the high-power pulse 756 terminates. The second power supply 222 continues to apply a background power 760 after the high-power pulse 758 terminates at time $t_4$. The background power 760 continues to sustain the high-density plasma. The time period between time $t_4$ and time $t_8$ is in the range of about 0.001 msec to 1 msec.

At time $t_5$, the high power pulse 756 generated by the first power supply 206 terminates. At time $t_6$, the first power supply 206 applies another high-power pulse 762 across a new volume of high-density plasma in the region 214. The high-power pulse 762 increases the current density in the new volume of high-density plasma. The new volume of high-density plasma diffuses towards the inner cathode section $702a$. At time $t_7$, the second power supply 222 applies another high-power pulse 764 to the new volume of high-density plasma that is located proximate to the inner cathode section $702a$. At time $t_8$, the high-power pulse 764 terminates. At time $t_9$, the high power pulse 762 from the first power supply 206 terminates.

The power from the third power supply 704 is continuously applied for a time that is in the range of about one microsecond to one hundred seconds in order to allow the initial plasma to form and be maintained at a sufficient plasma density. The power from the second power supply 222 can be continuously applied after the initial plasma is ignited in order to maintain the initial plasma. The second power supply 222 can be designed so as to output a continuous nominal power in order to generate and sustain the initial plasma until a high-power pulse is delivered by the second power supply 222. The high-power pulse has a leading edge having a rise time that is in the range of about 0.1 microseconds to ten seconds.

The high-power pulse 756 has a power and a pulse width that is sufficient to transform the initial plasma to a strongly-ionized high-density plasma. The high-power pulse 756 is applied for a time that is in the range of about ten microseconds to ten seconds. The repetition rate of the high-power pulses 756, 762 is in the range of about 0.1 Hz to 1 kHz.

The particular size, shape, width, and frequency of the high-power pulses 756, 762 depend on various factors including process parameters, the design of the first power supply 206, the design of the plasma generating apparatus 700, the volume of the plasma, and the pressure in the chamber. The shape and duration of the leading edge and the trailing edge of the high-power pulse 756 is chosen to sustain the initial plasma while controlling the rate of ionization of the high-density plasma.

FIG. 14 illustrates a graphical representation 770 of power generated as a function of time for each of a first 206, a second 222, and a third power supply 704 for one mode of operating the plasma generating system 700 of FIG. 9. The plasma generating apparatus 700 has many operating modes. For example, in this mode, the first power supply 206 is operated in voltage mode, while the second power supply 222 can be operated in power mode.

In this mode, the plasma generating apparatus 700 can operate as follows. At time $t_0$, the third power supply 704 applies a constant power 772 in the range of about 0.1 kW to 10 kW across the feed gas 234 to generate an initial plasma. In one embodiment, the power from the third power supply 704 is continuously applied for a time that is in the range of about one microsecond to one hundred seconds in order to allow the initial plasma to form and to be maintained at a sufficient plasma density.

The initial plasma diffuses towards the inner cathode section $702a$. At time $t_1$, the second power supply 222 applies a constant power 774 in the range of about 0.1 kW to 10 kW across the initial plasma to increase the ion density of the initial plasma and to maintain/sustain the initial plasma proximate to the inner cathode section $702a$.

A pressure differential forces the initial plasma from the region 214 towards the inner cathode region $702a$. At time $t_2$, the first power supply 206 applies a ramping power pulse 776 across the initial plasma in the region 214 in order to generate a high-density plasma in the region 214. The ramping power pulse 776 has a power and a rise time that is sufficient to transform the initial plasma to a strongly-ionized high-density plasma.

The ramping power pulse 776 has a power that is in the range of about 10 kW to 1,000 kW and the ramping power pulse 776 is applied for a time that is in the range of between about ten microseconds to ten seconds. The repetition rate between the ramping power pulses 776 is between about 0.1 Hz and 1 kHz. The shape and duration of the leading edge and the trailing edge of the ramping power pulse 776 is chosen to sustain the initial plasma while controlling the rate of ionization of the high-density plasma. The high-density plasma diffuses toward the inner cathode section $702a$.

At time $t_3$, the second power supply 222 applies a high-power pulse 778 to the high-density plasma to generate a higher-density plasma. At time $t_4$, the high-power pulse and the ramping power pulse 776 terminate. The second power supply 222 continues to apply a background power 780 to sustain the plasma after the high-power pulse 778 terminates. The second power supply 222 can be designed so as to generate a continuous nominal power that generates and sustains the initial plasma until a high-power pulse is delivered by the second power supply 222. In one embodiment, the high-power pulse has a leading edge with a rise time that is in the range of about 0.1 microseconds to ten seconds.

At time $t_5$, the first power supply 206 applies another ramping power pulse 782 across an additional volume of initial plasma in the region 214. The ramping power pulse 782 increases the current density in the additional volume of initial plasma to generate a high-density plasma. At time $t_6$, the second power supply 222 applies another high-power

US 6,806,652 B1

31

32

pulse **784** to the high-density plasma that is located proximate to the inner cathode section **702***a*. The high-power pulse generates a higher density plasma proximate to the inner cathode section **702***a*. At time t₇, the high-power pulse **784** and the ramping power pulse **782** terminate. In one embodiment, the repetition rate between the ramping power pulses **776**, **782** is between about 0.1 Hz and 1 kHz.

FIG. **15** illustrates a graphical representation **790** of power as a function of time for each of a first **206**, a second **222**, and a third power supply **704** for one mode of operating the plasma generating system **700** of FIG. **9**. In this mode, the second power supply **222** is a RF power supply. A RF power supply can be used in plasma sputtering systems for sputtering magnetic materials or dielectric materials, for example. In this mode of operation, the first power supply **206** is operated in a constant power mode. Due to the nature of a RF power supply, the second power supply **222** is operated in a substantially constant power mode.

In this mode, the plasma generating apparatus **700** can operate as follows. At time t₀, the third power supply **704** applies a constant power **752** in the range of about 0.1 kW to 10 kW across the feed gas **234** to generate an initial plasma. The power level required to generate the initial plasma depends on several factors including the dimensions of the region **214**, for example. The constant power **752** is applied between the ionizing electrode **708** and the outer cathode section **702***b*. The initial plasma diffuses towards the inner cathode section **702***a* due to a pressure differential as described herein. The pressure differential forces the initial plasma from the region **214** towards the inner cathode section **702***a*.

At time t₁, the second power supply **222** applies an RF driving voltage corresponding to a power **792** in the range of about 0.1 kW to 10 kW across the initial plasma to sustain the initial plasma proximate to the inner cathode section **702***a*. The RF power supply generates a series of very short sinusoidal voltage pulses having a time period between time t₀ and time t₁ that is in the range of about 0.1 msec to 1 sec and that depends on several parameters, such as the dimensions of the inner cathode section **702***a*.

At time t₂, a sufficient volume of the initial plasma is located proximate to the inner cathode section **702***a* and an additional volume of initial plasma is generated in the region **214**. The first power supply **206** then applies a high-power pulse **756** across the additional volume of initial plasma in the region **214** to generate a high-density plasma in the region **214**. The ion density of the high-density plasma is greater than the ion density of the initial plasma. The high-power pulse **756** has a power level that is in the range of about 10 kW to 1,000 kW. In one embodiment, the time period between time t₁ and time t₂ is in the range of about 0.1 msec to 1 sec.

The high-density plasma that is generated in the region **214** diffuses toward the inner cathode section **702***a* due to the pressure differential. At time t₃, the second power supply **222** applies a high, power RF pulse **794** to the high-density plasma. The high-power RF pulse super-ionizes the high-density plasma, thereby generating a higher-density plasma. In one embodiment, the frequency of the high-power pulse **794** is 13.56 MHz. In other embodiments, the frequency of the high power RF pulse **794** is in the range of about 40 kHz to 100 MHz.

In one embodiment, the time period between time t₂ and time t₃ is in the range of about 0.001 msec to 1 msec. The total time period of the high-power pulse **794** between time t₃ and time t₄ is in the range of about 0.01 microsec to 10 sec.

Additionally, between time t₃ and time t₅, the first power supply **206** continues to apply the high-power pulse **756** in order to maintain the high-density plasma. At time t₅, the high-power pulse **756** terminates. In one embodiment, the second power supply **222** continues to apply a background RF driving voltage corresponding to a power **796** after the high-power pulse **794** terminates at time t₄. The background RF power **796** continues to maintain the high-density plasma. The time period between time t₄ and time t₅ is in the range of about 0.001 msec to 1 msec.

At time t₆, the first power supply **206** applies another high-power pulse **762** across a new volume of initial plasma in the region **214**. The high-power pulse **762** generates a new volume of high-density plasma. The new volume of high-density plasma diffuses towards the inner cathode section **702***a*. At time t₇, the second power supply **222** applies RF driving voltage corresponding to another high-power pulse **798** to the new volume of high-density plasma that is located proximate to the inner cathode section **702***a*. At time t₈, the high-power pulse **798** terminates. At time t₉, the high power pulse **762** from the first power supply **206** terminates.

The power **752** from the third power supply **704** is continuously applied for a time that is in the range of about one microsecond to one hundred seconds in order to allow the initial plasma to form and to be maintained at a sufficient plasma density. In one embodiment, the RF power from the second power supply **222** is continuously applied after the initial plasma is ignited in order to maintain the initial plasma.

The high-power pulse **756** has a power and a pulse width that is sufficient to transform the initial plasma to a strongly-ionized high-density plasma. The high-power pulse **756** is applied for a time that is in the range of about ten microseconds to ten seconds. The repetition rate of the high-power pulses **756**, **762** is in the range of about 0.1 Hz to 1 kHz.

The particular size, shape, width, and frequency of the high-power pulses **756**, **762** depend on various factors including process parameters, the design of the first power supply **206**, the design of the plasma generating apparatus **700**, the volume of the plasma, and the pressure in the chamber, for example. The shape and duration of the leading edge and the trailing edge of the high-power pulse **756** is chosen to sustain the initial plasma while controlling the rate of ionization of the high-density plasma.

FIG. **16A** through FIG. **16C** are flowcharts **800**, **800′**, and **800″** of illustrative processes of generating high-density plasmas according to the present invention. Referring to FIG. **16A**, the feed gas **234** (FIG. **2**) flows into the region **214** (step **802**). The feed gas **234** flows through the region **214** towards the inner cathode section **202***a*. Next, the first power supply **206** generates a voltage across the feed gas **234** in the region **214** (step **804**). The voltage generates an electric field that is large enough to ignite the feed gas **234** and generate the initial plasma. While the initial plasma is being generated, additional feed gas flows into the region **214** forcing the initial plasma to diffuse proximate to the inner cathode section **202***a* (step **806**).

After a suitable volume of the initial plasma is present in the region **252**, the second power supply **222** generates a large electric field across the initial plasma that super-ionizes the initial plasma, thereby generating a high-density plasma in the region **252** (step **808**). The high-density plasma is typically more strongly ionized than the initial plasma.

In the process illustrated in FIG. **16B**, the feed gas **234** flows into the region **214** (step **802**). In one embodiment, the feed gas **234** flows through the region **214** towards the inner cathode section **202***a*. Next, the first power supply **206** generates a voltage across the feed gas **234** in the region **214** (step **804**). The voltage is large enough to ignite the feed gas

33

234 and to generate the initial plasma. While the initial plasma is being generated, additional feed gas 234 flows into the region 214 forcing the initial plasma to diffuse proximate to the inner cathode section 202*a* (step 806).

Once the initial plasma is generated in the region 214, the first power supply 206 generates a strong electric field across the initial plasma, thereby super-ionizing the initial plasma and creating a high-density plasma in the region 214 (step 810). In one embodiment, an additional power supply (not shown) generates the strong electric field instead of the first power supply 206.

The high-density plasma diffuses towards the inner cathode section 202*a* where it commingles with the initial plasma in the region 252 (step 812). When a suitable volume of the combined plasma is present in the region 252, the second power supply 222 generates a strong electric field across the plasma in the region 252 that generates a high-density plasma (step 814). The high-density plasma will typically be more strongly-ionized than the plasma formed from the combination of the initial plasma and the high-density plasma from the region 214.

In the embodiment illustrated in FIG. 16C, the feed gas 234 flows into the region 214 (step 816). In one embodiment, the feed gas 234 flows through the region 214 towards the inner cathode section 202*a*. Next, the first power supply 206 generates a voltage across the feed gas 234 in the region 214 (step 818). The voltage generates an electric field that is large enough to ignite the feed gas 234 and generate the initial plasma. In this embodiment, additional feed gas 234 is not supplied to the region 214 and therefore, the initial plasma remains in the region 214.

Once the initial plasma is generated in the region 214, the first power supply 206 generates a strong electric field across the initial plasma, thereby super-ionizing the initial plasma and creating a high-density plasma in the region 214 (step 820). In one embodiment, an additional power supply (not shown) generates the strong electric field instead of the first power supply 206. Once the high-density plasma is present in the region 214, additional feed gas 234 is supplied to the region 214, displacing the high-density plasma towards the inner cathode section 202*a* (step 822).

When a suitable volume of high-density plasma is present in the region 252, the second power supply 222 generates a strong electric field across the high-density plasma in the region 252 to generate a higher-density plasma (step 824). The higher-density plasma will typically be more strongly-ionized than the high-density plasma from the region 214.

While the invention has been particularly shown and described with reference to specific preferred embodiments, it should be understood by those skilled in the art that various changes in form and detail may be made therein without departing from the spirit and scope of the invention as defined herein.

What is claimed is:

1. A high-density plasma source comprising:
a) a cathode assembly;
b) an anode that is positioned adjacent to the cathode assembly;
c) an excited atom source that generates an initial plasma and excited atoms from a volume of feed gas, the initial plasma and excited atoms being proximate to the cathode assembly; and
d) a power supply that generates an electric field between the cathode assembly and the anode, the electric field super-ionizing the initial plasma so as to generate a high-density plasma.

2. The plasma source of claim 1 wherein the cathode assembly comprises a target material that is used for sputtering.

34

3. The plasma source of claim 1 wherein the excited atom source comprises a metastable atom source that generates the initial plasma and metastable atoms from the volume of feed gas.

4. The plasma source of claim 1 wherein the initial plasma comprises a weakly-ionized plasma.

5. The plasma source of claim 1 wherein the power supply comprises a RF power supply that generates an alternating electric field between the cathode assembly and the anode.

6. The plasma source of claim 1 wherein the power supply comprises a pulsed power supply that generates a pulsed electric field between the cathode assembly and the anode.

7. The plasma source of claim 1 wherein the power supply comprises a DC power supply that generates a static electric field between the cathode assembly and the anode.

8. The plasma source of claim 1 wherein the power supply generates the electric field with a constant power.

9. The plasma source of claim 1 wherein the power supply generates the electric field with a constant voltage.

10. The plasma source of claim 1 wherein the power supply generates the electric field with a constant current.

11. The plasma source of claim 1 wherein the super-ionizing the initial plasma comprises converting at least seventy-five percent of neutral atoms in the initial plasma to ions.

12. The plasma source of claim 1 wherein the high-density plasma comprises a strongly-ionized plasma.

13. The plasma source of claim 1 further comprising a gas valve that injects feed gas proximate to the cathode assembly at a predetermined time.

14. The plasma source of claim 1 further comprising a magnet assembly that is positioned to generate a magnetic field proximate to at least one of the cathode assembly and the excited atom source, the magnetic field trapping electrons in at least one of the initial plasma and the high-density plasma.

15. The plasma source of claim 14 wherein the magnet assembly is rotatable.

16. The plasma source of claim 14 wherein the magnet assembly comprises a plurality of magnets that are adapted to generate magnetic field lines that are substantially parallel to the cathode assembly.

17. The plasma source of claim 1 further comprising a gas valve that controls the flow of feed gas to the excited atom source.

18. A method of generating a high-density plasma, the method comprising:
a) generating an initial plasma and excited atoms from a volume of feed gas;
b) transporting the initial plasma and excited atoms proximate to a cathode assembly; and
c) super-ionizing the initial plasma proximate to the cathode assembly, thereby generating a high-density plasma.

19. The method of claim 18 wherein the generating the initial plasma comprises applying an electric field across the volume of feed gas.

20. The method of claim 19 wherein the electric field comprises one of a static electric field, a quasi-static electric field, a pulsed electric field, and an alternating electric field.

21. The method of claim 18 wherein the super-ionizing the initial plasma comprises applying an electric field across the initial plasma.

22. The method of claim 18 wherein the peak ion density of the initial plasma is in the range of about $10^7$ cm$^{-3}$ to $10^{12}$ cm$^{-3}$.

23. The method of claim 18 wherein the peak ion density of the high-density plasma is greater than about $10^{12}$ cm$^{-3}$.

US 6,806,652 B1

35

**24**. The method of claim **18** wherein the super-ionizing the initial plasma comprises converting at least seventy-five percent of neutral atoms in the initial plasma to ions.

**25**. The method of claim **18** wherein the transporting the initial plasma proximate to the cathode assembly comprises exchanging the initial plasma with a second volume of feed gas.

**26**. The method of claim **18** wherein the generating the initial plasma comprises ionizing a portion of the volume of feed gas.

**27**. The method of claim **18** further comprising generating a magnetic field proximate to the cathode assembly, the magnetic field trapping electrons in at least one of the initial plasma and the high-density plasma.

**28**. The method of claim **27** wherein the magnetic field comprises magnetic field lines that are substantially parallel to a surface of the cathode assembly.

**29**. The method of claim **18** wherein the presence of the initial plasma reduces a probability of developing an electrical breakdown condition proximate to the cathode assembly.

**30**. The method of claim **18** further comprising exposing a substrate to the high-density plasma, thereby etching a surface of the substrate.

36

**31**. The method of claim **18** further comprising injecting at least one process gas into the high-density plasma, thereby causing electron impact dissociation of the at least one process gas.

**32**. The method of claim **31** further comprising exposing a substrate to the electron impact dissociation of the at least one process gas, thereby depositing a film on a surface of the substrate by plasma enhanced chemical vapor deposition.

**33**. The method of claim **18** further comprising directing an ion beam into the high-density plasma.

**34**. The method of claim **33** further comprising exposing a substrate to the ion beam and the high-density plasma, thereby processing the substrate with ion beam assisted plasma processing.

**35**. A high-density plasma source comprising:

a) means for generating an initial plasma and excited atoms from a volume of feed gas;

b) means for transporting the initial plasma and excited atoms proximate to a cathode assembly; and

c) means for super-ionizing the initial plasma proximate to the cathode assembly, thereby generating a high-density plasma.

\*   \*   \*   \*   \*

# EXHIBIT K



US006806651B1

(12) **United States Patent**  
Chistyakov

(10) **Patent No.:**     **US 6,806,651 B1**  
(45) **Date of Patent:**     **\*Oct. 19, 2004**

(54) **HIGH-DENSITY PLASMA SOURCE**

(75) Inventor: **Roman Chistyakov**, Andover, MA (US)

(73) Assignee: **Zond, Inc.**, Mansfield, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/249,595**

(22) Filed: **Apr. 22, 2003**

(51) Int. Cl.[7] ................................................ **H01J 7/24**

(52) U.S. Cl. ............................ **315/111.21**; 315/111.41; 156/345.44; 118/723 DC

(58) Field of Search ...................... 315/111.21, 111.41, 315/111.61, 111.71, 111.81, 111.91; 204/298.07, 298.08, 298.12, 298.16, 298.2, 298.21, 298.22; 156/345.33, 345.35, 345.38, 345.39, 345.4, 345.41, 345.42, 345.43, 345.44, 345.46; 118/723 ME, 723 DC, 723 I, 723 IR

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,666,982 A | | 5/1972 | Wiegand, Jr. ................ 313/205 |
| 4,716,340 A | * | 12/1987 | Lee et al. ............... 204/298.18 |
| 4,953,174 A | | 8/1990 | Eldridge et al. ............... 372/87 |
| 4,977,352 A | * | 12/1990 | Williamson ............ 315/111.21 |
| 5,015,493 A | | 5/1991 | Gruen ......................... 427/38 |
| 5,247,531 A | | 9/1993 | Muller-Horsche ........... 372/38 |
| 5,795,452 A | | 8/1998 | Kinoshita et al. ...... 204/298.37 |
| 5,821,548 A | | 10/1998 | Hinchliffe ............... 250/492.21 |
| 5,846,883 A | | 12/1998 | Moslehi ..................... 438/711 |
| 6,093,293 A | | 7/2000 | Haag et al. ............ 204/298.12 |
| 6,094,012 A | * | 7/2000 | Leung et al. ........... 315/111.81 |
| 6,124,675 A | | 9/2000 | Bertrand et al. ...... 315/111.91 |
| 6,137,231 A | * | 10/2000 | Anders et al. ......... 315/111.21 |
| 6,284,106 B1 | | 9/2001 | Haag et al. ............ 204/192.12 |
| 6,296,742 B1 | | 10/2001 | Kouznetsov ........... 204/192.12 |
| 6,395,641 B2 | | 5/2002 | Savas ......................... 438/714 |
| 6,413,382 B1 | | 7/2002 | Wang et al. ........... 204/192.12 |
| 6,454,920 B1 | | 9/2002 | Haag et al. ............ 204/298.12 |
| 6,462,482 B1 | * | 10/2002 | Wickramanayaka et al. ..................... 315/111.21 |
| 6,488,822 B1 | | 12/2002 | Moslehi ................ 204/192.12 |
| 2001/0047760 A1 | | 12/2001 | Moslehi ..................... 118/723 |

FOREIGN PATENT DOCUMENTS

| WO | WO 98/40532 | 9/1998 |
|---|---|---|
| WO | WO 01/98553 A1 | 12/2001 |

OTHER PUBLICATIONS

Booth, et al., The Transition From Symmetric To Asymmetric Discharges In Pulsed 13.56 MHz Capacitively Coupled Plasmas, J. Appl. Phys., Jul. 15, 1997, pp. 552–560, vol. 82, No. 2, American Institute of Physics.

Bunshah, et al., Deposition Technologies For Films And Coatings, pp. 178–183, Noyes Publications, Park Ridge, New Jersey.

(List continued on next page.)

*Primary Examiner*—Don Wong  
*Assistant Examiner*—Ephrem Alemu  
(74) *Attorney, Agent, or Firm*—Kurt Rauschenbach; Rauschenbach Patent Law Group, LLC

(57) **ABSTRACT**

The plasma source includes a cathode assembly having an inner cathode section and an outer cathode section. An anode is positioned adjacent to the outer cathode section so as to form a gap there between. A first power supply generates a first electric field across the gap between the anode and the outer cathode section. The first electric field ionizes a volume of feed gas that is located in the gap, thereby generating an initial plasma. A second power supply generates a second electric field proximate to the inner cathode section. The second electric field super-ionizes the initial plasma to generate a plasma comprising a higher density of ions than the initial plasma.

**46 Claims, 19 Drawing Sheets**



**US 6,806,651 B1**

Page 2

OTHER PUBLICATIONS

Daugherty, et al., Attachment–Dominated Electron–Beam–Ionized Discharges, Applied Physics Letters, May 15, 1976, pp. 581–583, vol. 28, No. 10, American Institue of Physics.

Goto, et al., Dual Excitation Reactive Ion Etcher For Low Energy Plasma Processing, J. Vac. Sci. Technol. A., Sep./Oct. 1992, pp. 3048–3054, vol. 10, No. 5, American Vacuum Society.

Kouznetsov, et al., A Novel Pulsed Magnetron Sputter Technique Utilizing Very High Target Power Densities, Surface and Coatings Technology, 1999, pp. 290–293, vol. 122, Elsevier Science S.A.

Lindquist, et al., High Selectivity Plasma Etching Of Silicone Dioxide With A Dual Frequency 27/2 MHz Capacitive RF Discharge.

Macak, Reactive Sputter Deposition Process Of Al2O3 And Characterization Of A Novel High Plasma Density Pulsed Magnetron Discharge, Linkoping Studies In Science And Technology, pp. 1–2.

Macak, et al., Ionized Sputter Deposition Using An Extremely High Plasma Density Pulsed Magnetron Discharge, J. Vac. Sci. Technol. A., Jul./Aug. 2000, pp. 1533–1537, vol. 18, No. 4., American Vacuum Society.

Mozgrin, et al., High–Current Low–Pressure Quasi–Stationary Discharge In A Magnetic Field: Experimental Research, Plasma Physics Reports, 1995, pp. 400–409, vol. 21, No. 5.

Rossnagel, et al., Induced Drift Currents In Circular Planar Magnetrons, J. Vac. Sci. Technol. A., Jan./Feb. 1987, pp. 88–91, vol. 5, No. 1, American Vacuum Society.

Sheridan, et al., Electron Velocity Distribution Functions In A Sputtering Magnetron Discharge For The E x B Direction, J. Vac. Sci. Technol. A., Jul./Aug. 1998, pp. 2173–2176, vol. 16, No. 4, American Vacuum Society.

Steinbruchel, A Simple Formula For Low–Energy Sputtering Yields, Appl. Phys. A., 1985, pp. 37–42, vol. 36, Sprigner Verlag.

Encyclopedia Of Low Temperature Plasma, p. 119, vol. 3, 2000.

Encyclopedia Of Low Temperature Plasma, p. 123, vol. 3, 2000.

* cited by examiner



## FIG. 1
### PRIOR ART



FIG. 2A



FIG. 2B





FIG. 4



FIG. 5



FIG. 6



FIG. 7

Case 1:14-cv-00721-LPS   Document 8-2   Filed 06/19/14   Page 52 of 235 PageID #: 546



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16A



800'

| |
|---|
| Feed Gas 234 Flows Through Region 214 Toward Inner Cathode Section 202a |

— 802

| |
|---|
| First Power Supply 206 Generates Electric Field Across Feed Gas 234 to Ignite Initial Plasma |

— 804

| |
|---|
| Volume Exchange of Feed Gas 234 Causes Initial Plasma to Diffuse Toward Inner Cathode Section 202a |

— 806

| |
|---|
| First Power Supply 206 Generates Strong Electric Field Across Initial Plasma in Region 214 to Generate High-Density Plasma that is More Strongly Ionized than Initial Plasma |

— 810

| |
|---|
| Volume Exchange of Feed Gas 234 Causes High-Density Plasma to Diffuse Toward Inner Cathode Section 202a where it Commingles with Initial Plasma |

— 812

| |
|---|
| Second Power Supply 222 Generates Electric Field Across High-Density Plasma to Generate Higher-Density Plasma that is More Strongly Ionized than High-Density Plasma |

— 814

FIG. 16B



800"

Feed Gas 234 Flows Into Region 214 — 816

First Power Supply 206 Generates Electric Field
Across Feed Gas 234 to Ignite Initial Plasma — 818

First Power Supply 206 Generates Strong Electric Field Across Initial
Plasma in Region 214 to Generate High-Density Plasma that is More
Strongly Ionized than Initial Plasma — 820

Volume Exchange of Feed Gas 234 Causes High-Density
Plasma to Diffuse Toward Inner Cathode Section 202a — 822

Second Power Supply 222 Generates Electric Field Across
High-Density Plasma to Generate Higher-Density Plasma
that is More Strongly Ionized than High-Density Plasma — 824

FIG. 16C

US 6,806,651 B1

1

# HIGH-DENSITY PLASMA SOURCE

## BACKGROUND OF INVENTION

Plasma is considered the fourth state of matter. A plasma is a collection of charged particles that move in random directions. A plasma is, on average, electrically neutral. One method of generating a plasma is to drive a current through a low-pressure gas between two conducting electrodes that are positioned parallel to each other. Once certain parameters are met, the gas "breaks down" to form the plasma. For example, a plasma can be generated by applying a potential of several kilovolts between two parallel conducting electrodes in an inert gas atmosphere (e.g., argon) at a pressure that is in the range of about 10 to 10 Torr.

Plasma processes are widely used in many industries, such as the semiconductor manufacturing industry. For example, plasma etching is commonly used to etch substrate material and to etch films deposited on substrates in the electronics industry. There are four basic types of plasma etching processes that are used to remove material from surfaces: sputter etching, pure chemical etching, ion energy driven etching, and ion inhibitor etching.

Plasma sputtering is a technique that is widely used for depositing films on substrates and other work pieces. Sputtering is the physical ejection of atoms from a target surface and is sometimes referred to as physical vapor deposition (PVD). Ions, such as argon ions, are generated and are then drawn out of the plasma and accelerated across a cathode dark space. The target surface has a lower potential than the region in which the plasma is formed. Therefore, the target surface attracts positive ions.

Positive ions move towards the target with a high velocity and then impact the target and cause atoms to physically dislodge or sputter from the target surface. The sputtered atoms then propagate to a substrate or other work piece where they deposit a film of sputtered target material. The plasma is replenished by electron-ion pairs formed by the collision of neutral molecules with secondary electrons generated at the target surface.

Reactive sputtering systems inject a reactive gas or mixture of reactive gases into the sputtering system. The reactive gases react with the target material either at the target surface or in the gas phase, resulting in the deposition of new compounds. The pressure of the reactive gas can be varied to control the stoichiometry of the film. Reactive sputtering is useful for forming some types of molecular thin films.

Magnetron sputtering systems use magnetic fields that are shaped to trap and concentrate secondary electrons proximate to the target surface. The magnetic fields increase the density of electrons and, therefore, increase the plasma density in a region that is proximate to the target surface. The increased plasma density increases the sputter deposition rate.

## BRIEF DESCRIPTION OF DRAWINGS

This invention is described with particularity in the detailed description. The above and further advantages of this invention may be better understood by referring to the following description in conjunction with the accompanying drawings, in which like numerals indicate like structural elements and features in various figures. The drawings are not necessarily to scale, emphasis instead being placed upon illustrating the principles of the invention.

FIG. 1 illustrates a cross-sectional view of a known plasma generating apparatus having a direct current (DC) power supply.

2

FIG. 2A illustrates a cross-sectional view of a plasma generating apparatus having a segmented cathode according to the invention.

FIG. 2B illustrates a cross-sectional view of the segmented cathode of FIG. 2A.

FIG. 3 illustrates a cross-sectional view of a plasma generating apparatus including a magnet assembly according to the invention.

FIG. 4 illustrates a graphical representation of applied power as a function of time for periodic pulses applied to an initial plasma in the plasma generating system of FIG. 2A.

FIG. 5 illustrates a cross-sectional view of a plasma generating apparatus including the magnet assembly of FIG. 3 and an additional magnet assembly according to the invention.

FIG. 6 illustrates a cross-sectional view of a plasma generating apparatus including the magnet assembly of FIG. 3 and an additional magnet assembly according to the invention.

FIG. 7 illustrates a cross-sectional view of another embodiment of a plasma generating apparatus including a magnet assembly according to the invention.

FIG. 8 illustrates a cross-sectional view of a plasma generating apparatus including a magnet configuration that includes a first magnet and a second magnet according to the invention.

FIG. 9 illustrates a cross-sectional view of a plasma generating apparatus according to the present invention including a segmented cathode assembly, an ionizing electrode, and a first, a second and a third power supply.

FIG. 10 illustrates a cross-sectional view of a plasma generating apparatus according to the present invention including a segmented cathode assembly, a common anode, an ionizing electrode and a first, a second and a third power supply.

FIG. 11 illustrates a cross-sectional view of a plasma generating apparatus according to the present invention including a segmented cathode assembly and a first, a second and a third power supply.

FIG. 12 illustrates a cross-sectional view of a plasma generating apparatus according to the present invention including a segmented cathode assembly, an excited atom source, and a first, and a second power supply.

FIG. 13 illustrates a graphical representation of the power as a function of time for each of a first, a second and a third power supply for one mode of operating the plasma generating system of FIG. 9.

FIG. 14 illustrates a graphical representation of power generated as a function of time for each of a first, a second and a third power supply for one mode of operating the plasma generating system of FIG. 9.

FIG. 15 illustrates a graphical representation of the power as a function of time for each of a first, a second and a third power supply for one mode of operating the plasma generating system of FIG. 9.

FIG. 16A through FIG. 16C are flowcharts of illustrative processes of generating high-density plasmas according to the present invention.

## DETAILED DESCRIPTION

FIG. 1 illustrates a cross-sectional view of a known plasma generating apparatus 100 having a DC power supply 102. The known plasma generating apparatus 100 includes a vacuum chamber 104 where a plasma 105 is generated.

US 6,806,651 B1

3

The vacuum chamber **104** can be coupled to ground. The vacuum chamber **104** is positioned in fluid communication with a vacuum pump **106** via a conduit **108** and a valve **109**. The vacuum pump **106** is adapted to evacuate the vacuum chamber **104** to high vacuum. The pressure inside the vacuum chamber **104** is generally less than $10^{-1}$ Torr. A feed gas **110** from a feed gas source **111**, such as an argon gas source, is introduced into the vacuum chamber **104** through a gas inlet **112**. The gas flow is controlled by a valve **113**.

The plasma generating apparatus **100** also includes a cathode assembly **114**. The cathode assembly **114** is generally in the shape of a circular disk. The cathode assembly **114** can include a target **116**. The cathode assembly **114** is electrically connected to a first terminal **118** of the DC power supply **102** with an electrical transmission line **120**. An insulator **122** isolates the electrical transmission line **120** from a wall of the vacuum chamber **104**. An anode **124** is electrically connected to a second terminal **126** of the DC power supply **102** with an electrical transmission line **127**. An insulator **128** isolates the electrical transmission line **127** from the wall of the vacuum chamber **104**. The anode **124** is positioned in the vacuum chamber **104** proximate to the cathode assembly **114**. An insulator **129** isolates the anode **124** from the cathode assembly **114**. The anode **124** and the second output **126** of the DC power supply **102** are coupled to ground in some systems.

The plasma generating apparatus **100** illustrates a magnetron sputtering system that includes a magnet **130** that generates a magnetic field **132** proximate to the target **116**. The magnetic field **132** is strongest at the poles of the magnet **130** and weakest in the region **134**. The magnetic field **132** is shaped to trap and concentrate secondary electrons proximate to the target surface. The magnetic field increases the density of electrons and, therefore, increases the plasma density in a region that is proximate to the target surface.

The plasma generating apparatus **100** also includes a substrate support **136** that holds a substrate **138** or other work piece. The substrate support **136** can be electrically connected to a first terminal **140** of a RF power supply **142** with an electrical transmission line **144**. An insulator **146** isolates the RF power supply **142** from a wall of the vacuum chamber **104**. A second terminal **148** of the RF power supply **142** is coupled to ground.

In operation, the feed gas **110** from the feed gas source **111** is injected into the chamber **104**. The DC power supply **102** applies a DC voltage between the cathode assembly **114** and the anode **124** that causes an electric field **150** to develop between the cathode assembly **114** and the anode **124**. The amplitude of the DC voltage is chosen so that it is sufficient to cause the resulting electric field to ionize the feed gas **110** in the vacuum chamber **104** and to ignite the plasma **105**.

The ionization process in known plasma sputtering apparatus is generally referred to as direct ionization or atomic ionization by electron impact and can be described by the following equation.

$$Ar + e^- \rightarrow Ar^+ + 2e^-$$

where Ar represents a neutral argon atom in the feed gas **110** and $e^-$ represents an ionizing electron generated in response to the voltage applied between these cathode assembly **114** and the anode **124**. The collision between the neutral argon atom and the ionizing electron results in an argon ion ($Ar^+$) and two electrons.

The plasma **105** is maintained, at least in part, by secondary electron emission from the cathode assembly **114**.

4

The magnetic field **132** that is generated proximate to the cathode assembly **114** confines the secondary electrons in the region **134** and, therefore, confines the plasma **105** approximately in the region **134**. The confinement of the plasma in the region **134** increases the plasma density in the region **134** for a given input power.

The plasma generating apparatus **100** can be configured for magnetron sputtering. Since the cathode assembly **114** is negatively biased, ions in the plasma **105** bombard the target **116**. The impact caused by these ions bombarding the target **116** dislodges or sputters material from the target **116**. A portion of the sputtered material forms a thin film of sputtered target material on the substrate disk.

Known magnetron sputtering systems have relatively poor target utilization. The term "poor target utilization" is defined herein to mean undesirable non-uniform erosion of target material. Poor target utilization is caused by a relatively high concentration of positively charged ions in the region **134** that results in a non-uniform plasma. Similarly, magnetron etching systems (not shown) typically have relatively non-uniform etching characteristics.

Increasing the power applied to the plasma can increase the uniformity and density of the plasma. However, increasing the amount of power necessary to achieve even an incremental increase in uniformity and plasma density can significantly increase the probability of establishing an electrical breakdown condition leading to an undesirable electrical discharge (an electrical arc) in the chamber **104**.

Applying pulsed direct current (DC) to the plasma can be advantageous since the average discharge power can remain relatively low while relatively large power pulses are periodically applied. Additionally, the duration of these large voltage pulses can be preset so as to reduce the probability of establishing an electrical breakdown condition leading to an undesirable electrical discharge. An undesirable electrical discharge will corrupt the plasma process and can cause contamination in the vacuum chamber **104**. However, very large power pulses can still result in undesirable electrical discharges regardless of their duration.

In one embodiment, an apparatus according to the present invention generates a plasma having a higher density of ions for a giving input power than a plasma generated by known plasma systems, such as the plasma generating apparatus **100** of FIG. **1**.

A high-density plasma generation method and apparatus according to the present invention uses an electrode structure including three or more electrodes to generate a high-density plasma including excited atoms, ions, neutral atoms and electrons. The electrodes can be a combination of cathodes, anodes, and/or ionizing electrodes. The electrodes can be configured in many different ways, such as a ring electrode structure, a linear electrode structure, or hollow cathode electrode structure. The plasma generation method and apparatus of the present invention provides independent control of two or more co-existing plasmas in the system.

A high-density plasma source according to the present invention can include one or more feed gas injection systems that inject feed gas proximate to one or more of the electrodes in the plasma source. The feed gas can be any mixture of gases as described herein. The one or more feed gas injection systems can also inject plasma proximate to one or more of the electrodes in the plasma source. The injected plasma can be a high-density plasma or a low-density plasma. In one embodiment, an initial plasma is generated and then it is super-ionized to form a high-density plasma. The term "super-ionized" is defined herein to mean that at least 75% of the neutral atoms in the plasma are converted to ions.

US 6,806,651 B1

5

The high-density plasma source of the present invention can operate in a constant power, constant voltage, or constant current mode. These modes of operation are discussed herein. In addition, the high-density plasma source can use different types of power supplies to generate the high-density plasma. For example, direct-current (DC), alternating-current (AC), radio-frequency (RF), or pulsed DC power supplies can be used to generate the high-density plasma. The power supplies can generate power levels in the range of about 1 W to 10MW.

The plasma generated by the high-density plasma source of the present invention can be used to sputter materials from solid or liquid targets. Numerous types of materials can be sputtered. For example, magnetic, non-magnetic, dielectric, metals, and semiconductor materials can be sputtered.

In one embodiment, the high-density plasma source of the present invention generates relatively high deposition rates near the outer edge of a sputtering target. The target can be designed and operated such that the increase in the deposition rate near the outer edge of the sputtering target compensates for the decrease of the sputtering rate typically associated with the edge of a sputtering target. This embodiment allows the use of relatively small targets, which can reduce the overall footprint of a process tool, the cost of the target and the cost to operate the process tool.

The high-density plasma source of the present invention provides high target utilization and high sputtering uniformity. Additionally, the plasma generated by the high-density plasma source of the present invention can be used for producing ions or atoms from molecules for numerous applications, such as sputter etch, reactive etch, chemical vapor deposition, and for generating ion beams.

FIG. 2A illustrates a cross-sectional view of a plasma generating apparatus 200 having a segmented cathode 202 according to the invention. In one embodiment, the segmented cathode 202 includes an inner cathode section 202a and an outer cathode section 202b. In some embodiments (not shown), the segmented cathode 202 includes more than two sections. The segmented cathode 202 can be composed of a metal material, such as stainless steel or any other material that does not chemically react with reactive gases. The segmented cathode 202 can include a target (not shown) that is used for sputtering. The inner cathode section 202a and the outer cathode section 202b can be composed of different materials.

The outer cathode section 202b is coupled to a first output 204 of a first power supply 206. The first power supply 206 can operate in a constant power mode. The term "constant power mode" is defined herein to mean that the power generated by the power supply has a substantially constant power level regardless of changes in the output current and the output voltage level. In another embodiment, the first power supply 206 operates in a constant voltage mode. The term "constant voltage mode" is defined herein to mean that the voltage generated by the power supply has a substantially constant voltage level regardless of changes in the output current and the output power level. The first power supply 206 can include an integrated matching unit (not shown). Alternatively, a matching unit (not shown) can be electrically connected to the first output 204 of the first power supply 206.

A second output 208 of the first power supply 206 is coupled to a first anode 210. An insulator 211 isolates the first anode 210 from the outer cathode section 202b. In one embodiment, the second output 208 of the first power supply 206 and the first anode 210 are coupled to ground potential (not shown).

6

In one embodiment (not shown), the first output 204 of the first power supply 206 couples a negative voltage impulse to the outer cathode section 202b. In another embodiment (not shown), the second output 208 of the first power supply 206 couples a positive voltage impulse to the first anode 210. Numerous types of power supplies can be used for the first power supply 206. For example, the first power supply 206 can be a pulsed power supply, radio-frequency (RF) power supply, an alternating-current (AC) power supply, or a direct-current (DC) power supply.

The first power supply 206 can be a pulsed power supply that generates peak voltage levels of up to about 5 kV. Typical operating voltages are in the range of about 50V to 5 kV. The first power supply 206 can generate peak current levels in the range of about 1 mA to 100 kA depending on the desired volume and characteristics of the plasma. Typical operating currents vary from less than one hundred amperes to more than a few thousand amperes depending on the desired volume and characteristics of the plasma. The first power supply 206 can generate pulses having a repetition rate that is below 1 kHz. The first power supply 206 can generate pulses having a pulse width that is in the range of about one microsecond to several seconds.

The first anode 210 is positioned so as to form a gap 212 between the first anode 210 and the outer cathode section 202b that is sufficient to allow current to flow through a region 214 between the first anode 210 and the outer cathode section 202b. In one embodiment, the width of the gap 212 is in the range of about 0.3 cm to 10 cm. The surface area of the outer cathode section 202b determines the volume of the region 214. The gap 212 and the total volume of the region 214 are parameters in the ionization process as described herein.

For example, the gap 212 can be configured to generate exited atoms from ground state atoms. The excited atoms can increase the density of a plasma. Since excited atoms generally require less energy to ionize than ground state gas atoms, a volume of excited atoms can generate a higher density plasma than a similar volume of ground state feed gas atoms for the same input energy. Additionally, the gap 212 can be configured to conduct exited atoms towards the inner cathode section 202a. The excited atoms can either be generated externally or inside the gap 212 depending on the configuration of the system. In one embodiment, the gap 212 exhibits a pressure differential that forces the exited atoms towards the inner cathode section 202a. This can increase the density of the plasma proximate to the inner cathode section 202a as previously discussed.

The gap 212 can be a plasma generator. In this configuration, feed gas is supplied to the gap 212 and a plasma is ignited in the gap 212. An ignition condition in the gap 212 can be optimized by varying certain parameters of the gap 212. For example, the presence of crossed electric and magnetic fields in the gap 212 can assist in the ignition and development of a plasma in the gap 212. The crossed electric and magnetic fields trap electrons and ions, thereby improving the efficiency of the ionization process.

The gap 212 can facilitate the use of high input power. For example, as high power is applied to a plasma that is ignited and developing in the gap 212, additional feed gas can be supplied to the gap 212. This additional feed gas displaces some of the already developing plasma and absorbs any excess power applied to the plasma. The absorption of the excess power prevents the plasma from contracting and terminating which could otherwise occur without the additional feed gas.

In some embodiments (not shown), the first anode 210 and/or the outer cathode section 202b can include raised

US 6,806,651 B1

7

areas, depressed areas, surface anomalies, or shapes that improve the ionization process. For example, the pressure in the region **214** can be optimized by including a raised area (not shown) on the surface of the outer cathode section **202***b*. The raised area can create a narrow passage at a location in the region **214** between the first anode **210** and the outer cathode section **202***b* that changes the pressure in the region **214**.

The first output **220** of a second power supply **222** is electrically coupled to the inner cathode section **202***a*. The second power supply **222** can operate in a constant power mode or a constant voltage mode. The second power supply **222** can have an integrated matching unit (not shown). Alternatively, a matching unit (not shown) is electrically connected to the first output **220** of the first power supply **222**. The second power supply **222** can be any type of power supply, such as a pulsed power supply, a DC power supply, an AC power supply, or a RF power supply.

A second output **224** of the second power supply **222** is coupled to a second anode **226**. An insulator **227** is positioned to isolate the second anode **226** from the outer cathode section **202***b*. Another insulator (not shown) can be positioned to isolate the second anode **226** from the inner cathode section **202***a*. In one embodiment (not shown), the second output **224** of the second power supply **222** and the second anode **226** are electrically connected to ground potential.

The first output **220** of the second power supply **222** can couple a negative voltage impulse to the inner cathode section **202***a*. The second output **224** of the second power supply **222** can couple a positive voltage impulse to the second anode **226**.

The second power supply **222** can be a pulsed power supply that generates peak voltage levels in the range of about 50V to 5 kV. The second power supply **222** can generate peak current levels in the range of about 1 mA to 100 kA depending on the desired volume and characteristics of the plasma. Typical operating currents varying from less than one hundred amperes to more than a few thousand amperes depending on the desired volume and characteristics of the plasma and the desired plasma density. The pulses generated by the second power supply **222** can have a repetition rate that is below 1 kHz. The pulse width of the pulses generated by the second power supply **222** can be between about one microsecond and several seconds.

The second anode **226** is positioned proximate to the inner cathode section **202***a* such that current is capable of flowing between the second anode **226** and the inner cathode section **202***a*. The distance between the second anode **226** and the inner cathode section **202***a* can be in the range of about 0.3 cm to 10 cm.

The plasma generating apparatus **200** can include a chamber (not shown), such as a vacuum chamber. The chamber is coupled in fluid communication to a vacuum pump (not shown) through a vacuum valve (not shown). The chamber can be electrically coupled to ground potential.

One or more gas lines **230, 232** provide feed gas **234, 236** (indicated by arrows) from one or more feed gas sources **238, 240**, respectively, to the chamber. The feed gas lines **230, 232** can include in-line gas valves **242, 244** that can control the gas flow to the chamber. The gas lines **230, 232** can be isolated from the chamber and other components by insulators (not shown). The gas lines **230, 232** can be isolated from the one or more feed gas sources **238, 240** using in-line insulating couplers (not shown). The one or more feed gas sources **238, 240** can include any feed gas, such as argon. The feed gas can be a mixture of different

8

gases, reactive gases, or pure reactive gas gases. The feed gas can include a noble gas or a mixture of gases.

In one embodiment, the in-line gas valves **242, 244** are switchable mass flow controllers (not shown). The switchable mass flow controllers can be programmed inject the feed gases **234, 236** in a pulsed manner from the feed gas sources **238, 240**, respectively. For example, the pressure in the gap **212** can be varied and optimized by pulsing the feed gas **234** that is injected directly into the gap **212**. In one embodiment, the timing of the pulses is synchronized to the timing of power pulses generated by the first power supply **206** operated in a pulsed mode. Pulsing the feed gases **234, 236** can also assist in the generation of excited atoms including metastable atoms in the gap **212**. For example, by pulsing the feed gas **234** in the gap **212**, the instantaneous pressure in the gap is increased while the average pressure in the chamber is unchanged.

Skilled artisans will appreciate that the plasma generating apparatus **200** can be operated in many different modes. In some modes of operation, the first **206** and the second power supplies **222** together with the segmented cathode **202** are used to generate independent plasmas. The parameters of an initial plasma and a high-density plasma can be varied individually as required by the particular plasma process.

In one mode of operation, the feed gas **234** from the feed gas source **238** is supplied to the chamber by controlling the gas valve **242**. The feed gas **234** is supplied between the outer cathode section **202***b* and the first anode **210**. The feed gas **234** can be directly injected into the gap **212** between the outer cathode section **202***b* and the first anode **210** in order to increase the density of a plasma that is generated in the gap **212**. Increasing the flow rate of the feed gas causes a rapid volume exchange in the region **214** between the outer cathode section **202***b* and the first anode **210**. This rapid volume exchange increases the maximum power that can be applied across the gap **212** and thus, permits a high-power pulse having a relatively long duration to be applied across the gap **212**. Applying high-power pulses having relatively long durations across the gap **212** results in the formation of high-density plasmas in the region **214**, as described herein.

In another mode of operation, the first power supply **206** is a component in an ionization source that generates an initial or a pre-ionization plasma in the region **214**. The pre-ionization plasma can be a weakly-ionized plasma. The term "weakly-ionized plasma" is defined herein to mean a plasma with a relatively low peak plasma density. The peak plasma density of the weakly ionized plasma depends on the properties of the specific plasma processing system. For example, a weakly ionized argon plasma is a plasma that has a peak plasma density that is in the range of about $10^7$ to $10^{12}$ cm$^{-3}$.

After a sufficient volume of the feed gas **234** is supplied between the outer cathode section **202***b* and the first anode **210**, the first power supply **206** applies a voltage between the outer cathode section **202***b* and the first anode **210**. The first power supply **206** can be a pulsed (DC) power supply that applies a negative voltage pulse to the outer cathode section **202***b*. The size and shape of the voltage pulse are chosen such that an electric field **250** (FIG. 2B) develops between the outer cathode section **202***b* and the first anode **210**. The first power supply can be a DC, AC, or a RF power supply.

The amplitude and shape of the electric field **250** are chosen such that an initial plasma is generated in the region **214** between the first anode **210** and the outer cathode section **202***b*. The initial plasma can be a weakly-ionized plasma that is used for pre-ionization and generally has a relatively low-level of ionization, as described herein. In one

embodiment, the first power supply **206** generates a low power pulse having an initial voltage that is in the range of about 100V to 5 kV with a discharge current that is in the range of about 0.1 A to 100A. The width of the pulse can be in the range of approximately 0.1 microseconds to one hundred seconds. Specific parameters of the pulse are discussed herein in more detail.

In another mode of operation, prior to the generation of the initial plasma in the region **214**, the first power supply **206** generates a potential difference between the outer cathode section **202***b* and the first anode **210** before the feed gas **234** is supplied to the region **214**. In this mode of operation, the feed gas **234** is ignited once a sufficient volume of feed gas is present in the region **214**.

In yet another mode of operation, a direct current (DC) power supply (not shown) is used in an ionization source to generate and maintain the initial plasma in the region **214**. In this mode of operation, the DC power supply is adapted to generate a voltage that is large enough to ignite the initial plasma. For example, the DC power supply can generate an initial voltage of several kilovolts that creates a plasma discharge voltage that is in the range of about 100V to 1 kV with a discharge current that is in the range of about 0.1 A to 100A. The value of the discharge current depends on the power level of the DC power supply and is a function of the volume and characteristics of the plasma. Furthermore, the presence of a magnetic field (not shown) in the region **214** can have a dramatic effect on the value of the applied voltage and current that is required to generate the initial plasma.

The DC power supply can generate a current that is in the range of about 1 mA to 100A depending on the volume of the plasma and the strength of a magnetic field in a region **214**. In one embodiment, before generating the initial plasma, the DC power supply is adapted to generate and maintain an initial peak voltage potential between the outer cathode section **202***b* and the first anode **210** before the introduction of the feed gas **234**.

In still another mode of operation, an alternating current (AC) power supply (not shown) is used to generate and maintain the initial plasma in the region **214**. An AC power supply can require less power to generate and maintain a plasma than a DC power supply. In other modes of operation, the initial plasma can be generated and maintained using a planar discharge source, a radio frequency (RF) diode source, an ultraviolet (UV) source, an X-ray source, an electron beam source, an ion beam source, an inductively coupled plasma (ICP) source, a capacitively coupled plasma (CCP) source, a microwave plasma source, an electron cyclotron resonance (ECR) source, a helicon plasma source, or ionizing filament techniques. In some of these modes of operation, an initial plasma can be formed outside of the region **214** and then diffused into the region **214**.

Forming an initial plasma in the region **214** substantially eliminates the probability of establishing a breakdown condition in the chamber when high-power pulses are subsequently applied between the outer cathode section **202***b* and the first anode **210**. The probability of establishing a breakdown condition is substantially eliminated because the initial plasma has at least a low-level of ionization that provides electrical conductivity through the plasma. This conductivity substantially prevents the setup of a breakdown condition, even when high-power is applied to the plasma.

Referring back to FIG. **2**A, the initial plasma diffuses somewhat homogeneously through the region **252** as additional feed gas **234** is injected into the region **214**. The additional feed gas **234** forces the initial plasma from the region **214** into the region **252**. This homogeneous diffusion tends to facilitate the creation of a highly uniform plasma in the region **252**. In one embodiment, the pressure in the region **214** is higher than the pressure in the region **252**. This pressure gradient causes the initial plasma in the region **214** to diffuse into the region **252**.

Once an initial plasma is formed, several modes of operation can be realized. For example, in one mode of operation, the first power supply **206** generates high-power pulses in the gap **212** between the outer cathode section **202***b* and the first anode **210**. The desired power level of the high-power pulses depends on several factors including the desired volume and characteristics of the plasma as well as the density of the initial plasma. In one embodiment, the power level of the high-power pulse is in the range of about 1 kW to 10 MW.

Each of the high-power pulses is maintained for a predetermined time that can be in the range of about one microsecond to ten seconds. The repetition frequency or repetition rate of the high-power pulses can be in the range of about 0.1 Hz to 1 kHz. The average power generated by the first power supply **206** can be less than one megawatt depending on the characteristics and the volume of the plasma. The thermal energy in the outer cathode section **202***b* and/or the first anode **210** can be conducted away or dissipated by liquid or gas cooling such as helium cooling (not shown).

The high-power pulses generate an electric field **250** (FIG. **26**) between the outer cathode section **202***b* and the first anode **210**. The electric field **250** can be a relatively strong electric field, depending on the strength and duration of the high-power pulses. The electric field **250** is substantially located in the region **214** between the outer cathode section **202***b* and the first anode **210**. The electric field **250** can be a static or a pulsed electric field. In another embodiment, the electric field **250** is a quasi-static electric field. The term "quasi-static electric field" is defined herein to mean an electric field that has a characteristic time of electric field variation that is much greater than the collision time for electrons with neutral gas particles. Such a time of electric field variation can be on the order of ten seconds. In another embodiment, the electric field can be an alternating electric field. The term "alternating electric field" is defined herein to mean that the polarity of the electric field changes with time. The strength and the position of the electric field **250** are discussed in more detail herein.

The high-power pulses generate a high-density plasma from the initial plasma. The term "high-density plasma" is also referred to as a "strongly-ionized plasma." The terms "high-density plasma" and "strongly-ionized plasma" are defined herein to mean a plasma with a relatively high peak plasma density. For example, the peak plasma density of the high-density plasma is greater than about $10^{12}$ $cm^{-3}$. The discharge current that is formed from the high-density plasma can be on the order of about 5 kA with a discharge voltage that is in the range of about 50V to 500V for a pressure that is in the range of about 5 mTorr to 10 Torr.

The high-density plasma tends to diffuse homogenously in the region **252**. The homogenous diffusion creates a more homogeneous plasma volume. The pressure gradient responsible for this homogenous diffusion is described in more detail herein. Homogeneous plasma volumes are advantageous for many plasma processes. For example, plasma etching processes using homogenous plasma volumes accelerate ions in the high-density plasma towards the surface of the substrate (not shown) being etched in a more uniform manner than conventional plasma etching. Consequently, the surface of the substrate is etched more uniformly. Plasma

US 6,806,651 B1

11

processes using homogeneous plasma volumes can achieve high uniformity without the necessity of rotating the substrate.

Magnetron sputtering systems using homogenous plasma volumes accelerate ions in the high-density plasma towards the surface of the sputtering target in a more uniform manner than conventional magnetron sputtering. Consequently, the target material is deposited more uniformly on a substrate without the necessity of rotating the substrate and/or the magnetron. Also, the surface of the sputtering target is eroded more evenly and, thus higher target utilization is achieved. In one embodiment, target material can be applied to the first **210** and/or the second anode **226** to reduce possible contamination from sputtering undesired material.

Referring back to FIG. 2A, the second power supply **222** can be a pulsed power supply that generates high-power pulses between the inner cathode section **202**a and the second anode **226** after the high-density plasma is formed in the region **214** and diffuses into the region **252** proximate to the inner cathode section **202**a. The desired power level of the high-power pulses depends on several factors including the volume and other characteristics of the plasma such as the density of the high-density plasma. In one embodiment, the power level of the high-power pulse is in the range of about 1 kW to 10MW.

Each of the high-power pulses is maintained for a predetermined time that can be in the range of one microsecond to ten seconds. The repetition frequency or repetition rate of the high-power pulses can be in the range of between about 0.1 Hz and 1 kHz. The average power generated by the second power supply **222** can be less than one megawatt depending on the desired volume and characteristics of the plasma. The thermal energy in the inner cathode section **202**a and/or the second anode **226** can be conducted away or dissipated by liquid or gas cooling such as helium cooling (not shown).

The high-power pulses generate an electric field **254** (FIG. 2B) between the inner cathode section **202**a and the second anode **226**. The electric field **254** can be a pulsed electric field, a quasi-static electric field or an alternating electric field. The strength and the position of the electric field **254** will be discussed in more detail herein.

The second power supply **222** generates high power pulses that launch additional power into the already strongly ionized plasma and, therefore, super-ionize the high-density plasma in the region **252**. The discharge current can be on the order of 5 kA with a discharge voltage that is in the range of about 50V to 500V for a pressure that is in the range of about 5 mTorr to 10 Torr.

In another mode of operation, an initial plasma is generated in the region **214** and the initial plasma diffuses to the region **252** as additional feed gas is supplied to the region **214**.

In this mode of operation, the gap **212** is dimensioned to create a pressure differential between the region **214** and the region **252**. The pressure differential forces the initial plasma that is generated in the region **214** into the region **252**. In this embodiment, the second power supply **222** applies high-power pulses between the inner cathode section **202**a and the second anode **226** after a suitable volume of initial plasma is present in the region **252**. The high-power pulses create an electric field **254** between the inner cathode section **202**b and the second anode **226** that strongly-ionizes the initial plasma thereby creating a high-density plasma in the region **252**.

In yet another mode of operation, feed gas **236** from the feed gas source **240** flows between the second anode **226** and

12

the inner cathode section **202**a at various times during the plasma generation process. This additional feed gas **236** can be a noble gas, a reactive gas, or a mixture of gases. The additional feed gas **236** can facilitate a more efficient plasma generation process and/or can result in a higher density plasma.

In still another mode of operation, a voltage generated by the second power supply **222** is sufficient to ignite a second plasma (not shown) from the feed gas **236** in the region **255** between the second anode **226** and the inner cathode section **202**a. This second plasma flows from the region **255** into the region **252** as the second plasma is displaced by more feed gas **236**. Additionally, the second plasma from the region **255** can commingle with the initial plasma from the region **214** in the region **252**. In one embodiment, a plasma diverting plate **256** (FIG. 2B) is disposed proximate to the second anode **226** to divert the second plasma from the region **255** toward the inner cathode section **202**a and/or towards the region **214**. The size, shape, and location of the plasma diverting plate **256** depend on the desired plasma properties of the second plasma. In one embodiment, target material can be applied to the plasma diverting plate **256** to reduce possible contamination from sputtering undesired material.

Controlling the flow of the feed gases **234, 236** through the regions **214, 255**, respectively, can affect the homogeneity, distribution profile, and density of the plasma. Additionally, controlling certain parameters, such as power and pulse rate of the first **206** and the second power supplies **222** (FIG. 2A) can also affect the homogeneity, distribution profile, and density of the plasma.

The plasma generating apparatus **200** of the present invention generates a relatively high electron temperature plasma and a relatively high-density plasma. One application for the high-density plasma of the present invention is ionized physical vapor deposition (IPVD) (not shown), which is a technique that converts neutral sputtered atoms into positive ions to enhance a sputtering process.

FIG. 2B illustrates a cross-sectional view of the segmented cathode of FIG. 2A. Specifically, FIG. 2B shows that one or both of the electric fields **250, 254** can facilitate a multi-step ionization process of the feed gases **234, 236**, respectively, that substantially increases the rate at which the high-density plasma is formed. At least one of the feed gases **234, 236** can be a molecular gas. The electric fields **250, 254** enhance the formation of ions in the plasma. The multi-step or stepwise ionization process is described as follows with reference to the electric field **250** between the outer cathode section **202**b and the first anode **210**.

A pre-ionizing voltage is applied between the outer cathode section **202**b and the first anode **210** across the feed gas **234** to form an initial plasma. The initial plasma can be a weakly-ionized plasma as previously discussed. The initial plasma is generally formed in the region **214** and diffuses or is transported to the region **252** as the feed gas **234** continues to flow. In one embodiment (not shown), a magnetic field is generated in the region **214** and extends proximate to the center of the inner cathode section **202**a. This magnetic field tends to assist in diffusing electrons in the initial plasma from the region **214** to the region **252**. The electrons in the initial plasma are substantially trapped in the region **252** by the magnetic field. The volume of initial plasma in the region **214** can be rapidly exchanged with a new volume of feed gas **234**.

After the formation of the initial plasma in the region **214**, the first power supply **206** (FIG. 2A) applies a high-power pulse between the outer cathode section **202**b and the first anode **210**. This high-power pulse generates the electric field

US 6,806,651 B1

13

250 in the region 214. The electric field 250 results in collisions occurring between neutral atoms, electrons, and ions in the initial plasma. These collisions generate numerous excited atoms in the initial plasma. The excited atoms can include atoms that are in a metastable state.

The accumulation of excited atoms in the initial plasma alters the ionization process. The electric field 250 can be a strong electric field that facilitates a multi-step ionization process of an atomic feed gas that significantly increases the rate at which the high-density plasma is formed. The multi-step ionization process has an efficiency that increases as the density of excited atoms in the initial plasma increases. The strong electric field 250 enhances the formation of ions of a molecular or atomic feed gas.

In one embodiment, the dimensions of the gap 212 between the outer cathode section 202b and the first anode 210 are chosen so as to maximize the rate of excitation of the atoms. The value of the electric field 250 in the region 214 depends on the voltage level applied by the first power supply 206 and the dimensions of the gap 212. In some embodiments, the strength of the electric field 250 can be in the range of about 2V/cm to $10^5$ V/cm depending on various system parameters and operating conditions of the plasma system.

The size of the gap 212 can be in the range of about 0.30 cm to 10 cm depending on various parameters of the desired plasma. In one embodiment, the electric field 250 in the region 214 is rapidly applied to the initial plasma. The rapidly applied electric field 250 can be generated by applying a voltage pulse having a rise time that is in the range of about 0.1 microsecond to ten seconds.

In one embodiment, the dimensions of the gap 212 and the parameters of the applied electric field 250 are varied in order to determine the optimum condition for a relatively high rate of excitation of the atoms in the region 214. Since an argon atom requires energy of about 11.55 eV to become excited, the applied electric field 250 can be adjusted to maximize the excitation rate of the argon atoms. As argon feed gas 234 flows through the region 214, the initial plasma is formed and many of the atoms in the initial plasma then become excited by the applied electric field 250. Thus, the vast majority of ground state feed gas atoms are not directly ionized, but instead undergo a stepwise ionization process.

The excited atoms in the initial plasma then encounter electrons that are in the region 214. In the case of argon feed case, excited argon atoms only require about 4 eV of energy to ionize while argon ground state atoms require about 15.76 eV of energy to ionize. Therefore, when energy is applied in the region 214, the excited atoms will ionize at a much higher rate than the ground state atoms. Ions in the high-density plasma strike the outer cathode section 202b causing secondary electron emission from the outer cathode section 202b. These secondary electrons interact with neutral or excited atoms in the high-density plasma. This process further increases the density of ions in the high-density plasma as the feed gas 234 is exchanged.

The multi-step ionization process corresponding to the rapid application of the electric field 250 can be described as follows:

$$Ar+e^-\rightarrow Ar^++e^-$$
$$Ar^++e^-\rightarrow Ar^++2e^-$$

where Ar represents a neutral ground state argon atom in the feed gas 234 and $e^-$ represents an ionizing electron generated in response to an initial plasma, when sufficient voltage is applied between the outer cathode

14

section 202b and the first anode 210. Additionally, $Ar^+$ represents an excited argon atom in the initial plasma. The collision between the excited argon atom and the ionizing electron results in an argon ion ($Ar^+$) and two electrons.

As previously discussed, the excited argon atoms generally require less energy to become ionized than neutral ground state argon atoms. Thus, the excited atoms tend to more rapidly ionize near the surface of the outer cathode section 202b than the neutral ground state argon atoms. As the density of the excited atoms in the plasma increases, the efficiency of the ionization process rapidly increases. This increased efficiency eventually results in an avalanche-like increase in the density of the high-density plasma. Under appropriate excitation conditions, the proportion of the energy applied to the initial plasma, which is transformed to the excited atoms, is very high for a pulsed discharge in the feed gas 234.

In one mode of operation, the density of the plasma is increased by controlling the flow of the feed gas 234 in the region 214. In this embodiment, a first volume of feed gas 234 is supplied to the region 214. The first volume of feed gas 234 is then ionized to form an initial plasma in the region 214. The first power supply 206 then applies a high-power electrical pulse across the initial plasma. The high-power electrical pulse generates a high-density plasma from the initial plasma.

In another mode of operation, the feed gas 234 continues to flow into the region 214 after the initial plasma is formed. The initial plasma is displaced or transported into the region 252 by a new volume of feed gas 234. The second power supply 222 (FIG. 2A) then applies a high-power electrical pulse between the inner cathode section 202a and the second anode 226.

The density of the plasma is generally limited by the level and duration of the high-power electrical pulse that can be absorbed before the discharge contracts and terminates. Increasing the flow rate of at least one of the feed gases 234, 236 can increase the level and duration of the high-power electrical pulse that can be absorbed by the discharge. Any type of gas exchange means can be used to rapidly exchange the volume of feed gas.

Thus, the density of the plasma can be increased by transporting the initial plasma through the region 214 by a rapid volume exchange of feed gas 234. As the feed gas 234 moves through the region 214 and interacts with the moving initial plasma, it becomes partially ionized from the applied electrical pulse. Applying a high-power electrical pulse through the region 214 can result in an ionization process that includes a combination of direct ionization and/or stepwise ionization as described herein. Transporting the initial plasma through the region 214 by a rapid volume exchange of the feed gas 234 increases the level and the duration of the power that can be applied to the high-density plasma and, thus, generates a higher density strongly-ionized plasma.

In one embodiment, the plasma generating system 200 can be configured for plasma etching. In another embodiment, the plasma generating system 200 can be configured for plasma sputtering. In particular, the plasma generating system 200 can be configured for sputtering magnetic materials. Known magnetron sputtering systems generally are not suitable for sputtering magnetic materials because the magnetic field generated by the magnetron can be absorbed by the magnetic target material. RF diode sputtering is sometimes used to sputter magnetic materials. However, RF diode sputtering generally has poor film thickness uniformity and produces relatively low deposition rates.

US 6,806,651 B1

15

The plasma generating system **200** can be adapted to sputter magnetic materials by including a target assembly (not shown) having a magnetic target material and by driving that target assembly with an RF power supply (not shown). For example, an RF power supply can provide an RF power that is about 10 kW. A substantially uniform initial plasma can be generated by applying RF power across a feed gas that is located proximate to the target assembly. The high-density plasma is generated by applying a strong electric field across the initial plasma as described herein. The RF power supply applies a negative voltage bias to the target assembly. Ions in the high-density plasma bombard the target material thereby causing sputtering.

The plasma generating system **200** can also be adapted to sputter dielectric materials. Dielectric materials can be sputtered by driving a target assembly (not shown) including a dielectric target material with an RF power supply (not shown). For example, an RF power supply can provide an RF power that is about 10 kW. A substantially uniform initial plasma can be generated by applying RF power across a feed gas that is located proximate to the target assembly.

In one embodiment, a magnetic field is generated proximate to the target assembly in order to trap electrons in the initial plasma. The high-density plasma is generated by applying a strong electric field across the initial plasma as described herein. The RF power supply applies a negative voltage bias to the target assembly. Ions in the high-density plasma bombard the target material thereby causing sputtering.

A high-density plasma according to the present invention can be used to generate an ion beam. An ion beam source according to the present invention includes the plasma generating system **200** and an external electrode (not shown) that is used to accelerate ions in the plasma. In one embodiment, the external electrode is a grid. The ion beam source can generate a very high-density ion flux. For example, the ion beam source can generate ozone flux. Ozone is a highly reactive oxidizing agent that can be used for many applications such as cleaning process chambers, deodorizing air, purifying water, and treating industrial wastes, for example.

FIG. 3 illustrates a cross-sectional view of a plasma generating apparatus **300** including a magnet assembly **302** according to the invention. The magnet assembly **302** can include permanent magnets **304**, or alternatively, electromagnets (not shown). In one embodiment, the magnet assembly **302** is adapted to create a magnetic field **306** proximate to the inner cathode section **202**a. The configuration of the magnet assembly **302** can be varied depending on the desired shape and strength of the magnetic field **306**. The magnet assembly **302** can have either a balanced or unbalanced configuration.

In one embodiment, the magnet assembly **302** includes switching electro-magnets, which generate a pulsed magnetic field proximate to the inner cathode section **202**a. In some embodiments, additional magnet assemblies (not shown) can be placed at various locations around and throughout the process chamber (not shown).

The magnetic assembly **302** can be configured to generate a magnetic field in the shape of one or more racetracks (not shown). Magnetic fields in the shape of one or more racetracks can improve target utilization in sputtering targets by distributing regions of highest target erosion across the surface of the target. These regions of high target erosion generally correspond to locations in which the magnetic field lines are parallel to the surface of the target.

In operation, the magnetic field **306** is generated proximate to the inner cathode section **202**a. The permanent

16

magnets **304** continuously generate the magnetic field **306**. Electro-magnets can also generate the magnetic field **306**. The strength of the magnetic field **306** can be in the range of about fifty gauss to two thousand gauss. After the magnetic field **306** is generated, the feed gas **234** from the gas source **238** is supplied between the outer cathode section **202**b and the first anode **210**. A volume of the feed gas **234** fills in the region **214**.

Next, the first power supply **206** generates an electric field across the feed gas **234** to ignite an initial plasma in the region **214**. The feed gas **234** flows through the region **214** and continuously displaces the initial plasma. The initial plasma diffuses into the region **252′** and the magnetic field **306** traps electrons in the initial plasma. A large fraction of the electrons are concentrated in the region **308** that corresponds to the weakest area of the magnetic field **306** that is generated by the magnet assembly **302**. By trapping the electrons in the region **308**, the magnetic field **306** substantially prevents the initial plasma from diffusing away from the inner cathode section **202**a.

The second power supply **222** generates a strong electric field between the second anode **226** and the inner cathode section **202**a. The strong electric field super-ionizes the initial plasma to generate a high-density plasma having an ion density that is greater than the ion density of the initial plasma. In one embodiment, the initial plasma has an ion density that is in the range of about $10^7$ to $10^{12}$ cm$^{-3}$ and the high-density plasma has an ion density that is greater than about $10^{12}$ cm$^{-3}$.

The magnetic field **306** can improve the homogeneity of the high-density plasma. The magnetic field **306** can also increase the ion density of the high-density plasma by trapping electrons in the initial plasma and also by trapping secondary electrons proximate to the inner cathode section **202**a. The trapped electrons ionize excited atoms in the initial plasma thereby generating the high-density plasma. In one embodiment (not shown), a magnetic field is generated in the region **214** that substantially traps electrons in the area where the initial plasma is ignited.

The magnetic field **306** also promotes increased homogeneity of the high-density plasma by setting up a substantially circular electron ExB drift current **310** proximate to the inner cathode section **202**a. In one embodiment, the electron ExB drift current **310** generates a magnetic field that interacts with the magnetic field **306** generated by the magnet assembly **302**.

When high-power pulses are applied between the inner cathode section **202**a and the second anode **226** secondary electrons are generated from the inner cathode section **202**a that move in a substantially circular motion proximate to the inner cathode section **202**a according to crossed electric and magnetic fields. The substantially circular motion of the electrons generates the electron ExB drift current **310**. The magnitude of the electron ExB drift current **310** is proportional to the magnitude of the discharge current in the plasma and, in one embodiment, is approximately in the range of about three to ten times the magnitude of the discharge current.

In one embodiment, the substantially circular electron ExB drift current **310** generates a magnetic field that interacts with the magnetic field **306** generated by the magnet assembly **302**. In one embodiment, the magnetic field generated by the electron ExB drift current **310** has a direction that is substantially opposite to the magnetic field **306** generated by the magnet assembly **302**. The magnitude of the magnetic field generated by the electron ExB drift current **310** increases with increased electron ExB drift

US 6,806,651 B1

<table>
<tr><td>17</td><td>18</td></tr>
</table>

current **310**. The homogeneous diffusion of the high-density plasma in the region **252′** is caused, at least in part, by the interaction of the magnetic field **306** generated by the magnet assembly **302** and the magnetic field generated by the electron ExB drift current **310**.

In one embodiment, the electron ExB drift current **310** defines a substantially circular shape for low current density plasma. However, as the current density of the plasma increases, the substantially circular electron ExB drift current **310** tends to have a more complex shape as the interaction of the magnetic field **306** generated by the magnet assembly **302**, the electric field generated by the high-power pulse, and the magnetic field generated by the electron ExB drift current **310** becomes more acute. For example, in one embodiment, the electron ExB drift current **310** has a substantially cycloidal shape. The exact shape of the electron ExB drift current **310** can be quite elaborate and depends on various factors.

As the magnitude of the electron ExB drift current **310** increases, the magnetic field generated by the electron ExB drift current **310** becomes stronger and eventually overpowers the magnetic field **306** generated by the magnet assembly **302**. The magnetic field lines that are generated by the magnet assembly **302** exhibit substantial distortion that is caused by the relatively strong magnetic field that is generated by the relatively large electron ExB drift current **310**. Thus, a large electron ExB drift current **310** generates a stronger magnetic field that strongly interacts with and can begin to dominate the magnetic field **306** that is generated by the magnet assembly **302**.

The interaction of the magnetic field **306** generated by the magnet assembly **302** and the magnetic field generated by the electron ExB drift current **310** generates magnetic field lines that are somewhat more parallel to the surface of the inner cathode section **202a** than the magnetic field lines generated by the magnet assembly **302**. The somewhat more parallel magnetic field lines allow the high-density plasma to more uniformly distribute itself in the area **252′**. Thus, the high-density plasma is substantially uniformly diffused in the area **252′**.

FIG. 4 illustrates a graphical representation **400** of applied power as a function of time for periodic pulses applied to an initial plasma in the plasma generating system **200** of FIG. 2A. The first power supply **206** generates a constant power and the second power supply **222** generates periodic power pulses. In one illustrative embodiment, the feed gas **234** flows into the region **214** between the outer cathode section **202b** and the first anode **210** at time $t_0$, before either the first power supply **206** or the second power supply **222** are activated.

The time required for a sufficient quantity of feed gas **234** to flow into the region **214** depends on several factors including the flow rate of the feed gas **234** and the desired operating pressure. At time $t_1$, the first power supply **206** generates a power **402** that is in the range of about 0.01 kW to 100 kW and applies the power **402** between the outer cathode section **202b** and the anode **210**. The power **402** causes the feed gas **234** to become at least partially ionized, thereby generating an initial plasma that can be a pre-ionization plasma as previously discussed. An additional volume of feed gas flows into the region **214** (FIG. 2A) between time $t_1$ and time $t_2$ substantially displacing the initial plasma. The initial plasma is displaced into the region **252** proximate to the inner cathode section **202a**.

At time $t_2$, the second power supply **222** delivers a high-power pulse **404** to the initial plasma that is in the range of about 1 kW to 10 MW depending on the volume and

characteristics of the plasma and the operating pressure. The high-power pulse **404** substantially super-ionizes the initial plasma to generate a high-density plasma. The high-power pulse **404** has a leading edge **406** having a rise time from $t_2$ to $t_3$ that is approximately in the range of 0.1 microseconds to ten seconds. In this embodiment, the second power supply **222** is a pulsed power supply. In some embodiments (not shown), the second power supply **222** can be an RF power supply, an AC power supply, or a DC power supply.

In one embodiment, the pulse width of the high-power pulse **404** is in the range of about one microsecond to ten seconds. The high-power pulse **404** is terminated at time $t_4$. In one embodiment, after the delivery of the high-power pulse **404**, the power **402** from the first power supply **206** is continuously applied to generate additional plasma from the flowing feed gas **234**, while the second power supply **222** prepares to deliver another high-power pulse **408**.

At time $t_5$, the second power supply **222** delivers another high-power pulse **408** having a rise time from $t_5$ to $t_6$ and terminating at time $t_7$. In one embodiment, the repetition rate of the high-power pulses is in the range of about 0.1 Hz to 10 kHz. The particular size, shape, width, and frequency of the high-power pulse **408** depend on the process parameters, such as the operating pressure, the design of the second power supply **222**, the presence of a magnetic field proximate to the inner cathode section **202a**, and the volume and characteristics of the plasma, for example. The shape and duration of the leading edge **406** and the trailing edge **410** of the high-power pulse **404** are chosen to control the rate of ionization of the high-density plasma.

In another embodiment (not shown), the first power supply **206** and/nor the second power supply **222** are activated at time $t_0$ before the feed gas **234** flows in the region **214**. In this embodiment, the feed gas **234** is injected between the outer cathode section **202b** and the first anode **210** where it is ignited by the first power supply **206** to generate the initial plasma. In this embodiment, the first power supply **202** is a DC power supply. In other embodiments (not shown), the first power supply **202** can an RF power supply, an AC power supply, or a pulsed power supply.

FIG. **5** illustrates a cross-sectional view of a plasma generating apparatus **500** including the magnet assembly **302** of FIG. **3** and an additional magnet assembly **502** according to the invention. The additional magnet assembly **502** can include a permanent magnets **504** as shown, or alternatively, electro-magnets (not shown). In one embodiment, the magnet assembly **502** is adapted to create a magnetic field **506** proximate to the outer cathode section **202b**. The configuration of the magnet assembly **502** can be varied depending on the desired shape and strength of the magnetic field **506**. The magnet assembly **502** can have either a balanced or unbalanced configuration.

In one embodiment, the magnet assembly **502** includes switching electro-magnets, which generate a pulsed magnetic field proximate to the outer cathode section **202b**. In some embodiments, additional magnet assemblies (not shown) can be placed at various locations around and throughout the process chamber (not shown).

One skilled in the art will appreciate that there are many modes of operating the plasma generating apparatus **500**. In one embodiment, the plasma generating apparatus **500** is operated by generating the magnetic field **506** proximate to the outer cathode section **202b**. In the embodiment shown in FIG. S, the permanent magnets **504** continuously generate the magnetic field **506**. In other embodiments, electromagnets (not shown) generate the magnetic field **506** by ener-

US 6,806,651 B1

19

gizing a current source (not shown) that is coupled to the electro-magnets. In one embodiment, the strength of the magnetic field **506** is in the range of about fifty gauss to two thousand gauss. After the magnetic field **506** is generated, the feed gas **234** from the gas source **238** is supplied between the outer cathode section **202**b and the first anode **210**. A volume of the feed gas **234** fills in the region **214**.

Next, the first power supply **206** generates an electric field across the feed gas **234** to ignite an initial plasma in the region **214**. In one embodiment, the magnetic field **506** substantially traps electrons in the initial plasma in the region **214**. This causes the initial plasma to remain concentrated in the region **214**. In one embodiment, the first power supply **206** applies a high-power pulse across the initial plasma thereby generating a high-density plasma in the region **214**.

The high-power pulse energizes the electrons in the initial plasma. The magnetic field **506** causes the electrons to move in a substantially circular manner creating a substantially circular electron ExB drift current (not shown) proximate to the outer cathode section **202**b. In one embodiment, the electron ExB drift current generates a magnetic field that interacts with the magnetic field **506** generated by the magnet assembly **502**.

The high-power pulses applied between the outer cathode section **202**b and the first anode **210** generate secondary electrons from the outer cathode section **202**a that move in a substantially circular motion proximate to the inner cathode section **202**a according to crossed electric and magnetic fields. The substantially circular motion of the electrons generates the electron ExB drift current. The magnitude of the electron ExB drift current is proportional to the magnitude of the discharge current in the plasma and, in one embodiment, is approximately in the range of between about three and ten times the magnitude of the discharge current. As previously discussed, the electron ExB drift current can improve the homogeneity of the high-density plasma in the region **214**.

FIG. **6** illustrates a cross-sectional view of a plasma generating apparatus **250** including the magnet assembly **302** of FIG. **3** and an additional magnet assembly **552** according to the invention. The additional magnet assembly **552** can include permanent magnets **554**, **556**, or alternatively, electromagnets (not shown). In one embodiment, the magnet assembly **552** is adapted to create a magnetic field **558** proximate to the outer cathode section **202**b. The configuration of the magnet assembly **552** can be varied depending on the desired shape and strength of the magnetic field **558**. The magnet assembly **552** can have either a balanced or unbalanced configuration.

The plasma generating apparatus **550** functions similarly to the plasma generating apparatus **500** of FIG. **5**. However, the magnetic assembly **552** that is located proximate to the outer cathode section **202**b generates magnetic field lines **560** that are substantially perpendicular to a surface of the outer cathode section **202**b. The perpendicular magnetic field lines **560** completely cross the region **214**, thereby trapping substantially all of the electrons in the region **214**. Thus, the magnetic field **558** can facilitate a more efficient process of generating the initial plasma in the region **214**. Skilled artisans will appreciate that alternative magnet configurations can be used within the scope of the invention.

FIG. **7** illustrates a cross-sectional view of another embodiment of a plasma generating apparatus **600** including a magnet assembly **602** according to the invention. The magnet assembly **602** can include permanent magnets **604**, or alternatively, electro-magnets (not shown). In one

20

embodiment, the magnet assembly **602** is adapted to create a magnetic field **606** that is located proximate to the inner cathode section **202**a and proximate to the outer cathode section **202**b. The configuration of the magnet assembly **602** can be varied depending on the desired shape and strength of the magnetic field **606**. The magnet assembly **602** can have either a balanced or unbalanced configuration.

In one embodiment, the magnet assembly **602** includes switching electro-magnets, which generate a pulsed magnetic field proximate to the inner **202**a and the outer cathode sections **202**b. In some embodiments, additional magnet assemblies (not shown) can be placed at various locations around and throughout the process chamber (not shown).

In one embodiment, the permanent magnets **604** continuously generate the magnetic field **606**. In other embodiments, electro-magnets (not shown) generate the magnetic field **606** by energizing a current source (not shown) that is coupled to the electro-magnets. In one embodiment, the strength of the magnetic field **606** is in the range of about fifty gauss to two thousand gauss.

In operation, after the magnetic field **606** is generated, the feed gas **234** from the gas source **238** is supplied between the outer cathode section **202**b and the first anode **210**. A volume of the feed gas **234** fills in the region **214**.

Next, the first power supply **206** generates an electric field across the feed gas **234** that ignites an initial plasma in the region **214**. In one embodiment, electrons in the initial plasma diffuse from the region **214** to the region **608** substantially along magnetic field lines **609** generated by the magnet assembly **602**. In one embodiment, the electrons in the initial plasma are concentrated in the region **608** corresponding to the weakest area of the magnetic field **606** generated by the magnet assembly **602**. Thus, the initial plasma is concentrated proximate to the outer edge of the inner cathode section **202**a.

The second power supply **222** generates a strong electric field between the second anode **226** and the inner cathode section **202**a. The strong electric field super-ionizes the initial plasma to generate a high-density plasma having an ion density that is greater than the ion density of the initial plasma. In one embodiment, the initial plasma has an ion density in the of about $10^7$ to $10^{12}$ cm$^{-3}$. In one embodiment, the high-density plasma has an ion density that is greater than about $10^{12}$ cm$^{-3}$.

In one embodiment, the high-density plasma is used in a magnetron sputtering system (not shown). The magnetron sputtering system includes a target (not shown) that can be integrated into the inner cathode section **202**a. Operating parameters can be chosen such that the outer edge of the target is eroded at a relatively high rate compared with the center of the target because the high-density plasma is concentrated in the region **608**. Thus, a sputtering system according to the present invention can include a target that is relatively small compared with known sputtering systems for similarly sized substrates (not shown). In addition, the power level of the high-power pulse can be chosen such that the high-density plasma can be homogeneously distributed across the target as described herein.

The magnetic field **606** can improve the homogeneity of the high-density plasma and can increase the ion density of the high-density plasma by trapping electrons in the initial plasma and also trapping secondary electrons proximate to the target. The trapped electrons ionize excited atoms in the initial plasma thereby generating the high-density plasma. The magnetic field **606** also promotes increased homogeneity of the high-density plasma by setting up an electron ExB drift current **610** proximate to the target. In one embodiment,

US 6,806,651 B1

21

the electron ExB drift current **610** generates a magnetic field that interacts with the magnetic field **606** generated by the magnet assembly **602** as described herein.

FIG. **8** illustrates a cross-sectional view of a plasma generating apparatus **650** including a magnet configuration that includes a first magnet **652** and a second magnet **654** according to the invention. The first **652** and the second magnets **654** can be any type of magnet, such as a permanent ring-shaped magnet or an electromagnet, for example.

The plasma generating apparatus **650** also includes a segmented cathode **656**. The segmented cathode **656** (**656**a, b) includes an inner cathode section **656**a and an outer cathode section **656**b. The outer cathode section **656**b Is disposed generally opposite to the inner cathode section **656**a, but can be offset as shown in FIG. **8**. The segmented cathode **656** illustrated in FIG. **8** can reduce sputtering contamination compared with known cathodes used in sputtering systems because both the inner cathode section **656**a and the outer cathode section **656**b can include target material (not shown). Consequently, any material that is sputtered from the outer cathode section **656**b is target material instead of cathode material that could contaminate the sputtering process.

The plasma generating apparatus **650** also includes an anode **658**. The anode **658** is disposed proximate to the inner cathode section **656**a and the outer cathode section **656**b. In one embodiment, the first output **220** of the second power supply **222** is coupled to the inner cathode section **656**a and the second output **224** of the second power supply **222** is coupled to an input **660** of the anode **658**.

In one embodiment, a first output **662** of a first power supply **664** is coupled to the outer cathode section **656**b. A second output **666** of the first power supply **664** is coupled to the input **660** of the anode **658**. In one embodiment (not shown), the anode **658** is coupled to ground potential and the second output **224** of the second power supply **222** as well as the second output **666** of the first power supply **664** are also coupled to ground potential.

The plasma generating apparatus **650** operates in a similar manner to the plasma generating apparatus **200** of FIG. **2A**. However, the magnetic field **668** generated by the first **652** and the second magnets **654** is substantially parallel to at least a portion of the surface of the inner cathode section **656**a. The shape of the magnetic field **668** can result in a homogeneous plasma volume that is located proximate to the inner cathode section **656**a as discussed herein. Additionally, the magnetic field **668** traps substantially all of the secondary electrons from the inner **656**a and the outer cathode sections **656**b due to the configuration of the first **652** and the second magnets **654**.

In one mode of operation, feed gas **234** from the gas source **238** flows in the region **214** between the anode **658** and the outer cathode section **656**b. In some embodiments, the feed gas source **240** supplies feed gas **236** between the inner cathode section **656**a and the anode **658**. The first **55** power supply **664** generates an electric field across the feed gas **234** that generates an initial plasma in the region **214**. Electrons in the initial plasma diffuse along the magnetic field lines of the magnetic field **668**. Due to the configuration of the magnets **652** and **654**, substantially all of the electrons in the initial plasma are trapped by the magnetic field **668**. The initial plasma diffuses towards the inner cathode section **656**a as the feed gas **234** continues to flow.

After a suitable volume of the initial plasma is located proximate to the inner cathode section **656**a, the second power supply **222** generates a strong electric field between the inner cathode section **656**a and the anode **658**. The

22

strong electric field super-ionizes the initial plasma and generates a high-density plasma having an ion density that is higher than the ion density of the initial plasma.

FIG. **9** illustrates a cross-sectional view of a plasma generating apparatus **700** according to the present invention including a segmented cathode assembly **702** (**702**a, b), an ionizing electrode **708**, and a first **206**, a second **222** and a third power supply **704**. The first **206**, the second **222**, and the third power supplies **704** can each be any type of power supply suitable for plasma generation, such as a pulsed power supply, a RF power supply, a DC power supply, or an AC power supply. In some embodiments, the first **206**, the second **222**, and/or the third power supplies **704** operate in a constant power or constant voltage mode as described herein.

Only one portion of the segmented cathode assembly **702** is shown for illustrative purposes. In one embodiment, the portion that is not shown in FIG. **9** is substantially symmetrical to the portion shown in FIG. **9**. The plasma generating apparatus **700** also includes a first anode **210** and a second anode **706**. In one embodiment, the ionizing electrode **708** is a filament-type electrode. The ionizing electrode **708** can be ring-shaped or any other shape that is suitable for generating an initial plasma in the region **214**. Isolators **709** insulate the inner cathode section **702**a from the outer cathode section **702**b. The isolators **709** also insulate the second anode **706** from the inner **702**a and the outer cathode sections **702**b.

A first output **710** of the third power supply **704** is coupled to the ionizing electrode **708**. A second output **712** of the third power supply **704** is coupled to the outer cathode section **702**b. The power generated by the third power supply **704** is sufficient to ignite a feed gas **234** located in the region **214** to generate an initial plasma.

The first output **204** of the first power supply **206** is coupled to the outer cathode section **702**b. The second output **208** of the first power supply **206** is coupled to the first anode **210**. The power generated by the first power supply **206** is sufficient to increase the ion density of the initial plasma in the region **214**.

The first output **220** of the second power supply **222** is coupled to the inner cathode section **702**a. The second output **224** of the second power supply **222** is coupled to the second anode **706**.

In operation, the first power supply **206** is a pulsed power supply that applies a high-power pulse between the outer cathode section **702**b and the first anode **210**. The high-power pulse generates an electric field (not shown) through the region **214**. The electric field generates a high-density plasma from the initial plasma that is generated by the ionizing electrode **708**. The high-density plasma is generally more strongly ionized than the initial plasma.

In one embodiment, the feed gas **234** continues to flow after the high-density plasma is generated in the region **214**. The feed gas **234** displaces the high-density plasma towards the inner cathode region **702**a. The feed gas exchange continues until a suitable volume of the high-density plasma is located proximate to the inner cathode section **702**a.

In one embodiment, the second power supply **222** is a pulsed power supply that applies a high-power pulse across the high-density plasma. The high-power pulse generates an electric field (not shown) between the inner cathode section **702**a and the second anode **706**. The electric field generates a plasma that is generally more strongly-ionized than high-density plasma.

The plasma generating apparatus **700** of the present invention generates a very high-density plasma using stan-

US 6,806,651 B1

23

24

dard power supplies. The plasma generating apparatus **700** of the present invention can generate a very high-density plasma at a lower cost compared with a known plasma generating apparatus because the plasma generating apparatus **700** can use relatively inexpensive and commercially available power supplies. In plasma sputtering applications, the sputtering targets that are used in the plasma generating apparatus **700** can be much smaller relative to comparable sputtering targets that are used in known magnetron sputtering systems used to process similarly sized substrates.

FIG. **10** illustrates a cross-sectional view of a plasma generating apparatus **720** according to the present invention including a segmented cathode assembly **722** (**722***a, b*), a common anode **724**, an ionizing electrode **708**, and a first **206**, a second **222**, and a third power supply **704**. The first **206**, the second **222**, and the third power supplies **704** can each be any type of power supply suitable for plasma generation, such as a pulsed power supply, a RF power supply, a DC power supply, or an AC power supply. In some embodiments, the first **206**, the second **222**, and/or the third power supplies **704** operate in a constant power or constant voltage mode as described herein.

Only one portion of the segmented cathode assembly **722** is shown for illustrative purposes. In one embodiment, the portion that is not shown in FIG. **10** is substantially symmetrical to the portion shown in FIG. **10**. In one embodiment, the ionizing electrode **708** is a filament-type electrode. The ionizing electrode **708** can be ring-shaped or any other shape that is suitable for generating an initial plasma in the region **214**. An isolator **726** insulates the anode **724** from the inner cathode section **722***a*. An isolator **728** insulates the anode **724** from the outer cathode section **722***b*.

In a plasma sputtering configuration, the segmented cathode assembly **722** illustrated in FIG. **10** can reduce sputtering contamination compared with known cathodes used in sputtering systems because both the inner cathode section **722***a* and the outer cathode section **722***b* can include target material (not shown). Consequently, any material that is sputtered from the outer cathode section **722***b* is target material instead of cathode material that could contaminate the sputtering process.

A first output **710** of the third power supply **704** is coupled to the ionizing electrode **708**. A second output **712** of the third power supply **704** is coupled to the outer cathode section **722***b*. The power generated by the third power supply **704** is sufficient to ignite a feed gas **234** located in the region **214** to generate an initial plasma.

The first output **204** of the first power supply **206** is coupled to the anode **724**. The second output **208** of the first power supply **206** is coupled to the outer cathode, section **722***b*. The power generated by the first power supply **206** is sufficient to increase the ion density of the initial plasma in the region **214**.

The first output **220** of the second power supply **222** is coupled to the inner cathode section **722***a*. The second output **224** of the second power supply **222** is coupled to the anode **724**.

In operation, the first power supply **206** is a pulsed power supply that applies a high-power pulse between the outer cathode section **722***b* and the anode **724**. The high-power pulse generates an electric field through the region **214**. The electric field generates a high-density plasma from the initial plasma. The high-density plasma is generally more strongly ionized than the initial plasma.

In one embodiment, the feed gas **234** continues to flow after the high-density plasma is generated in the region **214**. The feed gas **234** displaces the high-density plasma towards the inner cathode region **722***a*. The feed gas exchange continues until a suitable volume of the high-density plasma is located proximate to the inner cathode section **722***a;*

In one embodiment, the second power supply **222** is a pulsed power supply that applies a high-power pulse across the high-density plasma. The high-power pulse generates a strong electric field between the inner cathode section **722***a* and the anode **724**. The strong electric field generates a plasma that is generally more strongly-ionized than the high-density plasma.

FIG. **11** illustrates a cross-sectional view of a plasma generating apparatus **72S** according to the present invention including the segmented cathode assembly **702** (**702***a, b*) and a first **206**, a second **222** and a third power supply **704**. The first **206**, the second **222**, and the third power supplies **704** can each be any type of power supply suitable for plasma generation, such as a pulsed power supply, a RF power supply, a DC power supply, or an AC power supply. In some embodiments, the first **206**, the second **222**, and/or the third power supplies **704** operate in a constant power or constant voltage mode as described herein. The first **206** and the third power supplies **704** can be integrated into a single power supply.

Only one portion of the segmented cathode assembly **702** is shown for illustrative purposes. In one embodiment, the portion that is not shown in FIG. **11** is substantially symmetrical to the portion shown in FIG. **11**. The plasma generating apparatus **725** also includes a first anode **210** and a second anode **706**. Isolators **709** insulate the inner cathode section **702***a* from the outer cathode section **702***b* and insulate the second anode **706** from the inner **702***a* and the outer cathode sections **702***b*.

A first output **710** of the third power supply **704** is coupled to the outer cathode section **702***b*. A second output **712** of the third power supply **704** is coupled to the first anode **210**. The power generated by the third power supply **704** is sufficient to ignite a feed gas **234** located in the region **214** to generate an initial plasma.

A first output **204** of the first power supply **206** is coupled to the outer cathode section **702***b*. A second output **208** of the first power supply **206** is coupled to the first anode **210**. A first output **220** of the second power supply **222** is coupled to the inner cathode section **702***a*. A second output **224** of the second power supply **222** is coupled to the second anode **706**.

In operation, the power generated by the first power supply **206** is sufficient to increase the ion density of the initial plasma in the region **214** that is generated by the third power supply **704**. In one embodiment, the first power supply **206** is a pulsed power supply that applies a high-power pulse between the outer cathode section **702***b* and the first anode **210**. The high-power pulse generates an electric field through the region **214**. The electric field generates a high-density plasma from the initial plasma. The high-density plasma is generally more strongly ionized than the initial plasma.

In one embodiment, the feed gas **234** continues to flow after the high-density plasma is generated in the region **214**. The feed gas **234** displaces the high-density plasma towards the inner cathode region **702***a*. The feed gas exchange continues until a suitable volume of the high-density plasma is located proximate to the inner cathode section **702***a*.

In one embodiment, the second power supply **222** is a pulsed power supply that applies a high-power pulse across the high-density plasma. The high-power pulse generates a strong electric field between the inner cathode section **702***a* and the second anode **706**. The strong electric field generates

US 6,806,651 B1

25

a plasma that is generally more strongly-ionized than the high-density plasma.

The plasma generating apparatus **725** of the present invention generates a very high-density plasma using standard power supplies. The plasma generating apparatus **725** of the present invention can generate a very high-density plasma at a lower cost compared with a known plasma generating apparatus because the plasma generating apparatus **725** can use relatively inexpensive and commercially available power supplies.

There are many modes of operation for the plasma generating apparatus **725**. For example, the first power supply **206** and the second power supply **222** can both be operated in constant power mode. In another mode of operation, the first power supply **206** is operated in constant power mode and the second power supply **222** is operated in constant voltage mode. In still another mode of operation, the first **206** and the second power supplies **222** are both operated in constant voltage mode. Some of these modes of operation are discussed in more detail herein.

FIG. **12** illustrates a cross-sectional view of a plasma generating apparatus **730** according to the present invention including a segmented cathode assembly **732** (**732***a*, *b*), a second anode **706**, a first **731** and a second power supply **222**. In this embodiment, the outer cathode section is in the form of an excited atom source **732***b*. The excited atom source **732***b* generates excited atoms including metastable atoms from ground state atoms in the feed gas **234**. In another embodiment (not shown), the outer cathode section **732***b* is in the form of a hollow cathode. Skilled artisans will appreciate that multiple excited atom sources (not shown) can surround the inner cathode section **732***a*.

The first **731** and the second power supplies **222** can be any type of power supplies suitable for plasma generation, such as pulsed power supplies, RF power supplies, DC power supplies, or AC power supplies. In some embodiments, the first **731** and/or the second power supplies **222** operate in a constant power or constant voltage mode as described herein.

Only one portion of the segmented cathode assembly **732** is shown for illustrative purposes. In one embodiment, the portion that is not shown is substantially symmetrical to the portion shown in FIG. **12**. The inner cathode section **732***a* can be electrically isolated from the excited atom source **732***b*. Isolators **709** insulate the second anode **706** from the inner cathode section **732***a* and the excited atom source **732***b*.

The excited atom source **732***b* includes a tube **733**. The tube **733** can be formed of non-conducting material, such as a dielectric material, like boron nitride or quartz, for example. A nozzle **734** is positioned at one end of the tube **733**. The nozzle **734** can be formed from a ceramic material. The tube **733** is surrounded by an enclosure **735**. A skimmer **736** having an aperture **737** is positioned adjacent to the nozzle **734** forming a nozzle chamber **738**. The skimmer **736** can be connected to the enclosure **735**. In one embodiment, the skimmer **736** is cone-shaped as shown in FIG. **12**. In one embodiment, the enclosure **735** and the skimmer **736** are electrically connected to ground potential.

The tube **733** and the enclosure **735** define an electrode chamber **739** that is in fluid communication with a gas inlet **740**. A feed gas source (not shown) is coupled to the gas inlet **740** so as to allow feed gas **234** to flow into the electrode chamber **739**. An electrode **741** is positioned inside the electrode chamber **739** adjacent to the nozzle **734** and to the skimmer **736**. In one embodiment, the electrode **741** is a needle electrode, as shown in FIG. **12**. The needle electrode

26

generates a relatively high electric field at the tip of the electrode. The electrode **741** is electrically isolated from the skimmer **736**.

A first output **742** of the first power supply **731** is coupled to the needle electrode **741** with a transmission line **743**. An insulator **744** isolates the transmission line **743** from the grounded enclosure **735**. A second output **745** of the first power supply **737** is coupled to ground.

A first output **220** of the second power supply **222** is coupled to the inner cathode section **732***a*. A second output **224** of the second power supply **222** is coupled to the second anode **706**. In one embodiment, the second power supply **222** generates an electric field between the inner cathode section **732***a* and the second anode **706**.

The plasma generating apparatus **730** of the present invention generates a high-density plasma using standard power supplies. The plasma generating apparatus **730** of the present invention can generate a high-density plasma at a lower cost compared with known plasma generating apparatus because the plasma generating apparatus **730** can use relatively inexpensive and commercially available power supplies. In addition, the sputtering targets that can be used in the plasma generating apparatus **730** can be much smaller relative to comparable sputtering targets that are used in known magnetron sputtering systems used to process similarly sized substrates.

There are many modes of operation for the plasma generating apparatus **730**. For example, the first power supply **731** and the second power supply **222** can both be operated in constant power mode. In another mode of operation, the first power supply **731** is operated in constant power mode and the second power supply **222** is operated in constant voltage mode. In still another mode of operation, the first **731** and the second power supplies **222** are both operated in constant voltage mode. Some of these modes of operation are discussed in more detail herein.

In one illustrative mode of operation, ground state atoms in the feed gas **234** are supplied to the excited atom source **732***b* through the gas inlet **740**. The pressure in the electrode chamber **739** is optimized to produce exited atoms including metastable atoms by adjusting parameters, such as the flow rate of the feed gas **234**, the diameter of the nozzle **734**, and the diameter of the aperture **737** of the skimmer **736**. The first power supply **731** generates an electric field (not shown) between the needle electrode **741** and the skimmer **736**. The electric field raises the energy of the ground state atoms to an excited state that generates excited atoms. Many of the excited atoms are metastable atoms. The electric field can also generate some ions and electrons along with the exited atoms.

Optional magnets **746** generate a magnetic field **747** proximate to the excited atom source **732***b*. The magnetic field **747** can be used to assist in exciting the ground state atoms. The magnetic field **747** traps accelerated electrons proximate to the electric field. Some of the accelerated electrons impact a portion of the ground state atoms, thereby transferring energy to those ground state atoms. This energy transfer excites at least a portion of the ground state atoms to create a volume of excited atoms including metastable atoms.

A portion of the volume of excited atoms as well as some ions, electrons and ground state atoms flow through the nozzle **734** into the nozzle chamber **738** as additional feed gas flows into the electrode chamber **739**. A large fraction of the ions and electrons are trapped in the nozzle chamber **738** while the excited atoms and the ground state atoms flow through the aperture **737** of the skimmer **736**.

US 6,806,651 B1

27

After a sufficient volume of excited atoms including metastable atoms is present proximate to the inner cathode section 732a, the second power supply 222 generates an electric field (not shown) proximate to the volume of excited atoms between the inner cathode section 732a and the second anode 706. The electric field raises the energy of the volume of excited atoms causing collisions between neutral atoms, electrons, and excited atoms including metastable atoms. These collisions generate the plasma proximate to the inner cathode section 732a. The plasma includes ions, excited atoms and additional metastable atoms. The efficiency of this multi-step ionization process increases as the density of excited atom and metastable atoms increases.

In one embodiment, a magnetic field is generated proximate to the inner cathode section 732a. The magnetic field can increase the ion density of the plasma by trapping electrons in the plasma and also by trapping secondary electrons proximate to the inner cathode section 732a.

All noble gas atoms have metastable states. For example, argon metastable atoms can be generated by a multi-step ionization process. In a first step, ionizing electrons $e^-$ are generated by applying a sufficient voltage across argon feed gas containing ground state argon atoms. When an ionizing electron $e^-$ collides with a ground state argon (Ar) atom, a metastable argon atom and an electron are generated. Argon has two metastable states, see Fabrikant, I. I., Shpenik, O. B., Snegursky, A. V., and Zavilopulo, A. N., *Electron Impact Formation of Metastable Atoms*, North-Holland, Amsterdam. In a second step in the multi-step ionization process, the metastable argon atom is ionized.

The multi-step ionization process described herein substantially increases the rate at which the plasma is formed and, therefore, generates a relatively dense plasma. The rate is increased because only a relatively small amount of energy is required to ionize the metastable atoms as described herein. For example, ground state argon atoms require energy of about 15.76 eV to ionize. However, argon metastable atoms require only about 4 eV of energy to ionize. The excited atom source 732b provides the energies of about 11.55 eV and 11.72 eV that are necessary to reach argon metastable states. Therefore, a volume of metastable atoms will ionize at a much higher rate than a similar volume of ground state atoms for the same input energy.

Furthermore, as the density of the metastable atoms in the plasma increases, the efficiency of the ionization process rapidly increases. The increased efficiency results in an avalanche-like process that substantially increases the density of the plasma. In addition, the ions in the plasma strike the inner cathode section 732a causing secondary electron emission from the inner cathode section 732a. The secondary electrons interact with ground state atoms and with the excited atoms including the metastable atoms in the plasma. This interaction further increases the density of ions in the plasma as additional volumes of metastable atoms become available. Thus, for the same input energy, the density of the plasma that is generated by the multi-step ionization process according to the present invention is significantly greater than a plasma that is generated by direct ionization of ground state atoms.

FIG. 13 illustrates a graphical representation 750 of power as a function of time for each of a first 206, a second 222, and a third power supply 704 for one mode of operating the plasma generating system 700 of FIG. 9. The first 206, second 222, and third power supplies 704 are synchronized to each other to optimize certain properties of the plasma. For example, the third power supply 704 generates a constant power throughout the process, while the first 206 and

28

the second power supplies 222 generate periodic power pulses at preset intervals. Although FIG. 13 relates to the operation of FIG. 9, skilled artisans will appreciate that the plasma generating systems 720, 725 of FIG. 10 and FIG. 11, respectively, can be operated in a similar manner to the plasma generating system 700 of FIG. 9. In one mode of operation, the first power supply 206 and the second power supply 222 are operated in a constant power mode.

In this mode, the plasma generating apparatus 700 can operate as follows. At time $t_0$, the third power supply 704 applies a constant power 752 in the range of about 0.1 kW to 10 kW across the feed gas 234 to generate an initial plasma. The power level required to generate the initial plasma depends on several factors including the dimensions of the region 214, for example. The constant power 752 is applied between the ionizing electrode 708 and the outer cathode section 702b. The initial plasma diffuses towards the inner cathode section 702a due to a pressure differential as described herein. The pressure differential concentrates the initial plasma from the region 214 towards the inner cathode section 702a.

At time $t_1$ the second power supply 222 applies a constant power 754 in the range of about 0.1 kW to 10 kW across the initial plasma to increase the ion density of the initial plasma and to sustain the initial plasma proximate to the inner cathode section 702a. The time period between time $t_0$ and time $t_1$ is in the range of about 0.1 msec to 1 sec and depends on several parameters including the dimensions of the inner cathode section 702a, for example.

At time $t_2$, a sufficient volume of the initial plasma is located proximate to the inner cathode section 702a and an additional volume of initial plasma is generated in the region 214. The first power supply 206 then applies a high power pulse 756 across the additional volume of initial plasma in the region 214 to generate a high-density plasma in the region 214. The ion density of the high-density plasma is greater than the ion density of the initial plasma. The high-power pulse 756 has a power level that is in the range of about 10 kW to 1,000 kW. The time period between time $t_1$ and time $t_2$ is in the range of about 0.1 msec to 1 sec.

The high-density plasma that is generated in the region 214 diffuses toward the inner cathode section 702a due to the pressure differential. At time $t_3$, the second power supply 222 applies a high-power pulse 758 to the high-density plasma in order to super-ionize the high-density plasma to further increase the plasma density. The time period between time $t_2$ and time $t_3$ is in the range of about 0.001 msec to 1 msec. The time period of the high-power pulse 758 between time $t_3$ and time $t_4$ is in the range of about 0.1 msec to 10 sec.

Additionally, between time $t_3$ and time $t_5$, the first power supply 206 continues to apply the high-power pulse 756 in order to sustain the high-density plasma. At time $t_5$, the high-power pulse 756 terminates. The second power supply 222 continues to apply a background power 760 after the high-power pulse 758 terminates at time $t_4$. The background power 760 continues to sustain the high-density plasma. The time period between time $t_4$ and time $t_5$ is in the range of about 0.001 msec to 1 msec.

At time $t_5$, the high power pulse 756 generated by the first power supply 206 terminates. At time $t_6$, the first power supply 206 applies another high-power pulse 762 across a new volume of high-density plasma in the region 214. The high-power pulse 762 increases the current density in the new volume of high-density plasma. The new volume of high-density plasma diffuses towards the inner cathode section 702a. At time $t_7$, the second power supply 222

US 6,806,651 B1

29

applies another high-power pulse **764** to the new volume of high-density plasma that is located proximate to the inner cathode section **702***a*. At time $t_8$, the high-power pulse **764** terminates. At time $t_9$, the high power pulse **762** from the first power supply **206** terminates.

The power from the third power supply **704** is continuously applied for a time that is in the range of about one microsecond to one hundred seconds in order to allow the initial plasma to form and to be maintained at a sufficient plasma density. The power from the second power supply **222** can be continuously applied after the initial plasma is ignited in order to maintain the initial plasma. The second power supply **222** can be designed so as to output a continuous nominal power in order to generate and sustain the initial plasma until a high-power pulse is delivered by the second power supply **222**. The high-power pulse has a leading edge having a rise time that is in the range of about 0.1 microseconds to ten seconds.

The high-power pulse **756** has a power and a pulse width that is sufficient to transform the initial plasma to a strongly-ionized high-density plasma. The high-power pulse **756** is applied for a time that is in the range of about ten microseconds to ten seconds. The repetition rate of the high-power pulses **756**, **762** is in the range of about 0.1 Hz to 1 kHz.

The particular size, shape, width, and frequency of the high-power pulses **756**, **762** depend on various factors including process parameters, the design of the first power supply **206**, the design of the plasma generating apparatus **700**, the volume of the plasma, and the pressure in the chamber. The shape and duration of the leading edge and the trailing edge of the high-power pulse **756** is chosen to sustain the initial plasma while controlling the rate of ionization of the high-density plasma.

FIG. **14** illustrates a graphical representation **770** of power generated as a function of time for each of a first **206**, a second **222**, and a third power supply **704** for one mode of operating the plasma generating system **700** of FIG. **9**. The plasma generating apparatus **700** has many operating modes. For example, in this mode, the first power supply **206** is operated in voltage mode, while the second power supply can be operated in power mode.

In this mode, the plasma generating apparatus **700** can operate as follows. At time $t_0$, the third power supply **704** applies a constant power **772** in the range of about 0.1 kW to 10 kW across the feed gas **234** to generate an initial plasma. In one embodiment, the power from the third power supply **704** is continuously applied for a time that is in the range of about one microsecond to one hundred seconds in order to allow the initial plasma to form and to be maintained at a sufficient plasma density.

The initial plasma diffuses towards the inner cathode section **702***a*. At time $t_1$, the second power supply **222** applies a constant power **774** in the range of about 0.1 kW to 10 kW across the initial plasma to increase the ion density of the initial plasma and to maintain/sustain the initial plasma proximate to the inner cathode section **702***a*.

A pressure differential forces the initial plasma from the region **214** towards the inner cathode region **702***a*. At time $t_2$ the first power supply **206** applies a ramping power pulse **776** across the initial plasma in the region **214** in order to generate a high-density plasma in the region **214**. The ramping power pulse **776** has a power and a rise time that is sufficient to transform the initial plasma to a strongly-ionized high-density plasma.

The ramping power pulse **776** has a power that is in the range of about 10 kW to 1,000 kW and the ramping power pulse **776** is applied for a time that is in the range of between

30

about ten microseconds to ten seconds. The repetition rate between the ramping power pulses **776** is between about 0.1 Hz and 1 kHz. The shape and duration of the leading edge and the trailing edge of the ramping power pulse **776** is chosen to sustain the initial plasma while controlling the rate of ionization of the high-density plasma. The high-density plasma diffuses toward the inner cathode section **702***a*.

At time $t_3$, the second power supply **222** applies a high-power pulse **778** to the high-density plasma to generate a higher-density plasma. At time $t_4$, the high-power pulse and the ramping power pulse **776** terminate. The second power supply **222** continues to apply a background power **780** to sustain the plasma after the high-power pulse **778** terminates. The second power supply **222** can be designed so as to generate a continuous nominal power that generates and sustains the initial plasma until a high-power pulse is delivered by the second power supply **222**. In one embodiment, the high-power pulse has a leading edge with a rise time that is in the range of about 0.1 microseconds to ten seconds.

At time $t_5$, the first power supply **206** applies another ramping power pulse **782** across an additional volume of initial plasma in the region **214**. The ramping power pulse **782** increases the current density in the additional volume of initial plasma to generate a high-density plasma. At time $t_6$, the second power supply **222** applies another high-power pulse **784** to the high-density plasma that is located proximate to the inner cathode section **702***a*. The high-power pulse generates a higher density plasma proximate to the inner cathode section **702***a*. At time $t_7$, the high-power pulse **784** and the ramping power pulse **782** terminate. In one embodiment, the repetition rate between the ramping power pulses **776**, **782** is between about 0.1 Hz and 1 kHz.

FIG. **15** illustrates a graphical representation **790** of power as a function of time for each of a first **206**, a second **222**, and a third power supply **704** for one mode of operating the plasma generating system **700** of FIG. **9**. In this mode, the second power supply **222** is a RF power supply. A RF power supply can be used in plasma sputtering systems for sputtering magnetic materials or dielectric materials, for example. In this mode of operation, the first power supply **206** is operated in a constant power mode. Due to the nature of a RF power supply, the second power supply **222** is operated in a substantially constant power mode.

In this mode, the plasma generating apparatus **700** can operate as follows. At time $t_0$, the third power supply **704** applies a constant power **752** in the range of about 0.1 kW to 10 kW across the feed gas **234** to generate an initial plasma. The power level required to generate the initial plasma depends on several factors including the dimensions of the region **214**, for example. The constant power **752** is applied between the ionizing electrode **708** and the outer cathode section **702***b*. The initial plasma diffuses towards the inner cathode section **702***a* due to a pressure differential as described herein. The pressure differential forces the initial plasma from the region **214** towards the inner cathode section **702***a*.

At time $t_1$, the second power supply **222** applies an RF driving voltage corresponding to a power **792** in the range of about 0.1 kW to 10 kW across the initial plasma to sustain the initial plasma proximate to the inner cathode section **702***a*. The RF power supply generates a series of very short sinusoidal voltage pulses having a time period between time $t_0$ and time $t_1$ that is in the range of about 0.1 msec to 1 sec and that depends on several parameters, such as the dimensions of the inner cathode section **702***a*.

At time $t_2$, a sufficient volume of the initial plasma is located proximate to the inner cathode section **702***a* and an

US 6,806,651 B1

31

additional volume of initial plasma is generated in the region **214**. The first power supply **206** then applies a high-power pulse **756** across the additional volume of initial plasma in the region **214** to generate a high-density plasma in the region **214**. The ion density of the high-density plasma is greater than the ion density of the initial plasma. The high-power pulse **756** has a power level that is in the range of about 10 kW to 1,000 kW. In one embodiment, the time period between time $t_1$ and time $t_2$ is in the range of about 0.1 msec to 1 sec.

The high-density plasma that is generated in the region **214** diffuses toward the inner cathode section **702a** due to the pressure differential. At time $t_3$, the second power supply **222** applies a high-power RF pulse **794** to the high-density plasma. The high-power RF pulse super-ionizes the high-density plasma, thereby generating a higher-density plasma. In one embodiment, the frequency of the high-power pulse **794** is 13.56 MHz. In other embodiments, the frequency of the high power RF pulse **794** is in the range of about 40 kHz to 100 MHz.

In one embodiment, the time period between time $t_2$ and time $t_3$ is in the range of about 0.001 msec to 1 msec. The total time period of the high-power pulse **794** between time $t_3$ and time $t_4$ is in the range of about 0.01 microsec to 10 sec.

Additionally, between time $t_3$ and time $t_5$, the first power supply **206** continues to apply the high-power pulse **756** in order to maintain the high-density plasma. At time $t_5$, the high-power pulse **756** terminates. In one embodiment, the second power supply **222** continues to apply a background RF driving voltage corresponding to a power **796** after the high-power pulse **794** terminates at time $t_4$. The background RF power **796** continues to maintain the high-density plasma. The time period between time $t_4$ and time $t_5$ is in the range of about 0.001 msec to 1 msec.

At time $t_6$, the first power supply **206** applies another high-power pulse **762** across a new volume of initial plasma in the region **214**. The high-power pulse **762** generates a new volume of high-density plasma. The new volume of high-density plasma diffuses towards the inner cathode section **702a**. At time $t_7$, the second power supply **222** applies RF driving voltage corresponding to another high-power pulse **798** to the new volume of high-density plasma that is located proximate to the inner cathode section **702a**. At time $t_8$, the high-power pulse **798** terminates. At time $t_9$, the high power pulse **762** from the first power supply **206** terminates.

The power **752** from the third power supply **704** is continuously applied for a time that is in the range of about one microsecond to one hundred seconds in order to allow the initial plasma to form and to be maintained at a sufficient plasma density. In one embodiment, the RF power from the second power supply **222** is continuously applied after the initial plasma is ignited in order to maintain the initial plasma.

The high-power pulse **756** has a power and a pulse width that is sufficient to transform the initial plasma to a strongly-ionized high-density plasma. The high-power pulse **756** is applied for a time that is in the range of about ten microseconds to ten seconds. The repetition rate of the high-power pulses **756**, **762** is in the range of about 0.1 Hz to 1 kHz.

The particular size, shape, width, and frequency of the high-power pulses **756**, **762** depend on various factors including process parameters, the design of the first power supply **206**, the design of the plasma generating apparatus **700**, the volume of the plasma, and the pressure in the chamber, for example. The shape and duration of the leading edge and the trailing edge of the high-power pulse **756** is chosen to sustain the initial plasma while controlling the rate of ionization of the high-density plasma.

32

FIG. **16A** through FIG. **16C** are flowcharts **800**, **800'**, and **800"** of illustrative processes of generating high-density plasmas according to the present invention. Referring to FIG. **16A**, the feed gas **234** (FIG. **2**) flows into the region **214** (step **802**). The feed gas **234** flows through the region **214** towards the inner cathode section **202a**. Next, the first power supply **206** generates a voltage across the feed gas **234** in the region **214** (step **804**). The voltage generates an electric field that is large enough to ignite the feed gas **234** and generate the initial plasma. While the initial plasma is being generated, additional feed gas flows into the region **214** forcing the initial plasma to diffuse proximate to the inner cathode section **202a** (step **806**).

After a suitable volume of the initial plasma is present in the region **252**, the second power supply **222** generates a large electric field across the initial plasma that super-ionizes the initial plasma, thereby generating a high-density plasma in the region **252** (step **808**). The high-density plasma is typically more strongly ionized than the initial plasma.

In the process illustrated in FIG. **16B**, the feed gas **234** flows into the region **214** (step **802**). In one embodiment, the feed gas **234** flows through the region **214** towards the inner cathode section **202a**. Next, the first power supply **206** generates a voltage across the feed gas **234** in the region **214** (step **804**). The voltage is large enough to ignite the feed gas **234** and to generate the initial plasma. While the initial plasma is being generated, additional feed gas **234** flows into the region **214** forcing the initial plasma to diffuse proximate to the inner cathode section **202a** (step **806**).

Once the initial plasma is generated in the region **214**, the first power supply **206** generates a strong electric field across the initial plasma, thereby super-ionizing the initial plasma and creating a high-density plasma in the region **214** (step **810**). In one embodiment, an additional power supply (not shown) generates the strong electric field instead of the first power supply **206**.

The high-density plasma diffuses towards the inner cathode section **202a** where it commingles with the initial plasma in the region **252** (step **812**). When a suitable volume of the combined plasma is present in the region **252**, the second power supply **222** generates a strong electric field across the plasma in the region **252** that generates a high-density plasma (step **814**). The high-density plasma will typically be more strongly-ionized than the plasma formed from the combination of the initial plasma and the high-density plasma from the region **214**.

In the embodiment illustrated in FIG. **16C**, the feed gas **234** flows into the region **214** (step **816**). In one embodiment, the feed gas **234** flows through the region **214** towards the inner cathode section **202a**. Next, the first power supply **206** generates a voltage across the feed gas **234** in the region **214** (step **818**). The voltage generates an electric field that is large enough to ignite the feed gas **234** and generate the initial plasma. In this embodiment, additional feed gas **234** is not supplied to the region **214** and therefore, the initial plasma remains in the region **214**.

Once the initial plasma is generated in the region **214**, the first power supply **206** generates a strong electric field across the initial plasma, thereby super-ionizing the initial plasma and creating a high-density plasma in the region **214** (step **820**). In one embodiment, an additional power supply (not shown) generates the strong electric field instead of the first power supply **206**. Once the high-density plasma is present in the region **214**, additional feed gas **234** is supplied to the region **214**, displacing the high-density plasma towards the inner cathode section **202a** (step **822**).

When a suitable volume of high-density plasma is present in the region **252**, the second power supply **222** generates a

33
34

strong electric field across the high-density plasma in the region **252** to generate a higher-density plasma (step **824**). The higher-density plasma will typically be more strongly-ionized than the high-density plasma from the region **214**.

While the invention has been particularly shown and described with reference to specific preferred embodiments, it should be understood by those skilled in the art that various changes in form and detail may be made therein without departing from the spirit and scope of the invention as defined herein.

What is claimed is:

1. A plasma source comprising:

a cathode assembly comprising an inner cathode section and an outer cathode section;

an anode that is positioned adjacent to the outer cathode section and forming a gap there between;

a first power supply that generates a first electric field across the gap, the first electric field ionizing a volume of feed gas that is located in the gap, thereby generating an initial plasma; and

a second power supply that generates a second electric field proximate to the inner cathode section, the second electric field super-ionizing the initial plasma to generate a plasma comprising a higher density of ions than the initial plasma.

2. The plasma source of claim **1** further comprising a second anode that is positioned adjacent to the inner cathode section, the second power supply generating the second electric field between the inner cathode section and the second anode.

3. The plasma source of claim **1** wherein the first and the second power supplies are chosen from the group comprising a pulsed DC power supply, an AC power supply, a DC power supply, and a RF power supply.

4. The plasma source of claim **1** wherein the first power supply further generates a third electric field across the gap, the third electric field super-ionizing the initial plasma that is located in the gap.

5. The plasma source of claim **1** further comprising a third power supply that generates a third electric field across the gap, the third electric field super-ionizing the initial plasma that is located in the gap.

6. The plasma source of claim **1** wherein the first and the second power supplies comprise a single power supply that generates the first and the second electric fields.

7. The plasma source of claim **1** wherein the first and the second electric fields are chosen from the group comprising a static electric field, a pulsed electric field, a quasi-static electric field, and an alternating electric field.

8. The plasma source of claim **1** wherein the initial plasma comprises a weakly-ionized plasma.

9. The plasma source of claim **1** wherein the plasma comprising the higher density of ions comprises a strongly-ionized plasma.

10. The plasma source of claim **1** wherein the super-ionizing the initial plasma comprises converting at least seventy-five percent of neutral atoms in the initial plasma to ions.

11. The plasma source of claim **1** wherein the first electric field generates excited atoms in the initial plasma and generates secondary electrons from the outer cathode section, the secondary electrons ionizing the excited atoms, thereby creating a plasma comprising a higher density of ions than the initial plasma.

12. The plasma source of claim **1** further comprising a gas valve that controls the flow of feed gas so as to exchange the initial plasma with a second volume of feed gas as the first

power supply generates the first electric field across the second volume of feed gas, thereby increasing an ion density of the plasma.

13. The plasma source of claim **1** further comprising a gas valve that injects feed gas between the outer cathode section and the anode at a predetermined time.

14. The plasma source of claim **1** wherein at least one of the first and the second power supplies generates the first and the second electric fields, respectively, with a constant power.

15. The plasma source of claim **1** wherein at least one of the first and the second power supplies generates the first and the second electric fields, respectively, with a constant voltage.

16. The plasma source of claim **1** wherein at least one of the first and the second power supplies generates the first and the second electric fields, respectively, with a constant current.

17. The plasma source of claim **1** further comprising a magnet assembly that is positioned to generate a magnetic field proximate to at least one of the inner and the outer cathode sections, the magnetic field trapping electrons in at least one of the initial plasma and the plasma comprising the higher density of ions.

18. The plasma source of claim **17** wherein the magnet assembly comprises a plurality of magnets that generate magnetic field lines that are substantially parallel to at least one of the inner and the outer cathode sections.

19. The plasma source of claim **1** wherein at least one of the inner and the outer cathode sections comprises a target material that is used for sputtering.

20. A method of generating a high-density plasma, the method comprising:

generating a first electric field across a gap between an anode and an outer cathode section, the first electric field ionizing a volume of feed gas that is located in the gap, thereby generating an initial plasma in the gap;

exchanging the initial plasma with a second volume of feed gas while applying the first electric field across the gap, thereby generating an additional plasma in the gap; and

generating a second electric field proximate to the inner cathode section, the second electric field super-ionizing the initial plasma, thereby generating a plasma comprising a higher density of ions than the initial plasma.

21. The method of claim **20** wherein the generating the first electric field across the gap comprises generating excited atoms in the initial plasma and generating secondary electrons from the outer cathode section, the secondary electrons ionizing the excited atoms, thereby creating a plasma comprising a higher density of ions than the initial plasma.

22. The method of claim **20** wherein the first and the second electric fields are chosen from the group comprising a static electric field, a quasi-static electric field, a pulsed electric field, and an alternating electric field.

23. The method of claim **20** wherein the peak ion density of the initial plasma is between about $10^7$ cm$^{-3}$ and $10^{12}$ cm$^{-3}$.

24. The method of claim **20** wherein the peak ion density of the plasma comprising the higher density of ions is greater than about $10^{12}$ cm$^{-3}$.

25. The method of claim **20** wherein the super-ionizing the initial plasma comprises converting at least seventy-five percent of neutral atoms in the initial plasma to ions.

26. The method of claim **20** further comprising generating a magnetic field proximate to at least one of the inner and

US 6,806,651 B1

35

outer cathode sections, the magnetic field trapping electrons in at least one of the initial plasma and the plasma comprising the higher density of ions.

**27**. The method of claim **26** wherein the magnetic field comprises magnetic field lines that are substantially parallel to at least one of the inner and the outer cathode sections.

**28**. The method of claim **20** wherein the presence of the initial plasma reduces a probability of developing an electrical breakdown condition proximate to the inner cathode section as the second electric field is generated.

**29**. The method of claim **20** further comprising exposing a substrate to the plasma comprising the higher density of ions, thereby etching a surface of the substrate.

**30**. A segmented cathode assembly for generating a high-density plasma, the segmented cathode assembly comprising:

an inner cathode section;

an outer cathode section that surrounds the inner cathode section; and

a first anode that is positioned adjacent to the outer cathode section and forming a gap there between.

**31**. The segmented cathode assembly of claim **30** further comprising a second anode that surrounds the inner cathode section.

**32**. The segmented cathode assembly of claim **30** further comprising a magnet assembly that is positioned to generate a magnetic field proximate to at least one of the inner and the outer cathode sections.

**33**. The segmented cathode assembly of claim **32** wherein the magnet assembly is rotatable.

**34**. The segmented cathode assembly of claim **32** wherein the magnet assembly comprises a plurality of magnets that generate magnetic field lines that are substantially parallel to at least one of the inner and the outer cathode sections.

**35**. The segmented cathode assembly of claim **30** wherein at least one of the inner and the outer cathode sections comprises a target material that is used for sputtering.

**36**. The segmented cathode assembly of claim **30** further comprising at least one gas valve that injects feed gas into the gap at a predetermined time.

**37**. The segmented cathode assembly of claim **31** further comprising at least one gas valve that injects feed gas between the inner cathode section and the second anode at a predetermined time.

**38**. A method of generating a high-density plasma, the method comprising:

ionizing a volume of feed gas that is located in a gap between an anode and an outer cathode section to generate an initial plasma;

transporting the initial plasma proximate to an inner cathode section; and

36

super-ionizing the initial plasma that is located proximate to the inner cathode section, thereby generating a plasma comprising a higher density of ions than the initial plasma.

**39**. The method of claim **38** wherein the ionizing a volume of feed gas comprises applying an electric field across the volume of feed gas.

**40**. The method of claim **38** wherein the super-ionizing the initial plasma comprises applying an electric field across the initial plasma.

**41**. The method of claim **38** wherein the peak ion density of the initial plasma is between about $10^7$ cm$^{-3}$ and $10^{12}$ cm$^{-3}$.

**42**. The method of claim **38** wherein the peak ion density of the plasma comprising the higher density of ions is greater than about $10^{12}$ cm$^{-3}$.

**43**. The method of claim **38** wherein the super-ionizing the initial plasma comprises converting at least seventy-five percent of neutral atoms in the initial plasma to ions.

**44**. The method of claim **38** wherein the transporting the initial plasma proximate to the inner cathode section comprises exchanging the initial plasma with a second volume of feed gas.

**45**. A plasma source comprising:

means for generating a first electric field across a gap between an anode and an outer cathode section, the first electric field ionizing a volume of feed gas that is located in the gap, thereby generating an initial plasma in the gap;

means for exchanging the initial plasma with a second volume of feed gas while applying the first electric field across the gap, thereby generating an additional plasma in the gap; and

means for generating a second electric field proximate to an inner cathode section, the second electric field super-ionizing the initial plasma, thereby generating a plasma comprising a higher density of ions than the initial plasma.

**46**. A plasma source comprising:

means for ionizing a volume of feed gas that is located in a gap between an anode and an outer cathode section to generate an initial plasma;

means for transporting the initial plasma proximate to an inner cathode section; and

means for super-ionizing the initial plasma that is located proximate to the inner cathode section, thereby generating a plasma comprising a higher density of ions than the initial plasma.

\*   \*   \*   \*   \*

# EXHIBIT L

US006896773B2

(12) **United States Patent**
Chistyakov

(10) Patent No.: **US 6,896,773 B2**
(45) Date of Patent:    *May 24, 2005

(54) **HIGH DEPOSITION RATE SPUTTERING**

(75) Inventor: **Roman Chistyakov**, Andover, MA (US)

(73) Assignee: **Zond, Inc.**, Mansfield, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/065,739**

(22) Filed: **Nov. 14, 2002**

(65) **Prior Publication Data**

US 2004/0094411 A1 May 20, 2004

(51) Int. Cl.[7] ............................................. **C23C 14/35**

(52) U.S. Cl. ............................ **204/192.12**; 204/192.13; 204/298.03; 204/298.06; 204/298.07; 204/298.08; 204/298.14; 204/298.19

(58) Field of Search ........................ 204/192.12, 192.13, 204/298.03, 298.06, 298.07, 298.08, 298.14, 298.19

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,588,490 A | 5/1986 | Cuomo et al. | .............. 204/298 |
| 5,015,493 A | 5/1991 | Gruen | ......................... 427/38 |
| 5,083,061 A | 1/1992 | Koshiishi et al. | ....... 315/111.81 |
| 5,286,360 A | 2/1994 | Szczyrbowski et al. | .................... 204/298.08 |
| 5,718,813 A | 2/1998 | Drummond et al. | ... 204/192.12 |
| 5,728,278 A | 3/1998 | Okamura et al. | ...... 204/298.11 |
| 5,733,418 A | 3/1998 | Hershcovitch et al. | . 204/192.11 |
| 6,057,244 A | 5/2000 | Hausmann et al. | ......... 438/706 |
| 6,083,361 A | 7/2000 | Kobayashi et al. | |
| 6,238,537 B1 | 5/2001 | Kahn et al. | ............. 204/598.04 |
| 6,296,742 B1 | 10/2001 | Kouznetsov | ........... 204/192.12 |
| 6,361,667 B1 | 3/2002 | Kobayashi et al. | .... 204/298.11 |
| 6,398,929 B1 * | 6/2002 | Chiang et al. | ......... 204/298.11 |
| 6,413,382 B1 | 7/2002 | Wang et al. | ........... 204/192.12 |
| 6,413,383 B1 | 7/2002 | Chiang et al. | ......... 204/192.13 |
| 6,436,251 B2 | 8/2002 | Gopalraja et al. | ..... 204/298.12 |
| 2002/0033480 A1 | 3/2002 | Kawamata et al. | |
| 2002/0114897 A1 | 8/2002 | Sumiya et al. | .............. 427/569 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 3210351 A1 | 9/1983 |
| EP | 0 788 139 A1 | 8/1997 |
| GB | 1339910 | 12/1973 |
| JP | 57194254 | 11/1982 |
| WO | WO 98/40532 | 9/1998 |
| WO | WO 01/98553 A1 | 12/2001 |

OTHER PUBLICATIONS

US 5,863,392, 1/1999, Drummond et al. (withdrawn)
Turenko, et al., Magnetron Discharge In The Vapor Of The Cathode Material, Soviet Technical Physics Letters, Jul. 1989, pp. 519–520; vol. 15, No. 7, New York, US.

(Continued)

*Primary Examiner*—Rodney G. McDonald
(74) *Attorney, Agent, or Firm*—Kurt Rauschenbach; Rauschenbach Patent Law Group, LLC

(57) **ABSTRACT**

Methods and apparatus for high-deposition sputtering are described. A sputtering source includes an anode and a cathode assembly that is positioned adjacent to the anode. The cathode assembly includes a sputtering target. An ionization source generates a weakly-ionized plasma proximate to the anode and the cathode assembly. A power supply produces an electric field between the anode and the cathode assembly that creates a strongly-ionized plasma from the weakly-ionized plasma. The strongly-ionized plasma includes a first plurality of ions that impact the sputtering target to generate sufficient thermal energy in the sputtering target to cause a sputtering yield of the sputtering target to be non-linearly related to a temperature of the sputtering target.

**40 Claims, 13 Drawing Sheets**



**US 6,896,773 B2**

Page 2

### OTHER PUBLICATIONS

Booth, et al., The Transition From Symmetric To Asymmetric Discharges In Pulsed 13.56 MHz Capacity Coupled Plasmas, J. Appl. Phys., Jul. 15, 1997, pp. 552–560, vol. 82 (2), American Institute of Physics.

Bunshah, et al., Deposition Technologies For Films And Coatings, Materials Science Series, pp. 176–183, Noyes Publications, Park Ridge, New Jersey.

Daugherty, et al., Attachment–Dominated Electron–Beam–Ionized Discharges, Applied Science Letters, May 15, 1976, vol. 28, No. 10, American Institute of Physics.

Goto, et al., Dual Excitation Reactive Ion Etcher for Low Energy Plasma Processing, J. Vac. Sci. Technol. A, Sep./Oct. 1992, pp. 3048–3054, vol. 10, No. 5, American Vacuum Society.

Kouznetsov, et al., A Novel Pulsed Magnetron Sputter Technique Utilizing Very High Target Power Densities, Surface & Coatings Technology, pp. 290–293, Elsevier Sciences S.A.

Lindquist, et al., High Selectivity Plasma Etching Of Silicon Dioxide With A Dual Frequency 27/2 MHz Capacitive RF Discharge.

Macak, Reactive Sputter Deposition Process of Al2O3 and Characterization Of A Novel High Plasma Density Pulsed Magnetron Discharge, Linkoping Studies In Science And Technology, 1999, pp. 1–2, Sweden.

Macak, et al., Ionized Sputter Deposition Using An Extremely High Plasma Density Pulsed Magnetron Discharge, J. Vac. Sci. Technol. A, Jul./Aug. 2000, pp. 1533–1537, vol. 18, No. 4, American Vacuum Society.

Mozgrin, et al., High–Current Low–Pressure Quasi –Stationary Discharge In A Magnetic Field: Experimental Research, Plasma Physics Reports, 1995. pp. 400–409, vol. 21, No. 5, Mozgrin, Feitsov, Khodachenko.

Rossnagel, et al., Induced Drift Currents In Circular Planar Magnetrons, J. Vac. Sci. Technol. A., Jan./Feb. 1987, pp. 88–91, vol. 5, No. 1, American Vacuum Society.

Sheridan, et al., Electron Velocity Distribution Functions In A Sputtering Magnetron Discharge For The EXB Direction, J. Vac. Sci. Technol. A., Jul./Aug. 1998, pp. 2173–2176, Vol. 16, No. 4, American Vacuum Society.

Steinbruchel, A Simple Formula For Low–Energy Sputtering Yields, Applied Physics A., 1985, pp. 37–42, vol. 36, Springer–Verlag.

Chistyakov, Roman, High–Power Pulsed Magnetron Sputtering, U.S. Appl. No. 10/065,277, filed Sep. 30, 2002.

Chistyakov, Roman, High–Power Pulsed Magnetically Enhanced Plasma Processing, U.S. Appl. No. 10/065,551, filed Oct. 30, 2002.

Chistyakov, Roman, Methods and Apparatus for Generating High–Density Plasma, U.S. Appl. No. 10/065,629, filed Nov. 04, 2002.

Encyclopedia Of Low Temperature Plasma, p. 119, vol. 3.

Encyclopedia Of Low Temperature Plasma, p. 123, vol. 3.

* cited by examiner



PRIOR ART

FIG. 1



## FIG. 2
### PRIOR ART



## FIG. 3
### PRIOR ART



FIG. 4



FIG. 5A



FIG. 5B



FIG. 5C



FIG. 5D



FIG. 6



FIG. 7A



FIG. 7B



FIG. 7C



FIG. 7D



FIG. 8



FIG. 9



FIG. 10



FIG. 11

FIG. 11A



FIG. 11B

US 6,896,773 B2

1

# HIGH DEPOSITION RATE SPUTTERING

## BACKGROUND OF INVENTION

Sputtering is a well-known technique for depositing films on substrates. Sputtering is the physical ejection of atoms from a target surface and is sometimes referred to as physical vapor deposition (PVD). Ions, such as argon ions, are generated and then directed to a target surface where the ions physically sputter target material atoms. The target material atoms ballistically flow to a substrate where they deposit as a film of target material.

Diode sputtering systems include a target and an anode. Sputtering is achieved in a diode sputtering system by establishing an electrical discharge in a gas between two parallel-plate electrodes inside a chamber. A potential of several kilovolts is typically applied between planar electrodes in an inert gas atmosphere (e.g., argon) at pressures that are between about $10^{-1}$ and $10^{-2}$ Torr. A plasma discharge is then formed. The plasma discharge is separated from each electrode by what is referred to as the dark space.

The plasma discharge has a relatively constant positive potential with respect to the target. Ions are drawn out of the plasma, and are accelerated across the cathode dark space. The target has a lower potential than the region in which the plasma is formed. Therefore, the target attracts positive ions. Positive ions move towards the target with a high velocity. Positive ions then impact the target and cause atoms to physically dislodge or sputter from the target. The sputtered atoms then propagate to a substrate where they deposit a film of sputtered target material. The plasma is replenished by electron-ion pairs formed by the collision of neutral molecules with secondary electrons generated at the target surface.

Magnetron sputtering systems use magnetic fields that are shaped to trap and to concentrate secondary electrons, which are produced by ion bombardment of the target surface. The plasma discharge generated by a magnetron sputtering system is located proximate to the surface of the target and has a high density of electrons. The high density of electrons causes ionization of the sputtering gas in a region that is close to the target surface.

One type of magnetron sputtering system is a planar magnetron sputtering system. Planar magnetron sputtering systems are similar in configuration to diode sputtering systems. However, the magnets (permanent or electromagnets) in planar magnetron sputtering systems are placed behind the cathode. The magnetic field lines generated by the magnets enter and leave the target cathode substantially normal to the cathode surface. Electrons are trapped in the electric and magnetic fields. The trapped electrons enhance the efficiency of the discharge and reduce the energy dissipated by electrons arriving at the substrate.

Conventional magnetron sputtering systems deposit films that have relatively low uniformity. The film uniformity can be increased by mechanically moving the substrate and/or the magnetron. However, such systems are relatively complex and expensive to implement. Conventional magnetron sputtering systems also have relatively poor target utilization. The term "target utilization" is defined herein to be a metric of how uniform the target material erodes during sputtering. For example, high target utilization would indicate that the target material erodes in a highly uniform manner.

In addition, conventional magnetron sputtering systems have a relatively low deposition rate. The term "deposition rate" is defined herein to mean the amount of material deposited on the substrate per unit of time. In general, the deposition rate is proportional to the sputtering yield. The

2

term "sputtering yield" is defined herein to mean the number of target atoms ejected from the target per incident particle. Thus, increasing the sputtering yield will increase the deposition rate.

## BRIEF DESCRIPTION OF DRAWINGS

This invention is described with particularity in the detailed description. The above and further advantages of this invention may be better understood by referring to the following description in conjunction with the accompanying drawings, in which like numerals indicate like structural elements and features in various figures. The drawings are not necessarily to scale, emphasis instead being placed upon illustrating the principles of the invention.

FIG. **1** illustrates a cross-sectional view of a known magnetron sputtering apparatus having a pulsed power source.

FIG. **2** illustrates a cross-sectional view of a prior art cathode assembly having a cathode cooling system.

FIG. **3** illustrates a known process for sputtering material from a target.

FIG. **4** illustrates a cross-sectional view of an embodiment of a magnetron sputtering apparatus according to the present invention.

FIG. **5A** through FIG. **5D** illustrate cross-sectional views of the magnetron sputtering apparatus of FIG. **4**.

FIG. **6** illustrates graphical representations of the applied voltage, current, and power as a function of time for periodic pulses applied to the plasma in the magnetron sputtering apparatus of FIG. **4**.

FIG. **7A** through FIG. **7D** illustrate various simulated magnetic field distributions proximate to the cathode assembly for various electron ExB drift currents in a magnetically enhanced plasma sputtering apparatus according to the invention.

FIG. **8** illustrates a graphical representation of sputtering yield as a function of temperature of the sputtering target.

FIG. **9** illustrates a process for sputtering material from a target according to one embodiment of the present invention.

FIG. **10** illustrates a cross-sectional view of a cathode assembly according to one embodiment of the invention.

FIG. **11** is a flowchart of an illustrative process of enhancing a sputtering yield of a sputtering target according to the present invention.

## DETAILED DESCRIPTION

The sputtering process can be quantified in terms of the sputtering yield. The term "sputtering yield" is defined herein to mean the number of target atoms ejected from the target per incident particle. The sputtering yield depends on several factors, such as the target species, bombarding species, energy of the bombarding ions, and the angle of incidence of the bombarding ions. In typical known sputtering processes, the sputtering yield is generally insensitive to target temperature.

The deposition rate of a sputtering process is generally proportional to the sputtering yield. Thus, increasing the sputtering yield typically will increase the deposition rate. One way to increase the sputtering yield is to increase the ion density of the plasma so that a larger ion flux impacts the surface of the target. The density of the plasma is generally proportional to the number of ionizing collisions in the plasma.

Magnetic fields can be used to confine electrons in the plasma to increase the number of ionizing collisions between electrons and neutral atoms in the plasma. The magnetic and electric fields in magnetron sputtering systems

US 6,896,773 B2

3

are concentrated in narrow regions close to the surface of the target. These narrow regions are located between the poles of the magnets used for producing the magnetic field. Most of the ionization of the sputtering gas occurs in these localized regions. The location of the ionization regions causes non-uniform erosion or wear of the target that results in poor target utilization.

Increasing the power applied between the target and the anode can increase the production of ionized gas and, therefore, increase the target utilization and the sputtering yield. However, increasing the applied power can lead to undesirable target heating and target damage. Furthermore, increasing the voltage applied between the target and the anode increases the probability of establishing an undesirable electrical discharge (an electrical arc) in the process chamber. An undesirable electrical discharge can corrupt the sputtering process.

Pulsing the power applied to the plasma can be advantageous since the average discharge power can remain low while relatively large power pulses are periodically applied. Additionally, the duration of these large voltage pulses can be preset so as to reduce the probability of establishing an electrical breakdown condition leading to an undesirable electrical discharge. However, very large power pulses can still result in undesirable electrical discharges and undesirable target heating regardless of their duration.

FIG. 1 illustrates a cross-sectional view of a known magnetron sputtering apparatus 100 having a pulsed power source 102. The known magnetron sputtering apparatus 100 includes a vacuum chamber 104 where the sputtering process is performed. The vacuum chamber 104 is positioned in fluid communication with a vacuum pump 106 via a conduit 108. The vacuum pump 106 is adapted to evacuate the vacuum chamber 104 to high vacuum. The pressure inside the vacuum chamber 104 is generally less than 100 Pa during operation. A feed gas source 109, such as an argon gas source, is coupled to the vacuum chamber 104 by a gas inlet 110. A valve 112 controls the gas flow from the feed gas source 109.

The magnetron sputtering apparatus 100 also includes a cathode assembly 114 having a target 116. The cathode assembly 114 is generally in the shape of a circular disk. The cathode assembly 114 is electrically connected to a first output 118 of the pulsed power supply 102 with an electrical transmission line 120. The cathode assembly 114 is typically coupled to the negative potential of the pulsed power supply 102. In order to isolate the cathode assembly 114 from the vacuum chamber 104, an insulator 122 can be used to pass the electrical transmission line 120 through a wall of the vacuum chamber 104. A grounded shield 124 can be positioned behind the cathode assembly 114 to protect a magnet 126 from bombarding ions. The magnet 126 shown in FIG. 1 is generally shaped in the form of a ring that has its south pole 127 on the inside of the ring and its north pole 128 on the outside of the ring. Many other magnet configurations can also be used.

An anode 130 is positioned in the vacuum chamber 104 proximate to the cathode assembly 114. The anode 130 is typically coupled to ground. A second output 132 of the pulsed power supply 102 is also typically coupled to ground. A substrate 134 is positioned in the vacuum chamber 104 on a substrate support 135 to receive the sputtered target material from the target 116. The substrate 134 can be electrically connected to a bias voltage power supply 136 with a transmission line 138. In order to isolate the bias voltage power supply 136 from the vacuum chamber 104, an insulator 140 can be used to pass the electrical transmission line 138 through a wall of the vacuum chamber 104.

In operation, the pulsed power supply 102 applies a voltage pulse between the cathode assembly 114 and the

4

anode 130 that has a sufficient amplitude to ionize the argon feed gas in the vacuum chamber 104. The typical ionization process is referred to as direct ionization or atomic ionization by electron impact and can be described as follows:

$$Ar+e^- \rightarrow Ar^+ + 2e^-$$

where Ar represents a neutral argon atom in the feed gas and $e^-$ represents an ionizing electron generated in response to the voltage pulse applied between the cathode assembly 114 and the anode 130. The collision between the neutral argon atom and the ionizing electron results in an argon ion ($Ar^+$) and two electrons.

The negatively biased cathode assembly 114 attracts positively charged ions with sufficient acceleration so that the ions sputter the target material from the target 116. A portion of the sputtered target material is deposited on the substrate 134.

The electrons, which cause the ionization, are generally confined by the magnetic fields produced by the magnet 126. The magnetic confinement is strongest in a confinement region 142 where there is relatively low magnetic field intensity. The confinement region 142 is substantially in the shape of a ring that is located proximate to the target material. Generally, a higher concentration of positively charged ions in the plasma is present in the confinement region 142 than elsewhere in the chamber 104. Consequently, the target 116 is eroded more rapidly in areas directly adjacent to the higher concentration of positively charged ions. The rapid erosion in these areas results in undesirable non-uniform erosion of the target 116 and, thus relatively poor target utilization.

Dramatically increasing the power applied to the plasma can result in more uniform erosion of the target 116 and higher sputtering yield. However, the amount of applied power necessary to achieve this increased uniformity can increase the probability of generating an electrical breakdown condition that leads to an undesirable electrical discharge between the cathode assembly 114 and the anode 130 regardless of the duration of the pulses. An undesirable electrical discharge will corrupt the sputtering process and cause contamination in the vacuum chamber 104. Additionally, the increased power can overheat the target and cause target damage.

Sputtering yields are generally determined experimentally. The yield dependence on the bombarding ion energy approximately exhibits a threshold that is between about 10–30 eV, followed by a nearly linear range that extends to several hundred eV. At higher energies, the dependence is less than linear. Sputtering processes are generally most energy efficient when the ion energies are within the linear range.

Sputtering systems are generally calibrated to determine the deposition rate under certain operating conditions. The erosion rate of the target 116 can be expressed by the following equation:

$$R = k\frac{JYM}{\rho}\text{Å/min}$$

where k is a constant, J is the ion current density in mA/cm$^2$, Y is the sputtering yield in atoms/ion, and M is the atomic weight in grams, and $\rho$ is the density in gm/cm$^3$ of the target material. The deposition rate is generally proportional to the sputtering yield Y.

FIG. 2 illustrates a cross-sectional view of a prior art cathode assembly 114' having a cathode cooling system. The cathode assembly 114' includes target 116'. The cathode cooling system also includes a conduit 150 that contains a fluid 152 for conducting heat away from the cathode assembly 114'. The fluid 152 can be a liquid coolant or a gas, for example.

US 6,896,773 B2

5

In operation, ions 154 in a plasma impact a surface 156 of the target 116'. The impact of the ions 154 generates heat 158 at the surface 156. Additionally, the impact of the ions 154 eventually dislodges atoms 160 from the surface 156 of the target 116' causing sputtering. The heat 158 that is generated by the ion impact radiates through the cathode assembly 114'. The cathode assembly 114' is in thermal communication with the conduit 150. The fluid 152 absorbs the heat 158 and transfers it away from the cathode assembly 114'.

FIG. 3 illustrates a known process for sputtering material from a target 116'. An ion 154 having a mass $M_i$ and a velocity $v_i$ impacts a target particle 162 having a mass $M_t$ which is initially at rest on the surface 156 of the target 116'. The ion 154 impacts the surface 156 at normal incidence. The momentum from the ion 154 transfers to the target particle 162 driving the target particle 162 into the target 116'.

Thus, the ejection of a sputtered particle 164 from the target 114' generally requires a sequence of collisions for a component of the initial momentum vector to change by more than ninety degrees. Typically, an incident ion 154 experiences a cascade of collisions and its energy is partitioned over a region of the target surface 156. However, the sputtering momentum exchange occurs primarily within a region extending only about ten angstroms below the surface 156. The incident ion 154 generally strikes two lattice atoms 166, 168 almost simultaneously. This low energy knock-on receives a side component of momentum and initiates sputtering of one or more of its neighbors. The primary knock-on is driven into the target 114', where it can be reflected and sometimes returned to the surface 156 to produce sputtering by impacting the rear of a surface atom 170.

A fraction of the kinetic energy of the incident ion 154 is transferred to the target particle 162. This kinetic energy transfer function can be expressed as follows:

$$\varepsilon = \frac{4M_i M_t}{(M_i + M_t)^2}$$

The sputtering yield Y can be expressed as follows, assuming perpendicular ion incidence onto a substantially planar surface 156:

$$Y = k \times \varepsilon \times \frac{E}{U} \times \alpha (M_t / M_i)$$

where k is a constant, $\varepsilon$ is the energy transfer function, $\alpha$ is a near-linear function of the ratio of the mass of the target atom 162 to the mass of the incident ion 154, E is the kinetic energy of the incident ion 154, and U is the surface binding energy for the target material. For most sputtering materials, the mass dependence of $\varepsilon$ $\alpha$ does not vary greatly from one material to another. The primary material-sensitive factor is the surface binding energy, and this has only a first power dependence.

At energies above 20–30 eV, heavy particles can sputter atoms from a surface of a target. The sputtering yield increases rapidly with energy up to a few hundred eV, with 500–1000 eV argon ions being typically used for physical sputtering. Above a few hundred eV, there is a possibility that ions 154 will be implanted in the target 116'. This can especially occur at energies over 1 keV.

FIG. 4 illustrates a cross-sectional view of an embodiment of a magnetron sputtering apparatus 200 according to the present invention. The magnetron sputtering apparatus 200 includes a chamber 202, such as a vacuum chamber. The chamber 202 is coupled in fluid communication with a vacuum system 204 through a vacuum valve 206. In one embodiment, the chamber 202 is electrically coupled to ground potential.

6

The chamber 202 is coupled to a feed gas source 208 by one or more gas lines 207. In one embodiment, the gas lines 207 are isolated from the chamber and other components by insulators 209. Additionally, the gas lines 207 can be isolated from the feed gas source using in-line insulating couplers (not shown). A gas flow control system 210 controls the gas flow to the chamber 202. The gas source 208 can contain any feed gas. For example, the feed gas can be a noble gas or a mixture of noble gases. The feed gas can also be a reactive gas, a non-reactive gas, or a mixture of both reactive and non-reactive gases.

A substrate 211 to be sputter coated is supported in the chamber 202 by a substrate support 212. The substrate 211 can be any type of work piece such as a semiconductor wafer. In one embodiment, the substrate support 212 is electrically coupled to an output 213 of a bias voltage source 214. An insulator 215 isolates the bias voltage source 214 from a wall of the chamber 202. In one embodiment, the bias voltage source 214 is an alternating current (AC) power source, such as a radio frequency (RF) power source. In other embodiments (not shown), the substrate support 212 is coupled to ground potential or is electrically floating.

The magnetron sputtering apparatus 200 also includes a cathode assembly 216. In one embodiment, the cathode assembly 216 includes a cathode 218 and a sputtering target 220 composed of target material. In one embodiment, the cathode 218 is formed of a metal. In one embodiment, the cathode 218 is formed of a chemically inert material, such as stainless steel. The sputtering target 220 is in physical contact with the cathode 218. In one embodiment, the sputtering target 220 is positioned inside the cathode 218 as shown in FIG. 4. The distance from the sputtering target 220 to the substrate 211 can vary from a few centimeters to about one hundred centimeters.

The target material can be any material suitable for sputtering. For example, the target material can be a metallic material, polymer material, superconductive material, magnetic material including ferromagnetic material, nonmagnetic material, conductive material, non-conductive material, composite material, reactive material, or a refractory material.

The cathode assembly 216 is coupled to an output 222 of a matching unit 224. An insulator 226 isolates the cathode assembly 216 from a grounded wall of the chamber 202. An input 230 of the matching unit 224 is coupled to a first output 232 of a pulsed power supply 234. A second output 236 of the pulsed power supply 234 is coupled to an anode 238. An insulator 240 isolates the anode 238 from a grounded wall of the chamber 202. Another insulator 242 isolates the anode 238 from the cathode assembly 216.

In one embodiment (not shown), the first output 232 of the pulsed power supply 234 is directly coupled to the cathode assembly 216. In one embodiment (not shown), the second output 236 of the pulsed power supply 234 and the anode 238 are both coupled to ground. In one embodiment (not shown), the first output 232 of the pulsed power supply 234 couples a negative voltage impulse to the cathode assembly 216. In another embodiment (not shown), the second output 236 of the pulsed power supply 234 couples a positive voltage impulse to the anode 238.

In one embodiment, the pulsed power supply 234 generates peak voltage levels of between about 5 kV and about 30 kV. In one embodiment, operating voltages are generally between about 50V and 1 kV. In one embodiment, the pulsed power supply 234 sustains discharge current levels that are on order of about 1 A to 5,000 A depending on the volume of the plasma. Typical operating currents varying from less than about one hundred amperes to more than a few thousand amperes depending on the volume of the plasma. In one embodiment, the power pulses have a repetition rate that is below 1 kHz. In one embodiment, the pulse width of the

US 6,896,773 B2

7

pulses generated by the pulsed power supply 234 is substantially between about one microsecond and several seconds.

The anode 238 is positioned so as to form a gap 244 between the anode 238 and the cathode assembly 216 that is sufficient to allow current to flow through a region 245 between the anode 238 and the cathode assembly 216. In one embodiment, the gap 244 is between approximately 0.3 cm and 10 cm. The surface area of the cathode assembly 216 determines the volume of the region 245. The gap 244 and the total volume of the region 245 are parameters in the ionization process as described herein.

An anode shield 248 is positioned adjacent to the anode 238 and functions as an electric shield to electrically isolate the anode 238 from the plasma. In one embodiment, the anode shield 248 is coupled to ground potential. An insulator 250 is positioned to isolate the anode shield 248 from the anode 238.

The magnetron sputtering apparatus 200 also includes a magnet assembly 252. In one embodiment, the magnet assembly 252 is adapted to create a magnetic field 254 proximate to the cathode assembly 216. The magnet assembly 252 can include permanent magnets 256, or alternatively, electro-magnets (not shown). The configuration of the magnet assembly 252 can be varied depending on the desired shape and strength of the magnetic field 254. The magnet assembly can have either a balanced or unbalanced configuration.

In one embodiment, the magnet assembly 252 includes switching electro-magnets, which generate a pulsed magnetic field proximate to the cathode assembly 216. In some embodiments, additional magnet assemblies (not shown) can be placed at various locations around and throughout the chamber 202 to direct different types of sputtered target materials to the substrate 212.

In one embodiment, the magnetron sputtering apparatus 200 is operated by generating the magnetic field 254 proximate to the cathode assembly 216. In the embodiment shown in FIG. 2, the permanent magnets 256 continuously generate the magnetic field 254. In other embodiments, electromagnets (not shown) generate the magnetic field 254 by energizing a current source that is coupled to the electromagnets. In one embodiment, the strength of the magnetic field 254 is between about fifty gauss and two thousand gauss. After the magnetic field 254 is generated, the feed gas from the gas source 208 is supplied to the chamber 202 by the gas flow control system 210.

In one embodiment, the feed gas is supplied to the chamber 202 directly between the cathode assembly 216 and the anode 238. Directly injecting the feed gas between the cathode assembly 216 and the anode 238 can increase the flow rate of the gas between the cathode assembly 216 and the anode 238. Increasing the flow rate of the gas allows longer duration impulses and thus, can result in the formation higher density plasmas. The flow of the feed gas is further discussed herein.

In one embodiment, the pulsed power supply 234 is a component of an ionization source that generates the weakly-ionized plasma. The pulsed power supply applies a voltage pulse between the cathode assembly 216 and the anode 238. In one embodiment, the pulsed power supply 234 applies a negative voltage pulse to the cathode assembly 216. The amplitude and shape of the voltage pulse are such that a weakly-ionized plasma is generated in the region 246 between the anode 238 and the cathode assembly 216.

The weakly-ionized plasma is also referred to as a pre-ionized plasma. In one embodiment, the peak plasma density of the pre-ionized plasma is between about $10^6$ and $10^{12}$ cm$^{-3}$ for argon feed gas. In one embodiment, the pressure in the chamber varies from about $10^{-3}$ to 10 Torr. The peak plasma density of the pre-ionized plasma depends on the properties of the specific plasma processing system.

8

In one embodiment, the pulsed power supply 234 generates a low power pulse having an initial voltage that is between about 100V and 5 kV with a discharge current that is between about 0.1 A and 100 A in order to generate the weakly-ionized plasma. In some embodiments the width of the pulse can be on the order of 0.1 microseconds to one hundred seconds. Specific parameters of the pulse are discussed herein in more detail.

In one embodiment, the pulsed power supply 234 applies a voltage between the cathode assembly 216 and the anode 238 before the feed gas is supplied between the cathode assembly 216 and the anode 238. In another embodiment, the pulsed power supply 234 applies a voltage between the cathode assembly 216 and the anode 238 after the feed gas is supplied between the cathode assembly 216 and the anode 238.

In one embodiment, a direct current (DC) power supply (not shown) is used to generate and maintain the weakly-ionized or pre-ionized plasma. In this embodiment, the DC power supply is adapted to generate a voltage that is large enough to ignite the pre-ionized plasma. In one embodiment, the DC power supply generates an initial voltage of several kilovolts between the cathode assembly 216 and the anode 238 in order to generate and maintain the pre-ionized plasma. The initial voltage between the cathode assembly 216 and the anode 238 creates a plasma discharge voltage that is on the order of 100V to 1000V with a discharge current that is on the order of 0.1 A to 100 A.

The direct current required to generate and maintain the pre-ionized plasma is a function of the volume of the plasma. In addition, the current required to generate and maintain the pre-ionized plasma is a function of the strength of the magnetic field in the region 245. For example, in one embodiment, the DC power supply generates a current that is on order of 1 mA to 100 A depending on the volume of the plasma and the strength of the magnetic field in the region 245. The DC power supply can be adapted to generate and maintain an initial peak voltage between the cathode assembly 216 and the anode 238 before the introduction of the feed gas.

In another embodiment, an alternating current (AC) power supply (not shown) is used to generate and maintain the weakly-ionized or pre-ionized plasma. For example, the weakly-ionized or pre-ionized plasma can be generated and maintained using electron cyclotron resonance (ECR), capacitively coupled plasma discharge (CCP), or inductively coupled plasma (ICP) discharge. AC power supplies can require less power to generate and maintain a weakly-ionized plasma than a DC power supply. In addition, the pre-ionized or weakly-ionized plasma can be generated by numerous other techniques, such as UV radiation techniques, X-ray techniques, electron beam techniques, ion beam techniques, or ionizing filament techniques. In some embodiments, the weakly-ionized plasma is formed outside of the region 245 and then diffuses into the region 245.

Forming a weakly-ionized or pre-ionized plasma substantially eliminates the probability of establishing a breakdown condition in the chamber 202 when high-power pulses are applied between the cathode assembly 216 and the anode 238. Uniformly distributing the weakly-ionized or pre-ionized plasma over the cathode area results in a more uniform strongly ionized plasma when a high power pulse is applied. The probability of establishing a breakdown condition is substantially eliminated because the weakly-ionized plasma has a low-level of ionization that provides electrical conductivity through the plasma. This conductivity greatly reduces or prevents the possibility of a breakdown condition when high power is applied to the plasma.

Once the weakly-ionized plasma is formed, high-power pulses are then generated between the cathode assembly 216 and the anode 238. In one embodiment, the pulsed power

US 6,896,773 B2

9

10

supply **234** generates the high-power pulses. The desired power level of the high-power pulse depends on several factors including the desired deposition rate, the density of the pre-ionized plasma, and the volume of the plasma, for example. In one embodiment, the power level of the high-power pulse is in the range of about 1 kW to about 10 MW. In one embodiment, the high-power pulses are rapidly applied across the weakly-ionized plasma. In one embodiment, the high-power pulses are substantially instantly applied across the weakly-ionized plasma in a substantially explosive manner. This rapid application of the high-power pulses can result in a surface layer of the target **220** being almost instantly evaporated.

Each of the high-power pulses are maintained for a predetermined time that, in one embodiment, is in the range of about one microsecond to about ten seconds. In one embodiment, the repetition frequency or repetition rate of the high-power pulses is in the range of between about 0.1 Hz to 1 kHz. In order to minimize undesirable substrate heating, the average power generated by the pulsed power supply **234** can be less than one megawatt depending on the volume of the plasma.

In one embodiment, the high-power pulse is applied so rapidly that a surface layer of the target **220** is substantially vaporized and only a small quantity of heat is conducted through the cathode assembly **216**. In one embodiment, the thermal energy in at least one of the cathode assembly **216**, the anode **238**, and the substrate support **212** is conducted away or dissipated by liquid or gas cooling such as helium cooling (not shown).

The high-power pulses generate a strong electric field between the cathode assembly **216** and the anode **238**. This strong electric field is substantially located in the region **245** across the gap **244** between the cathode assembly **216** and the anode **238**. In one embodiment, the electric field is a pulsed electric field. In another embodiment, the electric field is a quasi-static electric field. The term "quasi-static electric field" is defined herein to mean an electric field that has a characteristic time of electric field variation that is much greater than the collision time for electrons with neutral gas particles. Such a time of electric field variation can be on the order of ten seconds. The strength and the position of the strong electric field will be discussed in more detail herein.

The high-power pulses generate a highly-ionized or a strongly-ionized plasma from the weakly-ionized plasma. For example, the discharge current that is formed from this strongly-ionized plasma can be on the order of 5 kA for a pressure that is on the order of about 100 mTorr and 10 Torr.

Since the sputtering target **220** is typically negatively biased, the positively charged ions in the strongly-ionized plasma accelerate at high velocity towards the sputtering target **220**. The accelerated ions impact the surface of the sputtering target **220**, causing the target material to be sputtered. The strongly-ionized plasma of the present invention results in a very high sputtering rate of the target material.

In addition, the strongly-ionized plasma tends to diffuse homogenously in the region **246** and, therefore tends to create a more homogeneous plasma volume. The homogenous diffusion results in accelerated ions impacting the surface of the sputtering target **220** in a more uniform manner than with conventional magnetron sputtering. Consequently, the surface of the sputtering target **220** is eroded more evenly and, thus higher target utilization is achieved. Furthermore, since the target material is sputtered more uniformly across the surface of the sputtering target **220**, the uniformity and homogeneity of the material deposited on the substrate **211** is also increased without the necessity of rotating the substrate **211** and/or the magnet assembly **252**.

In one embodiment, the high-power pulsed magnetron sputtering system **200** of the present invention generates a relatively high electron temperature plasma and a relatively high density plasma. One application for the high-power pulsed magnetron sputtering system **200** of the present invention is ionized physical vapor deposition (IPVD), which is a technique that converts neutral sputtered atoms into positive ions in order to enhance the sputtering process.

FIG. 5A through FIG. 5D illustrate cross-sectional views of the sputtering apparatus **200** having the pulsed power supply **234**. For example, FIG. 5A illustrates a cross-sectional view of the sputtering apparatus **200** having the pulsed power supply **234** at a time before the pulsed power supply **234** is activated. FIG. 5A illustrates the cathode assembly **216** including the sputtering target **220**. The cathode assembly **216** is coupled to the output **222** of the matching unit **224**. The input **230** of the matching unit **224** is coupled to the first output **232** of the pulsed power supply **234**. The second output **236** of the pulsed power supply **234** is coupled to the anode **238**.

The anode **238** is positioned so as to form a gap **244** between the anode **238** and the cathode assembly **216** that is sufficient to allow current to flow through the region **245** between the anode **238** and the cathode assembly **216**. In one embodiment, the width of the gap **244** is between approximately 0.3 cm and 10 cm. The surface area of the cathode assembly **216** determines the volume of the region **245**. The gap **244** and the total volume of the region **245** are parameters in the ionization process as described herein. The gas lines **207** provide feed gas **256** from the feed gas source **208** (FIG. 4) proximate to the anode **238** and the cathode assembly **216**.

In operation, the feed gas **256** from the gas source **208** is supplied by the gas flow control system **210** (FIG. 4). Preferably, the feed gas **256** is supplied between the cathode assembly **216** and the anode **238**. Directly injecting the feed gas **256** between the cathode assembly **216** and the anode **238** can increase the flow rate of the feed gas **256**. This causes a rapid volume exchange in the region **245** between the cathode assembly **216** and the anode **238**, which permits a high power pulse having a longer duration to be applied across the gap **244**. The longer duration high power pulse results in the formation of more dense plasma. This volume exchange is described in more detail.

FIG. 5B illustrates the cathode assembly **216** after the feed gas **256** is supplied between the cathode assembly **216** and the anode **238**. The pulsed power supply **234** applies a voltage pulse between the cathode assembly **216** and the anode **238**. In one embodiment, the pulsed power supply **234** applies a negative voltage pulse to the cathode assembly **216**. The characteristics of the voltage pulse are chosen such that an electric field **260** develops between the cathode assembly **216** and the anode **238** that creates a weakly-ionized plasma **262** in the region **245** between the anode **238** and the cathode assembly **216**. The weakly-ionized plasma **262** is also referred to as a pre-ionized plasma.

In one embodiment, the pulsed power supply **234** generates the weakly-ionized plasma **262** by generating a low power pulse having an initial voltage that is in the range of 100V to 5 kV with a discharge current that is in the range of 0.1 A to 100 A. In some embodiments, the width of the pulse can be in the range of 0.1 microseconds to one hundred seconds. Specific parameters of the pulse are discussed herein in more detail.

In another embodiment, an alternating current (AC) power supply (not shown) is used to generate and maintain the weakly-ionized or pre-ionized plasma **262**. The weakly-ionized or pre-ionized plasma **262** can be generated and maintained using electron cyclotron resonance (ECR), capacitively coupled plasma discharge (CCP), or inductively coupled plasma (ICP) discharge. Generating the pre-ionized

US 6,896,773 B2

11

plasma using an AC power supply can be more energy efficient than generating the pre-ionized plasma using a DC power supply.

In addition, the pre-ionized or weakly-ionized plasma 262 can be generated by numerous other techniques, such as UV radiation techniques, X-ray techniques, electron beam techniques, ion beam techniques, or ionizing filament techniques. These techniques include components used in ionization sources according to the invention. In some embodiments, the weakly-ionized plasma is formed outside of the region 245 and then diffuses into the region 245.

In one embodiment, as the feed gas 256 is pushed through the region 245, the weakly-ionized plasma 262 diffuses generally in a homogeneous manner through the region 264. The homogeneous diffusion tends to facilitate the creation of a highly uniform strongly-ionized plasma in the region 264. In one embodiment (not shown), the weakly-ionized plasma 262 is trapped proximate to the cathode assembly 216 by a magnetic field. Specifically, electrons in the weakly-ionized plasma 262 are trapped by a magnetic field generated proximate to the cathode assembly 216. In one embodiment, the strength of the magnetic field is in the range of fifty to two thousand gauss.

The pulsed power supply 234 generates high-power pulses between the cathode assembly 216 and the anode 238 (FIG. 5C) after the weakly-ionized plasma 262 is formed. The desired power level of the high-power pulses depends on several factors including the density of the weakly-ionized plasma 262 and the volume of the plasma. In one embodiment, the power level of the high-power pulse is in the range of about 1 kW to about 10 MW or higher.

The high-power pulses generate a strong electric field 266 between the cathode assembly 216 and the anode 238. The strong electric field 266 is substantially located in the region 245 between the cathode assembly 216 and the anode 238. In one embodiment, the electric field 266 is a pulsed electric field. In another embodiment, the electric field 266 is a quasi-static electric field. The strength and the position of the strong electric field 266 will be discussed in more detail herein.

FIG. 5D illustrates the high-power pulses generating a highly-ionized or a strongly-ionized plasma 268 from the weakly-ionized plasma 262. The strongly-ionized plasma 268 is also referred to as a high-density plasma. The discharge current that is formed from the strongly-ionized plasma 268 can be on the order of about 1,000 A or more with a discharge voltage in the range of 50V to 1,000V for a pressure that is in the range of 5 mTorr and 10 Torr. In one embodiment, the strongly-ionized plasma 268 tends to diffuse homogenously in the region 264. The homogenous diffusion creates a more homogenous plasma volume.

The homogenous diffusion results in accelerated ions 272 in the strongly-ionized plasma 268 impacting the surface of the sputtering target 220 in a more uniform manner than with conventional magnetron sputtering. Consequently, the surface of the sputtering target 220 is eroded more evenly and, thus higher target utilization is achieved. Furthermore, since the target material is sputtered more uniformly across the surface of the sputtering target 220, the target material is deposited more uniformly on the substrate 211 (FIG. 4) without the necessity of rotating the substrate and/or the magnetron.

The strong electric field 266 facilitates a multi-step ionization process of the feed gas 256 that substantially increases the rate at which the strongly-ionized plasma 268 is formed. Referring again to FIG. 2D, the multi-step or stepwise ionization process is described as follows. A pre-ionizing voltage is applied between the cathode assembly 216 and the anode 238 across the feed gas 256, which forms the weakly-ionized plasma 262. The weakly-ionized plasma 262 is generally formed in the region 245 and diffuses to the region 264 as the feed gas 256 continues to flow.

12

In one embodiment, a magnetic field 254 (FIG. 4) is generated in the region 245 and extends to the center of the cathode assembly 216. This magnetic field tends to assist in diffusing electrons from the region 245 to the region 264. The electrons in the weakly-ionized plasma 262 are substantially trapped in the region 264 by the magnetic field 245. In one embodiment, the volume of weakly-ionized plasma 262 in the region 245 is rapidly exchanged with a fresh volume of feed gas 256.

The pulsed power supply 234 applies a high-power pulse between the cathode assembly 216 and the anode 238 after the formation of the weakly-ionized plasma 262 (FIG. 2C). This high-power pulse generates the strong electric field 266 in the region 245 between the cathode assembly 216 and the anode 238. The strong electric field 266 results in collisions occurring between neutral atoms 270, electrons (not shown), and ions 272 in the weakly-ionized plasma 262. These collisions generate numerous excited atoms 274 in the weakly-ionized plasma 262.

The accumulation of excited atoms 274 in the weakly-ionized plasma 262 alters the ionization process. In one embodiment, the strong electric field 266 facilitates a multi-step ionization process of an atomic feed gas that significantly increases the rate at which the strongly-ionized plasma 268 is formed. The multi-step ionization process has an efficiency that increases as the density of excited atoms 274 in the weakly-ionized plasma 262 increases. In one embodiment the strong electric field 266 enhances the formation of ions of a molecular or atomic feed gas.

In one embodiment, the distance or gap 244 between the cathode assembly 216 and the anode 238 is chosen so as to maximize the rate of excitation of the atoms. The value of the electric field 266 in the region 245 depends on the voltage level applied by the pulsed power supply 234 and the dimensions of the gap 244 between the anode 238 and the cathode assembly 216. In some embodiments, the strength of the electric field 266 is in range of 10V/cm to $10^5$ V/cm depending on various system parameters and operating conditions of the plasma system.

In some embodiments, the gap 244 is in the range of 0.30 cm to 10 cm depending on various parameters of the desired plasma. In one embodiment, the electric field 266 in the region 245 is rapidly applied to the pre-ionized or weakly-ionized plasma 262. In some embodiments, the rapidly applied electric field 266 is generated by applying a voltage pulse having a rise time that is in the range of 0.1 microsecond to ten seconds.

In one embodiment, the dimensions of the gap 244 and the parameters of the applied electric field 266 are varied to determine the optimum condition for a relatively high rate of excitation of the atoms 270 in the region 245. For example, an argon atom requires an energy of about 11.55 eV to become excited. Thus, as the feed gas 256 flows through the region 245, the weakly-ionized plasma 262 is formed and the atoms 270 in the weakly-ionized plasma 262 experience a stepwise ionization process.

The excited atoms 274 in the weakly-ionized plasma 262 then encounter the electrons (not shown) that are in the region 264. The excited atoms 274 only require about 4 eV of energy to ionize while neutral atoms 270 require about 15.76 eV of energy to ionize. Therefore, the excited atoms 274 will ionize at a much higher rate than the neutral atoms 270. In one embodiment, ions 272 in the strongly-ionized plasma 268 strike the cathode assembly 216 causing secondary electron emission. These secondary electrons interact with neutral 270 or excited atoms 274 in the strongly-ionized plasma 268. This process further increases the density of ions 272 in the strongly-ionized plasma 268 as the feed gas 256 is replenished.

The multi-step ionization process corresponding to the rapid application of the electric field 266 can be described as follows:

US 6,896,773 B2

13

$$Ar + e^- \rightarrow Ar^+ + e^-$$

$$Ar^+ + e^- \rightarrow Ar^+ + 2e^-$$

where Ar represents a neutral argon atom **270** in the feed gas **256** and e⁻ represents an ionizing electron generated in response to a pre-ionized plasma **262**, when sufficient voltage is applied between the cathode assembly **216** and the anode **238**. Additionally, Ar* represents an excited argon atom **274** in the weakly-ionized plasma **262**. The collision between the excited argon atom **274** and the ionizing electron results in an argon ion (Ar⁺) and two electrons.

The excited argon atoms **274** generally require less energy to become ionized than neutral argon atoms **270**. Thus, the excited atoms **274** tend to more rapidly ionize near the surface of the cathode assembly **216** than the neutral argon atoms **270**. As the density of the excited atoms **274** in the plasma increases, the efficiency of the ionization process rapidly increases. This increased efficiency eventually results in an avalanche-like increase in the density of the strongly-ionized plasma **268**. Under appropriate excitation conditions, the proportion of the energy applied to the weakly-ionized plasma **262** that is transformed to the excited atoms **274** is very high for a pulsed discharge in the feed gas **256**.

Thus, in one aspect of the invention, high power pulses are applied to a weakly-ionized plasma **262** across the gap **244** to generate the strong electric field **266** between the anode **238** and the cathode assembly **216**. This strong electric field **266** generates excited atoms **274** in the weakly-ionized plasma **262**. The excited atoms **274** are rapidly ionized by secondary electrons emitted by the cathode assembly **216**. This rapid ionization results in a strongly-ionized plasma **268** having a large ion density being formed in the area **264** proximate to the cathode assembly **216**. The strongly-ionized plasma **268** is also referred to as a high-density plasma.

In one embodiment of the invention, a higher density plasma is generated by controlling the flow of the feed gas **256** in the region **245**. In this embodiment, a first volume of feed gas **256** is supplied to the region **245**. The first volume of feed gas **256** is then ionized to form a weakly-ionized plasma **262** in the region **245**. Next, the pulsed power supply **234** applies a high power electrical pulse across the weakly-ionized plasma **262**. The high power electrical pulse generates a strongly-ionized plasma **268** from the weakly-ionized plasma **262**.

The level and duration of the high power electrical pulse is limited by the level and duration of the power that the strongly-ionized plasma **268** can absorb before the high power discharge contracts and terminates. In one embodiment, the strength and the duration of the high-power electrical pulse are increased and thus the density of the strongly-ionized plasma **268** is increased by increasing the flow rate of the feed gas **256**.

In one embodiment, the strongly-ionized plasma **268** is transported through the region **245** by a rapid volume exchange of feed gas **256**. As the feed gas **256** moves through the region **245**, it interacts with the moving strongly-ionized plasma **268** and also becomes strongly-ionized from the applied high-power electrical pulse. The ionization process can be a combination of direct ionization and/or stepwise ionization as described herein. Transporting the strongly-ionized plasma **268** through the region **245** by a rapid volume exchange of the feed gas **256** increases the level and the duration of the power that can be applied to the strongly-ionized plasma **268** and, thus, generates a higher density strongly-ionized plasma in the region **264**.

As previously discussed, to increase the efficiency of the ionization process, a magnetic field (not shown) can be generated proximate to the cathode assembly **216**. The

14

magnetic field substantially traps electrons in the weakly-ionized plasma **262** and secondary electrons from the cathode assembly **216** proximate to the cathode assembly **216**. The trapped electrons ionize the excited atoms **274** generating the strongly-ionized plasma **268**. In one embodiment, the magnetic field is generated in the region **245** to substantially trap electrons in the area where the weakly-ionized plasma **262** is ignited.

In one embodiment, a strongly-ionized plasma **268** according to the present invention is used to sputter magnetic materials. Conventional magnetron sputtering generally is not suitable for sputtering magnetic materials, since the magnetic field generated by the magnetron can be absorbed by the magnetic target. Traditional RF diode sputtering can be used to sputter magnetic materials. However, this method generally results in very poor uniformity of the sputtered film, relatively low plasma density, and relatively low deposition rate.

According to the present invention, magnetic materials can be sputtering by driving a target assembly including a magnetic target material with a RF power supply (not shown). For example, the RF power supply can provide a power of up to about 10 kW. A substantially uniform weakly-ionized plasma can be generated by applying RF power across a feed gas that is located proximate to the target assembly. The strongly-ionized plasma is generated by applying a strong electric field across the weakly-ionized plasma as described herein. Since the RF power supply applies a negative voltage bias to the target assembly, ions in the strongly-ionized plasma bombard the target material causing sputtering.

In one embodiment, a strongly-ionized plasma **268** according to the present invention is used to sputter dielectric materials. Dielectric materials are sputtered according to the present invention by driving a target assembly including a dielectric target material with a RF power supply (not shown). For example, the RF power supply can provide a power of up to about 10 kW. A substantially uniform weakly-ionized plasma can be generated by applying RF power across a feed gas that is located proximate to the target assembly.

In one embodiment, a magnetic field can be generated proximate to the target assembly in order to trap electrons in the weakly-ionized plasma. The strongly-ionized plasma is generated by applying a strong electric field across the weakly-ionized plasma as described herein. Since the RF power supply applies a negative voltage bias to the target assembly, ions in the strongly-ionized plasma bombard the target material causing sputtering.

In one embodiment, a DC power supply (not shown) is used to create a weakly-ionized plasma **232** for sputtering a dielectric target material according to the present invention. In this embodiment, the dielectric target material is positioned relative to the cathode **218** such that an area of the cathode **218** can conduct a direct current between the anode **238** and the cathode **218**.

FIG. 6 illustrates graphical representations **320**, **322**, and **324** of the absolute value of applied voltage, current, and power, respectively, as a function of time for periodic pulses applied to the plasma in the sputtering apparatus **200** of FIG. **4**. In one embodiment, at time $t_0$ (not shown), the feed gas **256** flows proximate to the cathode assembly **216** before the pulsed power supply **234** is activated. The time required for a sufficient quantity of feed gas **256** to flow proximate to the cathode assembly **216** depends on several factors including the flow rate of the feed gas **256** and the desired pressure in the region **245**.

In the embodiment shown in FIG. **6**, the power supply **234** generates a constant power. At time $t_1$, the pulsed power supply **234** generates a voltage **326** across the anode **238** and the cathode assembly **216**. In one embodiment, the voltage

US 6,896,773 B2

15

326 is approximately between 100V and 5 kV. The period between time $t_0$ and time $t_1$ (not shown) can be on the order of several microseconds up to several milliseconds. At time $t_1$, the current 328 and the power 330 have constant values.

Between time $t_1$ and time $t_2$, the voltage 326, the current 328, and the power 330 remain constant as the weakly-ionized plasma 262 (FIG. 5B) is generated. The voltage 332 at time $t_2$ is in the range of 100V to 5 kV. The current 334 at time $t_2$ is in the range of 0.1 A to 100 A. The power 336 delivered at time $t_2$ is in the range of 0.01 kW to 100 kW.

The power 336 generated by the pulsed power supply 234 partially ionizes the gas 256 that is located in the region 245 between the cathode assembly 216 and the anode 238. The partially ionized gas is also referred to as a weakly-ionized plasma or a pre-ionized plasma 262. As described herein, the formation of the weakly-ionized plasma 262 substantially eliminates the possibility of creating a breakdown condition when high-power pulses are applied to the weakly-ionized plasma 262. The suppression of this breakdown condition substantially eliminates the occurrence of undesirable arcing between the anode 238 and the cathode assembly 216.

In one embodiment, the period between time $t_1$ and time $t_2$ is in the range of one microsecond to one hundred seconds to allow the pre-ionized plasma 262 to form and be maintained at a sufficient plasma density. In one embodiment, the power 336 from the pulsed power supply 234 is continuously applied in order to maintain the weakly-ionized plasma 262. The pulsed power supply 234 can be designed so as to output a continuous nominal power in order to sustain the weakly-ionized plasma 262.

Between time $t_2$ and time $t_3$, the pulsed power supply 234 delivers a large voltage pulse 338 across the weakly-ionized plasma 262. In some embodiments, the large voltage pulse 338 has a voltage that is in the range of 200V to 30 kV. In some embodiments, the period between time $t_2$ and time $t_3$ is in the range of 0.1 microsecond to ten seconds. Between time $t_3$ and time $t_4$, the large voltage pulse 338 is applied before the current across the weakly-ionized plasma 262 begins to increase. In one embodiment, the period between time $t_3$ and time $t_4$ can be between about ten nanoseconds and one microsecond.

Between time $t_4$ and time $t_5$, the voltage 340 drops as the current 342 increases. The power 344 also increases between time $t_4$ and time $t_5$, until a quasi-stationary state exists between the voltage 346 and the current 348. The period between time $t_4$ and time $t_5$ is on order of several hundreds nanoseconds.

In one embodiment, at time $t_5$, the voltage 346 is in the range of 50V to 30 kV, the current 348 is in the range of 10 A to 5 kA and the power 350 is in the range of 1 kW to 10 MW. The power 350 is continuously applied to the plasma until time $t_6$. In one embodiment, the period between time $t_5$ and time $t_6$ is in the range of one microsecond to ten seconds.

The pulsed power supply 234 delivers a high power pulse having a maximum power 350 and a pulse width that is sufficient to transform the weakly-ionized plasma 262 to a strongly-ionized plasma 268 (see FIG. 2D). At time $t_6$, the maximum power 350 is terminated. In one embodiment, the pulsed power supply 234 continues to supply a background power that is sufficient to maintain the plasma after time $t_6$.

In one embodiment, the power supply 234 maintains the plasma after the delivery of the high-power pulse by continuing to apply a power 352 to the plasma that is in the range of 0.01 kW to 100 kW. The continuously generated power maintains the pre-ionization condition in the plasma, while the pulsed power supply 234 prepares to deliver the next high-power pulse.

At time $t_7$, the pulsed power supply 234 delivers the next high-power pulse (not shown). In one embodiment, the repetition rate between the high-power pulses is in the range of 0.1 Hz and 1 kHz. The particular size, shape, width, and

16

frequency of the high-power pulses depend on various factors including process parameters, the design of the pulsed power supply 234, the geometry of the sputtering system 200, the volume of plasma, the density of the strongly-ionized plasma 268, and the pressure in the region 245. The shape and duration of the leading edge 356 and the trailing edge 358 of the high-power pulse 354 is chosen so as to sustain the weakly-ionized plasma 262 while controlling the rate of ionization of the strongly-ionized plasma 268.

In another embodiment (not shown), the power supply 234 generates a constant voltage. In this embodiment, the applied voltage 320 is continuously applied from time $t_2$ until time $t_6$. The current 322 and the power 324 rise until time $t_6$ where they maintain a constant voltage level, and then the voltage 320 is terminated. In one embodiment, the values for the current, power and voltage are optimized for generating exited atoms.

In one embodiment of the invention, the efficiency of the ionization process is increased by generating a magnetic field proximate to the cathode assembly 216. The magnetic field substantially traps electrons in the weakly-ionized plasma 262 proximate to the cathode assembly 216. The trapped electrons ionize the excited atoms 274 thereby generating the strongly-ionized plasma 268. In this embodiment, the magnetically enhanced plasma has strong diamagnetic properties. The term "strong diamagnetic properties" is defined herein to mean that the magnetically enhanced high-density plasma discharge tends to exclude external magnetic fields from the plasma volume.

FIG. 7A through FIG. 7D illustrate various simulated magnetic field distributions 400, 402, 404, and 406 proximate to the cathode assembly 216 for various electron ExB drift currents in a magnetically enhanced plasma sputtering apparatus according to the invention. The magnetically enhanced plasma generating apparatus includes a magnet assembly 252 that is positioned proximate to the cathode assembly 216. The magnet assembly 252 generates a magnetic field proximate to the cathode assembly 216. In one embodiment, the strength of the magnetic field is in the range of fifty to two thousand gauss. The simulated magnetic fields distributions 400, 402, 404, and 406 indicate that high-power plasmas having high current density tend to diffuse homogeneously in an area 246 of the magnetically enhanced plasma sputtering apparatus.

The high-power pulses applied between the cathode assembly 216 and the anode 238 generate secondary electrons from the cathode assembly 216 that move in a substantially circular motion proximate to the cathode assembly 216 according to crossed electric and magnetic fields. The substantially circular motion of the electrons generates an electron ExB drift current. The magnitude of the electron ExB drift current is proportional to the magnitude of the discharge current in the plasma and, in one embodiment, is approximately in the range of three to ten times the magnitude of the discharge current.

In one embodiment, the substantially circular electron ExB drift current generates a magnetic field that interacts with the magnetic field generated by the magnet assembly 252. In one embodiment, the magnetic field generated by the electron ExB drift current has a direction that is substantially opposite to the magnetic field generated by the magnet assembly 252. The magnitude of the magnetic field generated by the electron ExB drift current increases with increased electron ExB drift current. The homogeneous diffusion of the strongly-ionized plasma in the region 246 is caused, at least in part, by the interaction of magnetic field generated by the magnet assembly 252 and the magnetic field generated by the electron ExB drift current.

In one embodiment, the electron ExB drift current defines a substantially circular shape for a low current density

US 6,896,773 B2

17

plasma. However, as the current density of the plasma increases, the substantially circular electron ExB drift current tends to describe a more complex shape as the interaction of the magnetic field generated by the magnet assembly 252, the electric field generated by the high-power pulse, and the magnetic field generated by the electron ExB drift current become more acute. For example, in one embodiment, the electron ExB drift current has a substantially cycloidal shape. Thus, the exact shape of the electron ExB drift current can be complex and depends on various factors.

For example, FIG. 7A illustrates the magnetic field lines 408 produced from the interaction of the magnetic field generated by the magnet assembly 252 and the magnetic field generated by an electron ExB drift current 410. The electron ExB drift current 410 is generated proximate to the cathode assembly 216 and is illustrated by a substantially circularly shaped ring. In the example shown in FIG. 7A, the electron ExB drift current 410 is approximately 10 A.

In one embodiment of the invention, the electron ExB drift current 410 is in the range of three to ten times as great as the discharge current. Thus, in the example shown in FIG. 7A, the discharge current is in the range of 10 A to 30 A. The magnetic field lines 408 shown in FIG. 7A indicate that the magnetic field generated by the magnet assembly 252 is substantially undisturbed by the relatively small magnetic field that is generated by the relatively small electron ExB drift current 410.

FIG. 7B illustrates the magnetic field lines 412 produced from the interaction of the magnetic field generated by the magnet assembly 252 and the magnetic field generated by an electron ExB drift current 414. The electron ExB drift current 414 is generated proximate to the cathode assembly 216. In the example shown in FIG. 7B, the electron ExB drift current 414 is approximately 300 A. Since the electron ExB drift current 414 is typically between about three and ten times as great as the discharge current, the discharge current in this example is in the range of 30 A and 100 A.

The magnetic field lines 412 that are generated by the magnet assembly 252 are substantially undisturbed by the relatively small magnetic field generated by the relatively small electron ExB drift current 414. However, the magnetic field lines 416 that are closest to the electron ExB drift current 414 are somewhat distorted by the magnetic field generated by the electron ExB drift current 414. The distortion suggests that a larger electron ExB drift current should generate a stronger magnetic field that will interact more strongly with the magnetic field generated by the magnet assembly 252.

FIG. 7C illustrates the magnetic field lines 418 that are produced from the interaction of the magnetic field generated by the magnet assembly 252 and the magnetic field generated by an electron ExB drift current 420. The electron ExB drift current 420 is generated proximate to the cathode assembly 216. In the example shown in FIG. 7C, the electron ExB drift current 420 is approximately 1,000 A. Since the electron ExB drift current 420 is typically between about three and ten times as great as the discharge current, the discharge current in this example is approximately between 100 A and 300 A.

The magnetic field lines 418 that are generated by the magnet assembly 252 exhibit substantial distortion that is caused by the relatively strong magnetic field generated by the relatively large electron ExB drift current 420. Thus, the larger electron ExB drift current 420 generates a stronger magnetic field that strongly interacts with and can begin to dominate the magnetic field generated by the magnet assembly 252.

The interaction of the magnetic field generated by the magnet assembly 252 and the magnetic field generated by the electron ExB drift current 420 substantially generates

18

magnetic field lines 422 that are somewhat more parallel to the surface of the cathode assembly 216 than the magnetic field lines 408, 412, and 416 in FIG. 7A and FIG. 7B. The magnetic field lines 422 allow the strongly-ionized plasma 268 to more uniformly distribute itself in the area 246. Thus, the strongly-ionized plasma 268 is uniformly diffused in the area 246.

FIG. 7D illustrates the magnetic field lines 424 produced from the interaction of the magnetic field generated by the magnet assembly 252 and the magnetic field generated by an electron ExB drift current 426. The electron ExB drift current 426 is generated proximate to the cathode assembly 216. In the example shown in FIG. 7D, the electron ExB drift current 426 is approximately 5 kA. The discharge current in this example is approximately between 500 A and 1,700 A.

The magnetic field lines 424 generated by the magnet assembly 252 exhibit relatively high distortion due to their interaction with the relatively strong magnetic field generated by the relatively large electron ExB drift current 426. Thus, in this embodiment, the relatively large electron ExB drift current 426 generates a very strong magnetic field that is substantially stronger than the magnetic field generated by the magnet assembly 252.

A large electron ExB drift current can enhance the rate of ionization of the strongly-ionized plasma by trapping secondary electrons from the cathode assembly 216. The secondary electrons ionize neutral and excited atoms and molecules. A strongly-ionized plasma having a high density of ions can increase the deposition rate in a plasma sputtering process according to the invention.

The deposition rate of a sputtering process can be expressed as follows:

$$R_D = K \times Y \times I$$

where K is a geometrical factor, Y is the sputtering yield, and I is the discharge current. Thus, the deposition rate is proportional to the sputtering yield Y. The sputtering yield Y is defined as the number of atoms sputtered per incident ion and depends on the type of ions that bombard the target surface, the energy of the ions, the incident angle of the bombarding ions, the binding energy of the target material, and the target temperature. In a typical sputtering process involving a so-called "cold cathode," the temperature of the target is gradually heated and that heat is dissipated using liquid cooling as described with reference to FIG. 2. This typical sputtering process uses momentum and energy exchange of bombarding ions to dislodge target atoms.

To substantially increase the deposition rate, the present invention generates a very high discharge current and a very high sputtering yield. The high-power pulse is applied almost instantaneously, causing an explosive reaction at the surface of the target. The explosive reaction rapidly vaporizes a surface layer of the target.

FIG. 8 illustrates a graphical representation 500 of sputtering yield Y as a function of temperature T of the sputtering target 220 of FIG. 4. A higher deposition rate can be achieved according to the present invention by using a thermal sputtering process. In one embodiment, the deposition rate is increased by increasing the sputtering yield. The sputtering yield of the target 220 is increased as the temperature of the target 220 is increased. As the temperature of the target 220 is increased, the sputtering yield slowly increases in a substantially linear manner as shown in region 502. In the region 502, the sputtering yield generally does not depend on the temperature of the target 220.

When the temperature of the target reaches temperature $T_O$ 504, the sputtering yield increases at a non-linear rate. In one embodiment, the sputtering yield increases at an exponential rate. The temperature $T_O$ is approximately equal to

0.7 $T_m$, where $T_m$ is the melting point of the target material. In another embodiment, the temperature $T_0$ is approximately equal to U/40 k, where U is the binding energy for a surface atom and k is Boltzman's constant.

The sputtering yield at or above the target temperature $T_0$ can be expressed as follows:

$$Y_T = c \frac{\tau}{\sqrt{T_0 + \Delta T_M}} \exp\left(-\frac{U}{T_0 + \Delta T_M}\right),$$

$$\tau = \frac{R^2}{\kappa} \left(\frac{T_0 + \Delta T_M}{U}\right)^2$$

where $\Delta T_M$ is the maximum difference of the target temperature from the temperature $T_0$, R is the initial radius of the high temperature area on the target, $\tau$ is the time period for the high temperature in the high temperature area, $\kappa$ is the coefficient for the temperature conductivity, and U is the binding energy.

When high power pulses having the appropriate power level and duration are applied to the plasma according to the present invention, the sputtering yield increases non-linearly. In one embodiment, the sputtering yield increases substantially in an exponential manner. According to one embodiment of the invention, a high power pulse is applied to a weakly-ionized plasma 262 (FIG. 5C) for a relatively short duration. This high power pulse creates a strongly-ionized plasma 268 (FIG. 5D) that contains a high density of energetic ions 272.

Thus, in one embodiment, a very large quantity of explosive energy at the target surface results in a sputtering yield that increases exponentially. The explosive energy causes the temperature at the target surface to increase rapidly. This rapid increase in temperature results in a surface layer of the target being substantially evaporated and sputtered at a very high rate compared with known sputtering techniques. In one embodiment, the deposition rate of a target material is greater than one micron per minute.

FIG. 9 illustrates a process 510 for sputtering atoms 512 from a target 220 according one embodiment of the invention. In one embodiment, the target 220 is negatively biased. The negative bias causes the energetic ions 272 in the strongly-ionized plasma 268 to vigorously impact the surface 514 of the target 220, thereby causing the temperature of the target to rapidly increase. When the temperature of the target reaches the temperature $T_0$, the sputtering yield increases nonlinearly. In one embodiment, the sputtering yield increases almost exponentially. Consequently, the deposition rate rapidly increases. The sputtering yield can depend on the properties of the target material, such as the crystal structure, the binding energy of the surface atoms, and/or the melting point of the target material.

FIG. 10 illustrates a cross-sectional view of a cathode assembly 216 according to one embodiment of the invention. When the temperature of the target 220 reaches a certain level, the target material is evaporated in an avalanche-like manner. In one embodiment, the high-power pulse generates thermal energy 516 into only a shallow depth of the target 220 so as to not substantially increase an average temperature of the target 220. The target material is almost instantly evaporated. However damage to the target 220 itself is minimal because thermal energy only penetrates into the shallow skin depth.

FIG. 11 is a flowchart 600 of an illustrative process of enhancing a sputtering yield of a sputtering target according to the present invention. The process is initiated (step 602) by pumping the chamber 202 down to a specific pressure (step 604). Next, the pressure in the chamber is evaluated (step 606). In one embodiment, a feed gas is then pumped into the chamber 202 (step 608). The gas pressure is evaluated (step 610). If the gas pressure is correct, the pressure in the chamber is again evaluated (step 612).

If the pressure in the chamber is correct, an appropriate magnetic field 254 (FIG. 4) can be generated proximate to the feed gas 256 (FIG. 5B) (step 614). In one embodiment, a magnet assembly 252 can include at least one permanent magnet, and thus the magnetic field is generated constantly, even before the process is initiated. In another embodiment, a magnetic assembly 252 includes at least one electromagnet, and thus the magnetic field is generated only when the electromagnet is operating. In one embodiment, the magnetic field 254 is then evaluated (step 616).

The feed gas 256 is ionized to generate a weakly-ionized plasma 262 (step 618). In one embodiment, the weakly-ionized plasma 262 is generated by creating a relatively low current discharge in the gap 244 between the cathode assembly 216 and the anode 238. In another embodiment (not shown), the weakly-ionized plasma 262 can be generated by creating a relatively low current discharge between an ionizing electrode and the cathode assembly 216. In yet another embodiment (not shown), an electrode is heated to emit electrons proximate to the cathode assembly 216. In this embodiment, a relatively low current discharge is created between the anode 238 and the electrode in order to generate the weakly-ionized plasma 262. In the embodiment shown in FIG. 4, for example, the weakly-ionized plasma 262 is generated by applying a potential across the gap 244 between the cathode assembly 216 and the anode 238 after the introduction of the feed gas 256.

When the gas is weakly-ionized (step 620), A strongly-ionized plasma 268 (FIG. 5D) is generated from the weakly-ionized plasma 262 (step 622). In one embodiment, the strongly-ionized plasma 268 is generated by applying a high-power pulse between the cathode assembly 216 and the anode 238. As described herein, the high-power pulse causes a strong electric field 266 to be generated in the gap 244 between the anode 238 and the cathode assembly 216.

The strong electric field 266 causes the feed gas to experience stepwise ionization. In one embodiment, the feed gas includes a molecular gases and the strong electric field 266 increases the formation of ions that enhance the strongly-ionized plasma 268. In one embodiment, the strongly-ionized plasma 268 is substantially homogeneous in the area 264 of FIG. 5D. This homogeneity results in more uniform erosion of the sputtering target 220 and, therefore, relatively high target utilization. Since the cathode assembly 216 is negatively biased relative to the anode 238, the cathode assembly 216 attracts ions from the strongly-ionized substantially uniform plasma. This causes the ions to bombard the cathode assembly 216, thereby resulting in sputtering of the target material.

In one embodiment, the strongly-ionized plasma is enhanced through the rapid exchange of the strongly-ionized plasma with a fresh volume of feed gas 256 (step 624). This rapid exchange occurs in the region 245. In one embodiment, the rapid exchange of the strongly-ionized plasma occurs during the duration of the high-power pulse.

After the strongly-ionized plasma 268 is formed (step 626), the sputtering yield is monitored (step 628) by known monitoring techniques. If the sputtering yield is insufficient (step 630), the power delivered to the plasma is increased (step 632). In one embodiment, increasing the magnitude of the high-power pulse applied between the cathode assembly 216 and the anode 238 increases the power delivered to the plasma. In one embodiment, the power delivered to the plasma is sufficient to vaporize a surface layer of the target. This increases the sputtering yield in a substantially nonlinear fashion.

The sputter yield is again evaluated (step 628). This process continues until the sputter yield is sufficient (step 630), and sputtering continues (step 634). Once the sputter deposition is completed (step 636), the sputter process is terminated (step 638).

US 6,896,773 B2

21

22

Equivalents

While the invention has been particularly shown and described with reference to specific embodiments, it should be understood by those skilled in the art that various changes in form and detail may be made therein without departing from the spirit and scope of the invention as defined herein.

What is claimed is:

1. A sputtering source comprising:

a cathode assembly that is positioned adjacent to an anode, the cathode assembly including a sputtering target;

an ionization source that generates a weakly-ionized plasma from a feed gas proximate to the anode and the cathode assembly; and

a power supply that generates a voltage pulse between the anode and the cathode assembly that creates a strongly-ionized plasma from the weakly-ionized plasma, an amplitude and a rise time of the voltage pulse being chosen to increase a density of ions in the strongly-ionized plasma enough to generate sufficient thermal energy in the sputtering target to cause a sputtering yield to be non-linearly related to a temperature of the sputtering target.

2. The sputtering source of claim 1 wherein an electric field between the anode and the cathode assembly comprises a quasi-static electric field.

3. The sputtering source of claim 1 further comprising a gas flow controller that controls a flow of the feed gas so that the feed gas diffuses the strongly-ionized plasma.

4. The sputtering source of claim 3 wherein the feed gas allows additional power to be absorbed by the strongly ionized plasma, thereby generating additional thermal energy in the sputtering target.

5. The sputtering source of claim 1 wherein the thermal energy generated in the sputtering target does not substantially increase an average temperature of the sputtering target.

6. The sputtering source of claim 1 further comprising a magnet that is positioned to generate a magnetic field proximate to the weakly-ionized plasma, the magnetic field substantially trapping electrons in the weakly-ionized plasma proximate to the sputtering target.

7. The sputtering source of claim 1 wherein the voltage pulse generated between the anode and the cathode assembly excites atoms in the weakly-ionized plasma and generates secondary electrons ionizing from the cathode assembly, the secondary electrons ionizing the excited atoms, thereby creating the strongly-ionized plasma.

8. The sputtering source of claim 1 wherein the power supply generates a constant power.

9. The sputtering source of claim 1 wherein the power supply generates a constant voltage.

10. The sputtering source of claim 1 wherein the ionization source is chosen from the group comprising an electrode coupled to a DC power supply, an electrode coupled to an AC power supply, a UV source, an X-ray source, an electron beam source, an ion beam source, an inductively coupled plasma source, a capacitively coupled plasma source, and a microwave plasma source.

11. The sputtering source of claim 1 wherein a rise time of the voltage pulse is chosen to increase an ionization rate of the strongly-ionized plasma.

12. The sputtering source of claim 1 wherein the weakly-ionized plasma reduces the probability of developing an electrical breakdown condition between the anode and the cathode assembly.

13. The sputtering source of claim 1 wherein the strongly-ionized plasma is substantially uniform proximate to the cathode assembly.

14. The sputtering source of claim 1 wherein a distance between the anode and the cathode assembly is chosen to increase an ionization rate of strongly-ionized plasma.

15. The sputtering source of claim 1 wherein the rise time of the voltage pulse is in the range of approximately 0.1 microsecond to 10 seconds.

16. The sputtering source of claim 1 wherein the amplitude of the voltage pulse is in the range of approximately 200V to 30 kV.

17. The sputtering source of claim 1 wherein a pulse width of the voltage pulse is in the range of approximately 10 microsecond to 10 seconds.

18. The sputtering source of claim 1 wherein the ionization source and the power supply comprise a single power supply.

19. The sputtering source of claim 1 wherein a repetition rate between the voltage pulses is in the range of 0.1 Hz to 1 kHz.

20. The sputtering source of claim 6 wherein the magnet is chosen from the group comprising a permanent magnet, an electro-magnet, a balanced magnet configuration, and an unbalanced magnet configuration.

21. A method for high deposition rate sputtering, the method comprising:

ionizing a feed gas to generate a weakly-ionized plasma proximate to a cathode assembly that comprises a sputtering target; and

applying a voltage pulse to the cathode assembly to generate a strongly-ionized plasma from the weakly-ionized plasma, an amplitude and a rise time of the voltage pulse being chosen so that ions in the strongly-ionized plasma generate sufficient thermal energy in the sputtering target to cause a sputtering yield to be non-linearly related to a temperature of the sputtering target, thereby increasing a deposition rate of the sputtering.

22. The method of claim 21 further comprising generating a magnetic field proximate to the sputtering target, the magnetic field trapping electrons proximate to the sputtering target.

23. The method of claim 21 wherein the voltage pulse applied to the cathode assembly generates excited atoms in the weakly-ionized plasma and generates secondary electrons from the sputtering target, the secondary electrons ionizing the excited atoms, thereby creating the strongly-ionized plasma.

24. The method of claim 21 further comprising diffusing the weakly-ionized plasma with a volume of the feed gas while ionizing the volume of the feed gas to create additional weakly-ionized plasma.

25. The method of claim 21 further comprising diffusing the strongly-ionized plasma with a volume of the feed gas while applying the voltage pulse to the cathode assembly to generate additional strongly-ionized plasma from the volume of the feed gas.

26. The method of claim 21 wherein the peak plasma density of the weakly-ionized plasma is less than about $10^{12}$ $cm^{-3}$.

27. The method of claim 21 wherein the weakly-ionized plasma reduces the probability of developing an electrical breakdown condition.

28. The method of claim 21 wherein the ionizing the feed gas comprises exposing the feed gas to one of a static electric field, an AC electric field, a quasi-static electric field, a pulsed electric field, UV radiation, X-ray radiation, an electron beam, and an ion beam.

29. The method of claim 21 wherein the ions in the strongly-ionized plasma causes at least a portion of a surface layer of the sputtering target to evaporate.

30. The method of claim 21 wherein the peak plasma density of the strongly-ionized plasma is greater than about $10^{12}$ $cm^{-3}$.

US 6,896,773 B2

23

**31**. The method of claim **21** wherein the rise time of the voltage pulse is in the range of approximately 0.1 microsecond and 10 seconds.

**32**. The method of claim **21** wherein the amplitude of the voltage pulse is in the range of approximately 200V to 30 kV.

**33**. The method of claim **21** wherein a pulse width of the voltage pulse is in the range of approximately 1 microsecond to 10 seconds.

**34**. A sputtering source comprising:

a cathode assembly that is positioned adjacent to an anode, the cathode assembly including a sputtering target;

an ionization source that generates a weakly-ionized plasma from a feed gas proximate to the anode and the cathode assembly;

a power supply that generates a voltage pulse between the anode and the cathode assembly that creates a strongly-ionized plasma from the weakly-ionized plasma, an amplitude and a rise time of the voltage pulse being chosen to increase a density of ions in the strongly-ionized plasma enough to generate sufficient thermal energy in the sputtering target to cause a sputtering yield to be non-linearly related to a temperature of the sputtering target; and

a gas controller that controls a flow of the feed gas to the strongly-ionized plasma to facilitate the creation of

24

additional ions that generate additional thermal energy in the sputtering target.

**35**. The sputtering source of claim **34** wherein the gas controller controls a flow of feed gas that diffuses strongly-ionized plasma.

**36**. The sputtering source of claim **34** wherein the thermal energy does not substantially increase an average temperature of the entire sputtering target.

**37**. The sputtering source of claim **34** wherein the rise time of the voltage pulse is in the range of approximately 0.1 microsecond to 10 seconds.

**38**. The sputtering source of claim **34** wherein the amplitude of the voltage pulse is in the range of approximately 200V to 30 kV.

**39**. The sputtering source of claim **34** wherein a pulse width of the voltage pulse is in the range of approximately 1 microsecond to 10 seconds.

**40**. A sputtering source comprising:

means for ionizing a feed gas to generate a weakly-ionized plasma; and

means for increasing the density of the weakly-ionized plasma to generate a strongly-ionized plasma having a density of ions that generate sufficient thermal energy in the sputtering target to cause a sputtering yield to be non-linearly related to a temperature of the sputtering target.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 6,896,773 B2                                    Page 1 of 1
APPLICATION NO. : 10/065739
DATED                  : May 24, 2005
INVENTOR(S)       : Chistyakov

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Col. 22, line 63:
Replace "causes" with --cause--

Signed and Sealed this

Twentieth Day of November, 2007

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# EXHIBIT M


(12) **United States Patent**

Chistyakov

(10) **Patent No.:** **US 6,896,775 B2**

(45) **Date of Patent:** **May 24, 2005**

(54) **HIGH-POWER PULSED MAGNETICALLY ENHANCED PLASMA PROCESSING**

(75) Inventor: **Roman Chistyakov**, Andover, MA (US)

(73) Assignee: **Zond, Inc.**, Mansfield, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 386 days.

(21) Appl. No.: **10/065,551**

(22) Filed: **Oct. 29, 2002**

(65) **Prior Publication Data**

US 2004/0082187 A1 Apr. 29, 2004

(51) **Int. Cl.**[7] ............................ **C23C 14/34**; C23F 1/00

(52) **U.S. Cl.** ............................ **204/192.32**; 204/298.31; 204/298.33; 204/298.34; 204/298.37; 216/67; 216/71; 156/345.43; 156/345.44; 156/345.46

(58) **Field of Search** ...................... 204/192.32, 298.31, 204/298.33, 298.34, 298.37; 216/67, 71; 156/345.43, 345.44, 345.46

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,588,490 A | 5/1986 | Cuomo et al. .............. | 204/298 |
| 4,983,253 A | 1/1991 | Wolfe et al. | |
| 5,083,061 A | 1/1992 | Koshiishi et al. ....... | 315/111.81 |
| 5,728,261 A | 3/1998 | Wolfe et al. | |
| 5,728,278 A | 3/1998 | Okamura et al. ...... | 204/298.11 |
| 5,795,452 A | 8/1998 | Kinoshita et al. ...... | 204/298.37 |
| 6,057,244 A | 5/2000 | Hausmann et al. ...... | 438/706 |
| 6,447,691 B1 | 9/2002 | Denda et al. ................. | 216/61 |
| 6,451,703 B1 | 9/2002 | Liu et al. .................. | 438/710 |
| 6,471,833 B2 | 10/2002 | Kumar et al. .......... | 204/192.37 |
| 2002/0019139 A1 | 2/2002 | Zhang et al. .............. | 438/714 |
| 2002/0114897 A1 | 8/2002 | Sumiya et al. .............. | 427/569 |
| 2003/0006008 A1 | 1/2003 | Horioka et al. ........ | 156/345.46 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0428 161 A2 | 5/1991 |

| | | |
|---|---|---|
| WO | WO 98/40532 | 9/1998 |
| WO | WO 01/98553 A1 | 12/2001 |

OTHER PUBLICATIONS

US 5,863,392, 1/1999, Drummond et al. (withdrawn)
Encyclopedia Of Low Temperature Plasma, p. 119, vol. 3.
Encyclopedia Of Low Temperature Plasma, p. 123, vol. 3.
Chistyakov, High–Power Pulsed Magnetron Sputtering, U.S. Appl. No.: 10/065,277, Filed: Sep. 30, 2002.
Chistyakov, Roman, High–Power Pulsed Magnetron Sputtering, U.S. Appl. No.: 10/065,277, Filed: Sep. 30, 2002.
Booth, et al., The Transition From Symmetric To Asymmetric Discharges In Pulsed 13.56 MHz Capacity Coupled Plasmas, J. Appl. Phys., Jul. 15, 1997, pp. 552–560, vol. 82 (2), American Institute of Physics.

(Continued)

*Primary Examiner*—Rodney G. McDonald
(74) *Attorney, Agent, or Firm*—Kurt Rauschenbach, Rauschenbach Patent Law Group, LLC

(57) **ABSTRACT**

Magnetically enhanced plasma processing methods and apparatus are described. A magnetically enhanced plasma processing apparatus according to the present invention includes an anode and a cathode that is positioned adjacent to the anode. An ionization source generates a weakly-ionized plasma proximate to the cathode. A magnet is positioned to generate a magnetic field proximate to the weakly-ionized plasma. The magnetic field substantially traps electrons in the weakly-ionized plasma proximate to the cathode. A power supply produces an electric field in a gap between the anode and the cathode. The electric field generates excited atoms in the weakly-ionized plasma and generates secondary electrons from the cathode. The secondary electrons ionize the excited atoms, thereby creating a strongly-ionized plasma. A voltage supply applies a bias voltage to a substrate that is positioned proximate to the cathode that causes ions in the plurality of ions to impact a surface of the substrate in a manner that causes etching of the surface of the substrate.

**37 Claims, 18 Drawing Sheets**



**US 6,896,775 B2**

Page 2

## OTHER PUBLICATIONS

Bunshah, et al., Deposition Technologies For Films And Coatings, Materials Science Series, pp. 176–183, Noyes Publications, Park Ridge, New Jersey.

Daugherty, et al., Attachment–Dominated Electron–Beam–Ionized Discharges, Applied Science Letters, May 15, 1976, vol. 28, No. 10, American Institute of Physics.

Goto, et al., Dual Excitation Reactive Ion Etcher for Low Energy Plasma Processing, J. Vac. Sci. Technol. A, Sep./Oct. 1992, pp. 3048–3054, vol. 10, No. 5, American Vacuum Society.

Kouznetsov, et al., A Novel Pulsed Magnetron Sputter Technique Utilizing Very High Target Power Densities, Surface & Coatings Technology, pp. 290–293, Elsevier Sciences S.A.

Lindquist, et al., High Selectivity Plasma Etching Of Silicon Dioxide With A Dual Frequency 27/2 MHz Capacitive RF Discharge.

Macak, Reactive Sputter Deposition Process of A12O3 and Characterization Of A Novel High Plasma Density Pulsed Magnetron Discharge, Linkoping Studies In Science And Technology, 1999, pp. 1–2, Sweden.

Macak, et al., Ionized Sputter Deposition Using An Extremely High Plasma Density Pulsed Magnetron Discharge, J. Vac Sci. Technol. A., Jul./Aug. 2000, pp. 1533–1537, vol. 18, No. 4, American Vacuum Society.

Mozgrin, et al., High–Current Low–Pressure Quasi –Stationary Discharge In A Magnetic Field: Experimental Research, Plasma Physics Reports, 1995, pp. 400–409, vol. 21, No. 5, Mozgrin, Feitsov, Khodachenko.

Rossnagel, et al., Induced Drift Currents In Circular Planar Magnetrons, J. Vac. Sci. Technol. A., Jan./Feb. 1987, pp. 88–91, vol. 5, No. 1, American Vacuum Society.

Sheridan, et al., Electron Velocity Distribution Functions In A Sputtering Magnetron Discharge For The EXB Direction, J. Vac. Sci. Technol. A., Jul./Aug. 1998, pp. 2173–2176, vol. 16, No. 4, American Vacuum Society.

Steinbruchel, A Simple Formula For Low–Energy Sputtering Yields, Applied Physics A., 1985, pp. 37–42, vol. 36, Springer–Verlag.



FIG. 1
PRIOR ART



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6A



FIG. 6B



FIG. 6C



FIG. 6D



FIG. 7



FIG. 8





FIG. 10



FIG. 11



FIG. 12A

FIG. 12B

FIG. 12

FIG. 12A



FIG. 12B



FIG. 13

FIG. 13A



FIG. 13B

US 6,896,775 B2

1

# HIGH-POWER PULSED MAGNETICALLY ENHANCED PLASMA PROCESSING

## BACKGROUND OF INVENTION

Plasma processes are widely used in many industries, such as the semiconductor manufacturing industry. For example, plasma etching is widely used in the semiconductor manufacturing industry. There are four basic types of plasma etching processes that are used to remove material from surfaces: sputter etching, pure chemical etching, ion energy driven etching, and ion inhibitor etching.

Sputter etching is the ejection of atoms from the surface of a substrate due to energetic ion bombardment. Pure chemical etching uses a plasma discharge to supply gas-phase etchant atoms or molecules that chemically react with the surface of a substrate to form gas-phase products. Ion-enhanced energy driven etching uses a plasma discharge to supply both etchant and energetic ions to a surface of a substrate. Ion inhibitor etching uses a discharge to provide etchant, energetic ions, and inhibitor precursor molecules that deposit on the substrate to form a protective layer film. It is desirably to increase the uniformity and etch rate of known sputter etching systems.

## BRIEF DESCRIPTION OF DRAWINGS

This invention is described with particularity in the detailed description. The above and further advantages of this invention may be better understood by referring to the following description in conjunction with the accompanying drawings, in which like numerals indicate like structural elements and features in various figures. The drawings are not necessarily to scale, emphasis instead being placed upon illustrating the principles of the invention.

FIG. 1 illustrates a cross-sectional view of a known magnetically enhanced etching apparatus having a having a radio-frequency (RF) power supply.

FIG. 2 illustrates a cross-sectional view of an embodiment of a magnetically enhanced plasma processing apparatus according to the present invention.

FIG. 3 illustrates a cross-sectional view of the anode and the cathode of the magnetically enhanced plasma processing apparatus of FIG. 2.

FIG. 4 illustrates a graphical representation of the applied power of a pulse as a function of time for periodic pulses applied to the plasma in the magnetically enhanced plasma processing apparatus of FIG. 2.

FIG. 5 illustrates graphical representations of the applied voltage, current, and power as a function of time for periodic pulses applied to the plasma in the magnetically enhanced plasma processing apparatus of FIG. 2.

FIG. 6A through FIG. 6D illustrate various simulated magnetic field distributions proximate to the cathode for various electron E×B drift currents according to the present invention.

FIG. 7 illustrates a cross-sectional view of another embodiment of a magnetically enhanced plasma processing apparatus according to the present invention.

FIG. 8 illustrates a graphical representation of pulse power as a function of time for periodic pulses applied to the plasma in the magnetically enhanced plasma processing apparatus of FIG. 7.

FIG. 9A through FIG. 9C are cross-sectional views of various embodiments of cathodes according to the present invention.

2

FIG. 10 illustrates a cross-sectional view of another illustrative embodiment of a magnetically enhanced plasma processing apparatus according to the present invention.

FIG. 11 is a cross-sectional view of another illustrative embodiment of a magnetically enhanced plasma processing apparatus according to the present invention.

FIG. 12 is a flowchart of an illustrative process for magnetically enhanced plasma etching according to the present invention.

FIG. 13 is a flowchart of an illustrative process for controlling etch rate according to the present invention.

## DETAILED DESCRIPTION

FIG. 1 illustrates a cross-sectional view of a known magnetically enhanced etching apparatus 100 having a radio-frequency (RF) power supply 102. The known magnetically enhanced etching apparatus 100 includes a vacuum chamber 104 for confining a plasma 105. A vacuum pump 106 is coupled in fluid communication with the vacuum chamber 104 via a conduit 108. The vacuum pump 106 is adapted to evacuate the vacuum chamber 104 to high vacuum and to maintain the chamber at a pressure that is suitable for plasma processing. A gas source 109, such as an argon gas source, introduces gas into the vacuum chamber 104 through a gas inlet 110. A valve 112 controls the gas flow to the chamber 104.

The magnetically enhanced etching apparatus 100 also includes a cathode 114.

The cathode 114 is an electrode that is generally in the shape of a circular disk. The cathode 114 is electrically connected to a first terminal 118 of a blocking capacitor 120 with an electrical transmission line 122. A second terminal 124 of the blocking capacitor 120 is coupled to a first output 126 of the RF power supply 102. The cathode 114 is isolated from the vacuum chamber 104 by an insulator 128 that is used to pass the electrical transmission line 122 through a wall of the vacuum chamber 104.

An anode 130 is positioned in the vacuum chamber 104 opposite the cathode 114. The anode 130 is electrically coupled to ground by an electrical transmission line 132. A second output 134 of the RF power supply 102 is also electrically coupled to ground. An insulator 136 is used to pass the electrical transmission line 132 through a wall of the vacuum chamber 104 in order to isolate the anode 130 from the vacuum chamber 104. The vacuum chamber 104 can also be electrically coupled to ground.

A pair of magnets 140 is positioned outside the chamber 104 to generate a magnetic field 142 in a direction that is substantially parallel to the top surface of the cathode 114. A substrate 144 is disposed on the cathode 114.

In operation, the substrate 144 to be etched is positioned on the cathode 114. The chamber 104 is sufficiently evacuated to high vacuum by the vacuum pump 106. The etching gas from the gas source 109 is introduced into the chamber 104 through the gas inlet 110. The RF power supply 102 applies high-frequency radiation at 13.56 MHz through a blocking capacitor 120 to the cathode 114.

The high-frequency radiation applied to the cathode 114 creates a high-frequency electric field 146 in a direction that is perpendicular to the top surface of the cathode 114. The magnetic field 142 and the high-frequency electric field 146 intersect each other in a region 148 above the substrate 144. Electrons are trapped in the region 148 and collide with neutral atoms from the etching gas. These collisions generate a high-density plasma 105. The negatively biased cath-

US 6,896,775 B2

3

ode 114 attracts positively charged ions in the plasma 105 with sufficient acceleration so that the ions etch a surface of the substrate 144.

The RF power applied between the cathode 114 and the anode 130 has sufficient amplitude to ionize the etching gas and create the plasma 105 in the vacuum chamber 104. The plasma consists of positive ions and negative electrons. A typical RF driving voltage is between 500 V and 5000 V, and the distance 138 between the cathode 114 and the anode 130 is about 70 mm. Typical pressures are in the range 10 m Torr and 100 m Torr. Typical power densities are in the range of 0.1 W/cm$^2$ to 1 W/cm$^2$. Typical plasma densities are $10^9$ cm$^{-3}$–$10^{11}$ cm$^{-3}$, and the electron temperature is on the order of 3 eV.

The ionization process that generates the plasma 105 for sputter etching is sometimes referred to as direct ionization or atomic ionization by electron impact and can be described as follows:

$$Ar + e^- \rightarrow Ar^+ + 2e^-$$

where Ar represents a neutral argon atom in the etching gas and e$^-$represents an ionizing electron generated in response to the voltage applied between the cathode 114 and the anode 130. The collision between the neutral argon atom and the ionizing electron results in an argon ion (Ar$^+$) and two electrons.

The plasma discharge is maintained by secondary electron emission from the cathode 114. However, typical operating pressures must be relatively high so that the secondary electrons are not lost to the anode 130 or the walls of the chamber 104. These pressures are not optimal for most plasma processes including plasma etching.

The electrons, which cause the ionization, are generally confined by the magnetic fields produced by the magnets 140. The magnetic confinement is strongest in a confinement region 148 where the magnetic field lines are parallel to the surface of the electrode. Generally, a higher concentration of positively charged ions in the plasma is present in the confinement region 148 than elsewhere in the chamber 104. Consequently, the substrate 144 is etched more rapidly in areas directly adjacent to the higher concentration of positively charged ions. The rapid etching in these areas results in undesirable non-uniform etching of the substrate 144.

Dramatically increasing the RF power applied to the plasma alone will not result in the formation of a more uniform and denser plasma that improves the etching uniformity. Improved etching will not occur because the magnetic field will be non-uniform across the electrode and the magnetic field distribution around the electrode will be insufficient to confine the electrons. Furthermore, the amount of applied power that is necessary to achieve a significant increase in uniformity can increase the probability of generating an electrical breakdown condition leading to an undesirable electrical discharge (an electrical arc) in the chamber 104.

Pulsing the direct current (DC) power applied to the plasma can be advantageous since the average discharge power can remain low while relatively large power pulses are periodically applied. In addition, the duration of the voltage pulses can be chosen so as to reduce the probability of establishing an electrical breakdown condition. However, very large power pulses can still result in an electrical breakdown condition regardless of their duration. An undesirable electrical discharge will corrupt the etching process, cause contamination in the vacuum chamber 104, and can damage the substrate and/or any process layers already

4

fabricated. In addition, using a magnetron-type plasma generator results in a magnetic field that significantly improves confinement. The electrons generated in a magnetron-type plasma generator will have a closed-loop path that generates an ExB drift current that significantly improves confinement.

FIG. 2 illustrates a cross-sectional view of an embodiment of a magnetically enhanced plasma processing apparatus 200 according to the present invention. In one embodiment, the magnetically enhanced plasma processing apparatus 200 can be configured for magnetically enhanced reactive ion etching. In another embodiment, the magnetically enhanced plasma processing apparatus 200 can be configured for sputter etching.

The magnetically enhanced plasma processing apparatus 200 includes a chamber 202, such as a vacuum chamber. The chamber 202 is coupled in fluid communication to a vacuum pump 204 through a vacuum valve 206. In one embodiment, the chamber 202 is electrically coupled to ground potential.

The chamber 202 is coupled to a feed gas source 208 by one or more gas lines 207. In one embodiment, the gas lines 207 are isolated from the chamber and other components by insulators 209. In addition, the gas lines 207 can be isolated from the feed gas source 208 using in-line insulating couplers (not shown). A gas flow control system 210 controls the gas flow to the chamber 202. The gas source 208 can contain any type of feed gas, such as argon. In some embodiments, the feed gas is a mixture of different gases. The different gases can include reactive and non-reactive gases. In one embodiment, the feed gas is a noble gas or a mixture of noble gases.

A substrate 211 to be processed is supported in the chamber 202 by a substrate support 212. The substrate 211 can be any type of work piece such as a semiconductor wafer. In one embodiment, the substrate support 212 is electrically coupled to an output 213 of a bias voltage source 214. An insulator 215 isolates the bias voltage source 214 from the chamber 202. In one embodiment, the bias voltage source 214 is an alternating current (AC) power source, such as a radio frequency (RF) power source. In other embodiments (not shown), the substrate support 212 is coupled to ground potential or is electrically floating.

The magnetically enhanced plasma processing apparatus 200 also includes a cathode 216. In one embodiment, the cathode 216 is formed of a metal. In one embodiment, the cathode 216 is formed of a chemically inert material, such as stainless steel. The distance from the cathode 216 to the substrate 211 can vary from a few centimeters to about one hundred centimeters.

The cathode 216 is coupled to an output 222 of a matching unit 224. An insulator 226 isolates the cathode 216 from a grounded wall of the chamber 202. An input 230 of the matching unit 224 is coupled to a first output 232 of a pulsed power supply 234. A second output 236 of the pulsed power supply 234 is coupled to an anode 238. An insulator 240 isolates the anode 238 from a grounded wall of the chamber 202. Another insulator 242 isolates the anode 238 from the cathode 216.

In one embodiment (not shown), the first output 232 of the pulsed power supply 234 is directly coupled to the cathode 216. In one embodiment (not shown), the second output 236 of the pulsed power supply 234 and the anode 238 are both coupled to ground. In one embodiment (not shown), the first output 232 of the pulsed power supply 234 couples a negative voltage impulse to the cathode 216. In another embodiment (not shown), the second output 236 of the pulsed power supply 234 couples a positive voltage impulse to the anode 238.

US 6,896,775 B2

5

In one embodiment, the pulsed power supply 234 generates peak voltage levels that are on the order of 5–10 kV. In one embodiment, operating voltages are between about 50 V and 1000 V. In one embodiment, the pulsed power supply 234 sustains a discharge current level that is between about 1A and about 5,000A depending on the volume of the plasma. Typical operating currents varying from less than about one hundred amperes to more than about a few thousand amperes depending on the volume of the plasma. In one embodiment, the pulses generated by the pulsed power supply 234 have a repetition rate that is below 1 kHz. In one embodiment, the pulse width of the pulses generated by the pulsed power supply 234 is substantially between about one microsecond and several seconds.

The anode 238 is positioned so as to form a gap 244 between the anode 238 and the cathode 216 that is sufficient to allow current to flow through a region 245 between the anode 238 and the cathode 216. In one embodiment, the width of the gap 244 is between approximately 0.3 cm and 10 cm. The surface area of the cathode 216 and the dimensions of the gap determine the volume of the region 245. The dimensions of the gap 244 and the total volume of the region 245 are parameters in the ionization process as described herein.

An anode shield 248 is positioned adjacent to the anode 238 and functions as an electric shield to electrically isolate the anode 238 from the plasma. In one embodiment, the anode shield 248 is coupled to ground potential. An insulator 250 is positioned to isolate the anode shield 248 from the anode 238.

The magnetically enhanced plasma processing apparatus 200 also includes a magnet assembly 252. In one embodiment, the magnet assembly 252 is adapted to create a magnetic field 254 proximate to the cathode 216. The magnet assembly 252 can include permanent magnets 256, or alternatively, electromagnets (not shown). The configuration of the magnet assembly 252 can be varied depending on the desired shape and strength of the magnetic field 254. The magnet assembly 252 can have either a balanced or unbalanced configuration.

In one embodiment, the magnet assembly 252 includes switching electro-magnets, which generate a pulsed magnetic field proximate to the cathode 216. In some embodiments, additional magnet assemblies (not shown) are placed at various locations around and throughout the chamber 202 depending on the plasma process.

In one embodiment, the magnetically enhanced plasma processing apparatus 200 is operated by generating the magnetic field 254 proximate to the cathode 216. In the, embodiment shown in FIG. 2, the permanent magnets 256 continuously generate the magnetic field 254. In other embodiments, electro-magnets (not shown) generate the magnetic field 254 by energizing a current source that is coupled to the electro-magnets. In one embodiment, the strength of the magnetic field 254 is between about 50 and 2000 gauss. After the magnetic field 254 is generated, the feed gas from the gas source 208 is supplied to the chamber 202 by the gas flow control system 210.

In one embodiment, the feed gas is supplied to the chamber 202 directly between the cathode 216 and the anode 238. Directly injecting the feed gas between the cathode 216 and the anode 238 can increase the flow rate of the gas between the cathode 216 and the anode 238. Increasing the flow rate of the gas allows longer duration impulses and thus, can result in the formation higher density plasmas. The flow of the feed gas is discussed further in connection with FIG. 3.

6

In one embodiment, the pulsed power supply 234 is a component of an ionization source that generates a weakly-ionized plasma. The pulsed power supply 234 applies a voltage pulse between the cathode 216 and the anode 238. In one embodiment, the pulsed power supply 234 applies a negative voltage pulse to the cathode 216. The amplitude and shape of the voltage pulse are chosen such that a weakly-ionized plasma is generated in the region 246 between the anode 238 and the cathode 216.

The weakly-ionized plasma is also referred to as a pre-ionized plasma. In one embodiment, the peak plasma density of the pre-ionized plasma is between about $10^6$ and $10^{12}$ cm$^{-3}$ for argon gas. In one embodiment, the pressure in the chamber varies from about $10^{-3}$ to 10 Torr. The peak plasma density of the pre-ionized plasma depends on the properties of the specific plasma processing system.

In one embodiment, the pulsed power supply 234 generates a low power pulse having an initial voltage of between about 100 V and 5 kV with a discharge current of between about 0.1A and 100A in order to generate the weakly-ionized plasma. In some embodiments the width of the pulse can be in on the order of about 0.1 microseconds to about one hundred seconds. Specific parameters of the pulse are discussed herein in more detail.

In one embodiment, the pulsed power supply 234 applies a voltage between the cathode 216 and the anode 238 before the feed gas is supplied between the cathode 216 and the anode 238. In another embodiment, the pulsed power supply 234 applies a voltage between the cathode 216 and the anode 238 after the feed gas is supplied between the cathode 216 and the anode 238.

In one embodiment, a direct current (DC) power supply (not shown) is used to generate and maintain the weakly-ionized or pre-ionized plasma. In this embodiment, the DC power supply is adapted to generate a voltage that is large enough to ignite the pre-ionized plasma. In one embodiment, the DC power supply generates an initial voltage of several kilovolts between the cathode 216 and the anode 238 in order to generate and maintain the pre-ionized plasma. The initial voltage between the cathode 216 and the anode 238 creates a plasma discharge voltage that is on the order of 100–1000 V with a discharge current that is on the order of 0.1 A–100 A.

The direct current required to generate and maintain the pre-ionized plasma is a function of the volume of the plasma. In addition, the current required to generate and maintain the pre-ionized plasma is a function of the strength of the magnetic field in the region 245. For example, in one embodiment, the DC power supply generates a current that is between about 1 mA and 100 A depending on the volume of the plasma and the strength of the magnetic field in the region 245. The DC power supply can be adapted to generate and maintain an initial peak voltage between the cathode 216 and the anode 238 before the introduction of the feed gas.

In another embodiment, an alternating current (AC) power supply (not shown) is used to generate and maintain the weakly-ionized or pre-ionized plasma. For example, the weakly-ionized or pre-ionized plasma can be generated and maintained using electron cyclotron resonance (ECR), capacitively coupled plasma discharge (CCP), or inductively coupled plasma (ICP) discharge. An AC power supply can require less power to generate and maintain a weakly-ionized plasma than a DC power supply. In addition, the pre-ionized or weakly-ionized plasma can be generated by numerous other techniques, such as UV radiation techniques, X-ray techniques, electron beam techniques, ion

7

beam techniques, or ionizing filament techniques. In some embodiments, the weakly-ionized plasma is formed outside of the region 245 and then diffuses into the region, 245.

Forming a weakly-ionized or pre-ionized plasma substantially eliminates the probability of establishing a breakdown condition in the chamber 202 when high-power pulses are applied between the cathode 216 and the anode 238. Uniformly distributing the weakly-ionized or pre-ionized plasma over the cathode area results in a more uniform strongly ionized plasma when a high power pulse is applied. The probability of establishing a breakdown condition is substantially eliminated because the weakly-ionized plasma has a low-level of ionization that provides electrical conductivity through the plasma. This conductivity greatly reduces or prevents the possibility of a breakdown condition when high power is applied to the plasma.

Once the weakly-ionized plasma is formed, high-power pulses are then generated between the cathode 216 and the anode 238. In one embodiment, the pulsed power supply 234 generates the high-power pulses. The desired power level of the high-power pulse depends on several factors including the nature of the etch process, desired etch rate, density of the pre-ionized plasma, and the volume of the plasma. In one embodiment, the power level of the high-power pulse is in the range of about 1 kW to about 10 MW.

Each of the high-power pulses are maintained for a predetermined time that, in one embodiment, is about one microsecond to about ten seconds. In one embodiment, the repetition frequency or repetition rate of the high-power pulses is in the range of between about 0.1 Hz to 1 kHz. In order to minimize undesirable substrate heating, the average power generated by the pulsed power supply 234 can be less than one megawatt depending on the volume of the plasma. In one embodiment, the thermal energy in at least one of the cathode 216, the anode 238,and the substrate support 212 is conducted away or dissipated by liquid or gas cooling such as helium cooling (not shown).

The high-power pulses generate a strong electric field between the cathode 216 and the anode 238. This strong electric field is substantially located in the region 245 across the gap 244 between the cathode 216 and the anode 238. In one embodiment, the electric field is a pulsed electric field. In another embodiment, the electric field is a quasi-static electric field. By quasi-static electric field we mean an electric field that has a characteristic time of electric field variation that is much greater than the collision time for electrons with neutral gas particles. Such a time of electric field variation can be on the order of ten seconds. The strength and the position of the strong electric field will be discussed in more detail herein.

The high-power pulses generate a highly-ionized or a strongly-ionized plasma from the weakly-ionized plasma. For example, the discharge current that is formed from this strongly-ionized plasma can be on the order of 5 kA with a discharge voltage that is in the range of 50–500 V for a pressure that is on the order of about 100 m Torr and 10 Torr. In one embodiment, the discharge voltage is chosen to be relatively low so that the probability of sputtering material from the cathode 216 is low.

In one embodiment, the substrate 211 is biased more negatively than the cathode 216. The positively charged ions in the strongly-ionized plasma accelerate towards the substrate 211. The accelerated ions impact a surface of substrate 211, causing the surface of the substrate 211 to be etched. The strongly-ionized plasma of the present invention causes a very uniform and very high etch rate.

In one embodiment of the invention, the ion flux density of the strongly-ionized plasma and the ion energy of the ions

8

in the strongly-ionized plasma are independently controlled. In one embodiment, the ion flux density is controlled by adjusting the power level and the duration of the high-power pulses generated by the pulsed power supply 234. In one embodiment, the ion energy of the ions that strike the substrate 211 and cause the surface of the substrate 211 to be etched is controlled by adjusting the negative substrate bias voltage generated by the bias voltage source 214 (FIG. 2).

In one embodiment, the strongly-ionized plasma tends to diffuse homogenously in the region 246 and, therefore tends to create a more homogeneous plasma volume. The homogenous diffusion results in accelerated ions impacting the surface of the substrate 211 in a more uniform manner than with a conventional plasma etching system. Consequently, the surface of the substrate is etched more uniformly. In one embodiment, this uniformity is achieved without the necessity of rotating the substrate 211 and/or the magnet assembly 252. The physical mechanism responsible for this homogenous diffusion is described with reference to FIG. 6A through FIG. 6D.

FIG. 3 illustrates a cross-sectional view of the cathode 216 and the anode 238 of FIG. 2. In operation, the feed gas 264 flows between the cathode 216 and the anode 238. In one embodiment, the flow of the feed gas 264 is chosen so as to cause a relatively high gas volume exchange in the region 245 between the cathode 216 and the anode 238.

A pre-ionizing voltage is applied between the cathode 216 and the anode 238 across the feed gas 264 and forms the weakly-ionized plasma. The weakly-ionized plasma is generally formed in the region 245 and diffuses to a region 266 as the feed gas 264 continues to flow. In one embodiment (not shown) the magnet assembly 252 is adapted to create a magnetic field 254 in the region 245 that extends to the center of the cathode. Such a magnetic field assists in diffusing the electrons from area 245 to area 266. In another embodiment, the volume of weakly-ionized plasma in the region 245 is rapidly exchanged with a fresh volume of feed gas 264. The electrons in the weakly-ionized plasma are substantially trapped in the region 266 by the magnetic field 254.

A high-power pulse is then applied between the cathode 216 and the anode 238 after the formation of the weakly-ionized plasma in the region 245. This high-power pulse generates the strong electric field 260 in the region 245 between the cathode 216 and the anode 238. The strong electric field 260 causes collisions to occur between neutral atoms, electrons, and ions in the weakly ionized plasma. These collisions generate numerous excited argon atoms in the weakly-ionized plasma. In one embodiment, the cathode 216 and the anode 238 are adapted for sputter etch materials processing.

The accumulation of excited atoms in the weakly-ionized plasma alters the ionization process. In one embodiment, the strong electric field 260 facilitates a multi-step ionization process of an atomic feed gas that significantly increases the rate at which the strongly-ionized plasma is formed. The multi-step ionization processes has an efficiency that increases as the density of excited atoms in the weakly-ionized plasma increases. In another embodiment, the strong electric field 260 enhances the formation of ions of a molecular or atomic feed gas to provide a reactive ion source for reactive ion etching.

In one embodiment, the distance or gap 244 between the cathode 216 and the anode 238 is chosen so as to maximize the rate of excitation of the atoms. The value of the electric field 260 in the region 245 depends on the voltage level applied by the pulsed power supply 234 (FIG. 2) and the

**9**

dimensions of the gap **244** between the anode **238** and the cathode **216**. In some embodiments, the strength of the electric field **260** varies between about 5 V/cm and $10^5$ V/cm depending on various system parameters and operating conditions of the magnetron system.

In some embodiments, the gap **244** can be between about 0.30 cm and about 10 cm depending on various parameters of the process. In one embodiment, the electric field **260** in the region **245** is rapidly applied to the pre-ionized or weakly-ionized plasma. In some embodiments, the rapidly applied electric field **260** is generated by a voltage pulse having a rise time that is between about 0.1 microsecond and ten seconds.

In one embodiment, the dimensions of the gap **244** and the parameters of the applied electric field **260** are chosen to determine the optimum condition for a maximum rate of excitation of the atoms in the region **245**. For example, an argon atom requires an energy of about 11.55 eV to become excited. Thus, as the feed gas **264** flows through the region **245**, the weakly-ionized plasma is formed and the atoms in the weakly-ionized plasma undergo a stepwise ionization process.

The excited atoms in the weakly-ionized plasma then encounter the electrons that are trapped in the region **266** by the magnetic field **254**. Excited atoms only require about 4 eV of energy to ionize while neutral atoms require about 15.76 eV of energy to ionize. Therefore, the excited atoms will ionize at a much higher rate than neutral atoms. In one embodiment, the ions in the strongly-ionized plasma strike the cathode **216** causing secondary electron emission from the cathode **216**. These secondary electrons are substantially trapped by the magnetic field **254** and interact with any neutral or excited atoms in the strongly-ionized plasma. This process further increases the density of ions in the strongly-ionized plasma as the feed gas **264** is replenished.

The multi-step ionization process corresponding to the rapid application of the electric field **260** can be described as follows:

$$Ar + e^- \rightarrow Ar^* + e^-$$

$$Ar^* + e^- \rightarrow Ar^+ + 2e^-$$

where Ar represents a neutral argon atom in the feed gas and $e^-$ represents an ionizing electron generated in response to a pre-ionized plasma, when sufficient voltage is applied between the cathode **216** and the anode **238**. Additionally, Ar* represents an excited argon atom in the weakly-ionized plasma. The collision between the excited argon atom and the ionizing electron results in an argon ion (Ar$^+$) and two electrons.

The excited argon atoms generally require less energy to become ionized than neutral argon atoms. Thus, the excited atoms tend to more rapidly ionize near the surface of the cathode **216** than the neutral argon atoms. As the density of the excited atoms in the plasma increases, the efficiency of the ionization process rapidly increases. This increased efficiency eventually results in an avalanche-like increase in the density of the strongly-ionized plasma. Under appropriate excitation conditions, the portion of the energy applied to the weakly-ionized plasma that is transformed to the excited atoms is very high for a pulsed discharge in the feed gas.

Thus, in one aspect of the invention, high-power pulses are applied to a weakly-ionized plasma across the gap **244** to generate a strong electric field **260** between the anode **238** and the cathode **216**. This strong electric field **260** generates excited atoms in the weakly-ionized plasma. The excited atoms diffuse to the center of the cathode and are rapidly

**10**

ionized by secondary electrons emitted by the cathode **216**. The rapid ionization results in a strongly-ionized plasma having a large ion density that is formed in an area proximate to the cathode **216**.

In one embodiment of the invention, a higher density plasma is generated by controlling the flow of the feed gas **264** in the region **245**. In this embodiment, a first volume of feed gas **264** is supplied to the region **245**. The first volume of feed gas **264** is then ionized to form a weakly-ionized plasma in the region **245**. Next, the pulsed power supply **234** (FIG. 2) applies a high power electrical pulse across the weakly-ionized plasma. The high power electrical pulse generates a strongly-ionized plasma from the weakly-ionized plasma.

The level and duration of the high power electrical pulse is limited by the level and duration of the power that the strongly-ionized plasma can absorb before the high power discharge contracts and terminates. In one embodiment, the flow rate of the feed gas **264** is increased so that the strength and the duration of the high-power electrical pulse can be increased in order to increase the density of the strongly-ionized plasma.

In one embodiment, the strongly-ionized plasma is transported through the region **245** by a rapid volume exchange of feed gas **264**. As the feed gas **264** moves through the region **245**, it interacts with the moving strongly-ionized plasma and also becomes strongly-ionized from the applied high-power electrical pulse. The ionization process can be a combination of direct ionization and/or stepwise ionization as described herein. Transporting the strongly-ionized plasma through the region **245** by a rapid volume exchange of the feed gas **264** increases the level and the duration of the power that can be applied to the strongly-ionized plasma and, thus, generates a higher density strongly-ionized plasma in the region **246**.

FIG. 4 illustrates a graphical representation **300** of the applied power of a pulse as a function of time for periodic pulses applied to the plasma in the magnetically enhanced plasma processing apparatus **200** of FIG. 2. At time $t_0$, the feed gas from the gas source **208** flows into the chamber **202** before the pulsed power supply **234** is activated. The time required for a sufficient quantity of gas to flow from the gas source **208** into the chamber **202** depends on several factors including the flow rate of the gas and the desired pressure in the chamber **202**.

In one embodiment (not shown), the pulsed power supply **234** is activated before the feed gas flows into the chamber **202**. In this embodiment, the feed gas is injected between the anode **238** and the cathode **216** where it is ignited by the pulsed power supply **234** to generate the weakly-ionized plasma.

In one embodiment, the feed gas flows between the anode **238** and the cathode **216** between time $t_0$ and time $t_1$. At time $t_1$ the pulsed power supply **234** generates a pulse **302** between the cathode **216** and the anode **238** that has a power which is between about 0.01 kW and 100 kW depending on the volume of the plasma. The pulse **302** is sufficient to ignite the feed gas to generate the weakly-ionized plasma.

In one embodiment (not shown), the pulsed power supply **234** applies a potential between the cathode **216** and the anode **238** before the feed gas **264** (FIG. 3) from the gas source **208** is delivered into the chamber **202**. In this embodiment, the feed gas **264** is ignited as it flows between the cathode **216** and the anode **238**. In other embodiments, the pulsed power supply **234** generates the pulse **302** between the cathode **216** and the anode **238** during or after the feed gas **264** from the gas source **208** is delivered into the chamber **202**.

11

12

The power generated by the pulsed power supply **234** partially ionizes the gas that is located in the region **245** between the cathode **216** and the anode **238**. The partially ionized gas is also referred to as a weakly-ionized plasma or a pre-ionized plasma. As described herein, the formation of the weakly-ionized plasma substantially eliminates the possibility of creating a breakdown condition when high-power pulses are applied to the weakly-ionized plasma.

In one embodiment, the power is continuously applied for between about one microsecond and one hundred seconds to allow the pre-ionized plasma to form and be maintained at a sufficient plasma density. In one embodiment, the power from the pulsed power supply **234** is continuously applied after the weakly-ionized plasma is ignited to maintain the weakly-ionized plasma. The pulsed power supply **234** can be designed so as to output a continuous nominal power in order to generate and sustain the weakly-ionized plasma until a high-power pulse is delivered by the pulsed power supply **234**.

Between time $t_2$ and time $t_3$, the pulsed power supply **234** delivers a high-power pulse **304** across the weakly-ionized plasma. In some embodiments, the high-power pulse **304** has a power that is in the range of between about 1 kW and 10 MW depending on parameters of the magnetically enhanced plasma processing apparatus **200**. The high-power pulse **304** has a leading edge **306** having a rise time of between about 0.1 microseconds and ten seconds.

The high-power pulse **304** has a power and a pulse width that is sufficient to transform the weakly-ionized plasma to a strongly-ionized plasma. In one embodiment, the high-power pulse **304** is applied for a time that is in the range of between about ten microseconds and ten seconds. At time $t_4$, the high-power pulse **304** is terminated.

The power supply **224** maintains the weakly-ionized plasma after the delivery of the high-power pulse **304** by applying background power that, in one embodiment, is between about 0.01 kW and 100 kW. The background power can be a pulsed or continuously applied power that maintains the pre-ionization condition in the plasma, while the pulsed power supply **234** prepares to deliver another high-power pulse **308**.

At time $t_5$, the pulsed power supply **234** delivers another high-power pulse **308**. In one embodiment, the repetition rate between the high-power pulses **304**, **308** is between about 0.1 Hz and 1 kHz. The particular size, shape, width, and frequency of the high-power pulses **304**, **308** depend on various factors including process parameters, the design of the pulsed power supply **234**, and the design of the magnetically enhanced plasma processing apparatus. The shape and duration of the leading edge **308** and the trailing edge **310** of the high-power pulse **304** is chosen to sustain the weakly-ionized plasma while controlling the rate of ionization of the strongly-ionized plasma. In one embodiment, the particular size, shape, width, and frequency of the high-power pulse **304** is chosen to control the etch rate of the substrate **211** (FIG. 2).

FIG. **5** illustrates graphical representations **320**, **322**, and **324** of the absolute value of applied voltage, current, and power, respectively, as a function of time for periodic pulses applied to the plasma in the magnetically enhanced plasma processing apparatus **200** of FIG. 2. In one embodiment, at time $t_0$ (not shown), the feed gas **264** (FIG. 3) from the gas source **208** flows into the chamber **202** before the pulsed power supply **234** is activated. The time required for a sufficient quantity of feed gas **264** to flow from the gas source **208** into the chamber **202** depends on several factors including the flow rate of the feed gas **264** and the desired pressure in the chamber **202**.

In the embodiment shown in FIG. **5**, the power supply **234** generates a constant power in time $t_1$. At time $t_1$, the pulsed power supply **234** generates a voltage **326** across the anode **238** and the cathode **216**. In one embodiment, the voltage **326** is approximately between 100 V and 5 kV. The period between time $t_0$ and time $t_1$ (not shown) can be on the order of several microseconds up to several milliseconds. At time $t_1$, the current **328** and the power **330** have constant value.

Between time $t_1$ and time $t_2$, the voltage **326**, the current **328**, and the power **330** remain constant as the weakly-ionized plasma is generated. The voltage **332** at time $t_2$ is between about 100 V and 5 kV. The current **334** at time $t_2$ is between about 0.1A and 100A. The power **336** delivered at time $t_2$ is between about 0.01 kW and 100 kW.

The power **336** generated by the pulsed power supply **234** partially ionizes the gas that is located between the cathode **216** and the anode **238**. The partially ionized gas is also referred to as a weakly-ionized plasma or a pre-ionized plasma. As described herein, the formation of the weakly-ionized plasma substantially eliminates the possibility of creating a breakdown condition when high-power pulses are applied to the weakly-ionized plasma. The suppression of this breakdown condition substantially eliminates the occurrence of undesirable arcing in the chamber **202**.

In one embodiment, the period between time $t_1$ and time $t_2$ is between about one microsecond and one hundred seconds to allow the pre-ionized plasma to form and be maintained at a sufficient plasma density. In one embodiment, the power **334** from the pulsed power supply **234** is continuously applied to maintain the weakly-ionized plasma. The pulsed power supply **234** can be designed so as to output a continuous nominal power in order to sustain the weakly-ionized plasma.

Between time $t_2$ and time $t_3$, the pulsed power supply **234** delivers a large voltage pulse **338** across the weakly-ionized plasma. In some embodiments, the large voltage pulse **338** has a voltage that is in the range of 200V to 30 kV. In some embodiments, the period between time $t_2$ and time $t_3$ is between about 0.1 microseconds and ten seconds. The large voltage pulse **338** is applied between time t $t_3$ and time $t_4$, before the current across the plasma begins to increase. In one embodiment, the period between time $t_3$ and time $t_4$ can be between about 10 nanoseconds and one microsecond.

Between time $t_4$ and time $t_5$, the voltage **340** drops as the current **342** increases. The power **344** also increases between time $t_4$ and time $t_5$, until a quasi-stationary state exists between the voltage **346** and the current **348**. The period between time $t_4$ and time $t_5$ can be on the order of several hundreds of nanoseconds.

In one embodiment, at time $t_5$, the voltage **346** is between about 50V and 1000V, the current **348** is between about 10 A and 5 kA, and the power **350** is between about 1 kW and 10 MW. The power **350** is continuously applied to the plasma until time $t_6$. In one embodiment, the period between time $t_5$ and time $t_6$ is approximately between one microsecond and ten seconds.

In one embodiment, the magnetically enhanced plasma processing apparatus is configured for plasma etching. In this embodiment, to substantially prevent sputtering from the cathode **216**, the voltage **346** is between about 50 V and 1000 V and the current **348** is between about 1000A and 10,000A at time $t_5$.

The pulsed power supply **234** delivers a high-power pulse having a maximum power **350** and a pulse width that is sufficient to transform the weakly-ionized plasma to a strongly-ionized plasma. At time $t_6$, the maximum power **350** is terminated. In one embodiment, the pulsed power

13

supply **234** continues to supply a background power that is sufficient maintain the plasma after time t₆.

In one embodiment, the power supply **224** maintains the plasma after the delivery of the high-power pulse by continuing to apply a power **352** that can be between about 0.01 kW and 100 kW to the plasma. The continuously generated power maintains the pre-ionization condition in the plasma, while the pulsed power supply **234** prepares to deliver the next high-power pulse.

At time t₇, the pulsed power supply **234** delivers the next high-power pulse (not shown). In one embodiment, the repetition rate between the high-power pulses is between about 0.1 Hz and 10 kHz. The particular size, shape, width, and frequency of the high-power pulses depend on various factors including process parameters, the design of the pulsed power supply **234**, and the design of the magnetically enhanced plasma processing system.

In another embodiment (not shown), the power supply **234** generates a constant voltage. In this embodiment, the voltage **320** is continuously applied from time t₂ until time t₆. The current **322** and the power **324** rise until time t₆ and then remain at a relatively constant level until the voltage **320** is terminated. The increased current and power generate excited atoms.

FIG. 6A through FIG. 6D illustrate various simulated magnetic field distributions **400**, **402**, **404**, and **406** proximate to the cathode **216** for various electron E×B drift currents in the magnetically enhanced plasma processing apparatus **200** of FIG. 2. Plasmas generated by a magnetron have strong diamagnetic properties so the magnetron discharge tends to exclude external magnetic fields from the plasma volume. The simulated magnetic fields distributions **400**, **402**, **404**, and **406** indicate that high-power plasmas having high current density tend to diffuse homogeneously in the area **246** of the magnetically enhanced plasma processing apparatus **200** of FIG. 2.

The high-power pulses between the cathode **216** and the anode **238** generate secondary electrons from the cathode **216** that move in a substantially circular motion proximate to the cathode **216** according to crossed electric and magnetic fields. The substantially circular motion of the electrons generates an electron E×B drift current. The magnitude of the electron E×B drift current is proportional to the magnitude of the discharge current in the plasma and, in one embodiment, is approximately in the range of between about three and ten times the magnitude of the discharge current.

In one embodiment, the substantially circular electron E×B drift current generates a magnetic field that interacts with the magnetic field generated by the magnet assembly **252**. In one embodiment, the magnetic field generated by the electron E×B drift current has a direction that is substantially opposite to the magnetic field generated by the magnet assembly **252**. The magnitude of the magnetic field generated by the electron E×B drift current increases with increased electron E×B drift current. The homogeneous diffusion of the strongly-ionized plasma in the region **246** is caused, at least in part, by the interaction of the magnetic field generated by the magnet assembly **252** and the magnetic field generated by the electron E×B drift current.

In one embodiment, the electron E×B drift current defines a substantially circular shape for low current density plasma. However, as the current density of the plasma increases, the substantially circular electron E×B drift current tends to describe a more complex shape as the interaction of the magnetic field generated by the magnet assembly **252**, the electric field generated by the high-power pulse, and the magnetic field generated by the electron E×B drift current

14

becomes more acute. For example, in one embodiment, the electron E×B drift current has a substantially cycloidal shape. Thus, the exact shape of the electron E×B drift current can be quite elaborate and depends on various factors.

For example, FIG. 6A illustrates the magnetic field lines **408** produced from the interaction of the magnetic field generated by the magnet assembly **252** and the magnetic field generated by an electron E×B drift current **410** illustrated by a substantially circularly shaped ring. The electron E×B drift current **410** is generated proximate to the cathode **216**.

In the example shown in FIG. 6A, the electron E×B drift current **410** is approximately one hundred amperes (100A). In one embodiment of the invention, the electron E×B drift current **410** is between approximately three and ten times as great as the discharge current. Thus, in the example shown in FIG. 6A, the discharge current is approximately between 10A and 30A. The magnetic field lines **408** shown in FIG. 6A indicate that the magnetic field generated by the magnet assembly **252** is substantially undisturbed by the relatively small magnetic field that is generated by the relatively small electron E×B drift current **410**.

FIG. 6B illustrates the magnetic field lines **412** produced from the interaction of the magnetic field generated by the magnet assembly **252** and the magnetic field generated by an electron E×B drift current **414**. The electron E×B drift current **414** is generated proximate to the cathode **216**. In the example shown in FIG. 6B, the electron E×B drift current **414** is approximately 300A. Since the electron E×B drift current **414** is typically between about three and ten times as great as the discharge current, the discharge current in this example is approximately between 30A and 100A.

The magnetic field lines **412** that are generated by the magnet assembly **252** are substantially undisturbed by the relatively small magnetic field generated by the relatively small electron E×B drift current **414**. However, the magnetic field lines **416** that are closest to the electron E×B drift current **414** are somewhat distorted by the magnetic field generated by the electron E×B drift current **414**. The distortion suggests that a larger electron E×B drift current should generate a stronger magnetic field that will interact more strongly with the magnetic field generated by the magnet assembly **252**.

FIG. 6C illustrates the magnetic field lines **418** that are produced from the interaction of the magnetic field generated by the magnet assembly **252** and by the magnetic field generated by an electron E×B drift current **420**. The electron E×B drift current **420** is generated proximate to the cathode **216**. In the example shown in FIG. 6C, the electron E×B drift current **420** is approximately 1,000 A. Since the electron E×B drift current **420** is typically between about three and ten times as great as the discharge current, the discharge current in this example is approximately between 100 A and 300 A.

The magnetic field lines **418** that are generated by the magnet assembly **252** exhibit substantial distortion that is caused by the relatively strong magnetic field generated by the relatively large electron E×B drift current **420**. Thus, the larger electron E×B drift current **420** generates a stronger magnetic field that strongly interacts with and can begin to dominate the magnetic field generated by the magnet assembly **252**.

The interaction of the magnetic field generated by the magnet assembly **252** and the magnetic field generated by the electron E×B drift current **420** substantially generates magnetic field lines **422** that are somewhat more parallel to

US 6,896,775 B2

15

the surface of the cathode **216** than the magnetic field lines **408**, **412**, and **416** in FIG. **6A** and FIG. **6B**. The magnetic field lines **422** cause the strongly-ionized plasma to more uniformly distribute in the area **246**.

Thus, the strongly-ionized plasma is substantially uniformly diffused in the area **246**. The cathode **216** is, therefore, bombarded more uniformly by positive ions as compared with conventional magnetically enhanced etching systems. This uniform bombardment generates secondary electrons that are uniformly distributed in the area **246**. The secondary electrons uniformly interact with the substantially uniform strongly-ionized plasma. Consequently, the substrate **211** (FIG. **2**) is more uniformly etched in a magnetically enhanced plasma etching process according to the invention.

FIG. **6D** illustrates the magnetic field lines **424** produced from the interaction of the magnetic field generated by the magnet assembly **252** and the magnetic field generated by an electron E×B drift current **426**. The electron E×B drift current **426** is generated proximate to the cathode **216**. In the example shown in FIG. **6D**, the electron E×B drift current **426** is approximately 5 kA. The discharge current in this example is approximately between 500A and 1,700A.

The magnetic field lines **424** generated by the magnet assembly **252** are relatively distorted due to their interaction with the relatively strong magnetic field generated by the relatively large electron E×B drift current **426**. Thus, in this embodiment, the relatively large electron E×B drift current **426** generates a very strong magnetic field that is substantially stronger than the magnetic field generated by the magnet assembly **252**.

FIG. **7** illustrates a cross-sectional view of another embodiment of a magnetically enhanced plasma processing apparatus **450** according to the present invention. The magnetically enhanced plasma processing apparatus **450** includes an electrode **452** that generates a weakly-ionized or pre-ionized plasma. The electrode **452** is also referred to as a pre-ionizing filament electrode and is a component in an ionization source that generates the weakly-ionized plasma.

In one embodiment, the electrode **452** is coupled to an output **454** of a power supply **456**. The power supply **456** can be a DC power supply or an AC power supply. An insulator **458** isolates the electrode **452** from the grounded wall of the chamber **202**. In one embodiment, the electrode **452** is substantially shaped in the form of a ring electrode. In other embodiments, the electrode **452** is substantially shaped in a linear form or any other shape that is suitable for pre-ionizing the plasma.

In one embodiment, a second output **460** of the power supply **456** is coupled to the cathode **216**. The insulator **226** isolates the cathode **216** from the grounded wall of the chamber **202**. In one embodiment, the power supply **456** generates an average output power that is in the range of between about 0.01 kW and 100 kW. Such an output power is sufficient to generate a suitable current between the electrode **452** and the cathode **216** to pre-ionize the feed gas that is located proximate to the electrode **452**.

In operation, the magnetically enhanced plasma processing apparatus **450** functions in a similar manner to the magnetically enhanced plasma processing apparatus **200** of FIG. **2**. The magnetic field **254** is generated proximate to the cathode **216**. In one embodiment, the strength of the magnetic field **254** is between about fifty and two thousand gauss. The feed gas is supplied from the gas source **208** to the chamber **202** by the gas flow control system **210**.

The power supply **456** applies a suitable current between the cathode **216** and the electrode **452**. The parameters of the

16

current are chosen to establish a weakly-ionized plasma in the area **246** proximate to the electrode **452**. In one embodiment, the power supply **456** generates a voltage that is between about 100 V and 5 kV with a discharge current that is between about 0.1 A and 100A depending on the volume of the plasma. An example of specific parameters of the voltage will be discussed herein in more detail in connection with FIG. **8**.

In one embodiment, the resulting pre-ionized plasma density is in the range of between approximately $10^6$ and $10^{12}$ cm$^{-3}$ for argon sputtering gas. In one embodiment, the pressure in the chamber **202** is in the range of approximately $10^{-3}$ to 10 Torr. As previously discussed, the weakly-ionized or pre-ionized plasma substantially eliminates the possibility of establishing a breakdown condition in the chamber **202** when high-power pulses are applied to the plasma.

The pulsed power supply **234** then generates a high-power pulse between the cathode **216** and the anode **238**. The high-power pulse generates a strongly-ionized plasma from the weakly-ionized plasma. The parameters of the high-power pulse depend on various parameters including the volume of the plasma, the desired deposition rate, and the concentration of the pre-ionized plasma necessary for etching the substrate **211**.

In one embodiment, the high-power pulse between the cathode **216** and the anode **238** is in the range of about 1 kW to about 10 MW. In one embodiment, the discharge current density that can be generated from the strongly-ionized plasma is greater than about 1 A/cm$^2$ for a pressure of approximately 10 m Torr. In one embodiment, the high-power pulse has a pulse width that is in the range of approximately one microsecond to several seconds. In one embodiment, the repetition rate of the high-power discharge is in the range of between about 0.1 Hz to about 10 kHz.

The average power generated by the pulsed power supply can be chosen to minimize undesirable substrate heating. For example, the average power generated by the pulsed power supply can be chosen to be less than one megawatt depending on the volume of the plasma. In one embodiment, the thermal energy in at least one of the cathode **216**, the anode **238**, and the substrate support **212** can be conducted away or dissipated by liquid or gas cooling (not shown).

The gas flow control system **210** provides a feed gas flow rate that is high enough to maintain the strongly-ionized plasma. Additionally, the vacuum valve **206** controls the pressure so as to maintain the pressure inside the chamber **202** in a range that maintains the strongly-ionized plasma.

The ions in the strongly-ionized plasma accelerate towards the substrate **211** and impact the surface of the substrate **211**. The strongly ionized plasma results in a very high etch rate of the substrate material. Furthermore, as described herein in connection with FIG. **6A** though FIG. **6D**, the strongly-ionized plasma generated by the plasma processing systems according to the present invention tends to diffuse homogenously in the area **246** due to the interaction of generated magnetic fields. The homogenous diffusion results in a more uniform distribution of ions impacting the surface of the substrate **211** compared with conventional plasma etching systems, thereby resulting in relatively uniform etching of the substrate **211**.

FIG. **8** illustrates a graphical representation **500** of pulse power as a function of time for periodic pulses applied to the plasma in the magnetically enhanced plasma processing system **450** of FIG. **7**. In one embodiment, the feed gas from the gas source **208** flows into the chamber **202** at time $t_0$, before either the power supply **456** or the pulsed power supply **234** are activated.

US 6,896,775 B2

17

In another embodiment, prior to the formation of the weakly-ionized plasma, the power supply 456 and/or the pulsed power supply 234 are activated at time $t_0$ before the feed gas enters the chamber 202. In this embodiment, the feed gas is injected between the electrode 452 and the cathode 216 where it is ignited by the power supply 456 to generate the weakly-ionized plasma.

The time required for a sufficient quantity of feed gas to flow into the chamber 202 depends on several factors including the flow rate of the feed gas and the desired operating pressure in the chamber 202. At time $t^1$ the power supply 456 generates a power 502 that is in the range of between about 0.01 kW to about 100 kW between the electrode 452 and the cathode 216. The power 502 causes the feed gas proximate to the electrode 452 to become partially ionized, thereby generating a weakly-ionized plasma or a pre-ionized plasma.

At time $t_2$, the pulsed power supply 234 delivers a high-power pulse 504 to the weakly-ionized plasma that is on the order of less than 1 kW to about 10 MW depending on the volume of the plasma. The high-power pulse 504 is sufficient to transform the weakly-ionized plasma to a strongly-ionized plasma. The high-power pulse has a leading edge 506 having a rise time of between about 0.1 microseconds and ten seconds.

In one embodiment, the pulse width of the high-power pulse 504 is in the range of between about one microsecond and ten seconds. The high-power pulse 504 is terminated at time $t_4$. Even after the delivery of the high-power pulse 504, the power 502 from the power supply 456 is continuously applied to sustain the pre-ionized plasma, while the pulsed power supply 234 prepares to deliver another high-power pulse 508. In another embodiment (not shown), the power supply 456 is an AC power supply and delivers suitable power pulses to ignite and sustain the weakly-ionized plasma.

At time $t_5$, the pulsed power supply 234 delivers another high-power pulse 508. In one embodiment, the repetition rate of the high-power pulses is between about 0.1 Hz and 10 kHz. The particular size, shape, width, and frequency of the high-power pulse depend on the process parameters and on the design of the pulsed power supply 234 and the plasma processing system. The shape and duration of the leading edge 506 and the trailing edge 510 of the high-power pulse 504 is chosen to control the rate of ionization of the strongly-ionized plasma. In one embodiment, the particular size, shape, width, and frequency of the high-power pulse 504 is chosen to control the etch rate of the substrate material.

FIG. 9A through FIG. 9C are cross-sectional views of various embodiments of cathodes 216', 216", and 216''' according to the present invention. FIG. 9A through FIG. 9C illustrate one side (the right side with reference to FIG. 7) of each cathode 21 6', 216", and 216'''. The left side of each cathode 216', 216", and 216''' is generally symmetrical to the illustrated right side. FIG. 9A through FIG. 9C illustrate various configurations of the electrode 452 and the cathodes 216', 216", and 216'''. These various configurations can affect the parameters of the electric field generated between the electrode 452 and each of the cathodes 216', 216", and 216'''.

The parameters of the electric field can influence the ignition of the pre-ionized plasma as well as the pre-ionization process generally. In one embodiment, these various embodiments create the necessary conditions for breakdown of the feed gas and ignition of the weakly-ionized plasma in the region between the anode 238 and each respective cathode 216', 216", and 216'''.

18

FIG. 9A illustrates one side of the cathode 216'. The surface 518 of the cathode 216' is substantially parallel to the ring-shaped electrode 452 and extends past the bend 520 of the ring-shaped electrode 452. In this embodiment, the electric field lines (not shown) from the electric field generated between the cathode 216' and the ring-shaped electrode 452 are substantially perpendicular to the cathode 216' along the circumference of the ring-shaped electrode 452. This embodiment can increase the efficiency of the pre-ionization process.

FIG. 9B illustrates one side of the cathode 216". In this embodiment, the electric field lines (not shown) generated between the cathode 216" and the electrode 452 are substantially perpendicular to the cathode 216" at the point 528 on the cathode 216". The electric field in the gap 530 between the electrode 452 and the cathode 216" is adapted to ignite the plasma from the feed gas flowing through the gap 530. Depending on various parameters, such as where the magnetic field is generated relative to the point 528 and the pressure in the area proximate to the cathode 216", this embodiment can increase the efficiency of the pre-ionization process.

FIG. 9C illustrates one side of the cathode 216'''. In this embodiment, the electric field lines (not shown) generated between the cathode 216''' and the electrode 452 are substantially perpendicular to the cathode 216''' at the point 538. The electric field in the gap 540 between the electrode 452 and the cathode 216''' is adapted to ignite the plasma from the feed gas flowing through the gap 540. This embodiment can increase the efficiency of the pre-ionization process depending on various parameters, such as where the magnetic field is generated relative to the point 538 and the pressure in the area proximate to the cathode 216'''.

FIG. 10 is a cross-sectional view of another embodiment of a magnetically enhanced plasma processing apparatus 450' according to the present invention. This embodiment is similar to the magnetically enhanced plasma processing apparatus 450 of FIG. 7. However, in this embodiment, the electrode 452', which is a component of the ionization source, substantially surrounds the cathode 216.

The position of the electrode 452' relative to the cathode 216 is chosen to achieve particular electrical conditions in the gap 244 between the anode 238 and the cathode 216. For example, in this embodiment, since the pre-ionizing electrode 452' is not physically located in the region 245' between the anode 238 and the cathode 216, it does not interfere with the strong electric field that results when a high-power pulse is applied between the anode 238 and the cathode 216. Additionally, the location of the pre-ionizing electrode 452' results in a more uniformly distributed weakly-ionized plasma in the region 246'.

The power supply 456 applies a substantially constant voltage between the cathode 216 and the electrode 452'. The substantially constant voltage generates a weakly-ionized or pre-ionized plasma proximate to the electrode 452' and the cathode 216. The pre-ionized plasma substantially eliminates the possibility of establishing a breakdown condition in the chamber 202 when high-power pulses are applied to the plasma.

In one embodiment, the power supply 456 is a DC power supply that generates a DC voltage that is in the range of between about 100 V and 5kV with a discharge current that is in the range of between about 0.1 A and 100 A. In another embodiment, the power supply 456 is an AC power supply that generates voltage pulses between the cathode 216 and the electrode 452'.

Since the electrode 452' substantially surrounds the cathode 216, a distance 462 between the electrode 452' and the

US 6,896,775 B2

19

cathode **216** can be varied by changing the diameter of the electrode **452**'. For example, the distance **462** can be varied from about 0.3 cm to about 10 cm. The distance **462** is chosen to maintain the weakly-ionized plasma in the region **246**'. The vertical position of the electrode **452**' relative to the cathode **216** can also be varied.

The pulsed power supply **234** generates a high-power pulse between the cathode **216** and the anode **238** as described herein. The high-power pulse generates a strongly-ionized plasma from the weakly-ionized plasma.

FIG. **11** illustrates a cross-sectional view of another illustrative embodiment of a magnetically enhanced plasma processing apparatus **450**'' according to the present invention. The magnetically enhanced plasma processing apparatus **450**'' is similar to the magnetically enhanced plasma processing apparatus **450** of FIG. **7**. For example, the electrode **452**'' is a component of an ionization source. However, the electrode **452**'' is coupled to a first power supply **464** and also to an additional second power supply **466**. The position of the electrode **452**'' relative to the cathode **216** is chosen to achieve particular plasma processing characteristics.

A first output **468** of the first power supply **464** is coupled through the insulator **458** to a first side **470** of the electrode **452**''. A second output **472** of the first power supply **464** is coupled to a second side **474** of the electrode **452**'' through an insulator. **476**. The first power supply **464** is adapted to generate a current through the electrode **452**''. The current essentially generates heat in the electrode **452**'' and the heated electrode **452**'' emits electrons into the area **245**''. In one embodiment, the first power supply **464** is a DC power supply and applies a substantially constant current through the electrode **452**''. In another embodiment, the first power supply **464** is an AC power supply.

A first output **478** of the second power supply **466** is coupled to the anode **238** through an insulator **480**. A second output **482** of the second power supply **466** is coupled to the second side **474** of the electrode **452**''. The second power supply **466** is adapted to apply a voltage between the electrode **452**'' and the anode **238**. The second power supply **466** can be an AC power supply or a DC power supply. In one embodiment, the second power supply **466** generates a voltage in the range of about between 100V and 5 kV with a discharge current that is in the range of between about 0.1A and 100A.

In one embodiment, the second power supply **466** applies a substantially constant voltage that generates a weakly-ionized or pre-ionized plasma proximate to the electrode **452**'' and the cathode **216**. The pre-ionized plasma substantially eliminates the possibility of establishing a breakdown condition in the chamber **202** when high-power pulses are applied to the plasma.

The high-power pulsed power supply **234** then generates a high-power pulse between the cathode **216** and the anode **238**. The high-power pulse generates a strongly-ionized plasma from the weakly-ionized plasma. The parameters of the high-power pulse depend on various parameters including the volume of the plasma, the desired etch rate, and the desired concentration of the pre-ionized plasma as described.

FIG. **12** is a flowchart **600** of an illustrative process for magnetically enhanced plasma etching according to the present invention. The process is initiated (step **602**) by activating various systems in the magnetically enhanced plasma processing apparatus **200** of FIG. **2**. For example, the chamber **202** is initially pumped down to a specific pressure (step **604**). Next, the pressure in the chamber **202** is evalu-

20

ated (step **606**). In one embodiment, feed gas is then pumped into the chamber (step **608**).

The gas pressure is then evaluated (step **610**). If the gas pressure is correct, the pressure in the chamber **202** is again evaluated (step **612**). If the pressure in the chamber **202** is correct, an appropriate magnetic field is generated proximate to the feed gas (step **614**). In one embodiment, the magnet assembly **252** of FIG. **2** includes at least one permanent magnet, and consequently, the magnetic field is generated constantly, even before the process is initiated. In another embodiment, a magnet assembly (not shown) includes at least one electromagnet, and consequently, the magnetic field is generated only when the electromagnet is operating.

When the magnetic field is appropriate (step **616**), the feed gas is ionized to generate a weakly-ionized plasma (step **618**). In one embodiment, the weakly-ionized plasma is generated by creating a relatively low current discharge in the gap **244** between the cathode **216** and the anode **238** of FIG. **2**. In another embodiment, the weakly-ionized plasma can be generated by creating a relatively low current discharge between the electrode **452** and the cathode **216** of FIG. **7**. In yet another embodiment, the electrode **452**'' is heated to emit electrons proximate to the cathode **216** of FIG. **11**. In the embodiment of FIG. **11**, a relatively low current discharge is created between the anode **238** and the electrode **452**''.

In the embodiment shown in FIG. **2**, the weakly-ionized plasma is generated by applying a potential across the gap **244** between the cathode **216** and the anode **238** before the introduction of the feed gas. In the embodiment shown in FIG. **7**, the weakly-ionized plasma is generated by applying a potential difference between the electrode **452** and the cathode **216** of FIG. **7** before the introduction of the feed gas to generate the weakly-ionized plasma.

If the gas is weakly-ionized (step **620**), a negative bias is applied to the substrate (step **621**). A strongly-ionized plasma is then generated from the weakly-ionized plasma (step **622**). In one embodiment, the strongly-ionized plasma is generated by applying a high-power pulse between the cathode **216** and the anode **238**. As previously discussed, the high-power pulse results in the generation of a strong electric field in the gap **244** between the anode **238** and the cathode **216**. The strong electric field results in a stepwise ionization process for atomic feed gases and enhanced formation of ions in molecular feed gases that result in a strongly ionized plasma. In one embodiment, the strongly-ionized plasma is substantially homogeneous in the area **246** of FIG. **2**. This homogeneity results in substantially uniform etching of the substrate **211**.

The substrate **211** attracts ions from the strongly-ionized substantially uniform plasma because the substrate **211** is negatively biased relative to the cathode **216**. This causes the ions to bombard the substrate **211** causing etching of the substrate material. In one embodiment, once the strongly-ionized plasma is formed (step **624**), the plasma etching is monitored (step **628**) by known monitoring techniques. Once the plasma etching is completed (step **630**), the plasma etch process is ended (step **632**).

FIG. **13** is a flowchart **650** of an illustrative process for controlling the etch rate according to the present invention. The process is initiated (step **602**) by activating various systems in the magnetically enhanced plasma processing apparatus **200** of FIG. **2**. For example, the chamber **202** is initially pumped down to a specific pressure (step **604**). Next, the pressure in the chamber **202** is evaluated (step **606**). In one embodiment, feed gas is then pumped into the chamber (step **608**). The gas pressure is evaluated (step **610**).

US 6,896,775 B2

21

If the gas pressure is correct, the pressure in the chamber **202** is again evaluated (step **612**). If the pressure in the chamber **202** is correct, an appropriate magnetic field is generated proximate to the feed gas (step **614**).

Assuming that the magnetic field is appropriate (step **616**), the feed gas is ionized to generate a weakly-ionized plasma (step **618**). In one embodiment, the weakly-ionized plasma is generated by creating a relatively low current discharge between the cathode **216** and the anode **238** of FIG. **2**.

After the weakly-ionized plasma is generated (step **620**), a negative bias is applied to the substrate (step **621**). A strongly-ionized plasma is then generated from the weakly-ionized plasma (step **622**). In one embodiment, the strongly-ionized plasma is generated by applying a high-power pulse in the gap **244** between the cathode **216** and the anode **238**. In one embodiment, the strongly-ionized plasma is substantially homogeneous in the area **246** of FIG. **2**. This homogeneity results in more uniform etching of the substrate **211**. The substrate **211** attracts ions from the strongly-ionized plasma and the ions bombard the substrate **211** causing etching of the substrate material.

In one embodiment, once the strongly-ionized plasma is formed (step **624**), the etch rate is monitored (step **652**) by known monitoring techniques. If the etch rate is not sufficient (step **654**), the power delivered to the plasma is increased (step **656**). In one embodiment, increasing the magnitude of the high-power pulse applied in the gap **244** between the cathode **216** and the anode **238** increases the power delivered to the plasma. In one embodiment (not shown), to control the ion energy of the ions bombarding the substrate, the negative bias applied to the substrate (step **621**) is varied. The etch rate is again evaluated (step **652**). This process continues until the etch rate is sufficient (step **654**), and etching continues (step **658**). Once the plasma etch is completed (step **660**), the etch process is ended (step **662**). Equivalents

While the invention has been particularly shown and described with reference to specific preferred embodiments, it should be understood by those skilled in the art that various changes in form and detail may be made therein without departing from the spirit and scope of the invention as defined herein.

What is claimed is:

1. A magnetically enhanced plasma processing apparatus comprising:

an anode;

a cathode that is positioned adjacent to the anode and forming a gap there between;

an ionization source that generates a weakly-ionized plasma proximate to the cathode;

a magnet that is positioned to generate a magnetic field proximate to the weakly-ionized plasma, the magnetic field substantially trapping electrons in the weakly-ionized plasma proximate to the cathode;

a power supply that produces an electric field across the gap, the electric field generating excited atoms in the weakly-ionized plasma and generating secondary electrons from the cathode, the secondary electrons ionizing the excited atoms, thereby creating a strongly-ionized plasma comprising a plurality of ions; and

a voltage supply that applies a bias voltage to a substrate that is positioned proximate to the cathode, the bias voltage causing ions in the plurality of ions to impact a surface of the substrate in a manner that causes etching of the surface of the substrate.

22

2. The apparatus of claim **1** wherein the electric field comprises a quasi-static electric field.

3. The apparatus of claim **1** wherein the electric field comprises a pulsed electric field.

4. The apparatus of claim **1** wherein a rise time of the electric field is chosen to increase an ionization rate of the excited atoms in the weakly-ionized plasma.

5. The apparatus of claim **1** wherein a rise time of the electric field is chosen to increase an etch rate of the surface of the substrate.

6. The apparatus of claim **1** wherein the weakly-ionized plasma reduces the probability of developing an electrical breakdown condition between the anode and the cathode.

7. The apparatus of claim **1** wherein the ions in the plurality of ions impact the surface of the substrate so as to cause substantially uniform etching of the surface of the substrate.

8. The apparatus of claim **1** wherein the ions in the plurality of ions impact the surface of the substrate so as to cause anisotropic etching.

9. The apparatus of claim **1** wherein a volume between the anode and the cathode is chosen to increase an ionization rate of the excited atoms and molecules in the weakly-ionized plasma.

10. The apparatus of claim **1** wherein the ionization source is chosen from the group comprising a UV source, an X-ray source, an electron beam source, an ion beam source, an inductively coupled plasma source, a capacitively coupled plasma source, a microwave plasma source, an electrode, a DC power supply, and an AC power supply.

11. The apparatus of claim **1** wherein the power supply generates an electrical pulse that produces the electric field across the gap.

12. The apparatus of claim **11** wherein at least one of a pulse amplitude and a pulse width of the electrical pulse is selected to increase a rate of etching of the surface of the substrate.

13. The apparatus of claim **1** wherein the bias voltage is selected to control ion energy of the ions in the plurality of ions that impact the surface of the substrate.

14. The apparatus of claim **1** wherein the electric field generates ions and excited atoms in the weakly-ionized plasma and generates secondary electrons from the cathode, the secondary electrons ionizing the excited atoms, excited molecules, neutral atoms and neural molecules, thereby creating the strongly-ionized plasma.

15. A method of magnetically enhanced plasma processing, the method comprising:

ionizing a feed gas to generate a weakly-ionized plasma proximate to a cathode;

generating a magnetic field proximate to the weakly-ionized plasma, the magnetic field substantially trapping electrons in the weakly-ionized plasma proximate to the cathode;

applying an electric field across the weakly-ionized plasma that excites atoms in the weakly-ionized plasma and that generates secondary electrons from the cathode, the secondary electrons ionizing the excited atoms, thereby creating a strongly-ionized plasma comprising a plurality of ions; and

applying a bias voltage to a substrate that is positioned proximate to the cathode, the bias voltage causing ions in the plurality of ions to impact a surface of the substrate in a manner that causes etching of the surface of the substrate.

16. The method of claim **15** wherein the applying the electric field comprises applying the electric field at a constant power.

US 6,896,775 B2

23

**17**. The method of claim **15** wherein the applying the electric field comprises applying the electric field at a constant voltage.

**18**. The method of claim **15** wherein the applying the electric field comprises applying a quasi-static electric field.

**19**. The method of claim **15** wherein the applying the electric field comprises applying an electrical pulse across the weakly-ionized plasma.

**20**. The method of claim **19** further comprising selecting at least one of a pulse amplitude and a pulse width of the electrical pulse to increase an ionization rate of the strongly-ionized plasma.

**21**. The method of claim **19** further comprising selecting at least one of a pulse amplitude and a pulse width of the electrical pulse to cause the strongly-ionized plasma to be substantially uniform in an area adjacent to the surface of the substrate.

**22**. The method of claim **19** further comprising selecting at least one of a pulse amplitude and a pulse width of the electrical pulse to increase a rate of etching of the surface of the substrate.

**23**. The method of claim **15** wherein ions in the plurality of ions impact the surface of the substrate in a substantially uniform manner.

**24**. The method of claim **15** wherein the strongly-ionized plasma is substantially uniform proximate to a surface of the substrate.

**25**. The method of claim **15** wherein the peak plasma density of the weakly-ionized plasma is less than about $10^{12}$ cm$^{-3}$.

**26**. The method of claim **15** wherein the peak plasma density of the strongly-ionized plasma is greater than about $10^{12}$ cm$^{-3}$.

**27**. The method of claim **15** further comprising controlling a temperature of the surface of the substrate.

**28**. The method of claim **15** wherein the ionizing the feed gas comprises exposing the feed gas to at least one of an electric field, a UV source, an X-ray source, an electron beam source, an ion beam source, an inductively coupled plasma source, a capacitively coupled plasma source, a microwave source, a DC power supply, and an AC power supply.

**29**. The method of claim **15** wherein the bias voltage is selected to control an ion energy of the ions in the plurality of ions that impact the surface of the substrate.

**30**. A method of magnetically enhanced plasma processing, the method comprising:

ionizing a volume of feed gas to form a weakly-ionized plasma proximate to a cathode;

generating a magnetic field proximate to the weakly-ionized plasma, the magnetic field substantially trapping electrons in the weakly-ionized plasma proximate to the cathode;

applying an electrical pulse across the weakly-ionized plasma to generate a strongly-ionized plasma comprising a first plurality of ions;

exchanging the strongly-ionized plasma with a second volume of feed gas while applying the electrical pulse across the second volume of feed gas to generate a strongly-ionized plasma comprising a second plurality of ions; and

applying a bias voltage to a substrate that is positioned proximate to the cathode, the bias voltage causing ions in the first and the second plurality of ions to impact a surface of the substrate in a manner that causes etching of the surface of the substrate.

24

**31**. The method of claim **30** wherein the exchanging the strongly-ionized plasma comprises exchanging substantially all of the strongly-ionized plasma with a second volume of feed gas.

**32**. The method of claim **30** further comprising selecting at least one of a pulse amplitude and a pulse width of the electrical pulse that increases an ionization rate of the strongly-ionized plasma.

**33**. The method of claim **30** further comprising selecting at least one of a pulse amplitude and a pulse width of the electrical pulse that causes the strongly-ionized plasma to be substantially uniform in an area adjacent to the surface of the substrate.

**34**. The method of claim **30** further comprising selecting at least one of a pulse amplitude and a pulse width of the electrical pulse to increase a rate of etching of the surface of the substrate.

**35**. The method of claim **30** wherein the applying the electrical pulse across the weakly-ionized plasma excites atoms in the weakly-ionized plasma and generates secondary electrons from the cathode, the secondary electrons ionizing the excited atoms, thereby creating the strongly-ionized plasma.

**36**. A magnetically enhanced plasma processing apparatus comprising:

means for ionizing a feed gas to generate a weakly-ionized plasma proximate to a cathode;

means for generating a magnetic field proximate to the weakly-ionized plasma, the magnetic field substantially trapping electrons in the weakly-ionized plasma proximate to the cathode;

means for applying an electric field across the weakly-ionized plasma that excites atoms in the weakly-ionized plasma and that generates secondary electrons from the cathode, the secondary electrons ionizing the excited atoms,

thereby creating a strongly-ionized plasma comprising a plurality of ions; and

means for applying a bias voltage to a substrate that is positioned proximate to the cathode, the bias voltage causing ions in the plurality of ions to impact a surface of the substrate in a manner that causes etching of the surface of the substrate.

**37**. A magnetically enhanced plasma processing apparatus comprising:

means for ionizing a volume of feed gas to form a weakly-ionized plasma proximate to a cathode;

means for generating a magnetic field proximate to the weakly-ionized plasma, the magnetic field substantially trapping electrons in the weakly-ionized plasma proximate to the cathode;

means for applying an electrical pulse across the weakly-ionized plasma to generate a strongly-ionized plasma comprising a first plurality of ions;

means for exchanging the strongly-ionized plasma with a second volume of feed gas while applying the electrical pulse across the second volume of feed gas to generate a strongly-ionized plasma comprising a second plurality of ions; and

means for applying a bias voltage to a substrate that is positioned proximate to the cathode, the bias voltage causing ions in the first and the second plurality of ions to impact a surface of the substrate in a manner that causes etching of the surface of the substrate.

*    *    *    *    *

# EXHIBIT N


(12) **United States Patent**　　　(10) **Patent No.:**　　**US 6,903,511 B2**
Chistyakov　　　　　　　　　　　(45) **Date of Patent:**　　　**Jun. 7, 2005**

(54) **GENERATION OF UNIFORMLY-DISTRIBUTED PLASMA**

(75) Inventor: **Roman Chistyakov**, Andover, MA (US)

(73) Assignee: **Zond, Inc.**, Mansfield, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/249,774**

(22) Filed: **May 6, 2003**

(65) **Prior Publication Data**

US 2004/0222745 A1 Nov. 11, 2004

(51) **Int. Cl.**[7] ............................ **H01J 7/24**; C23C 14/00
(52) **U.S. Cl.** ............................ **315/111.71**; 315/111.91; 204/298.37
(58) **Field of Search** ...................... 315/111.71, 111.91, 315/111.81, 111.41, 111.21; 204/192, 298

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,619,605 A | 11/1971 | Cook et al. | 250/41.9 |
| 4,060,708 A | 11/1977 | Walters | 219/121 |
| 4,148,612 A | 4/1979 | Taylor et al. | 23/232 |
| 4,546,253 A | 10/1985 | Tsuchiya et al. | 250/288 |
| 4,703,222 A | 10/1987 | Yoshikawa et al. | 313/362.1 |
| 4,792,725 A | 12/1988 | Levy et al. | 315/39 |
| 4,802,183 A | 1/1989 | Harris et al. | 372/57 |
| 4,919,690 A | 4/1990 | Lovelock | 55/2 |
| 4,953,174 A | 8/1990 | Eldridge et al. | 372/87 |
| 5,015,493 A | 5/1991 | Gruen | 427/38 |
| 5,083,061 A | 1/1992 | Koshiishi et al. | 315/111.81 |
| 5,247,531 A | 9/1993 | Muller-Horsche | 372/38 |
| 5,247,535 A | 9/1993 | Muller-Horsche et al. | 372/86 |
| 5,286,360 A | 2/1994 | Szczyrbowski et al. | 204/298.08 |
| 5,382,457 A | 1/1995 | Coombe | 427/596 |
| 5,506,405 A | 4/1996 | Yoshida et al. | 250/251 |
| 5,733,418 A | 3/1998 | Hershcovitch et al. | 204/192.11 |
| 5,821,548 A | 10/1998 | Hinchliffe | 250/492.21 |
| 6,057,244 A | 5/2000 | Hausmann et al. | 438/706 |
| 6,124,675 A | 9/2000 | Bertrand et al. | 315/111.91 |
| 6,207,951 B1 | 3/2001 | Yamauchi et al. | 250/251 |
| 6,296,742 B1 | 10/2001 | Kouznetsov | 204/192.12 |
| 6,395,641 B2 | 5/2002 | Savas | 438/714 |
| 6,413,382 B1 | 7/2002 | Wang et al. | 204/192.12 |
| 6,413,383 B1 | 7/2002 | Chiang et al. | 204/192.13 |
| 2002/0153103 A1 | 10/2002 | Madocks | 156/345.46 |
| 2004/0075060 A1 * | 4/2004 | Luten et al. | 250/423 R |

FOREIGN PATENT DOCUMENTS

| WO | WO 98/40532 | 9/1998 |
|---|---|---|
| WO | WO 01/98553 A1 | 12/2001 |

OTHER PUBLICATIONS

Booth, et al., The Transition From Symmetric To Asymemtric Discharges In Pulsed 13.56 MHz Capacitively Coupled Plasmas, J. Appl. Phys., Jul. 15, 1997, pp. 552–560, vol. 82, No. 2, American Institute of Physics.

Bunshah, et al., Deposition Technologies For Flims And Coatings, pp. 178–183, Noyes Publications, Park Ridge, New Jersey.

(Continued)

*Primary Examiner*—Tuyet Thi Vo
(74) *Attorney, Agent, or Firm*—Kurt Rauschenbach; Rauschenbach Patent Law Group, LLC

(57)　　　　　**ABSTRACT**

Methods and apparatus for generating uniformly-distributed plasma are described. A plasma generator according to the invention includes a cathode assembly that is positioned adjacent to an anode and forming a gap there between. A gas source supplies a volume of feed gas and/or a volume of excited atoms to the gap between the cathode assembly and the anode. A power supply generates an electric field across the gap between the cathode assembly and the anode. The electric field ionizes the volume of feed gas and/or the volume of excited atoms that is supplied to the gap, thereby creating a plasma in the gap.

**50 Claims, 7 Drawing Sheets**



**US 6,903,511 B2**

Page 2

## OTHER PUBLICATIONS

Daugherty, et al., Attachment–Dominated Electron–Beam Ionized Discharges, Applied Physics Letters, May 15, 1976, pp. 581–583, vol. 28, No. 10, American Institue of Physics.

Goto, et al., Dual Excitation Reactive Ion Etcher For Low Energy Plasma Processing, J. Vac. Sci. Technol. A., Sep./Oct. 1992. pp. 3048–3054, vol. 10, No. 5, American Vacuum Society.

Kouznetsov, et al., A Novel Pulsed Magnetron Sputter Technique Utilizing Very High Target Power Densities, Surface and Coatings Technology, 1999, pp. 290–293, vol. 122, Elsevier Science S.A.

Lindquist, et al., High Selectivity Plasma Etching Of Silicone Dioxide With A Dual Frequency 27/2 MHz Capacitive RF Discharge.

MaCak, Reactive Sputter Deposition Process Of A1203 And Characterization Of A Novel High Plasma Density Pulsed Magnetron Discharge, Linkoping Studies In Science And Technology, pp. 1–2.

MaCak, et al., Ionized Sputter Deposition Using An Extremely High Plasma Density Pulsed Magnetron Discharge, J. Vac. Sci. Technol. A., Jul./Aug. 2000, pp. 1533–1537, vol. 18, No. 4., American Vacuum Society.

Mozgrin, et al., High–Current Low–Pressure Quasi–Stationary Discharge In A Magnetic Field: Experimental Research, Plasma Physics Reports, 1995, pp. 400–409, vol. 21, No. 5.

Rossnagel, et al., Induced Drift Currents In Circular Planar Magnetrons, J. Vac. Sci. Technol. A., Jan./Feb. 1987, pp. 88–91, vol. 5, No. 1, American Vacuum Society.

Sheridan, et al., Electron Velocity Distribution Functions In A Sputtering Magnetron Discharge For The E x B Direction, J. Vac. Sci. Technol. A., Jul./Aug. 1998, pp. 2173–2176, vol. 16, No. 4, American Vacuum Society.

Steinbruchel, A Simple Formula For Low–Energy Sputtering Yields, Appl. Phys. A., 1985, pp. 37–42, vol. 36, Sprigner Verlag.

Encyclopedia Of Low Temperature Plasma, p. 119, vol. 3.

Encyclopedia Of Low Temperature Plasma, p. 123, vol. 3.

Lymberopoulos, et al., Fluid Simulations Of Glow Discharges: Effect Of Metastable Atoms In Argon, J. Appl. Phys., Apr. 1993, pp. 3668–3679, vol. 73, No. 8, American Institute of Physics.

Burnham, et al., Efficient Electric Discharge Lasers In XeF and KrF, Applied Physics Letters, Jul. 1976, pp. 30–32, vol. 29, No. 1, American Institute of Physics.

Fabrikant, et al., Electron Impact Formation Of Metastable Atoms, pp. 3,31,34–37, Amsterdam.

Fahey, et al., High Flux Beam Source Of Thermal Rare–Gas Metastable Atoms, 1980, J. Phys. E. Sci. Instrum., vol. 13, The Institute of Physics.

Verheijen, et al., A Discharge Excited Supersonic Source Of Metastable Rare Gas Atoms, J.Phys. E. Sci. Instrum, 1984, vol. 17.

Eletskii, Excimer Lasers, Sov. Phys. Usp., Jun. 1978, pp. 502–521, vol. 21, No. 6.

Chistyakov, Roman, High Power Pulsed Magnetron Sputtering, U.S. Appl. No: 10/065,277, filed Sep. 30, 2002.

Chistyakov, Roman, Method And Apparatus For Generating High–Density Plasma, U.S. Appl. No. 10/065,629, filed Nov. 4, 2002.

Chistyakov, Roman, High Deposition Rate Sputtering, U.S. Appl. No. 10/065,739, filed Nov. 14, 2002.

Chistyakov, Roman, High–Power Pulsed Magnetically Enhanced Plasma Processing, U.S. Appl. No. 10/065,551, filed Oct. 29, 2002.

Chistyakov, Roman, High–Density Plasma Source, U.S. Appl. No. 10/249,595, filed Apr. 22, 2003.

Chistyakov, Roman, Plasma Generation Using Multi–Step Ionization, U.S. Appl. No. 10/249,202, filed Mar. 21, 2003.

* cited by examiner



## FIG. 1
### PRIOR ART

Case 1:14-cv-00721-LPS   Document 8-2   Filed 06/19/14   Page 147 of 235 PageID #: 641



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7

US 6,903,511 B2

1

# GENERATION OF UNIFORMLY-DISTRIBUTED PLASMA

## BACKGROUND OF INVENTION

Plasma is considered the fourth state of matter. A plasma is a collection of charged particles moving in random directions that is, on average, electrically neutral. One method of generating a plasma is to pass a current through a low-pressure gas that is flowing between two parallel conducting electrodes. Once certain parameters are met, the gas "breaks down" to form the plasma. For example, a plasma can be generated by applying a potential of several kilovolts between two parallel conducting electrodes in an inert gas atmosphere (e.g., argon) at a pressure that is in the range of about $10^{-1}$ to $10^{-2}$ Torr.

Plasma processes are widely used in many industries, such as the semiconductor manufacturing industry. For example, plasma etching is commonly used to etch substrate material and films deposited on substrates in the electronics industry. There are four basic types of plasma etching processes that are used to remove material from surfaces: sputter etching, pure chemical etching, ion energy driven etching, and ion inhibitor etching.

Plasma sputtering is a technique that is widely used for depositing films on substrates. Sputtering is the physical ejection of atoms from a target surface and is sometimes referred to as physical vapor deposition (PVD). Ions, such as argon ions, are generated and then are drawn out of the plasma, and are accelerated across a cathode dark space. The target surface has a lower potential than the region in which the plasma is formed. Therefore, the target surface attracts positive ions.

Positive ions move towards the target with a high velocity and then impact the target and cause atoms to physically dislodge or sputter from the target surface. The sputtered atoms then propagate to a substrate or other work piece where they deposit a film of sputtered target material. The plasma is replenished by electron-ion pairs formed by the collision of neutral molecules with secondary electrons generated at the target surface.

Reactive sputtering systems inject a reactive gas or mixture of reactive gases into the sputtering system. The reactive gases react with the target material either at the target surface or in the gas phase, resulting in the deposition of new compounds. The pressure of the reactive gas can be varied to control the stoichiometry of the film. Reactive sputtering is useful for forming some types of molecular thin films.

Magnetron sputtering systems use magnetic fields that are shaped to trap and concentrate secondary electrons proximate to the target surface. The magnetic fields increase the density of electrons and, therefore, increase the plasma density in a region that is proximate to the target surface. The increased plasma density increases the sputter deposition rate.

## BRIEF DESCRIPTION OF DRAWINGS

This invention is described with particularity in the detailed description. The above and further advantages of this invention may be better understood by referring to the following description in conjunction with the accompanying drawings, in which like numerals indicate like structural elements and features in various figures. The drawings are not necessarily to scale, emphasis instead being placed upon illustrating the principles of the invention.

2

FIG. 1 illustrates a cross-sectional view of a known plasma sputtering apparatus having a direct current (DC) power supply.

FIG. 2 illustrates a cross-sectional view of a plasma generating apparatus according to one embodiment of the invention.

FIG. 3 illustrates a cross-sectional view of a plasma generating apparatus including one embodiment of a magnet assembly according to the invention.

FIG. 4 illustrates a graphical representation of the power as a function of time for periodic pulses applied to a plasma generated by the plasma generating system of FIG. 2.

FIG. 5 is a cross-sectional view of another embodiment of a plasma generating apparatus according to the present invention.

FIG. 6 illustrates a cross-sectional view of an excited atom generator that includes an excited atom source according to the invention.

FIG. 7 is a flowchart of an illustrative process of generating a uniformly-distributed plasma according to the present invention.

## DETAILED DESCRIPTION

FIG. 1 illustrates a cross-sectional view of a known plasma generating apparatus 100 having a DC power supply 102. The known plasma generating apparatus 100 includes a vacuum chamber 104 where a plasma 105 is generated. The vacuum chamber 104 can be coupled to ground. The vacuum chamber 104 is positioned in fluid communication with a vacuum pump 106 via a conduit 108 and a valve 109. The vacuum pump 106 is adapted to evacuate the vacuum chamber 104 to high vacuum. The pressure inside the vacuum chamber 104 is generally less than $10^{-1}$ Torr. A feed gas 110 from a feed gas source 111, such as an argon gas source, is introduced into the vacuum chamber 104 through a gas inlet 112. The gas flow is controlled by a valve 113.

The plasma generating apparatus 100 also includes a cathode assembly 114. The cathode assembly 114 is generally in the shape of a circular disk. The cathode assembly 114 can include a target 116. The cathode assembly 114 is electrically connected to a first terminal 118 of the DC power supply 102 with an electrical transmission line 120. An insulator 122 isolates the electrical transmission line 120 from a wall of the vacuum chamber 104. An anode 124 is electrically connected to a second terminal 126 of the DC power supply 102 with an electrical transmission line 127. An insulator 128 isolates the electrical transmission line 127 from the wall of the vacuum chamber 104. The anode 124 is positioned in the vacuum chamber 104 proximate to the cathode assembly 114. An insulator 129 isolates the anode 124 from the cathode assembly 114. The anode 124 and the second output 126 of the DC power supply 102 are coupled to ground in some systems.

The plasma generating apparatus 100 illustrates a magnetron sputtering system that includes a magnet 130 that generates a magnetic field 132 proximate to the target 116. The magnetic field 132 is strongest at the poles of the magnet 130 and weakest in the region 134. The magnetic field 132 is shaped to trap and concentrate secondary electrons proximate to the target surface. The magnetic field increases the density of electrons and, therefore, increases the plasma density in a region that is proximate to the target surface.

The plasma generating apparatus 100 also includes a substrate support 136 that holds a substrate 138 or other

US 6,903,511 B2

3

work piece. The substrate support **136** can be electrically connected to a first terminal **140** of a RF power supply **142** with an electrical transmission line **144**. An insulator **146** isolates the RF power supply **142** from a wall of the vacuum chamber **104**. A second terminal **148** of the RF power supply **142** is coupled to ground.

In operation, the feed gas **110** from the feed gas source **111** is injected into the chamber **104**. The DC power supply **102** applies a DC voltage between the cathode assembly **114** and the anode **124** that causes an electric field **150** to develop between the cathode assembly **114** and the anode **124**. The amplitude of the DC voltage is chosen so that it is sufficient to cause the resulting electric field **150** to ionize the feed gas **110** in the vacuum chamber **104** and to ignite the plasma **105**.

The ionization process in a known plasma sputtering apparatus is generally referred to as direct ionization or atomic ionization by electron impact and can be described by the following equation:

$$Ar + e^- \rightarrow Ar^+ + 2e^-$$

where Ar represents a neutral argon atom in the feed gas **110** and $e^-$ represents an ionizing electron generated in response to the voltage applied between the cathode assembly **114** and the anode **124**. The collision between the neutral argon atom and the ionizing electron results in an argon ion ($Ar^+$) and two electrons.

The plasma **105** is maintained, at least in part, by secondary electron emission from the cathode assembly **114**. The magnetic field **132** that is generated proximate to the cathode assembly **114** confines the secondary electrons in the region **134** and, therefore, confines the plasma **105** approximately in the region **134**. The confinement of the plasma **105** in the region **134** increases the plasma density in the region **134** for a given input power.

The cathode assembly **114** is negatively biased so that ions in the plasma **105** bombard the target **116**. The impact caused by these ions bombarding the target **116** dislodges or sputters material from the target **116**. A portion of the sputtered material forms a thin film of sputtered target material on the substrate **138**.

Known magnetron sputtering systems have relatively poor target utilization. The term "poor target utilization" is defined herein to mean undesirable non-uniform erosion of target material. Poor target utilization is caused by a relatively high concentration of positively charged ions in the region **134** that results in a non-uniform plasma. Similarly, magnetron etching systems (not shown) typically have relatively non-uniform etching characteristics.

Increasing the power applied to the plasma can increase the uniformity and density of the plasma. However, increasing the amount of power necessary to achieve even an incremental increase in uniformity and plasma density can significantly increase the probability of establishing an electrical breakdown condition leading to an undesirable electrical discharge (an electrical arc) in the chamber **104**.

Applying pulsed direct current (DC) to the plasma can be advantageous since the average discharge power can remain relatively low while relatively large power pulses are periodically applied. Additionally, the duration of these large voltage pulses can be preset so as to reduce the probability of establishing an electrical breakdown condition leading to an undesirable electrical discharge. An undesirable electrical discharge will corrupt the plasma process and can cause contamination in the vacuum chamber **104**. However, very large power pulses can still result in undesirable electrical discharges regardless of their duration.

4

In one embodiment, an apparatus according to the present invention generates a plasma having a higher density of ions for a giving input power than a plasma generated by known plasma systems, such as the plasma generating apparatus **100** of FIG. 1. A plasma generating apparatus according to the present invention generates a uniform plasma proximate to a cathode assembly.

FIG. **2** is a cross-sectional view of a plasma generating apparatus **200** according to one embodiment of the invention. In the embodiment shown, the plasma generating apparatus **200** is configured for physical vapor deposition (PVD). In other embodiments (not shown), the plasma generating apparatus **200** is configured for etching a substrate (not shown). The plasma generating apparatus **200** can also be configured for chemical vapor deposition (CVD).

The plasma generating apparatus **200** includes a chamber (not shown), such as a vacuum chamber that confines the plasma. The chamber can be coupled to a vacuum system (not shown). The plasma generating apparatus **200** includes a power supply **202**. The plasma generating apparatus **200** also includes a cathode assembly **204** that comprises a cathode **208** and a target **206**. Some embodiments of the plasma generating apparatus **200** of the present invention that are used for etching do not include a target. In one embodiment, the cathode **208** is formed of a metal material such as stainless steel or any other chemically inert material that does not react with reactive gases.

A first output **212** of the power supply **202** is coupled to an input terminal **210** of the cathode assembly **204**. A second output **214** of the power supply **202** is coupled to an input terminal **215** of an anode **216**. An insulator **218** isolates the anode **216** from the cathode assembly **204**. In one embodiment (not shown), the second output **214** of the power supply **202** and the anode **216** are coupled to ground.

The power supply **202** can be any type of power supply suitable for generating and maintaining a plasma, such as a direct current (DC) power supply, an alternating current (AC) power supply, a radio-frequency (RF) power supply, or a pulsed DC power supply. AC power supplies can require less power to generate and maintain a plasma than DC power supplies. In other embodiments (not shown), the plasma is generated and maintained through the use of a planar discharge, an electron cyclotron resonance (ECR), a capacitively coupled plasma discharge (CCP), a helicon plasma source or an inductively coupled plasma (ICP) discharge. In yet other embodiments (not shown), the plasma is generated and maintained by techniques, such as UV radiation techniques, X-ray techniques, microwave techniques, electron beam techniques, ion beam techniques, or ionizing filament techniques, for example.

In one embodiment, the power supply **202** is a pulsed power supply. In one embodiment, the first output **212** of the power supply **202** couples a negative voltage pulse to the input terminal **210** of the cathode assembly **204**. In another embodiment, the second output **214** of the power supply **202** couples a positive voltage pulse to the input terminal **215** of the anode **216**.

The anode **216** is positioned so as to form a gap **220** between the anode **216** and the cathode assembly **204** that is sufficient to allow current to flow through a region **222** between the anode **216** and the cathode assembly **204**. In one embodiment, the width of the gap **220** is in the range of about 0.3 cm to 10 cm. The width of the gap **220** as well as the surface area of the anode **216** determines the volume of the region **222**. The gap **220** and the total volume of the region **222** are parameters in the ionization process as described herein. The dimensions of the gap **220** can be

US 6,903,511 B2

5

varied throughout the region 222 between the anode 216 and the cathode assembly 204.

In the embodiment shown in FIG. 2, the anode 216 includes a protuberance 221 that reduces a portion of the gap 220 between the anode 216 and the cathode assembly 204. The dimensions of the protuberance 221 can be varied to control a pressure in the region 222. Controlling in the region 222 can increase the efficiency of generating a plasma according to the invention.

In some embodiments (not shown), the anode 216 and/or the cathode 208 can include multiple protuberances, raised areas, depressed areas, surface anomalies, or shapes that control the ionization process. For example, the pressure in the region 222 can be optimized by including a raised area or protuberance (not shown) on the surface of the cathode 208. The raised area can create a narrow passage at a location in the region 222 between the anode 216 and the cathode 208.

One or more gas lines 224 provide feed gas 226 (indicated by arrow) from a feed gas source 228 to the chamber (not shown). The feed gas 226 can be supplied to the gap 220 between the cathode assembly 204 and the anode 216. In one embodiment, the gas lines 224 are isolated from the chamber and other components by insulators 229. In other embodiments, the gas lines 224 are isolated from the feed gas source 228 by using in-line insulating couplers (not shown). The gas source 228 can contain any type of feed gas 226 suitable for plasma generation and processing, such as argon. In some embodiments, the feed gas 226 includes a mixture of different gases, such as a mixture of reactive gases, pure reactive gases or non-reactive gases. In one embodiment, the feed gas 226 includes a noble gas or a mixture of noble gases. A gas flow controller 230 controls the flow rate of the feed gas 226. The gas flow controller 230 can be any type of flow controller, such as a simple gas valve or a mass flow controller that precisely meters the feed gas entering into the chamber.

In one embodiment (not shown), an excited atom source, such as the excited atom source described in connection with FIG. 6, is disposed between the gas source 228 and the chamber. In this embodiment, the gas source 228 supplies a volume of ground state gas atoms to the excited atom source. The excited atom source generates excited atoms including metastable atoms from the ground state atoms and provides the excited atoms including the metastable atoms to the chamber. The excited atom source can provide the excited atoms directly between cathode assembly 204 and the anode 216.

In operation, the feed gas 226 from the feed gas source 228 flows through the gas flow controller 230 into the chamber. In the embodiment that includes the excited atom source, the feed gas 226 flows to the excited atom source. The excited atom source generates excited atoms including metastable atoms from ground state feed gas atoms and provides the excited atoms including the metastable atoms to the chamber.

The flow rate of the feed gas 226 is controlled so as to create the desired chamber pressure. The desired chamber pressure depends on other operating parameters, such as the geometry of the plasma generating apparatus 200 and the desired plasma properties. For example, in one embodiment, the pressure in the chamber can be in the range of about 1 mTorr to 10 Torr.

In one embodiment, the feed gas 226 or the excited atoms are directly supplied to the gap 220 between the cathode assembly 204 and the anode 216. Directly supplying the feed gas 226 or the excited atoms to the gap 220 between the

6

cathode assembly 204 and the anode 216 creates a pressure differential between the region 222 and a region 232 that is located outside of the gap 220. This pressure differential is generated, at least in part, by the difference in the volume in the region 222 and the volume in the region 232.

Adjusting dimensions of the protuberance 221 changes the pressure in the region 222. Since the volume in the region 222 is generally less than the volume in the region 232, the pressure in the region 222 is higher than the pressure in the region 232. This pressure differential causes a rapid volume exchange of feed gas 226 in the region 222 between the cathode assembly 204 and the anode 216. The pressure differential can also improve the efficiency of the ionization of a plasma in the region 222. In addition, the pressure differential can increase the velocity of the ions in the plasma flowing through the gap 220.

Once a suitable volume of feed gas 226 is present in the region 222, the power supply 202 applies a voltage between the cathode 208 and the anode 216. In some embodiments, the power supply 202 applies a voltage potential between the cathode 208 and the anode 216 before the feed gas 226 is injected. In other embodiments, the power supply 202 applies a voltage pulse between the cathode 208 and the anode 216 after the feed gas 226 is injected.

The desired amplitude of the voltage pulses depends on many factors, such as the desired volume and characteristics of the plasma. For example, in one embodiment, the amplitude of the voltage pulses generated by the power supply 202 is in the range of about 50V to 30 kV and the peak current level is in the range of about 1 A to 5 kA. In this embodiment, the width of the voltage pulses is in the range of about 0.1 microsecond to one hundred seconds and the repetition rate of the pulses is below 1 kHz. The resulting peak plasma density of the plasma depends on many factors, such as the geometry of the plasma generating system. For example, in one embodiment, the peak plasma density is in the range of about $10^7$ to $10^{16}$ cm$^{-3}$ for argon feed gas.

The power supply 202 generates a voltage and a current that is large enough to ignite the plasma in the region 222. For example, the power supply 202 can generate an initial voltage that is sufficient to create a plasma discharge voltage that is in the range of about 100V to 1 kV with a discharge current between the cathode 208 and the anode 216 that is in the range of about 0.1 A to 100 A. The desired value of the discharge current is a function of the volume of the plasma and the desired plasma properties. The presence of a magnetic field (not shown) in the region 222 can have a dramatic effect on the required values for the voltage and current that are necessary to generate a plasma with the desired characteristics.

In one embodiment, excited atoms including metastable atoms from the excited atom source are injected in the region 222 between the cathode assembly 204 and the anode 216. Since metastable atoms require less energy to ionize than a similar volume of ground state atoms, the metastable atoms ionize at a higher rate than ground state atoms for the same input energy. In one embodiment, the excited atom source excites ground state atoms to generate excited atoms including metastable atoms and the power supply 202 generates a voltage that is sufficient to ionize the excited atoms including the metastable atoms to generate a plasma. This multi-step process is discussed in more detail herein.

The combination of forming the plasma in the gap 220 while injecting additional feed gas and/or excited atoms into the region 222 substantially reduces the probability of establishing a breakdown condition in the chamber when a large power is applied between the cathode 208 and the

US 6,903,511 B2

7

anode **216**. The additional feed gas **226** and/or the excited atoms commingle with the plasma to allow a greater amount of power to be absorbed by the plasma before the plasma contracts and a breakdown condition occurs.

In one embodiment, the plasma tends to diffuse homogenously in the region **232** thereby creating a relatively homogeneous plasma volume. The pressure gradient responsible for this homogenous diffusion is described in more detail herein. Homogeneous plasma volumes are advantageous for many plasma processes. For example, plasma etching processes using homogenous plasma volumes accelerate ions in the high-density plasma towards a surface of a substrate (not shown) being etched in a more uniform manner than conventional plasma etching. Consequently, the surface of the substrate is etched more uniformly. Plasma processes using homogeneous plasma volumes can achieve high uniformity without the necessity of rotating the substrate.

Also, magnetron sputtering systems using homogenous plasma volumes accelerate ions in the high-density plasma towards a surface of the sputtering target **206** in a more uniform manner than conventional magnetron sputtering. Consequently, the target material is deposited more uniformly on a substrate (not shown) without the necessity of rotating the substrate and/or the magnetron. Also, the surface of the sputtering target **206** is eroded more evenly and, thus higher target utilization is achieved. In one embodiment, the anode **216** includes target material in order to reduce possible contamination from sputtering undesired material.

The plasma generating apparatus **200** can be operated in a pulsed power mode. In this mode, relatively high power pulses can be applied to the plasma, while keeping the average applied power relatively low. In this mode, the power supply **202** is a pulsed power supply that generates high-power pulses in the range of about 1 kW to 10 MW. For example, in one embodiment, the power supply **202** generates high-power pulses that form a plasma having a discharge current that is in the range of about 1 A to 5 kA and a discharge voltage that is in the range of about 50V to 500V for a pressure that is in the range of about 1 mTorr to 10 Torr.

Each of the high-power pulses is maintained for a predetermined time that, in some embodiments, is in the range of about one microsecond to ten seconds. In one embodiment, the repetition frequency or repetition rate of the high-power pulses is in the range of about 0.1 Hz to 1 kHz. The average power generated by the second power supply **222** can be less than one megawatt depending on the desired volume and characteristics of the plasma. The thermal energy in the cathode **208** and/or the anode **216** can be conducted away or dissipated by liquid or gas cooling such as helium cooling (not shown).

In one embodiment, the voltage pulse has a relatively rapid rise time that is between about 0.1 microsecond and ten seconds. In one embodiment, the electric field **234** generated by the high-power electrical pulses is a pulsed electric field. In another embodiment, the electric field **234** is a quasi-static electric field. The term "quasi-static electric field" is defined herein to mean an electric field that has a characteristic time of electric field variation that is much greater than the collision time for electrons with neutral gas particles. Such a time of electric field variation can be on the order of ten seconds. The strength and the position of the electric field **234** will be discussed in more detail herein.

The amplitude and pulse width of the high-power electrical pulses are limited by the power that the plasma can absorb before the high-power discharge contracts and terminates. In one embodiment, the amplitude and pulse width

8

of the high-power electrical pulse are increased and thus the density of the plasma is increased by increasing the flow rate of the feed gas **226**.

In this mode of operation, the flow rate of the feed gas **226** is related to the amount of power that is applied to the plasma in order to control the plasma density. The density of plasma can be increased by a rapid volume exchange of an additional volume of feed gas **226** with the volume of plasma that is generated in the region **222**. In this embodiment, a first volume of feed gas **226** is supplied to the region **222**. The first volume of feed gas **226** is then ionized to form a plasma in the region **222**. Next, the gas flow controller **230** supplies an additional volume of feed gas **226** to the region **222**. The additional volume of feed gas **226** displaces the plasma that is generated in the region **222**. Transporting the plasma through the region **222** into the region **232** by a rapid volume exchange of the feed gas **226** increases the power that can be absorbed by the plasma and, thus, generates a higher density plasma in the region **232**.

Controlling the flow of the feed gases **226** through the regions **222** can affect the homogeneity, distribution profile, and density of the plasma. Additionally, controlling certain parameters of the high-power pulses generated by the power supply **202**, such as power and pulse rate can also affect the homogeneity, distribution profile, and density of the plasma.

In the embodiment that includes the excited atom source (not shown), the density of the plasma is increased by a rapid volume exchange of an additional volume of excited atoms including metastable atoms with the volume of plasma that is generated in the region **222**. In this embodiment, a first volume of excited atoms is supplied to the region **222**. The first volume of excited atoms is then ionized to form a plasma in the region **222**. Next, the excited atom source supplies an additional volume of excited atoms to the region **222**. The additional volume of excited atoms displaces the plasma that is generated in the region **222**. Transporting the plasma through the region **222** into the region **232** by a rapid volume exchange of the excited atoms increases the power that can be applied to the plasma and, thus, generates a higher density plasma in the region **232**.

The plasma generating system **200** can be configured for plasma etching or sputtering. The plasma generating system **200** can be configured for sputtering magnetic materials. Known magnetron sputtering systems generally are not suitable for sputtering magnetic materials because the magnetic field generated by the magnetron can be absorbed by the magnetic target material. RF diode sputtering is sometimes used to sputter magnetic materials. However, RF diode sputtering generally has poor film thickness uniformity and produces relatively low deposition rates.

The plasma generating system **200** can be adapted to sputter magnetic materials by including a target assembly (not shown) having a magnetic target material and by driving that target assembly with a RF power supply (not shown). For example, the plasma generating system **200** can include a RF power supply that provides RF power that is on order of about 10 kW. A substantially uniform initial plasma can be generated by applying RF power across a feed gas that is located proximate to the target assembly. The high-density plasma is generated by applying a strong electric field across the initial plasma as described herein. The RF power supply applies a negative voltage bias to the target assembly. Ions in the high-density plasma bombard the target material thereby causing sputtering.

The plasma generating system **200** can also be adapted to sputter dielectric materials. Dielectric materials can be sputtered by driving a target assembly (not shown) including a

US 6,903,511 B2

9

dielectric target material with a RF power supply (not shown). For example, the plasma generating system **200** can include a RF power supply that provides RF power that is on order of about 10 kW. A substantially uniform initial plasma can be generated by applying RF power across a feed gas that is located proximate to the target assembly.

In one embodiment, the plasma generating apparatus **200** of the present invention generates a relatively high electron temperature plasma and a relatively high-density plasma. One application for the high-density plasma of the present invention is ionized physical vapor deposition (IPVD), which is a technique that converts neutral sputtered atoms into positive ions to enhance a sputtering process.

In one embodiment, the plasma generating system **200** is configured as an ion beam source. The plasma generating system **200** includes an additional electrode (not shown) that is used to accelerate ions in the plasma. In one embodiment, the external electrode is a grid-type electrode. The ion beam source according to the present invention can generate a very high-density ion flux. For example, the ion beam source can generate ozone flux. Ozone is a highly reactive oxidizing agent that can be used for many applications such as cleaning process chambers, deodorizing air, purifying water, and treating toxic wastes.

FIG. **3** illustrates a cross-sectional view of a plasma generating apparatus **300** including one embodiment of a magnet assembly **302** according to the invention. The plasma generating apparatus **300** is similar to the plasma generating apparatus **200**. However, the plasma generating apparatus **300** includes the magnet assembly **302** having magnets **304**. The magnet assembly **302** is positioned to create a magnetic field **306** proximate to the cathode assembly **204**. The configuration of the magnet assembly **302** can be varied depending on the desired shape and strength of the magnetic field **306**. The magnet assembly **302** can have either a balanced or unbalanced configuration. By "balanced configuration" we mean the magnet assembly **302** creates a symmetrical magnetic field with respect to the magnet assembly **302**. By "unbalanced configuration" we mean the magnet assembly **302** creates an asymmetrical magnetic field with respect to the magnet assembly **302**. In some embodiments, the magnet assembly **302** rotates to further improve the uniformity of the plasma.

In one embodiment, the magnet assembly **302** includes switching electromagnets (not shown), which generate a pulsed magnetic field proximate to the cathode assembly **204**. In some embodiments, additional magnet assemblies (not shown) are placed at various locations around and throughout the process chamber (not shown).

The efficiency of the ionization process can be increased by applying the magnetic field **306** proximate to the cathode assembly **204**. The magnetic field **306** tends to trap electrons in the plasma and also tends to trap secondary electrons proximate to the cathode assembly **204**. The trapped electrons increase the ionization of the atoms in the feed gas **226** and/or the metastable atoms, thereby increasing the density of the plasma.

In one embodiment, the magnetic field **306** is generated proximate to the target **206** in order to trap electrons in the initial plasma. The plasma is generated by applying an electric field across the feed gas **226** as described herein. A RF power supply applies a negative voltage bias to the cathode assembly **204**. Ions in the plasma bombard the target material thereby causing sputtering.

In one embodiment, a magnetic field (not shown) is generated proximate to the plasma in the gap **220**. The magnetic field intersects the electric field that is generated

10

across the gap **220**. The crossed electric and magnetic fields can increase the efficiency of generating the plasma in the gap **220** by trapping electrons and ions in the plasma.

A magnetron sputtering process using a uniformly distributed plasma according to the invention accelerates ions in the plasma towards the surface of the sputtering target in a more uniform manner than with conventional magnetron sputtering. Consequently, the surface of the sputtering target is eroded more evenly and, thus higher target utilization is achieved. Additionally, the target material from the sputtering target is deposited more uniformly on a substrate (not shown) without the necessity of rotating the substrate and/or the magnetron.

In operation, the magnetic field **306** is generated proximate to the cathode assembly **204**. In one embodiment, the permanent magnets **304** continuously generate the magnetic field **306**. In some embodiments, electro-magnets (not shown) generate the magnetic field **306** by energizing a current source that is coupled to the electromagnets. After the magnetic field **306** is generated, the feed gas **226** from the gas source **228** is supplied between the cathode assembly **204** and the anode **216**. A volume of the feed gas **226** fills in the region **222**. In one embodiment (not shown), an excited atom source, such as described in connection with FIG. **6**, supplies a volume of excited atoms including metastable atoms to the region **222**.

Next, the power supply **202** generates an electric field **234** across the feed gas **226** to ignite the plasma in the region **222**. In one embodiment, the feed gas **226** flows through the region **222** and continuously displaces the initially generated plasma. The plasma diffuses into the region **232'** and the magnetic field **306** traps electrons in the plasma. A large fraction of the electrons are concentrated in the region **308** that corresponds to the weakest area of the magnetic field **306** that is generated by the magnet assembly **302**. By trapping the electrons in the region **308**, the magnetic field **306** substantially prevents the plasma from diffusing away from the cathode assembly **204**.

The desired strength of the magnetic field **306** depends upon many factors, such as the volume of the plasma and the desired plasma properties. For example, in one embodiment, the strength of the magnetic field **306** is in the range of about fifty to two thousand gauss.

In one embodiment, the power supply **202** generates an electric field **234** across a volume of excited atoms including metastable atoms that are generated by an excited atom source. The electric field **234** generates the plasma in the region **222**. In one embodiment, an additional volume of excited atoms including metastable atoms continues to flow through the region **222** and displaces the plasma. The plasma diffuses into the region **232'** as described herein. The magnetic field **306** traps electrons in the plasma. A large fraction of the trapped electrons are concentrated in the region **308** that corresponds to the weakest area of the magnetic field **306**. By trapping electrons in the plasma, the magnetic field **306** prevents the plasma from diffusing away from the cathode assembly **204**.

The magnetic field **306** improves the homogeneity of the high-density plasma. The magnetic field **306** also increases the ion density of the high-density plasma by trapping electrons in the initial plasma and also by trapping secondary electrons proximate to the cathode assembly **204**. The trapped electrons ionize ground state atoms and excited atoms in the initial plasma thereby generating the high-density plasma. In one embodiment (not shown), a magnetic field is generated in the region **222** to substantially trap electrons in the area where the plasma is initially ignited.

11

The magnetic field 306 also promotes increased homogeneity of the plasma by setting up a substantially circular electron ExB drift current 310 proximate to the cathode assembly 204. In one embodiment, the electron ExB drift current 310 generates a magnetic field that interacts with the magnetic field 306 generated by the magnet assembly 302.

When high-power pulses are applied between the cathode assembly 204 and the anode 216, secondary electrons are generated from the cathode assembly 204 that move in a substantially circular motion proximate to the cathode assembly 204 according to crossed electric and magnetic fields. The substantially circular motion of the electrons generates the electron ExB drift current 310. The magnitude of the electron ExB drift current 310 is proportional to the magnitude of the discharge current in the plasma and, in one embodiment, is approximately in the range of about three to ten times the magnitude of the discharge current.

In one embodiment, the substantially circular electron ExB drift current 310 generates a magnetic field that interacts with the magnetic field 306 generated by the magnet assembly 302. In one embodiment, the magnetic field generated by the electron ExB drift current 310 has a direction that is substantially opposite to the magnetic field 306 generated by the magnet assembly 302. The magnitude of the magnetic field generated by the electron ExB drift current 310 increases with increased electron ExB drift current 310. The homogeneous diffusion of the plasma in the region 232' is caused, at least in part, by the interaction of the magnetic field 306 generated by the magnet assembly 302 and the magnetic field generated by the electron ExB drift current 310.

In one embodiment, the electron ExB drift current 310 defines a substantially circular shape for low current density plasma. However, as the current density of the plasma increases, the substantially circular electron ExB drift current 310 tends to have a more complex shape as the interaction of the magnetic field 306 generated by the magnet assembly 302, the electric field generated by the power supply 202, and the magnetic field generated by the electron ExB drift current 310 becomes more acute. For example, in one embodiment, the electron ExB drift current 310 has a substantially cycloidal shape. The exact shape of the electron ExB drift current 310 depends on various factors.

As the magnitude of the electron ExB drift current 310 increases, the magnetic field generated by the electron ExB drift current 310 becomes stronger and eventually overpowers the magnetic field 306 generated by the magnet assembly 302. The magnetic field lines that are generated by the magnet assembly 302 exhibit substantial distortion that is caused by the relatively strong magnetic field that is generated by the relatively large electron ExB drift current 310. Thus, a large electron ExB drift current 310 generates a stronger magnetic field that strongly interacts with and can begin to dominate the magnetic field 306 that is generated by the magnet assembly 302.

The interaction of the magnetic field 306 generated by the magnet assembly 302 and the magnetic field generated by the electron ExB drift current 310 generates magnetic field lines that are somewhat more parallel to the surface of the cathode assembly 204 than the magnetic field lines generated by the magnet assembly 302. The somewhat more parallel magnetic field lines results in a more uniformly distributed plasma in the area 232'.

FIG. 4 illustrates a graphical representation 400 of the power as a function of time for periodic pulses applied to a plasma generated by the plasma generating system 200 of

12

FIG. 2 and the plasma generating system 300 of FIG. 3. In one illustrative embodiment, the feed gas 226 flows into the region 222 between the cathode assembly 208 and the anode 216 at time $t_0$, before the power supply 202 is activated.

The time required for a sufficient quantity of feed gas 226 to flow into the region 222 depends on several factors including the flow rate of the feed gas 226 and the desired operating pressure. At time $t_1$, the power supply 202 generates a power pulse 402 that is in the range of about 0.01 kW to 100 kW and applies the power pulse 402 between the cathode assembly 204 and the anode 216. The power pulse 402 causes atoms in the feed gas 226 to become either excited or ionized, thereby generating the plasma. An additional volume of feed gas 226 flows into the region 222 between time $t_1$ and time $t_2$ substantially displacing the initially generated plasma. The plasma is displaced into the region 232 proximate to the sputtering target 206.

In one embodiment, the pulse width of the power pulse 402 is in the range of about one microsecond to ten seconds. The power pulse 402 is terminated at time $t_3$. In one embodiment (not shown), after the delivery of the power pulse 402, the power supply 202 supplies a continuously applied nominal power to sustain the plasma, while the power supply 202 prepares to deliver another power pulse 406.

At time $t_4$, the power supply 202 delivers another power pulse 406 having a rise time from $t_4$ to $t_5$ and terminating at time $t_6$. In one embodiment, the repetition rate of the power pulses 402, 406 is in the range of about 0.1 Hz to 10 kHz. The particular size, shape, width, and frequency of the power pulses 402, 406 depend on the process parameters, such as the operating pressure, the design of the power supply 202, the presence of a magnetic field proximate to the cathode assembly 204, and the volume and characteristics of the plasma, for example. The shape and duration of the leading edge 404 and the trailing edge 408 of the power pulse 402 are chosen to control the rate of ionization of the plasma.

FIG. 5 is a cross-sectional view of another embodiment of a plasma generating apparatus 500 according to the present invention. The plasma generating apparatus 500 includes a power supply 502. The power supply 502 can be any type of power supply, such as a pulsed power supply, a radiofrequency (RF) power supply, a direct-current (DC) power supply, or an alternating-current (AC) power supply.

The plasma generating apparatus 500 also includes a cathode assembly 504. In one illustrated embodiment, the plasma generating apparatus 500 is configured for magnetron sputtering. In this embodiment, the cathode assembly 504 includes a target 506 and a cathode 508. In one embodiment, the cathode assembly 504 is substantially disk-shaped and includes a centered aperture.

The cathode assembly 504 can be configured to include a hollow cathode 510 located at the centered aperture of the cathode assembly 504. An anode 512 is positioned in the center of the hollow cathode 510. The hollow cathode 510 includes an inner surface 514 that substantially surrounds the anode 512. In one embodiment, the inner surface 514 is a cylindrical wall. In one embodiment, target material covers the inner surface 514 of the hollow cathode 510. The inner surface 514 forms a gap 515 with the anode 512. In some embodiments (not shown), the anode 512 and/or the inner surface 514 can include multiple protuberances, raised areas, depressed areas, surface anomalies, or shapes that control the ionization process. For example, the pressure in the gap 515 can be optimized by including a raised area or protuberance on the surface of the anode 512 and/or on the inner surface 514.

US 6,903,511 B2

13

A first output **516** of the power supply **502** is coupled to the cathode assembly **504**. A second output **518** of the power supply **502** is coupled to the anode **512**. In one embodiment, the second output **518** of the power supply **502** and the anode **512** are both coupled to ground.

The plasma generating apparatus **500** also includes the gas source **228**. The feed gas **226** is supplied to the hollow cathode **510** through a gas line **520**. A gas flow controller **230**, such as a mass flow controller or gas valve controls the flow of the feed gas **226** to the hollow cathode **510**.

In one embodiment (not shown), the plasma generating apparatus **500** includes an excited atom source, such as the excited atom source that is described in connection with FIG. **6**. The excited atom source receives ground state atoms from the gas source **228** and excites the ground state atoms to an excited state, thereby generating excited atoms including metastable atoms from the ground state atoms. The excited atom source provides the excited atoms to the hollow cathode **510**.

In one embodiment, the plasma generating apparatus **500** also includes a plasma shaping device **522**. The shape and size of the plasma shaping device **522** is chosen so as to optimize the shape and distribution of the plasma that is generated by the hollow cathode **510**. In the embodiment shown, the plasma shaping device **522** is formed in the shape of a plate. However, the plasma shaping device **522** can be any desired shape according to the present invention. In one embodiment (not shown), the plasma shaping device **522** is coated with target material so as to reduce contamination in the chamber due to unintended sputtering from the plasma shaping device **522**.

In one embodiment, the plasma generating apparatus **500** also includes a magnet assembly **302** that generates a magnetic field **306** as described herein. Any type of magnet assembly can be used. The magnetic field **306** can assist in distributing the plasma as described with reference to FIG. **3**.

In operation, a volume of feed gas **226** from the gas source **228** and/or a volume of excited atoms from an excited atom source (not shown) are supplied to the hollow cathode **510** through the gas flow controller **230**. In one embodiment, the feed gas **226** and/or the excited atoms are supplied through the gap **515** between the anode **512** and the inner surface **514** of the cathode assembly **504**. The power supply **502** generates a voltage between the cathode assembly **504** and the anode **512** that is large enough to ignite a plasma in the gap **515**.

The gas flow controller **230** supplies an additional volume of feed gas **226** and/or an additional volume of excited atoms to the gap **515** while the hollow cathode **510** generates the plasma. The additional volume of feed gas **226** and/or the additional volume of excited atoms substantially displace the plasma in the hollow cathode **510**. This volume exchange forces the plasma towards the plasma shaping apparatus **522**. The plasma shaping apparatus **522** deflects the plasma such that it flows proximate to the target **506**. The combination of the volume exchange and the plasma deflection creates a uniformly distributed plasma proximate to the target **506**. In one embodiment, the magnetic field **306** contributes to an even more uniform plasma as discussed with reference to FIG. **3**.

The plasma generating apparatus **500** can result in the formation of a relatively high-density plasma as compared with conventional plasma generators because a relatively high power can be absorbed in the plasma. By injecting additional feed gas **226** and/or excited atoms in the hollow cathode **510** during the plasma generation, higher power and

14

longer duration pulses can be applied to the plasma. The additional feed gas **226** and excited atoms can absorb the additional power that would otherwise cause the plasma to contract and terminate.

FIG. **6** illustrates a cross-sectional view of an excited atom generator **600** that includes an excited atom source **602** according to the invention. Such an excited atom generator **600** is described in co-pending U.S. patent application Ser. No. 10/249,202 entitled "Plasma Generation Using Multi-Step Ionization," filed on Mar. 21, 2003, which is assigned to the present assignee. The entire disclosure of U.S. patent application Ser. No. 10/249,202 is incorporated herein by reference.

The excited atom generator **600** includes the gas source **228** and the gas flow controller **230**. There are many possible configurations for the excited atom generator **600**. In one embodiment, a gas source **228** supplies ground state atoms **603** of a feed gas to the excited atom source **602**.

The excited atom generator **600** also includes a power supply **604**. The power supply **604** can be a direct-current (DC), an alternating-current (AC), a radio-frequency (RF), or a pulsed power supply, for example. A first output **624** of the power supply **604** is coupled to a first input **626** of the excited atom source **602** with a first transmission line **628**. A second output **630** of the power supply **604** is coupled to a second input **632** of the excited atom source **602** with a second transmission line **634**. The first input **626** of the excited atom source **602** is coupled to a first electrode **636** in the excited atom source **602**. The second input **632** of the excited atom source **602** is coupled to a second electrode **638** in the excited atom source **602**.

An output **606** of the gas source **228** is coupled to one end of a gas line **605**. The other end of the gas line **605** is coupled to an input **608** of the gas controller **230**. An output **612** of the gas controller **230** is coupled to one end of second gas line **610**. The other end of the second gas line **610** is coupled to an input **614** of the excited atom source **602**. A volume of excited atoms including metastable atoms exits the excited atom source **602** through the output **616**.

In operation, ground state atoms **603** from the gas source **228** flow to the excited atom source **602** though the gas flow controller **230**. The gas flow controller **230** controls the flow rate of the ground state atoms **603**. The ground state atoms **603** flow between the first electrode **636** and the second electrode **638**. The first **636** and the second electrodes **638** are charged by the power supply **604**, such that a discharge is created in a discharge region **640** between the first **636** and the second electrodes **638**. At least a portion of the ground state atoms **603** that are injected through the discharge region **640** are energized to an excited state, such as a metastable state.

In one embodiment, a large portion of the exited atoms **618** are metastable atoms. The term "metastable atoms" is defined herein to mean excited atoms having energy levels from which dipole radiation is theoretically forbidden. Metastable atoms have relatively long lifetimes compared with other excited atoms. Metastable atoms are created because, in theory, the selection rules forbid relaxation of these excited atoms to the ground state and the emission of dipole radiation. However, the selection rules were determined using certain approximations. Consequently, in practice, there is a finite probability that the metastable atoms relax to the ground state and emit dipole radiation. The actual lifetime of metastable atoms is on order of milliseconds to minutes.

All noble gas atoms have metastable states. For example, argon has two metastable states, see, for example, Fabrikant,

US 6,903,511 B2

15

I. I., Shpenik, O. B., Snegursky, A. V., and Zavilopulo, A. N., *Electron Impact Formation of Metastable Atoms*, North-Holland, Amsterdam. Argon metastable atoms can be generated by applying a sufficient voltage across argon feed gas containing ground state argon atoms. When an ionizing electron ($e^-$) collides with a ground state argon (Ar) atom, a metastable argon atom and an electron are generated.

Argon atoms require a minimum of 11.56 eV of energy to reach one of its two metastable states. Whereas, 15.76 eV of energy is required to eject the electron and ionize the atom. Therefore, the energy required to excite ground state argon atoms to a metastable state is lower than the 15.76 eV energy that is required to ionize ground state argon atoms. Thus, a large number of argon atoms can be energized to a metastable state using less energy then would be required to directly ionize the argon atoms.

Depending on the geometry and the operating parameters of the excited atom source 602, a relatively small volume of ions 620 and electrons 622, as well as some ground state atoms 603 can be present in the volume of excited atoms 618 including the metastable atoms. For example, the output 616 of the excited atom source 602 can be coupled to one or more of the gas lines 224 of the plasma generating apparatus 200 of FIG. 2 to supply excited atoms 618 to the region 222. The output 616 of the excited atom source 602 can also be coupled to the gas line 520 of the plasma generating apparatus 500 of FIG. 5 to supply excited atoms 618 to the hollow cathode 510. In one embodiment, the volume of ions 620 and the volume of electrons 622 are removed from the volume of excited atoms 618 before the excited atoms 618 are injected into the gas lines 224 (FIG. 2) or the gas line 520 (FIG. 5), as described herein.

The excited atoms 618 facilitate a multi-step or stepwise ionization process to generate the plasma. The term "multi-step ionization process" is defined herein to mean an ionization process whereby ions are ionized in at least two distinct steps. For example, in a first step, atoms are excited from a ground state to an excited state; and in a second step, the atoms in the excited state are further excited and ionized. The term "multi-step ionization process" also includes ionization processes with three or more steps.

Some of the ground state atoms 603 are energized to an energy that ionizes the atoms, thereby releasing ions 620 and electrons 622 into the stream of exited atoms 618. The excited atoms 218, the free ions 620 and electrons 622 then pass through the output 616 of the excited atom source 602. In addition, ground state atoms 603 can also be present in the stream of excited atoms 618. The ground state atoms 603 can originate from the gas source 228 or can be excited atoms that have decayed back to a ground state.

One advantage of using excited atoms 618 in the plasma process is that they require less energy to ionize than ground state atoms 603. For example, a metastable argon atom 618 requires only about 4 eV of energy to ionize as compared with about 15.76 eV of energy required to ionize an argon ground state atom 603. The difference between exciting a ground state atom 603 to an excited state, such as a metastable state, and ionizing a ground state atom 603 is discussed below.

Argon atoms can be ionized by a two-step ionization process. In the first step, ionizing electrons $e^-$ are generated by applying a sufficient voltage between two electrodes. When an ionizing electron $e^-$ collides with a ground state argon (Ar) atom, a metastable argon atom and an electron are generated. Metastable atoms can be present in considerable densities in weakly ionized discharges. In the second step, an ionizing electron $e^-$ collides with the metastable

16

argon atom and the metastable argon atom is ionized and two electrons are generated, as shown below.

$$Ar + e^- \rightarrow Ar^* + e^-$$

$$Ar^* + e^- \rightarrow Ar^+ + 2e^-$$

where Ar represents an argon ground state atom, and $e^-$ represents an ionizing electron that is generated when sufficient voltage is applied between the first electrode 636 and the second electrode 638, and Ar* represents a metastable argon atom. The second step can occur in the plasma chamber. The collision between the metastable argon atom and the ionizing electron results in an argon ion (Ar+) and two electrons.

Plasma generation using multi-step ionization according to the present invention is described in connection with the generation of metastable atoms. However, the present invention is not limited to multi-step ionization using metastable atoms. Plasma generation using multi-step ionization according to the present invention can be achieved by generating metastable molecules.

Controlling the pressure in the excited atom source 602 can increase the volume of exited atoms 618 that are generated by the excited atom source 602. In one embodiment, a pressure at the input 614 of the excited atom source 602 is lower than a pressure at the output 616 of the excited atom source 602. The pressure differential increases the efficiency with which the excited atoms 618 are generated by the excited atom source 602. For example, a diameter of the input 614 can be chosen to be greater than a diameter of the output 616. This difference in diameters can be used to optimize the pressure in the discharge region 640 and therefore increase the efficiency with which the excited atoms 618 are generated.

Once a sufficient volume of excited atoms 618 is present in the region 222 (FIG. 2), the power supply 202 generates the electric field 234 proximate to the volume of excited atoms 618 between the cathode assembly 204 and the anode 216. The electric field 234 raises the energy of the volume of excited atoms 618 causing collisions between neutral atoms, electrons, and excited atoms 618. These collisions generate the plasma in the region 222. The plasma can include ions, metastable atoms and additional excited atoms 618. The efficiency of the multi-step ionization process increases as the density of excited atoms 618 in the region 222 increases. The multi-step ionization process described herein substantially increases the rate at which a plasma is formed and, therefore, generates a relatively dense plasma. The rate is increased because only a relatively small amount of energy is required to ionize the excited atoms 618.

Furthermore, as the density of the excited atoms 618 in the plasma increases, the efficiency of the ionization process rapidly increases. The increased efficiency results in an avalanche-like process that substantially increases the density of the plasma. In addition, the ions in the plasma strike the cathode assembly 204 (FIG. 2) causing the secondary electron emission from the cathode assembly 204. The secondary electrons interact with ground state atoms 603 and with the excited atoms 618 in the plasma. This interaction further increases the density of ions in the plasma as additional volumes of excited atoms 618 enter the region 222. Thus, for the same input energy, the density of the plasma that is generated by the multi-step ionization process according to the present invention is significantly greater than a plasma that is generated by direct ionization of ground state atoms 603.

FIG. 7 is a flowchart 700 of an illustrative process of generating a uniformly-distributed plasma according to the

US 6,903,511 B2

17

present invention. In some embodiments, a magnetic field **306** (FIG. 3) is generated proximate to the target **206** as described herein. The feed gas **226** (FIG. 2) from the feed gas source **228** flows into the region **222** (step **702**). The volume and the flow rate of the feed gas **226** are controlled by the feed gas controller **230**. In some embodiments, excited atoms **618** (FIG. 6) from the excited atom source **602** flow into the region **222** (FIG. 2).

After a suitable volume of the feed gas **226** and/or excited atoms **618** is supplied to the region **222**, the power supply **202** generates a voltage across the feed gas **226** and/or the excited atoms **618** in the region **222** (step **704**). The voltage generates an electric field that is large enough to ignite the feed gas **226** and/or the excited atoms **618** to generate the plasma. Additional feed gas **226** and/or excited atoms **618** flows into the region **222** while the plasma is being generated, thereby forcing the plasma to diffuse into the region **232** proximate to the target **206** (step **706**). This process continues until a suitable volume of plasma is located in the region **232** proximate to the target **206** (step **708**). The plasma that is located in the region **232** proximate to the target **206** is substantially uniformly-distributed.
Equivalents

While the invention has been particularly shown and described with reference to specific preferred embodiments, it should be understood by those skilled in the art that various changes in form and detail may be made therein without departing from the spirit and scope of the invention as defined herein.

What is claimed is:

1. A plasma generator comprising:
   a. a cathode assembly that is positioned adjacent to an anode and forming a gap there between;
   b. a gas source that supplies a volume of feed gas;
   c. an excited atom source that generates a volume of excited atoms from the volume of feed gas supplied by the gas source, the excited atom source supplying the volume of excited atoms to the gap; and
   d. a power supply that generates an electric field across the gap between the cathode assembly and the anode, the electric field ionizing the volume of excited atoms that is supplied to the gap by the excited atom source, thereby creating a plasma in the gap.

2. The plasma generator of claim **1** wherein the cathode assembly comprises a target.

3. The plasma generator of claim **1** further comprising a gas flow controller that controls the volume of feed gas supplied by the gas source.

4. The plasma generator of claim **1** wherein the power supply is chosen from the group comprising a pulsed DC power supply, a RF power supply, an AC power supply, and a DC power supply.

5. The plasma generator of claim **1** wherein the power supply generates a constant power.

6. The plasma generator of claim **1** wherein the power supply generates a constant voltage.

7. The plasma generator of claim **1** wherein a width of the gap is in the range of about 0.3 cm to 10 cm.

8. The plasma generator of claim **1** further comprising a magnet assembly that generates a magnet field that substantially traps electrons in the plasma.

9. The plasma generator of claim **1** wherein a peak plasma density of the plasma is in the range of about $10^7$ cm$^{-3}$ to $10^{16}$ cm$^{-3}$.

10. The plasma generator of claim **1** wherein the cathode assembly comprises a hollow cathode comprising an inner surface that substantially surrounds the anode.

18

11. The plasma generator of claim **10** wherein the inner surface comprises a cylindrical wall.

12. The plasma generator of claim **1** wherein the plasma created in the gap diffuses proximate to a surface of the cathode assembly.

13. The plasma generator of claim **12** wherein the plasma is substantially uniformly-distributed proximate to the surface of the cathode assembly.

14. The plasma generator of claim **12** wherein at least one of a width of the gap and a flow rate of the volume of feed gas that is supplied by the gas source is chosen to increase a density of the plasma proximate to the surface of the cathode assembly.

15. The plasma generator of claim **12** wherein at least one of a width of the gap and a flow rate of the volume of feed gas that is supplied by the gas source is chosen to increase uniformity of the plasma proximate to the surface of the cathode assembly.

16. The plasma generator of claim **12** wherein a pressure in the gap is higher than a pressure proximate to the surface of the cathode assembly.

17. A plasma generator comprising:
   a. a cathode assembly that is positioned adjacent to an anode and forming a gap there between;
   b. an excited atom source that generates a volume of excited atoms from a volume of feed gas, the excited atom source supplying the volume of excited atoms to the gap between the cathode assembly and the anode; and
   c. a power supply that generates an electric field across the gap between the cathode assembly and the anode, the electric field ionizing the volume of excited atoms that is supplied to the gap, thereby creating a plasma in the gap.

18. The plasma generator of claim **17** wherein at least a portion of the volume of excited atoms comprises metastable atoms.

19. The plasma generator of claim **17** further comprising a gas flow controller that controls the volume of excited atoms supplied to the gap.

20. The plasma generator of claim **17** wherein a width of the gap is in the range of about 0.3 cm to 10 cm.

21. The plasma generator of claim **17** further comprising a magnet assembly that generates a magnet field that substantially traps electrons in the plasma.

22. The plasma generator of claim **17** wherein the cathode assembly comprises a hollow cathode comprising an inner surface that substantially surrounds the anode.

23. The plasma generator of claim **22** wherein the inner surface comprises a cylindrical wall.

24. The plasma generator of claim **17** wherein the plasma created in the gap diffuses proximate to a surface of the cathode assembly.

25. The plasma generator of claim **24** wherein the plasma is substantially uniformly-distributed proximate to the surface of the cathode assembly.

26. The plasma generator of claim **24** wherein at least one of a width of the gap and a flow rate of the volume of excited atoms that is supplied to the gap is chosen to increase a density of the plasma proximate to the surface of the cathode assembly.

27. The plasma generator of claim **24** wherein at least one of a width of the gap and a flow rate of the volume of excited atoms that is supplied to the gap is chosen to increase uniformity of the plasma proximate to the surface of the cathode assembly.

28. A method for generating a plasma, the method comprising:

US 6,903,511 B2

19

a. supplying a volume of feed gas;

b. generating a volume of excited atoms from the volume of feed gas and supplying the volume of excited atoms to a gap between a cathode assembly and an anode; and

c. applying an electric field across the gap, the electric field ionizing the volume of feed gas that is supplied to the gap, thereby creating a plasma in the gap.

**29**. The method of claim **28** further comprising adjusting a flow rate of the volume of feed gas supplied so as to increase a density of the plasma.

**30**. The method of claim **28** further comprising supplying a second volume of excited atoms that is generated from a second volume of feed gas, the second volume of excited atoms displacing the plasma.

**31**. The method of claim **28** wherein the applying the electric field across the gap comprises applying a quasi-static electric field across the gap.

**32**. The method of claim **28** wherein the applying the electric field across the gap comprises applying the electric field at a constant power.

**33**. The method of claim **28** wherein the applying the electric field across the gap comprises applying the electric field at a constant voltage.

**34**. The method of claim **28** wherein a peak plasma density of the plasma is in the range of about $10^7 \text{cm}^{-3}$ to $10^{16} \text{cm}^{-3}$.

**35**. The method of claim **28** further comprising generating a magnetic field proximate to the plasma, the magnetic field trapping electrons in the plasma, thereby increasing the density of the plasma.

**36**. The method of claim **35** wherein the magnetic field generated proximate to the plasma in the gap and the electric field applied across the gap intersect in the gap.

**37**. The method of claim **28** wherein the applying the electric field across the gap comprises applying a pulsed electric field across the gap.

**38**. The method of claim **37** further comprising selecting characteristics of the pulsed electric field to increase an ionization rate of the plasma.

**39**. The method of claim **37** wherein a rise time of the pulsed electric field is in the range of about 0.1 microsecond to 10 seconds.

**40**. The method of claim **28** wherein the plasma created in the gap diffuses proximate to a surface of the cathode assembly.

**41**. The method of claim **40** further comprising adjusting the flow rate of the volume of feed gas supplied so as to

20

increase uniformity of the plasma proximate to the surface of the cathode assembly.

**42**. The method of claim **40** further comprising selecting a width of the gap to increase a density of the plasma proximate to the surface of the cathode assembly.

**43**. The method of claim **40** further comprising selecting a width of the gap to increase uniformity of the plasma proximate to the surface of the cathode assembly.

**44**. A method for generating a plasma, the method comprising:

a. generating a volume of excited atoms from a volume of feed gas;

b. supplying the volume of excited atoms to a gap between a cathode assembly and an anode; and

c. applying an electric field across the gap, the electric field ionizing the volume of excited atoms that is supplied to the gap, thereby creating a plasma in the gap.

**45**. The method of claim **44** wherein at least a portion of the volume of excited atoms comprises metastable atoms.

**46**. The method of claim **44** further comprising supplying a second volume of excited atoms to the gap, the second volume of excited atoms displacing the plasma.

**47**. The method of claim **44** wherein the plasma created in the gap diffuses proximate to a surface of the cathode assembly.

**48**. The method of claim **47** further comprising adjusting a flow rate of the volume of excited atoms to increase a density of the plasma proximate to the surface of the cathode assembly.

**49**. The method of claim **47** further comprising adjusting the flow rate of the volume of excited atoms to increase uniformity of the plasma proximate to the surface of the cathode assembly.

**50**. A plasma generator comprising:

a. means for generating a volume of excited atoms from a volume of feed gas;

b. means for supplying the volume of excited atoms to a gap between a cathode assembly and an anode; and

c. means for applying an electric field across the gap, the electric field ionizing the volume of excited atoms that is supplied to the gap, thereby creating a plasma in the gap.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 6,903,511 B2                                    Page 1 of  1
DATED          : June 7, 2005
INVENTOR(S)  : Chistyakov

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 17,
Line 41, replace "volume of excited gas atoms" with -- volume of excited atoms --.

Signed and Sealed this

Sixteenth Day of August, 2005

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# EXHIBIT O

US007095179B2

(12) **United States Patent**
Chistyakov

(10) Patent No.: **US 7,095,179 B2**
(45) Date of Patent: **Aug. 22, 2006**

(54) **METHODS AND APPARATUS FOR GENERATING STRONGLY-IONIZED PLASMAS WITH IONIZATIONAL INSTABILITIES**

(75) Inventor: **Roman Chistyakov**, Andover, MA (US)

(73) Assignee: **Zond, Inc.**, Mansfield, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/708,281**

(22) Filed: **Feb. 22, 2004**

(65) **Prior Publication Data**
US 2005/0184669 A1   Aug. 25, 2005

(51) Int. Cl.
*H01J 7/24*     (2006.01)
*C23C 16/00*    (2006.01)
*C23C 14/00*    (2006.01)

(52) **U.S. Cl.** ............................ **315/111.21**; 315/111.71; 118/723 R; 204/192.12

(58) **Field of Classification Search** .......... 315/111.21, 315/111.41, 111.71; 216/67, 71; 118/723 VE, 118/723 R; 156/345.33; 204/192.12, 298.08, 204/192.1
See application file for complete search history.

(56) **References Cited**
U.S. PATENT DOCUMENTS

3,104,345 A * 9/1963 Wilcox et al. ............... 376/141
4,931,169 A 6/1990 Scherer et al. ......... 204/298.11
5,002,631 A * 3/1991 Giapis et al. ................. 216/60
5,015,493 A * 5/1991 Gruen .......................... 427/571
5,565,247 A * 10/1996 Suzuki ........................ 427/562
5,616,224 A * 4/1997 Boling ................... 204/298.08
5,844,195 A * 12/1998 Fairbairn et al. ...... 219/121.43
6,124,675 A 9/2000 Bertrand et al. ........ 315/111.91
6,197,165 B1 * 3/2001 Drewery et al. ...... 204/192.12

6,222,321 B1   4/2001 Scholl et al. ........... 315/111.21
6,254,745 B1 * 7/2001 Vukovic ................ 204/298.06

(Continued)

FOREIGN PATENT DOCUMENTS
DE        3700633 C1      5/1988

(Continued)

OTHER PUBLICATIONS

Lin et al, Bifurcation and Chaos in Weakly Ionized Megeneto-PLasmas, May 18, 1991, Chinese Journal of Physics, vol. 29, No. 4, pp. 347-348 and 351.*

(Continued)

Primary Examiner—Wilson Lee
Assistant Examiner—Angela M Lie
(74) Attorney, Agent, or Firm—Kurt Rauschenbach; Rauschenbach Patent Law Group, LLC

(57) **ABSTRACT**

Methods and apparatus for generating strongly-ionized plasmas are disclosed. A strongly-ionized plasma generator according to one embodiment includes a chamber for confining a feed gas. An anode and a cathode assembly are positioned inside the chamber. A pulsed power supply is electrically connected between the anode and the cathode assembly. The pulsed power supply generates a multi-stage voltage pulse that includes a low-power stage with a first peak voltage having a magnitude and a rise time that is sufficient to generate a weakly-ionized plasma from the feed gas. The multi-stage voltage pulse also includes a transient stage with a second peak voltage having a magnitude and a rise time that is sufficient to shift an electron energy distribution in the weakly-ionized plasma to higher energies that increase an ionization rate which results in a rapid increase in electron density and a formation of a strongly-ionized plasma.

**47 Claims, 16 Drawing Sheets**



**US 7,095,179 B2**

Page 2

### U.S. PATENT DOCUMENTS

| 6,296,742 B1 * | 10/2001 | Kouznetsov ............ | 204/192.12 |
| 6,327,163 B1 | 12/2001 | Petr ............................ | 363/124 |
| 6,342,132 B1 | 1/2002 | Rossnagel .................. | 204/192.12 |
| 6,355,992 B1 | 3/2002 | Via ................................ | 307/419 |
| 6,359,424 B1 | 3/2002 | Iida et al. .................... | 323/251 |
| 6,413,382 B1 * | 7/2002 | Wang et al. ............ | 204/192.12 |
| 6,416,634 B1 * | 7/2002 | Mostovoy et al. ...... | 204/192.12 |
| 6,633,017 B1 | 10/2003 | Drummond et al. ... | 219/121.57 |
| 6,808,607 B1 | 10/2004 | Christie .................... | 204/298.08 |
| 2004/0020760 A1 | 2/2004 | Kouznetsov ............ | 204/192.12 |
| 2004/0082187 A1 * | 4/2004 | Chistyakov ............ | 438/710 |
| 2004/0086434 A1 * | 5/2004 | Gadgil et al. .......... | 422/186.04 |
| 2004/0094411 A1 * | 5/2004 | Chistyakov .............. | 204/298.07 |
| 2004/0222745 A1 * | 11/2004 | Chistyakov ............ | 315/111.41 |
| 2005/0092596 A1 * | 5/2005 | Kouznetsov ............ | 204/192.12 |
| 2005/0109607 A1 | 5/2005 | Ehiasarian et al. .... | 204/192.15 |
| 2005/0173239 A1 * | 8/2005 | Somekh et al. ........ | 204/192.13 |

### FOREIGN PATENT DOCUMENTS

| EP | 1 260 603 A2 | 11/2002 |
| WO | WO 98/40532 | 9/1998 |
| WO | WO 02/103078 A1 | 12/2002 |

### OTHER PUBLICATIONS

Vladimirov, V., Voltage-Current Characteristics Of A Gas Magnetron In the Case Of Intense Cathode Sputtering, Sov. J. Plasma Phys., Jan.-Feb. 1981, pp. 114-118, vol. 7, No. 1.

Lutsenko, E.I., Instability Mechanisms In A High-Current Straight Discharge At A Low Gas Pressure, Sov. J. Plasma Phys., Jan.-Feb. 1984, pp. 87-95, vol. 10, No. 1.

Chistyakov, Roman, Plasma Source With Segmented Magnetron Cathode, U.S. Appl. No. 10/710,946, filed Aug. 13, 2004.

Kouznetsov, et al., A Novel Pulsed Magnetron Sputter Technique Utilizing Very High Target Power Densities, Surface and Coatings Technology, 1999, pp. 290-293, vol. 122, Elsevier.

Steinbruchel, A Simple Formula For Low-Energy Sputtering Yields, Applied Physics A., 1985, pp. 37-42, vol. 36, Springer, Verlag.

Daugherty, et al., Attachment-Dominated Electron-Beam-Ionized Discharges, Applied Physics Letters, May 15, 1976, pp. 581-583, vol. 28, No. 10, American Institute of Physics.

Fajans, et al., Bifurcations In Elliptical, Asymmetric Non-Neutral Plasmas, Physics of Plasmas, Oct. 2000, pp. 3929-3933, vol. 7, No. 10, American Institute of Physics.

Dekoven, et al., Carbon Thin Film Deposition Using High Power Pulsed Magnetron Sputtering, 46th Annual Technical Conference Proceedings, 2003, pp. 158-165, Society of Vacuum Coaters.

Choueiri, Characterization Of Oscillations In Closed Drift Thrusters, pp. 1-19.

Stark, et al., Electron Heating In Atmospheric Pressure Glow Discharges, Journal of Applied Physics, Apr. 2001, p. 3568, vol. 89, No. 7, American Institute of Physics.

Gudmundsson, et al., Evolution Of The Electron Energy Distribution And Plasma Parameters In A Pulsed Magnetron Discharge, Applied Physics Letters, May 28, 2001, pp. 3427-3429, American Institute of Physics.

Tian, et al., Experimental Investigation Of The Electrical Characteristics And Initiation Dynamics Of Pulsed High-Voltage Glow Discharge, Journal of Physics D: Applied Physics, vol. 34, pp. 354-359, IOP Publishing Ltd. UK.

Mozgrin, et al., High-Current Low-Pressure Quasi-Stationary Discharge In A Magnetic Field: Experimental Research, Plasma Physics Reports, 1995, vol. 21, No. 5, pp. 400-409, Interperiodica Publishing.

Garrigues, et al., Hybrid And Particle-In-Cell Models Of A Stationary Plasma Thruster, Plasma Sources Sci. Technol., 2000, pp. 219-226, vol. 9, IOP Publishing Ltd., UK.

Kudryavtsev, et al., Ionization Relaxation In A Plasma Produced By A Pulsed Inert-Gas Discharge, Sov. Phys. Tech. Phys., Jan. 1983, pp. 30-35, vol. 28, No. 1, American Institute of Physics.

Biberman, et al., Low-Temperature Plasmas With Nonequilibrium Ionization, Sov. Phys. Usp., Jun. 1979, pp. 411-432, vol. 22, No. 6.

Thornton, Magnetron Sputtering: Basic Physics And Application To Cylindrical Magnetrons, J. Vac. Sci. Technol. Mar./Apr. 1978, pp. 171-177, vol. 15, No. 2.

Hart, et al., Measuring The Growth Of Solitons From Normal Modes, [online]. Nonneutral Plasmas, South Hall Convention Center, Nov. 19, Year unknown.

Helmersson, Metallization By Pulsed High-Power Sputtering, [online]. [retrieved on Nov. 21, 2003]. Retrieved from WWW.inf.liu.se/thinprogram/projects/p2.html.

Pisarev, Modification Of The Surface Of Perforated Polymer MF-4SK In Low-Pressure, High Current Quasi-Stable Discharge Plasma In Magnetic Field, [online]. [retrieved on Dec. 30, 2003]. Retrieved from WWW.tech-db.ru/istc/db/pra.nsf/we/0624.

Gudmundsson, et al., Observation Of Ion-Acoustic Solitons In A Pulsed Magnetron Sputtering Discharge, 56th-Gaseous Electronics Conference-2003, Oct. 24, 2003, pp. 1-14.

Matossian, et al., Operating Characteristics Of A 100kV, 100kW Plasma Ion Implantation Facility, Surface Coatings & Technology, 1996, pp. 92-97, vol. 85.

Fajans, et al., Second Harmonic Autoresonant Control Of The 1=1 Diocotron Mode In Pure-Electron Plasmas, Physical Review E, Sep. 2000, pp. 4131-4136, vol. 62, No. 3.

J.T. Gudmundsson, et al., Spatial And Temporal Behavior Of The Plasma Parameters In A Pulsed Magnetron Discharge, Surface & Coatings Technology, 2002, pp. 249-256, vol. 161, Elsevier Science.

Biberman, et al., Chapter Eight: Transient Nonequilibrium Plasmas, Kinetics Of Nonequilibrium Low Temperature Plasmas, 1987, pp. 321, 360-372, Plenum Publishing Corporation, New York, USA.

Gudmundsson, et al., Observation Of Solitons In A Pulsed Magnetron Sputtering Discharge [online]. [retrieved on Dec. 8, 2003]. Retrieved from WWW.eps.org/aps/meet/GEC03/baps/abs/s300.html.

The State Of The Art In Pulsed High Power [online]. [retrieved on Jul. 15, 2002]. Retrieved from WWW.physiqueindustrie.com/_pulse_power.html.

Encyclopedia Of Low Temperature Plasma, Editor V.E. Fortov, 2000, vol. 3, p. 123.

Encyclopedia Of Low Temperature Plasma, Editor V.E. Fortov, 2000, vol. 3, p. 119.

Chistyakov, Roman, High Power Pulsed Magnetron Sputtering, U.S. Appl. No. 10/065,277, filed Sep. 30, 2002.

Chistyakov, Roman, Method And Apparatus For Generating High-Density Plasma, U.S. Appl. No. 10/065,629, filed Nov. 4, 2002.

Chistyakov, Roman, High Deposition Rate Sputtering, U.S. Appl. No. 10/065,739, filed Nov. 14, 2002.

Chistyakov, Roman, High-Power Pulsed Magnetically Enhanced Plasma Processing, U.S. Appl. No. 10/065,551, filed Oct. 29, 2002.

Chistyakov, Roman, High-Density Plasma Source, U.S. Appl. No. 10/249,595, filed Apr. 22, 2003.

Chistyakov, Roman, High-Density Plasma Source Using Excited Atoms, U.S. Appl. No. 10/249,844, filed May 122, 2003.

Chistyakov, Roman, Generation Of Uniformly Distributed Plasma, U.S. Appl. No. 10/249,773, filed May 6, 2003.

Chistyakov, Roman, Plasma Generation Using Multi-Step Ionization, U.S. Appl. No. 10/249,202, filed Mar. 21, 2003.

Chistyakov, Roman, Plasma Source With Segmented Cathode, U.S. Appl. No. 60/481,671, filed. Nov. 19, 2003.

Hart, et al., Growth Of Soliton-like Structures From Normal Modes And Particle Loss From A Nonneutral Plasma, [online]. Non-Neutral Plasmas, Archibald/Cochran, 3rd Floor, Tower, Nov. 7, 1995.

Hart, et al., Verification Of Solitons Grown From Normal Modes, [online]. Dusty Plasmas And Nonneutral Plasmas I, Imperial Ballroom, Fairmont, Nov. 16, Year unknown.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5A



FIG. 5B



FIG. 5C



FIG. 6A



FIG. 6B



FIG. 7A



FIG. 7B



FIG. 8



FIG. 9



FIG. 10
PRIOR ART





FIG. 13
PRIOR ART

US 7,095,179 B2

1

# METHODS AND APPARATUS FOR GENERATING STRONGLY-IONIZED PLASMAS WITH IONIZATIONAL INSTABILITIES

## BACKGROUND OF INVENTION

A plasma can be created in a chamber by igniting a direct current (DC) electrical discharge between two electrodes in the presence of a feed gas. The electrical discharge generates electrons in the feed gas that ionize atoms thereby creating the plasma. The electrons in the plasma provide a path for an electric current to pass through the plasma. The energy supplied to the plasma must be relatively high for applications, such as magnetron plasma sputtering. Applying high electrical currents through a plasma can result in overheating the electrodes as well as overheating the work piece in the chamber. Complex cooling mechanisms can be used to cool the electrodes and the work piece. However, the cooling can cause temperature gradients in the chamber. These temperature gradients can cause non-uniformities in the plasma density which can cause non-uniform plasma process.

Temperature gradients can be reduced by pulsing DC power to the electrodes. Pulsing the DC power can allow the use of lower average power. This results in a lower temperature plasma process. However, pulsed DC power systems are prone to arcing at plasma ignition and plasma termination, especially when working with high-power pulses. Arcing can result in the release of undesirable particles in the chamber that can contaminate the work piece.

Plasma density in known plasma systems is typically increased by increasing the electrode voltage. The increased electrode voltage increases the discharge current and thus the plasma density. However, the electrode voltage is limited in many applications because high electrode voltages can effect the properties of films being deposited or etched. In addition, high electrode voltages can also cause arcing which can damage the electrode and contaminate the work piece.

## BRIEF DESCRIPTION OF DRAWINGS

This invention is described with particularity in the detailed description and claims. The above and further advantages of this invention may be better understood by referring to the following description in conjunction with the accompanying drawings, in which like numerals indicate like structural elements and features in various figures. The drawings are not necessarily to scale, emphasis instead being placed upon illustrating the principles of the invention.

FIG. **1** illustrates a cross-sectional view of a plasma sputtering apparatus having a pulsed direct current (DC) power supply according to one embodiment of the invention.

FIG. **2** is measured data of discharge voltage as a function of discharge current for a prior art low-current plasma and a high-current plasma according to the present invention.

FIG. **3** is measured data of a particular voltage pulse generated by the pulsed power supply of FIG. **1** operating in a low-power voltage mode.

FIG. **4** is measured data of a multi-stage voltage pulse that is generated by the pulsed power supply of FIG. **1** that creates a strongly-ionized plasma according to the present invention.

2

FIG. **5A**-FIG. **5C** are measured data of other illustrative multi-stage voltage pulses generated by the pulsed power supply of FIG. **1**.

FIG. **6A** and FIG. **6B** are measured data of multi-stage voltage pulses generated by the pulsed power supply of FIG. **1** that illustrate the effect of pulse duration in the transient stage of the pulse on the plasma discharge current.

FIG. **7A** and FIG. **7B** are measured data of multi-stage voltage pulses generated by the pulsed power supply of FIG. **1** that show the effect of the pulsed power supply operating mode on the plasma discharge current.

FIG. **8** is measured data for an exemplary single-stage voltage pulse generated by the pulsed power supply of FIG. **1** that produces a high-density plasma according to the invention that is useful for high-deposition rate sputtering.

FIG. **9** illustrates a cross-sectional view of a plasma sputtering apparatus having a pulsed direct current (DC) power supply according to another embodiment of the invention.

FIG. **10** illustrates a schematic diagram of a pulsed power supply that can generate multi-step voltage pulses according to the present invention.

FIG. **11** illustrates a schematic diagram of a pulsed power supply having a magnetic compression network for supplying high-power pulses.

FIG. **12** illustrates a schematic diagram of a pulsed power supply having a Blumlein generator for supplying high-power pulses.

FIG. **13** illustrates a schematic diagram of a pulsed power supply having a pulse cascade generator for supplying high-power pulses.

## DETAILED DESCRIPTION

FIG. **1** illustrates a cross-sectional view of a plasma sputtering apparatus **100** having a pulsed direct current (DC) power supply **102** according to one embodiment of the invention. The plasma sputtering apparatus **100** includes a vacuum chamber **104** for containing a plasma. The vacuum chamber **104** can be coupled to ground **105**. The vacuum chamber **104** is positioned in fluid communication with a vacuum pump **106** that is used to evacuate the vacuum chamber **104** to high vacuum. The pressure inside the vacuum chamber **104** is generally less than $10^{-1}$ Torr for most plasma operating conditions. A process or feed gas **108** is introduced into the vacuum chamber **104** through a gas inlet **112** from a feed gas source **110**, such as an argon gas source. The flow of the feed gas is controlled by a valve **114**. In some embodiments, the gas source is an excited atom or metastable atom source.

The plasma sputtering apparatus **100** also includes a cathode assembly **116**. The cathode assembly **116** shown in FIG. **1** is formed in the shape of a circular disk, but can be formed in other shapes. In some embodiments, the cathode assembly **116** includes a target **118** for sputtering. The cathode assembly **116** is electrically connected to a first terminal **120** of the pulsed power supply **102** with an electrical transmission line **122**.

A ring-shaped anode **124** is positioned in the vacuum chamber **104** proximate to the cathode assembly **116**. The anode **124** is electrically connected to ground **105**. A second terminal **125** of the pulsed power supply **102** is also electrically connected to ground **105**. In other embodiments, the anode **124** is electrically connected to the second terminal **125** of the pulsed power supply **102** which is not at ground potential.

US 7,095,179 B2

3

A housing **126** surrounds the cathode assembly **116**. The anode **124** can be integrated with or electrically connected to the housing **126**. The outer edge **127** of the cathode assembly **116** is electrically isolated from the housing **126** insulators **128**. The gap **129** between the outer edge **127** of the cathode assembly **116** and the housing **126** can be an air gap or can include a dielectric material.

In some embodiments, the plasma sputtering apparatus **100** includes a magnet assembly **130** that generates a magnetic field **132** proximate to the target **118**. The magnetic field **132** is less parallel to the surface of the cathode assembly **116** at the poles of the magnets in the magnet assembly **130** and more parallel to the surface of the cathode assembly **116** in the region **134** between the poles of the magnets in the magnetic assembly **130**. The magnetic field **132** is shaped to trap and concentrate secondary electrons emitted from the target **118** that are proximate to the target surface **133**. The magnet assembly can consist of rotating magnets.

The magnetic field **132** increases the density of electrons and therefore, increases the plasma density in the region **134** that is proximate to the target surface **133**. The magnetic field **132** can also induce an electron Hall current **135** that is formed by the crossed electric and magnetic fields. The strength of the electron Hall current **135** depends, at least in part, on the density of the plasma and the strength of the crossed electric and magnetic fields.

The plasma sputtering apparatus **100** also includes a substrate support **136** that holds a substrate **138** or other work piece for plasma processing. In some embodiments, the substrate support **136** is biased with a RF field. In these embodiments, the substrate support **136** is electrically connected to an output **140** of a RF power supply **142** with an electrical transmission line **144**. A matching network (not shown) may be used to coupled the RF power supply **142** to the substrate support **136**. In some embodiments, a temperature controller **148** is thermally coupled to the substrate support **136**. The temperature controller **148** regulates the temperature of the substrate **138**.

In some embodiments, the plasma sputtering apparatus **100** includes an energy storage device **147** that provides a source of energy that can be controllably released into the plasma. The energy storage device **147** is electrically coupled to the cathode assembly **116**. In one embodiment, the energy storage device **147** includes a capacitor bank.

In operation, the vacuum pump **106** evacuates the chamber **104** to the desired operating pressure. The feed gas source **110** injects feed gas **108** into the chamber **104** through the gas inlet **112**. The pulsed power supply **102** applies voltage pulses to the cathode assembly **116** that cause an electric field **149** to develop between the target **118** and the anode **124**. The magnitude, duration and rise time of the initial voltage pulse are chosen such that the resulting electric field **149** ionizes the feed gas **108**, thus igniting the plasma in the chamber **104**.

In one embodiment, ignition of the plasma is enhanced by one or more methods described in co-pending U.S. patent application Ser. No. 10/065,277, entitled High-Power Pulsed Magnetron Sputtering, and co-pending U.S. patent application Ser. No. 10/065,629, entitled Methods and Apparatus for Generating High-Density Plasma which are assigned to the present assignee. The entire disclosures of U.S. patent application Ser. No. 10/065,277 and U.S. patent application Ser. No. 10/065,629 are incorporated herein by reference. U.S. patent application Ser. No. 10/065,629 describes a method of accelerating the ignition of the plasma by increasing the feed gas pressure for a short period of time and/or

4

flowing feed gas directly through a gap between an anode and a cathode assembly. In addition, U.S. patent application Ser. No. 10/065,277 describes a method of using pre-ionization electrodes to accelerate the ignition of the plasma.

The characteristics of the voltage pulses generated by the pulsed power supply **102** and the resulting plasmas are discussed in connection with the following figures. The pulsed power supply **102** can include circuitry that minimizes or eliminates the probability of arcing in the chamber **104**. Arcing is generally undesirable because it can damage the anode **124** and cathode assembly **116** and can contaminate the wafer or work piece being processed. In one embodiment, the circuitry of the pulse supply **102** limits the plasma discharge current up to a certain level, and if this limit is exceeded, the voltage generated by the power supply **102** drops for a certain period of time.

The plasma is maintained by electrons generated by the electric field **149** and also by secondary electron emission from the target **118**. In embodiments including the magnet assembly **130**, the magnetic field **132** is generated proximate to the target surface **133**. The magnetic field **132** confines the primary and secondary electrons in a region **134** thereby concentrating the plasma in the region **134**. The magnetic field **132** also induces the electron Hall current **135** proximate to the target surface **133** that further confines the plasma in the region **134**.

In one embodiment, the magnet assembly **130** includes an electromagnet in addition to a permanent magnet. A magnet power supply (not shown) is electrically connected to the magnetic assembly **130**. The magnet power supply can generate a constant current that generates a constant magnetic filed. Alternatively, the magnet power supply can generate a pulse that produces a pulsed magnetic field that creates an increase in electron Hall current **135** proximate to the target surface **133** that further confines the plasma in the region **134**. In one embodiment, the pulsing of the magnetic field is synchronized with the pulsing the electric field in the plasma discharge in order to increase the density of the plasma. The sudden increase in the electron Hall current **135** may create a transient non-steady state plasma.

Ions in the plasma bombard the target surface **133** because the target **118** is negatively biased. The impact caused by the ions bombarding the target surface **133** dislodges or sputters material from the target **118**. The sputtering rate generally increases as the density of the plasma increases.

The RF power supply **142** can apply a negative RF bias voltage to the substrate **138** that attracts positively ionized sputtered material to the substrate **138**. The sputtered material forms a film of target material on the substrate **138**. The magnitude of the RF bias voltage on the substrate **138** can be chosen to optimize parameters, such as sputtering rate and adhesion of the sputtered film to the substrate **138**. The magnitude of the RF bias voltage on the substrate **138** can also be chosen to minimize damage to the substrate **138**. In embodiments including the temperature controller **148**, the temperature of the substrate **138** can be regulated by the temperature controller **148** in order to avoid overheating the substrate **138**.

Although FIG. **1** illustrates a cross-sectional view of a plasma sputtering apparatus **100**, it will be clear to skilled artisans that the principles of the present invention can be used in many other systems, such as plasma etching systems, hollow cathode magnetrons, ion beam generators, plasma-enhanced chemical vapor deposition (CVD) systems, plasma accelerators, plasma rocket thrusters, plasma traps, and any plasma system that uses crossed electric and magnetic fields.

US 7,095,179 B2

5

FIG. 2 is measured data 150 of discharge voltage as a function of discharge current for a prior art low-current plasma and a high-current plasma according to the present invention. Current-voltage characteristic 152 represents measured data for discharge voltage as a function of discharge current for a plasma generated in a typical commercial magnetron plasma system with a commercially available DC power supply. The actual magnetron plasma system used to obtain the current-voltage characteristics 152 was a standard magnetron with a 10 cm diameter copper sputtering target. Similar results have been observed for a NiV sputtering target. Argon was used as the feed gas and the operating pressure was about 1 mTorr. The current-voltage characteristic 152 illustrates that discharge current increases with voltage.

The current-voltage characteristic 152 for the same magnetron plasma system generates a relatively low or moderate plasma density (less than $10^{12}$–$10^{13}$ cm$^{-1}$, measured close to the cathode/target surface) in a low-current regime. The plasma density in the low-current regime is relatively low because the plasma is mainly generated by direct ionization of ground state atoms in the feed gas. The term "low-current regime" is defined herein to mean the range of plasma discharge current densities that are less than about 0.5 A/cm$^2$ for typical sputtering voltages of between about –300V to –1000V. The power density is less than about 250 W/cm$^2$ for plasmas in the low-current regime. Sputtering with discharge voltages greater than –800V can be undesirable because such high voltages can increase the probability of arcing and can tend to create sputtered films having relatively poor film quality.

The current-voltage characteristic 154 represents actual data for a plasma generated by the pulsed power supply 102 in the plasma sputtering system 100 of FIG. 1. The current-voltage characteristic 154 illustrates that the discharge current is about 140 A (~1.8 A/cm$^2$) at a voltage of about –500V. The discharge current is about 220 A (~2.7 A/cm$^2$) when the voltage is about –575V. The data depends on various parameters, such as the magnitude and geometry of the magnetic field, chamber pressure, gas flow rate, pumping speed, and the design of the pulsed power supply 102. For certain operating conditions, the discharge current can exceed 375 A with a discharge voltage of only –500V.

The voltage-current characteristic 154 is in a high-current regime. The current-voltage characteristic 154 generates a relatively high plasma density (greater than $10^{12}$–$10^{13}$ cm$^{-3}$) in the high-current regime. The term "high-current regime" is defined herein to mean the range of plasma discharge currents that are greater than about 0.5 A/cm$^2$ for typical sputtering voltages of between about –300V to –1000V. The power density is greater than about 250 W/cm$^2$ for plasmas in the high-current regime. The voltage-current characteristic 154 generates high-density plasmas that can be used for high-deposition rate magnetron sputtering.

Some known magnetron systems operate within the high-current regime for very short periods of time. However, these known magnetron systems cannot sustain and control operation in the high-current regime for long enough periods of time to perform any useful plasma processing. The pulsed power supply 102 of the present invention is designed to generate waveforms that create and sustain the high-density plasma with current-voltage characteristics in the high-current regime.

FIG. 3 is measured data 200 of a particular voltage pulse 202 generated by the pulsed power supply 102 of FIG. 1 operating in a low-power voltage mode. The pulsed power supply 102 produces a weakly-ionized plasma having a low

6

or moderate plasma density (less than $10^{12}$ $10^{13}$ cm$^{-3}$) that is typical of known plasma processing systems. The pulsed power supply 102 is operating in a low-power mode throughout the duration of the voltage pulse 202. The pulsed power supply 102 supplies energy to the plasma at a relatively slow rate in the low-power mode. The energy supplied by the pulsed power supply 102 in the low-power mode generates a weakly-ionized plasma by direct ionization of the ground state atoms in the feed gas. The weakly-ionized plasma corresponds to a plasma generated by a conventional DC magnetron.

The pulsed power supply 102 can be programmed to generate voltage pulses having various shapes. The desired voltage pulse of FIG. 3 is a square wave voltage pulse as shown by the dotted line 203. However, the actual voltage pulse 202 generated by the pulsed power supply 102 is not perfectly square, but instead includes low frequency oscillations that are inherent to the power supply 102. Some of these low frequency oscillations can be on the order of 50V or more. In addition, the voltage pulse 202 has an initial value 204 of about –115V that is caused by the charge accumulation on the cathode assembly 116 for a particular repetition rate.

The voltage pulse 202 includes an ignition stage 205 that is characterized by a voltage 206 having a magnitude and a rise time that is sufficient to ignite a plasma from a feed gas. The magnitude of the voltage pulse 202 rises to about 550V in the ignition stage 205. However, the voltage of the first pulse that initially ignites the plasma can be as high as –1500V. The ignition of the plasma is depicted as a rise in a discharge current 208 through the plasma. The duration of the ignition stage 205 is generally less than about 150 µsec. After the ignition stage 205, the discharge current 208 continues to rise even as the voltage 210 decreases.

The rise in the discharge current 208 is caused at least in part by the interaction of the pulsed power supply 102 with the developing plasma. The impedance of the plasma decreases as the current density in the plasma increases. The pulsed power supply 102 attempts to maintain a constant voltage, but the voltage decreases due to the changing plasma resistive load. The peak discharge current 212 is less than about 50 A with a voltage 214 that is about –450V. The power 216 that is present at the peak discharge current 212, which corresponds to a momentary peak density of the plasma, is about 23 kW.

As the voltage 218 continues to decrease, the discharge current 220 and the plasma density also decrease. As the density of the plasma decreases, the impedance of the plasma increases. The voltage level 222 corresponds to a quasi-static discharge current 224 that is substantially constant throughout the duration of the voltage pulse 202. This region of quasi-static discharge current 224 is caused by the plasma having a substantially constant resistive load. The term "substantially constant" when applied to discharge current is defined herein to mean a discharge current with less than a 10% variation.

After about 200 µsec the oscillations dampen as the voltage 226 fluctuates between about –525V and –575V, the discharge current 228 remains constant with a value of about 25 A and the power 230 is between about 10–15 kW. These conditions correspond to a weakly-ionized or low-density plasma that is typical of most plasma processing systems, such as the conditions represented by the current-voltage characteristic 152 described in connection with FIG. 2. The plasma density is in the range of about $10^8$–$10^{13}$ cm$^{-3}$.

The total duration of the voltage pulse 202 is about 1.0 msec. The next voltage pulse (not shown) will typically

US 7,095,179 B2

7

include an ignition stage 205 in order to re-ignite the plasma. However, electrons generated from the first pulse can still be present so the required ignition voltage will typically be much less than the first pulse (on the order of about −600V) and the ignition will typically be much faster (on the order of less than about 200 μsec).

FIG. 4 is measured data 250 of a multi-stage voltage pulse 252 that is generated by the pulsed power supply of FIG. 1 that creates a strongly-ionized plasma according to the present invention. The measured data 250 is from a magnetron sputtering system that includes a 10 cm diameter NiV target with an argon feed gas at a pressure of about $10^{-3}$ Torr. The multi-stage voltage pulse 252 generates a weakly-ionized plasma in the low-current regime (FIG. 2) initially, and then eventually generates a strongly-ionized or high-density plasma in the high-current regime according to the present invention. Weakly-ionized plasmas are generally plasmas having plasma densities that are less than about $10^{12}$–$10^{13}$ cm$^{-3}$ and strongly-ionized plasmas are generally plasmas having plasma densities that are greater than about $10^{12}$–$10^{13}$ cm$^{-3}$. The multi-stage voltage pulse 252 is presented to illustrate the present invention. One skilled in the art will appreciate that there are numerous variations of the exact shape of the multi-stage pulse according to the present invention.

The multi-stage voltage pulse 252 is a single voltage pulse having multiple stages as illustrated by the dotted line 253. An ignition stage 254 of the voltage pulse 252 corresponds to a voltage 256 having a magnitude (on the order of about −600V) and a rise time (on the order of about 4V/μsec) that is sufficient to ignite an initial plasma from a feed gas. The initial plasma is typically ignited in less than 200 μsec.

A first low-power stage 258 of the voltage pulse 252 has a peak voltage 260 that corresponds to a discharge current 261 in the developing initial plasma. In some embodiments, the ignition stage 254 is integrated into the first low-power stage 258 such that the plasma is ignited during the first low-power stage 258. The peak voltage 260 is about −600V and can range from −300V to −1000V, the corresponding discharge current 261 is about 20 A, and the corresponding power is about 12 kW. In the first low-power stage 258, the pulsed power supply 102 (FIG. 1) is operating in the low-power mode. In the low power mode, the pulsed power supply 102 supplies energy to the initial plasma at a relatively slow rate. The slow rate of energy supplied to the initial plasma in the low-power mode maintains the plasma in a weakly-ionized condition.

The weakly-ionized or pre-ionized condition corresponds to an initial plasma having a relatively low (typically less than $10^{12}$–$10^{13}$ cm$^{-3}$) plasma density. As the density of the initial plasma grows, the voltage 262 decreases by about 50V as the current 261 continues to rise to about 30 A before remaining substantially constant for about 200 μsec. The discharge current 261 rises as the voltage 262 decreases because of the changing impedance of the plasma. As the plasma density changes, the impedance of the plasma and thus the load seen by the pulsed power supply 102 also changes. In addition, the initial plasma can draw energy from the pulsed power supply 102 at a rate that is faster than the response time of the pulsed power supply 102 thereby causing the voltage 262 to decrease.

The impedance of the plasma decreases when the number of ions and electrons in the plasma increases as the current density in the initial plasma increases. The increase in the number of ions and electrons decreases the value of the plasma load. The pulsed power supply 102 attempts to maintain a constant voltage. However, the voltage 262

8

continues to decrease, at least in part, because of the changing plasma load. The substantially constant discharge current corresponds to a conventional DC magnetron discharge current as discussed in connection with current-voltage characteristic 152 of FIG. 2. The initial plasma can correspond to a plasma that is in a steady state or a quasi-steady state condition.

The peak plasma density can be controlled by controlling the slope of the rise time of the voltage pulse 252. In a first transient stage 264 of the voltage pulse 252, the voltage increase is characterized by a relatively slow rise time (on the order of about 2.8V/μsec) that is sufficient to only moderately increase the plasma density. The plasma density increases moderately because the magnitude and the rise time of the voltage 266 in the first transient stage 264 is not sufficient to energize the electrons in the plasma to significantly increase an electron energy distribution in the plasma. An increase in the electron energy distribution in the plasma can generate ionizational instabilities that rapidly increase the ionization rate of the plasma. The electron energy distribution and the ionizational instabilities are discussed in more detail with respect to generating a strongly-ionized plasma according to the invention.

The moderate increase in the plasma density will result in a current-voltage characteristic that is similar to the current-voltage characteristic 152 of a conventional DC magnetron that was described in connection with FIG. 2. The voltage 266 increases by about 50V to a voltage peak 268 of about −650V. The discharge current 270 increases by about 20 A to about 50 A and the power increases to about 30 kW. The pulsed power supply 102 is still operating in the low-power mode during the first transient stage 264.

In a second low-power stage 272 of the voltage pulse 252, the voltage 274 increases slowly by about 40V. The slow voltage increase is characterized by a discharge current 276 that remains substantially constant for about 350 μsec. The plasma can be substantially in a steady state or a quasi-steady state condition corresponding to the current-voltage characteristic 152 of FIG. 2 during the second low-power stage 272. The plasma density in the second low-power stage 272 is greater than the plasma density in the first low-power stage 258, but is still only weakly-ionized. The pulsed power supply 102 is operating in the low-power mode.

In a second transient stage 278 of the voltage pulse 252, the pulsed power supply 102 operates in the high-power mode. In this second transient stage 278, the voltage 280 increases sharply compared with the first transient stage 264. The rise time of the voltage 280 is greater than about 0.5V/μsec. The voltage increase is about 60V to the peak voltage. The relatively fast rise time (on the order of about 5V/μsec) of the voltage 280 and the corresponding energy supplied by the pulsed power supply 102 shifts the electron energy distribution in the weakly-ionized plasma to higher energies. The higher energy electrons rapidly ionize the atoms in the plasma and create ionizational instability in the plasma that drives the weakly-ionized plasma to a non-steady state condition or a transient state. In a non-steady state, the Boltzmann, Maxwell, and Saha distributions can be modified. The rapid increase in ionization of the atoms in the plasma results in a rapid increase in electron density and a formation of the strongly-ionized plasma that is characterized by a significant rise in the discharge current 282. The discharge current 282 rises to about 250 A at a non-linear rate for about 250 μsec.

One mechanism that contributes to a sharp increase in the electron energy distribution is known as diocotron instabil-

9

ity. Diocotron instability is a wave phenomena that relates to the behavior of electron density gradients in the presence of electric and magnetic fields. Electron electrostatic waves can propagate along and across (parallel to and perpendicular to) field lines with different frequencies. These electron electrostatic waves can create electron drifts in the presence of a perpendicular electric field that are perpendicular to magnetic field lines.

Such electron drifts are inherently unstable, since any departure from charge neutrality in the form of charge bunching and separation (over distances on the order of the characteristic length scale in a plasma, the Debye length) create electric fields which cause second order ExB drifts that can exacerbate the perturbation. These instabilities are referred to as gradient-drift and neutral-drag instabilities. A charge perturbation associated with an electron Hall current developed by crossed magnetic and electric fields can produce radial electron drift waves. Drifts driven by the two density gradients (perpendicular and parallel) associated with a maximum in the radial electron density distribution can interact to cause the diocotron instability. Diocotron instability is described in "Magnetron Sputtering: Basic Physics and Application to Cylindrical Magnetrons" by John A. Thorton., J. Voc. Sci. Technol. 15(2), March/April p. 171–177, 1978.

A high-power stage 283 includes voltage oscillations 284 that have peak-to-peak amplitudes that are on the order of about 50V. These "saw tooth" voltage oscillations 284 may be caused by the electron density forming a soliton waveform or having another non-linear mechanism, such as diocotron instability discussed above, that increases the electron density as indicated by the increasing discharge current 286. The soliton waveform or other non-linear mechanism may also help to sustain the high-density plasma throughout the duration of the voltage pulse 252. Soliton waveforms, in particular, have relatively long lifetimes.

The discharge current 286 increases non-linearly through the high-power stage 283 until a condition corresponding to the voltage-current characteristic 154 of FIG. 2 is reached. This condition corresponds to the point in which the pulsed power supply 102 is supplying an adequate amount of continuous power to sustain the strongly-ionized plasma at a constant rate as illustrated by a substantially constant discharge current 287. The peak discharge current 288 in the high-power stage 283 is about 250 A at a voltage 290 of about −750V. The corresponding peak power 292 is about 190 kW.

The voltage pulse 252 is terminated at about 1.24 msec. The cathode assembly 116 remains negatively biased at about −300V after the termination of the voltage pulse 252. The plasma then rapidly decays as indicated by the rapidly decreasing discharge current 294.

The high-power stage 283 of the voltage pulse is sufficient to drive the plasma from a non-steady state in the second transient stage 278 to a strongly-ionized state corresponding to the voltage-current characteristic 154 of FIG. 2. The pulsed power supply 102 must supply a sufficient amount of uninterrupted power to continuously drive the initial plasma in the weakly-ionized state (in the second low-power stage 272) through the transient non-steady state (in the second transient stage 278) to the strongly-ionized state (in the high-power stage 283). The rise time of the voltage 280 in the second transient stage 278 is chosen to be sharp enough to shift the electron energy distribution of the initial plasma to higher energy levels to generate ionizational instabilities that creates many excited and ionized atoms. The rise time of the voltage 280 is greater than about 0.5V/μsec.

10

The magnitude of the voltage 280 in the second transient stage 278 is chosen to generate a strong enough electric field between the target 118 and the anode 124 (FIG. 1) to shift the electron energy distribution to high energies. The higher electron energies create excitation, ionization, and recombination processes that transition the state of the weakly-ionized plasma to the strongly-ionized state. The transient non-steady state plasma state exists for a time period during the second transient stage 278. The transient state results from plasma instabilities that occur because of mechanisms, such as increasing electron temperature caused by ExB Hall currents. Some of these plasma instabilities are discussed herein.

The strong electric field generated by the voltage 280 between the target 118 and the anode 124 (FIG. 1) causes several ionization processes. The strong electric field causes some direct ionization of ground state atoms in the weakly-ionized plasma. There are many ground state atoms in the weakly-ionized plasma because of its relatively low level of ionization. In addition, the strong electric field heats electrons initiating several other different type of ionization process, such as electron impact, Penning ionization, and associative ionization. Plasma radiation can also assist in the formation and maintenance of the high current discharge. The direct and other ionization processes of the ground state atoms in the weakly-ionized plasma significantly increase the rate at which a strongly-ionized plasma is formed.

In one embodiment, the ionization process is a multi-stage ionization process. The multi-stage voltage pulse 252 initially raises the energy of the ground state atoms in the weakly-ionized plasma to a level where the atoms are excited. For example, argon atoms require an energy of about 11.55 eV to become excited. The magnitude and rise time of the voltage 280 is then chosen to create a strong electric field that ionizes the exited atoms. Excited atoms ionize at a much higher rate than neutral atoms. For example, Argon excited atoms only require about 4 eV of energy to ionize while neutral atoms require about 15.76 eV of energy to ionize. The multi-step ionization process is described in co-pending U.S. patent application Ser. No. 10/249,844, entitled High-Density Plasma Source using Excited Atoms which is assigned to the present assignee. The entire disclosure of U.S. patent application Ser. No. 10/249,844 is incorporated herein by reference.

The multi-step ionization process can be described as follows:

$$Ar + e^- \rightarrow Ar^* + e^-$$

$$Ar^* + e^- \rightarrow Ar^+ + 2e^-$$

where Ar represents a neutral argon atom in the initial plasma, $e^-$ represents an ionizing electron generated in response to an electric field, and $Ar^*$ represents an excited argon atom in the initial plasma. The collision between the excited argon atom and the ionizing electron results in the formation of an argon ion ($Ar^+$) and two electrons.

In one embodiment, ions in the developing plasma strike the target 118 causing secondary electron emission. These secondary electrons interact with neutral or excited atoms in the developing plasma. The interaction of the secondary electrons with the neutral or excited atoms further increases the density of ions in the developing plasma as the feed gas 108 is replenished. Thus, the excited atoms tend to more rapidly ionize near the target surface 133 (FIG. 1) than the neutral argon atoms. As the density of the excited atoms in the plasma increases, the efficiency of the ionization process rapidly increases. The increased efficiency can result in an

US 7,095,179 B2

11

avalanche-like increase in the density of the plasma thereby creating a strongly-ionized plasma.

In one embodiment, the magnet assembly **130** generates a magnetic field **132** proximate to the target **118** that is sufficient to generate an electron ExB Hall current **135** (FIG. **1**) which causes the electron density in the plasma to form a soliton or other non-linear waveform that increases at least one of the density and lifetime of the plasma as previously discussed. In some embodiments, the strength of the magnetic field **132** required to cause the electron density in the plasma to form such a soliton or non-linear waveform is in the range of fifty to ten thousand gauss.

An electron ExB Hall current **135** is generated when the voltage pulse **252** applied between the target **118** and the anode **124** generates primary electrons and secondary electrons that move in a substantially circular motion proximate to the target **118** according to crossed electric and magnetic fields. The magnitude of the electron ExB Hall current **135** is proportional to the magnitude of the discharge current in the plasma. In some embodiments, the electron ExB Hall current **135** is approximately in the range of three to ten times the magnitude of the discharge current.

The electron ExB Hall current **135** defines a substantially circular shape when the plasma density is relatively low. The substantially circular electron ExB Hall current **135** tends to form a more complex shape as the current density of the plasma increases. The shape is more complex because of the electron ExB Hall current **135** generates its own magnetic field that interacts with the magnetic field generated by the magnet assembly **130** and the electric field generated by the voltage pulse **252**. In some embodiments, the electron ExB Hall current **135** becomes cycloidal shape as the current density of the plasma increases.

The electron density in the plasma can form a soliton or other non-linear waveforms when the small voltage oscillations **284** create a pulsing electric field that interacts with the electron ExB Hall current **135**. The small voltage oscillations **284** tend to create oscillations in the plasma density that increase the density and lifetime of the plasma. The increase in plasma density shown in FIG. **4** in the time period between about 900 μsec and 1.2 msec can be the result of the electron density forming a soliton or other non-linear waveform. In this time period, the voltage is only slightly increasing with time, but the discharge current **286** increases at a much more rapid rate.

In one embodiment, the electron density increases in an avalanche-like manner because of electron overheating instability. Electron overheating instabilities can occur when heat is exchanged between the electrons in the plasma, the feed gas, and the walls of the chamber. For example, electron overheating instabilities can be caused when electrons in a weakly-ionized plasma are heated by an external field and then lose energy in elastic collisions with atoms in the feed gas. The elastic collisions with the atoms in the feed gas raise the temperature and lower the density of the feed gas. The decrease in the density of the gas results in an increase in the electron temperature because the frequency of elastic collisions in the feed gas decreases. The increase in the electron temperature again enhances the heating of the gas. The electron heating effect develops in an avalanche-like manner and can drive the weakly-ionized plasma into the transient non-steady state.

FIG. **5**A-FIG. **5**C are measured data **300**, **300″**, and **300‴** of other illustrative multi-stage voltage pulses **302**, **302′**, and **302″** generated by the pulsed power supply **102** of FIG. **1**. The desired pulse shapes requested from the pulsed power supply **102** are superimposed in dotted lines **304**, **304′**, and

12

**304″** onto each of the respective multi-stage voltage pulses **302**, **302′**, and **302″**. The voltage pulses **302**, **302′**, and **302″** are generated for a magnetron sputtering source having a 10 cm diameter copper target and operating with argon feed gas at a chamber pressure of approximately $10^{-1}$ Torr. The repetition rate of the voltage pulses is 40 Hz.

The voltage pulse **302** illustrated in FIG. **5**A is a two-stage voltage pulse **302** having a transient region included in both the low-power stage and the high-power stage of the pulse. A low-power stage **306** of the voltage pulse **302** including the first transient region is sufficient to ignite an initial plasma and eventually sustain a weakly-ionized plasma. The duration of the low-power stage **306** of the voltage pulse **302** is about 1.0 msec.

The relatively fast rise time (on the order of about 6.25V/μsec) of the voltage during the first transient region in the low-power stage **306** is sufficient to shift the electron energy distribution of the initial plasma to higher energies to generate ionizational instability that drives the initial plasma into a transient non-steady state condition. The rise time of the voltage should be greater than about 0.5V/μsec as previously discussed. However, since the pulsed power supply **102** is operating in a low-power mode during the low-power stage **306** of the voltage pulse **302**, it does not supply a sufficient amount of uninterrupted power to continuously drive the initial plasma from the transient non-steady state to a strongly-ionized state corresponding to the current-voltage characteristic **154** of FIG. **2**. Since there is insufficient energy stored in the pulsed power supply **102** in the low-power mode to create conditions that can sustain a strongly-ionized plasma, the plasma density oscillates and eventually the transient non-steady state of the plasma becomes weakly-ionized corresponding to the current-voltage characteristic **152** of FIG. **2**.

The low-power stage **306** of the voltage pulse **302** includes relatively large voltage oscillations **308**. The voltage oscillations **308** dampen when the initial plasma reaches the weakly-ionized condition corresponding to the current-voltage characteristic **152** of FIG. **2**. The weakly-ionized plasma is characterized by the substantially constant discharge current **312**. The voltage oscillations **308** occur because the pulsed power supply **102** does not supply enough energy in the low-power mode to drive the transient plasma into the strongly-ionized state that corresponds to the high-current regime illustrated by the current-voltage characteristic **154** of FIG. **2**. Consequently, the discharge current **310** oscillates as the plasma rapidly expands and contracts. The rapidly expanding and contracting plasma causes the output voltage **308** to oscillate in response to the changing plasma load. The rapidly expanding and contracting plasma also prevents the electron density in the plasma from forming a soliton or other non-linear waveform that can increase the plasma density.

The average power **314** during the generation of the initial plasma is less than about 50 kW. The voltage **316** and the discharge current **318** are substantially constant after about 500 μsec, which corresponds to a plasma in a weakly-ionized condition.

A high-power stage **320** of the voltage pulse **302** includes a second transient region **321**. The voltage increases by about 30V in the second transient region **321**. The pulsed power supply **102** generates the high-power stage **320** of the voltage pulse **304** at about 1.1 msec. The voltage in the second transient region **321** has a magnitude and a rise time (on the order of about 5V/μsec) that is sufficient to drive the weakly-ionized plasma into a transient non-steady state. The rise time of the voltage is greater than about 0.5V/μsec. In

US 7,095,179 B2

**13**

the high-power stage **320**, the pulsed power supply **102** is operating in the high-power mode and supplies a sufficient amount of uninterrupted power to drive the weakly-ionized plasma from the transient non-steady state to a strongly-ionized state corresponding to the current-voltage characteristic **154** of FIG. **2**.

Voltage oscillations **322** occur for about 300 μsec. The voltage oscillations **322** create current oscillations **324** in the transient plasma. The voltage oscillations **322** are caused, at least in part, by the changing resistive load in the plasma. The pulsed power supply **102** attempts to maintain a constant voltage and a constant discharge current, but the transient plasma exhibits a rapidly changing resistive load.

The voltage oscillations **322** can also be caused by ionizational instabilities in the plasma as previously discussed. Ionizational instabilities can occur when the degree of ionization in the plasma changes because of varying magnitudes of the crossed electric and magnetic fields. The degree of ionization can grow exponentially as the ionizational instability develops. The exponential growth in ionization may be a consequence of electron gas overheating as a result of developing electron Hall currents. The exponential growth in ionization dramatically increases the discharge current.

The voltage oscillations **322** are minimized after about 1.5 msec. The minimum voltage oscillations **323** can create a pulsing electric field that interacts with the electron ExB Hall current **135** (FIG. **1**) to generate oscillations in the plasma density that increase the density and lifetime of the plasma. The plasma is in the high-current regime corresponding to the current-voltage characteristic **154** of FIG. **2** in which the pulsed power supply **102** supplies an adequate amount of energy to increase the density of the plasma non-linearly to the strongly-ionized state. The average voltage **326** is substantially constant while the current **328** increases nonlinearly with insignificant oscillations.

After the voltage oscillations **322**, the average voltage **326** remains lower than the voltage **316** present during the low-power stage **306** of the voltage pulse **304**. The discharge current **324** rises to a peak current **330**. After about 2.0 msec the average voltage **326** is about –500V, the discharge current **330** is almost 300 A and the power **332** is about 150 kW. These conditions correspond to a strongly-ionized plasma in the high-current regime.

The pulsed power supply **102** supplies power to the transient plasma during the high-power stage **320** at a relatively slow rate. This relatively slow rate corresponds to a relatively slow rate of increase in the discharge current **328** over a time period of about 1.0 msec. In one embodiment of the invention, the pulsed power supply **102** supplies high-power to the plasma relatively quickly thereby increasing the density of the plasma more rapidly. The density of the plasma can also be increased by increasing the pressure inside the plasma chamber.

FIG. **5A** illustrates that in order to sustain a strongly-ionized plasma in the high-current regime corresponding to the current-voltage characteristic **154** of FIG. **2** at least two conditions must be satisfied. The first condition is that the rise time of a voltage in a transient region must be sufficient to shift the electron energy distribution of the initial plasma to higher energies to generate ionizational instability that drives the plasma into a transient non-steady state condition. The second condition is that the pulsed power supply must supply a sufficient amount of uninterrupted power to drive the plasma from the transient non-steady state to a strongly-ionized state corresponding to the current-voltage characteristic **154** of FIG. **2**.

**14**

In the low-power stage **306**, the voltage in the first transient region has a sufficient rise time to shift the electron energy distribution of the initial plasma to higher energies as shown by current oscillations **310**. However, the pulsed power supply **102** is in the low-power mode and does not supply a sufficient amount of uninterrupted power to drive the initial plasma from the transient non-steady state to a strongly-ionized state. In the high-power stage **320**, the voltage in the second transient region **321** has a sufficient rise time to shift the electron energy distribution of the initial plasma to higher energies as shown by current oscillations **324**. Also, the pulsed power supply **102** (in the high-power mode) supplies a sufficient amount of uninterrupted power to drive the weakly-ionized plasma from the transient non-steady state to a strongly-ionized state.

FIG. **5B** is measured data **300'** of another illustrative multi-stage voltage pulse **302'** generated by the pulsed power supply **102** of FIG. **1**. The voltage pulse **302'** is a three-stage voltage pulse **302'**. The low-power stage **306'** of the voltage pulse **302'** including a first transient region has a rise time and magnitude that ignites an initial plasma. The low-power stage **306'** corresponds to a low-power mode of the pulsed power supply **102** and is similar to the low-power stage **306** of the voltage pulse **302** that was described in connection with FIG. **5A**.

A transient stage **340** of the three-stage voltage pulse **302'** is a transition stage where the pulsed power supply **102** transitions from the low-power mode to the high-power mode. The duration of the transient stage **340** is about 40 μsec, but can have a duration that is in the range of about 10 μsec to 5,000 μsec. The discharge voltage **342** and discharge current **344** both increase sharply in the transient stage **340** as previously discussed.

The transient stage **340** of the voltage pulse **302'** has a rise time that shifts the electron energy distribution in the weakly-ionized plasma to higher energies thereby causing a rapid increase in the ionization rate by driving the weakly-ionized plasma into a transient non-steady state. Plasmas can be driven into transient non-steady states by creating plasma instabilities from the application of a strong electric field.

A high-power stage **350** of the three-stage voltage pulse **302'** is similar to the high-power stage **320** of the two-stage voltage pulse **302** that was described in connection with FIG. **5A**. However, the discharge current **352** increases at a much faster rate than the discharge current **328** that was described in connection with FIG. **5A**. The discharge current **328** increases more rapidly because the transient stage **340** of the voltage pulse **302'** supplies high power to the weakly-ionized initial plasma at a rate and duration that is sufficient to more rapidly create a strongly-ionized plasma having a discharge current **352** that increases non-linearly.

Voltage oscillations **354** in the high-power stage **350** are sustained for about 100 μsec. The voltage oscillations can be caused by ionizational instabilities in the plasma as described herein, such as diocotron oscillations. The voltage oscillations **354** cause current oscillations **356**. The maximum current **358** in the third stage **350** is approaching 200 kW, which corresponds to a maximum discharge current **360** that is almost 350 A. The third stage **350** of the voltage pulse **302'** is terminated after about 1.0 msec.

FIG. **5C** is measured data **300''** of another illustrative multi-stage voltage pulse **302''** generated by the pulsed power supply **102** of FIG. **1**. The voltage pulse **302''** is a three-stage voltage pulse **302''**. The low-power stage **306''** of the voltage pulse **302''** including a first transient region has a rise time and magnitude that ignites an initial plasma. The low-power stage **306''** corresponds to a low-power mode of

15

the pulsed power supply 102 and is similar to the low-power stage 306 of the voltage pulse 302 that was described in connection with FIG. 5A and the low-power stage 306' of the voltage pulse 302' that was described in connection with FIG. 5B.

A transient stage 370 of the three-stage voltage pulse 302" is a transition stage where the pulsed power supply 102 transitions from the low-power mode to the high-power mode. The duration of the transient stage 370 is about 60 μsec, which is about 1.5 times longer than the duration of the transient stage 340 of the voltage pulse 302' that was described in connection with FIG. 5B. The peak-to-peak magnitude of the voltage 376 (~100V) is greater than the peak-to-peak magnitude of the voltage 346 (~70V) of FIG. 5B. The discharge voltage 372 and discharge current 374 both increase sharply in the transient stage 370 because of the high value of the peak-to-peak magnitude of the voltage 376.

The magnitude and rise time of the transient stage 370 is sufficient to drive the initial plasma into a non-steady state condition. The discharge voltage 372 and the discharge current 374 increase sharply. The peak discharge voltage 376 is about −650V, which corresponds to a discharge current 377 that is greater than about 200 A. The discharge voltage 378 then decreases as the discharge current 374 continues to increase.

The discharge current 374 in the transient stage 370 increases at a much faster rate than the discharge current 352 that was described in connection with FIG. 5B because the peak-to-peak magnitude of the voltage 376 is higher and the duration of the transient stage 370 is longer than in the transient stage 340 of FIG. 5B. The duration of the transient stage 370 is long enough to supply enough uninterrupted energy to the weakly-ionized plasma to rapidly increase the rate of ionization of the transient plasma.

A high-power stage 380 of the three-stage voltage pulse 302" is similar to the high-power stage 350 of the three-stage voltage pulse 302' that was described in connection with FIG. 5B. However, the voltage pulse 302" does not include the large voltage oscillations that were described in connection with FIGS. 5A and 5B. The large voltage oscillations are not present in the voltage pulse 302" because the transient plasma is already substantially strongly-ionized as a result of the energy supplied in the transient stage 370. Consequently, the initial plasma transitions in a relatively short period of time from a weakly-ionized condition to a strongly-ionized condition.

Small voltage oscillations 384 in the voltage pulse 302" may be caused by the electron density forming a soliton waveform or having another non-linear mechanism that increases the electron density as indicated by the increasing discharge current 286. The soliton waveform or other non-linear mechanism may also help to sustain the high-density plasma throughout the duration of the voltage pulse 302'.

The discharge current 382 in the third stage 380 is greater than about 300 A. The maximum power 386 in the third stage 380 approaches 200 kW. The third stage 380 of the voltage pulse 304" is terminated after about 1.0 msec.

FIG. 6A and FIG. 6B are measured data of multi-stage voltage pulses 400, 400' generated by the pulsed power supply 102 of FIG. 1 that illustrate the effect of pulse duration in the transient stage of the pulse on the plasma discharge current. The multi-stage voltage pulses 400, 400' were applied to a standard magnetron with a 15 cm diameter copper target. The feed gas was argon and the chamber pressure was about 3 m Torr.

16

The multi-stage voltage pulse 400 shown in FIG. 6A is a three-stage voltage pulse 402 as indicated by the dotted line 404. A low-power stage 406 of the voltage pulse 402 has a magnitude and a rise time that is sufficient to ignite a feed gas and generate an initial plasma. The pulsed power supply 102 is operating in the low-power mode during the low-power stage 406. The maximum voltage in the low-power stage 406 is about −550V. The initial plasma develops into a weakly-ionized plasma having a relatively low-level of ionization corresponding to the current-voltage characteristic 152 of FIG. 2. The weakly-ionized plasma can be in a steady state corresponding to a substantially constant discharge current 408 that is less than about 50 A.

The pulsed power supply 102 is in the high-power mode during a transient stage 410. In the transient stage 410, the voltage increases by about 100V. The rise time of the voltage increase is sufficient to create a strong electric field through the weakly-ionized plasma that promotes excitation, ionization, and recombination processes. The excitation, ionization, and recombination processes create plasma instabilities, such as ionizational instabilities, that result in voltage oscillations 412. The duration of the transient stage 410 of the voltage pulse 402 is, however, insufficient to shift the electron energy distribution in the plasma to higher energies because the energy supplied by the pulsed power supply 102 in the transient stage 410 is terminated abruptly as illustrated by the dampening discharge current 414. Consequently, the transient plasma exhibits ionizational relaxation and eventually decays to a weakly-ionized plasma state corresponding to a substantially constant discharge current 416.

A high-power stage 418 of the voltage pulse 402 has a lower magnitude than the transient stage 410 of the voltage pulse, but a higher magnitude than the low-power stage 406. The high-power stage 418 is sufficient to maintain the weakly-ionized plasma, but cannot drive the plasma from the weakly-ionized condition to the strongly-ionized condition corresponding to the current-voltage characteristic 154 of FIG. 2. This is because the transient stage 410 did not provide the conditions necessary to sufficiently shift the electron energy distribution in the weakly-ionized plasma to high enough energies to create ionizational instabilities in the plasma. The voltage pulse 402 is terminated after about 2.25 msec.

The multi-stage voltage pulse 400' illustrated in FIG. 6B is a three-stage voltage pulse 402' as indicated by the dotted line 404'. A low-power stage 406' of the voltage pulse 402' is similar to the low-power stage 406 of the voltage pulse 402 that was described in connection with FIG. 6A. The low-power stage 406' has a magnitude and a rise time that is sufficient to ignite a feed gas and generate an initial plasma. The pulsed power supply 102 is operating in the low-power mode during the low-power stage 406'. The maximum voltage in the low-power stage is also about −550V. The initial plasma develops into a weakly-ionized plasma having a relatively low-level of ionization corresponding to the current-voltage characteristic 152 of FIG. 2. The weakly-ionized plasma can be in a steady state corresponding to a substantially constant discharge current 408' that is less than about 50 A.

The transient stage 410' of the voltage pulse 402' creates a strong electric field through the weakly-ionized plasma that promotes excitation, ionization, and recombination processes. The excitation, ionization, and recombination processes create plasma instabilities, such as ionizational instabilities, that result in voltage oscillations 412'. The rise time of the peaks in the oscillating voltage 412' create instabilities in the weakly-ionized plasma that rapidly increase the

US 7,095,179 B2

17

ionization rate of the weakly-ionized plasma as illustrated by the rapidly increasing discharge current 414'.

The duration of the transient stage 410' of the voltage pulse 402' is sufficient to shift the electron energy distribution in the plasma to higher energies that rapidly increase the ionization rate. The duration of the transient stage 410' of FIG. 6B is five times more than the duration of the transient stage 410 of FIG. 6A. The discharge current 420 increases nonlinearly as the average discharge voltage 422 decreases. The magnitude of the discharge current can be controlled by varying the magnitude and the duration of the transient stage 410' of the voltage pulse 402'.

The high-power stage 418' of the voltage pulse 402' has a lower magnitude than the transient stage 410'. The pulsed power supply 102 provides a sufficient amount of energy during the high-power stage 418' to maintain the plasma in a strongly-ionized condition corresponding to the current-voltage characteristic 154 of FIG. 2. The maximum discharge current 416' for the plasma in the strongly-ionized state is about 350 A. The voltage pulse 402' is terminated after about 2.25 msec.

FIG. 7A and FIG. 7B are measured data of multi-stage voltage pulses 430, 430' generated by the pulsed power supply 102 of FIG. 1 that show the effect of the pulsed power supply operating mode on the plasma discharge current. The multi-stage voltage pulses 430, 430' were applied to a standard magnetron with a 15 cm diameter copper target. The feed gas was argon and the chamber pressure was about 3 mTorr.

The multi-stage voltage pulse 430 shown in FIG. 7A is a three-stage voltage pulse 432 as indicated by the dotted line 434. The pulsed power supply 102 generates a low-power stage 436 of the voltage pulse 432 that has a magnitude and a rise time that is sufficient to ignite a feed gas to generate an initial plasma. The maximum voltage in the ignition stage 435 is about −550V. The pulsed power supply 102 is operating in the low-power mode. The initial plasma develops into a weakly-ionized plasma having a relatively low-level of ionization corresponding to the current-voltage characteristic 152 of FIG. 2. The weakly-ionized plasma can be in a steady state corresponding to a substantially constant discharge current 408' that is less than about 50 A.

The pulsed power supply 102 generates a transient stage 440 of the voltage pulse 432 that increases the voltage by about 150V. The rise time, amplitude and duration of the voltage in the transient stage 440 of the voltage pulse 432 is sufficient to promote enough excitation, ionization, and recombination processes for the weakly-ionized plasma to experience a high rate of ionization as illustrated by the rapidly increasing discharge current 442. The pulsed power supply 102 is operating in a high-power mode during the transient stage 440.

The high-power stage 444 of the voltage pulse 432 has a lower magnitude than the transient stage 440 but has a sufficient magnitude to maintain the strongly-ionized plasma in the high-current regime corresponding to the current-voltage characteristic 154 of FIG. 2. The discharge current 446 for the strongly-ionized plasma is about 350 A. The pulsed power supply 102 operates in the high-power mode during the high-power stage 444 and generates enough uninterrupted energy to sustain the strongly-ionized plasma. The voltage pulse 432 is terminated after about 2.25 msec.

The multi-stage voltage pulse 430' of FIG. 7B is a three-stage voltage pulse 432' as indicated by the dotted line 434'. The pulsed power supply 102 generates a low-power stage 436' of the voltage pulse 432' that is similar to the low-power stage 436 of the voltage pulse 432 of FIG. 7A. The low-

18

power stage 436' of the voltage pulse 432' has a magnitude and a rise time that is sufficient to ignite a feed gas to generate an initial plasma. The pulsed power supply 102 is operating in the low-power mode. The maximum voltage in the ignition stage is about −550V. The initial plasma develops into a weakly-ionized plasma having a relatively low-level of ionization. The weakly-ionized plasma can be in a steady state that corresponds to a substantially constant discharge current 438' that is less than about 50 A.

The pulsed power supply 102 generates a transient stage 440' of the voltage pulse 432' that increases the voltage by about 150V. The transient stage 440' is similar to the transient stage 440 of FIG. 7A. The amplitude and duration of the transient stage 440' of the voltage pulse 432' is sufficient to promote enough excitation, ionization, and recombination processes to rapidly increase the ionization rate of the weakly-ionized plasma as illustrated by the rapidly increasing discharge current 442'. The pulsed power supply 102 is operating in a high-power mode during the transient stage 440'.

The pulsed power supply 102 generates a high-power stage 444' that includes a voltage having a lower magnitude than the voltage in the second stage 440'. The voltage in the high-power stage 444' decreases to below 500V which is insufficient to sustain a strongly-ionized plasma. Thus, the strongly-ionized plasma exhibits ionizational relaxation and eventually decays to a weakly-ionized plasma state corresponding to a quasi-stationary discharge current 449. The voltage pulse 432' is terminated after about 2.25 msec.

FIG. 8 is measured data 450 for an exemplary single-stage voltage pulse 452 generated by the pulsed power supply 102 of FIG. 1 that produces a high-density plasma according to the invention that is useful for high-deposition rate sputtering. The voltage pulse 452 is a single-stage voltage pulse as indicated by the dotted line 453. The pulsed power supply 102 operates in a high-power mode throughout the duration of the voltage pulse 452.

The voltage pulse 452 includes an ignition region 454 that has a magnitude and a rise time that is sufficient to ignite a feed gas to generate an initial plasma. The discharge current 458 increases after the initial plasma is ignited. The initial plasma is ignited in about 100 μsec.

After ignition, the discharge current 460 and the voltage 456 both increase. The initial peak voltage 462 is about −900V. The voltage then begins to decrease. The discharge current 460 reaches an initial peak current 464 corresponding to a voltage 466. The initial peak discharge current 464 is about 150 A at a discharge voltage 466 of about The peak discharge current 464 and corresponding discharge voltage 466 corresponds to a power 468 that is about 120 kW. The time period from the ignition of the plasma to the initial peak discharge current 464 is about 50 μsec. The initial plasma does not reach a steady state condition but instead remains in a transient state.

The voltage pulse 452 also includes a transient region 454' having voltage oscillations 467 that include rise times which are sufficient to shift the electron energy distribution in the initial plasma to higher energies that create ionizational instabilities that cause a rapid increase in the ionization rate as described herein. The initial plasma remains in a transient state.

The voltage pulse 452 also includes a high-power region 454''. The voltage in the high-power region 454'' has a magnitude that is sufficient to sustain a strongly-ionized plasma. Small voltage oscillations 469 in the voltage pulse 452 may be caused by the electron density forming a soliton waveform or having another non-linear mechanism that

US 7,095,179 B2

19

increases the electron density as indicated by the increasing discharge current 470. The soliton waveform or other non-linear mechanism may also help to sustain the strongly-ionized plasma throughout the duration of the voltage pulse 452.

The single-stage voltage pulse 452 includes a voltage 456 that is sufficient to ignite an initial plasma, voltage oscillations 467 that are sufficient to create ionizational instabilities in the initial plasma, and a voltage 472 that is sufficient to sustain the strongly-ionized plasma. The pulsed power supply 102 operates in the high-power mode throughout the duration of the single-stage voltage pulse 452. The peak discharge current 470 in the high-density plasma is greater than about 250 A for a discharge voltage 472 of about −500V. The power 474 is about 125 kW. The pulse width of the voltage pulse 452 is about 1.0 msec.

FIG. 9 illustrates a cross-sectional view of a plasma sputtering apparatus 500 having a pulsed direct current (DC) power supply 501 according to another embodiment of the invention. The plasma sputtering apparatus 500 includes a vacuum chamber 104 for containing a plasma. The vacuum chamber 104 can be coupled to ground 105. The vacuum chamber 104 is positioned in fluid communication with a vacuum pump 106 that is used to evacuate the vacuum chamber 104 to high vacuum. The pressure inside the vacuum chamber 104 is generally less than $10^{-1}$ Torr for most plasma operating conditions.

The plasma sputtering apparatus 500 also includes a cathode assembly 502. The cathode assembly 502 is generally in the shape of a circular ring. The cathode assembly 502 includes a target 504. The target 504 is generally in the shape of a disk and is secured to the cathode assembly 502 through a locking mechanism, such as a clamp 506. The cathode assembly 502 is electrically connected to a first terminal 508 of the pulsed power supply 501 with an electrical transmission line 510.

In some embodiments, the plasma sputtering apparatus 500 includes an energy storage device 503 that provides a source of energy that can be controllably released into the plasma. The energy storage device 503 is electrically coupled to the cathode assembly 502. In one embodiment, the energy storage device 503 includes a capacitor bank.

A ring-shaped anode 512 is positioned in the vacuum chamber 104 proximate to the cathode assembly 502 so as to form a gap 514 between the anode 512 and the cathode assembly 502. The gap 514 can be between about 1.0 cm and 12.0 cm wide. The gap 514 can reduce the probability that an electrical breakdown condition (i.e., arcing) will develop in the chamber 104. The gap 514 can also promote increased homogeneity of the plasma by controlling a gas flow through the gap. The anode 512 can include a plurality of feed gas injectors 516 that inject feed gas into the gap 514. In the embodiment shown, the feed gas injectors 516 are positioned within the anode 512. The feed gas injectors 516 are coupled to one or more feed gas sources 518. The feed gas sources can include atomic feed gases, reactive gases, or a mixture of atomic and reactive gases. Additionally, excited atom sources (not shown) or metastable atom sources (not shown) can be coupled to the feed gas injectors 516 to supply excited atoms or metastable atoms to the chamber 104.

The anode 512 is electrically connected to ground 105. A second terminal 520 of the pulsed power supply 501 is also electrically connected to ground 105. In other embodiments, the anode 512 is electrically connected to the second terminal 520 of the pulsed power supply 501.

20

The anode 512 can be integrated with or connected to a housing 521 that surrounds the cathode assembly 502. An outer edge 522 of the cathode 502 is isolated from the housing 521 with insulators 523. The space 524 between the outer edge 522 of the cathode assembly 502 and the housing 521 can be filled with a dielectric.

The plasma sputtering apparatus 500 can include a magnet assembly 525 that generates a magnetic field 526 proximate to the target 504. The magnetic field 526 is less parallel to the surface of the cathode assembly 502 at the poles of the magnets in the magnet assembly 525 and more parallel to the surface of the cathode assembly 502 in the region 527 between the poles of the magnets in the magnetic assembly 525.

The magnetic field 526 is shaped to trap and concentrate secondary electrons emitted from the target 504 that are proximate to the target surface 528. The magnetic field 526 increases the density of electrons and therefore, increases the plasma density in the region 527. The magnetic field 526 can also induce an electron Hall current that is generated by the crossed electric and magnetic fields. The strength of the electron Hall current depends, at least in part, on the density of the plasma and the strength of the crossed electric and magnetic fields. Crossed electric and magnetic fields generated in the gap 514 can enhance the ionizational instability effect on the plasma as discussed herein.

The plasma sputtering apparatus 500 also includes a substrate support 530 that holds a substrate 532 or other work piece. The substrate support 530 can be electrically connected to a first terminal 534 of a RF power supply 536 with an electrical transmission line 538. A second terminal 540 of the RF power supply 536 is coupled to ground 105. The RF power supply 536 can be connected to the substrate support 530 through a matching unit (not shown). In one embodiment a temperature controller 542 is thermally coupled to the substrate support 530. The temperature controller 542 regulates the temperature of the substrate 532.

The plasma sputtering apparatus 500 can also include a cooling system 544 to cool the target 504 and the cathode assembly 502. The cooling system 544 can be any one of numerous types of liquid or gas cooling system that are known in the art.

In operation, the vacuum pump 106 evacuates the chamber 104 to the desired operating pressure. The feed gas is injected into the chamber 104 from the feed gas source 518 through the gas inlet 516. The pulsed power supply 501 applies negative voltage pulses to the cathode 502 (or positive voltage pulses to the anode 512) that generate an electric field 546 in the gap 514 between the cathode assembly 502 and the anode 512. The magnitude and rise time of the voltage pulse are chosen such that the resulting electric field 546 ionizes the feed gas in the gap 514, thereby igniting an initial plasma in the gap 514.

The geometry of the gap 514 can be chosen to minimize the probability of arcing and to facilitate the generation of a very strong electric field 546 with electric field lines that are perpendicular to the surface 528 of the target 504 and the cathode 502. This strong electric field 546 can enhance the ionizational instability in the plasma by increasing the volume of excited atoms including metastable atoms that are generated from ground state atoms in the initial plasma. The increased volume of exited atoms can increase the density of the plasma in a non-linear manner as previously discussed.

The plasma is maintained, in part, by secondary electron emission from the target 504. In embodiments including the magnet assembly 525, the magnetic field 526 confines the secondary electrons proximate to the region 527 and, there-

US 7,095,179 B2

21

fore, concentrates the plasma proximate to the target surface **528**. The magnetic field **526** also induces an electron Hall current proximate to the target surface **528**, which further confines the plasma and can cause the electron density to form a soliton waveform or other non-linear waveform.

Ions in the plasma bombard the target surface **528** since the target **504** is negatively biased. The impact caused by the ions bombarding the target **504** dislodges or sputters material from the target **504**. The sputtering rate generally increases as the density of the plasma increases.

The RF power supply **536** generates a negative RF bias voltage on the substrate **532** that attracts positively ionized sputtered material to the substrate **532**. The sputtered material forms a thin film of target material on the substrate **532**. The magnitude of the RF bias voltage on the substrate **532** can be chosen to optimize parameters, such as sputtering rate and adhesion of the sputtered firm to the substrate **532**, and to minimize damage to the substrate **532**. The temperature controller **542** can regulate the temperature of the substrate **532** to avoid overheating the substrate **532**.

Although FIG. **9** illustrates a magnetron sputtering system, skilled artisans will appreciate that many other plasma systems can utilize methods for generating high-density plasmas using ionizational instability according to the invention. For example, the methods for generating high-density plasmas using ionizational instability according to the invention can be used to construct a plasma thruster. The method of generating a high-density plasma for a thruster is substantially the same as the method described in connection with FIG. **9** except that the plasma is accelerated through an exhaust by external fields.

FIG. **10** illustrates a schematic diagram **550** of a pulsed power supply **552** that can generate multi-step voltage pulses according to the present invention. The pulsed power supply **552** includes an input voltage **554** that charges a bank of capacitors **556**. A parallel bank of high-power solid state switches **558**, such as insulated gate bipolar transistors (IGBTs) is coupled to a primary coil **560** of a pulse transformer **562**. The solid state switches **558** release energy stored in the capacitors **556** to the primary coil **560** of the pulse transformer **562**.

The pulse transformer **562** also includes a secondary coil **564**. The voltage gain from the pulse transformer **562** is proportional to the number of secondary turns in the secondary coil **564**. A first end **566** of the secondary coil **564** is coupled to an array of driving circuits **568**. A second end **570** of the secondary coil **564** is coupled to ground **572**. The array of driving circuits **568** provide voltage pulses across a first output **574** and a second output **576**. The first output **574** can be coupled to a cathode and the second output **576** can be coupled to an anode. The pulsed power supply **552** can provide pulse power up to about 10 MW with a relatively fast rise time.

FIG. **11** illustrates a schematic diagram **600** of a pulsed power supply **602** having a magnetic compression network **604** for supplying high-power pulses. The pulsed power supply **602** generates a long pulse with a switch and applies the pulse to an input stage of a multi-stage magnetic compression network **604**. Each stage of magnetic compression reduces the time duration of the pulse, thereby increasing the power of the pulse.

The pulsed power supply **602** includes a DC supply **606**, a capacitor **608**, and a power-MOS solid switch **610** for providing power to the magnetic compression network **604**. The magnetic compression network **604** includes four non-linear magnetic inductors **612**, **614**, **616**, **618** and four capacitors **620**, **622**, **624**, **626**. The non-linear magnetic

22

inductors **612**, **614**, **616**, **618** behave as switches that are off when they are unsaturated and on when they are saturated. The magnetic compression network **604** also includes a transformer **628**.

When the solid switch **610** is activated, the capacitor **620** begins to charge and the voltage V1 increases. At a predetermined value of the voltage V1, the magnetic core of the non-linear magnetic inductor **612** saturates and the inductance of the non-linear magnetic inductor **612** becomes low causing the non-linear magnetic inductor **612** to turn on. This results in charge transferring from the capacitor **608** to the capacitor **620**. The electric charge stored in the capacitor **620** is then transferred through the transformer **628** to the capacitor **622** and so on. The charge that is transferred to the capacitor **626** is eventually discharged through a load **630**. The magnetic compression network **604** can generate high-power pulses up to a terawatt in tens of nanoseconds with a relatively high repetition rate.

FIG. **12** illustrates a schematic diagram **650** of a pulsed power supply **652** having a Blumlein generator **654** for supplying high-power pulses. The pulsed power supply **652** having the Blumlein generator **654** can deliver short duration high voltage pulses with a fast rise time and a relatively flat top. The pulsed power supply **652** includes a high voltage DC supply **656**. A first terminal **658** of the high voltage DC supply **656** is coupled through a current-limiting inductor **660** to a dielectric material **662** that is located between an inner conductor **664** and an outer conductor **666** of a coaxial cable **668**. The inner conductor **664** is coupled to ground **670** through an inductance **672**. The outer conductor **666** is also coupled to ground **670**. In operation, the high voltage power supply **656** slowly charges the Blumlein generator **654**. A very fast high-power switch **674** discharges the charge through a load **676**, such as a plasma load.

FIG. **13** illustrates a schematic diagram **700** of a pulsed power supply **702** having a pulse cascade generator **704** for supplying high-power pulses. A high frequency power supply **706** is coupled to a transformer **708**. The transformer **708** is coupled to a cascade of lower voltage (1 kV to 3 kV) pulse generators **710** that are connected in series. In operation, the high frequency power supply **706** charges capacitors **712** in each of the pulse generators **710**. Switches **714** in each of the pulse generators **710** close at predetermined times thereby discharging energy in the capacitors **712**. When the required output voltage appears between the terminal **716** and ground **718**, the stored energy discharges through a load **720**, such as a plasma load.

Equivalents

While the invention has been particularly shown and described with reference to specific preferred embodiments, it should be understood by those skilled in the art that various changes in form and detail may be made therein without departing from the spirit and scope of the invention as defined herein.

What is claimed is:

**1**. A strongly-ionized plasma generator comprising:

a) a chamber for confining a feed gas;

b) an anode that is positioned inside the chamber;

c) a cathode assembly that is positioned adjacent to the anode inside the chamber; and

d) a pulsed power supply having an output that is electrically connected between the anode and the cathode assembly, the pulsed power supply generating at the output a multi-stage voltage pulse having at least one of a controlled amplitude and a controlled rise time that

US 7,095,179 B2

23

prevents forming an arc between the anode and the cathode assembly, the multi-stage voltage pulse comprising: a low-power stage including a first peak voltage having a magnitude and a rise time that is sufficient to generate a weakly-ionized plasma from the feed gas; and a transient stage including a second peak voltage having a magnitude and a rise time that is sufficient to shift an electron energy distribution in the weakly-ionized plasma to higher energies that increase an ionization rate which results in a rapid increase in electron density and a formation of a strongly-ionized plasma.

**2**. The plasma generator of claim **1** further comprising a magnet that generates a magnetic field proximate to the cathode assembly.

**3**. The plasma generator of claim **2** wherein the magnet is movable.

**4**. The plasma generator of claim **2** wherein the magnetic field generated by the magnet confines the weakly-ionized and strongly ionized plasmas proximate to the cathode assembly.

**5**. The plasma generator of claim **2** wherein the magnetic field generated by the magnet and an electric field generated by the multi-stage voltage pulse induces an electron Hall current that raises the temperature of the electrons in the weakly-ionized plasma to a temperature that enhances the rapid increase in electron density and the formation of the strongly-ionized plasma.

**6**. The plasma generator of claim **1** wherein the feed gas comprises at least one of excited and metastable atoms.

**7**. The plasma generator of claim **1** wherein the magnitude of the first peak voltage is less than 1.000V.

**8**. The plasma generator of claim **1** wherein the pulsed power supply provides enough energy for the electron energy distribution in the weakly-ionized plasma to continuously shift to higher energies until the strongly ionized plasma is formed.

**9**. The plasma generator of claim **1** further comprising an energy storage device that is electrically coupled to the cathode assembly, the energy storage device discharging energy into the weakly-ionized plasma to enhance the rapid increase in electron density and the formation of the strongly-ionized plasma.

**10**. The plasma generator of claim **1** wherein the weakly-ionized plasma has a discharge current density that is less than about 0.5 A/cm² and a power density that is less than about 250 W/cm².

**11**. The plasma generator of claim **1** wherein the pulsed power supply generates the transient stage of the multi-stage pulse at a time that is at least 150 µsec after the generation of the weakly-ionized plasma.

**12**. The plasma generator of claim **1** wherein the rise time of the second peak voltage in the transient stage is greater than about 0.5V/µsec.

**13**. The plasma generator of claim **1** wherein the magnitude of the second peak voltage is less than about 1,000V over the first peak voltage.

**14**. The plasma generator of claim **1** wherein the second peak voltage in the transient stage forms ionizational instabilities in the weakly-ionized plasma.

**15**. The plasma generator of claim **1** wherein the transient stage generates diocotron oscillations in the, weakly-ionized plasma.

**16**. The plasma generator of claim **1** wherein a discharge current density of the strongly-ionized plasma is greater than about 0.5 A/cm².

24

**17**. The plasma generator of claim **1** wherein the power density of the strongly-ionized plasma is greater than 250 W/cm².

**18**. The plasma generator of claim **1** wherein the multi-stage voltage pulse further comprises a high-power stage following the transient stage, the high-power stage having a voltage that is sufficient to sustain the strongly-ionized plasma.

**19**. The plasma generator of claim **18** wherein the voltage in the high-power stage comprises a relatively constant average voltage.

**20**. The plasma generator of claim **18** wherein a lifetime of the strongly-ionized plasma is greater than about 200 µsec.

**21**. A method of generating a strongly-ionized plasma, the method comprising:

a) supplying feed gas proximate to an anode and a cathode assembly;

b) generating a weakly-ionized plasma by applying a first voltage between the anode and the cathode assembly, the first voltage having at least one of a controlled amplitude and a controlled rise time that prevents forming an arc between the anode and the cathode assembly, the magnitude and the rise time of the first voltage being sufficient to ignite the feed gas; and

c) generating a strongly-ionized plasma from the weakly-ionized plasma by applying a second voltage between the anode and the cathode assembly, the second voltage having at least one of a controlled amplitude and a controlled rise time that prevents forming an arc between the anode and the cathode assembly, the magnitude and the rise time of the second voltage being sufficient to shift an electron energy distribution in the weakly-ionized plasma to higher energies that increase an ionization rate which results in a rapid increase in electron density and a formation of the strongly-ionized plasma.

**22**. The method of claim **21** further comprising applying a magnetic field proximate to the cathode assembly.

**23**. The method of claim **22** further comprising moving the magnetic field.

**24**. The method of claim **22** further comprising generating an electron Hall current from an electric field generated by the second voltage and from the magnetic field, the electron Hall current raising the temperature of the electrons in the weakly-ionized plasma to a temperature that enhances the increase in electron density and the formation of the strongly-ionized plasma.

**25**. The method of claim **21** wherein the first and the second voltages comprise a multi-stage voltage pulse.

**26**. The method of claim **21** further comprising applying a third voltage between the anode and the cathode assembly that sustains the strongly-ionized plasma.

**27**. The method of claim **26** wherein an average value of the third voltage applied between the anode and the cathode assembly is relatively constant.

**28**. The method of claim **21** wherein a lifetime of the strongly-ionized plasma is greater than 200 µsec.

**29**. The method of claim **21** wherein the weakly-ionized plasma is in a steady state condition before the application of the second voltage.

**30**. The method of claim **21** wherein the weakly-ionized plasma is in a quasi-steady state condition before the application of the second voltage.

**31**. The method or claim **21** further comprising discharging energy from an energy storage device into the weakly-

US 7,095,179 B2

25

26

ionized plasma to enhance the rapid increase in electron density and the formation of a strongly-ionized plasma.

**32**. The method of claim **21** wherein the magnitude and the rise time of the second voltage are sufficient to generate ionizational instabilities in the weakly-ionized plasma that enhance the ionization rate resulting in a rapid increase in electron density and the formation of the strongly-ionized plasma.

**33**. The method of claim **32** wherein the ionizational instabilities comprise diocotron instabilities.

**34**. The method of claim **21** wherein the magnitude of the first voltage is less than 1,000V.

**35**. The method of claim **21** wherein the rise time of the second voltage applied between the anode and the cathode assembly is greater than about 0.5V/μsec.

**36**. The method of claim **21** wherein the magnitude of the second voltage is less than about 1,000V over the first voltage.

**37**. The method of claim **21** wherein the weakly-ionized plasma has a discharge current density that is less than about 0.5 A/cm$^2$ and a power density that is less than about 250 W/cm$^2$.

**38**. A method of generating a strongly-ionized plasma, the method comprising:

a) supplying feed gas proximate to an anode and a cathode assembly; and

b) applying a voltage pulse between the anode and the cathode assembly with at least one of a controlled amplitude and a controlled rise time that prevents forming an arc between the anode and the cathode assembly, the voltage pulse comprising: a first peak voltage having a magnitude and a rise time that is sufficient to ignite a weakly-ionized plasma from the feed gas; and a second peak voltage having a magnitude and a rise time that is sufficient to shift an electron energy distribution in the weakly-ionized plasma to higher energies that increase an ionization rate resulting in a rapid increase in electron density and a formation of the strongly-ionized plasma.

**39**. The method of claim **38** further comprising applying a magnetic field proximate to the cathode assembly.

**40**. The method of claim **39** further comprising moving the magnetic field.

**41**. The method of claim **39** further comprising generating an electron Hall current from an electric field generated by the voltage pulse and from the magnetic field, the electron Hall current raising the temperature of the electrons in the initial plasma to a temperature that enhances the rapid increase in electron density and the formation of the strongly-ionized plasma.

**42**. The method of claim **38** wherein the voltage pulse further comprises a substantially constant voltage that sustains the strongly-ionized plasma.

**43**. The method of claim **38** wherein a duration of the voltage pulse is greater than 200 μsec.

**44**. The method of claim **38** wherein the magnitude of the first peak voltage is less than 1,000V.

**45**. The method of claim **38** wherein the magnitude of the second peak voltage is less than about 1,000V over the first peak voltage.

**46**. The method of claim **38** wherein the second peak voltage has a magnitude and a rise time that are sufficient to generate ionizational instabilities that enhance the ionization rate resulting in the rapid increase in electron density and the formation of the strongly-ionized plasma.

**47**. An apparatus for generating a strongly-ionized plasma, the apparatus comprising:

a) means for supplying feed gas proximate to an anode and a cathode assembly;

b) means for generating a weakly-ionized plasma from the feed gas;

c) means for shifting an electron energy distribution in the weakly-ionized plasma to higher energies by controlling at least one of an amplitude and a rise time of a voltage applied between the anode and the cathode assembly to prevent forming an arc between the anode and the cathode assembly, the voltage increasing an ionization rate which results in a rapid increase in electron density and a formation of the strongly-ionized plasma from the weakly-ionized plasma; and

d) means for sustaining the strongly-ionized plasma for greater than 200 μsec.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 7,095,179 B2                    Page 1 of 1
APPLICATION NO. : 10/708281
DATED                  : August 22, 2006
INVENTOR(S)       : Chistyakov

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Col. 23, line 32, should read as follows:
Replace "1.000V" with --1,000V--

Col. 24, line 66, should read as follows:
Replace "or" with --of--

Signed and Sealed this

Twelfth Day of December, 2006

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

**EXHIBIT P**

(12) **United States Patent**
Chistyakov

(10) Patent No.: **US 7,446,479 B2**
(45) Date of Patent: *Nov. 4, 2008

| | | | |
|---|---|---|---|
| (54) | **HIGH-DENSITY PLASMA SOURCE** | | |
| (75) | Inventor: | **Roman Chistyakov**, Mansfield, MA (US) | |
| (73) | Assignee: | **Zond, Inc.**, Mansfield, MA (US) | |
| ( * ) | Notice: | Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 442 days. | |
| | | This patent is subject to a terminal disclaimer. | |

(21) Appl. No.: **10/553,893**

(22) PCT Filed: **Apr. 7, 2004**

(86) PCT No.: **PCT/US2004/010724**

§ 371 (c)(1),
(2), (4) Date: **Oct. 21, 2005**

(87) PCT Pub. No.: **WO2004/095497**

PCT Pub. Date: **Nov. 4, 2004**

(65) **Prior Publication Data**

US 2007/0034497 A1    Feb. 15, 2007

(51) **Int. Cl.**
*H01J 7/24* (2006.01)
(52) **U.S. Cl.** ........................... **315/111.21**; 315/111.41; 156/345.44; 118/723 DC
(58) **Field of Classification Search** ........... 315/111.21, 315/111.71–111.91; 204/192.12, 298.08, 204/298.14, 298.19; 118/723 E; 156/345.44
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,666,982 A    5/1972 Wiegand, Jr.

4,953,174 A    8/1990 Eldridge et al.
5,015,493 A    5/1991 Gruen
5,247,531 A    9/1993 Muller-Horsche
5,795,452 A    8/1998 Kinoshita et al.
5,821,548 A    10/1998 Hinchliffe

(Continued)

FOREIGN PATENT DOCUMENTS

WO    WO 98/40532    9/1998

(Continued)

OTHER PUBLICATIONS

Sheridan, et al., Electron Velocity Distribution Functions In A Sputtering Magnetron Discharge For The E×B Direction, J. Vac. Sci. Technol. A., Jul./Aug. 1998, pp. 2173-2176, vol. 16, No. 4, American Vacuum Society.

(Continued)

*Primary Examiner*—Haissa Philogene
(74) *Attorney, Agent, or Firm*—Kurt Rauschenbach; Rauschenbach Patent Law Group, LLC

(57) **ABSTRACT**

The present invention relates to a plasma source. The plasma source includes a cathode assembly having an inner cathode section and an outer cathode section. An anode is positioned adjacent to the outer cathode section so as to form a gap there between. A first power supply generates a first electric field across the gap between the anode and the outer cathode section. The first electric field ionizes a volume of feed gas that is located in the gap, thereby generating an initial plasma. A second power supply generates a second electric field proximate to the inner cathode section. The second electric field super-ionizes the initial plasma to generate a plasma comprising a higher density of ions than the initial plasma.

**27 Claims, 19 Drawing Sheets**



# US 7,446,479 B2

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,846,883 | A | 12/1998 | Moslehi |
| 6,093,293 | A | 7/2000 | Haag et al. |
| 6,124,675 | A | 9/2000 | Bertrand et al. |
| 6,197,165 | B1 * | 3/2001 | Drewery et al. ........ 204/192.12 |
| 6,284,106 | B1 | 9/2001 | Haag et al. |
| 6,296,742 | B1 | 10/2001 | Kouznetsov |
| 6,395,641 | B2 | 5/2002 | Savas |
| 6,413,382 | B1 | 7/2002 | Wang et al. |
| 6,454,920 | B1 | 9/2002 | Haag et al. |
| 6,488,822 | B1 | 12/2002 | Moslehi |
| 6,506,290 | B1 * | 1/2003 | Ono ...................... 204/298.11 |
| 6,585,871 | B1 * | 7/2003 | Anzaki et al. .......... 204/298.14 |
| 6,805,779 | B2 | 10/2004 | Chistyakov |
| 6,806,651 | B1 * | 10/2004 | Chistyakov ............ 315/111.21 |
| 6,806,652 | B1 * | 10/2004 | Chistyakov ............ 315/111.21 |
| 6,853,142 | B2 | 2/2005 | Chistyakov |
| 6,896,773 | B2 | 5/2005 | Chistyakov |
| 6,896,775 | B2 | 5/2005 | Chistyakov |
| 6,903,511 | B2 * | 6/2005 | Chistyakov ............ 315/111.71 |
| 2001/0047760 | A1 | 12/2001 | Moslehi |
| 2004/0060813 | A1 | 4/2004 | Chistyakov |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 01/98553 A1 | 12/2001 |

## OTHER PUBLICATIONS

Steinbruchel, A Simple Formula For Low-Energy Sputtering Yields, Appl. Phys. A., 1985, pp. 37-42, vol. 36, Sprigner Verlag.
Encyclopedia Of Low Temperature Plasma, p. 119, vol. 3.
Encyclopedia Of Low Temperature Plasma, p. 123, vol. 3.

Booth, et al., The Transition From Symmetric To Asymemtric Discharges In Pulsed 13.56 MHz Capacitively Coupled Plasmas, J. Appl. Phys., Jul. 15, 1997, pp. 552-560, vol. 82, No. 2, American Institute of Physics.
Bunshah, et al., Deposition Technologies For Films And Coatings, pp. 178-183, Noyes Publications, Park Ridge, New Jersey.
Daugherty, et al., Attachment-Dominated Electron-Beam-Ionized Discharges, Applied Physics Letters, May 15, 1976, pp. 581-583, vol. 28, No. 10, American Institue of Physics.
Goto, et al., Dual Excitation Reactive Ion Etcher For Low Energy Plasma Processing, J. Vac. Sci. Technol. A., Sep./Oct. 1992, pp. 3048-3054, vol. 10, No. 5, American Vacuun Society.
Kouznetsov, et al., A Novel Pulsed Magnetron Sputter Technique Utilizing Very High Target Power Densities, Surface and Coatings Technology, 1999, pp. 290-293, vol. 122, Elsevier Science S.A.
Lindquist, et al., High Selectivity Plasma Etching Of Silicone Dioxide With A Dual Frequency 27/2 MHz Capacitive RF Discharge.
Macak, Reactive Sputter Deposition Process Of A1203 And Characterization Of A Novel High Plasma Density Pulsed Magnetron Discharge, Linkoping Studies In Science And Technology, pp. 1-2.
Macak, et al., Ionized Sputter Deposition Using An Extremely High Plasma Density Pulsed Magnetron Discharge, J. Vac. Sci. Technol. A., Jul./Aug. 2000, pp. 1533-1537, vol. 18, No. 4., American Vacuum Society.
Mozgrin, et al., High-Current Low-Pressure Quasi-Stationary Discharge In A Magnetic Field: Experimental Research, Plasma Physics Reports, 1995, pp. 400-409, vol. 21, No. 5.
Rossnagel, et al., Induced Drift Currents In Circular Planar Magnetrons, J. Vac. Sci. Technol. A., Jan./Feb. 1987, pp. 88-91, vol. 5, No. 1, American Vacuum Society.

* cited by examiner



FIG. 1

PRIOR ART



FIG. 2A



FIG. 2B



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



800

Feed Gas 234 Flows Through Region 214
Towards Inner Cathode Section 202a                    — 802

First Power Supply 206 Generates Electric Field
Across Feed Gas 234 to Ignite Initial Plasma          — 804

Volume Exchange of Feed Gas 234 Causes Initial Plasma
to Diffuse Proximate to Inner Cathode Section 202a     — 806

Second Power Supply 222 Generates Electric Field
Across Initial Plasma to Generate High-Density Plasma
that is More Strongly Ionized than Initial Plasma       — 808

FIG. 16A



800'

| Feed Gas 234 Flows Through Region 214 Toward Inner Cathode Section 202a | — 802 |

| First Power Supply 206 Generates Electric Field Across Feed Gas 234 to Ignite Initial Plasma | — 804 |

| Volume Exchange of Feed Gas 234 Causes Initial Plasma to Diffuse Toward Inner Cathode Section 202a | — 806 |

| First Power Supply 206 Generates Strong Electric Field Across Initial Plasma in Region 214 to Generate High-Density Plasma that is More Strongly Ionized than Initial Plasma | — 810 |

| Volume Exchange of Feed Gas 234 Causes High-Density Plasma to Diffuse Toward Inner Cathode Section 202a where it Commingles with Initial Plasma | — 812 |

| Second Power Supply 222 Generates Electric Field Across High-Density Plasma to Generate Higher-Density Plasma that is More Strongly Ionized than High-Density Plasma | — 814 |

FIG. 16B

800"



Feed Gas 234 Flows Into Region 214 — 816

First Power Supply 206 Generates Electric Field Across Feed Gas 234 to Ignite Initial Plasma — 818

First Power Supply 206 Generates Strong Electric Field Across Initial Plasma in Region 214 to Generate High-Density Plasma that is More Strongly Ionized than Initial Plasma — 820

Volume Exchange of Feed Gas 234 Causes High-Density Plasma to Diffuse Toward Inner Cathode Section 202a — 822

Second Power Supply 222 Generates Electric Field Across High-Density Plasma to Generate Higher-Density Plasma that is More Strongly Ionized than High-Density Plasma — 824

FIG. 16C

US 7,446,479 B2

1

# HIGH-DENSITY PLASMA SOURCE

## RELATED APPLICATION SECTION

This application claims priority to U.S. Pat. No. 6,806,651 B1, issued on Oct. 19, 2004, and entitled "High-Density Plasma Source". The entire description of U.S. Pat. No. 6,806,651 B1 is incorporated herein by reference.

## BACKGROUND OF INVENTION

Plasma is considered the fourth state of matter. A plasma is a collection of charged particles that move in random directions. A plasma is, on average, electrically neutral. One method of generating a plasma is to drive a current through a low-pressure gas between two conducting electrodes that are positioned parallel to each other. Once certain parameters are met, the gas "breaks down" to form the plasma. For example, a plasma can be generated by applying a potential of several kilovolts between two parallel conducting electrodes in an inert gas atmosphere (e.g., argon) at a pressure that is in the range of about $10^{-1}$ to $10^{-2}$ Torr.

Plasma processes are widely used in many industries, such as the semiconductor manufacturing industry. For example, plasma etching is commonly used to etch substrate material and to etch films deposited on substrates in the electronics industry. There are four basic types of plasma etching processes that are used to remove material from surfaces: sputter etching, pure chemical etching, ion energy driven etching, and ion inhibitor etching.

Plasma sputtering is a technique that is widely used for depositing films on substrates and other work pieces. Sputtering is the physical ejection of atoms from a target surface and is sometimes referred to as physical vapor deposition (PVD). Ions, such as argon ions, are generated and are then drawn out of the plasma and accelerated across a cathode dark space. The target surface has a lower potential than the region in which the plasma is formed. Therefore, the target surface attracts positive ions.

Positive ions move towards the target with a high velocity and then impact the target and cause atoms to physically dislodge or sputter from the target surface. The sputtered atoms then propagate to a substrate or other work piece where they deposit a film of sputtered target material. The plasma is replenished by electron-ion pairs formed by the collision of neutral molecules with secondary electrons generated at the target surface.

Reactive sputtering systems inject a reactive gas or mixture of reactive gases into the sputtering system. The reactive gases react with the target material either at the target surface or in the gas phase, resulting in the deposition of new compounds. The pressure of the reactive gas can be varied to control the stoichiometry of the film. Reactive sputtering is useful for forming some types of molecular thin films.

Magnetron sputtering systems use magnetic fields that are shaped to trap and concentrate secondary electrons proximate to the target surface. The magnetic fields increase the density of electrons and, therefore, increase the plasma density in a region that is proximate to the target surface. The increased plasma density increases the sputter deposition rate.

## BRIEF DESCRIPTION OF DRAWINGS

This invention is described with particularity in the detailed description. The above and further advantages of this invention may be better understood by referring to the following description in conjunction with the accompanying

2

drawings, in which like numerals indicate like structural elements and features in various figures. The drawings are not necessarily to scale, emphasis instead being placed upon illustrating the principles of the invention.

FIG. 1 illustrates a cross-sectional view of a known plasma generating apparatus having a direct current (DC) power supply.

FIG. 2A illustrates a cross-sectional view of a plasma generating apparatus having a segmented cathode according to the invention.

FIG. 2B illustrates a cross-sectional view of the segmented cathode of FIG. 2A.

FIG. 3 illustrates a cross-sectional view of a plasma generating apparatus including a magnet assembly according to the invention.

FIG. 4 illustrates a graphical representation of applied power as a function of time for periodic pulses applied to an initial plasma in the plasma generating system of FIG. 2A.

FIG. 5 illustrates a cross-sectional view of a plasma generating apparatus including the magnet assembly of FIG. 3 and an additional magnet assembly according to the invention.

FIG. 6 illustrates a cross-sectional view of a plasma generating apparatus including the magnet assembly of FIG. 3 and an additional magnet assembly according to the invention.

FIG. 7 illustrates a cross-sectional view of another embodiment of a plasma generating apparatus including a magnet assembly according to the invention.

FIG. 8 illustrates a cross-sectional view of a plasma generating apparatus including a magnet configuration that includes a first magnet and a second magnet according to the invention.

FIG. 9 illustrates a cross-sectional view of a plasma generating apparatus according to the present invention including a segmented cathode assembly, an ionizing electrode, and a first, a second and a third power supply.

FIG. 10 illustrates a cross-sectional view of a plasma generating apparatus according to the present invention including a segmented cathode assembly, a common anode, an ionizing electrode and a first, a second and a third power supply.

FIG. 11 illustrates a cross-sectional view of a plasma generating apparatus according to the present invention including a segmented cathode assembly and a first, a second and a third power supply.

FIG. 12 illustrates a cross-sectional view of a plasma generating apparatus according to the present invention including a segmented cathode assembly, an excited atom source, and a first, and a second power supply.

FIG. 13 illustrates a graphical representation of the power as a function of time for each of a first, a second and a third power supply for one mode of operating the plasma generating system of FIG. 9.

FIG. 14 illustrates a graphical representation of power generated as a function of time for each of a first, a second and a third power supply for one mode of operating the plasma generating system of FIG. 9.

FIG. 15 illustrates a graphical representation of the power as a function of time for each of a first, a second and a third power supply for one mode of operating the plasma generating system of FIG. 9.

FIG. 16A through FIG. 16C are flowcharts of illustrative processes of generating high-density plasmas according to the present invention.

DETAILED DESCRIPTION

FIG. **1** illustrates a cross-sectional view of a known plasma generating apparatus **100** having a DC power supply **102**. The known plasma generating apparatus **100** includes a vacuum chamber **104** where a plasma **105** is generated. The vacuum chamber **104** can be coupled to ground. The vacuum chamber **104** is positioned in fluid communication with a vacuum pump **106** via a conduit **108** and a valve **109**. The vacuum pump **106** is adapted to evacuate the vacuum chamber **104** to high vacuum. The pressure inside the vacuum chamber **104** is generally less than $10^{-1}$ Torr. A feed gas **110** from a feed gas source **111**, such as an argon gas source, is introduced into the vacuum chamber **104** through a gas inlet **112**. The gas flow is controlled by a valve **113**.

The plasma generating apparatus **100** also includes a cathode assembly **114**. The cathode assembly **114** is generally in the shape of a circular disk. The cathode assembly **114** can include a target **116**. The cathode assembly **114** is electrically connected to a first terminal **118** of the DC power supply **102** with an electrical transmission line **120**. An insulator **122** isolates the electrical transmission line **120** from a wall of the vacuum chamber **104**. An anode **124** is electrically connected to a second terminal **126** of the DC power supply **102** with an electrical transmission line **127**. An insulator **128** isolates the electrical transmission line **127** from the wall of the vacuum chamber **104**. The anode **124** is positioned in the vacuum chamber **104** proximate to the cathode assembly **114**. An insulator **129** isolates the anode **124** from the cathode assembly **114**. The anode **124** and the second output **126** of the DC power supply **102** are coupled to ground in some systems.

The plasma generating apparatus **100** illustrates a magnetron sputtering system that includes a magnet **130** that generates a magnetic field **132** proximate to the target **116**. The magnetic field **132** is strongest at the poles of the magnet **130** and weakest in the region **134**. The magnetic field **132** is shaped to trap and concentrate secondary electrons proximate to the target surface. The magnetic field increases the density of electrons and, therefore, increases the plasma density in a region that is proximate to the target surface.

The plasma generating apparatus **100** also includes a substrate support **136** that holds a substrate **138** or other work piece. The substrate support **136** can be electrically connected to a first terminal **140** of a RF power supply **142** with an electrical transmission line **144**. An insulator **146** isolates the RF power supply **142** from a wall of the vacuum chamber **104**. A second terminal **148** of the RF power supply **142** is coupled to ground.

In operation, the feed gas **110** from the feed gas source **111** is injected into the chamber **104**. The DC power supply **102** applies a DC voltage between the cathode assembly **114** and the anode **124** that causes an electric field **150** to develop between the cathode assembly **114** and the anode **124**. The amplitude of the DC voltage is chosen so that it is sufficient to cause the resulting electric field to ionize the feed gas **110** in the vacuum chamber **104** and to ignite the plasma **105**.

The ionization process in known plasma sputtering apparatus is generally referred to as direct ionization or atomic ionization by electron impact and can be described by the following equation:

$$Ar + e^- \rightarrow Ar^+ + 2e^-$$

where Ar represents a neutral argon atom in the feed gas **110** and $e^-$ represents an ionizing electron generated in response to the voltage applied between the cathode assembly

**114** and the anode **124**. The collision between the neutral argon atom and the ionizing electron results in an argon ion $(Ar^+)$ and two electrons.

The plasma **105** is maintained, at least in part, by secondary electron emission from the cathode assembly **114**. The magnetic field **132** that is generated proximate to the cathode assembly **114** confines the secondary electrons in the region **134** and, therefore, confines the plasma **105** approximately in the region **134**. The confinement of the plasma in the region **134** increases the plasma density in the region **134** for a given input power.

The plasma generating apparatus **100** can be configured for magnetron sputtering. Since the cathode assembly **114** is negatively biased, ions in the plasma **105** bombard the target **116**. The impact caused by these ions bombarding the target **116** dislodges or sputters material from the target **116**. A portion of the sputtered material forms a thin film of sputtered target material on the substrate **138**.

Known magnetron sputtering systems have relatively poor target utilization. The term "poor target utilization" is defined herein to mean undesirable non-uniform erosion of target material. Poor target utilization is caused by a relatively high concentration of positively charged ions in the region **134** that results in a non-uniform plasma. Similarly, magnetron etching systems (not shown) typically have relatively non-uniform etching characteristics.

Increasing the power applied to the plasma can increase the uniformity and density of the plasma. However, increasing the amount of power necessary to achieve even an incremental increase in uniformity and plasma density can significantly increase the probability of establishing an electrical breakdown condition leading to an undesirable electrical discharge (an electrical arc) in the chamber **104**.

Applying pulsed direct current (DC) to the plasma can be advantageous since the average discharge power can remain relatively low while relatively large power pulses are periodically applied. Additionally, the duration of these large voltage pulses can be preset so as to reduce the probability of establishing an electrical breakdown condition leading to an undesirable electrical discharge. An undesirable electrical discharge will corrupt the plasma process and can cause contamination in the vacuum chamber **104**. However, very large power pulses can still result in undesirable electrical discharges regardless of their duration.

In one embodiment, an apparatus according to the present invention generates a plasma having a higher density of ions for a given input power than a plasma generated by known plasma systems, such as the plasma generating apparatus **100** of FIG. **1**.

A high-density plasma generation method and apparatus according to the present invention uses an electrode structure including three or more electrodes to generate a high-density plasma including excited atoms, ions, neutral atoms and electrons. The electrodes can be a combination of cathodes, anodes, and/or ionizing electrodes. The electrodes can be configured in many different ways, such as a ring electrode structure, a linear electrode structure, or hollow cathode electrode structure. The plasma generation method and apparatus of the present invention provides independent control of two or more co-existing plasmas in the system.

A high-density plasma source according to the present invention can include one or more feed gas injection systems that inject feed gas proximate to one or more of the electrodes in the plasma source. The feed gas can be any mixture of gases as described herein. The one or more feed gas injection systems can also inject plasma proximate to one or more of the electrodes in the plasma source. The injected plasma can be a

US 7,446,479 B2

5

high-density plasma or a low-density plasma. In one embodiment, an initial plasma is generated and then it is super-ionized to form a high-density plasma. The term "super-ionized" is defined herein to mean that at least 75% of the neutral atoms in the plasma are converted to ions.

The high-density plasma source of the present invention can operate in a constant power, constant voltage, or constant current mode. These modes of operation are discussed herein. In addition, the high-density plasma source can use different types of power supplies to generate the high-density plasma. For example, direct-current (DC), alternating-current (AC), radio-frequency (RF), or pulsed DC power supplies can be used to generate the high-density plasma. The power supplies can generate power levels in the range of about 1 W to 10 MW.

The plasma generated by the high-density plasma source of the present invention can be used to sputter materials from solid or liquid targets. Numerous types of materials can be sputtered. For example, magnetic, non-magnetic, dielectric, metals, and semiconductor materials can be sputtered.

In one embodiment, the high-density plasma source of the present invention generates relatively high deposition rates near the outer edge of a sputtering target. The target can be designed and operated such that the increase in the deposition rate near the outer edge of the sputtering target compensates for the decrease of the sputtering rate typically associated with the edge of a sputtering target. This embodiment allows the use of relatively small targets, which can reduce the overall footprint of a process tool, the cost of the target and the cost to operate the process tool.

The high-density plasma source of the present invention provides high target utilization and high sputtering uniformity. Additionally, the plasma generated by the high-density plasma source of the present invention can be used for producing ions or atoms from molecules for numerous applications, such as sputter etch, reactive etch, chemical vapor deposition, and for generating ion beams.

FIG. 2A illustrates a cross-sectional view of a plasma generating apparatus 200 having a segmented cathode 202 according to the invention. In one embodiment, the segmented cathode 202 includes an inner cathode section 202a and an outer cathode section 202b. In some embodiments (not shown), the segmented cathode 202 includes more than two sections. The segmented cathode 202 can be composed of a metal material, such as stainless steel or any other material that does not chemically react with reactive gases. The segmented cathode 202 can include a target (not shown) that is used for sputtering. The inner cathode section 202a and the outer cathode section 202b can be composed of different materials.

The outer cathode section 202b is coupled to a first output 204 of a first power supply 206. The first power supply 206 can operate in a constant power mode. The term "constant power mode" is defined herein to mean that the power generated by the power supply has a substantially constant power level regardless of changes in the output current and the output voltage level. In another embodiment, the first power supply 206 operates in a constant voltage mode. The term "constant voltage mode" is defined herein to mean that the voltage generated by the power supply has a substantially constant voltage level regardless of changes in the output current and the output power level. The first power supply 206 can include an integrated matching unit (not shown). Alternatively, a matching unit (not shown) can be electrically connected to the first output 204 of the first power supply 206.

A second output 208 of the first power supply 206 is coupled to a first anode 210. An insulator 211 isolates the first anode 210 from the outer cathode section 202b. In one

6

embodiment, the second output 208 of the first power supply 206 and the first anode 210 are coupled to ground potential (not shown).

In one embodiment (not shown), the first output 204 of the first power supply 206 couples a negative voltage impulse to the outer cathode section 202b. In another embodiment (not shown), the second output 208 of the first power supply 206 couples a positive voltage impulse to the first anode 210. Numerous types of power supplies can be used for the first power supply 206. For example, the first power supply 206 can be a pulsed power supply, radio-frequency (RF) power supply, an alternating-current (AC) power supply, or a direct-current (DC) power supply.

The first power supply 206 can be a pulsed power supply that generates peak voltage levels of up to about 5 kV. Typical operating voltages are in the range of about 50V to 5 kV. The first power supply 206 can generate peak current levels in the range of about 1 mA to 100 kA depending on the desired volume and characteristics of the plasma. Typical operating currents vary from less than one hundred amperes to more than a few thousand amperes depending on the desired volume and characteristics of the plasma. The first power supply 206 can generate pulses having a repetition rate that is below 1 kHz. The first power supply 206 can generate pulses having a pulse width that is in the range of about one microsecond to several seconds.

The first anode 210 is positioned so as to form a gap 212 between the first anode 210 and the outer cathode section 202b that is sufficient to allow current to flow through a region 214 between the first anode 210 and the outer cathode section 202b. In one embodiment, the width of the gap 212 is in the range of about 0.3 cm to 10 cm. The surface area of the outer cathode section 202b determines the volume of the region 214. The gap 212 and the total volume of the region 214 are parameters in the ionization process as described herein.

For example, the gap 212 can be configured to generate exited atoms from ground state atoms. The excited atoms can increase the density of a plasma. Since excited atoms generally require less energy to ionize than ground state gas atoms, a volume of excited atoms can generate a higher density plasma than a similar volume of ground state feed gas atoms for the same input energy. Additionally, the gap 212 can be configured to conduct exited atoms towards the inner cathode section 202a. The excited atoms can either be generated externally or inside the gap 212 depending on the configuration of the system. In one embodiment, the gap 212 exhibits a pressure differential that forces the excited atoms towards the inner cathode section 202a. This can increase the density of the plasma proximate to the inner cathode section 202a as previously discussed.

The gap 212 can be a plasma generator. In this configuration, feed gas is supplied to the gap 212 and a plasma is ignited in the gap 212. An ignition condition in the gap 212 can be optimized by varying certain parameters of the gap 212. For example, the presence of crossed electric and magnetic fields in the gap 212 can assist in the ignition and development of a plasma in the gap 212. The crossed electric and magnetic fields trap electrons and ions, thereby improving the efficiency of the ionization process.

The gap 212 can facilitate the use of high input power. For example, as high power is applied to a plasma that is ignited and developing in the gap 212, additional feed gas can be supplied to the gap 212. This additional feed gas displaces some of the already developing plasma and absorbs any excess power applied to the plasma. The absorption of the

US 7,446,479 B2

7 8

excess power prevents the plasma from contracting and terminating which could otherwise occur without the additional feed gas.

In some embodiments (not shown), the first anode **210** and/or the outer cathode section **202**b can include raised areas, depressed areas, surface anomalies, or shapes that improve the ionization process. For example, the pressure in the region **214** can be optimized by including a raised area (not shown) on the surface of the outer cathode section **202**b. The raised area can create a narrow passage at a location in the region **214** between the first anode **210** and the outer cathode section **202**b that changes the pressure in the region **214**.

The first output **220** of a second power supply **222** is electrically coupled to the inner cathode section **202**a. The second power supply **222** can operate in a constant power mode or a constant voltage mode. The second power supply **222** can have an integrated matching unit (not shown). Alternatively, a matching unit (not shown) is electrically connected to the first output **220** of the first power supply **222**. The second power supply **222** can be any type of power supply, such as a pulsed power supply, a DC power supply, an AC power supply, or a RF power supply.

A second output **224** of the second power supply **222** is coupled to a second anode **226**. An insulator **227** is positioned to isolate the second anode **226** from the outer cathode section **202**b. Another insulator (not shown) can be positioned to isolate the second anode **226** from the inner cathode section **202**a. In one embodiment (not shown), the second output **224** of the second power supply **222** and the second anode **226** are electrically connected to ground potential.

The first output **220** of the second power supply **222** can couple a negative voltage impulse to the inner cathode section **202**a. The second output **224** of the second power supply **222** can couple a positive voltage impulse to the second anode **226**.

The second power supply **222** can be a pulsed power supply that generates peak voltage levels in the range of about 50V to 5 kV. The second power supply **222** can generate peak current levels in the range of about 1 mA to 100 kA depending on the desired volume and characteristics of the plasma. Typical operating currents varying from less than one hundred amperes to more than a few thousand amperes depending on the desired volume and characteristics of the plasma and the desired plasma density. The pulses generated by the second power supply **222** can have a repetition rate that is below 1 kHz. The pulse width of the pulses generated by the second power supply **222** can be between about one microsecond and several seconds.

The second anode **226** is positioned proximate to the inner cathode section **202**a such that current is capable of flowing between the second anode **226** and the inner cathode section **202**a. The distance between the second anode **226** and the inner cathode section **202**a can be in the range of about 0.3 cm to 10 cm.

The plasma generating apparatus **200** can include a chamber (not shown), such as a vacuum chamber. The chamber is coupled in fluid communication to a vacuum pump (not shown) through a vacuum valve (not shown). The chamber can be electrically coupled to ground potential.

One or more gas lines **230, 232** provide feed gas **234, 236** (indicated by arrows) from one or more feed gas sources **238, 240**, respectively, to the chamber. The feed gas lines **230, 232** can include in-line gas valves **242, 244** that can control the gas flow to the chamber. The gas lines **230, 232** can be isolated from the chamber and other components by insulators (not shown). The gas lines **230, 232** can be isolated from the one or more feed gas sources **238, 240** using in-line insulating couplers (not shown). The one or more feed gas sources **238, 240** can include any feed gas, such as argon. The feed gas can be a mixture of different gases, reactive gases, or pure reactive gases. The feed gas can include a noble gas or a mixture of gases.

In one embodiment, the in-line gas valves **242, 244** are switchable mass flow controllers (not shown). The switchable mass flow controllers can be programmed inject the feed gases **234, 236** in a pulsed manner from the feed gas sources **238, 240**, respectively. For example, the pressure in the gap **212** can be varied and optimized by pulsing the feed gas **234** that is injected directly into the gap **212**. In one embodiment, the timing of the pulses is synchronized to the timing of power pulses generated by the first power supply **206** operated in a pulsed mode. Pulsing the feed gases **234, 236** can also assist in the generation of excited atoms including metastable atoms in the gap **212**. For example, by pulsing the feed gas **234** in the gap **212**, the instantaneous pressure in the gap is increased while the average pressure in the chamber is unchanged.

Skilled artisans will appreciate that the plasma generating apparatus **200** can be operated in many different modes. In some modes of operation, the first **206** and the second power supplies **222** together with the segmented cathode **202** are used to generate independent plasmas. The parameters of an initial plasma and a high-density plasma can be varied individually as required by the particular plasma process.

In one mode of operation, the feed gas **234** from the feed gas source **238** is supplied to the chamber by controlling the gas valve **242**. The feed gas **234** is supplied between the outer cathode section **202**b and the first anode **210**. The feed gas **234** can be directly injected into the gap **212** between the outer cathode section **202**b and the first anode **210** in order to increase the density of a plasma that is generated in the gap **212**. Increasing the flow rate of the feed gas causes a rapid volume exchange in the region **214** between the outer cathode section **202**b and the first anode **210**. This rapid volume exchange increases the maximum power that can be applied across the gap **212** and thus, permits a high-power pulse having a relatively long duration to be applied across the gap **212**. Applying high-power pulses having relatively long durations across the gap **212** results in the formation of high-density plasmas in the region **214**, as described herein.

In another mode of operation, the first power supply **206** is a component in an ionization source that generates an initial or a pre-ionization plasma in the region **214**. The pre-ionization plasma can be a weakly-ionized plasma. The term "weakly-ionized plasma" is defined herein to mean a plasma with a relatively low peak plasma density. The peak plasma density of the weakly ionized plasma depends on the properties of the specific plasma processing system. For example, a weakly ionized argon plasma is a plasma that has a peak plasma density that is in the range of about $10^7$ to $10^{12}$ cm$^{-3}$.

After a sufficient volume of the feed gas **234** is supplied between the outer cathode section **202**b and the first anode **210**, the first power supply **206** applies a voltage between the outer cathode section **202**b and the first anode **210**. The first power supply **206** can be a pulsed (DC) power supply that applies a negative voltage pulse to the outer cathode section **202**b. The size and shape of the voltage pulse are chosen such that an electric field **250** (FIG. 2B) develops between the outer cathode section **202**b and the first anode **210**. The first power supply can be a DC, AC, or a RF power supply.

The amplitude and shape of the electric field **250** are chosen such that an initial plasma is generated in the region **214** between the first anode **210** and the outer cathode section **202**b. The initial plasma can be a weakly-ionized plasma that is used for pre-ionization and generally has a relatively low-

US 7,446,479 B2

9

10

level of ionization, as described herein. In one embodiment, the first power supply 206 generates a low power pulse having an initial voltage that is in the range of about 100V to 5 kV with a discharge current that is in the range of about 0.1 A to 100 A. The width of the pulse can be in the range of approximately 0.1 microseconds to one hundred seconds. Specific parameters of the pulse are discussed herein in more detail.

In another mode of operation, prior to the generation of the initial plasma in the region 214, the first power supply 206 generates a potential difference between the outer cathode section 202b and the first anode 210 before the feed gas 234 is supplied to the region 214. In this mode of operation, the feed gas 234 is ignited once a sufficient volume of feed gas is present in the region 214.

In yet another mode of operation, a direct current (DC) power supply (not shown) is used in an ionization source to generate and maintain the initial plasma in the region 214. In this mode of operation, the DC power supply is adapted to generate a voltage that is large enough to ignite the initial plasma. For example, the DC power supply can generate an initial voltage of several kilovolts that creates a plasma discharge voltage that is in the range of about 100V to 1 kV with a discharge current that is in the range of about 0.1 A to 100 A. The value of the discharge current depends on the power level of the DC power supply and is a function of the volume and characteristics of the plasma. Furthermore, the presence of a magnetic field (not shown) in the region 214 can have a dramatic effect on the value of the applied voltage and current that is required to generate the initial plasma.

The DC power supply can generate a current that is in the range of about 1 mA to 100 A depending on the volume of the plasma and the strength of a magnetic field in a region 214. In one embodiment, before generating the initial plasma, the DC power supply is adapted to generate and maintain an initial peak voltage potential between the outer cathode section 202b and the first anode 210 before the introduction of the feed gas 234.

In still another mode of operation, an alternating current (AC) power supply (not shown) is used to generate and maintain the initial plasma in the region 214. An AC power supply can require less power to generate and maintain a plasma than a DC power supply. In other modes of operation, the initial plasma can be generated and maintained using a planar discharge source, a radio frequency (RF) diode source, an ultraviolet (UV) source, an X-ray source, an electron beam source, an ion beam source, an inductively coupled plasma (ICP) source, a capacitively coupled plasma (CCP) source, a microwave plasma source, an electron cyclotron resonance (ECR) source, a helicon plasma source, or ionizing filament techniques. In some of these modes of operation, an initial plasma can be formed outside of the region 214 and then diffused into the region 214.

Forming an initial plasma in the region 214 substantially eliminates the probability of establishing a breakdown condition in the chamber when high-power pulses are subsequently applied between the outer cathode section 202b and the first anode 210. The probability of establishing a breakdown condition is substantially eliminated because the initial plasma has at least a low-level of ionization that provides electrical conductivity through the plasma. This conductivity substantially prevents the setup of a breakdown condition, even when high-power is applied to the plasma.

Referring back to FIG. 2A, the initial plasma diffuses somewhat homogeneously through the region 252 as additional feed gas 234 is injected into the region 214. The additional feed gas 234 forces the initial plasma from the region 214 into the region 252. This homogeneous diffusion tends to facilitate the creation of a highly uniform plasma in the region 252. In one embodiment, the pressure in the region 214 is higher than the pressure in the region 252. This pressure gradient causes the initial plasma in the region 214 to diffuse into the region 252.

Once an initial plasma is formed, several modes of operation can be realized. For example, in one mode of operation, the first power supply 206 generates high-power pulses in the gap 212 between the outer cathode section 202b and the first anode 210. The desired power level of the high-power pulses depends on several factors including the desired volume and characteristics of the plasma as well as the density of the initial plasma. In one embodiment, the power level of the high-power pulse is in the range of about 1 kW to 10 MW.

Each of the high-power pulses is maintained for a predetermined time that can be in the range of about one microsecond to ten seconds. The repetition frequency or repetition rate of the high-power pulses can be in the range of about 0.1 Hz to 1 kHz. The average power generated by the first power supply 206 can be less than one megawatt depending on the characteristics and the volume of the plasma. The thermal energy in the outer cathode section 202b and/or the first anode 210 can be conducted away or dissipated by liquid or gas cooling such as helium cooling (not shown).

The high-power pulses generate an electric field 250 (FIG. 2B) between the outer cathode section 202b and the first anode 210. The electric field 250 can be a relatively strong electric field, depending on the strength and duration of the high-power pulses. The electric field 250 is substantially located in the region 214 between the outer cathode section 202b and the first anode 210. The electric field 250 can be a static or a pulsed electric field. In another embodiment, the electric field 250 is a quasi-static electric field. The term "quasi-static electric field" is defined herein to mean an electric field that has a characteristic time of electric field variation that is much greater than the collision time for electrons with neutral gas particles. Such a time of electric field variation can be on the order of ten seconds. In another embodiment, the electric field can be an alternating electric field. The term "alternating electric field" is defined herein to mean that the polarity of the electric field changes with time. The strength and the position of the electric field 250 are discussed in more detail herein.

The high-power pulses generate a high-density plasma from the initial plasma. The term "high-density plasma" is also referred to as a "strongly-ionized plasma." The terms "high-density plasma" and "strongly-ionized plasma" are defined herein to mean a plasma with a relatively high peak plasma density. For example, the peak plasma density of the high-density plasma is greater than about $10^{12}$ cm$^{-3}$. The discharge current that is formed from the high-density plasma can be on the order of about 5 kA with a discharge voltage that is in the range of about 50V to 500V for a pressure that is in the range of about 5 mTorr to 10 Torr.

The high-density plasma tends to diffuse homogenously in the region 252. The homogenous diffusion creates a more homogeneous plasma volume. The pressure gradient responsible for this homogenous diffusion is described in more detail herein. Homogeneous plasma volumes are advantageous for many plasma processes. For example, plasma etching processes using homogenous plasma volumes accelerate ions in the high-density plasma towards the surface of the substrate (not shown) being etched in a more uniform manner than conventional plasma etching. Consequently, the surface of the substrate is etched more uniformly. Plasma processes using homogenous plasma volumes can achieve high uniformity without the necessity of rotating the substrate.

11

Magnetron sputtering systems using homogenous plasma volumes accelerate ions in the high-density plasma towards the surface of the sputtering target in a more uniform manner than conventional magnetron sputtering. Consequently, the target material is deposited more uniformly on a substrate without the necessity of rotating the substrate and/or the magnetron. Also, the surface of the sputtering target is eroded more evenly and, thus higher target utilization is achieved. In one embodiment, target material can be applied to the first 210 and/or the second anode 226 to reduce possible contamination from sputtering undesired material.

Referring back to FIG. 2A, the second power supply 222 can be a pulsed power supply that generates high-power pulses between the inner cathode section 202a and the second anode 226 after the high-density plasma is formed in the region 214 and diffuses into the region 252 proximate to the inner cathode section 202a. The desired power level of the high-power pulses depends on several factors including the volume and other characteristics of the plasma such as the density of the high-density plasma. In one embodiment, the power level of the high-power pulse is in the range of about 1 kW to 10 MW.

Each of the high-power pulses is maintained for a predetermined time that can be in the range of one microsecond to ten seconds. The repetition frequency or repetition rate of the high-power pulses can be in the range of between about 0.1 Hz and 1 kHz. The average power generated by the second power supply 222 can be less than one megawatt depending on the desired volume and characteristics of the plasma. The thermal energy in the inner cathode section 202a and/or the second anode 226 can be conducted away or dissipated by liquid or gas cooling such as helium cooling (not shown).

The high-power pulses generate an electric field 254 (FIG. 2B) between the inner cathode section 202a and the second anode 226. The electric field 254 can be a pulsed electric field, a quasi-static electric field or an alternating electric field. The strength and the position of the electric field 254 will be discussed in more detail herein.

The second power supply 222 generates high power pulses that launch additional power into the already strongly ionized plasma and, therefore, super-ionize the high-density plasma in the region 252. The discharge current can be on the order of 5 kA with a discharge voltage that is in the range of about 50V to 500V for a pressure that is in the range of about 5 mTorr to 10 Torr.

In another mode of operation, an initial plasma is generated in the region 214 and the initial plasma diffuses to the region 252 as additional feed gas is supplied to the region 214.

In this mode of operation, the gap 212 is dimensioned to create a pressure differential between the region 214 and the region 252. The pressure differential forces the initial plasma that is generated in the region 214 into the region 252. In this embodiment, the second power supply 222 applies high-power pulses between the inner cathode section 202a and the second anode 226 after a suitable volume of initial plasma is present in the region 252. The high-power pulses create an electric field 254 between the inner cathode section 202b and the second anode 226 that strongly-ionizes the initial plasma thereby creating a high-density plasma in the region 252.

In yet another mode of operation, feed gas 236 from the feed gas source 240 flows between the second anode 226 and the inner cathode section 202a at various times during the plasma generation process. This additional feed gas 236 can be a noble gas, a reactive gas, or a mixture of gases. The additional feed gas 236 can facilitate a more efficient plasma generation process and/or can result in a higher density plasma.

12

In still another mode of operation, a voltage generated by the second power supply 222 is sufficient to ignite a second plasma (not shown) from the feed gas 236 in the region 255 between the second anode 226 and the inner cathode section 202a. This second plasma flows from the region 255 into the region 252 as the second plasma is displaced by more feed gas 236. Additionally, the second plasma from the region 255 can commingle with the initial plasma from the region 214 in the region 252. In one embodiment, a plasma diverting plate 256 (FIG. 2B) is disposed proximate to the second anode 226 to divert the second plasma from the region 255 toward the inner cathode section 202a and/or towards the region 214. The size, shape, and location of the plasma diverting plate 256 depend on the desired plasma properties of the second plasma. In one embodiment, target material can be applied to the plasma diverting plate 256 to reduce possible contamination from sputtering undesired material.

Controlling the flow of the feed gases 234, 236 through the regions 214, 255, respectively, can affect the homogeneity, distribution profile, and density of the plasma. Additionally, controlling certain parameters, such as power and pulse rate of the first 206 and the second power supplies 222 (FIG. 2A) can also affect the homogeneity, distribution profile, and density of the plasma.

The plasma generating apparatus 200 of the present invention generates a relatively high electron temperature plasma and a relatively high-density plasma. One application for the high-density plasma of the present invention is ionized physical vapor deposition (IPVD) (not shown), which is a technique that converts neutral sputtered atoms into positive ions to enhance a sputtering process.

FIG. 2B illustrates a cross-sectional view of the segmented cathode of FIG. 2A. Specifically, FIG. 2B shows that one or both of the electric fields 250, 254 can facilitate a multi-step ionization process of the feed gases 234, 236, respectively, that substantially increases the rate at which the high-density plasma is formed. At least one of the feed gases 234, 236 can be a molecular gas. The electric fields 250, 254 enhance the formation of ions in the plasma. The multi-step or stepwise ionization process is described as follows with reference to the electric field 250 between the outer cathode section 202b and the first anode 210.

A pre-ionizing voltage is applied between the outer cathode section 202b and the first anode 210 across the feed gas 234 to form an initial plasma. The initial plasma can be a weakly-ionized plasma as previously discussed. The initial plasma is generally formed in the region 214 and diffuses or is transported to the region 252 as the feed gas 234 continues to flow. In one embodiment (not shown), a magnetic field is generated in the region 214 and extends proximate to the center of the inner cathode section 202a. This magnetic field tends to assist in diffusing electrons in the initial plasma from the region 214 to the region 252. The electrons in the initial plasma are substantially trapped in the region 252 by the magnetic field. The volume of initial plasma in the region 214 can be rapidly exchanged with a new volume of feed gas 234.

After the formation of the initial plasma in the region 214, the first power supply 206 (FIG. 2A) applies a high-power pulse between the outer cathode section 202b and the first anode 210. This high-power pulse generates the electric field 250 in the region 214. The electric field 250 results in collisions occurring between neutral atoms, electrons, and ions in the initial plasma. These collisions generate numerous excited atoms in the initial plasma. The excited atoms can include atoms that are in a metastable state.

The accumulation of excited atoms in the initial plasma alters the ionization process. The electric field 250 can be a

US 7,446,479 B2

13

strong electric field that facilitates a multi-step ionization process of an atomic feed gas that significantly increases the rate at which the high-density plasma is formed. The multi-step ionization process has an efficiency that increases as the density of excited atoms in the initial plasma increases. The strong electric field **250** enhances the formation of ions of a molecular or atomic feed gas.

In one embodiment, the dimensions of the gap **212** between the outer cathode section **202***b* and the first anode **210** are chosen so as to maximize the rate of excitation of the atoms. The value of the electric field **250** in the region **214** depends on the voltage level applied by the first power supply **206** and the dimensions of the gap **212**. In some embodiments, the strength of the electric field **250** can be in the range of about 2V/cm to $10^5$ V/cm depending on various system parameters and operating conditions of the plasma system.

The size of the gap **212** can be in the range of about 0.30 cm to 10 cm depending on various parameters of the desired plasma. In one embodiment, the electric field **250** in the region **214** is rapidly applied to the initial plasma. The rapidly applied electric field **250** can be generated by applying a voltage pulse having a rise time that is in the range of about 0.1 microsecond to ten seconds.

In one embodiment, the dimensions of the gap **212** and the parameters of the applied electric field **250** are varied in order to determine the optimum condition for a relatively high rate of excitation of the atoms in the region **214**. Since an argon atom requires energy of about 11.55 eV to become excited, the applied electric field **250** can be adjusted to maximize the excitation rate of the argon atoms. As argon feed gas **234** flows through the region **214**, the initial plasma is formed and many of the atoms in the initial plasma then become excited by the applied electric field **250**. Thus, the vast majority of ground state feed gas atoms are not directly ionized, but instead undergo a stepwise ionization process.

The excited atoms in the initial plasma then encounter electrons that are in the region **214**. In the case of argon feed case, excited argon atoms only require about 4 eV of energy to ionize while argon ground state atoms require about 15.76 eV of energy to ionize. Therefore, when energy is applied in the region **214**, the excited atoms will ionize at a much higher rate than the ground state atoms. Ions in the high-density plasma strike the outer cathode section **202***b* causing secondary electron emission from the outer cathode section **202***b*. These secondary electrons interact with neutral or excited atoms in the high-density plasma. This process further increases the density of ions in the high-density plasma as the feed gas **234** is exchanged.

The multi-step ionization process corresponding to the rapid application of the electric field **250** can be described as follows:

$$Ar + e^- \rightarrow Ar^* + e^-$$

$$Ar^* + e^- \rightarrow Ar^+ + 2e^-$$

where Ar represents a neutral ground state argon atom in the feed gas **234** and $e^-$ represents an ionizing electron generated in response to an initial plasma, when sufficient voltage is applied between the outer cathode section **202***b* and the first anode **210**. Additionally, $Ar^*$ represents an excited argon atom in the initial plasma. The collision between the excited argon atom and the ionizing electron results in an argon ion ($Ar^+$) and two electrons.

As previously discussed, the excited argon atoms generally require less energy to become ionized than neutral ground state argon atoms. Thus, the excited atoms tend to more rapidly ionize near the surface of the outer cathode section

14

**202***b* than the neutral ground state argon atoms. As the density of the excited atoms in the plasma increases, the efficiency of the ionization process rapidly increases. This increased efficiency eventually results in an avalanche-like increase in the density of the high-density plasma. Under appropriate excitation conditions, the proportion of the energy applied to the initial plasma, which is transformed to the excited atoms, is very high for a pulsed discharge in the feed gas **234**.

In one mode of operation, the density of the plasma is increased by controlling the flow of the feed gas **234** in the region **214**. In this embodiment, a first volume of feed gas **234** is supplied to the region **214**. The first volume of feed gas **234** is then ionized to form an initial plasma in the region **214**. The first power supply **206** then applies a high-power electrical pulse across the initial plasma. The high-power electrical pulse generates a high-density plasma from the initial plasma.

In another mode of operation, the feed gas **234** continues to flow into the region **214** after the initial plasma is formed. The initial plasma is displaced or transported into the region **252** by a new volume of feed gas **234**. The second power supply **222** (FIG. **2**A) then applies a high-power electrical pulse between the inner cathode section **202***a* and the second anode **226**.

The density of the plasma is generally limited by the level and duration of the high-power electrical pulse that can be absorbed before the discharge contracts and terminates. Increasing the flow rate of at least one of the feed gases **234**, **236** can increase the level and duration of the high-power electrical pulse that can be absorbed by the discharge. Any type of gas exchange means can be used to rapidly exchange the volume of feed gas.

Thus, the density of the plasma can be increased by transporting the initial plasma through the region **214** by a rapid volume exchange of feed gas **234**. As the feed gas **234** moves through the region **214** and interacts with the moving initial plasma, it becomes partially ionized from the applied electrical pulse. Applying a high-power electrical pulse through the region **214** can result in an ionization process that includes a combination of direct ionization and/or stepwise ionization as described herein. Transporting the initial plasma through the region **214** by a rapid volume exchange of the feed gas **234** increases the level and the duration of the power that can be applied to the high-density plasma and, thus, generates a higher density strongly-ionized plasma.

In one embodiment, the plasma generating system **200** can be configured for plasma etching. In another embodiment, the plasma generating system **200** can be configured for plasma sputtering. In particular, the plasma generating system **200** can be configured for sputtering magnetic materials. Known magnetron sputtering systems generally are not suitable for sputtering magnetic materials because the magnetic field generated by the magnetron can be absorbed by the magnetic target material. RF diode sputtering is sometimes used to sputter magnetic materials. However, RF diode sputtering generally has poor film thickness uniformity and produces relatively low deposition rates.

The plasma generating system **200** can be adapted to sputter magnetic materials by including a target assembly (not shown) having a magnetic target material and by driving that target assembly with an RF power supply (not shown). For example, an RF power supply can provide an RF power that is about 10 kW. A substantially uniform initial plasma can be generated by applying RF power across a feed gas that is located proximate to the target assembly. The high-density plasma is generated by applying a strong electric field across the initial plasma as described herein. The RF power supply

US 7,446,479 B2

15

applies a negative voltage bias to the target assembly. Ions in the high-density plasma bombard the target material thereby causing sputtering.

The plasma generating system **200** can also be adapted to sputter dielectric materials. Dielectric materials can be sputtered by driving a target assembly (not shown) including a dielectric target material with an RF power supply (not shown). For example, an RF power supply can provide an RF power that is about 10 kW. A substantially uniform initial plasma can be generated by applying RF power across a feed gas that is located proximate to the target assembly.

In one embodiment, a magnetic field is generated proximate to the target assembly in order to trap electrons in the initial plasma. The high-density plasma is generated by applying a strong electric field across the initial plasma as described herein. The RF power supply applies a negative voltage bias to the target assembly. Ions in the high-density plasma bombard the target material thereby causing sputtering.

A high-density plasma according to the present invention can be used to generate an ion beam. An ion beam source according to the present invention includes the plasma generating system **200** and an external electrode (not shown) that is used to accelerate ions in the plasma. In one embodiment, the external electrode is a grid. The ion beam source can generate a very high-density ion flux. For example, the ion beam source can generate ozone flux. Ozone is a highly reactive oxidizing agent that can be used for many applications such as cleaning process chambers, deodorizing air, purifying water, and treating industrial wastes, for example.

FIG. **3** illustrates a cross-sectional view of a plasma generating apparatus **300** including a magnet assembly **302** according to the invention. The magnet assembly **302** can include permanent magnets **304**, or alternatively, electromagnets (not shown). In one embodiment, the magnet assembly **302** is adapted to create a magnetic field **306** proximate to the inner cathode section **202**a. The configuration of the magnet assembly **302** can be varied depending on the desired shape and strength of the magnetic field **306**. The magnet assembly **302** can have either a balanced or unbalanced configuration.

In one embodiment, the magnet assembly **302** includes switching electro-magnets, which generate a pulsed magnetic field proximate to the inner cathode section **202**a. In some embodiments, additional magnet assemblies (not shown) can be placed at various locations around and throughout the process chamber (not shown).

The magnetic assembly **302** can be configured to generate a magnetic field in the shape of one or more racetracks (not shown). Magnetic fields in the shape of one or more racetracks can improve target utilization in sputtering targets by distributing regions of highest target erosion across the surface of the target. These regions of high target erosion generally correspond to locations in which the magnetic field lines are parallel to the surface of the target.

In operation, the magnetic field **306** is generated proximate to the inner cathode section **202**a. The permanent magnets **304** continuously generate the magnetic field **306**. Electromagnets can also generate the magnetic field **306**. The strength of the magnetic field **306** can be in the range of about fifty gauss to two thousand gauss. After the magnetic field **306** is generated, the feed gas **234** from the gas source **238** is supplied between the outer cathode section **202**b and the first anode **210**. A volume of the feed gas **234** fills in the region **214**.

Next, the first power supply **206** generates an electric field across the feed gas **234** to ignite an initial plasma in the region

16

**214**. The feed gas **234** flows through the region **214** and continuously displaces the initial plasma. The initial plasma diffuses into the region **252'** and the magnetic field **306** traps electrons in the initial plasma. A large fraction of the electrons are concentrated in the region **308** that corresponds to the weakest area of the magnetic field **306** that is generated by the magnet assembly **302**. By trapping the electrons in the region **308**, the magnetic field **306** substantially prevents the initial plasma from diffusing away from the inner cathode section **202**a.

The second power supply **222** generates a strong electric field between the second anode **226** and the inner cathode section **202**a. The strong electric field super-ionizes the initial plasma to generate a high-density plasma having an ion density that is greater than the ion density of the initial plasma. In one embodiment, the initial plasma has an ion density that is in the range of about $10^7$ to $10^{12}$ cm$^{-3}$ . and the high-density plasma has an ion density that is greater than about $10^{12}$ cm$^-$

The magnetic field **306** can improve the homogeneity of the high-density plasma. The magnetic field **306** can also increase the ion density of the high-density plasma by trapping electrons in the initial plasma and also by trapping secondary electrons proximate to the inner cathode section **202**a. The trapped electrons ionize excited atoms in the initial plasma thereby generating the high-density plasma. In one embodiment (not shown), a magnetic field is generated in the region **214** that substantially traps electrons in the area where the initial plasma is ignited.

The magnetic field **306** also promotes increased homogeneity of the high-density plasma by setting up a substantially circular electron ExB drift current **310** proximate to the inner cathode section **202**a. In one embodiment, the electron ExB drift current **310** generates a magnetic field that interacts with the magnetic field **306** generated by the magnet assembly **302**.

When high-power pulses are applied between the inner cathode section **202**a and the second anode **226** secondary electrons are generated from the inner cathode section **202**a that move in a substantially circular motion proximate to the inner cathode section **202**a according to crossed electric and magnetic fields. The substantially circular motion of the electrons generates the electron ExB drift current **310**. The magnitude of the electron ExB drift current **310** is proportional to the magnitude of the discharge current in the plasma and, in one embodiment, is approximately in the range of about three to ten times the magnitude of the discharge current.

In one embodiment, the substantially circular electron ExB drift current **310** generates a magnetic field that interacts with the magnetic field **306** generated by the magnet assembly **302**. In one embodiment, the magnetic field generated by the electron ExB drift current **310** has a direction that is substantially opposite to the magnetic field **306** generated by the magnet assembly **302**. The magnitude of the magnetic field generated by the electron ExB drift current **310** increases with increased electron ExB drift current **310**. The homogeneous diffusion of the high-density plasma in the region **252'** is caused, at least in part, by the interaction of the magnetic field **306** generated by the magnet assembly **302** and the magnetic field generated by the electron ExB drift current **310**.

In one embodiment, the electron ExB drift current **310** defines a substantially circular shape for low current density plasma. However, as the current density of the plasma increases, the substantially circular electron ExB drift current **310** tends to have a more complex shape as the interaction of the magnetic field **306** generated by the magnet assembly **302**, the electric field generated by the high-power pulse, and the magnetic field generated by the electron ExB drift current

US 7,446,479 B2

17

310 becomes more acute. For example, in one embodiment, the electron ExB drift current 310 has a substantially cycloidal shape. The exact shape of the electron ExB drift current 310 can be quite elaborate and depends on various factors.

As the magnitude of the electron ExB drift current 310 increases, the magnetic field generated by the electron ExB drift current 310 becomes stronger and eventually overpowers the magnetic field 306 generated by the magnet assembly 302. The magnetic field lines that are generated by the magnet assembly 302 exhibit substantial distortion that is caused by the relatively strong magnetic field that is generated by the relatively large electron ExB drift current 310. Thus, a large electron ExB drift current 310 generates a stronger magnetic field that strongly interacts with and can begin to dominate the magnetic field 306 that is generated by the magnet assembly 302.

The interaction of the magnetic field 306 generated by the magnet assembly 302 and the magnetic field generated by the electron ExB drift current 310 generates magnetic field lines that are somewhat more parallel to the surface of the inner cathode section 202a than the magnetic field lines generated by the magnet assembly 302. The somewhat more parallel magnetic field lines allow the high-density plasma to more uniformly distribute itself in the area 252'. Thus, the high-density plasma is substantially uniformly diffused in the area 252'.

FIG. 4 illustrates a graphical representation 400 of applied power as a function of time for periodic pulses applied to an initial plasma in the plasma generating system 200 of FIG. 2A. The first power supply 206 generates a constant power and the second power supply 222 generates periodic power pulses. In one illustrative embodiment, the feed gas 234 flows into the region 214 between the outer cathode section 202b and the first anode 210 at time $t_0$, before either the first power supply 206 or the second power supply 222 are activated.

The time required for a sufficient quantity of feed gas 234 to flow into the region 214 depends on several factors including the flow rate of the feed gas 234 and the desired operating pressure. At time $t_1$, the first power supply 206 generates a power 402 that is in the range of about 0.01 kW to 100 kW and applies the power 402 between the outer cathode section 202b and the anode 210. The power 402 causes the feed gas 234 to become at least partially ionized, thereby generating an initial plasma that can be a pre-ionization plasma as previously discussed. An additional volume of feed gas flows into the region 214 (FIG. 2A) between time $t_1$ and time $t_2$ substantially displacing the initial plasma. The initial plasma is displaced into the region 252 proximate to the inner cathode section 202a.

At time $t_2$, the second power supply 222 delivers a high-power pulse 404 to the initial plasma that is in the range of about 1 kW to 10 MW depending on the volume and characteristics of the plasma and the operating pressure. The high-power pulse 404 substantially super-ionizes the initial plasma to generate a high-density plasma. The high-power pulse 404 has a leading edge 406 having a rise time from $t_2$ to $t_3$ that is approximately in the range of 0.1 microseconds to ten seconds. In this embodiment, the second power supply 222 is a pulsed power supply. In some embodiments (not shown), the second power supply 222 can be an RF power supply, an AC power supply, or a DC power supply.

In one embodiment, the pulse width of the high-power pulse 404 is in the range of about one microsecond to ten seconds. The high-power pulse 404 is terminated at time $t_4$. In one embodiment, after the delivery of the high-power pulse 404, the power 402 from the first power supply 206 is continuously applied to generate additional plasma from the

18

flowing feed gas 234, while the second power supply 222 prepares to deliver another high-power pulse 408.

At time $t_5$, the second power supply 222 delivers another high-power pulse 408 having a rise time from $t_5$ to $t_6$ and terminating at time $t_7$. In one embodiment, the repetition rate of the high-power pulses is in the range of about 0.1 Hz to 10 kHz. The particular size, shape, width, and frequency of the high-power pulse 408 depend on the process parameters, such as the operating pressure, the design of the second power supply 222, the presence of a magnetic field proximate to the inner cathode section 202a, and the volume and characteristics of the plasma, for example. The shape and duration of the leading edge 406 and the trailing edge 410 of the high-power pulse 404 are chosen to control the rate of ionization of the high-density plasma.

In another embodiment (not shown), the first power supply 206 and/or the second power supply 222 are activated at time $t_0$ before the feed gas 234 flow into the region 214. In this embodiment, the feed gas 234 is injected between the outer cathode section 202b and the first anode 210 where it is ignited by the first power supply 206 to generate the initial plasma. In this embodiment, the first power supply 202 is a DC power supply. In other embodiments (not shown), the first power supply 202 can an RF power supply, an AC power supply, or a pulsed power supply.

FIG. 5 illustrates a cross-sectional view of a plasma generating apparatus 500 including the magnet assembly 302 of FIG. 3 and an additional magnet assembly 502 according to the invention. The additional magnet assembly 502 can include a permanent magnets 504 as shown, or alternatively, electro-magnets (not shown). In one embodiment, the magnet assembly 502 is adapted to create a magnetic field 506 proximate to the outer cathode section 202b. The configuration of the magnet assembly 502 can be varied depending on the desired shape and strength of the magnetic field 506. The magnet assembly 502 can have either a balanced or unbalanced configuration.

In one embodiment, the magnet assembly 502 includes switching electro-magnets, which generate a pulsed magnetic field proximate to the outer cathode section 202b. In some embodiments, additional magnet assemblies (not shown) can be placed at various locations around and throughout the process chamber (not shown).

One skilled in the art will appreciate that there are many modes of operating the plasma generating apparatus 500. In one embodiment, the plasma generating apparatus 500 is operated by generating the magnetic field 506 proximate to the outer cathode section 202b. In the embodiment shown in FIG. 5, the permanent magnets 504 continuously generate the magnetic field 506. In other embodiments, electro-magnets (not shown) generate the magnetic field 506 by energizing a current source (not shown) that is coupled to the electro-magnets. In one embodiment, the strength of the magnetic field 506 is in the range of about fifty gauss to two thousand gauss. After the magnetic field 506 is generated, the feed gas 234 from the gas source 238 is supplied between the outer cathode section 202b and the first anode 210. A volume of the feed gas 234 fills in the region 214.

Next, the first power supply 206 generates an electric field across the feed gas 234 to ignite an initial plasma in the region 214. In one embodiment, the magnetic field 506 substantially traps electrons in the initial plasma in the region 214. This causes the initial plasma to remain concentrated in the region 214. In one embodiment, the first power supply 206 applies a high-power pulse across the initial plasma thereby generating a high-density plasma in the region 214.

US 7,446,479 B2

19

The high-power pulse energizes the electrons in the initial plasma. The magnetic field **506** causes the electrons to move in a substantially circular manner creating a substantially circular electron ExB drift current (not shown) proximate to the outer cathode section **202**b. In one embodiment, the electron ExB drift current generates a magnetic field that interacts with the magnetic field **506** generated by the magnet assembly **502**.

The high-power pulses applied between the outer cathode section **202**b and the first anode **210** generate secondary electrons from the outer cathode section **202**a that move in a substantially circular motion proximate to the inner cathode section **202**a according to crossed electric and magnetic fields. The substantially circular motion of the electrons generates the electron ExB drift current. The magnitude of the electron ExB drift current is proportional to the magnitude of the discharge current in the plasma and, in one embodiment, is approximately in the range of between about three and ten times the magnitude of the discharge current. As previously discussed, the electron ExB drift current can improve the homogeneity of the high-density plasma in the region **214**.

FIG. **6** illustrates a cross-sectional view of a plasma generating apparatus **550** including the magnet assembly **302** of FIG. **3** and an additional magnet assembly **552** according to the invention. The additional magnet assembly **552** can include permanent magnets **554**, **556**, or alternatively, electro-magnets (not shown). In one embodiment, the magnet assembly **552** is adapted to create a magnetic field **558** proximate to the outer cathode section **202**b. The configuration of the magnet assembly **552** can be varied depending on the desired shape and strength of the magnetic field **558**. The magnet assembly **552** can have either a balanced or unbalanced configuration.

The plasma generating apparatus **550** functions similarly to the plasma generating apparatus **500** of FIG. **5**. However, the magnetic assembly **552** that is located proximate to the outer cathode section **202**b generates magnetic field lines **560** that are substantially perpendicular to a surface of the outer cathode section **202**b. The perpendicular magnetic field lines **560** completely cross the region **214**, thereby trapping substantially all of the electrons in the region **214**. Thus, the magnetic field **558** can facilitate a more efficient process of generating the initial plasma in the region **214**. Skilled artisans will appreciate that alternative magnet configurations can be used within the scope of the invention.

FIG. **7** illustrates a cross-sectional view of another embodiment of a plasma generating apparatus **600** including a magnet assembly **602** according to the invention. The magnet assembly **602** can include permanent magnets **604**, or alternatively, electro-magnets (not shown). In one embodiment, the magnet assembly **602** is adapted to create a magnetic field **606** that is located proximate to the inner cathode section **202**a and proximate to the outer cathode section **202**b. The configuration of the magnet assembly **602** can be varied depending on the desired shape and strength of the magnetic field **606**. The magnet assembly **602** can have either a balanced or unbalanced configuration.

In one embodiment, the magnet assembly **602** includes switching electro-magnets, which generate a pulsed magnetic field proximate to the inner **202**a and the outer cathode sections **202**b. In some embodiments, additional magnet assemblies (not shown) can be placed at various locations around and throughout the process chamber (not shown).

In one embodiment, the permanent magnets **604** continuously generate the magnetic field **606**. In other embodiments, electro-magnets (not shown) generate the magnetic field **606** by energizing a current source (not shown) that is coupled to

20

the electro-magnets. In one embodiment, the strength of the magnetic field **606** is in the range of about fifty gauss to two thousand gauss.

In operation, after the magnetic field **606** is generated, the feed gas **234** from the gas source **238** is supplied between the outer cathode section **202**b and the first anode **210**. A volume of the feed gas **234** fills in the region **214**.

Next, the first power supply **206** generates an electric field across the feed gas **234** that ignites an initial plasma in the region **214**. In one embodiment, electrons in the initial plasma diffuse from the region **214** to the region **608** substantially along magnetic field lines **609** generated by the magnet assembly **602**. In one embodiment, the electrons in the initial plasma are concentrated in the region **608** corresponding to the weakest area of the magnetic field **606** generated by the magnet assembly **602**. Thus, the initial plasma is concentrated proximate to the outer edge of the inner cathode section **202**a.

The second power supply **222** generates a strong electric field between the second anode **226** and the inner cathode section **202**a. The strong electric field super-ionizes the initial plasma to generate a high-density plasma having an ion density that is greater than the ion density of the initial plasma. In one embodiment, the initial plasma has an ion density in the of about $10^7$ to $10^{12}$ cm$^{-3}$. In one embodiment, the high-density plasma has an ion density that is greater than about $10^{13}$ cm$^{-3}$.

In one embodiment, the high-density plasma is used in a magnetron sputtering system (not shown). The magnetron sputtering system includes a target (not shown) that can be integrated into the inner cathode section **202**a. Operating parameters can be chosen such that the outer edge of the target is eroded at a relatively high rate compared with the center of the target because the high-density plasma is concentrated in the region **608**. Thus, a sputtering system according to the present invention can include a target that is relatively small compared with known sputtering systems for similarly sized substrates (not shown). In addition, the power level of the high-power pulse can be chosen such that the high-density plasma can be homogeneously distributed across the target as described herein.

The magnetic field **606** can improve the homogeneity of the high-density plasma and can increase the ion density of the high-density plasma by trapping electrons in the initial plasma and also trapping secondary electrons proximate to the target. The trapped electrons ionize excited atoms in the initial plasma thereby generating the high-density plasma. The magnetic field **606** also promotes increased homogeneity of the high-density plasma by setting up an electron ExB drift current **610** proximate to the target. In one embodiment, the electron ExB drift current **610** generates a magnetic field that interacts with the magnetic field **606** generated by the magnet assembly **602** as described herein.

FIG. **8** illustrates a cross-sectional view of a plasma generating apparatus **650** including a magnet configuration that includes a first magnet **652** and a second magnet **654** according to the invention. The first **652** and the second magnets **654** can be any type of magnet, such as a permanent ring-shaped magnet or an electro-magnet, for example.

The plasma generating apparatus **650** also includes a segmented cathode **656**. The segmented cathode **656** (**656**a, b) includes an inner cathode section **656**a and an outer cathode section **656**b. The outer cathode section **656**b is disposed generally opposite to the inner cathode section **656**a, but can be offset as shown in FIG. **8**. The segmented cathode **656** illustrated in FIG. **8** can reduce sputtering contamination compared with known cathodes used in sputtering systems

US 7,446,479 B2

21

because both the inner cathode section 656a and the outer cathode section 656b can include target material (not shown). Consequently, any material that is sputtered from the outer cathode section 656b is target material instead of cathode material that could contaminate the sputtering process.

The plasma generating apparatus 650 also includes an anode 658. The anode 658 is disposed proximate to the inner cathode section 656a and the outer cathode section 656b. In one embodiment, the first output 220 of the second power supply 222 is coupled to the inner cathode section 656a and the second output 224 of the second power supply 222 is coupled to an input 660 of the anode 658.

In one embodiment, a first output 662 of a first power supply 664 is coupled to the outer cathode section 656b. A second output 666 of the first power supply 664 is coupled to the input 660 of the anode 658. In one embodiment, the anode 658 is coupled to ground potential and the second output 224 of the second power supply 222 as well as the second output 666 of the first power supply 664 are also coupled to ground potential.

The plasma generating apparatus 650 operates in a similar manner to the plasma generating apparatus 200 of FIG. 2A. However, the magnetic field 668 generated by the first 652 and the second magnets 654 is substantially parallel to at least a portion of the surface of the inner cathode section 656a. The shape of the magnetic field 668 can result in a homogeneous plasma volume that is located proximate to the inner cathode section 656a as discussed herein. Additionally, the magnetic field 668 traps substantially all of the secondary electrons from the inner 656a and the outer cathode sections 656b due to the configuration of the first 652 and the second magnets 654.

In one mode of operation, feed gas 234 from the gas source 238 flows in the region 214 between the anode 658 and the outer cathode section 656b. In some embodiments, the feed gas source 240 supplies feed gas 236 between the inner cathode section 656a and the anode 658. The first power supply 664 generates an electric field across the feed gas 234 that generates an initial plasma in the region 214. Electrons in the initial plasma diffuse along the magnetic field lines of the magnetic field 668. Due to the configuration of the magnets 652 and 654, substantially all of the electrons in the initial plasma are trapped by the magnetic field 668. The initial plasma diffuses towards the inner cathode section 656a as the feed gas 234 continues to flow.

After a suitable volume of the initial plasma is located proximate to the inner cathode section 656a, the second power supply 222 generates a strong electric field between the inner cathode section 656a and the anode 658. The strong electric field super-ionizes the initial plasma and generates a high-density plasma having an ion density that is higher than the ion density of the initial plasma.

FIG. 9 illustrates a cross-sectional view of a plasma generating apparatus 700 according to the present invention including a segmented cathode assembly 702 (702a, b), an ionizing electrode 708, and a first 206, a second 222 and a third power supply 704. The first 206, the second 222, and the third power supplies 704 can each be any type of power supply suitable for plasma generation, such as a pulsed power supply, a RF power supply, a DC power supply, or an AC power supply. In some embodiments, the first 206, the second 222, and/or the third power supplies 704 operate in a constant power or constant voltage mode as described herein.

Only one portion of the segmented cathode assembly 702 is shown for illustrative purposes. In one embodiment, the portion that is not shown in FIG. 9 is substantially symmetrical to the portion shown in FIG. 9. The plasma generating apparatus

22

700 also includes a first anode 210 and a second anode 706. In one embodiment, the ionizing electrode 708 is a filament-type electrode. The ionizing electrode 708 can be ring-shaped or any other shape that is suitable for generating an initial plasma in the region 214. Isolators 709 insulate the inner cathode section 702a from the outer cathode section 702b. The isolators 709 also insulate the second anode 706 from the inner 702a and the outer cathode sections 702b.

A first output 710 of the third power supply 704 is coupled to the ionizing electrode 708. A second output 712 of the third power supply 704 is coupled to the outer cathode section 702b. The power generated by the third power supply 704 is sufficient to ignite a feed gas 234 located in the region 214 to generate an initial plasma.

The first output 204 of the first power supply 206 is coupled to the outer cathode section 702b. The second output 208 of the first power supply 206 is coupled to the first anode 210. The power generated by the first power supply 206 is sufficient to increase the ion density of the initial plasma in the region 214.

The first output 220 of the second power supply 222 is coupled to the inner cathode section 702a. The second output 224 of the second power supply 222 is coupled to the second anode 706.

In operation, the first power supply 206 is a pulsed power supply that applies a high-power pulse between the outer cathode section 702b and the first anode 210. The high-power pulse generates an electric field (not shown) through the region 214. The electric field generates a high-density plasma from the initial plasma that is generated by the ionizing electrode 708. The high-density plasma is generally more strongly ionized than the initial plasma.

In one embodiment, the feed gas 234 continues to flow after the high-density plasma is generated in the region 214. The feed gas 234 displaces the high-density plasma towards the inner cathode region 702a. The feed gas exchange continues until a suitable volume of the high-density plasma is located proximate to the inner cathode section 702a.

In one embodiment, the second power supply 222 is a pulsed power supply that applies a high-power pulse across the high-density plasma. The high-power pulse generates an electric field (not shown) between the inner cathode section 702a and the second anode 706. The electric field generates a plasma that is generally more strongly-ionized than the high-density plasma.

The plasma generating apparatus 700 of the present invention generates a very high-density plasma using standard power supplies. The plasma generating apparatus 700 of the present invention can generate a very high-density plasma at a lower cost compared with a known plasma generating apparatus because the plasma generating apparatus 700 can use relatively inexpensive and commercially available power supplies. In plasma sputtering applications, the sputtering targets that are used in the plasma generating apparatus 700 can be much smaller relative to comparable sputtering targets that are used in known magnetron sputtering systems used to process similarly sized substrates.

FIG. 10 illustrates a cross-sectional view of a plasma generating apparatus 720 according to the present invention including a segmented cathode assembly 722 (722a, b), a common anode 724, an ionizing electrode 708, and a first 206, a second 222, and a third power supply 704. The first 206, the second 222, and the third power supplies 704 can each be any type of power supply suitable for plasma generation, such as a pulsed power supply, a RF power supply, a DC power supply, or an AC power supply. In some embodiments, the

US 7,446,479 B2

23

first 206, the second 222, and/or the third power supplies 704 operate in a constant power or constant voltage mode as described herein.

Only one portion of the segmented cathode assembly 722 is shown for illustrative purposes. In one embodiment, the portion that is not shown in FIG. 10 is substantially symmetrical to the portion shown in FIG. 10. In one embodiment, the ionizing electrode 708 is a filament-type electrode. The ionizing electrode 708 can be ring-shaped or any other shape that is suitable for generating an initial plasma in the region 214. An isolator 726 insulates the anode 724 from the inner cathode section 722a. An isolator 728 insulates the anode 724 from the outer cathode section 722b.

In a plasma sputtering configuration, the segmented cathode assembly 722 illustrated in FIG. 10 can reduce sputtering contamination compared with known cathodes used in sputtering systems because both the inner cathode section 722a and the outer cathode section 722b can include target material (not shown). Consequently, any material that is sputtered from the outer cathode section 722b is target material instead of cathode material that could contaminate the sputtering process.

A first output 710 of the third power supply 704 is coupled to the ionizing electrode 708. A second output 712 of the third power supply 704 is coupled to the outer cathode section 722b. The power generated by the third power supply 704 is sufficient to ignite a feed gas 234 located in the region 214 to generate an initial plasma.

The first output 204 of the first power supply 206 is coupled to the anode 724. The second output 208 of the first power supply 206 is coupled to the outer cathode section 722b. The power generated by the first power supply 206 is sufficient to increase the ion density of the initial plasma in the region 214.

The first output 220 of the second power supply 222 is coupled to the inner cathode section 722a. The second output 224 of the second power supply 222 is coupled to the anode 724.

In operation, the first power supply 206 is a pulsed power supply that applies a high-power pulse between the outer cathode section 722b and the anode 724. The high-power pulse generates an electric field through the region 214. The electric field generates a high-density plasma from the initial plasma. The high-density plasma is generally more strongly ionized than the initial plasma.

In one embodiment, the feed gas 234 continues to flow after the high-density plasma is generated in the region 214. The feed gas 234 displaces the high-density plasma towards the inner cathode region 722a. The feed gas exchange continues until a suitable volume of the high-density plasma is located proximate to the inner cathode section 722a.

In one embodiment, the second power supply 222 is a pulsed power supply that applies a high-power pulse across the high-density plasma. The high-power pulse generates a strong electric field between the inner cathode section 722a and the anode 724. The strong electric field generates a plasma that is generally more-strongly-ionized than the high-density plasma.

FIG. 11 illustrates a cross-sectional view of a plasma generating apparatus 725 according to the present invention including the segmented cathode assembly 702 (702a, b) and a first 206, a second 222 and a third power supply 704. The first 206, the second 222, and the third power supplies 704 can each be any type of power supply suitable for plasma generation, such as a pulsed power supply, a RF power supply, a DC power supply, or an AC power supply. In some embodiments, the first 206, the second 222, and/or the third power supplies 704 operate in a constant power or constant voltage mode as

24

described herein. The first 206 and the third power supplies 704 can be integrated into a single power supply.

Only one portion of the segmented cathode assembly 702 is shown for illustrative purposes. In one embodiment, the portion that is not shown in FIG. 11 is substantially symmetrical to the portion shown in FIG. 11. The plasma generating apparatus 725 also includes a first anode 210 and a second anode 706. Isolators 709 insulate the inner cathode section 702a from the outer cathode section 702b and insulate the second anode 706 from the inner 702a and the outer cathode sections 702b.

A first output 710 of the third power supply 704 is coupled to the outer cathode section 702b. A second output 712 of the third power supply 704 is coupled to the first anode 210. The power generated by the third power supply 704 is sufficient to ignite a feed gas 234 located in the region 214 to generate an initial plasma.

A first output 204 of the first power supply 206 is coupled to the outer cathode section 702b. A second output 208 of the first power supply 206 is coupled to the first anode 210. A first output 220 of the second power supply 222 is coupled to the inner cathode section 702a. A second output 224 of the second power supply 222 is coupled to the second anode 706.

In operation, the power generated by the first power supply 206 is sufficient to increase the ion density of the initial plasma in the region 214 that is generated by the third power supply 704. In one embodiment, the first power supply 206 is a pulsed power supply that applies a high-power pulse between the outer cathode section 702b and the first anode 210. The high-power pulse generates an electric field through the region 214. The electric field generates a high-density plasma from the initial plasma. The high-density plasma is generally more strongly ionized than the initial plasma.

In one embodiment, the feed gas 234 continues to flow after the high-density plasma is generated in the region 214. The feed gas 234 displaces the high-density plasma towards the inner cathode region 702a. The feed gas exchange continues until a suitable volume of the high-density plasma is located proximate to the inner cathode section 702a.

In one embodiment, the second power supply 222 is a pulsed power supply that applies a high-power pulse across the high-density plasma. The high-power pulse generates a strong electric field between the inner cathode section 702a and the second anode 706. The strong electric field generates a plasma that is generally more-strongly-ionized than the high-density plasma.

The plasma generating apparatus 725 of the present invention generates a very high-density plasma using standard power supplies. The plasma generating apparatus 725 of the present invention can generate a very high-density plasma at a lower cost compared with a known plasma generating apparatus because the plasma generating apparatus 725 can use relatively inexpensive and commercially available power supplies.

There are many modes of operation for the plasma generating apparatus 725. For example, the first power supply 206 and the second power supply 222 can both be operated in constant power mode. In another mode of operation, the first power supply 206 is operated in constant power mode and the second power supply 222 is operated in constant voltage mode. In still another mode of operation, the first 206 and the second power supplies 222 are both operated in constant voltage mode. Some of these modes of operation are discussed in more detail herein.

FIG. 12 illustrates a cross-sectional view of a plasma generating apparatus 730 according to the present invention including a segmented cathode assembly 732 (732a, b), a

US 7,446,479 B2

25

second anode **706**, a first **731** and a second power supply **222**. In this embodiment, the outer cathode section is in the form of an excited atom source **732***b*. The excited atom source **732***b* generates excited atoms including metastable atoms from ground state atoms in the feed gas **234**. In another embodiment (not shown), the outer cathode section **732***b* is in the form of a hollow cathode. Skilled artisans will appreciate that multiple excited atom sources (not shown) can surround the inner cathode section **732***a*.

The first **731** and the second power supplies **222** can be any type of power supplies suitable for plasma generation, such as pulsed power supplies, RF power supplies, DC power supplies, or AC power supplies. In some embodiments, the first **731** and/or the second power supplies **222** operate in a constant power or constant voltage mode as described herein.

Only one portion of the segmented cathode assembly **732** is shown for illustrative purposes. In one embodiment, the portion that is not shown is substantially symmetrical to the portion shown in FIG. **12**. The inner cathode section **732***a* can be electrically isolated from the excited atom source **732***b*. Isolators **709** insulate the second anode **706** from the inner cathode section **732***a* and the excited atom source **732***b*.

The excited atom source **732***b* includes a tube **733**. The tube **733** can be formed of non-conducting material, such as a dielectric material, like boron nitride or quartz, for example. A nozzle **734** is positioned at one end of the tube **733**. The nozzle **734** can be formed from a ceramic material. The tube **733** is surrounded by an enclosure **735**. A skimmer **736** having an aperture **737**, is positioned adjacent to the nozzle **734** forming a nozzle chamber **738**. The skimmer **736** can be connected to the enclosure **735**. In one embodiment, the skimmer **736** is cone-shaped as shown in FIG. **12**. In one embodiment, the enclosure **735** and the skimmer **736** are electrically connected to ground potential.

The tube **733** and the enclosure **735** define an electrode chamber **739** that is in fluid communication with a gas inlet **740**. A feed gas source (not shown) is coupled to the gas inlet **740** so as to allow feed gas **234** to flow into the electrode chamber **739**. An electrode **741** is positioned inside the electrode chamber **739** adjacent to the nozzle **734** and to the skimmer **736**. In one embodiment, the electrode **741** is a needle electrode, as shown in FIG. **12**. The needle electrode generates a relatively high electric field at the tip of the electrode. The electrode **741** is electrically isolated from the skimmer **736**.

A first output **742** of the first power supply **731** is coupled to the needle electrode **741** with a transmission line **743**. An insulator **744** isolates the transmission line **743** from the grounded enclosure **735**. A second output **745** of the first power supply **737** is coupled to ground.

A first output **220** of the second power supply **222** is coupled to the inner cathode section **732***a*. A second output **224** of the second power supply **222** is coupled to the second anode **706**. In one embodiment, the second power supply **222** generates an electric field between the inner cathode section **732***a* and the second anode **706**.

The plasma generating apparatus **730** of the present invention generates a high-density plasma using standard power supplies. The plasma generating apparatus **730** of the present invention can generate a high-density plasma at a lower cost compared with known plasma generating apparatus because the plasma generating apparatus **730** can use relatively inexpensive and commercially available power supplies. In addition, the sputtering targets that can be used in the plasma generating apparatus **730** can be much smaller relative to

26

comparable sputtering targets that are used in known magnetron sputtering systems used to process similarly sized substrates.

There are many modes of operation for the plasma generating apparatus **730**. For example, the first power supply **731** and the second power supply **222** can both be operated in constant power mode. In another mode of operation, the first power supply **731** is operated in constant power mode and the second power supply **222** is operated in constant voltage mode. In still another mode of operation, the first **731** and the second power supplies **222** are both operated in constant voltage mode. Some of these modes of operation are discussed in more detail herein.

In one illustrative mode of operation, ground state atoms in the feed gas **234** are supplied to the excited atom source **732***b* through the gas inlet **740**. The pressure in the electrode chamber **739** is optimized to produce exited atoms including metastable atoms by adjusting parameters, such as the flow rate of the feed gas **234**, the diameter of the nozzle **734**, and the diameter of the aperture **737** of the skimmer **736**. The first power supply **731** generates an electric field (not shown) between the needle electrode **741** and the skimmer **736**. The electric field raises the energy of the ground state atoms to an excited state that generates excited atoms. Many of the excited atoms are metastable atoms. The electric field can also generate some ions and electrons along with the exited atoms.

Optional magnets **746** generate a magnetic field **747** proximate to the excited atom source **732***b*. The magnetic field **747** can be used to assist in exciting the ground state atoms. The magnetic field **747** traps accelerated electrons proximate to the electric field. Some of the accelerated electrons impact a portion of the ground state atoms, thereby transferring energy to those ground state atoms. This energy transfer excites at least a portion of the ground state atoms to create a volume of excited atoms including metastable atoms.

A portion of the volume of excited atoms as well as some ions, electrons and ground state atoms flow through the nozzle **734** into the nozzle chamber **738** as additional feed gas flows into the electrode chamber **739**. A large fraction of ions and electrons are trapped in the nozzle chamber **738** while the excited atoms and the ground state atoms flow through the aperture **737** of the skimmer **736**.

After a sufficient volume of excited atoms including metastable atoms is present proximate to the inner cathode section **732***a*, the second power supply **222** generates an electric field (not shown) proximate to the volume of excited atoms between the inner cathode section **732***a* and the second anode **706**. The electric field raises the energy of the volume of excited atoms causing collisions between neutral atoms, electrons, and excited atoms including metastable atoms. These collisions generate the plasma proximate to the inner cathode section **732***a*. The plasma includes ions, excited atoms and additional metastable atoms. The efficiency of this multi-step ionization process increases as the density of excited atom and metastable atoms increases.

In one embodiment, a magnetic field is generated proximate to the inner cathode section **732***a*. The magnetic field can increase the ion density of the plasma by trapping electrons in the plasma and also by trapping secondary electrons proximate to the inner cathode section **732***a*.

All noble gas atoms have metastable states. For example, argon metastable atoms can be generated by a multi-step ionization process. In a first step, ionizing electrons e⁻ are generated by applying a sufficient voltage across argon feed gas containing ground state argon atoms. When an ionizing electron e⁻ collides with a ground state argon (Ar) atom, a metastable argon atom and an electron are generated. Argon

US 7,446,479 B2

27

has two metastable states, see Fabrikant, I. I., Shpenik, O. B., Snegursky, A. V., and Zavilopulo, A. N., *Electron Impact Formation of Metastable Atoms*, North-Holland, Amsterdam. In a second step in the multi-step ionization process, the metastable argon atom is ionized.

The multi-step ionization process described herein substantially increases the rate at which the plasma is formed and, therefore, generates a relatively dense plasma. The rate is increased because only a relatively small amount of energy is required to ionize the metastable atoms as described herein. For example, ground state argon atoms require energy of about 15.76 eV to ionize. However, argon metastable atoms require only about 4 eV of energy to ionize. The excited atom source $732b$ provides the energies of about 11.55 eV and 11.72 eV that are necessary to reach argon metastable states. Therefore, a volume of metastable atoms will ionize at a much higher rate than a similar volume of ground state atoms for the same input energy.

Furthermore, as the density of the metastable atoms in the plasma increases, the efficiency of the ionization process rapidly increases. The increased efficiency results in an avalanche-like process that substantially increases the density of the plasma. In addition, the ions in the plasma strike the inner cathode section $732a$ causing secondary electron emission from the inner cathode section $732a$. The secondary electrons interact with ground state atoms and with the excited atoms including the metastable atoms in the plasma. This interaction further increases the density of ions in the plasma as additional volumes of metastable atoms become available. Thus, for the same input energy, the density of the plasma that is generated by the multi-step ionization process according to the present invention is significantly greater than a plasma that is generated by direct ionization of ground state atoms.

FIG. 13 illustrates a graphical representation 750 of power as a function of time for each of a first 206, a second 222, and a third power supply 704 for one mode of operating the plasma generating system 700 of FIG. 9. The first 206, second 222, and third power supplies 704 are synchronized to each other to optimize certain properties of the plasma. For example, the third power supply 704 generates a constant power throughout the process, while the first 206 and the second power supplies 222 generate periodic power pulses at preset intervals. Although FIG. 13 relates to the operation of FIG. 9, skilled artisans will appreciate that the plasma generating systems 720, 725 of FIG. 10 and FIG. 11, respectively, can be operated in a similar manner to the plasma generating system 700 of FIG. 9. In one mode of operation, the first power supply 206 and the second power supply 222 are operated in a constant power mode.

In this mode, the plasma generating apparatus 700 can operate as follows. At time $t_0$, the third power supply 704 applies a constant power 752 in the range of about 0.1 kW to 10 kW across the feed gas 234 to generate an initial plasma. The power level required to generate the initial plasma depends on several factors including the dimensions of the region 214, for example. The constant power 752 is applied between the ionizing electrode 708 and the outer cathode section $702b$. The initial plasma diffuses towards the inner cathode section $702a$ due to a pressure differential as described herein. The pressure differential concentrates the initial plasma from the region 214 towards the inner cathode section $702a$.

At time $t_1$, the second power supply 222 applies a constant power 754 in the range of about 0.1 kW to 10 kW across the initial plasma to increase the ion density of the initial plasma and to sustain the initial plasma proximate to the inner cathode section $702a$. The time period between time $t_0$ and time $t_1$

28

is in the range of about 0.1 msec to 1 sec and depends on several parameters including the dimensions of the inner cathode section $702a$, for example.

At time $t_2$, a sufficient volume of the initial plasma is located proximate to the inner cathode section $702a$ and an additional volume of initial plasma is generated in the region 214. The first power supply 206 then applies a high power pulse 756 across the additional volume of initial plasma in the region 214 to generate a high-density plasma in the region 214. The ion density of the high-density plasma is greater than the ion density of the initial plasma. The high-power pulse 756 has a power level that is in the range of about 10 kW to 1,000 kW. The time period between time $t_1$ and time $t_2$ is in the range of about 0.1 msec to 1 sec.

The high-density plasma that is generated in the region 214 diffuses toward the inner cathode section $702a$ due to the pressure differential. At time $t_3$, the second power supply 222 applies a high-power pulse 758 to the high-density plasma in order to super-ionize the high-density plasma to further increase the plasma density. The time period between time $t_2$ and time $t_3$ is in the range of about 0.001 msec to 1 msec. The time period of the high-power pulse 758 between time $t_3$ and time $t_4$ is in the range of about 0.1 msec to 10 sec.

Additionally, between time $t_3$ and time $t_5$, the first power supply 206 continues to apply the high-power pulse 756 in order to sustain the high-density plasma. At time $t_5$, the high-power pulse 756 terminates. The second power supply 222 continues to apply a background power 760 after the high-power pulse 758 terminates at time $t_4$. Thus the background power 760 continues to sustain the high-density plasma. The time period between time $t_4$ and time $t_5$ is in the range of about 0.001 msec to 1 msec.

At time $t_5$, the high power pulse 756 generated by the first power supply 206 terminates. At time $t_6$, the first power supply 206 applies another high-power pulse 762 across a new volume of high-density plasma in the region 214. The high-power pulse 762 increases the current density in the new volume of high-density plasma. The new volume of high-density plasma diffuses towards the inner cathode section $702a$. At time $t_7$, the second power supply 222 applies another high-power pulse 764 to the new volume of high-density plasma that is located proximate to the inner cathode section $702a$. At time $t_8$, the high-power pulse 764 terminates. At time $t_9$ the high power pulse 762 from the first power supply 206 terminates.

The power from the third power supply 704 is continuously applied for a time that is in the range of about one microsecond to one hundred seconds in order to allow the initial plasma to form and to be maintained at a sufficient plasma density. The power from the second power supply 222 can be continuously applied after the initial plasma is ignited in order to maintain the initial plasma. The second power supply 222 can be designed so as to output a continuous nominal power in order to generate and sustain the initial plasma until a high-power pulse is delivered by the second power supply 222. The high-power pulse has a leading edge having a rise time that is in the range of about 0.1 microseconds to ten seconds.

The high-power pulse 756 has a power and a pulse width that is sufficient to transform the initial plasma to a strongly-ionized high-density plasma. The high-power pulse 756 is applied for a time that is in the range of about ten microseconds to ten seconds. The repetition rate of the high-power pulses 756, 762 is in the range of about 0.1 Hz to 1 kHz.

The particular size, shape, width, and frequency of the high-power pulses 756, 762 depend on various factors including process parameters, the design of the first power supply

**206**, the design of the plasma generating apparatus **700**, the volume of the plasma, and the pressure in the chamber. The shape and duration of the leading edge and the trailing edge of the high-power pulse **756** is chosen to sustain the initial plasma while controlling the rate of ionization of the high-density plasma.

FIG. **14** illustrates a graphical representation **770** of power generated as a function of time for each of a first **206**, a second **222**, and a third power supply **704** for one mode of operating the plasma generating system **700** of FIG. **9**. The plasma generating apparatus **700** has many operating modes. For example, in this mode, the first power supply **206** is operated in voltage mode, while the second power supply can be operated in power mode.

In this mode, the plasma generating apparatus **700** can operate as follows. At time $t_0$, the third power supply **704** applies a constant power **772** in the range of about 0.1 kW to 10 kW across the feed gas **234** to generate an initial plasma. In one embodiment, the power from the third power supply **704** is continuously applied for a time that is in the range of about one microsecond to one hundred seconds in order to allow the initial plasma to form and to be maintained at a sufficient plasma density.

The initial plasma diffuses towards the inner cathode section **702a**. At time t the second power supply **222** applies a constant power **774** in the range of about 0.1 kW to 10 kW across the initial plasma to increase the ion density of the initial plasma and to maintain/sustain the initial plasma proximate to the inner cathode section **702a**.

A pressure differential forces the initial plasma from the region **214** towards the inner cathode region **702a**. At time $t_2$, the first power supply **206** applies a ramping power pulse **776** across the initial plasma in the region **214** in order to generate a high-density plasma in the region **214**. The ramping power pulse **776** has a power and a rise time that is sufficient to transform the initial plasma to a strongly-ionized high-density plasma.

The ramping power pulse **776** has a power that is in the range of about 10 kW to 1,000 kW and the ramping power pulse **776** is applied for a time that is in the range of between about ten microseconds to ten seconds. The repetition rate between the ramping power pulses **776** is between about 0.1 Hz and 1 kHz. The shape and duration of the leading edge and the trailing edge of the ramping power pulse **776** is chosen to sustain the initial plasma while controlling the rate of ionization of the high-density plasma. The high-density plasma diffuses toward the inner cathode section **702a**.

At time $t_3$, the second power supply **222** applies a high-power pulse **778** to the high-density plasma to generate a higher-power pulse. At time $t_4$, the high-power pulse and the ramping power pulse **776** terminate. The second power supply **222** continues to apply a background power **780** to sustain the plasma after the high-power pulse **778** terminates. The second power supply **222** can be designed so as to generate a continuous nominal power that generates and sustains the initial plasma until a high-power pulse is delivered by the second power supply **222**. In one embodiment, the high-power pulse has a leading edge with a rise time that is in the range of about 0.1 microseconds to ten seconds.

At time $t_5$, the first power supply **206** applies another ramping power pulse **782** across an additional volume of initial plasma in the region **214**. The ramping power pulse **782** increases the current density in the additional volume of initial plasma to generate a high-density plasma. At time $t_6$, the second power supply **222** applies another high-power pulse **784** to the high-density plasma that is located proximate to the inner cathode section **702a**. The high-power pulse

generates a higher density plasma proximate to the inner cathode section **702a**. At time $t_7$, the high-power pulse **784** and the ramping power pulse **782** terminate. In one embodiment, the repetition rate between the ramping power pulses **776**, **782** is between about 0.1 Hz and 1 kHz.

FIG. **15** illustrates a graphical representation **790** of power as a function of time for each of a first **206**, a second **222**, and a third power supply **704** for one mode of operating the plasma generating system **700** of FIG. **9**. In this mode, the second power supply **222** is a RF power supply. A RF power supply can be used in plasma sputtering systems for sputtering magnetic materials or dielectric materials, for example. In this mode of operation, the first power supply **206** is operated in a constant power mode. Due to the nature of a RF power supply, the second power supply **222** is operated in a substantially constant power mode.

In this mode, the plasma generating apparatus **700** can operate as follows. At time $t_0$, the third power supply **704** applies a constant power **752** in the range of about 0.1 kW to 10 kW across the feed gas **234** to generate an initial plasma. The power level required to generate the initial plasma depends on several factors including the dimensions of the region **214**, for example. The constant power **752** is applied between the ionizing electrode **708** and the outer cathode section **702b**. The initial plasma diffuses towards the inner cathode section **702a** due to a pressure differential as described herein. The pressure differential forces the initial plasma from the region **214** towards the inner cathode section **702a**.

At time $t_1$, the second power supply **222** applies an RF driving voltage corresponding to a power **792** in the range of about 0.1 kW to 10 kW across the initial plasma to sustain the initial plasma proximate to the inner cathode section **702a**. The RF power supply generates a series of very short sinusoidal voltage pulses having a time period between time $t_0$ and time $t_1$ that is in the range of about 0.1 msec to 1 sec and that depends on several parameters, such as the dimensions of the inner cathode section **702a**.

At time $t_2$, a sufficient volume of the initial plasma is located proximate to the inner cathode section **702a** and an additional volume of initial plasma is generated in the region **214**. The first power supply **206** then applies a high-power pulse **756** across the additional volume of initial plasma in the region **214** to generate a high-density plasma in the region **214**. The ion density of the high-density plasma is greater than the ion density of the initial plasma. The high-power pulse **756** has a power level that is in the range of about 10 kW to 1,000 kW. In one embodiment, the time period between time $t_1$ and time $t_2$ is in the range of about 0.1 msec to 1 sec.

The high-density plasma that is generated in the region **214** diffuses toward the inner cathode section **702a** due to the pressure differential. At time $t_3$, the second power supply **222** applies a high-power RF pulse **794** to the high-density plasma. The high-power RF pulse super-ionizes the high-density plasma, thereby generating a higher-density plasma. In one embodiment, the frequency of the high-power pulse **794** is 13.56 MHz. In other embodiments, the frequency of the high power RF pulse **794** is in the range of about 40 kHz to 100 MHz.

In one embodiment, the time period between time $t_2$ and time $t_3$ is in the range of about 0.001 msec to 1 msec. The total time period of the high-power pulse **794** between time $t_3$ and time $t_4$ is in the range of about 0.01 microsec to 10 sec.

Additionally, between time $t_3$ and time $t_5$, the first power supply **206** continues to apply the high-power pulse **756** in order to maintain the high-density plasma. At time $t_5$, the high-power pulse **756** terminates. In one embodiment, the

US 7,446,479 B2

31

32

second power supply **222** continues to apply a background RF driving voltage corresponding to a power **796** after the high-power pulse **794** terminates at time t₄. The background RF power **796** continues to maintain the high-density plasma. The time period between time t₄ and time t₅ is in the range of about 0.001 msec to 1 msec.

At time t₆, the first power supply **206** applies another high-power pulse **762** across a new volume of initial plasma in the region **214**. The high-power pulse **762** generates a new volume of high-density plasma. The new volume of high-density plasma diffuses towards the inner cathode section **702**a. At time t₇, the second power supply **222** applies RF driving voltage corresponding to another high-power pulse **798** to the new volume of high-density plasma that is located proximate to the inner cathode section **702**a. At time t₈, the high-power pulse **798** terminates. At time t₉, the high power pulse **762** from the first power supply **206** terminates.

The power **752** from the third power supply **704** is continuously applied for a time that is in the range of about one microsecond to one hundred seconds in order to allow the initial plasma to form and to be maintained at a sufficient plasma density. In one embodiment, the RF power from the second power supply **222** is continuously applied after the initial plasma is ignited in order to maintain the initial plasma.

The high-power pulse **756** has a power and a pulse width that is sufficient to transform the initial plasma to a strongly-ionized high-density plasma. The high-power pulse **756** is applied for a time that is in the range of about ten microseconds to ten seconds. The repetition rate of the high-power pulses **756**, **762** is in the range of about 0.1 Hz to 1 kHz.

The particular size, shape, width, and frequency of the high-power pulses **756**, **762** depend on various factors including process parameters, the design of the first power supply **206**, the design of the plasma generating apparatus **700**, the volume of the plasma, and the pressure in the chamber, for example. The shape and duration of the leading edge and the trailing edge of the high-power pulse **756** is chosen to sustain the initial plasma while controlling the rate of ionization of the high-density plasma.

FIG. **16**A through FIG. **16**C are flowcharts **800**, **800'**, and **800''** of illustrative processes of generating high-density plasmas according to the present invention. Referring to FIG. **16**A, the feed gas **234** (FIG. **2**) flows into the region **214** (step **802**). The feed gas **234** flows through the region **214** towards the inner cathode section **202**a. Next, the first power supply **206** generates a voltage across the feed gas **234** in the region **214** (step **804**). The voltage generates an electric field that is large enough to ignite the feed gas **234** and generate the initial plasma. While the initial plasma is being generated, additional feed gas flows into the region **214** forcing the initial plasma to diffuse proximate to the inner cathode section **202**a (step **806**).

After a suitable volume of the initial plasma is present in the region **252**, the second power supply **222** generates a large electric field across the initial plasma that super-ionizes the initial plasma, thereby generating a high-density plasma in the region **252** (step **808**). The high-density plasma is typically more strongly ionized than the initial plasma.

In the process illustrated in FIG. **16**B, the feed gas **234** flows into the region **214** (step **802**). In one embodiment, the feed gas **234** flows through the region **214** towards the inner cathode section **202**a. Next, the first power supply **206** generates a voltage across the feed gas **234** in the region **214** (step **804**). The voltage is large enough to ignite the feed gas **234** and to generate the initial plasma. While the initial plasma is being generated, additional feed gas **234** flows into the region

**214** forcing the initial plasma to diffuse proximate to the inner cathode section **202**a (step **806**).

Once the initial plasma is generated in the region **214**, the first power supply **206** generates a strong electric field across the initial plasma, thereby super-ionizing the initial plasma and creating a high-density plasma in the region **214** (step **810**). In one embodiment, an additional power supply (not shown) generates the strong electric field instead of the first power supply **206**.

The high-density plasma diffuses towards the inner cathode section **202**a where it commingles with the initial plasma in the region **252** (step **812**). When a suitable volume of the combined plasma is present in the region **252**, the second power supply **222** generates a strong electric field across the plasma in the region **252** that generates a high-density plasma (step **814**). The high-density plasma will typically be more strongly-ionized than the plasma formed from the combination of the initial plasma and the high-density plasma from the region **214**.

In the embodiment illustrated in FIG. **16**C, the feed gas **234** flows into the region **214** (step **816**). In one embodiment, the feed gas **234** flows through the region **214** towards the inner cathode section **202**a. Next, the first power supply **206** generates a voltage across the feed gas **234** in the region **214** (step **818**). The voltage generates an electric field that is large enough to ignite the feed gas **234** and generate the initial plasma. In this embodiment, additional feed gas **234** is not supplied to the region **214** and therefore, the initial plasma remains in the region **214**.

Once the initial plasma is generated in the region **214**, the first power supply **206** generates a strong electric field across the initial plasma, thereby super-ionizing the initial plasma and creating a high-density plasma in the region **214** (step **820**). In one embodiment, an additional power supply (not shown) generates the strong electric field instead of the first power supply **206**. Once the high-density plasma is present in the region **214**, additional feed gas **234** is supplied to the region **214**, displacing the high-density plasma towards the inner cathode section **202**a (step **822**).

When a suitable volume of high-density plasma is present in the region **252**, the second power supply **222** generates a strong electric field across the high-density plasma in the region **252** to generate a higher-density plasma (step **824**). The higher-density plasma will typically be more strongly-ionized than the high-density plasma from the region **214**.

While the invention has been particularly shown and described with reference to specific preferred embodiments, it should be understood by those skilled in the art that various changes in form and detail may be made therein without departing from the spirit and scope of the invention as defined herein.

What is claimed is:

1. A plasma source comprising:

a) a cathode assembly comprising an inner cathode section and an outer cathode section;

b) a first anode that is positioned adjacent to the outer cathode section and forming a gap there between; and

c) a power supply that generates a first electric field across the gap between the first anode and the outer cathode section and that generates a second electric field between the inner cathode section and a second anode, the first electric field ionizing a volume of feed gas that is located in the gap, thereby generating an initial plasma, the second electric field super-ionizing the initial plasma to generate a plasma comprising a higher density of ions than the initial plasma.

US 7,446,479 B2

33

**2**. The plasma source of claim **1** wherein the first and the second anodes comprise a single anode.

**3**. The plasma source of claim **1** wherein the power supply is chosen from the group comprising a pulsed DC power supply, an AC power supply, a DC power supply, and a RF power supply.

**4**. The plasma source of claim **1** wherein the power supply further generates a third electric field across the gap between the first anode and the outer cathode section, the third electric field super-ionizing the initial plasma that is located in the gap.

**5**. The plasma source of claim **1** wherein at least one of the first and the second electric fields is chosen from the group comprising a static electric field, a pulsed electric field, and a quasi-static electric field.

**6**. The plasma source of claim **1** wherein the initial plasma comprises a weakly-ionized plasma.

**7**. The plasma source of claim **1** wherein the plasma comprising the higher density of ions than the initial plasma comprises a strongly-ionized plasma.

**8**. The plasma source of claim **1** wherein the second electric field generates excited atoms in the initial plasma and generates secondary electrons from the inner cathode section, the secondary electrons ionizing the excited atoms, thereby creating a plasma comprising a higher density of ions than the initial plasma.

**9**. The plasma source of claim **1** further comprising a gas valve that opens to exchange the initial plasma with a second volume of feed gas as the power supply generates the first electric field across the second volume of feed gas, thereby increasing an ion density of the plasma.

**10**. The plasma source of claim **1** wherein the power supply generates at least one of the first and the second electric fields with a constant power.

**11**. The plasma source of claim **1** wherein the power supply generates at least one of the first and the second electric fields with a constant voltage.

**12**. The plasma source of claim **1** further comprising a magnet assembly that is positioned to generate a magnetic field proximate to at least one of the inner and the outer cathode sections, the magnetic field trapping electrons in at least one of the initial plasma and the plasma comprising the higher density of ions than the initial plasma.

**13**. A plasma source comprising:
a) a cathode assembly comprising an inner cathode section;
b) an excited atom source that is positioned adjacent to the inner cathode section, the excited atom source generating an initial plasma comprising excited atoms from a volume of feed gas; and
c) a power supply that generates an electric field between the inner cathode section and an anode, the electric field super-ionizing the initial plasma to generate a plasma comprising a higher density of ions than the initial plasma.

**14**. The plasma source of claim **13** wherein the excited atom source comprises a metastable atom source that generates metastable atoms from the volume of feed gas.

34

**15**. The plasma source of claim **13** wherein the initial plasma comprises a weakly-ionized plasma.

**16**. The plasma source of claim **13** wherein the plasma comprising the higher density of ions than the initial plasma comprises a strongly-ionized plasma.

**17**. The plasma source of claim **13** further comprising a gas valve that injects feed gas directly between the inner cathode section and the anode.

**18**. The plasma source of claim **13** wherein the power supply generates the electric field with a constant power.

**19**. The plasma source of claim **13** wherein the power supply generates the electric field with a constant voltage.

**20**. The plasma source of claim **13** further comprising a magnet assembly that is positioned to generate a magnetic field proximate to at least one of the inner cathode section and the excited atom source, the magnetic field trapping electrons in at least one of the initial plasma and the plasma comprising the higher density of ions than the initial plasma.

**21**. The plasma source of claim **13** wherein the inner cathode section comprises target material for sputtering.

**22**. A method of generating a high-density plasma, the method comprising:
a) generating a first electric field across a gap between a first anode and an outer cathode section, the first electric field ionizing a volume of feed gas that is located in the gap, thereby generating an initial plasma in the gap; and
b) generating a second electric field between a second anode and an inner cathode section, the second electric field super-ionizing the initial plasma, thereby generating a plasma comprising a higher density of ions than the initial plasma.

**23**. The method of claim **22** wherein the generating the second electric field between the second anode and the inner cathode section generates excited atoms in the initial plasma and generates secondary electrons from the inner cathode section, the secondary electrons ionizing the excited atoms, thereby creating the plasma comprising the higher density of ions than the initial plasma.

**24**. The method of claim **22** wherein at least one of the first and the second electric fields is chosen from the group comprising a static electric field, a quasi-static electric field, and a pulsed electric field.

**25**. The method of claim **22** further comprising generating a magnetic field proximate to at least one of the inner and outer cathode sections, the magnetic field trapping electrons in at least one of the initial plasma and the plasma comprising the higher density of ions than the initial plasma.

**26**. The method of claim **25** wherein the magnetic field comprises magnetic field lines that are substantially parallel to at least one of the inner and the outer cathode sections.

**27**. The method of claim **22** wherein the presence of the initial plasma reduces a probability of developing an electrical breakdown condition between the second anode and the inner cathode section after the second electric field is generated.

*   *   *   *   *