**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TSMC TECHNOLOGY, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ZOND, LLC,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) | C.A. No. 14-721-LPS |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs TSMC Technology, Inc., Taiwan Semiconductor Manufacturing Company, Limited, and TSMC North American Corp. (collectively, "Plaintiffs") and Defendant Zond, LLC ("Defendant"), by and through their undersigned counsel, and subject to the approval of the Court, as follows:

1. The date by which Defendant shall answer, move or otherwise respond to the Complaint (D.I. 1) shall be extended until July 8, 2014; and

2. The date by which Defendant shall respond to Plaintiffs' Motion to Enjoin Zond, LLC from Maintaining a Later-Filed Action in the District Court of Massachusetts (D.I. 7) shall be extended until July 8, 2014.

DUANE MORRIS LLP

*/s/ Richard L. Renck*
Richard L. Renck (No. 3893)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
(302) 657-4900
rlrenck@duanemorris.com

*Attorney for Plaintiffs TSMC Technology, Inc., Taiwan Semiconductor Manufacturing Company, Limited, and TSMC North American Corp.*

Dated: June 27, 2014

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Richard D. Kirk (No. 0922)
Stephen B. Brauerman (No. 4952)
Vanessa R. Tiradentes (No. 5398)
Sara E. Bussiere (No. 5725)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Defendant Zond, LLC*

IT IS SO ORDERED this ___ day of ____________________________, 2014.

_____________________________________
The Honorable Leonard P. Stark