**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TSMC TECHNOLOGY, INC., *et al.*,          )<br>                                                              )<br>             Plaintiffs,                            )<br>                                                              )<br>     v.                                                    )<br>                                                              )  C.A. No. 14-721-LPS<br> ZOND, LLC,                                       )<br>                                                              )<br>             Defendants.                        )<br>                                                              )<br>                                                              )<br>                                                              ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Richard D. Kirk of Bayard, P.A., 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, Delaware 19899, on behalf of Defendant Zond, LLC in the above-captioned action.

June 27, 2014                                                BAYARD, P.A.

                                                                    */s/  Richard D. Kirk*
                                                                    Richard D. Kirk (No. 0922)
                                                                    Stephen B. Brauerman (No. 4952)
                                                                    Vanessa R. Tiradentes (No. 5398)
                                                                    Sara E. Bussiere (No. 5725)
                                                                    222 Delaware Avenue, Suite 900
                                                                    P.O. Box 25130
                                                                    Wilmington, DE 19801
                                                                    (302) 655-5000
                                                                    rkirk@bayardlaw.com
                                                                    sbrauerman@bayardlaw.com
                                                                    vtiradentes@bayardlaw.com
                                                                    sbussiere@bayardlaw.com

                                                                    *Attorneys for Defendant Zond, LLC*