**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TSMC TECHNOLOGY, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 14-721-LPS |
| ZOND, LLC, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

Please enter the appearance of Vanessa R. Tiradentes of Bayard, P.A., 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, Delaware 19899, on behalf of Defendant Zond, LLC in the above-captioned action.

June 27, 2014

BAYARD, P.A.

*/s/ Vanessa R. Tiradentes*
Richard D. Kirk (No. 0922)
Stephen B. Brauerman (No. 4952)
Vanessa R. Tiradentes (No. 5398)
Sara E. Bussiere (No. 5725)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Defendant Zond, LLC*