IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TSMC TECHNOLOGY, INC., *et al.*,

    Plaintiffs,

v.

ZOND, LLC,

    Defendant.

C.A. No. 14-721-LPS

**ZOND, LLC'S MOTION TO TRANSFER VENUE OF THIS ACTION TO THE DISTRICT OF MASSACHUSETTS PURSUANT TO 28 U.S.C. §1404(a)**

    Defendant Zond, LLC ("Zond") hereby respectfully moves to transfer this action to the District of Massachusetts pursuant to 28 U.S.C. §1404(a). The grounds for this motion are fully set forth in Zond's Answering Brief in Opposition to Plaintiffs' Motion to Enjoin Zond, LLC from Maintaining an Action in the District of Massachusetts and Opening Brief in Support of Zond's Motion to Transfer Venue of this action to the District of Massachusetts. I hearby certify that counsel for Zond conferred with counsel for the TSMC Defendants in a good faith attempt to resolve or narrow the issues presented in this motion. Although the parties were unable to resolve the issues prior to the filing of this motion (which Zond filed today in light of the relationship between Zond's Motion to Transfer Venue to the District of Massachusetts and Plaintiffs' Motion to Enjoin Zond, LLC from Maintaining an Action in the District of Massachusetts), Zond remains willing to continue to meet and confer with plaintiffs to resolve the motion to transfer.

| | |
|---|---|
| July 8, 2014 | BAYARD, P.A. |
| OF COUNSEL: | */s/ Stephen B. Brauerman* |
| | Richard D. Kirk (No. 0922) |
| David C. Radulescu | Stephen B. Brauerman (No. 4952) |
| Tigran Vardanian | Vanessa R. Tiradentes (No. 5398) |
| Robin M. Davis | Sara E. Bussiere (No. 5725) |
| RADULESCU LLP | 222 Delaware Avenue, Suite 900 |
| 136 Madison Avenue | P.O. Box 25130 |
| 6th Floor | Wilmington, DE 19801 |
| New York, NY 10016 | (302) 655-5000 |
| (646) 502-5950 | rkirk@bayardlaw.com |
| david@radulescullp.com | sbrauerman@bayardlaw.com |
| tigran@radulescullp.com | vtiradentes@bayardlaw.com |
| robin@radulecullp.com | sbussiere@bayardlaw.com |
| | *Attorneys for Defendant Zond, LLC* |