## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TSMC TECHNOLOGY, INC., *et al.*, | |
| Plaintiffs, | C.A. No. 14-721-LPS |
| v. | |
| ZOND, LLC, | |
| Defendant. | |

## [PROPOSED] ORDER

At Wilmington this ___ day of _____, 2014, consistent with the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED THAT:

1.  Defendant Zond, LLC's motion to transfer venue to the District of Massachusetts pursuant to 28 U.S.C. §1404(a) is granted; and,

2.  Civil Action No. 14-721-LPS is transferred to the District of Massachusetts.

_____
HON. LEONARD P. STARK
UNITED STATES DISTRICT JUDGE