**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TSMC TECHNOLOGY, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ZOND, LLC, <br><br> Defendant. | C.A. No. 14-721-LPS |

**DECLARATION OF ROMAN CHISTYAKOV IN SUPPORT OF BOTH
ZOND, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO ENJOIN ZOND, LLC
FROM MAINTAINING AN ACTION IN THE DISTRICT OF MASSACHUSETTS AND
ZOND LLC'S MOTION TO TRANSFER VENUE OF THIS ACTION TO THE
<u>DISTRICT OF MASSACHUSETTS PURSUANT TO 28 U.S.C. §1404(a)</u>**

I, Roman Chistyakov, declare as follows:

1. I am currently employed as the president of Zond, LLC ("Zond"). I worked at Zond, Inc., the corporate predecessor to Zond LLC, as president from 2002-2013. Zond, Inc. was converted to Zond LLC on December 30, 2013, and I have worked at Zond LLC in my current capacity since that time. I make this declaration in support of Zond's Motion to Transfer and Zond's Opposition to TSMC's Motion to Enjoin.

2. The statements made herein are based on my personal knowledge and a reasonably diligent investigation conducted to date. If called as a fact witness to testify regarding these statements, I could testify competently to them based on such personal knowledge and the investigation conducted.

3. Zond is a limited liability corporation organized under the laws of Delaware with its principal place of business at 137A High Street, Mansfield, MA 02048, which is in the District of Massachusetts.

4. I understand that on June 8, 2014, Plaintiffs TSMC Technology, Inc., Taiwan Semiconductor Manufacturing Company, Ltd., and TSMC North America Corp. (together "TSMC") sued Zond for a declaratory judgment of non-infringement of U.S. Patent Nos. 6,806,651, 6,896,773, 6,896,775, 6,903,511, 7,095,179, and 7,446,479 (together, "Zond's Asserted Patents") in the District of Delaware.

5. I am the named inventor of each of Zond's Asserted Patents and I reside in the District of Massachusetts.

6. Zond wholly owns Zpulser, LLC ("Zpulser"), which is also based in Mansfield, MA.  Zpulser commercializes Zond's patented technology by manufacturing and selling high-power plasma generators suitable for use in the manufacture of semiconductor products.

7. All of Zond's research, development, production, and testing facilities are located in the District of Massachusetts.

8. All of Zond's research, development, production, and testing activities occur in the District of Massachusetts.

9. Zond has two full time employees.  All of Zond's current employees are residents of the District of Massachusetts.  Zond does not employ personnel in Delaware.

10. Zpulser has two full time employees.  All of Zpulser's current employees are residents of the District of Massachusetts.  Zpulser does not employ personnel in Delaware.

11. Most, if not all, documents and computer systems relating to the records of invention for Zond's Asserted Patents are located in the District of Massachusetts.

12. Most, if not all, documents and computer systems relating to the research, development, marketing, and sales of products embodying Zond's Asserted Patents are located in the District of Massachusetts.

13. To my knowledge, Zond and Zpulser have no relevant evidence or sources of proof in the District of Delaware.

14. Zond and Zpulser have no offices in the District of Delaware.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 8, 2014

_____
Roman Chistyakov