IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TSMC TECHNOLOGY, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ZOND, LLC,<br><br>    Defendant. | C.A. No. 14-721-LPS |

**DECLARATION OF ROBIN M. DAVIS IN SUPPORT OF ZOND, LLC'S COMBINED ANSWERING BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO ENJOIN ZOND, LLC FROM MAINTAINING AN ACTION IN THE DISTRICT OF MASSACHUSETTS AND OPENING BRIEF IN SUPPORT OF ZOND LLC'S MOTION TO TRANSFER VENUE OF THIS ACTION TO THE DISTRICT OF <u>MASSACHUSETTS PURSUANT TO 28 U.S.C. §1404(a)</u>**

I, Robin M. Davis, declare and state as follows:

1. I am an attorney with the law firm Radulescu LLP and a member of the State Bar of New York. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of a Zpulser website page, http://zpulser.com/products (last visited: July 8, 2014).

3. Attached hereto as Exhibit 2 is a true and correct copy of a letter from Tigran Vardanian to Michael M. Shen, dated June 5, 2014.

4. Attached hereto as Exhibit 3 is a true and correct copy of a Petition for *Inter Partes* Review of U.S. Patent No. 6,805,779, filed by Intel Corporation on May 16, 2014.

1

5. Attached hereto as Exhibit 4 is a true and correct copy of a Petition for *Inter Partes* Review of U.S. Patent No. 6,805,779, filed by Taiwan Semiconductor Manufacturing Company, Ltd. and TSMC North America Corporation on May 28, 2014.

6. Attached hereto as Exhibit 5 is a true and correct copy of a website page from Rauschenbach Patent Law Group, http://rauschenbach.com/contact.html (last visited: July 8, 2014).

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 8, 2014

/s/ *Robin M. Davis*
Robin M. Davis