# Exhibit 1



ABOUT   TECHNOLOGY   PATENTS   MARKETS   PRODUCTS   NEWS   CONTACT

HOME | PRODUCTS

# Products

**Zpulser generators can be used in various markets and product types.** The Company's goal is to help its customers be the leaders in their market category using Zpulser generators. To see if a Zpulser generator can make a difference in your market, please email sales@zpulser.com with your application and requirements for review by the Zpulser team.

### ALL PRODUCTS

**MAGNETRON DISCHARGE**

>Zpulser Cyprium™
>Zpulser Solo™
>Zpulser Axia™

**ARC DISCHARGE**

>Zpulser Arcus™

**BIAS**

>Zpulser Vesta™

**CUSTOM**

>Zpulser Custom HIPMS/HPPMS Generators



## BENEFITS OF THE ZPULSER PRODUCT LINE

Based on Zond's patented modulated pulse power (MPP™) technology, Zpulser generators allow users to have full control of the plasma properties under high power. Users also have the ability to generate high-density ionized plasmas that can change film structure, achieve high-rate reactive processes, and make new materials without the need for complicated and expensive external devices.

Zpulser generators are simple to operate, reliable, and scalable to any size or shape. For sputtering applications, a state-of-the-art arc control system enhances throughput, increases yield, and protects expensive materials and components from arc damage. The small footprint and moderate power requirements of Zpulser generators allow them to be easily incorporated into any tool or facility.

Zpulser generators can be used in various markets and product types. The Company's goal is to help its customers be the leaders in their market category using Zpulser generators. To see if a Zpulser generator can make a difference in your market, please email sales@zpulser.com with your application and requirements for review by the Zpulser team.

© 2012 Zpulser LLC, All Rights Reserved.