# Exhibit 2



Tigran Vardanian
DIRECT LINE (646) 502-5952
tigran@radulescullp.com

**Michael M. Shen, Esq.**

Taiwan Semiconductor
Manufacturing Company, Ltd.
No. 8, Li-Hsin Road 6,
Hsinchu Science Park,
Hsinchu, Taiwan 30077

TSMC North America
2585 Junction Avenue,
San Jose, CA 95134

June 5, 2014

Re:   U.S. Patent Nos. 6,806,651; 6,896,773; 6,896,775; 6,903,511; 7,095,179; and 7,446,479

Dear Mr. Shen,

As you know, my client, Zond, LLC ("Zond"), filed an action in 2013 against Taiwan Semiconductor Manufacturing Company, Ltd. and its subsidiary TSMC North America Corp. (together, "TSMC") in the District of Massachusetts (Civil Action No. 1:13-cv-11634-WGY) alleging infringement of seven of its patents by TSMC (the "11634 Action"). The 11634 Action was recently administratively closed in connection with *inter partes* review ("IPR") petitions filed by TSMC with respect to the patents asserted in the 11634 Action. Zond is confident that TSMC's IPR petitions are without merit, and that the 11634 Action will be shortly re-opened.

Additionally, based on its investigation, including the discovery in the 11634 Action, Zond believes that TSMC infringes several other Zond patents, including without limitation U.S. Patent Nos. 6,806,651; 6,896,773; 6,896,775; 6,903,511; 7,095,179; and 7,446,479. Zond intends to vigorously protect and enforce its intellectual property rights. In particular, Zond intends to file next week a new action in the District of Massachusetts, related to the 11634 Action, involving the same parties and the same accused TSMC products and processes, including products sold by TSMC to many of its customers. Unless TSMC promptly obtains a license to the right to use Zond's patented technology, Zond sees litigation as the only available avenue to put an end to TSMC's continued infringing activities.



Michael M. Shen, Esq.
June 5, 2014
Page 2

If TSMC wishes to obtain a license to the above referenced and other Zond patents, please reach out to me by Noon Eastern time, on Monday, June 7, 2014.

    Best regards,

    */s/ Tigran Vardanian*

    Tigran Vardanian

*Copy to:*

Anthony J. Fitzpatrick, Esq.