# Exhibit 5



FRANCONIA, NH:

Rauschenbach Patent Law Group, LLC
P.O. Box 849
Franconia, NH
P 603-823-5590
F 603-823-5706
kurt@rauschenbach.com

NEWPORT, RI

Rauschenbach Patent Law Group, LLC
IRYS Building
449 Thames Street, Suite 208
Newport, RI 02840
P 401-619-5936
F 401-619-5937
kurt@rauschenbach.com