IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TSMC TECHNOLOGY, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LIMITED and TSMC NORTH AMERICA CORP.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ZOND, LLC,<br><br>　　　　Defendant. | C.A. No. 14-721-LPS |

**DEFENDANT ZOND, LLC'S MOTION TO DISMISS**

　　　　Defendant Zond, LLC ("Zond") respectfully moves this court to dismiss the Complaint for the reasons set forth in Zond's Opening Brief in Support of Its Motion to Dismiss filed simultaneously herewith.

Dated:  July 8, 2014

OF COUNSEL:

David C. Radulescu
Tigran Vardanian
Robin M. Davis
RADULESCU LLP
136 Madison Avenue
6th Floor
New York, NY 10016
(646) 502-5950
david@radulescullp.com
tigran@radulescullp.com
robin@radulecullp.com

BAYARD, P.A.

/s/ *Stephen B. Brauerman*
Richard D. Kirk (No. 0922)
Stephen B. Brauerman (No. 4952)
Vanessa R. Tiradentes (No. 5398)
Sara E. Bussiere (No. 5725)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Defendant Zond, LLC*