**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TSMC TECHNOLOGY, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LIMITED and TSMC NORTH AMERICA CORP., <br><br>       Plaintiffs, <br><br> v. <br><br> ZOND, LLC, <br><br>       Defendant. | C.A. No. 14-721-LPS |

**[PROPOSED] ORDER**

The Court, having considered Defendant Zond, LLC's Memorandum in Support of its

Motion to Dismiss ("Motion") and the papers submitted in connection therewith, IT IS HEREBY

ORDERED THAT Defendant's Motion is GRANTED.


Dated: _____

                                         _____

                                         United States District Judge

1