# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TSMC TECHNOLOGY, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LIMITED and TSMC NORTH AMERICA CORP., <br><br> Plaintiffs, <br><br> v. <br><br> ZOND, LLC, <br><br> Defendant. | C.A. No. 14-721-LPS |

## DECLARATION OF ROBIN M. DAVIS IN SUPPORT OF ZOND, LLC'S OPENING BRIEF IN SUPPORT OF ITS MOTION TO DISMISS

I, Robin M. Davis, declare and state as follows:

1. I am an attorney with the law firm Radulescu LLP and a member of the State Bar of New York. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit A is a true and correct copy of a website page from superpages.com, http://www.superpages.com/bp/San-Jose-CA/TSMC-Technology-INC-L2308316961.htm.

3. Attached hereto as Exhibit B is a true and correct copy of a Petition for *Inter Partes* Review of U.S. Patent No. 6,805,779, filed by Intel Corporation on May 16, 2014.

4. Attached hereto as Exhibit C is a true and correct copy of a Petition for *Inter Partes* Review of U.S. Patent No. 6,805,779, filed by Taiwan Semiconductor Manufacturing Company, Ltd. and TSMC North America Corporation on May 28, 2014.

1

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 8, 2014

                                            /s/ *Robin M. Davis*
                                            Robin M. Davis