# Exhibit A



Case 1:14-cv-00721-LPS   Document 19-1   Filed 07/08/14   Page 3 of 3 PageID #: 939



Data provided by one or more of the following: Dex Media, Acxiom, Infogroup.



**FOLLOW US**

Like · Like · 9.9k

Follow

0

Pinterest

View on Instagram

**DIRECTORY**

Free Advertising
Delivery Opt-Out
Maps & Directions
Social Media
SuperGuarantee®
State Directory
White Pages
Yellow Pages

**FEATURES**

City Guides
Every Car Listed
Featured Businesses
Popular Categories
SuperTips
Lottery Results
Weather Forecasts
Superpages Mobile

**ABOUT**

About Superpages
Advertise With Us
Contact Us
Patents
Privacy Policy
Site Map
Terms of Use

**E-mail Exclusives**

Sign up to receive special offers and promotions from Superpages.com

Feedback

Data provided by one or more of the following: Dex Media, Acxiom, Infogroup.   |   * Sponsored Results

©2014 Dex Media, Inc. All rights reserved.