# Exhibit B

DOCKET NO.: 0107131-00269 US3
Filed on behalf of Intel Corporation
By:   Michael A. Diener, Reg. No. 37,122
      Yung-Hoon Ha, Reg. No. 56,368
      Wilmer Cutler Pickering Hale and Dorr LLP
      60 State Street
      Boston, MA 02109
      Tel: (617) 526-6000
      Email: Michael.Diener@wilmerhale.com
             Yung-Hoon.Ha@wilmerhale.com

UNITED STATES PATENT AND TRADEMARK OFFICE
———————————————————————

**BEFORE THE PATENT TRIAL AND APPEAL BOARD**
———————————————————————

INTEL CORPORATION
Petitioner

v.

ZOND, INC.
Patent Owner

IPR Trial No. TBD

**PETITION FOR *INTER PARTES* REVIEW OF
U.S. PATENT NO. 6,805,779
CHALLENGING CLAIMS 30-40
UNDER 35 U.S.C. § 312 AND 37 C.F.R. § 42.104**

# TABLE OF CONTENTS

## Contents

I.    Mandatory Notices ..................................................................... - 1 -
    A.    Real Party-in-Interest ......................................................... - 1 -
    B.    Related Matters .................................................................. - 1 -
    C.    Counsel ............................................................................... - 1 -
    D.    Service Information ............................................................. - 1 -
II.   Certification of Grounds for Standing ........................................ - 2 -
III.  Overview of Challenge and Relief Requested ............................ - 2 -
    A.    Prior Art Patents and Printed Publications ...................... - 2 -
    B.    Grounds for Challenge ....................................................... - 3 -
IV.   Brief Description of Technology ................................................. - 3 -
    A.    Plasma ................................................................................ - 3 -
    B.    Ions, excited atoms, and metastable atoms ...................... - 4 -
V.    Overview of the '779 Patent ...................................................... - 6 -
    A.    Summary of Alleged Invention of the '779 Patent .......... - 6 -
    B.    Prosecution History .......................................................... - 10 -
    C.    Claims 30 and 40 .............................................................. - 11 -
VI.   Overview of the primary prior art references ........................... - 14 -
    A.    Summary of the Prior Art ................................................. - 14 -
    B.    Overview of Mozgrin ....................................................... - 14 -
    C.    Overview of Kudryavtsev ................................................. - 15 -
    D.    Overview of Iwamura ....................................................... - 16 -
    E.    Overview of Pinsley and Angelbeck ............................... - 17 -
VII.  Claim construction ..................................................................... - 18 -
    A.    "multi-step ionization" ..................................................... - 19 -
VIII. Specific Grounds for Petition ................................................... - 19 -

A.  Ground I:  Claims 30-33, 35, 37, and 40 would have been obvious in view of the combination of Mozgrin, Kudryavtsev and Pinsley ...- 19 -

1.  Independent claim 30 ............................................................- 19 -

2.  Independent claim 40 ............................................................- 31 -

B.  Ground II:  Claims 34, and 39 would have been obvious in view of the combination of Mozgrin, Kudryavtsev, Pinsley, and Wells ..........- 37 -

C.  Ground III:  Claim 36 would have been obvious in view of the combination of Mozgrin, Kudryavtsev, Pinsley, and Lovelock ....- 39 -

D.  Ground IV:  Claim 30-33, 35, 37, and 40 would have been obvious in view of Iwamura and Angelbeck ..................................................- 41 -

1.  Independent claim 30 ............................................................- 41 -

2.  Independent claim 40 ............................................................- 51 -

3.  Dependent claims 31-33, 35, and 37....................................- 53 -

E.  Ground V:  Claims 34, and 39 are obvious in view of the combination of Iwamura, Angelbeck, and Wells................................................- 56 -

F.  Ground VI:  Claim 36 would have been obvious in view of the combination of Iwamura, Angelbeck and Lovelock ......................- 58 -

IX.  Conclusion .............................................................................- 60 -

ii

# TABLE OF AUTHORITIES

## Cases

*In re ICON Health & Fitness, Inc.*, 496 F.3d 1374, 1379 (Fed. Cir. 2007) ........... 18

## Rules

Rules 42.104 ............................................................................................. 2, 19

Rule 42.22(a)(1) ............................................................................................ 2

## Regulations

35 U.S.C. § 103 ........................................................................................... 3

35 U.S.C. § 314(a) ...................................................................................... 3

37 C.F.R. § 42.100(b) ................................................................................. 18

## I.    MANDATORY NOTICES

### A.    Real Party-in-Interest

Intel Corporation ("Petitioner") is the real party-in-interest.

### B.    Related Matters

Zond has asserted U.S. Patent No. 6,805,779 ("'779 Patent") (Ex. 1201) against numerous parties in the District of Massachusetts, 1:13-cv-11570-RGS (*Zond v. Intel*); 1:13-cv-11577-DPW (*Zond v. AMD, Inc., et al*); 1:13-cv-11581-DJC (*Zond v. Toshiba Am. Elec. Comp. Inc.*); 1:13-cv-11591-RGS *(Zond v. SK Hynix, Inc.)*; 1:13-cv-11625-NMG (*Zond v. Renesas Elec. Corp*.) ; 1:13-cv-11634-WGY (*Zond v. Fujitsu, et al.*); and 1:13-cv-11567-DJC (*Zond v. Gillette, Co.*). Petitioner has also filed IPR 2014-00598 and IPR 2014-00686 for other claims of the '779 Patent.

### C.    Counsel

Lead Counsel:  Michael A. Diener (Registration No. 37,122)

Backup Counsel:  Yung-Hoon Ha (Registration No. 56,368)

### D.    Service Information

E-mail:       Michael.Diener@wilmerhale.com;

               Yung-Hoon.Ha@wilmerhale.com

Post and hand delivery:   Wilmer, Cutler, Pickering, Hale and Dorr, LLP

                       60 State Street, Boston, MA 02109

               Telephone: 617-526-6000          Fax: 617-526-5000

## II.    CERTIFICATION OF GROUNDS FOR STANDING

Petitioner certifies pursuant to Rule 42.104(a) that the patent for which

review is sought is available for *inter partes* review and that Petitioner is not

barred or estopped from requesting an *inter partes* review challenging the patent

claims on the grounds identified in this Petition.

## III.    OVERVIEW OF CHALLENGE AND RELIEF REQUESTED

Pursuant to Rules 42.22(a)(1) and 42.104(b)(1)-(2), Petitioner challenges

claims 30-40 of the '779 Patent.

### A.    Prior Art Patents and Printed Publications

The following references, and others listed in the Table of Exhibits, are

pertinent to the grounds of unpatentability explained below, and are each prior art

under 102(b):

1.    D.V. Mozgrin, *et al.*, <u>High-Current Low-Pressure Quasi-Stationary</u>

<u>Discharge in a Magnetic Field: Experimental Research</u>, Plasma Physics Reports,

Vol. 21, No. 5, pp. 400-409, 1995 ("Mozgrin" (Ex. 1203)).

2.    A. A. Kudryavtsev, *et al.*, <u>Ionization relaxation in a plasma produced by a</u>

<u>pulsed inert-gas discharge</u>, Sov. Phys. Tech. Phys. 28(1), January 1983

("Kudryavtsev" (Ex. 1204)).

3.    U.S. Patent No. 3,761,836 ("Pinsley" (Ex. 1205)).

4.    U.S. Patent No. 3,514,714 ("Angelbeck" (Ex. 1206)).

5.    U.S. Patent No. 5,753,886 ("Iwamura" (Ex. 1207)).

7.    PCT Pat. Pub. No. WO 83/01349 ("Wells" (Ex. 1214)).

8.    European Pat. Pub. No. EP 0 242 028 ("Lovelock" (Ex. 1215)).

### B.    Grounds for Challenge

Petitioner requests cancellation of claims 30-40 of the '779 Patent ("challenged claims") as unpatentable under 35 U.S.C. § 103.  This Petition, supported by the declaration of Dr. Uwe Kortshagen ("Kortshagen Decl." (Ex. 1202)) filed herewith, demonstrates that there is a reasonable likelihood that Petitioner will prevail with respect to at least one challenged claim and that each challenged claim is not patentable.  *See* 35 U.S.C. § 314(a).

## IV.    BRIEF DESCRIPTION OF TECHNOLOGY

### A.    Plasma

A plasma is a collection of ions, free electrons, and neutral atoms (including various excited states).  The negatively charged free electrons and positively charged ions are present in roughly equal numbers such that the plasma as a whole has no overall electrical charge.  The "density" of a plasma refers to the number of ions or electrons that are present in a unit volume.  Kortshagen Decl. ¶ 22 (Ex. 1202).  The terms "plasma density" and "electron density" are often used interchangeably because the negatively charged free electrons and positively charged ions are present in roughly equal numbers in plasmas that do not contain negatively charged ions or clusters.  *Id.* at (Ex. 1202).

Plasmas had been used in research and industrial applications for decades before the '779 Patent was filed.  For example, sputtering is an industrial process that uses plasmas to deposit a thin film of a target material onto a surface called a substrate (*e.g.*, silicon wafer during a semiconductor manufacturing operation).  Ions in the plasma strike a target surface causing ejection of a small amount of target material.  The ejected target material then forms a film on the substrate.  *Id.* at ¶ 23 (Ex. 1202).

### B.    Ions, excited atoms, and metastable atoms

Atoms have equal numbers of protons and electrons.  Each electron has an associated energy state.  If all of an atom's electrons are at their lowest possible energy state, the atom is said to be in the "ground state."  *Id.* at ¶ 24 (Ex. 1202).

On the other hand, if one or more of an atom's electrons is in a state that is higher than its lowest possible state, then the atom is said to be an "excited atom." *Id.* at ¶ 25 (Ex. 1202).  A metastable atom is a type of excited atom that is relatively long-lived, because it cannot transition into the ground state through dipole radiation, *i.e.*, through the emission of electromagnetic radiation.  *Id.* (Ex. 1202).  *See also* '779 Patent at 7:22-25 ("The term 'metastable atoms' is defined herein to mean excited atoms having energy levels from which dipole radiation is theoretically forbidden.  Metastable atoms have relatively long lifetimes compared with other excited atoms.") (Ex. 1201).  "All noble gases have metastable states."

'779 Patent at 7:37 (Ex. 1201).  When generating excited atoms, multiple levels of excited states are formed.  Of these, some of the lowest states are metastable, and would typically be more common than the higher states.  Dr. Kortshagen provides additional support with reference to Ex. 1211 and Ex. 1212.  Kortshagen Decl. ¶ 26 (Ex. 1202).

Excited and metastable atoms are electrically neutral – they have equal numbers of electrons and protons.  A collision with a low energy free electron (e-) can convert a ground state atom to an excited or metastable atom.  *Id.* at ¶ 27 (Ex. 1202).  For example, the '779 Patent uses the following equation to describe production of an excited argon atom, Ar*, from a ground state argon atom, Ar.  *See* '779 Patent at 8:7 (Ex. 1201).

$$Ar + e^- \rightarrow Ar* + e^-$$

An ion is an atom that has become disassociated from one or more of its electrons.  A collision between a free, high energy electron and a ground state, excited, or metastable atom can create an ion.  For example, the '779 Patent uses the following equations to describe production of an argon ion, $Ar^+$, from a ground state argon atom, Ar, or an excited argon atom, $Ar^*$.  *See* '779 Patent at 3:40 and 8:9 (Ex. 1201).

$$Ar + e^- \rightarrow Ar^+ + 2e^-$$

$$Ar* + e^- \rightarrow Ar^+ + 2e^-$$

The production of excited atoms, metastable atoms, and ions was well understood long before the '779 Patent was filed.  Kortshagen Decl. ¶¶ 28-29 (Ex. 1202).

## V.   OVERVIEW OF THE '779 PATENT

### A.   Summary of Alleged Invention of the '779 Patent

The '779 Patent relates to generating a plasma using a multi-step ionization process with an excited/metastable atom/molecule source that generates excited atoms, or metastable atoms, or molecules, and then provides the excited/metastable atoms or molecules to a plasma chamber where the plasma is formed, thereby generating a plasma with a "multi-step ionization" process.  *Id.* at Decl. ¶ 30 (Ex. 1202).  For convenience, this section will just use the term "excited atom source." In any event, there appears to be no substantial difference between excited and metastable sources.  *Id.* (Ex. 1202).  The '779 Patent does not indicate any particular difference in the operation of an excited atom source when it is a metastable atom source.  *Id.* (Ex. 1202).  The specification repeatedly refers to "an excited atom source such as a metastable atom source," *see, e.g.,* '779 Patent at 2:13-14, 17-18, 22-24 (Ex. 1201), and says that "[i]n some embodiments, the metastable atom source 204 generates some excited atoms that are in excited states other than a metastable state." *Id.* at 5:63-65 (Ex. 1201).

Admitted prior art FIG. 1 of the '779 Patent shows a plasma chamber consisting of a magnetron sputtering system, without an excited atom source. Kortshagen Decl. ¶ 31 (Ex. 1202).  It generates plasma through a process that the patent refers to as a direct ionization process.  '779 Patent at 3:36-47 ("The ionization process in known plasma sputtering apparatus is generally referred to as direct ionization…. The collision between the neutral argon atom and the ionizing electron results in an argon ion ($Ar^+$) and two electrons.") (Ex. 1201).



FIG. 1
PRIOR ART

As is generally known, this system has an anode, a cathode assembly 114 for holding a target material to be sputtered, and a magnet 130 that generates a magnetic field 132 proximate to the target to trap and concentrate electrons.  *Id.* at 2:46-3:18 (Ex. 1201).  *See also* Kortshagen Decl. ¶ 32 (Ex. 1202).

The alleged invention generally relates to coupling an excited or metastable atom source to some plasma chamber.  '779 Patent at 5:27-34 ("The metastable atom source 204 can be coupled to any type of process chamber, such as the chamber 104 of FIG. 1.  In fact, a plasma generator according to the present invention can be constructed by coupling a metastable atom source to a commercially available plasma chamber.  Thus, commercially available plasma

generators can be modified to generate a plasma using a multi-step ionization

process according to the present invention.") (Ex. 1201).  *See also* Kortshagen

Decl. ¶ 33 (Ex. 1202).

FIGS. 2 and 3 of the '779 Patent show such plasma generators "according to

the present invention" that are coupled with separate metastable atom sources

(annotated in color below).  '779 Patent at 2:3-11; FIGS. 2 and 3 (Ex. 1201).



Specifically, FIG. 2 shows metastable atom source 204, and FIG. 3 shows

metastable atom source 304 (annotated in color above).  Kortshagen Decl. ¶ 35

(Ex. 1202).  The metastable atom sources 204 and 304 "generat[e] a volume of

metastable atoms 218 from [a] volume of ground state atoms.  *See, e.g.,* '779

Patent at 4:56-58 (Ex. 1201).  Metastable atoms 218 are transported from the

source where they are generated to the region between the cathode 114/306 and

substrate support 136/352, where plasma 202/302 is formed.  Kortshagen Decl. ¶

35 (Ex. 1202).

Power supply 222 (also annotated in color above) provides power to the metastable atom source. *See, e.g.*, '779 Patent at 4:60-62 (Ex. 1201). Another (pulsed) power supply 201 (in FIG. 2) or power supply 316 (in FIG. 3) raises the energy of the metastable atoms to generate a plasma 202. *See, e.g., id.* at 11:4-14 ("A power supply 316 is electrically coupled to the volume of metastable atoms 218. The power supply 316 can be any type of power supply, such as a pulsed power supply, a RF power supply, an AC power supply, or a DC power supply. … The power supply 316 generates an electric field 322 between the cathode 306 and the anode 308 that raises the energy of the volume of metastable atoms 218 so that at least a portion of the volume of metastable atoms 218 are ionized, thereby generating the plasma 302.") (Ex. 1201). *See also* Kortshagen Decl. ¶ 36 (Ex. 1202).

The metastable atom sources shown in FIGS. 2 and 3 can be mounted to the inside wall of the chamber 230 (FIG. 3), or on the outside wall (FIG. 2). *See, e.g.,* '779 Patent at 4:31-34 and 9:51-62 (Ex. 1201). *See also* Kortshagen Decl. ¶ 37 (Ex. 1202).

Consistent with the claim language, FIGS. 2 and 3, and the specification, the "excited atom source" and "metastable atom source" generate the excited atoms in a source that is distinct from, and coupled to, the components that later raise the energy of the excited or metastable atoms to generate a plasma with "multi-step

ionization," a term the '779 Patent defines as "an ionization process whereby ions are ionized in ***at least two distinct steps***."[1]  '779 Patent at 6:60-63 (Ex. 1201).

### B.    Prosecution History

The first substantive office action for the application that led to the '779 Patent rejected all independent claims as being anticipated based on prior art that showed a first chamber for generating excited/metastable atoms, and a second chamber for increasing the energy of the excited atoms, and for generating a plasma using multi-step ionization.  *See* 02/11/04 Office Action at 2-3 (Ex. 1208).

The applicant did not dispute the rejection, but amended the independent claims at issue here to require that the distinct source further includes "generating a magnetic field proximate to a volume of ground state atoms [molecules] to substantially trap electrons proximate to the ground state atoms [molecules]."  *See* 05/06/04 Resp. at 2, 4, 6, 8 and 10 (Ex. 1209).  The claims were then allowed.

Notwithstanding this difference in specifying the use of a magnetic field, the '779 Patent does not indicate that an excited atom source with a magnetic field has any special significance over other ways for generating excited/metastable atoms or molecules.  The specification indicates that there were many ways to generate excited atoms, and shows multiple embodiments – e.g., FIGS. 4, 5, 8, 9, and 11— *without* magnets, although some have coils that could create magnetic fields.  The

---

[1] All bold/italics emphasis is added.

"magnet" of the source chamber recited in the claims refers particularly to the

embodiments of FIGS. 6, 7 and10, and specifically to magnets 504a, 504b, 506a

and 506b for generating magnetic fields 508a and 508b in FIG. 6; magnets 566a-d

and 570a-d in FIG. 7; and magnets 712 and 714 in FIG. 10. '779 Patent at FIGS. 6

and 7; 14:46-15:45; 16:12-20 (Ex. 1201).

     **European Counterpart.**  The applicants had also identified these magnets,

located in the excited atom source of FIG. 6, as the claimed magnets in counterpart

claims in Europe, and for generating magnetic fields 508.  The claim read in part:

> characterised in that ***the excited atom source (204) comprises a
> magnet (504, 506)*** that is arranged ***to generate a magnetic field (508)
> that traps electrons proximate to the ground state atoms***.

24 July 2007 Response in EP 1614136 (Ex. 1210)

     However, as explained in detail below, and contrary to the Examiner's

reasons for allowance, the prior art addressed herein teaches using magnets and a

magnetic field in this manner, along with the other limitations of the challenged

claims.  Kortshagen Decl. ¶ 43 (Ex. 1202).

     **C.**    **Claims 30 and 40**

     Claims 30 and 40 are method claims relating to "multi-step ionization," a

term the '779 Patent defines as "an ionization process whereby ions are ionized in

at least two distinct steps." '779 Patent at 6:60-63 (Ex. 1201).  The distinct steps

are provided by using a metastable atom (or molecule) source to generate a plasma with an enhanced level of excited atoms (or molecules), provide them into a plasma chamber, and then add further energy to create a second high density plasma from the first initial plasma.  Kortshagen Decl. ¶ 44 (Ex. 1202).

It is generally known that any plasma of the types described in the '779 patent will have a combination of ground state atoms, various excited (neutral) states including metastable states, ions, and electrons.  *Id.* at ¶ 45 (Ex. 1202). However, the '779 patent describes ways to generate distinct volumes of metastable atoms using magnetic fields, electron ion absorbers, and other means to inhibit ions and electrons from flowing with a plasma, and thereby causing a distinct volume of metastable atoms or molecules to pass to the chamber.  See, e.g., Figures 6, 8, 9, 10, 11, and 12A-12C (Ex. 1201).



Figures 2 and 6 show examples where the excited atom source generates a plasma, blocks out at least some of the ions and electrons, and provides the excited atoms or molecules to the chamber.

The '779 Patent notes that if ground state atoms are introduced between the anode and cathode of the plasma chamber and energized, those ground state atoms will be ionized through direct ionization, and not multi-step ionization as claimed in claims 30 and 40:

> Ground state atoms 326 from the feed gas source 328 are injected in the region 324 between the anode 308 and the cathode 306. The metastable atoms 218 interact with the ground state atoms 326 in the region 324 between the anode 308 and the cathode 306. The power supply 316 then generates the electric field 322 across the mixture of metastable atoms 218 and ground state atoms 326. The electric field 322 raises the energy of the metastable atoms 218 and ground state atoms 326 so that at least a portion of the metastable atoms 218 and the ground state atoms 326 are ionized, thereby generating the plasma 302 **with a combination of a direct ionization process and a multi-step ionization process**. In other embodiments, the feed gas source 328 contains a molecular gas."
> '779 Patent at 12:52-65 (Ex. 1201).

Accordingly, the magnetic field that is generated is one that is used to hold the electrons in the metastable atom source to implement the first step of the multi-step ionization. The volume of metastable atoms or molecules referred to in the claims refers to generating an enhanced volume compared to what would be created in any plasma, with many of the ions and electrons filtered out. The plasma chamber can then be used (along with a different magnetic field shown in

prior art Figure 1 at 132, or Figure 3 at 346 (Ex. 1201) for raising the energy of the

metastable atoms or molecules for the multi-step ionization.  Kortshagen Decl. ¶

48 (Ex. 1202).

## VI.    OVERVIEW OF THE PRIMARY PRIOR ART REFERENCES

### A.    Summary of the Prior Art

As explained in detail below, limitation-by-limitation, there is nothing new

or non-obvious in the challenged claims of the '779 Patent.  *Id.* at ¶ 49 (Ex. 1202).

### B.    Overview of Mozgrin

Fig. 7 of Mozgrin, copied below, shows the current-voltage characteristic

("CVC") of a plasma discharge generated by Mozgrin.  As shown, Mozgrin

divides this CVC into four distinct regions.

Mozgrin calls region 1 "pre-ionization." Mozgrin at 402, right col, ¶ 2 ("Part

1 in the voltage oscillogram represents the voltage of the stationary discharge (***pre-***

***ionization stage***)."[2]) (Ex. 1203).  Kortshagen

Decl. ¶ 51 (Ex. 1202).

Mozgrin calls region 2 "high current

magnetron discharge." Mozgrin at 409, left

col, ¶ 4 ("The implementation of the ***high-***

***current magnetron discharge*** (regime 2)…") (Ex. 1203).  Kortshagen Decl. ¶ 52



**Fig. 7.** Generalized ampere-voltaic characteristic CVC of quasi-stationary discharge.

----

[2] All bold/italic emphases are added.

(Ex. 1202).  Application of a high voltage to the pre-ionized plasma causes the

transition from region 1 to 2.  *Id.*  Mozgrin teaches that region 2 is useful for

sputtering.  Mozgrin at 403, right col, ¶ 4 ("Regime 2 was characterized by an

intense cathode sputtering…") (Ex. 1203).

Mozgrin calls region 3 "high current diffuse discharge." Mozgrin at 409, left

col, ¶ 5, ("The ***high-current diffuse discharge*** (regime 3)…") (Ex. 1203).

Increasing the current applied to the "high-current magnetron discharge" (region 2)

causes the plasma to transition to region 3.  Kortshagen Decl. ¶ 53 (Ex. 1202).

Mozgrin also teaches that region 3 is useful for etching, i.e., removing material

from a surface.  Mozgrin at 409, left col, ¶ 5 ("The high-current diffuse discharge

(regime 3) is useful …  Hence, it can enhance the efficiency of ionic etching…")

(Ex. 1202).  *See also* Kortshagen Decl. ¶ 53 (Ex. 1202).

Mozgrin calls region 4 "arc discharge." Mozgrin at 402, right col, ¶ 3

("…part 4 corresponds to the high-current low-voltage ***arc discharge***…") (Ex.

1203).  Further increasing the applied current causes the plasma to transition from

region 3 to the "arc discharge" region 4.  Kortshagen Decl. ¶ 54 (Ex. 1202).

### C.    Overview of Kudryavtsev

Kudryavtsev is a technical paper that studies the ionization of a plasma with

voltage pulses.  *See, e.g.,* Kudryavtsev at 30, left col. ¶ 1 (Ex. 1204).  In particular,

Kudryavtsev describes how ionization of a plasma can occur via different

processes. The first process is direct ionization, in which ground state atoms are

converted directly to ions. *See, e.g.,* Kudryavtsev at Fig. 6 caption (Ex. 1204).

The second process is multi-step ionization, which Kudryavtsev calls stepwise

ionization. *See, e.g., Id.* (Ex. 1204). Kudryavtsev notes that under certain

conditions multi-step ionization can be the dominant ionization process. *See, e.g.,*

*Id.* (Ex. 1204). Mozgrin took into account the teachings of Kudryavtsev when

designing his experiments. Mozgrin at 401, ¶ spanning left and right cols.

("Designing the unit, we took into account the dependences which had been

obtained in [Kudryavtsev]…") (Ex. 1203). Kortshagen Decl. ¶ 55 (Ex. 1202).

### D.     Overview of Iwamura

Iwamura discloses "a plasma treatment apparatus for treating a surface of an

object… ." Iwamura at 2:51-52 (Ex. 1207). "A first plasma generation unit for

preactivating the gas to generate a plasma is positioned upstream along the flow

path of the gas in the gas supply; and a second plasma generation unit for

activating the gas to generate a plasma downstream along the flow path of the gas

in the gas supply is also provided. Thus, the first plasma generation unit

preactivates the gas and the second plasma generation unit activates the gas and

forms activated gas species. Then, the activated gas species formed by the second

plasma generation unit treat the object to be treated." Iwamura at 2:56-65. (Ex.

1207); *see also* Kortshagen Decl. ¶ 56 (Ex. 1202).

Iwamura discloses multiple ways for generating excited/metastable atoms, and discloses the desirability of providing a first excitation step followed by a further energy step, and also claims such a system.   Iwamura at 2:1-50, claim 1 (Ex. 1207); *see also* Kortshagen Decl. ¶ 57 (Ex. 1202).

### E.    Overview of Pinsley and Angelbeck

Pinsley discloses a gas laser having a magnetic field that is oriented transversely with respect to the flow of the gases.  Pinsley at Abstract ("A flowing gas laser having an electric discharge plasma with the electric field oriented transversely with respect to the flow of gases therethrough is provided with a magnetic field which is oriented transversely with respect to both the flow and the electric field to overcome the forces of flowing gases thereon.") (Ex. 1205).  The transverse magnetic field traps electrons.  Pinsley at 2:43-47 ("As is known, the interaction between the current and the magnetic field will result in an upstream force as indicated by the force vector 32.  This force is exerted upon the electrons, and tends to maintain the electrons in an area between the anode and cathode.") (Ex. 1205); *see also* Kortshagen Decl. ¶ 58 (Ex. 1202).

Pinsley does not specifically use the words "excited atoms," but one of ordinary skill would understand that increasing the energy and using a magnetic field to hold the electrons would generate excited atoms. *Id.* at ¶ 59 (Ex. 1202) The Angelbeck patent (with a lead inventor who is also a co-inventor on the

Pinsley patent), makes clear that gas lasers of the type disclosed by Pinsley

generate excited atoms as part of their operation. Angelbeck at 1:21-25 ("This

invention relates to gas lasers, and particularly to a method and apparatus for

increasing and controlling the light output of a gas laser by applying a transverse

magnetic field to the laser."); 2:18-20 ("A high gas pressure P is advantageous,

however, for **creating a high density of excited atoms** in the laser.") (Ex. 1203);

*see also* Kortshagen Decl. ¶ 59 (Ex. 1202). Neither Pinsley nor Angelbeck was of

record during the prosecution of the '779 Patent.

## VII.  CLAIM CONSTRUCTION

A claim in *inter partes* review is given the "broadest reasonable construction

in light of the specification." 37 C.F.R. § 42.100(b). Any claim term that lacks a

definition in the specification is therefore also given a broad interpretation.[3] *In re*

*ICON Health & Fitness, Inc.*, 496 F.3d 1374, 1379 (Fed. Cir. 2007). The

following discussion proposes constructions of and support therefore of those

terms. Any claim terms not included in the following discussion are to be given

their broadest reasonable interpretation in light of the specification as commonly

understood by those of ordinary skill in the art.

---

[3] Petitioner adopts the "broadest reasonable construction" standard as required by

37 C.F.R. § 42.100(b). Petitioner reserves the right to pursue different

constructions in a district court, where a different standard is applicable.

### A.    "multi-step ionization"

Each of the independent claims in the '779 Patent recite the term "multi-step ionization." The '779 Patent defines this term "to mean an ionization process whereby ions are ionized in *at least two distinct steps*." '779 Patent at 6:60-63 (Ex. 1201). This is consistent with the claim language, FIGS. 2 and 3, and the specification, which generate the excited atoms in a source that is distinct from, and coupled to, the components that later raise the energy of the excited or metastable atoms to generate a plasma. Thus the proposed construction for "multi-step ionization" is "an ionization process whereby ions are ionized in at least two distinct steps."

## VIII.  SPECIFIC GROUNDS FOR PETITION

Pursuant to Rule 42.104(b)(4)-(5), the below sections, and as confirmed in the Kortshagen Declaration ¶¶ 62-153 (Ex. 1202), demonstrate in detail how the prior art discloses each and every limitation of claims 30-40 of the '779 Patent, and how those claims are rendered obvious by the prior art.

### A.    Ground I:  Claims 30-33, 35, 37, and 40 would have been obvious in view of the combination of Mozgrin, Kudryavtsev and Pinsley

#### 1.   Independent claim 30

##### a)    The preamble: "[a] method for generating a plasma with a multi-step ionization process, the method comprising."

Mozgrin teaches a plasma generator that generates plasma using the power supply shown in Fig 2. The power supply includes a stationary discharge supply

unit, to generate a pre-

ionized plasma.  Mozgrin at



401, right col, ¶ 2 ("For pre-

ionization… the initial plasma density in the $10^9 – 10^{11}$ cm$^{-3}$ range.")  (Ex. 1203).

*See also* Kortshagen Decl. ¶ 62 (Ex. 1202).

The power supply further includes a high-voltage supply unit, to deliver

voltages pulses to the pre-ionized plasma.  *See* Mozgrin at 401, left col, ¶ 4

("…applying a square voltage pulse to the discharge gap which was filled up with

either neutral or pre-ionized gas.")  (Ex. 1203).  Mozgrin explains that in

"[d]esigning the [pulsed power supply] unit, we took into account the dependences

which had been obtained in [8] of ionization relaxation on pre-ionization

parameters, pressure, and pulse voltage amplitude."  Mozgrin at 401, ¶ spanning

left and right columns (Ex. 1203).  The reference [8] is Kudryavtsev.  Kortshagen

Decl. ¶ 63 (Ex. 1202).

It would have been obvious for one of ordinary skill to combine Mozgrin

with Kudryavtsev.  In addition to the fact that Mozgrin itself cites Kudryavtsev and

Mozgrin explicitly notes that its power supply unit was designed in accordance

with Kudryavtsev,  Kudryavtsev also states, "[s]ince the effects studied in this

work are characteristic of ionization whenever a field is suddenly applied to a

weakly ionized gas, they must be allowed for when studying emission mechanisms

in pulsed gas lasers, gas breakdown, laser sparks, etc." Kudryavtsev at 34, right

col, ¶ 4 (Ex. 1204). Because Mozgrin applies voltage pulses that "suddenly

generate an electric field," one of ordinary skill reading Mozgrin would have been

motivated to consider Kudryavtsev to further appreciate the effects of applying

Mozgrin's pulses. Kortshagen Decl. ¶ 64 (Ex. 1202).

Kudryavtsev explains the contribution of multi-step ionization to the overall

ionization process. Referring to the annotated copy of Kudryavtsev's Fig. 1 copied

below, ionization

occurs with an initial

"slow stage" (Fig 1a)

followed by a "fast



stage" (Fig. 1b). Kudryavtsev at 31, right col, ¶ 7 (Ex. 1204) ("The behavior of the

increase in $n_e$ with time thus enables us to arbitrarily divide the ionization process

into two stages, which we will call the slow and fast growth stages. Fig. 1

illustrates the relationships between the main electron currents in terms of the

atomic energy levels during the slow and fast stages."). *See also,* Kortshagen Decl.

¶ 65 (Ex. 1202). During the initial slow stage, direct ionization provides a

significant contribution to the generation of plasma ions (see arrow $\Gamma_{1e}$ colored in

green showing ionization (top line labeled "e") from the ground state (bottom line

labeled "1")). *Id.* In addition, during the slow stage, excited atoms are also created

within the plasma chamber (see arrow $\Gamma_{12}$ colored in blue showing excitation into lowest excited state (middle line labeled "2") from the ground state (bottom line labeled "1")).  *Id.*  Once the population of excited atoms becomes large enough, fast stage occurs, as shown in Fig. 1b.  As shown, multi-step (or "stepwise") ionization, which occurs through the generation of excited atoms (see arrow $\Gamma_{12}$ colored in blue), becomes the dominant ionization process as shown by the thick arrow labeled $\Gamma_{2e}$ ((colored in red) showing ionization (top line labeled "e") from the lowest excited state (middle line labeled "2")).  *See also* Kudryavtsev at Fig. 6 (Ex. 1204); s*ee also*, Kortshagen Decl. ¶ 65 (Ex. 1202).  The thin arrows labeled $\Gamma_{1e}$ show that direct ionization produces ions at a roughly constant rate in both the slow and fast stages. *Id.*  The thick arrow labeled $\Gamma_{2e}$ in Fig. 1b shows that multi-step ionization can produce ions at a much greater rate than direct ionization.  *Id.*

Kudryavtsev explains the rapid increase in ionization once multi-step ionization becomes the dominant process as follows: "For nearly stationary $n_2$ [excited atom density] values … there is an ***explosive increase in $n_e$*** [plasma density].  ***The subsequent increase in $n_e$*** then reaches its maximum value, equal to the rate of excitation [equation omitted], which ***is several orders of magnitude greater than the ionization rate during the initial stage***." Kudryavtsev at 31, right col, ¶ 6 (Ex. 1204).  Kudryavtsev summarizes that "in a pulsed inert-gas discharge plasma at moderate pressures… [i]t is shown that the ***electron density increases***

**explosively in time due to accumulation of atoms in the lowest excited states.**"

Kudryavtsev at Abstract (Ex. 1204); s*ee also* Kudryavtsev at Fig. 6 (Ex. 1204); s*ee also* Kortshagen Decl. ¶ 66 (Ex. 1202).

Therefore, it would have been obvious to one skilled in the art that, in order to further increase the excitation rate and/or the density of plasma, it would have been advantageous to provide additional excited atoms into Mozgrin's plasma generator.  Kortshagen Decl. ¶ 67 (Ex. 1202).  As noted by Kudryavtsev, one analogous field of study one skilled in the art would look to include pulsed lasers. Kudryavtsev at 30, left col, ¶ 1 ("The study of ionization relaxation in a plasma when the external electric field suddenly increases is of great importance in many areas of gas discharge physics and its application.  Interest in ionization relaxation in inert gas discharges has been stimulated recently by the rapid development of excimer lasers excited by pulsed electrical discharges… ."); 34, right col, ¶ 4 ("[s]ince the effects studied in this work are characteristic of ionization whenever a field is suddenly applied to a weakly ionized gas, they must be allowed for when studying emission mechanisms in pulsed gas lasers… .") (Ex. 1204).  *See also* Kortshagen Decl. ¶ 67 (Ex. 1202).

Pinsley discloses a gas laser that provides excited atoms.  Pinsley at Abstract ("A flowing gas laser having an electric discharge plasma with the electric field oriented transversely with respect to the flow of gases therethrough is

provided ... .") (Ex. 1205).  Angelbeck, who is a co-inventor on Pinsley, makes

clear that gas lasers of the type disclosed by Pinsley generate excited atoms as part

of their operation.  Angelbeck at 1:21-25 ("This invention relates to gas lasers...");

2:18-20 ("A high gas pressure P is advantageous, however, for ***creating a high***

***density of excited atoms*** in the laser.") (Ex. 1206); *see also* Kortshagen Decl. ¶ 68

(Ex. 1202).

It would have been obvious for one of ordinary skill in the art to couple the

excited atom source of Pinsley to Mozgrin's plasma chamber.  As explained above,

Mozgrin designed its system based on the teachings of Kudryavtsev.  Mozgrin at

401, ¶ spanning left and right cols (Ex. 1204).  Kudryavtsev teaches that

accumulation of excited atoms would increase the density of that plasma.

Kudryavtsev at Abstract ("[i]t is shown that the electron density increases

explosively in time ***due to accumulation of atoms in the lowest excited states***")

(Ex. 1204).  *See also* Kortshagen Decl. ¶ 69 (Ex. 1202).  Moreover, as explained

above, Pinsley, as evidenced by Angelbeck, teaches that gas lasers are a well-

known source of these excited atoms.  *Id.* (Ex. 1202).

Mozgrin and Kudryavtsev both pre-ionized the feed gas.  Mozgrin at 401,

left col, ¶ 4 ("The pre-ionization could be provided by RF discharge…") (Ex.

1203); Kudryavtsev at 32, right col, ¶ 5 ("The gas was preionized by applying a dc

current…") (Ex. 1204).  *See also* Kortshagen Decl. ¶ 70 (Ex. 1202).

Pinsley also discloses that pre-ionization was well-known. *Id.* at ¶ 71 (Ex. 1202).  For example, Pinsley notes that when gas flow occurs, "plasma tends to be blown downstream, and thus … spread in an inefficient fashion across a broad optical gain region."  Pinsley at 1:31-36 (Ex. 1205).  Pinsley further notes that "pre-ionization means" were utilized to overcome such issues.[4]  *See id.* at 1:36-40 (Ex. 1205).  However, Pinsley indicates that a prior "pre-ionization solution is unattractive due to the need to provide a[]…power supply, and the additional weight and power consumption attendant therewith.  There are, obviously, other situations in which RF pre-ionization is not perfectly suitable."  *Id.* at 1:41-45 (Ex. 1205).  Pinsley notes that the use of magnets improves upon these prior pre-ionization techniques.  *Id.* at 1:61-65 (Ex. 1205).  *See also* Kortshagen Decl. ¶ 71 (Ex. 1202).  Pinsley expressly discloses the desirability of using magnets for creating a magnetic field to trap electrons and thus allow more excited atoms to be provided.  *Id.* (Ex. 1202).

For at least these reasons, one of ordinary skill in the art would have been motivated to combine the teachings of Pinsley with the teachings of Mozgrin and Kudryavtsev to provide pre-ionization with magnets, and to create more excited

---

[4] As discussed later, the Iwamura patent (Ex. 1207) also teaches the desirability of generating pre-ionized excited gas and then generating a plasma.  Kortshagen Decl. ¶ 71, Fn. 3 (Ex. 1202).

atoms to achieve a higher density.  Therefore, these references teach the preamble of claim 30.  Kortshagen Decl. ¶ 72 (Ex. 1202).

> **b)      Limitation (a): "generating a magnetic field proximate to a volume of ground state atoms to substantially trap electrons proximate to the volume of ground state atoms."**

Pinsley discloses a feed gas source comprising ground state atoms.  Pinsley at 2:12-20 ("a flowing gas laser incorporating the present invention comprises a conduit 10 through which lasing and other gases flow from a source 12 in a direction indicated by an arrow 14.  The gas mixture may typically comprise nearly equal parts of carbon dioxide, nitrogen and helium, or other ratios or mixtures known in the art.  It is important to note that the particular gas mixture is not really significant to the present invention…") (Ex. 1205).  *See also* Kortshagen Decl. ¶ 73 (Ex. 1202).

Pinsley discloses magnets 24 and 26 disposed above and below a conduit 10 through which lasing gases flow.  Pinsley at Fig. 1; 2:12-38 (Ex. 1205).  These magnets form a magnetic field which acts on the electrons generated in Pinsley's conduit.  Pinsley 1:51-60 ("magnetic field is oriented transversely with respect to both gas flow and the E field of a cross-field electric discharge flowing gas laser.  *The magnetic field exerts a force on the electrons* drifting from the cathode to the anode to create a force in the direction opposite to the flow of gases, thereby

compensating for flow field effects which tend to blow the electric discharge

plasma downstream.") (Ex. 1205).

Pinsley's magnetic field traps electrons.  Pinsley at 2:43-60 ("As is known,

the interaction between the current and the magnetic field will result in an

upstream force as indicated by the force vector 32.  ***This force is exerted upon the***

***electrons, and tends to maintain the electrons in an area between the anode and***

***cathode***. …. Thus, the plasma established by the electric field between the anode

l8 and cathode 19 is maintained in an area substantially between the pole pieces 24,

26.") (Ex. 1205).  Pinsley therefore teaches this portion of limitation (b) of claim

30.  Kortshagen Decl. ¶ 75 (Ex. 1202).

> ### c)  Limitation (b): *"generating a volume of metastable atoms from the volume of ground state atoms."*

The '779 Patent discloses that "[t]he term 'metastable atoms' is defined

herein to mean excited atoms having energy levels from which dipole radiation is

theoretically forbidden.  Metastable atoms have relatively long lifetimes compared

with other excited atoms."  '779 Patent at 7:22-25 (Ex. 1201).  The '779 Patent

further teaches that "[a]ll noble gases have metastable states."  '779 Patent at 7:37-

39 (Ex. 1201).

Pinsley discloses an excited atom source that receives ground state atoms

from the feed gas source via "a conduit 10 through which lasing and other gases

flow  from a source 12."  Pinsley at 2:13-14 (Ex. 1205).  *See also* Pinsley at 2:27-

35 ("Appended to the conduit 10 are structures which include…the anode 18 and cathode 19 necessary to establish an electric discharge plasma. The anode 18 and cathode 19 are connected by suitable electrical conductors 20 to a suitable power supply 22, all as is known in the art.") (Ex. 1205). *See also* Kortshagen Decl. ¶ 77 (Ex. 1202).



Pinsley discloses that "[t]he gas mixture may typically comprise nearly equal parts of carbon dioxide, nitrogen and **helium**, or other ratios or mixtures known in the art.  It is important to note that the particular gas mixture is not really significant to the present invention…"  Pinsley at 2:15-20 (Ex. 1205).  Of the gases described by Pinsley, helium is a noble gas, which has metastable states. Kortshagen Decl. ¶ 78 (Ex. 1202).

As such, the feed gas atoms of Pinsley can be excited and some portion of those excited atoms would have a long lifetime and be considered metastable. Pinsley at 2:27-35 ("Appended to the conduit 10 are structures which include … the anode 18 and cathode 19 necessary to establish an electric discharge plasma. *The anode 18 and cathode 19 are connected by suitable electrical conductors 20 to a suitable power supply 22, all as is known in the art.*"); (Ex. 1205).  *See also* Kortshagen Decl. ¶ 79 (Ex. 1202).  As explained above, Pinsley names Albert W.

Angelbeck as a co-inventor.  Pinsley at Inventors ("Edward A. Pinsley,…; Albert

W. Angelbeck,…") (Ex. 1205).  Angelbeck, in a patent issued several years prior

to Pinsley, states that forming a plasma for a gas laser results in the creation of

excited atoms.  Angelbeck at 2:18-20 ("A high gas pressure P is advantageous,

however, for ***creating a high density of excited atoms*** in the laser."); 1:36-40 ("a

transverse magnetic field applied to a DC discharge gas laser increases the electron

temperature and hence the efficiency of excitation of the upper laser level") (Ex.

1206).  Kortshagen Decl. ¶ 79 (Ex. 1202).

Both Pinsley and Angelbeck describe similar gas lasers configured in similar

ways.  *Compare* Pinsley at Abstract ("A flowing gas laser … is provided with a

magnetic field which is oriented transversely with respect to both the flow and the

electric field to overcome the forces of flowing gases thereon.") (Ex. 1205) *with*

Angelbeck at 1:13-15 ("The light output and power from a DC discharge gas laser

is increased by generating a magnetic field and applying the field transversely

across the laser.") (Ex. 1206). *Compare also* Pinsley at 2:32-36 ("The anode 18

and cathode 19 are connected by suitable electrical conductors 20 to a suitable

power supply 22.") (Ex. 1205) *with* Angelbeck at 2:39-41 ("Energy is supplied to

the gas from a DC power supply 16 to anode 18 and cathode 20 to produce a glow

discharge in the gas.") (Ex. 1206).  Kortshagen Decl. ¶ 80 (Ex. 1202).

A person of ordinary skill in the art would have understood that Pinsley

discloses generating metastable atoms based on general knowledge and skill in the field.  A person of ordinary skill would further be informed by references such as Angelbeck (written by a co-inventor of Pinsley), would understand that metastable atoms are generated as part of Pinsley's plasma.  Therefore, Pinsley discloses a gas laser that is a well-known source of metastable atoms for meeting this limitation. Kortshagen Decl. ¶ 81 (Ex. 1202).

> ### d)    Limitation (c)(1): *"raising an energy of the metastable atoms so that at least a portion of the volume of metastable atoms is ionized,"*

Mozgrin teaches using the power supply, shown in Fig 2, with a high-voltage supply unit, to deliver voltages pulses between the anode "2" and cathode "1.".  *See* Mozgrin at 401, left col, ¶ 4 ("…applying a square voltage pulse to the discharge gap which was filled up with either neutral or pre-ionized gas.") (Ex. 1203); *see also* Kortshagen Decl. ¶ 82 (Ex. 1202).  As explained above, it would have been obvious to provide the metastable atoms generated by Pinsley to Mozgrin's plasma chamber, between anode "2" and cathode "1."  *Id.*

Kudryavtsev teaches applying a voltage pulse to ionize the metastable atoms.  *Id.* at ¶ 83 (Ex. 1202).  Specifically, once the population of metastable atoms becomes large enough, multi-step (or "stepwise") ionization becomes the dominant ionization process, as shown by the thick arrow labeled $\Gamma_{2e}$ in Fig 1(b) of Kudryavtsev.  *Id.*  The arrow labeled $\Gamma_{2e}$ represents excitation of the

excited/metastable atoms "in the first excited states" to become ionized.

Kudryavtsev at 30, right col, last ¶ ("Here, $n_1$, $n_2$, and $n_e$ are the atomic densities in the ground and first excited states and the electron density, respectively…") (Ex. 1204). *See also* Kortshagen Decl. ¶ 83 (Ex. 1202). As shown, the energy of the metastable atoms is raised in the process. *Id.* Applying Mozgrin's voltage pulse to the metastable atoms provided by Pinsley would similarly raise the energy of those metastable atoms, causing at least a portion of them to become ionized. *Id.* (Ex. 1202).

### e) Limitation (c)(2): "thereby generating a plasma with a multi-step ionization process"

As explained above with respect to the preamble of claim 30, the combination of Mozgrin, Kudryavtsev and Pinsley teaches this portion of limitation (c), and one of skill in the art would have been motivated to combine them for the same reasons discussed above. Kortshagen Decl. ¶ 84 (Ex. 1202).

### 2. Independent claim 40

### a) The preamble; "[a] method for generating a plasma with a multi-step ionization process, the method comprising"

The preamble of claim 40 is identical to the preamble of claim 30. Accordingly, the combination of Mozgrin, Kudryavtsev, and Pinsley teaches this limitation, and one of skill in the art would have been motivated to combine them as described above. *Id.* at ¶¶ 62-72, 85 (Ex. 1202).

### b)   Limitation (a): *"generating a magnetic field proximate to a volume of ground state molecules to substantially trap electrons proximate to the volume of ground state molecules."*

Limitation (a) of claim 40 is identical to limitation (a) of claim 30, except limitation (a) of claim 40 recites "molecules" instead of "atoms." Pinsley discloses use of molecules such as $CO_2$ and $N_2$, as well as atoms, such as He. Pinsley at 15:18 ("The gas mixture may typically comprise nearly equal parts of carbon dioxide, nitrogen and helium, or other ratios or mixtures known in the art.") (Ex. 1205). Mozgrin also teaches the use of Ar, $He/H_2$, $N_2$, and $Ar/N_2$. Mozgrin at 406, Table 1 (Ex. 1203). Accordingly, Pinsley teaches this limitation. Kortshagen Decl. ¶¶ 73-75, 86 (Ex. 1202).

### c)   Limitation (b): *""generating a volume of metastable molecules from the volume of ground state molecules."*

Limitation (b) of claim 40 is identical to limitation (b) of claim 30, except limitation (b) of claim 40 recites "molecules" instead of "atoms." As explained above with respect to limitation (a) of claim 40, Pinsley and Mozgrin each teach the use of molecules, such as nitrogen gas. Kortshagen Decl. ¶¶ 76-81, 87 (Ex. 1202). It was well known that nitrogen gas, $N_2$, also possesses metastable states. *Id.* For example, Bertrand teaches that "[f]or nitrogen gas, some more metastable states are in the range of 8.52 eV to 11.88 eV. In this specification, reference is often made to rare or noble gases and atoms as being the gases yielding metastable species. It is to be understood that other gases, preferably small molecules such as

nitrogen, may also be suitable.")  Bertrand at 4:56-61 (Ex. 1213).  Accordingly,

Pinsley teaches this limitation.  Kortshagen Decl. ¶¶ 76-81, 87 (Ex. 1202).

> #### d)      Limitation (c): *"raising an energy of the metastable molecules so that at least a portion of the volume of metastable molecules is ionized, thereby generating a plasma with a multi-step ionization process."*

Limitation (c) of claim 40 is identical to limitation (c) of claim 30, except

limitation (c) of claim 40 recites "molecules" instead of "atoms."  As explained

above with respect to limitation (a) of claim 40, Pinsley teaches the use of nitrogen

gas molecules which can be excited to have long lifetimes.  Mozgrin similarly

discloses the use of nitrogen gas molecules in its plasma chamber.  Mozgrin at 402,

spanning left and right cols. ("We studied the high-current discharge…using

various gases (Ar, $N_2$, $SF_6$, He and $H_2$)…), and at 406, Table 1 (Ex. 1203).  It

would have been obvious to provide the nitrogen gas molecules that have been

excited into a metastable state in Pinsley's conduit into Mozgrin's plasma chamber

to raise the energy of the metastable molecules.  Kortshagen Decl. ¶¶ 88 (Ex.

1202).  Accordingly, the combination of Mozgrin, Kudryavtsev, and Pinsley

teaches this limitation.  *Id.* at ¶¶ 82-84, 88 (Ex. 1202).

**Claim 31** depends from claim 30, and recites:  "wherein the volume of

ground state atoms comprise a volume of noble gas atoms."

Pinsley teaches the use of helium gas as the feed gas source.  Pinsley at

2:15-18 ("The gas mixture may typically comprise nearly equal parts of carbon

dioxide, nitrogen and helium, or other ratios or mixtures known in the art.") (Ex.

1205).  Helium is a noble gas.  Accordingly, Pinsley teaches the limitations added

by claim 31.  Kortshagen Decl. ¶ 90 (Ex. 1202).

**Claim 32** depends from claim 30, and recites:  "wherein the generating the

volume of metastable atoms comprises generating a discharge that excites at least a

portion of the ground state atoms in the volume of ground state atoms to a

metastable state."

As explained above with respect to claim 30, Pinsley discloses an anode and

a cathode (*i.e.*, a first electrode and a second electrode) for generating an electric

discharge plasma.  Pinsley at 2:27-36 ("Appended to the conduit 10 are structures

which include … anode 18 and cathode 19 necessary to establish an electric

discharge plasma. The anode 18 and cathode 19 are connected by suitable

electrical conductors 20 to a suitable power supply 22, all as is known in the art.")

(Ex. 1205).  Kortshagen Decl. ¶ 92 (Ex. 1202).

Also as described above with respect to claim 30, a person of ordinary skill

in the art, informed by knowledge readily available to one skilled in the art (*e.g.*,

see Angelbeck), would understand that metastable atoms are generated as part of

Pinsley's excitation of helium gas.  Kortshagen Decl. ¶ 93 (Ex. 1202).

Accordingly, the anode 18 and cathode 19 shown in Pinsley's Fig. 1 are two

electrodes that generate a discharge that excites ground state atoms contained in

the feed gas (*e.g.*, helium) into metastable atoms.  Pinsley at Fig. 1 (Ex. 1205).

Hence, Pinsley teaches the limitations added by claim 32.  Kortshagen Decl. ¶ 94

(Ex. 1202).

**Claim 33** depends from claim 30, and recites:  "wherein the generating the

magnetic field proximate to the volume of ground state atoms increases excitation

of at least a portion of the ground state atoms in the volume of ground state atoms

to a metastable state."

As explained above with respect to claim 30, Pinsley generates a magnetic

field that traps electrons proximate to ground state atoms in an area between its

anode and cathode.  Pinsley at 2:43-60 ("As is known, the interaction between the

current and the magnetic field will result in an upstream force as indicated by the

force vector 32.  This force is exerted upon the electrons, and tends to maintain the

electrons in an area between the anode and cathode.") (Ex. 1205); *see also*

Kortshagen Decl. ¶ 96 (Ex. 1202).  In other words, by having a magnetic field,

Pinsley traps electrons, which increases the density of the electrons between the

anode and the cathode.  *Id.* (Ex. 1202).

A person of ordinary skill in the art would further understand that the

increased electron density would lead to increased collisions of the electrons with

feed gas to generate additional excited or metastable atoms, thereby increasing the

excitation rate of the ground state atoms to an excited/metastable state.  Kortshagen

Decl. ¶ 97 (Ex. 1202).  In fact, Kudryavtsev shows in Equation (2) that increased

density of electrons ($n_e$) would lead to an increased amount of collision with the

ground state atoms ($n_1 n_e k_{12}$), which in turn would lead to an increased excitation

rate of excited atoms ($\frac{\partial n_2}{\partial t}$).  Kortshagen Decl. ¶ 97 (Ex. 1202).

$$\frac{\partial n_2}{\partial t} = n_1 n_e k_{12} - n_2 n_e k_{21} - n_2 n_e \beta_{2e} - n_2 n_e \beta_{st} - n_2 A_{21} \theta_{21} - \nabla \Gamma_2. \quad (2)$$

Accordingly, the combination of Mozgrin, Kudryavtsev, and Pinsley teaches

the limitations added by claim 33.  Kortshagen Decl. ¶ 98 (Ex. 1202).

**Claims 35 and 37** both depend from claim 30.  Claim 35 recites: "wherein

the raising the energy of the metastable atoms comprises exposing the metastable

atoms to an electric field."  Claim 37 recites:  "wherein the raising the energy of

the metastable atoms comprises exposing the metastable atoms to a plasma."

Mozgrin teaches applying a voltage pulse between its anode "2" and cathode

"1."  Mozgrin at 401, left col, ¶ 4 ("…applying a square voltage pulse to the

discharge gap which was filled up with either neutral or pre-ionized gas.") (Ex.

1203).  The voltage pulse applied between Mozgrin's anode and cathode provides

an electric field.  Kortshagen Decl. ¶ 100 (Ex. 1202).  Specifically, Fig. 1 of

Mozgrin illustrates the electric field (labeled "E") that develops across the gaps

between the anode "2" and cathode "1."  Mozgrin, at 401, Fig. 1 caption, ("Fig. 1.

Discharge device configurations…") (Ex. 1203).  Kortshagen Decl. ¶ 100 (Ex.

1202).

As explained above with respect to limitation (c) of claim 30, it would have been obvious to one of ordinary skill in the art to couple the excited/metastable atom source of Pinsley to Mozgrin's plasma chamber, thus causing a volume of metastable atoms (e.g., excited helium) to flow into Mozgrin's chamber. Kortshagen Decl. ¶ 101 (Ex. 1202). These metastable atoms would then be introduced between Mozgrin's anode "2" and cathode "1," where plasma is generated by application of a voltage pulse. The metastable atoms would collide with the plasma electrons that are present in the plasma, leading to ionization of the metastable atoms, which raises the energy of the metastable atoms. *Id.* (Ex. 1202). Therefore, a person of ordinary skill in the art would understand that the energy of the metastable atoms provided from Pinsley's conduit is raised by exposure to plasma that is generated by the electric field applied between Mozgrin's anode "2" and cathode "1." *Id.* (Ex. 1202). Accordingly, the combination of Mozgrin, Kudryavtsev, and Pinsley teaches the limitations added by claims 35 and 37, and one of skill in the art would have combined them. *Id.* (Ex. 1202).

### B.   Ground II:  Claims 34, and 39 would have been obvious in view of the combination of Mozgrin, Kudryavtsev, Pinsley, and Wells

**Claims 34 and 39** both depend from claim 30. Claim 34 recites: "wherein the generating the volume of metastable atoms comprises generating an electron beam that excites at least a portion of the ground state atoms in the volume of

ground state atoms to a metastable state."  Claim 39 recites:  "wherein the raising the energy of the metastable atoms comprises exposing the metastable atoms to an electron source."

Exciting atoms with an electron beam from an electron gun was a well-known manner of generating exciting atoms prior to the '779 patent.  Kortshagen Decl. ¶ 103(Ex. 1202).  For example, as early as 1983, Wells disclosed a laser system which produced excited and metastable state atoms using an electron beam generated by an electron gun.  Wells at 13:16-23 ("The pumping means typically comprises ***external means 13 for bringing the first gas from the X(1) state to an excited metastable state X(2)***.  Such means may comprise means 13 for bombarding the gas with electrons, which ***typically comprises external means 13, such as an electron gun***, for generating an electron beam 16") (Ex. 1208); *see also* Wells at 1:6-13 ("[t]he system produces a high population density of long lived excited atoms") (Ex. 1214).  Kortshagen Decl. ¶ 103 (Ex. 1202).

One of ordinary skill would have been motivated to combine Wells with Pinsley.  *Id.* at ¶ 104 (Ex. 1202).  For example, both Pinsley and Wells are directed to gas lasers.  *See* Pinsley at Abstract ("A flowing gas laser having an electric discharge plasma…is provided…") (Ex. 1205); *see also*, Wells at 1:35-2:2 ("a new type of laser based on radiative collisions, with a specific gas selection") (Ex. 1208).  Wells discloses that electron gun is but one, among many different,

mechanism "for bringing the first gas from the X(1) state to an excited metastable state X(2)." Wells at 13:16-18 (Ex. 1214). For example, Wells discloses "fast burst nuclear reactor, …electric discharge, radiation, thermal, or chemical means" as some other suitable excitation mechanism. Wells at 13:16-32 (Ex. 1214). Accordingly, it would have been obvious to one of ordinary skill in the art to utilize the electron gun described in Wells instead of the electric discharge mechanism utilized by Pinsley for generating excited or metastable atoms. Kortshagen Decl. ¶ 104 (Ex. 1202). Claims 34 and 39 merely claim a structure already known in the prior art that is altered by mere substitution of one well-known element for another well-known element in the field, to yield predictable results. *Id*.

**C.    Ground III:  Claim 36 would have been obvious in view of the combination of Mozgrin, Kudryavtsev, Pinsley, and Lovelock**

**Claim 36** depends from claim 30, and recites:  "wherein the raising the energy of the metastable atoms comprises exposing the metastable atoms to X-ray radiation." Ionizing gases using X-ray radiation was well-known prior to the '779 patent. For example, Lovelock discloses that "ionisation means may take the form of a corona discharge device constituted by the anode and cathode…[and o]ther forms of ionisation means can also be used such as radioactive sources, ultraviolet sources, or external ***X-ray*** or gamma-ray ***sources***." Lovelock at 2:27-34 (Ex. 1215). Kortshagen Decl. ¶ 106 (Ex. 1202).

One of ordinary skill would have been motivated to combine Lovelock with Mozgrin. *Id.* at ¶ 107 (Ex. 1202). For example, both Mozgrin and Lovelock are directed to methods of ionizing gases. *See* Mozgrin at 406, left col, ¶ 1 ("$\beta_g$ and $\beta_c$ are ionization degrees of gas atoms and cathode material atoms, respectively") (Ex. 1203); *see also*, Lovelock at 3:27-53("The corona discharge established between the anode 13 and cathode 10 by the pulse source 16 causes ionisation of any impurity atoms or molecules within the main gas stream either directly or by first generating helium metastable atoms and helium ions which subsequently collide with and ionise any impurities.") (Ex. 1215). Moreover, Lovelock teaches that X-ray radiation can be used to form a plasma. Claim 36 merely claims a structure already known in the prior art that is altered by mere modification of one well-known element with another well-known element in the field, to yield predictable results. *See* Lovelock at 4:54 – 5:4 ("It will be appreciated that various modifications can be made to the described form of purifier. Thus, instead of providing an ionising source in the form of a corona discharge device, other forms of ionising source could be employed such as, for example, a radioactive source located within the cathode 10, an ultraviolet source generated by a subsidiary discharge, an external X-ray or gamma-ray source."); and 2:32-34 ("Other forms of ionisation means can also be used such as radioactive sources, ultraviolet sources, or external X-ray or gamma-ray sources.") (Ex. 1215). Accordingly, it would

have been obvious to utilize X-ray radiation to generate electrons so that they collide with and raise the energy of the metastable atoms provided by Pinsley's metastable atom source. Kortshagen Decl. ¶ 107 (Ex. 1202).

### D.   Ground IV:  Claim 30-33, 35, 37, and 40 would have been obvious in view of Iwamura and Angelbeck

#### 1.   Independent claim 30

##### a)   The preamble: "[a] method for generating a plasma with a multi-step ionization process, the method comprising."

Iwamura discloses a device with a chamber for the treatment of semiconductor wafers using plasma.  Iwamura at 7:1-6 ("an atmospheric treatment device has a treatment chamber 10 in which is disposed an object to be treated, for example a semiconductor wafer l, and a gas supply 20 in fluid communication with treatment chamber 10 and supplying a gas capable of plasma discharge toward semiconductor wafer.") (Ex. 1207).  Iwamura's device includes a preexcitation unit that excites an inert gas prior to its use for generating a plasma.  Iwamura at 1:14-19 ("The invention further relates to a plasma treatment apparatus and method which includes preexciting the gas capable of plasma discharge upstream from the first plasma generation position along the flow path of the gas"); Iwamura at 2:34-39 ("the gas reaching the downstream plasma generation position maintains the ionized or near-ionized state, formed by preactivation, *i.e.*, the gas is not yet fully ionized, but its excitation level is high, due to the upstream plasma preactivation") (Ex. 1207).

The '779 Patent provides an explicit definition for multi-step ionization: "the term 'multi-step ionization process' is defined herein to mean an ionization process whereby ions are ionized in at least two distinct steps." '779 Patent at 6:62-64 (Ex. 1201). For example, a "multi-step ionization process according to the present invention includes a first step where atoms are excited from a ground state to a metastable state and a second step where atoms in the metastable state are ionized." '779 Patent at 6:67-7:7 (Ex. 1201). First, "the ground state atoms 208 are energized to a metastable state by using an energy source, such as … a ***radio frequency (RF) plasma source***, an ***ultraviolet (UV) radiation source*** … a ***microwave plasma source***… ." '779 Patent at 19:1-10 (Ex. 1201).

Iwamura discloses a plasma device that makes use of multi-step ionization, where a UV, microwave and/or RF energy sources can be used to excite the ground state atoms into excited/metastable atoms. Kortshagen Decl. ¶ 110 (Ex. 1202).

In the upper portion of Iwamura's FIG. 1, gas supply 20 is shown for supplying a gas capable of plasma discharge to the device. Iwamura at 7:3-6 ("a gas supply 20 in fluid communication with treatment chamber 10 and supplying a gas capable of plasma discharge



FIG. 1

toward semiconductor wafer 1.") (Ex. 1207).  *See also* Kortshagen Decl. ¶ 111

(Ex. 1202).

The gas first reaches a preexcitation unit (elements 22 and 24 of Fig. 1),

which excites the gas.  Iwamura at 7:8-11 ("In the wall of first gas supply pipe 20a

of gas supply 20 is formed a transparent window 22.  An ultraviolet lamp 24 is

disposed therearound window 22 and functions as a preexcitation unit.") (Ex.

1207).  *See also* Kortshagen Decl. ¶ 112 (Ex. 1202).  Similar to the '779 Patent,

Iwamura discloses that UV or microwave radiation can be used in the preexcitation

unit to excite the ground state atoms into excited atoms.[5]  '779 Patent at 19:1-10

("the ground state atoms 208 are energized to a metastable state by using an energy

source, such as … and ultraviolet (UV) radiation source … a microwave plasma

source… .") (Ex. 1201); *see also* Iwamura at 7:55:60 ("Ultraviolet lamp 24

provided in an upstream position of the gas supply path exposes the helium or

other inert gas to ultraviolet radiation through transparent window 22.  In this way,

the energy of the ultraviolet radiation causes photoionization, and excites the gas.")

(Ex. 1207); *see also* Iwamura at 9:39-47 ("The difference between this second

embodiment and the first embodiment is that ultraviolet lamp 24 in FIG. 1, which

---

[5]  The preexcitation unit excites ground state atoms that are in the feed gas (*e.g.*,

either the main component or impurities contained therein).  Kortshagen Decl.

¶ 112, Fn.4 (Ex. 1202).

is a preexcitation unit, is replaced with a magnetron 40 which radiates microwave radiation through the gas capable of plasma discharge.) (Ex. 1207).  At this preexcitation stage, "no plasma is observed in the inert gas." *Id.* at 7:59-60 (Ex. 1207). *See also* Kortshagen Decl. ¶ 112 (Ex. 1202).

In addition, Iwamura discloses "a first plasma generation unit for preactivating the gas… ."  Iwamura at 2:57-58 (Ex. 1207).  The first plasma generation unit includes a first pair of electrodes (elements 26a and 26b) that generate a plasma gas after the preexcitation unit.  Iwamura 7:11-16 ("Below transparent window 22 is disposed a first pair of plasma generation electrodes 26 disposed opposing each other on the peripheral wall of gas supply 20.  A first electrode 26a of first pair of plasma generation electrodes 26 is connected to a first high-frequency power source 28, and the second electrode 26b is grounded.") (Ex. 1207). *See also* Kortshagen Decl. ¶ 113 (Ex. 1202).  Iwamura further notes that "[t]he plasma generated upstream can be a preactivated state plasm[a]."  Iwamura at 2:26-27 (Ex. 1207).  Iwamura clarifies that "preactivation" means that "the gas is not yet fully ionized, but its excitation level is high… ." *Id.* at 2:37-38 (Ex. 1207).  As disclosed by the '779 Patent, Iwamura teaches that "the first plasma generation unit may include a first pair of electrodes and a first alternating current power source connected across the first pair of electrodes… ." *Id.* at 2:66 – 3:2 (Ex. 1207).  Specifically, Iwamura notes that "the frequency of the first alternating

power is preferably in the range of about 400 kHz to about 13.56 MHz." Iwamura at 3:55-57 (Ex. 1207).

Accordingly, the first plasma generation unit or the combination of the pre-excitation unit with the first plasma generation unit can generate excited/metastable atoms from ground state atoms received from gas supply 20, meeting the first distinct step of the '779 Patent's "multi-step ionization." Kortshagen Decl. ¶ 114 (Ex. 1202).

After the ground state atoms have been excited, the '779 Patent teaches that "the volume of metastable atoms 218 are injected into the plasma chamber 230… ." '779 Patent at 8:27-29 (Ex. 1201). "After a sufficient volume of metastable atoms 218 is present in the plasma chamber 230, the DC power supply 102 generates an electric field 150 … generat[ing] the plasma 202… ." '779 Patent at 8:39-47 (Ex. 1201). The '779 Patent teaches that "other sources can be used to raise the energy of the metastable atoms 218 without departing from the scope of the invention. For example, the energy source can be chosen from the group comprising … a radio frequency (RF) diode source … and an AC discharge source." '779 Patent at 9:31-41 (Ex. 1201). Kortshagen Decl. ¶ 115 (Ex. 1202).

Similarly, Iwamura discloses "a second plasma generation unit for activating the gas to generate a plasma…. Then, the activated gas species formed by the second plasma generation unit treat the object to be treated." Iwamura at 2:59-65

- 45 -

(Ex. 1207).  The second plasma generation unit includes a second pair of

electrodes applies further power to the plasma.  Iwamura at 7:28-31 ("In the

interior of treatment chamber 10 is disposed a second pair of plasma generation

electrodes 30.  Second pair of plasma generation electrodes 30 comprises an upper

electrode 30a and a lower electrode 30b.") (Ex. 1207).  Iwamura describes its

process of supplying additional power to the plasma as "further activat[ion]."  *Id.*

at 8:4-7 ("In a plasma region B between second pair of plasma generation

electrodes 30, the activated helium gas is further activated generating a plasma at

or about atmospheric pressure.") (Ex. 1207).  Kortshagen Decl. ¶ 116 (Ex. 1202).

Like the '779 Patent, Iwamura notes that this multi-step process improves

the ease with which a plasma may be generated.  *Compare* Iwamura at 2:39-41

("the generation of a plasma and formulation of activated gas species in the

downstream region is made easier and more uniform and stable") and 5:65-67

("Since the density and excitation levels of the activated gas species in the

downstream plasma are increased, the treatment rate is also increase.") (Ex. 1207)

*with* '779 Patent at 8:65-67 ("The multi-step ionization process described herein

substantially increases the rate at which the plasma 202 is formed and therefore,

generates a relatively dense plasma.") (Ex. 1201).  Accordingly, Iwamura teaches

the preamble of claim 30.  Kortshagen Decl. ¶¶ 117-118 (Ex. 1202).

> **b)  Limitation (a): "generating a magnetic field proximate
> to a volume of ground state atoms to substantially trap**

- 46 -

*electrons proximate to the volume of ground state atoms."*

Angelbeck discloses a
system that has magnets 24 and
26 disposed above and below a
tube 10 in which excited atoms



are generated.  Angelbeck at Fig. 1; 2:18-20 ("A high gas pressure P is

advantageous, however, for creating a high density of excited atoms in the laser.")

(Ex. 1206).  As shown, the magnetic field "B" is perpendicular to the long axis of

the tube 10.  Angelbeck at 2:50-51 ("The magnetic field passes transversely

through the gas filled gas tube 10 as shown by lines "B.")  (Ex. 1206).  As

explained above with respect to Ground I, it was well known that such transverse

magnetic field traps electrons.  Pinsley at 2:43-60 ("As is known, the interaction

between the current and the magnetic field will result in an upstream force as

indicated by the force vector 32. ***This force is exerted upon the electrons, and***

***tends to maintain the electrons in an area between the anode and cathode***. …

Thus, the plasma established by the electric field between the anode 18 and cathode

19 is maintained in an area substantially between the pole pieces 24, 26.") (Ex.

1205).  *See also*  Kortshagen Decl. ¶ 119 (Ex. 1202).

It would have been obvious to combine Angelbeck's transverse magnetic

field with Iwamura's first plasma generation unit or the combination of the pre-

excitation unit with the first plasma generation unit. *Id.* at ¶ 120 (Ex. 1202).

Angelbeck teaches that "[i]t has been found that a transverse magnetic field applied to a DC discharge gas laser increases the electron temperature and hence the efficiency of excitation of the upper laser level, thereby resulting in higher light and power output for a given geometry of gas laser." Angelbeck at 1:36-41 (Ex. 1206). Specifically, "[u]p to 100 % increase in power has been measured using this technique." *Id.* at 2:66-67 (Ex. 1206). One of ordinary skill in the art would have also been motivated use the transverse magnetic field in Iwamura to trap electrons in order to increase the efficiency of excitation. Kortshagen Decl. ¶ 120 (Ex. 1202).

Moreover, as explained above with respect to Ground I, it was well-known to one skilled in the art that plasma generation and gas lasers are analogous fields. Kudryavtsev at 30, left col, ¶ 1 ("The study of ionization relaxation in a plasma when the external electric field suddenly increases is of great importance in many areas of gas discharge physics and its application. Interest in ionization relaxation in inert gas discharges has been stimulated recently by the rapid development of excimer lasers excited by pulsed electrical discharges… ."); 34, right col, ¶ 4 ("[s]ince the effects studied in this work are characteristic of ionization whenever a field is suddenly applied to a weakly ionized gas, they must be allowed for when studying emission mechanisms in pulsed gas lasers…") (Ex. 1204). *See also*

Kortshagen Decl. ¶ 121 (Ex. 1202).

### c)   Limitation (b): *"generating a volume of metastable atoms from the volume of ground state atoms."*

The '779 Patent discloses that "[t]he term 'metastable atoms' is defined herein to mean excited atoms having energy levels from which dipole radiation is theoretically forbidden.  Metastable atoms have relatively long lifetimes compared with other excited atoms."  '779 Patent at 7:22-25 (Ex. 1201).  The '779 Patent further teaches that "[a]ll noble gases have metastable states."  '779 Patent at 7:37-39 (Ex. 1201).

Iwamura discloses that the supplied gas may be, for example, helium or argon.  Iwamura at 7:48-50 ("an inert gas such as helium or argon is introduced through gas supply 20 to replace the air in treatment chamber 10.") (Ex. 1207).  Both helium and argon are noble gases.  Kortshagen Decl. ¶ 123 (Ex. 1202).

The first plasma generation unit or the combination of the preexcitation unit with the first plasma generation unit can generate excited atoms from the ground state atoms received from the feed gas source.  *Id.* at ¶ 124 (Ex. 1202).  Moreover, because Iwamura utilized noble gases, Iwamura discloses generating metastable atoms.  *Id.* (Ex. 1202).

Iwamura discloses multiple embodiments for creating metastable atoms, but the method for creating the metastable atoms is not critical for Iwamura's invention; *e.g.*, independent claims 1 and 2 in Iwamura do not recite a UV or

microwave energy source.  Kortshagen Decl. ¶ 125 (Ex. 1202).

As noted above, the '779 Patent does not indicate that a metastable atom source with magnets has any special value over other methods.  The '779 Patent specification indicates that there were many other ways from the ways identified, and at least three (3) of those ways were identified in Iwamura.  Kortshagen Decl. ¶ 126 (Ex. 1202).

Thus, based on Iwamura's disclosure of non-critical alternatives for generating metastable atoms, one of ordinary skill would have understood that other systems for creating metastable atoms could be used.  Kortshagen Decl. ¶ 127 (Ex. 1202).

> **d)      Limitation (c)(1): "raising an energy of the metastable atoms so that at least a portion of the volume of metastable atoms is ionized"**

Iwamura discloses electrodes for generating a plasma within a chamber that receives metastable atoms.  These electrodes are coupled to a high-frequency power supply.  Iwamura at 7:44-46 ("Upper electrode 30a is connected to a second high-frequency power supply 34, and lower electrode 30b is grounded.") (Ex. 1207).

The power supply coupled to the electrodes of Iwamura's plasma chamber provides energy to the metastable atoms within the chamber.  Iwamura at 9:8-12 ("Furthermore, in downstream plasma region B, in the vicinity of semiconductor

wafer 1, it is possible to increase the density of activated gas species and their

excitation levels using the gas activated upstream, while imparting a small amount

of energy."); Iwamura at 9:24-29 ("in plasma region B in the vicinity of

semiconductor wafer 1, using the gas activated upstream while imparting a low

power, it is still possible to increase the density of activated gas species and their

excitation levels, allowing more efficient treatment without causing wafer

damage."); Iwamura at Fig. 1 (Ex. 1207).  A plasma is generated within the

chamber.  Iwamura at 8:4-7 ("In a plasma region B between second pair of plasma

generation electrodes 30, the activated helium gas is further activated, generating a

plasma at or about atmospheric pressure.") (Ex. 1207).  Kortshagen Decl. ¶ 129

(Ex. 1202).  Accordingly, the energy source raises the energy of excited atoms and

ionizes them.  *Id.*  (Ex. 1202).  Iwamura therefore teaches this portion of limitation

(c). *Id.*  (Ex. 1202).

> ### e)  Limitation (c)(2): *"thereby generating a plasma with a multi-step ionization process"*

As explained above with respect to the preamble of claim 30, Iwamura

teaches this portion of limitation (c).  *Id.* at ¶¶ 108-118, 130 (Ex. 1202).

> ## 2.  Independent claim 40

> ### a)  The preamble: *"[a] method for generating a plasma with a multi-step ionization process, the method comprising."*

The preamble of claim 40 is identical to the preamble of claim 30.

Accordingly, Iwamura teaches this limitation.  *Id.* at ¶¶ 108-118, 131 (Ex. 1202).

> **b)** **Limitation (a): "*generating a magnetic field proximate to a volume of ground state molecules to substantially trap electrons proximate to the volume of ground state molecules.*"**

Limitation (a) of claim 40 is identical to limitation (a) of claim 30, except limitation (a) of claim 40 recites "molecules" instead of "atoms." Iwamura discloses use of molecules, such as $O_2$ and $CF_4$, in addition to atoms, such as He. Iwamura at 8:10-31 ("…then a treatment gas is added to the helium gas supplied through gas supply 20… the treatment gas may be molecular oxygen ($O_2$)… carbon tetrafluoride ($CF_4$) may be used.") (Ex. 1207). *See also* Kortshagen Dec. ¶¶ 132 (Ex. 1202). Accordingly, Iwamura and Angelbeck teach this limitation. *Id.* at ¶¶ 119-121, 132 (Ex. 1202).

> **c)** **Limitation (b): "*generating a volume of metastable molecules from the volume of ground state molecules.*"**

Limitation (b) of claim 40 is identical to limitation (b) of claim 30, except limitation (b) of claim 40 recites "molecules" instead of "atoms." As explained above with respect to limitation (a) of claim 40, Iwamura teaches the use of molecules, such as $O_2$ and $CF_4$ gas. Kortshagen Decl. ¶¶ 133 (Ex. 1202). It was well known that molecular oxygen, $O_2$, also possesses metastable states. *Id.* *See also* Gousset at 291, right col. ("… large relative populations of atoms and $O_2$ (a $^1\Delta$) metastable molecules have been experimentally detected under such conditions….") (Ex. 1216). Accordingly, Iwamura teaches this limitation. Kortshagen Decl. ¶¶ 122-127, 133 (Ex. 1202).

**d)     Limitation (c): "raising an energy of the metastable molecules so that at least a portion of the volume of metastable molecules is ionized, thereby generating a plasma with a multi-step ionization process."**

Limitation (c) of claim 40 is identical to limitation (c) of claim 30, except limitation (c) of claim 40 recites "molecules" instead of "atoms." As explained above with respect to limitation (a) of claim 40, Iwamura teaches the use of $O_2$ molecules which can be excited to metastable states. It was also well known that metastable oxygen molecules can become ionized. *See* Gousset at Fig. 6 ("Weighted electron rate coefficient for ionization… $O_2$ (a $^1\Delta$), chain curve…") (Ex. 1216). Accordingly, Iwamura teaches this limitation. Kortshagen Decl. ¶¶ 128-130, 134 (Ex. 1202).

### 3.   Dependent claims 31-33, 35, and 37

**Claim 31** depends from claim 30, and recites: "wherein the volume of ground state atoms comprise a volume of noble gas atoms."

Iwamura discloses that the supplied gas may be, for example, helium or argon. Iwamura at 7:48-50 ("an inert gas such as helium or argon is introduced through gas supply 20 to replace the air in treatment chamber 10.") (Ex. 1207). Both helium and argon are noble gases. Iwamura thus teaches the limitation added by claim 31. Kortshagen Decl. ¶ 136 (Ex. 1202).

**Claim 32** depends from claim 30, and recites: "wherein the generating the volume of metastable atoms comprises generating a discharge that excites at least a

portion of the ground state atoms in the volume of ground state atoms to a metastable state."

As explained above with respect to claim 30, Iwamura discloses exciting noble gases, which have metastable states. *Id.* at ¶ 138 (Ex. 1202). Moreover, as explained above with respect to claim 30, the first plasma generation unit or the combination of the pre-excitation unit with the first plasma generation unit can generate excited or metastable atoms. *Id.* In addition, "the first plasma generation unit may include a first pair of electrodes and a first alternating current power source connected across the first pair of electrodes...." Iwamura at 2:66 – 3:2 (Ex. 1207).

**Claim 33** depends from claim 30, and recites: "wherein the generating the magnetic field proximate to the volume of ground state atoms increases excitation of at least a portion of the ground state atoms in the volume of ground state atoms to a metastable state."

As explained above with respect to claim 30, Pinsley generates a magnetic field that traps electrons proximate to ground state atoms in an area between its anode and cathode. Pinsley at 2:43-60 ("As is known, the interaction between the current and the magnetic field will result in an upstream force as indicated by the force vector 32. This force is exerted upon the electrons, and tends to maintain the electrons in an area between the anode and cathode.) (Ex. 1205); *see also*

Kortshagen Decl. ¶ 140 (Ex. 1202). In other words, by having a magnetic field, Pinsley traps electrons, which increases the density of the electrons between the anode and the cathode. *Id.*

It was well known that the increased electron density would lead to increased collisions of the electrons with feed gas to generate additional excited or metastable atoms, thereby increasing the excitation rate of the ground state atoms to an excited/metastable state. *Id.* at ¶ 141 (Ex. 1202). For example, Kudryavtsev shows in Equation (2) that increased density of electrons ($n_e$) would lead to an increased amount of collision with the ground state atoms ($n_1 n_e k_{12}$), which in turn would lead to an increased excitation rate of excited atoms ($\frac{\partial n_2}{\partial t}$). *Id.* (Ex. 1202).

$$\frac{\partial n_2}{\partial t} = n_1 n_e k_{12} - n_2 n_e k_{21} - n_2 n_e \beta_{2e} - n_2 n_e \beta_{st} - n_2 A_{21} \theta_{21} - \nabla \Gamma_2. \quad (2)$$

Accordingly, the combination of Iwamura and Pinsley teaches the limitations added by claim 33. *Id.* at ¶ 142 (Ex. 1202).

**Claims 35 and 37** both depend from claim 30. Claim 35 recites: "wherein the raising the energy of the metastable atoms comprises exposing the metastable atoms to an electric field." Claim 37 recites: "wherein the raising the energy of the metastable atoms comprises exposing the metastable atoms to a plasma."

Iwamura discloses electrodes for generating a plasma within a chamber that receives the metastable atoms. *Id.* at ¶ 144 (Ex. 1202). These electrodes are

coupled to a high-frequency power supply. Iwamura at 7:44-46 ("Upper electrode 30a is connected to a second high-frequency power supply 34, and lower electrode 30b is grounded.") (Ex. 1207). It is well known that a voltages applied between a gap produces an electric field. Kortshagen Decl. ¶ 144 (Ex. 1202).

The power supply coupled to the electrodes of Iwamura's plasma chamber provides energy to the metastable atoms within the chamber. Iwamura at 9:8-12 ("Furthermore, in downstream plasma region B, in the vicinity of semiconductor wafer 1, it is possible to increase the density of activated gas species and their excitation levels using the gas activated upstream, while imparting a small amount of energy."); Iwamura at 9:24-29 ("in plasma region B in the vicinity of semiconductor wafer 1, using the gas activated upstream while imparting a low power, it is still possible to increase the density of activated gas species and their excitation levels, allowing more efficient treatment without causing wafer damage."); Iwamura at Fig. 1 (Ex. 1207). A plasma is generated within the chamber. Iwamura at 8:4-7 ("In a plasma region B between second pair of plasma generation electrodes 30, the activated helium gas is further activated, generating a plasma at or about atmospheric pressure.") (Ex. 1207). Thus, metastable atoms are exposed to a plasma. Kortshagen Decl. ¶ 145 (Ex. 1202).

### E.     Ground V:  Claims 34, and 39 are obvious in view of the combination of Iwamura, Angelbeck, and Wells

**Claims 34 and 39** both depend from claim 30.  Claim 34 recites: "wherein

the generating the volume of metastable atoms comprises generating an electron

beam that excites at least a portion of the ground state atoms in the volume of

ground state atoms to a metastable state."   Claim 39 recites:  "wherein the raising

the energy of the metastable atoms comprises exposing the metastable atoms to an

electron source."

Exciting atoms with an electron beam from an electron gun was a well-

known manner of generating exciting atoms prior to the '779 patent.  Kortshagen

Decl. ¶ 147 (Ex. 1202).  For example, as early as 1983, Wells disclosed a laser

system which produced excited and metastable state atoms using an electron beam

generated by an electron gun.  Wells at 13:16-23 ("The pumping means typically

comprises ***external means 13 for bringing the first gas from the X(1) state to an***

***excited metastable state X(2)***. Such means may comprise means 13 for

bombarding the gas with electrons, which ***typically comprises external means 13,***

***such as an electron gun***, for generating an electron beam 16"); *see also* Wells at

1:6-13 ("[t]he system produces a high population density of long lived excited

atoms") (Ex. 1208).

One of ordinary skill would have been motivated to combine Wells with

Iwamura.  Kortshagen Decl. ¶ 148 (Ex. 1202).  Wells discloses that electron gun is

but one, among many different, mechanism "for bringing the first gas from the

X(1) state to an excited metastable state X(2)."  Wells at 13:16-18 (Ex. 1208).  For

example, Wells discloses "fast burst nuclear reactor, …electric discharge,

radiation, thermal, or chemical means" as some other suitable excitation

mechanism.  Wells at 13:16-32 (Ex. 1208).  Accordingly, it would have been

obvious to one of ordinary skill in the art to utilize the electron gun described in

Wells instead of the UV or microwave mechanism utilized by Iwamura for

generating excited or metastable atoms.  Kortshagen Decl. ¶ 148 (Ex. 1202).

Claims 34 and 39 merely claim a structure already known in the prior art that is

altered by mere substitution of one well-known element for another well-known

element in the field, to yield predictable results.  *Id.* (Ex. 1202).

### F.     Ground VI:  Claim 36 would have been obvious in view of the combination of Iwamura, Angelbeck and Lovelock

**Claim 36** depends from claim 30, and recites:  "wherein the raising the

energy of the metastable atoms comprises exposing the metastable atoms to X-ray

radiation."  Ionizing gases using X-ray radiation was well-known prior to the '779

patent.  For example, Lovelock discloses that "ionisation means may take the form

of  a corona discharge device constituted by the anode and cathode…[and o]ther

forms of ionisation means can also be used such as radioactive sources, ultraviolet

sources, or external ***X-ray*** or gamma-ray ***sources***." Lovelock at 2:27-34  (Ex.

1215).  One of ordinary skill would have been motivated to combine Lovelock

with Iwamura.  For example, both Iwamura and Lovelock are directed to methods

of ionizing gases. *See e.g.,* Iwamura at 8:19-20 ("thus, activated gas species such

as oxygen ions and oxygen radicals present in plasma region B….") (Ex. 1207);

*see also* Lovelock at 3:27-53 ("The corona discharge established between the

anode 13 and cathode 10 by the pulse source 16 causes ionisation of any impurity

atoms or molecules within the main gas stream either directly or by first generating

helium metastable atoms and helium ions which subsequently collide with and

ionise any impurities.") (Ex. 1215).

   In fact, Iwamura itself teaches that additional energy sources to generate

plasma may provide further advantages, such as further increase in density and

easier plasma generation.  Iwamura at 10:10-25 ("the device of the third

embodiment is further provided with an ultraviolet lamp 60 which emits light, for

example ultraviolet light, toward plasma region B… By means of this ultraviolet

radiation, the excitation level of the gas in its activated state introduced into plasma

region B can be made still higher.  Furthermore, it is possible to increase the

density of activated gas species and their excitation levels in plasma region B.

Moreover, by irradiating ultraviolet radiation toward the plasma region B from

ultraviolet lamp 60, it is also possible to make the startup generation of the plasma

in plasma region B easier.") (Ex. 1207).  Kortshagen Decl. ¶ 152. (Ex. 1202).

   Claim 36 merely claims a structure already known in the prior art that is

altered by mere modification of one well-known element with another well-known

element in the field, to yield predictable results.  *See* Lovelock at 4:54 – 5:4 ("It

will be appreciated that various modifications can be made to the described form of purifier.  Thus, instead of providing an ionising source in the form of a corona discharge device, other forms of ionising source could be employed such as, for example, a radioactive source located within the cathode 10, an ultraviolet source generated by a subsidiary discharge, an external X-ray or gamma-ray source."); and 2:32-34 ("Other forms of ionisation means can also be used such as radioactive sources, ultraviolet sources, or external X-ray or gamma-ray sources.")  (Ex. 1215).   Accordingly, it would have been obvious to utilize X-ray radiation to generate electrons so that they collide with and raise the energy of the metastable atoms provided by Iwamura's metastable atom source.  Kortshagen Decl. ¶ 153 (Ex. 1202).

## IX.    CONCLUSION

Based on the foregoing, claims 30-40 of the '779 Patent recite subject matter that is unpatentable.  The Petitioner requests institution of an *inter partes* review to cancel these claims.

Respectfully Submitted,

__/Michael A. Diener/_____

Michael A. Diener; Registration No. 37,122

Yung-Hoon Ha; Registration No. 56,368

## Table of Exhibits for U.S. Patent 6,805,779 Petition for *Inter Partes* Review

| Exhibit | Description |
|---------|-------------|
| 1201 | U.S. Patent No. 6,805,779 ("'779 Patent") |
| 1202 | Kortshagen Declaration ("Kortshagen Decl.") |
| 1203 | D.V. Mozgrin, *et al*, High-Current Low-Pressure Quasi-Stationary Discharge in a Magnetic Field: Experimental Research, Plasma Physics Reports, Vol. 21, No. 5, 1995 ("Mozgrin") |
| 1204 | A. A. Kudryavtsev and V.N. Skerbov, Ionization relaxation in a plasma produced by a pulsed inert-gas discharge, Sov. Phys. Tech. Phys. 28(1), pp. 30-35, January 1983 ("Kudryavtsev") |
| 1205 | U.S. Patent No. 3,761,836 ("Pinsley") |
| 1206 | U.S. Patent No. 3,514,714 ("Angelbeck") |
| 1207 | U.S. Patent No. 5,753,886 ("Iwamura") |
| 1208 | File History for U.S. Patent No. 6,805,779, Office Action dated February 11, 2004 ("02/11/04 Office Action") |
| 1209 | File History for U.S. Patent No. 6,805,779, Response dated May 6, 2004 ("05/06/04 Response") |
| 1210 | European Patent Application No. 1614136, Response dated July 24, 2007 (07/24/07 Response in EP 1614136) |
| 1211 | J. Vlček, A collisional-radiative model applicable to argon discharges over a wide range of conditions. I: Formulation and basic data, J. Phys. D: Appl. Phys. 22 (1989) pp. 623-631, Printed in the UK |
| 1212 | J. Vlček, A collisional-radiative model applicable to argon discharges over a wide range of conditions. II: Application to low-pressure, hollow-cathode arc and low-pressure glow discharges, J. Phys. D: Appl. Phys. 22 (1989) pp. 632-643, Printed in the UK |
| 1213 | U.S. Patent No. 6,661,178 ("Bertrand") |

i

| Exhibit | Description |
|---------|-------------|
| 1214 | PCT Pat. Pub. No. WO 83/01349 ("Wells") |
| 1215 | European Pat. Pub. No. EP 0 242 028 ("Lovelock") |
| 1216 | G. Gousset et al., "Electron and heavy-particle kinetics in the low pressure oxygen positive column," J. Phys. D: Appl. Phys. Vol. 24 (1991) pp. 290-300 ("Gousset") |

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2014, I caused a true and correct copy of the foregoing materials:

- Petition for Inter Partes Review of U.S. Patent No. 6,805,779 Under 35 U.S.C. § 312 and 37 C.F.R. § 42.104
- Exhibits 1201-1216
- List of Exhibits for Petition for Inter Partes Review of U.S. Patent No. 6,805,779  (Ex. 1201-1216)
- Power of Attorney

to be served via Express Mail on the following attorney of record as listed on PAIR:

Kurt Rauschenbach
Rauschenbach Patent Law Group, LLC
P.O. BOX 849
Franconia, NH 03580

/Michael A. Diener/
_____
Michael A. Diener
Registration No. 37,122