IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TSMC TECHNOLOGY, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LIMITED and TSMC NORTH AMERICA CORP., <br><br> Plaintiffs, <br><br> v. <br><br> ZOND, LLC, <br><br> Defendant. | Civil Action No. 14-cv-00721-LPS |

**STIPULATION TO EXTEND TIME TO FILE REPLY BRIEF**

WHEREAS, Pursuant to the Local Rules of this Court, Plaintiffs' Reply Brief in support of their Motion to Enjoin Zond, LLC from Maintaining an Action in the District Court of Massachusetts (the "Plaintiffs' Reply Brief") is currently due on or before July 18, 2014, and

WHEREAS, Pursuant to the Local Rules of this Court, Plaintiffs' Answering Briefs in Opposition to Defendant Zond, LLC's Motion to Dismiss, and Zond, LLC's Motion to Transfer Venue of This Action to the District of Massachusetts Pursuant to 28 U.S.C. § 1404(a) (the "Plaintiffs' Answering Briefs") are due on or before July 25, 2014; and

WHEREAS, some of the issues to be addressed in the Plaintiffs' Reply Brief overlap with issues to be addressed in the Plaintiffs' Answering Briefs; :

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of this Court, that Plaintiffs' time to file Plaintiffs' Reply Brief is hereby extended to July 25, 2014.

Dated:  July 11, 2014

| **DUANE MORRIS LLP** | **BAYARD, P.A.** |
|---|---|
| */s/ Richard L. Renck* | /s/ Stephen B. Brauerman |
| Richard L. Renck (No. 3893) | Richard D. Kirk (No. 0922) |
| 222 Delaware Avenue, Suite 1600 | Stephen B. Brauerman (No. 4952) |
| Wilmington, DE 19801-1659 | Vanessa R. Tiradentes (No. 5398) |
| (302) 657-4900 | Sara E. Bussiere (No. 5725) |
| Email: rlrenck@duanemorris.com | 222 Delaware Avenue, Suite 900 |
|  | P.O. Box 25130 |
| *Attorneys for Plaintiffs TSMC Technology, Inc., Taiwan Semiconductor Manufacturing Company, Limited and TSMC North America Corp.* | Wilmington, DE 19801 |
|  | (302) 655-5000 |
|  | Email:  rkirk@bayardlaw.com |
|  | Email:  sbrauerman@bayardlaw.com |
|  | Email:  vtiradentes@bayardlaw.com |
|  | Email:  sbussiere@bayardlaw.com |
|  | *Attorneys for Defendant Zond, LLC* |
| Of Counsel: | Of Counsel: |
| L. Norwood Jameson | David C. Radulescu |
| David Dotson | Tigran Vardanian |
| **DUANE MORRIS LLP** | Robin M. Davis |
| 1180 W. Peachtree St., Suite 700 | RADULESCU LLP |
| Atlanta, GA 30309 | 136 Madison Avenue |
| Phone:  (404) 253-6900 | 6th Floor |
| Facsimile: (404) 253-6901 | New York, NY 10016 |
| Email: wjameson@duanemorris.com | (646) 502-5950 |
| Email: dcdotson@duanemorris.com | Email:  david@radulescullp.com |
|  | Email:  tigran@radulescullp.com |
| Anthony J. Fitzpatrick | Email:  robin@radulecullp.com |
| Patricia R. Rich |  |
| **DUANE MORRIS LLP** |  |
| 100 High Street, Suite 2400 |  |
| Boston, MA 02110-1724 |  |
| Telephone (857) 488-4200 |  |
| Facsimile: (857) 401-3018 |  |
| Email: ajfitzpatrick@duanemorris.com |  |
| Email: prrich@duanemorris.com |  |

Richard C Kim
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: (619) 744-2200
Facsimile: (619) 744-2201
Email: rckim@duanemorris.com

R. Terry Parker
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 1036-4086
Telephone: (212) 692 1000
Facsimile: (212) 692 1020
Email: tparker@duanemorris.com

Aleksander J. Goranin
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone:  1 215 979 1000
Facsimile:  1 215 754 4683
Email:  agoranin@duanemorris.com

      SO ORDERED THIS _____ day of _____,

 2014.

                                       _____
                                       United States District Judge