# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TSMC TECHNOLOGY, INC., *et al.*, | |
|     Plaintiffs, | |
| v. | C.A. No. 14-721-LPS |
| ZOND, LLC, | |
|     Defendant. | |

**DECLARATION OF ROBIN M. DAVIS IN SUPPORT OF ZOND, LLC'S REPLY BRIEF IN SUPPORT OF ZOND LLC'S MOTION TO TRANSFER VENUE OF THIS ACTION TO THE DISTRICT OF MASSACHUSETTS PURSUANT TO 28 U.S.C. §1404(a)**

I, Robin M. Davis, declare and state as follows:

1. I am an attorney with the law firm Radulescu LLP and a member of the State Bar of New York. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter from Anthony Fitzpatrick to David Radulescu, dated October 23, 2013.

3. Attached hereto as Exhibit 2 is a true and correct copy of a letter from Anthony Fitzpatrick to Tigran Vardanian and Robin Davis, dated July 18, 2014.

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter from Robin Davis to Anthony Fitzpatrick, dated July 23, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 4, 2014

                                                                       /s/ *Robin M. Davis*
                                                                       Robin M. Davis

{BAY:02550159v1}1