# Exhibit 1

Duane Morris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE
MUSCAT, OMAN
"A GCC REPRESENTATIVE OFFICE OF DUANE MORRIS"

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

ANTHONY J. FITZPATRICK
DIRECT DIAL: +1 857 488 4220
PERSONAL FAX: +1 857 401 3018
*E-MAIL:* ajfitzpatrick@duanemorris.com

*www.duanemorris.com*

October 23, 2013

VIA E-MAIL

David C. Radulescu, Ph.D.
Radulescu LLP
136 Madison Ave., 6th Floor
New York NY 10016

**Re: Zond, Inc. v. Fujitsu Semiconductor Ltd., et al.**
**Civil Action No. 13-11634-WGY (D. Mass.)**

Dear Mr. Radulescu:

As you know, this firm represents the four TSMC defendants in the above-referenced action. We write to bring to your attention certain mistakes regarding some of the allegations in Plaintiff's Second Amended Complaint and to seek your agreement on a more efficient way of moving forward with this litigation by eliminating unnecessary parties.

The Second Amended Complaint groups the TSMC defendants as if they were a single entity. By grouping the TSMC Defendants in this manner, Plaintiff attributes conduct to each that reflects a misunderstanding as to what each of the various TSMC defendants does. It appears that this misunderstanding has led Plaintiff to mistakenly name TSMC Development, Inc. ("TDI") and WaferTech, LLC ("WaferTech") as defendants in this litigation.

First, TDI is a holding company, and not an operating company. As such, TDI is incapable of the conduct attributed to it in the Second Amended Complaint. TDI does not design or make semiconductor products, nor does it use, offer to sell, sell, or import such products. We attach as Exhibit A for your reference an excerpt from TSMC Ltd.'s 2012 Annual Report, in which TDI's role as an investment entity is referenced at page 113.

Second, while WaferTech does manufacture semiconductor products, it does not manufacture products with 28 or 20 nanometer nodes as alleged in the Second Amended Complaint. Nor does WaferTech use, offer to sell, sell, or import semiconductor products that contain 28 or 20 nanometer nodes. On the contrary, the smallest nodes in products manufactured

by WaferTech are 0.14 microns, or 140 nanometers. *See* http://www.wafertech.com/Tech/Current/ (copy attached as Exhibit B).

All this being so, we assume that Plaintiff's naming of TDI and WaferTech as defendants in this case was a mistake. We request that Plaintiff stipulate to dismissal of both TDI and WaferTech as defendants in this case. Doing so is in the interests of all parties, as well as the Court, because it will eliminate substantial discovery and other litigation activity, and thereby significantly streamline the case. Please let us know by October 30, 2013, whether Plaintiff will so stipulate. If Plaintiff will not do so, TDI and WaferTech reserve all of their rights.

Very truly yours,

Anthony J. Fitzpatrick

AJF:kd
Enclosures

cc: David S. Godkin, Esq.
DM2\4526792.1

# Exhibit A

# 8. Subsidiary Information and Other Special Notes

## 8.1 Subsidiaries

### 8.1.1 TSMC Subsidiaries Chart

As of 12/31/2012




Remarks: TSMC Guang Neng Investment, Ltd was established in January 2012.

### 8.1.2 Business Scope of TSMC and Its Subsidiaries

TSMC and its subsidiaries strive to provide the best foundry services in the industry. Sales or engineering support offices in North America, Europe, Japan, China, and South Korea are dedicated to servicing TSMC customers worldwide. WaferTech in the United States and TSMC China Company Limited provide additional 8-inch wafer capacity. Other subsidiaries support the Company's core foundry business with related services such as design service and back-end assembly and test services, and invest in start-up companies involved in design, manufacturing, and other related businesses in the semiconductor industry. Beginning in 2010, TSMC's subsidiaries also engage in the researching, developing, designing, manufacturing and selling of solid state lighting devices and related products and systems, and solar-related technologies and products.

### 8.1.3 TSMC Subsidiaries

Unit: NT(USD, EUR, JPY, KRW, RMB, CAD)$ thousands

As of 12/31/2012

| Company | Date of Incorporation | Place of Registration | Capital Stock | | Business Activities |
|---|---|---|---|---|---|
| TSMC North America | Jan. 18, 1988 | San Jose, California, U.S. | US$ | 11,000 | Selling and marketing of integrated circuits and semiconductor devices |
| TSMC Europe B.V. | Mar. 04, 1994 | Amsterdam, the Netherlands | EUR | 100 | Marketing and engineering supporting activities |
| TSMC Japan Limited | Sep. 10, 1997 | Yokohama, Japan | JPY | 300,000 | Marketing activities |
| TSMC Korea Limited | May 02, 2006 | Seoul, Korea | KRW | 400,000 | Customer service and technical supporting activities |
| TSMC China Company Limited | Aug. 04, 2003 | Shanghai, China | RMB | 4,502,080 | Manufacturing and selling of integrated circuits at the order of and pursuant to product design specifications provided by customers |
| TSMC Technology, Inc. | Feb. 20, 1996 | Delaware, U.S. | US$ | 0.001 | Engineering support activities |
| InveStar Semiconductor Development Fund, Inc. | Sep. 10, 1996 | Cayman Islands | US$ | 811 | Investing in new start-up technology companies |
| InveStar Semiconductor Development Fund, Inc. (II) LDC. | Aug. 25, 2000 | Cayman Islands | US$ | 14,578 | Investing in new start-up technology companies |
| TSMC Development, Inc. | Feb. 16, 1996 | Delaware, U.S. | US$ | 0.001 | Investment activities |
| WaferTech, LLC | Jun. 03, 1996 | Washington, U.S. | US$ | 280,000 | Manufacturing, selling, testing and computer-aided designing of integrated circuits and other semiconductor devices |
| TSMC Partners, Ltd. | Mar. 26, 1998 | Tortola, British Virgin Islands | US$ | 988,268 | Investing in companies involved in the design, manufacture, and other related business in the semiconductor industry |
| TSMC Design Technology Canada Inc. | May 28, 2007 | Ontario, Canada | CAD | 2,434 | Engineering support activities |
| TSMC Global Ltd. | Jul. 13, 2006 | Tortola, British Virgin Islands | US$ | 1,284,000 | Investment activities |
| Xintec Inc. | Sep. 11, 1998 | Taoyuan, Taiwan | NT$ | 2,362,079 | Wafer level chip size packaging service |
| Mutual-Pak Technology Co., Ltd. | Mar. 22, 2006 | Taipei, Taiwan | NT$ | 268,184 | Manufacturing and selling of electronic parts and researching, developing and testing of RFID |
| Emerging Alliance Fund, L.P. | Jan. 10, 2001 | Cayman Islands | US$ | 24,507 | Investing in new start-up technology companies |
| VentureTech Alliance Fund II, L.P. | Feb. 27, 2004 | Cayman Islands | US$ | 18,106 | Investing in new start-up technology companies |
| VentureTech Alliance Fund III, L.P. | Mar. 25, 2006 | Cayman Islands | US$ | 115,111 | Investing in new start-up technology companies |
| Growth Fund Limited | May 30, 2007 | Cayman Islands | US$ | 1,830 | Investing in new start-up technology companies |
| VentureTech Alliance Holdings, LLC | Apr. 25, 2007 | Delaware, U.S. | | N/A | Investing in new start-up technology companies |
| TSMC Solar Ltd. | Aug. 16, 2011 | Tai-Chung, Taiwan | NT$ | 11,341,000 | Researching, developing, designing, manufacturing and selling renewable energy and energy saving related technologies and products |
| TSMC Solar North America, Inc. | Sep. 03, 2010 | Delaware, U.S. | US$ | 1 | Selling and marketing of solar related products |
| TSMC Solar Europe B.V. | Sep. 29, 2010 | Amsterdam, the Netherlands | EUR | 100 | Investing in solar related business |
| TSMC Solar Europe GmbH | Dec. 17, 2010 | Hamburg , Germany | EUR | 100 | Selling of solar related products and providing customer service |
| TSMC Solid State Lighting Ltd. | Aug. 16, 2011 | Hsin-Chu, Taiwan | NT$ | 4,530,000 | Researching, developing, designing, manufacturing and selling solid state lighting devices and related products and systems |
| TSMC Lighting North America, Inc. | Sep. 03, 2010 | Delaware, U.S. | US$ | 1 | Selling and marketing of solid state lighting related products |
| TSMC Guang Neng Investment, Ltd. | Jan. 19, 2012 | Taipei, Taiwan | NT$ | 100,000 | Investment activities |

## 8.1.4 Common Shareholders of TSMC and Its Subsidiaries with Actual of Deemed Control: None.

## 8.1.5 Rosters of Directors, Supervisors, and Presidents of TSMC's Subsidiaries

Unit: NT$(USD/EUR), except shareholding

As of 12/31/2012

| Company | Title | Name | Shareholding | |
|---|---|---|---|---|
| | | | Shares (Investment Amount) | % (Investment Holding%) |
| TSMC North America | Director<br>Director<br>President | Jason Chen<br>Rick Cassidy<br>Rick Cassidy | -<br>-<br>-<br>TSMC holds 11,000,000 shares | -<br>-<br>-<br>100% |
| TSMC Europe B.V. | Director<br>Director<br>Director<br>President | Jason Chen<br>Wendell Huang<br>Maria Marced<br>Maria Marced | -<br>-<br>-<br>-<br>TSMC holds 200 shares | -<br>-<br>-<br>-<br>100% |
| TSMC Japan Limited | Director<br>Director<br>Supervisor<br>President | Jason Chen<br>Makoto Onodera<br>Lora Ho<br>Makoto Onodera | -<br>-<br>-<br>-<br>TSMC holds 6,000 shares | -<br>-<br>-<br>-<br>100% |
| TSMC Korea Limited | Director<br>Director<br>Director | Shing-Wha Lin<br>Chih-Chun Tsai<br>Wendell Huang | -<br>-<br>-<br>TSMC holds 80,000 shares | -<br>-<br>-<br>100% |
| TSMC China Company Limited | Chairman<br>Director<br>Director<br>Supervisor<br>President | F.C. Tseng<br>M.C. Tzeng<br>Jason Chen<br>Lora Ho<br>C.H. Chen | -<br>-<br>-<br>-<br>-<br>(TSMC's investment US$596,000,000) | -<br>-<br>-<br>-<br>-<br>(100%) |
| TSMC Technology, Inc. | Chairman<br>Director<br>Director<br>President | Lora Ho<br>Richard Thurston<br>Cliff Hou<br>Cliff Hou | -<br>-<br>-<br>-<br>TSMC Partners, Ltd. holds 10 shares | -<br>-<br>-<br>-<br>100% |
| InveStar Semiconductor Development Fund, Inc. | Director | Wendell Huang | -<br>TSMC Partners, Ltd. holds 786,907 shares | -<br>97.09% |
| InveStar Semiconductor Development Fund, Inc. (II) LDC. | Director | Wendell Huang | -<br>TSMC Partners, Ltd. holds 14,152,996 shares | -<br>97.09% |
| TSMC Development, Inc. | Chairman<br>Director<br>President | Lora Ho<br>Richard Thurston<br>Lora Ho | -<br>-<br>-<br>TSMC Partners, Ltd. holds 10 shares | -<br>-<br>-<br>100% |
| WaferTech, LLC | Director<br>Director<br>President | M.C. Tzeng<br>Steve Tso<br>Kuo-Chin Hsu | -<br>-<br>-<br>TSMC Development, Inc.holds 293,636,833 shares | -<br>-<br>-<br>100% |
| TSMC Partners, Ltd. | Director<br>Director<br>President | Lora Ho<br>Richard Thurston<br>Lora Ho | -<br>-<br>-<br>TSMC holds 988,268,244 shares | -<br>-<br>-<br>100% |
| TSMC Design Technology Canada Inc. | Director<br>Director<br>Director<br>President | Cliff Hou<br>Sreedhar Natarajan<br>Richard Thurston<br>Cliff Hou | -<br>-<br>-<br>-<br>TSMC Partners, Ltd. holds 2,300,000 shares | -<br>-<br>-<br>-<br>100% |
| TSMC Global Ltd. | Director<br>Director | Lora Ho<br>Richard Thurston | -<br>-<br>TSMC holds 1,284 shares | -<br>-<br>100% |

(Continued)

| Company | Title | Name | Shareholding | |
|---|---|---|---|---|
| | | | Shares (Investment Amount) | % (Investment Holding%) |
| Xintec Inc. | Chairman | Representative of TSMC: Robert Kuan | 94,950,005 shares | 40.20% |
| | Director | Representative of TSMC: C.C. Wei | 94,950,005 shares | 40.20% |
| | Director | Representative of TSMC: Lora Ho | 94,950,005 shares | 40.20% |
| | Director | Representative of OmniVision Investment Holding Inc.: Xiaoying Hong | 9,809,211 shares | 4.15% |
| | Director | Tzun Eing Chen | 882,350 shares | 0.37% |
| | Supervisor | Representative of VisEra Holding Company: Cheng Ho | 37,235,172 shares | 15.76% |
| | Supervisor | Representative of VisEra Holding Company: W.M. Sheng | 37,235,172 shares | 15.76% |
| | President | Robert Kuan | 0 shares | 0.00% |
| Mutual-Pak Technology Co., Ltd. | Chairman | Hsu-Tung Chen | 1,107,010 shares | 4.13% |
| | Director | Lewis Hwang | 2,508,000 shares | 9.35% |
| | Director | Reprsentative of VentureTech Alliance Fund III, L.P.: Juine-Kai Tseng | 15,643,347 shares | 58.33% |
| | Supervisor | Wei-Pong Lin | 30,000 shares | 0.11% |
| | President | Lewis Hwang | 2,508,000 shares | 9.35% |
| Emerging Alliance Fund, L.P. | None | None | (TSMC's investment US$24,384,811) | (99.5%) |
| VentureTech Alliance Fund II, L.P. | None | None | (TSMC's investment US$17,743,610) | (98%) |
| VentureTech Alliance Fund III, L.P. | None | None | (TSMC's investment US$57,840,721) | (50.25%) |
| | | | (TSMC Solar Ltd.'s investment US$56,090,001) | (48.73%) |
| Growth Fund Limited | None | None | (VentureTech Alliance Fund III, L.P.'s investment US$1,830,000) | (100%) |
| VentureTech Alliance Holdings, LLC | None | None | None | (100%) |
| TSMC Solar Ltd. | Chairman | Rick Tsai | 1,500,000 shares | 0.13% |
| | Director | F.C. Tseng | - | - |
| | Director | Richard Thurston | - | - |
| | Supervisor | Lora Ho | - | - |
| | | | TSMC holds 1,118,000,000 shares | 98.58% |
| | | | TSMC Guang Neng Investment, Ltd. holds 4,294,000 shares | 0.38% |
| | President | Ying-Chen Chao | 1,200,000 shares | 0.11% |
| TSMC Solar North America, Inc. | Director | Lora Ho | - | - |
| | Director | Richard Thurston | - | - |
| | President | Rick Tsai | - | - |
| | | | TSMC Solar Ltd. holds 1,000 shares | 100% |
| TSMC Solar Europe B.V. | Director | Lora Ho | - | - |
| | Director | Richard Thurston | - | - |
| | | | TSMC Solar Ltd. holds 200 shares | 100% |
| TSMC Solar Europe GmbH | Director | Rick Tsai | - | - |
| | Director | Lora Ho | - | - |
| | Director | Richard Thurston | - | - |
| | Director | Stephen Mckenery | - | - |
| | Director | Ying-Chen Chao | - | - |
| | | | TSMC Solar Europe B.V. holds 200 shares | 100% |
| TSMC Solid State Lighting Ltd. | Chairman | Rick Tsai | 1,500,000 shares | 0.33% |
| | Director | F.C. Tseng | - | - |
| | Director | Richard Thurston | - | - |
| | Supervisor | Lora Ho | - | - |
| | | | TSMC holds 430,400,000 shares | 95.01% |
| | | | TSMC Guang Neng Investment, Ltd. holds 3,419,500 shares | 0.75% |
| | President | Jacob Tarn | 1,100,000 shares | 0.24% |
| TSMC Lighting North America, Inc. | Director | Lora Ho | - | - |
| | Director | Richard Thurston | - | - |
| | President | Rick Tsai | - | - |
| | | | TSMC Solid State Lighting Ltd. holds 1,000 shares | 100% |
| TSMC Guang Neng Investment, Ltd. | Director | Lora Ho | - | - |
| | Director | Richard Thurston | - | - |
| | | | (TSMC's investment NT$100,000,000) | 100% |

## 8.1.6 Operational Highlights of TSMC Subsidiaries (Note)

Unit: NT$ thousands, except EPS ($)

As of 12/31/2012

| Company | Capital Stock | Assets | Liabilities | Net Worth | Net Sales | Income (Loss) from Operation | Net Income (Loss) | Basic Earning (Loss) Per Share |
|---|---|---|---|---|---|---|---|---|
| TSMC North America | 319,418 | 45,816,861 | 42,607,573 | 3,209,288 | 329,949,024 | 251,575 | 312,232 | 28.38 |
| TSMC Europe B.V. | 3,839 | 323,400 | 87,639 | 235,761 | 396,350 | 42,231 | 34,931 | 174,653.71 |
| TSMC Japan Limited | 100,560 | 190,387 | 47,975 | 142,412 | 271,084 | 12,294 | 3,786 | 631.02 |
| TSMC Korea Limited | 10,840 | 28,534 | 1,599 | 26,935 | 20,146 | 1,844 | 2,602 | 32.52 |
| TSMC China Company Limited | 20,979,693 | 24,868,744 | 6,982,430 | 17,886,314 | 15,846,546 | 4,483,920 | 4,757,121 | N/A |
| TSMC Technology, Inc. | 0.03 | 437,624 | 97,261 | 340,363 | 738,589 | 35,171 | 32,721 | 3,272,090.62 |
| InveStar Semiconductor Development Fund, Inc. | 23,536 | 271,037 | 37,592 | 233,445 | 87,483 | 73,766 | 73,740 | 93.72 |
| InveStar Semiconductor Development Fund, Inc. (II) LDC. | 423,304 | 313,560 | 159 | 313,401 | 2,257 | (3,564) | (3,564) | (0.25) |
| TSMC Development, Inc. | 0.03 | 17,549,612 | - | 17,549,612 | 4,253,142 | 4,270,444 | 4,269,368 | 426,936,768.69 |
| WaferTech, LLC | 8,130,640 | 8,656,151 | 747,096 | 7,909,055 | 8,008,777 | 2,218,336 | 4,216,650 | 14.36 |
| TSMC Partners, Ltd. | 28,697,333 | 38,635,609 | - | 38,635,609 | 5,089,829 | 5,089,586 | 5,088,931 | 5.15 |
| TSMC Design Technology Canada Inc. | 71,142 | 167,761 | 34,504 | 133,257 | 208,086 | 18,917 | 12,472 | 5.42 |
| TSMC Global Ltd. | 37,284,792 | 49,954,509 | 123 | 49,954,386 | 474,384 | 470,909 | 469,933 | 365,991.08 |
| Xintec Inc. | 2,362,079 | 6,029,008 | 2,172,281 | 3,856,727 | 3,139,385 | (82,101) | (91,177) | (0.39) |
| Mutual-Pak Technology Co., Ltd. | 268,184 | 74,268 | 15,543 | 58,725 | 24,703 | (39,094) | (42,056) | (2.03) |
| Emerging Alliance Fund, L.P. | 711,644 | 168,276 | 76 | 168,200 | 43,558 | 30,430 | (2,940) | N/A |
| VentureTech Alliance Fund II, L.P. | 525,754 | 573,979 | 5,745 | 568,234 | 272,644 | 92,641 | 62,349 | N/A |
| VentureTech Alliance Fund III, L.P. | 3,342,597 | 2,370,773 | 2,550 | 2,368,223 | 272,034 | (177,152) | (177,152) | N/A |
| Growth Fund Limited | 53,140 | 12,184 | 1,482 | 10,702 | - | (3,453) | (4,185) | N/A |
| VentureTech Alliance Holdings, LLC | - | - | - | - | - | - | - | N/A |
| TSMC Solar North America, Inc. | 29 | 67,289 | 23,252 | 44,037 | 1,890 | (64,961) | (65,268) | (65,268.07) |
| TSMC Lighting North America, Inc. | 29 | 2,904 | 40 | 2,864 | - | (7) | (7) | (7.00) |
| TSMC Solar Europe B.V. | 3,839 | 175,286 | 270 | 175,016 | - | (263) | (119,668) | (598,341.12) |
| TSMC Solar Europe GmbH | 3,839 | 185,765 | 14,182 | 171,583 | 50,149 | (48,041) | (119,403) | (597,015.78) |
| TSMC Solar Ltd. | 11,341,000 | 7,857,963 | 1,763,356 | 6,094,607 | 88,455 | (1,050,889) | (4,037,825) | (3.56) |
| TSMC Solid State Lighting Ltd. | 4,530,000 | 3,119,709 | 581,824 | 2,537,885 | 54,223 | (1,485,589) | (1,466,733) | (3.24) |
| TSMC Guang Neng Investment, Ltd. | 100,000 | 65,007 | - | 65,007 | - | (57) | (24,928) | N/A |

Note: Foreign exchange rates for balance sheet amounts are as follows: $1 USD = $29.038 NT, $1 EUR = $38.39 NT, $1 JPY = $0.3552 NT, $1 RMB = $4.66 NT, $1 KRW = $0.0271 NT, $1 CAD = $29.23 NT
Foreign exchange rates for income statement amounts are as follows: $1 USD = $29.580 NT, $1 EUR = $38.11 NT, $1 JPY = $0.372 NT, $1 RMB = $4.69 NT, $1 KRW = $0.0263 NT, $1 CAD = $29.63 NT

## 8.2 Status of TSMC Common Shares and ADRs Acquired, Disposed of, and Held by Subsidiaries: None.

## 8.3 Special Notes

### 8.3.1 Private Placement Securities in 2012 and as of the Date of this Annual Report: None.

### 8.3.2 Regulatory Authorities' Legal Penalties to the Company or Its Employees, and the Company's Resulting Punishment on Its Employees for Violations of Internal Control System Provisions, Principal Deficiencies, and the State of Any Efforts to Make Improvements in 2012 and as of the Date of this Annual Report

The competent authorities fined a minor fine totaling NT$109,200 for very few isolated incidents of administrative errors and noncompliance with relevant rules concerning employee attendance. After communicating with the authorities, TSMC has been implementing relevant remedial measures.

### 8.3.3 Any Events in 2012 and as of the Date of this Annual Report that Had Significant Impacts on Shareholders' Right or Security Prices as Stated in Item 2 Paragraph 2 of Article 36 of Securities and Exchange Law of Taiwan: None.

### 8.3.4 Other Necessary Supplement: None.

# Exhibit B




Careers About Us Technology Services Contact Us






Home » Technology » Current Tech

**Current Technology**

Where Our Chips Go

## Technology Portfolio

WaferTech offers a large portfolio of advanced technologies qualified and available for production foundry services. Our fabrication processes include CMOS logic, mixed-mode, and volatile and non-volatile memory.



CMOS Logic, up to 7LM

0.14 micron
0.15 micron
0.16 micron
0.18 micron
0.22 micron
0.25 micron
0.30 micron
0.35 micron

CMOS 4T SRAM

0.25 micron
0.30 micron
0.35 micron

CMOS 6T SRAM

0.15 micron
0.18 micron
0.25 micron

Embedded Flash

0.18 micron
0.25 micron
0.35 micron

CMOS Mixed Signal/RF

0.16 micron
0.18 micron
0.25 micron
0.30 micron
0.35 micron

Site Map | Contact Us | Privacy Policy | Legal Notice & Trademark Information

Copyright© WaferTech Limited Liability Company 2002-2009, All Rights Reserved.