# Exhibit 2

| | | |
|---|---|---|
| NEW YORK<br>LONDON<br>SINGAPORE<br>PHILADELPHIA<br>CHICAGO<br>WASHINGTON, DC<br>SAN FRANCISCO<br>SILICON VALLEY<br>SAN DIEGO<br>BOSTON<br>HOUSTON<br>LOS ANGELES<br>HANOI<br>HO CHI MINH CITY<br>ATLANTA | <br>*FIRM and AFFILIATE OFFICES*<br><br>ANTHONY J. FITZPATRICK<br>DIRECT DIAL: +1 857 488 4220<br>PERSONAL FAX: +1 857 401 3018<br>*E-MAIL:* ajfitzpatrick@duanemorris.com<br><br>*www.duanemorris.com* | BALTIMORE<br>WILMINGTON<br>MIAMI<br>BOCA RATON<br>PITTSBURGH<br>NEWARK<br>LAS VEGAS<br>CHERRY HILL<br>LAKE TAHOE<br>MYANMAR<br>OMAN<br>*A GCC REPRESENTATIVE OFFICE*<br>*OF DUANE MORRIS*<br><br>MEXICO CITY<br>ALLIANCE WITH<br>MIRANDA & ESTAVILLO |

July 18, 2014

By E-Mail (tigran@radulescullp.com)           By E-Mail (robin@radulescullp.com)

Tigran Vardanian, Esq.                        Robin Davis, Esq.
Radulescu LLP                                 Radulescu LLP
136 Madison Avenue, 6th Floor                 136 Madison Avenue, 6th Floor
New York, NY 10016                            New York, NY 10016

    Re:    ***Zond, LLC v. Taiwan Semiconductor Manufacturing Company, Ltd.***
            **U.S. District Court, Dist. of Mass., Case No. 1:14-cv-12438-WGY**

Dear Tigran and Robin:

    I am writing with respect to Zond's opposition to the TSMC defendants' motion to dismiss in the above-referenced action. Having read Zond's opposition brief, we are somewhat surprised that Zond has not responded to the TSMC defendants' indication that they would agree to waive service in this matter (see the TSMC defendants' opening brief in support of their motion to dismiss, at 1). We believe the Court would appreciate the parties resolving the service issue by agreement. Both TSMC defendants are prepared to waive service of process in this action, with agreement that responsive pleadings for both will be due on October 15, 2014. In light of fact that this issue will not be heard by the Court until September 19th, we believe this a fair outcome for all concerned. Please let us know by Tuesday, July 22 whether this is acceptable. If not, we will notify the Court of this offer in any Reply Brief we file.

                                    Very truly yours,

                                    Anthony J. Fitzpatrick

AJF:ksd
DM2\5033700.1