# Exhibit 3



Robin Davis
DIRECT LINE (646) 502-5956
robin@radulescullp.com

July 23, 2014

Anthony J. Fitzpatrick, Esq.
Duane Morris LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
Email: AJFitzpatrick@duanemorris.com

Re:   *Zond, LLC v. Fujitsu Semiconductor Ltd., et al.*,
      (D. Mass. Case No. 1:14-cv-12438-WGY)

Dear Tony,

I write in response to your letter dated July 18, 2014 concerning the TSMC defendants' motion to dismiss.

As you know from Zond's opposition to TSMC's motion, Zond believes that the TSMC defendants were properly served on June 11, 2014. Moreover, the TSMC defendants' motion to dismiss is based on a faulty understanding of the legal requirements for proper service of process in California. Zond plans to seek its attorneys fees expended in connection with opposing TSMC's baseless motion.

In view of these facts, Zond is not agreeable to proposal set forth in your July 18 letter. However, in the interest of moving this case forward promptly and saving the Court the effort of resolving TSMC's motion, Zond would be willing to file a joint stipulation providing TSMC an extension until August 13, 2014 (twenty-one (21) days from today) to file its answer to Zond's complaint, withdrawing the TSMC defendants' motion, and jointly requesting a Case Management Conference.

If the TSMC defendants are not agreeable to this proposal, Zond will continue to oppose TSMC's motion and proceed with its plan to recover attorneys' fees in connection with its opposition to TSMC's frivolous motion. Please advise whether this proposal is agreeable to TSMC by no later than Monday, July 28.

Best regards,

*/s/ Robin M. Davis*

Robin M. Davis

P: 646-502-5950    F: 646-502-5959    W: Radulescullp.com