IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TSMC TECHNOLOGY, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ZOND, LLC, <br><br> Defendant. | C.A. No. 14-721-LPS |

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1.4, Defendant Zond, LLC ("Zond") respectfully requests oral argument on its Motion to Dismiss (*see* D.I. 17, 18, 22, 25) and its Motion to Transfer (*see* D.I. 13, 14, 21, 23) as briefing on these motions is now complete.

Dated: August 11, 2014

OF COUNSEL:

David C. Radulescu
Tigran Vardanian
Robin M. Davis
RADULESCU LLP
136 Madison Avenue
6th Floor
New York, NY 10016
(646) 502-5950
david@radulescullp.com
tigran@radulescullp.com
robin@radulecullp.com

BAYARD, P.A.

/s/ *Stephen B. Brauerman*
Richard D. Kirk (No. 0922)
Stephen B. Brauerman (No. 4952)
Vanessa R. Tiradentes (No. 5398)
Sara E. Bussiere (No. 5725)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Defendant Zond, LLC*