IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TSMC TECHNOLOGY, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LIMITED and TSMC NORTH AMERICA CORP., <br><br> Plaintiffs, <br><br> v. <br><br> ZOND, LLC, <br><br> Defendant. | Civil Action No. 14-cv-00721-LPS |

## REQUEST FOR ORAL ARGUMENT

WHEREAS, on August 11, 2014, Defendant filed a Request for Oral Argument on its pending Motion to Dismiss and its Motion to Transfer; and

WHEREAS, Plaintiff believes that it would be both economical and efficient to hear all of the parties' related motions at the same time;

Pursuant to Local Rule 7.1.4, Plaintiffs' respectfully request that the Court also hear oral argument on their Motion to Enjoin Zond, LLC from Maintaining a Later-Filed Action in the District Court of Massachusetts (see D.I. 7), as briefing on this motion is complete.

Dated: August 12, 2014                    **DUANE MORRIS LLP**

*/s/ Richard L. Renck*
Richard L. Renck (#3893)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Phone: 302-657-4900
OF COUNSEL:                               Fax: 302 657 4901
Email: rlrenck@duanemorris.com

*Attorneys for Plaintiffs TSMC Technology,*
L. Norwood Jameson                        *Inc., Taiwan Semiconductor Manufacturing*
David Dotson                              *Company, Limited and TSMC North America*
**DUANE MORRIS LLP**                      *Corp.*
1180 W. Peachtree St., Suite 700
Atlanta, GA 30309
Phone: (404) 253-6900
Fax:    (404) 253-6901
Email: wjameson@duanemorris.com
Email: dcdotson@duanemorris.com

Anthony J. Fitzpatrick
Patricia R. Rich
**DUANE MORRIS LLP**
100 High Street, Suite 2400
Boston, MA 02110-1724
Telephone (857) 488-4200
Facsimile: (857) 401-3018
Email: ajfitzpatrick@duanemorris.com
Email: prrich@duanemorris.com

Richard C Kim
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: (619) 744-2200
Facsimile: (619) 744-2201
Email: rckim@duanemorris.com

R. Terry Parker
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 1036-4086
Telephone: (212) 692 1000
Facsimile: (212) 692 1020
Email: tparker@duanemorris.com

Aleksander J. Goranin
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone:  1 215 979 1000
Facsimile:  1 215 754 4683
Email:  agoranin@duanemorris.com