| | Duane Morris® | |
|---|---|---|
| NEW YORK | | BALTIMORE |
| LONDON | | WILMINGTON |
| SINGAPORE | | MIAMI |
| PHILADELPHIA | FIRM and AFFILIATE OFFICES | BOCA RATON |
| CHICAGO | | PITTSBURGH |
| WASHINGTON, DC | | NEWARK |
| SAN FRANCISCO | RICHARD L. RENCK | LAS VEGAS |
| SILICON VALLEY | PERSONAL FAX: +1 302 397 2063 | CHERRY HILL |
| SAN DIEGO | E-MAIL: rlrenck@duanemorris.com | LAKE TAHOE |
| BOSTON | | MYANMAR |
| HOUSTON | www.duanemorris.com | OMAN |
| LOS ANGELES | | A GCC REPRESENTATIVE OFFICE |
| HANOI | | OF DUANE MORRIS |
| HO CHI MINH CITY | | |
| ATLANTA | | MEXICO CITY |
| | | ALLIANCE WITH |
| | | MIRANDA & ESTAVILLO |

October 17, 2014

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Christopher J. Burke, Magistrate Judge
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:    **TSMC Technology, Inc. et al v. Zond LLC**
             **C.A. No. 14-00721 LPS-CJB**

Dear Judge Burke:

I write on behalf of Plaintiffs in the referenced matter, which was recently assigned to Your Honor for pre-trial proceedings. Plaintiffs have filed a Motion to Enjoin Zond, LLC From Maintaining a Later-Filed Action in the District of Massachusetts (D.I. 7) and have requested that the Court hold oral argument on that motion (D.I. 27).[1] I have enclosed for the Court's convenience courtesy copies of the briefing on Plaintiffs' motion. Likewise, Defendant has filed a motion to transfer this suit to the District of Massachusetts (D.I. 13), as well as a Motion

---

[1] Defendant has also requested oral argument on its pending (and fully-briefed) Motion to Dismiss for Failure to State and Claim and its Motion to Transfer Case to District of Massachusetts (D.I. 26).

DUANE MORRIS LLP
222 DELAWARE AVENUE, SUITE 1600   WILMINGTON, DE 19801-1659          PHONE: +1 302 657 4900   FAX: +1 302 657 4901

The Honorable Christopher J. Burke
October 17, 2014
Page 2

Dismiss (D.I. No. 17).  I have enclosed for the Court's convenience courtesy copies of the briefing on Defendant's Motions.

While these motions are pending, a second, later-filed suit on the same patents is proceeding in the District of Massachusetts.  A Scheduling Order was entered in that suit on October 9, 2014.  Thus, if Your Honor believes that the requested oral argument on the pending motions would be of assistance, Plaintiffs and their counsel are available at the Court's convenience to set an argument date as promptly as the Court's calendar will reasonably allow.

Respectfully submitted,

Richard L. Renck (DE Bar No. 3893)

RLR:jrt
Enclosures