**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TSMC TECHNOLOGY, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-721-LPS-CJB |
| | ) | |
| ZOND, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Maria Granovsky of Radulescu LLP, 136 Madison Avenue, 6th Floor, New York, New York 10016 on behalf of Defendant Zond, LLC in the above-captioned action. All other appearances of counsel shall remain the same

October 17, 2014

OF COUNSEL:

David C. Radulescu
Tigran Vardanian
Robin M. Davis
Maria Granovsky (No. 4709)
Radulescu LLP
136 Madison Avenue, 6th Floor
New York, New York 10016
david@radulescullp.com
tigran@radulescullp.com
robin@radulescullp.com
maria@radulescullp.com

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Richard D. Kirk (No. 0922)
Stephen B. Brauerman (No. 4952)
Vanessa R. Tiradentes (No. 5398)
Sara E. Bussiere (No. 5725)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Defendant Zond, LLC*