

222 Delaware Avenue • Suite 900  
P.O. Box 25130 • Wilmington, DE 19899  
Zip Code For Deliveries 19801

Writer's Direct Access:  
(302) 429-4232  
Email:  sbrauerman@bayardlaw.com

October 20, 2014

**BY HAND DELIVERY**

The Honorable Christopher J. Burke  
United States District Court for the District of Delaware  
844 North King Street  
Wilmington, DE 19801

RE: *TSMC Technology, Inc., et al. v. Zond, LLC*, C.A. No. 14-721-LPS-CJB

Dear Judge Burke:

      I write on behalf of the Defendant Zond, LLC ("Zond") in the above referenced matter. Zond had previously filed a motion to transfer this matter to the District of Massachusetts (D.I. 13), where the parties are engaged in a concurrently pending proceeding ("the Massachusetts action"), and a Motion to Dismiss (D.I. 17).  On Friday, Plaintiffs provided Your Honor with courtesy copies of the briefing on these motions.  (*See* D.I. 29.)  For completeness of the record, Zond provides herewith a courtesy copy of the Scheduling Order entered in the Massachusetts action on October 9, 2014.  In accordance with that Scheduling Order, discovery has already commenced in the Massachusetts action.  A claim construction hearing is scheduled for the week of April 13, 2015, fact discovery is set to close on April 24, 2015, and trial is scheduled for October 2015.  Should Your Honor have any questions or require any further information in advance of the mediation, counsel is available at the convenience of the Court.

      Respectfully submitted,

      */s/ Stephen B. Brauerman*

      Stephen B. Brauerman (sb4952)

SBB:tm  
37298-1  
cc:   All counsel