**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TSMC TECHNOLOGY, INC., *et al.*,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>ZOND, LLC,<br><br>　　　　　Defendant. | C.A. No. 14-721-LPS |

**MOTION AND [PROPOSED] ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned counsel moves the admissions *pro hac vice* of David C. Radulescu, Tigran Vardanian, Etai Lahav and Robin M. Davis of Radulescu LLP to represent Defendant Zond, LLC in the above-captioned matter. Pursuant to this Court's Standing Order effective July 23, 2009, I certify that the annual fees for *pro hac vice* admission are being submitted herewith for these applicants.

Dated:  October 22, 2014

OF COUNSEL:

David C. Radulescu
Tigran Vardanian
Etai Lahav
Robin M. Davis
RADULESCU LLP
136 Madison Avenue, 6th Floor
New York, NY 10016
(646) 502-5950
david@radulescullp.com
tigran@radulescullp.com
etai@radulescullp.com
robin@radulecullp.com

BAYARD, P.A.

/s/ *Stephen B. Brauerman*
Richard D. Kirk (No. 0922)
Stephen B. Brauerman (No. 4952)
Vanessa R. Tiradentes (No. 5398)
Sara E. Bussiere (No. 5725)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Defendant Zond, LLC*

**SO ORDERED** this _____ day of October, 2014.

_____
United States District Judge