IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TSMC TECHNOLOGY, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LIMITED and TSMC NORTH AMERICA CORP., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 14-721-LPS-CJB |
| ZOND, LLC, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

At Wilmington, Delaware, this **21st day of January, 2015**,

WHEREAS, the parties have jointly submitted a Proposed Scheduling Order, (D.I. 37), and the Court held a telephonic Scheduling Conference on January 20, 2015;

WHEREAS, the Proposed Scheduling Order includes proposals from both Plaintiffs ("TSMC") and Defendant ("Zond");

The Court hereby **ORDERS** as follows:

1. The Parties shall submit an updated Proposed Scheduling Order by Friday, January 23, 2015, incorporating the dates and changes set forth in this Order.

2. Pursuant to Plaintiffs' counsel's representations at the Scheduling Conference that Plaintiffs will not contest the Court's Report and Recommendation regarding the Motion to Dismiss, (D.I. 41), the disputed sentence at issue in Paragraph 2 of the Proposed Scheduling Order shall be eliminated. The parties shall also remove any other references to TSMC Technology, Inc., including those in Paragraph 9(c)(i).

3. As to the dispute in Paragraph 4, TSMC's proposal shall be removed.

4. As to the dispute in Paragraph 8(a), the Court will adopt TSMC's proposal except for the last sentence. In doing so, the Court nevertheless notes that it expects that supplementation of the parties' initial contentions may well be necessary during the case.

5. As to the dispute in Paragraph 8(b), the Court will adopt Zond's proposal, except that the initial reduction of asserted claims will occur on March 5, 2015.

6. As to the dispute in Paragraph 8(c), the Court will adopt Zond's proposal, except that the first reduction in the number of prior art references will occur on March 12, 2015, and on that date TSMC will reduce the number of asserted prior art references to not more than a total of 50 references. The second reduction of prior art references will occur as described in Zond's proposal, except that TSMC will reduce the number of asserted prior art references to not more than a total of 25 references.

7. As to the dispute in Paragraph 9(d)(i), the Court will adopt TSMC's proposal.

8. As to the dispute in Paragraph 9(d)(ii), the Court will adopt TSMC's proposal, except that each side will be limited to a total of 12 fact depositions.

9. As to the dispute in Paragraph 9(d)(iv), the Court will adopt Zond's proposal.

10. As to the dispute in Paragraph 9(d)(v), TSMC's proposal shall be removed.

11. As to the disputes in Paragraph 9(d)(vi), the Court will adopt Zond's proposals.

12. As to the dispute in Paragraph 9(d)(vii), the Court will adopt TSMC's proposal.

13. In Paragraph 15, the hearing on claim construction will be at 2:00 p.m. on July 21, 2015.

14. As to the dispute in Paragraph 16, the Court will adopt TSMC's proposal, but the parties shall strike the reference to "and all invalidity references."

15. As to the disputes in Paragraph 17(b), the Court will adopt Zond's proposals.

16. As to the disputes in Paragraph 19, as discussed during the Scheduling Conference, the Pretrial Conference will be held on October 7, 2016 at 9:00 a.m. The parties shall file the Revised Final Pretrial Order – Patent on or before September 15, 2016.

17. As to the dispute in Paragraph 22, an eight-day trial will begin on November 7, 2016.

                                               *Christopher J. Burke*
                                               Christopher J. Burke
                                               UNITED STATES MAGISTRATE JUDGE