IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TSMC TECHNOLOGY, INC., ET AL., :
:
Plaintiffs, :
:
v. : Civil Action No. 14-721-LPS-CJB
:
ZOND, LLC, :
:
Defendant. :

## ORDER

At Wilmington this 13th day of **February, 2015.**

WHEREAS, Magistrate Judge Burke issued a Report and Recommendation (D.I. 41) on January 8, 2015;

WHEREAS, the Report and Recommendation recommends that the Court GRANT-IN-PART Defendant Zond, LLC's motion to dismiss (D.I. 17).

WHEREAS, any Objections to the Report and Recommendation were to be filed by January 26, 2015;

WHEREAS, no party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Burke;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 41) is **ADOPTED** and the Court orders the following:

1. Zond, LLC's motion to dismiss (D.I. 17) is GRANTED-IN-PART. Specifically, the motion is granted with respect to all claims made by Plaintiff TSMC Technology, Inc., with such claims being dismissed for lack of subject matter jurisdiction. The motion is also granted

with respect to all of Plaintiffs' indirect non-infringement claims. The motion is denied in all other respects.

2. Plaintiffs are granted leave to file a further amended complaint.

_____
UNITED STATES DISTRICT JUDGE